No. 25-4115

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

_____

BRIDGER LEE JENSEN, SINGULARISM, AND PSYCHE HEALING AND BRIDGING, LLC,
*Plaintiffs - Appellees*,

v.

UTAH COUNTY, PROVO CITY, AND JEFFREY GRAY,
*Defendants- Appellants*.

_____

On appeal from the United States District Court, District of Utah,
The Honorable Jill N. Parrish, No. 2:24-cv-00887-JNP-CMR

_____

**APPELLANTS' APPENDIX**
**Volume 2 of 8**

_____

Respectfully submitted,

Troy L. Booher
Caroline A. Olsen
ZIMMERMAN BOOHER
341 South Main Street, Fourth Floor
Salt Lake City, Utah 84111
tbooher@zbappeals.com
colsen@zbappeals.com
(801) 924-0200

*Attorneys for Appellants*

_____

December 10, 2025

| USDC Dkt. No. | Date Filed | Description | App- |
|---|---|---|---|
| | | **Volume 2 of 8** | |
| 013-02 | | Exhibit B — Google Reviews | 2:004 |
| 013-03 | | Exhibit C — BridgerLeeJensen.com | 2:006 |
| 013-04 | | Exhibit D — LinkedIn | 2:019 |
| 013-05 | | Exhibit E — Psychedelic Therapy Academy | 2:025 |
| 013-06 | | Exhibit F — Facilitator Application | 2:038 |
| 013-07 | | Exhibit G — Mental Gurus | 2:044 |
| 013-08 | | Exhibit H — Bridger Lee Jensen Facebook | 2:059 |
| 013-09 | | Exhibit J — Reveal Myself | 2:065 |
| 013-10 | | Exhibit K — Psyche Healing (State) | 2:097 |
| 013-11 | | Exhibit L — Psyche Healing (Provo) | 2:100 |
| 013-12 | | Exhibit M — Psychedelic Conference | 2:102 |
| 013-13 | | Exhibit N — Psychedelic Therapy Journey | 2:118 |
| 013-14 | | Exhibit O — Search Warrant | 2:148 |
| 013-15 | | Exhibit P — Return to Search Warrant | 2:151 |
| 014 | 12/10/24 | Docket Text Order | 2:153 |
| 019 | 12/11/24 | Plaintiffs' Reply Brief in Support of Motion for Temporary Restraining Order and Preliminary Injunction[3] | 2:154 |

[3] Due to the filing of an errata, Dkt. 21, the exhibits to Dkt. 19 were omitted.

| USDC Dkt. No. | Date Filed | Description | App- |
|---|---|---|---|
| 021 | 12/12/24 | Plaintiffs' Notice of Errata Regarding Exhibits Filed with Reply in Support of Motion for Temporary Restraining Order and Preliminary Injunction | 2:196 |
| 021-01 | | Exhibit R — Singularism creation story | 2:199 |
| 021-02 | | Exhibit S — Singularism beliefs and creed | 2:216 |
| 021-03 | | Exhibit T — September 8, 2023 Letter from Tanner Bean | 2:277 |
| 021-04 | | Exhibit U - Julian Affidavit for Search Warrant (redacted), November 4, 2024 | 2:280 |

# EXHIBIT B

# Singularism

1969 N State St, Provo, UT

 Write a review

5.0 ★★★★★ 2 reviews ⓘ

Sort by

| Most relevant | Newest | Highest | Lowest |

 **Jourdan Biesinger**
3 reviews · 2 photos

★★★★★ 3 weeks ago   NEW

Wow. My husband and I came here looking for anxiety help after trying everything, including medication. I was expecting a retro Grateful Dead environment, but I was pleasantly surprised at how beautiful, clean, and modern the Singularism center is.

Bridger and Brandi were so patient and caring, and they took the time to really listen to our situation to help us determine if they would be able to help us. There was absolutely no pressure and Bridger shared tons of information to help us understand the healing process and what to expect.

I'm grateful that there is finally a safe location in our state that provides a spiritual setting and approach for this type of soul therapy. It's so much safer than having to find it on the street from illegal sources with no responsible supervision or safe spiritual guidance!

 Like

 **Tyler Hacking**
Local Guide · 19 reviews · 23 photos

★★★★★ 8 months ago

Best clinic in Utah

👍 1

# EXHIBIT C

Experience another breakthrough with Bridger Lee Jensen    12/3/24, 6:10 PM



Welcome to my links and info page!

# Schedule a 30 minute

App-2:007

Experience another breakthrough with Bridger Lee Jensen

12/3/24, 6:10 PM



App-2:008

Experience another breakthrough with Bridger Lee Jensen                    12/3/24, 6:10 PM

# Want to learn more?

**Get informed and stay informed to be part if the psychedelic transformation:**

Interested in expanding your knowledge? Join Bridger Lee Jensen for a live webinar. To receive an invitation or gather more information about this event and other exciting opportunities, consider subscribing to our newsletter. By doing so, you'll gain access to webinar invitations, exclusive updates, valuable resources, and the chance to secure early access to upcoming courses and private events!

First Name

Last Name

Email

Phone

Zip Code

✓ Privacy & Agreement. By clicking here you agree to get a confirmation text and email and our news letters.

**Sign Up**

App-2:009

Case 2:24-cv-00887-JNP   Document 13-3   Filed 12/09/24   PageID.300   Page 5 of 13
Appellate Case: 25-4115     Document: 26-2     Date Filed: 12/11/2025     Page: 10

Follow our social accounts for updates, stories and more:

    

**Experience - Advocate - Certify - Questions - Research - Announcements**

Copyright

©2025 *PsychedelicTherapyJourney.com*

---

**bridger@utahmushroomtherapy.org**

**PHONE:** 435.800.1969

---

# Explore my companies and resources below

App-2:010

Experience another breakthrough with Bridger Lee Jensen
Case 2:24-cv-00887-JNP   Document 13-3   Filed 12/09/24   PageID.301   Page 6 of 13
12/3/24, 6:10 PM

Appellate Case: 25-4115   Document: 26-2   Date Filed: 12/11/2025   Page: 11



It is the mission of Singularism to provide a sacred space where science and spirituality unite, offering a holistic path to healing, growth, and self-discovery. At the heart of our approach is the integration of evidence-based psychotherapy with the profound wisdom of entheogenic spiritual practices. Through this unique synergy, we guide individuals toward profound insights, authentic connections, and lasting change. Learn more at Singularism.org





Utah Psychedelic Therapy is dedicated to advocating for the safe and legal use of psychedelic-assisted therapy and sincere religous use. Our lobbying and advocacy work aims to educate lawmakers, healthcare professionals, and the public about the benefits of psychedelic-assisted therapy in treating a range of mental health conditions. By raising awareness, offering online resources, and promoting evidence-based research, we hope to remove the stigma surrounding psychedelics and expand access to this promising form of therapy for those who need it most.

App-2:011





Mental Gurus was a large scale ethical data company that combined the power of machine learning with psychometrics. It was operable from 2013 to 2023 when Bridger exited the project.  This early AI created online mental wellness and personality tests, that benefited the users by providing AI based reports and recommendations. The website creates online tools with which individuals can gain greater self-awareness about themselves and their loved ones, understand strengths and weaknesses with greater insight, and find meaningful tips for personal growth and happiness. Through unique and completely free evaluations, individuals get customized feedback, detailed information, resources, and tested recommendations that contribute to success and well-being.



App-2:012

Experience another breakthrough with Bridger Lee Jensen 12/3/24, 6:10 PM



Welcome to RevealMyself.com, a pioneering platform dedicated to empowering individuals in their journey towards building resilience and realizing their fullest potential. Our unique approach transcends traditional therapy and online courses, merging evidence-based models with profound insights from the social sciences. We believe in not just changing, but revealing the true essence of who you are.





Psychedeliccon.org hosts an annual conference that brings together leading experts, researchers, and advocates in the field of psychedelic-assisted therapy. This cutting-edge conference features keynote speakers, panel discussions, workshops, and networking opportunities for individuals and organizations interested in the potential of psychedelic-assisted therapy. Attendees can learn about the latest research, trends, and developments in this exciting field, while connecting with like-minded individuals and organizations. Don't miss the opportunity to join this vibrant community and explore the potential of psychedelic-assisted therapy at the next Psychedeliccon.org conference.

App-2:013

# About Bridger

Bridger's career in mental health began in 2002, when he worked as a guide for a prominent outdoor behavioral healthcare clinic for youth. Bridger facilitated over 400 seminars and presented in dozens of conferences before earning his undergraduate degree in therapeutic recreation and his master's degree in counseling psychology.

Having gained a national reputation as a therapist, Bridger conceptualized Mental Gurus in response to

App-2:014

Experience another breakthrough with Bridger Lee Jensen                                    12/3/24, 6:10 PM

Case 2:24-cv-00887-JNP    Document 13-3    Filed 12/09/24    PageID.305    Page 10 of 13
Appellate Case: 25-4115    Document: 26-2    Date Filed: 12/11/2025    Page: 15

losing several youthful clients to suicide. His dedication to his work and his passion for human consciousness led him to see the potential for artificial intelligence to improve psychotherapy and psychometrics.

Bridger's passion for alleviating human suffering led him to utilize technology in creating a powerful psychometrics engine, which is now widely used for personality and mental wellness.

Today Bridger is an active advisor and consultant to well known companies and high profile individuals. Specializing in clinical



App-2:015

psycedelic integration, Bridger embodies leadership and passion, which has brought his multiple teams together.

When not working, Bridger enjoys spending time with his family, including four children in the outdoors. Bridger is also an accomplished artist with a love for sculpting, poetry, dance, and photography, having received several grants and awards for his work, which has been displayed nationally in various exhibitions.

App-2:016

Case 2:24-cv-00887-JNP   Document 13-3   Filed 12/09/24   PageID.307   Page 12 of 13

Appellate Case: 25-4115    Document: 26-2    Date Filed: 12/11/2025    Page: 17

# Sign up for my newsletter or send a message

 

Enter your name and email below to get updates form my organizations and activity or just use this form to send me a message.

First Name

Last Name

Phone

Email

Message

SIGN UP

App-2:017

Experience another breakthrough with Bridger Lee Jensen                                    12/3/24, 6:10 PM



**bridger@utahmushroomtherapy.org**

**PHONE:** 435.800.1969

App-2:018

# EXHIBIT D

Appellate Case: 25-4115      Document: 26-2      Date Filed: 12/11/2025      Page: 20

       



### Bridger Lee Jensen · 3rd

We train elite psychedelic practitioners through unmatched in-person, live practicums, and top-tier academic training. Our commitment to excellence, innovation, and compassionate therapy sets us apart in applications.



Psychedelic Therapy Academy

Master of Psychological Counseling

Orem, Utah, United States · Contact info

Psychedelic Therapy Academy

500+ connections

Message      + Follow      More

## About

App-2:020

Case 2:24-cv-00887-JNP   Document 13-4   Filed 12/09/24   PageID.311   Page 3 of 6

Appellate Case: 25-4115   Document: 26-2   Date Filed: 12/11/2025   Page: 21

Having gained a national reputation as a therapist, Bridger conceptualized Mental Gurus in response to losing several youthful clients to suicide. Inspirited from the losses, and in hopes of creating effective and actionable guidance for mental wellness and personality development, Bridger founded Mental Gurus on the premise that every person has profound wisdom to offer one another. Every user of Mental Gurus, is esteemed as a contributing guru, and thus helps train and develop the digital collective conscious that Mental Gurus is rapidly becoming.

As a visionary and innovator, Bridger has always been a true entrepreneur. Wanting to help people see their own self-deceptions, Bridger utilized technology to create a powerful psychometrics engine. Today it is the most advanced personality device in the world, and is still used on Mental Gurus for personality testing today.

Bridger began his Mental Health profession in 2002, when he became a guide for a prominent outdoor behavioral healthcare clinic for youth. Having facilitated over 400 seminars and presented in dozens of conferences, Bridger began his career leading therapeutic survival and high adventure expeditions for most of his 20's, Bridger also earned an undergraduate degree in therapeutic recreation, before also gaining a masters degree in counseling psychology.

Always passionate about alleviating suffering in the human experience, and obsessed with human consciousness, Bridger saw the potential that artificial intelligence wields to profoundly impact mental wellness and address major shortcomings in current psychotherapy implementation and practice. With limited resources, Bridger assembled his own development team, gained funding, and worked tenaciously to make Mental Gurus the success it already is.

Bridger epitomizes extroversion and passion, with an authentic confidence that characterizes the leadership that has brought the Mental Gurus team together. When he's not working on Mental Gurus, you'll find him with his beloved wife and 4 children - ideally in the outdoors. Bridger is also passionate about the arts, including sculpting, poetry, dance, and photography, and he has received several prestigious art grants and numerous awards for his work. His art has been naturally displayed in various exhibitions.

## Featured

Document

Wilderness Symposiu

## Activity
1,443 followers

App-2:021

Case 2:24-cv-00887-JNP   Document 13-4   Filed 12/09/24   PageID.312   Page 4 of 6
Appellate Case: 25-4115     Document: 26-2     Date Filed: 12/11/2025     Page: 22



Bridger Lee Jensen reposted this · 1w

🌿 Exploring the science of serotonin! Researchers are uncovering how plant-derived compounds might hold the key to enhancing mood, percept ...show more

Did you Know?

👍 1                                                    1 repost

Bridger Lee Jensen posted this · 4mo

It's been a while since I started my role at Psychedelic Therapy Academy as a Founder and CEO, but I wanted to share this update with everyone.

👍 8                                                    3 comments

Show all posts →

**Experience**

**Psychedelic Therapy Academy**
Full-time · 8 yrs 4 mos
Provo, Utah, United States · On-site

**Founder and CEO**
Sep 2016 – Present · 8 yrs 4 mos

Our mission is to harness the transformative potential of psychedelic therapy to alleviate suffering and promote mental wellness globally. By

🔻 Psychedelic Therapy, Psychotherapy and +4 skills

App-2:022

**Founder**

Sep 2016 - Present · 8 yrs 4 mos

As the founder of UtahMushroomTherapy.org, Singularism.org, and PsychedelicTherapyAcademy.com, I am dedicated to revolutionizing mental health through the power of entheogenic practices. With over 21 years of experience, I specialize in training elite psychedelic practitioners through unmatched in-person practicums and top-tier academic programs.

Our commitment to excellence, innovation, and compassionate therapy is setting new industry standards. My organizations have achieved groundbreaking milestones, including the establishment of the nation's first mushroom-based wellness center and the creation of a pioneering training academy for psilocybin practitioners.

Leading efforts in comprehensive training and certification, I emphasize rigorous screening processes to ensure the highest safety and efficacy standards. Our mission is to harness the transformative potential of psychedelic therapy to alleviate suffering and promote mental wellness on a global scale.

At Utah Mushroom Therapy, we provide a unique approach to mental health, addressing spiritual and existential issues alongside mental wellness. The Bridging Model, our signature approach, ensures quality screening, safety, and effectiveness in all our practices. This model not only sets us apart but also ensures that our practices are both ethical and effective.

Our vision extends beyond therapy. We aim to educate and empower a new generation of practitioners who are committed to compassionate, innovative, and effective mental health solutions. Through Singularism, we integrate spiritual and existential healing, offering a holistic approach to mental wellness.

Join me on this journey to explore the profound impacts of entheogenic practices and contribute to a more compassionate, mentally well world. Together, we can make a lasting impact, alleviating suffering and fostering a healthier, more connected community.

▽ Psychotherapy, Entrepreneurship and +3 skills



**Founder & CEO**

Mental Gurus

Sep 2018 - Jul 2024 · 5 yrs 11 mos

United States

Mental Gurus is an absolutely free online resource that helps people know themselves, grow with others, and then show the way t ...see more



**Discovery Connections, Clinical Outreach**

Discovery Connections

Dec 2016 - Sep 2018 · 1 yr 10 mos

     download.png



**Owner & Founder**

Venture Imagery

Aug 2007 - Dec 2016 · 9 yrs 5 mos

Hilo, Hawaii

Since 2007 Venture Imagery has been creating and produces stunning product, stock, and commercial imagery. Photo - Video - Des ...see more

     new logo NO BG.jpg

App-2:023

Case 2:24-cv-00887-JNP   Document 13-4   Filed 12/09/24   PageID.314   Page 6 of 6
Appellate Case: 25-4115   Document: 26-2   Date Filed: 12/11/2025   Page: 24
12/3/24, 5:48 PM



**Primary Therapist**
Pacific Quest
Dec 2011 – Jun 2016 · 4 yrs 7 mos
Hilo, Hawaii

A big thanks to both my former employer New Haven and my new
Employer Pacific Quest! I feel so thankful to them both!

Show all 12 experiences →

## Education



**Master of Psychological Counseling**
University of Phoenix, Mental Health/Counseling/Family Therapy
2008 – 2010
Activities and societies: Accepted to present research at AMCAP and
NAROPA Wilderness Symposium

**BYU   Brigham Young University**
Bachelor of Science, Therapeutic Recreation, Psychology
2002 – 2005
Activities and societies: T/A Developments Psychology
T/A BYU rock climbing course          ...see more

Participated in the Conservation Outdoor Leadership Training program
Hiking Club, Backpacking Club, Climbing Club.

Show all 3 educations →

## Skills

**Psychedelic Therapy**

Founder and CEO at Psychedelic Therapy Academy

**Creative Problem Solving**

Founder and CEO at Psychedelic Therapy Academy

Show all 26 skills →

## Recommendations

Received      Given



**Dakota Hanshew** · 3rd
Digital Anthropologist | AI/ML Enthusiast
January 31, 2021, Bridger Lee was senior to Dakota but didn't
manage Dakota directly

Bridger is one of the most passionate and creative people I've ever met.
He aspires to do many great things on top of what he has already done
and accomplished. Not only is he passionate but he's passionate about
things that most others I would say find difficult to sustain a passion
around: global mental health and self awareness. He's been working on
the Mental Gurus project for quite some time and its impressive how
devoted he is to the project and helping others find themselves and
improve themselves for the better using AI / Machine learning. It's always

App-2:024

# EXHIBIT E

Appellate Case: 25-4115    Document: 26-2    Date Filed: 12/11/2025    Page: 26

## Psychedelic Therapy Academy





App-2:026

Case 2:24-cv-00887-JNP   Document 13-5   Filed 12/09/24   PageID.317   Page 3 of 13   12/9/24, 4:15 PM

Appellate Case: 25-4115      Document: 26-2      Date Filed: 12/11/2025      Page: 27

Join our

# Are you ready to be at the forefront of a revolutionary approach to healing?

# Skills of a True Practitioner

Embrace a transformative journey of learning and personal growth as you delve into the art of facilitating psychedelic therapy. Gain comprehensive knowledge and practical skills to guide individuals safely through profound healing experiences. Join us on this immersive course and become a trusted facilitator in the expanding field of psychedelic-assisted therapy.



## Research & Analysis

**Learn how to deal with data**

Delve into the captivating world of psychedelic research and history.



## Screening and Safety

**Master effective screening techniques**

Students will learn how to assess individuals' suitability for



## Effective Sessions

**The Art of Skilled Facilitation**

Learn how to make psychedelic sessions safe, effective, and

App-2:027

Appellate Case: 25-4115    Document: 26-2    Date Filed: 12/11/2025    Page: 28

Uncover the pioneering studies conducted by influential figures, and the amazing spiritual practices from other cultures. You will develop a profound appreciation for the potential of psychedelics as tools for healing and personal transformation.

psychedelic experiences, taking into account medical history, experince, mental health conditions, and current medications. L earning safety protocols equips facilitators with the knowledge and skills to mitigate potential risks, and provide the necessary support.

life-changing. This is paramount for facilitators who aspire to guide individuals on profound journeys of healing and transformation . Facilitators can cultivate an environment where participants feel secure, allowing for deeper exploration, profound healing, and the realization of the immense therapeutic potential that psychedelics offer.

App-2:028

Appellate Case: 25-4115    Document: 26-2    Date Filed: 12/11/2025    Page: 29



## Changes That Last

**Master the Art of Psychedelic Integration**

Integration work is essential for all psychedelic facilitators to learn as they provide the necessary guidance and tools for clients to integrate insights, emotions, and newfound perspectives from their psychedelic journeys into sustained personal growth and positive behavioral changes.



## Legal & Ethics

**Ensuring Responsible and safe Psychedelic Practice**

Understand the importance of legal and ethical considerations in psychedelic practice is paramount. By exploring the complex legal frameworks and ethical guidelines surrounding psychedelic therapy, students gain the knowledge and tools to ensure responsible and ethical facilitation.



## Psychotherapeutic Paradigm

**Finding your theory of practice**

Choosing a psychotherapeutic paradigm provides a solid foundation and guiding framework for your therapeutic practice. Choosing a specific paradigm, allows therapists to develop expertise and mastery in a particular approach.

App-2:029

Case 2:24-cv-00887-JNP   Document 13-5   Filed 12/09/24   PageID.320   Page 6 of 13   12/9/24, 4:15 PM

Appellate Case: 25-4115     Document: 26-2     Date Filed: 12/11/2025     Page: 30



Summer 2024 is now enrolling

# Apply by Aug 31st, 2024 to become a candidate.

## Our next cohort begins Sept 18th, 2024

**Apply Now**

*Each cohort limited to 14 enrollees in order to keep classes small

App-2:030



| 0 | 0 | 0 | 0 |
|---|---|---|---|
| DAYS | HOURS | MINUTES | SECONDS |

# Frequently Asked Questions:

App-2:031

## Q: How does "The Bridging Model" differ from other psychedelic facilitator training programs?

A: "The Bridging Model" stands out in a number of ways. 1. Our unique approach radically centers the participant as the authority on their own process. 2. Our approach is for both clinicans and proudly competent laymen who are  By emphasizing the integration of mystical insights with practical applications, we provide an extremely powerful framework that combines the spiritual and scientific aspects of psychedelic therapy, offering a holistic approach to facilitating transformative experiences.

## Q: What psychedelic substances will I learn about?

"The Bridging Model" covers a broad spectrum of psychedelic substances, but we will be placing a strategic emphasis on ketamine, and psilocybin.

## Q: What is the duration and format of "The Bridging Model" course?

12 weeks beginning May 21st, 2024 and continue every Wednesday night at 6pm - 8:30pm.

Participants must be committed to all 12 of these classes, or will need to wait for the next cohort to gain full credit.

**Fall Cohort Dates:**
- Sept. 18th, 25th
- Oct. 2nd, 9th, 16th, 23rd, 29th
- Nov. 6th, 13th, 19th 26th Dec. 4th, 11th

## Q: Will I receive certificate of completing "The Bridging Model" course?

Yes, upon successful completion of the course requirements, participants will receive a certificate of completion that you may use as part of your vite, resumé or portfolio. This certification validates your knowledge and competence in psychedelic facilitation according to "The Bridging Model" approach.

## Will I have access to ongoing support and resources after the course?

Absolutely. We believe in the importance of continued support and growth. Upon completion, you will have access to a community of like-minded individuals and ongoing resources, including integration support, research updates, and networking opportunities.

## Is this course suitable for beginners with no prior experience in psychedelics or therapy?

Yes, The Bridging Model course welcomes participants from various backgrounds, including beginners. It is designed to provide a solid foundation and equip participants with the necessary knowledge and skills to become competent psychedelic facilitators.

## Tell me more about the courses philosophy

This course is designed to empower facilitators to empower their clients and participants, "Bridge" the gap between the profound and the practical, ensuring lasting impact and meaningful change for clients.

## Where are courses held?

Courses last 2.5 hours on Wednesday nights and are held at Singularism in Provo, Utah.

## I don't have a masters degree, can I still participate?

Yes, the course if open to all qualifying applicants, many of which have a masters degree, however, a genuine interest in the field of psychedelic therapy and a commitment to personal growth are essential.

# It's called The Bridging Model because:

App-2:034

Case 2:24-cv-00887-JNP   Document 13-5   Filed 12/09/24   PageID.325   Page 11 of 13

Appellate Case: 25-4115   Document: 26-2   Date Filed: 12/11/2025   Page: 35

1. The Bridging Model "bridges" the realms of mysticism and science in psychedelic facilitation, in

App-2:035

Case 2:24-cv-00887-JNP   Document 13-5   Filed 12/09/24   PageID.326   Page 12 of 13

Appellate Case: 25-4115      Document: 26-2      Date Filed: 12/11/2025      Page: 36



App-2:036

Home    Terms
Privacy    Contact
About

Copyright ©2024 The Bridging

Model All rights reserved

App-2:037

# EXHIBIT F

Facilitator Course Application form

Case 2:24-cv-00887-JNP   Document 13-6   Filed 12/09/24   PageID.329   Page 2 of 6   12/3/24, 7:01 PM
Appellate Case: 25-4115   Document: 26-2   Date Filed: 12/11/2025   Page: 39



# Facilitator Course Application form

Welcome to a transformative journey that sets the benchmark in the world of psychedelic facilitation. We're thrilled that you're applying to join our exclusive course and training program, designed for those who aspire to be the best in this field.

Our course isn't just another training; it's a pathway to excellence, curated for individuals who are passionate about guiding others through profound experiences and facilitating personal growth.

You're invited to be part of a select group of individuals who share a common goal: to create a safer, more supportive, and more enlightening space for those exploring the incredible world of psychedelics. While we maintain high standards, we are committed to fostering a warm and welcoming community. Your journey begins here, and we're eager to have you on board.

Please be aware that we place little emphasis on perfect spelling, punctuation, or formal qualifications. No need to spend hours filling out this form. We prioritize individuals who are dedicated to safety, authenticity, and the creation of a nurturing and enriching experience for their clients.

We are also NOT exclusively looking for people with lots of experience as a psychedelic guide. We are open and receptive to all experience levels.

mitchell.a.stephens@gmail.com Switch account

* Indicates required question

App-2:039

Appellate Case: 25-4115     Document: 26-2     Date Filed: 12/11/2025     Page: 40

Email *

Your email

First Name *

Your answer

Last Name *

Your answer

Phone Number *

Your answer

Age

Your answer

App-2:040

**Why are you interested in becoming a psychedelic facilitator, and what personal or professional experiences have led you to this path?**

There no right or wrong answer here.

Your answer

**Share any relevant skills or qualifications you possess that you feel will contribute to your success as a psychedelic facilitator.**

These do not need to be formal skills, your personality and life experiences count.

Your answer

**What unique perspectives or qualities do you bring to the table that would enrich our community of facilitators?**

Everyone has skills. :)  Tell us some things about yourself. There's no wrong answer.

Your answer

**Have you had any prior experience with psychedelics, either personally or in a supportive role? If so, please share a brief description of your experiences and insights.**

Your answer

**What do you hope to achieve by completing this training, and how do you envision your role as a facilitator impacting the psychedelic community and individuals you'll work with?**

Your answer

**In your view, what makes a facilitator truly exceptional, and how do you plan to embody these qualities throughout your career?**

Your answer

**What expectations do you have for our facilitator training program in terms of personal and professional development, and how do you see yourself contributing to the learning experience of your peers?**

Your answer

During this course we may be recording audio and video for future digitization. Are you willing to allow your questions and comments be part of our online course and other media purposes?

O Yes

O No

App-2:042

If accepted, are you able and committed to attending on ALL the following dates from 6:00-8:30PM in our wellness center located in Provo Utah?

May 21st, 22nd, 28th
June 5th, 12th, 19th, 26th
July 3rd, 10th, 17th, 23rd,  31st

○ Yes

○ No

---

I understand that the tuition is $1,800, and I can pay in full by the 14th of May.

If this is a major problem for you, let's talk. We'll do what we can to help this work for you if needed.

Your answer

---

**What questions do you have? What are your hopes? How can we serve you best with this course and training?**

Your answer

---

Submit                                                    Clear form

Never submit passwords through Google Forms.

This form was created inside of Bridger Jensen.
Does this form look suspicious? Report

**Google** Forms

App-2:043

# EXHIBIT G

Appellate Case: 25-4115   Document: 26-2   Date Filed: 12/11/2025   Page: 45

 Newsroom

Home     About     Subscribe     Summit '23     More ⌄     Account

Q

Press Releases

Meat & Potatoes

Conversation Series

Pitch a Story

# Mental Gurus: An Art Intelligence Solution Mental Health Crisis

 Silicon Slopes • Sep 17, 2019 • 9 min read

*This article was published in the <u>Summer 2019 edition</u> of Sil Magazine.*

☒ Subscribe

App-2:045

Case 2:24-cv-00887-JNP   Document 13-7   Filed 12/09/24   PageID.336   Page 3 of 15
Appellate Case: 25-4115     Document: 26-2     Date Filed: 12/11/2025     Page: 46

*By Bridger Jensen, Founder, <u>Mental Gurus.</u>*

What good is our modern technology if we can't use it to improve ourselves? As we become increasingly aware of our universe and greater technologies, we must continue to ask the quintessential questions: Are we truly alleviating human suffering? Are we happier?

# How Pervasive is our Mental Health Crisis?

Before I jump into our tech solutions, let's examine the problematic area <u>MentalGurus.com</u> is addressing. Today depression, ADHD, anxiety disorders, addiction and other mental health disorders cumulate to create the largest cause of disability worldwide. Here are a few stats taken from the National Institute of Mental Health:

- There are 1,400,000 suicide attempts in the United States every year - approximately the same amount of heart attacks happen in the USA every year.

- In 2017 over 47,000 died by suicide in the United States.

- Approximately 1 in 5 Americans (18.5%) use a prescribed psychotropic medication.

- Approximately 1 in 5 adults in the U.S. (46.6 million) experiences mental illness in a given year.

- 58.5% of Americans will suffer through a diagnosable mental health

App-2:046

Case 2:24-cv-00887-JNP   Document 13-7   Filed 12/09/24   PageID.337   Page 4 of 15
Appellate Case: 25-4115     Document: 26-2     Date Filed: 12/11/2025     Page: 47

disorder at some point in their lives.

- Approximately 1 in 5 youth aged 13–18 (21.4%) experiences a severe mental disorder at some point during their life. For children aged 8–15, the estimate is 13%.

- 6.9% of adults in the U.S.—16 million—had at least one major depressive episode in the past year.

- Among the 20.2 million adults in the U.S. who experienced a substance use disorder, 50.5%—10.2 million adults—had a co-occurring mental illness, meaning that mental health disorders are likely the root of ½ the addiction behaviors in our nation.

- By 2050, the cumulative economic output associated with mental health is estimated to be at 16 trillion dollars - nearly our national GDP.

- Programmatic Display Ads just for psychotropic medications alone will account for $56 billion in 2019.

However alarming the above is, the scary part is how fast the statistics are rising. The demand for mental health services continues to rise culturally too. This is partly due to the threshold for what constitutes need for services, and the stigma of receiving services is decreasing rapidly. However, on the rise is awareness of mental health needs and diagnosis, and our standard of living. Suffice it to say that it's a big problem when any nation has three times as many suicides as they do McDonalds (I make the comparison because I bet you pass a lot of how Mcdonalds as you travel). I can talk all day about why this is, but I'll have to save that for another article when I can share the results of our AI's findings with you.

App-2:047

Case 2:24-cv-00887-JNP   Document 13-7   Filed 12/09/24   PageID.338   Page 5 of 15
Appellate Case: 25-4115   Document: 26-2   Date Filed: 12/11/2025   Page: 48

# Mental Healthcare has been sluggish to Adapt to Technology

Compounding the mental health crisis and the world's increased demand for psychotherapeutic services is the failure of the mental health profession to adapt and utilize modern technology. I'm not pointing fingers here, It is absolutely worth noting (and applauding) the tremendous efforts of wonderful software organizations that have been collecting essential data such as Outcomes Tools®, Outdoor Behavioral Healthcare Council, the National Institute of Mental Health (who regularly funds grants for innovators in this sector), HDAA, and several others I don't have room to mention. Organizations like the National Association of Therapeutic Schools and Programs have been pushing for years to have better outcome tracking through electronic systems.

But despite the best efforts, and years of opportunity mental healthcare has yet to utilize technological innovation to advance the field by leaps and bounds. During my psychotherapeutic graduate coursework, professors explained to my cohort and I that the profession of psychotherapy would be less disrupted by technology than many other professions. Computers just couldn't handle our socially-impactful work. Our profession was safe from the turmoil that technology had wrought on so many other professions. While some minimal changes have occured in communication (ie video conferencing therapy), technology has not been disruptive to psychotherapy methodology.

App-2:048

Case 2:24-cv-00887-JNP   Document 13-7   Filed 12/09/24   PageID.339   Page 6 of 15

So far they've been right. Technology hasn't changed psychotherapy, at least not in the way it has been disruptive to other fields such as travel agents, video rental stores, & taxi drivers. Certainly technology has affected the way we chart our notes, market our clinics, meet with our clients, and research our therapeutic methods.

There are reasons psychotherapy has been sluggish to adapt, especially in regarding of outcomes and recommending clinical treatment methods. A paper from the National Library of Medicine said it well.

> There are three key reasons for this lag: 1. lack of a sufficient evidence base through which to develop specific, valid and clearly defined measures, 2 inadequate infrastructure to develop and implement quality measures and capture elements of mental health services, and lack of a cohesive strategy to apply mental health quality measurement across different settings in the service of improving care.

Additionally Mental healthcare has been fragmented, and competitive, and

App-2:049

Case 2:24-cv-00887-JNP   Document 13-7   Filed 12/09/24   PageID.340   Page 7 of 15
Appellate Case: 25-4115   Document: 26-2   Date Filed: 12/11/2025   Page: 50

bound by regulations and a mentality that have not allowed clinicians to freely communicate (but for some good reasons).

So while technology has been miraculous at computing, communication, organizing, and transferring information, software just hasn't been able to keep up with human social skills. And there's no way we're close to AI keeping up with a savvy therapist that can read nonverbal cues, analyze personality, and see subconscious intentions and defenses - right?

# Big Change is Coming

Regardless of the reasons for its failure to adapt, the field of psychotherapy is going to be changing - and changing soon. I'm not saying that my licensed colleagues are going to be out of work in 5 or 10 years - not at all. Clinics aren't going anywhere, and neither are any of the time honored traditional methods or psychotropic medications. Mental Health solutions are more in demand than ever, and they are helping people in greater quantity and with greater effectiveness than anytime in history. Mental healthcare spending, awareness, and demand are increasing much faster than most other medical fields. Even the stigma behind getting aid is going down.

But it just isn't enough, not even close. It's easy to stand in the present and think that the big innovations of global networking have been invented. It's so easy to hold your phone and think that we've arrived at a plateau of innovation. We've come so far that we might now think the days of the internet's "wild west" are over. If you argued the point that the low hanging fruit has been harvested, I might even conceded (emphasis on *might*). But to

App-2:050

Case 2:24-cv-00887-JNP   Document 13-7   Filed 12/09/24   PageID.341   Page 8 of 15   12/9/24, 4:31 PM
Appellate Case: 25-4115   Document: 26-2   Date Filed: 12/11/2025   Page: 51

me, such sentiments are reminiscent of the prospectors in the 1850s, thinking San Francisco's Economic development was doomed after the 1849 gold rush was over. They were wrong. We're not closing the patent office anytime soon. I think we're just at the beginning. In fact I'm sure of it - to think otherwise is just myopic.

Search engines, social networks, online retail, and media (to name a few) have already changed the world, so some people think psychotherapy is escaping unscathed. But then enters artificial intelligence, the self learning software that science fiction has foretold of for decades. Just like in science fictions the AI is made by the tech giants of the world. However unlike the fictions, the AI is used for something progressive, not dumb. They take these powerful AI packages, their machine learning software, their neural networks, and random forest algorithms - and make them free for the world to use.

But without a supercomputer these free AI packages are rather useless. If you want to build a new deep learning artificial intelligence software company you'll need a place for the AI to process massive amounts of data and become smarter and wiser. You need a home for the intelligence to live and learn. So database giants build homes for them (as if on cue), they are very affordable for any startup company through cloud based servers. Todays small companies can innovate, experiment, market test, and utilize them - and my startup company, Mental Gurus, already has begun. We are going to make an impact on the world. This is an exciting time. It is no wonder that huge investments firms are pouring money into small AI companies. One conspicuous example is Softbank Group - which is is investing 55 million in various early stage AI companies, and as of May they have already invested in 18 of them (just this calendar year). NFX (a San-Francisco investment group)

Case 2:24-cv-00887-JNP   Document 13-7   Filed 12/09/24   PageID.342   Page 9 of 15   12/9/24, 4:31 PM
Appellate Case: 25-4115     Document: 26-2     Date Filed: 12/11/2025     Page: 52

has collected 275m from investors exclusively for AI startups. This and other such momentum toward disruptive AI startups have created a " vacuum for seed-stage companies" according to TechCrunch.



# Mental Gurus will Solve Real Problems

Current online solutions to mental health issues are heavily influenced by dated therapeutic methods and professionals that are unappealing or inaccessible to millennials and generation Z. Yes, Gen Z is a thing now and they are already 25% of the population. Millennials and Generation Z are characterized by seeking online peer-to-peer solutions to social issues,

Case 2:24-cv-00887-JNP   Document 13-7   Filed 12/09/24   PageID.343   Page 10 of 15
Appellate Case: 25-4115   Document: 26-2   Date Filed: 12/11/2025   Page: 53

rather than paying for professional solutions. You might think for a second that they don't pay for professionals because they're too young to hire them, but the oldest of the millennial generation is turning 38 this year, and many already have their own teenages. Millennials have all graduated form high school now. They are more resourceful and creative in their mental health solutions too, often looking for alternatives to traditional therapy such as experiential, recreational, and holistic methods. They obviously find their resources online, and less via word of mouth or relationship based referrals. They also prefer Google Docs to Microsoft Office, Tinder to Match, Amazon to WalMart, Snap to Facebook, and even guac toast to eggs and bacon.

I founded Mental Gurus to help more people then I was able to as a therapist. Our original passion for mental health has not faded, but as Mental Gurus grows, we can't help but think even further into the future. Today mentalgurus.com has free psychometric evaluations and reports for all users an amazing service alone. We use the data to inform an AI, that will be making the most advanced and accurate clinical recommendations ever made. AI's need a lot of data to get smart, especially since our ambitions are to close the gap between the demand and the supply. We've spent two years building a trustworthy and reliable India Development team (shout out to them BTW - thank you), and we've recruited skilled data analysts for the creation of our AI (double shoutout to these guys too). Our team is highly communicative and collaborative. Usually people ask me at this point if we are going to have an AI chat bot that acts as a therapist. We see chat bots as the future for some companies, but we envision Mental Gurus as a the hub for all personality and mental health resources, and as a leader for massive amounts of healing and strength building resources. Chat bots are just one of thousands of resources we hope to introduce our users to.

App-2:053

Case 2:24-cv-00887-JNP   Document 13-7   Filed 12/09/24   PageID.344   Page 11 of 15
Appellate Case: 25-4115   Document: 26-2   Date Filed: 12/11/2025   Page: 54

You'll have to pardon our dust as you visit mentalgurus.com. We are still writing our awesome psychometrics, however don't be fooled by our dust- the tools we have are quite evolved. However, what's more exciting are the next phases of our development. Our advanced data scientists are building a deep learning artificial intelligence that will - well let's save that for later. We can't give up all our proprietary knowledge here and now, but what we're building is unique, even in the AI space.

# Mental Gurus is a Social Change Movement

Our tagline is "Mental Gurus, the online collective conscious. inspired by you, organized by artificial intelligence. While we believe mental gurus will be massively profitable to investors, that's not what this innovation is about. At our heart we are a social change movement, backed by venture capitalists using psych tech data to make advanced assessment and diagnosis and deliver superior clinical recommendations.

We are going to improve mental healthcare - and we're giving our product away to users for free. It is about our users, who are the gurus of Mental Gurus. We named it Mental Gurus because each user is a guru. Each person that contributes to MentalGurus.com makes the algorithm smarter, each user has so much to offer, and they do so just by participating in the value proposition (and for free). It is based on the philosophy that everyone, however humble, has wisdom to contribute and provide to others. Each person that comes to us with solutions will make our methods more

advanced and elevate our ability to more accurately assist with mental health.

Gurus (our users) will come to us for the psychometrics, stay for the solutions, and return to continue making contributions for others. We'll have the right answers for others, because the gurus will inform our algorithm of what works. Our AI will learn what people need and increase in true wisdom. People will be teaching the machine learning algorithm first hand. Mental Gurus is small, but we're scrappy and dedicated to using massive data to make the world a better place.

Wish us luck as we grow, and please reach out if you have networking opportunities, advice or if you just want to say hi. We are tenacious about making the world a better place with the right connections.

*Bridger Jensen began his career in mental healthcare as a field staff in 2002. Since then Bridger has worked diligently in various therapeutic wilderness, adventure, and residential programs. After becoming a licensed clinician, Bridger swiftly built a reputation of excellence, and received therapeutic referrals from across the nation. After 16 years of professional work, Bridger decided to build Mental Gurus and pursue entrepreneurship full time. Mental Gurus has recently launched and has been growing rapidly in the mental health vertical Mental Gurus recently won an award form dot Pitch, and is currently a finalist for Metlife's digital accelerator program, and after a peer reviewed process has been invited to present Mental Gurus at both the InnoSTARS competition and the International Forum on Advancements in Healthcare 2019. Having recently launched, Mental Gurus is currently seeking*

Case 2:24-cv-00887-JNP    Document 13-7    Filed 12/09/24    PageID.346    Page 13 of 15

Appellate Case: 25-4115    Document: 26-2    Date Filed: 12/11/2025    Page: 56

*seed round investment funding.*

*bridger@mentalgurus.com*
*801-203-0102*
*http://mentalgurus.com/home*

## Share this article:





### Silicon Slopes

The above article was written, edited, and reviewed with AI assistance by experienced Silicon Slopes journalists and researchers to produce the most accurate and highest-quality information.

App-2:056



Newer article

## M&P Ep. 49: Sam Hodges & Travis Hedge, Cofounders of Vouch Insurance

Sep 17, 2019 • 1 min read

Older article



## Vivint Smart Home and Mosaic Acquisition Corp. Announce Merger Agreement, Creating a Leading Smart Home Public Company

Sep 16, 2019 • 3 min read





Appellate Case: 25-4115     Document: 26-2     Date Filed: 12/11/2025     Page: 58

# Subscribe to newsletter

Stay up to date! Get all the latest posts delivered straight to your inbox.

Your name

Your email address

Subscribe



Newsroom

Follow:

© 2023 Silicon Slopes Newsroom – all rights reserved.

App-2:058

# EXHIBIT H

Appellate Case: 25-4115    Document: 2662    Date Filed: 12/11/2025    Page: 60





# Bridger Lee Jensen

5.2K followers · 870 following



Message    Add friend

Search

**Posts**    About    Reels    Photos    Videos    Events    More ▾    •••

## Intro

I love family, friends, profession, outdoors, and art 😃 🤍

ⓘ **Profile** · Public figure

💼 Chief Executive Officer (CEO) & Founder at **RevealMyself.com**

💼 Founder at **Psychedelic Therapy Journey**



https://www.facebook.com/BridgerLeeJensen      Page 1 of 17

App-2:060

🎓 Studied at BYU

🎓 Went to Provo High School

🔊 Pronounces name BE-FU-kin AW-e-sum

📷 Authenticbridgerjensen

🌐 Singularism.org



**+ 8**

Featured

App-2:061

Case 2:24-cv-00887-JNP-CMR    Document 13-8    Filed 12/09/24    PageID.352    Page 4

Appellate Case: 25-4115    Document: 2662    Date Filed: 12/11/2025    Page: 62

## Photos

See all photos



App-2:062

## Friends

1 mutual friend



**Chad R. Hawkins**

See all friends

## Life events

See all

App-2:063





**Started New Job at RevealMyself.com**
September 6, 2020

**Started New Job at Psychedelic Therapy Journey**
September 7, 2014

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024

## Posts

⚙ Filters



Bridger Lee Jensen · Follow
Reels · Nov 13 · 🌐

App-2:064

# EXHIBIT J



**Get Started**

Welcome to Reveal Myself, where you'll learn how to:

# Overcome your Obstacles

*This science-based <u>campaign</u> increases your resilience so that you can:*

- **Transcend Trauma**
- **Alleviate Anxiety**
- **Subdue Stress**
- **Defeat Depression**

App-2:066

Case 2:24-cv-00887-JNP-CMR    Document 13-9    Filed 12/09/24    PageID.358    Page 4    12/3/24, 6:35 PM
Appellate Case: 25-4115    Document: 26-2    Date Filed: 12/11/2025    Page: 68



App-2:068

To help you find what you are looking for quickly, use this table navigate to the content you want on this page.

# Click the links below to learn what this campaign is all about:

 **VIDEO #1:** "*What you Get*" This video is an inside peek at what you get as part of this campaign, and how to get started. So much content and material! **If you only watch one video on this page, make it this one.**

ⓘ **INFO:** "*How this works*" These 5 steps guide you through the process.

🎁 **Free Gift:** "*Free Access to the first 8 Deeds*" Definitely take advantage of this free resource. You'll get to





📹 **VIDEO #2:** "*Why you're here*" Why this is a campaign and not just a course. You can build resilience! You are the guru in this process! We'll discuss why this works.

📹 **VIDEO #3:** *"Belle's Story"* This 60 second video is just one of several testimonials on this page.

📹 **VIDEO #4:** *"Misconceptions about resilience"* *This video covers the many ways that resilience is misunderstood.* **Watch this video to get the discount code.**

preview the first 8 deeds!

ⓘ **INFO:** *"FAQ"* These are my most frequently asked questions before people sign up.

EACH VIDEO TAKES YOU FURTHER INTO THIS JOURNEY AND will HELP YOU SEE HOW MUCH YOU WILL GROW AS YOU DO THE CAMPAIGN.

App-2:070

Appellate Case: 25-4115    Document: 26-2    Date Filed: 12/11/2025    Page: 71

Want a sneak peek into what members get on the first day?

# Watch this video for an overview of what's included

This is just a small taste.



*Before founding Mental Gurus, & Reveal Myself, Bridger Jensen, practiced therapy for 16 years and served in administrative positions as a business consultant for clinical programs. *Learn More about Bridger Here.*

**Next Video**　　**Get Started Now**

App-2:071



# Resilience helps us become stronger to life's challenging events.

App-2:072

Overcome all Obstacles

Case 2:24-cv-00887-JNP-CMR    Document 13-9    Filed 12/09/24    PageID.363    Page 9
12/9/24, 6:35 PM
Appellate Case: 25-4115    Document: 26-2    Date Filed: 12/11/2025    Page: 73
of 32



💔 **Relationship stress or breakups**

🥹 **Work & school stress**

😟 **Family & social conflict**

😭 **Loss and bereavement**

😳 **Traumatic events**

😢 **Depression, dysthymia**

😫 **Stress, anxiety, & excessive worry**

😡 **Anger management**

😤 **Irritability, & outburst control**

App-2:073

Appellate Case: 25-4115    Document 26-32    Date Filed: 12/11/2025    Page: 74

# Overcome any obstacle, stressor, or trauma

**Why this is called a campaign not just a course.**

We shouldn't be focusing on "changing" ourselves, but rather we should focus on revealing who we are.

In this video, you'll learn about our online campaign, and what brought you here today.



App-2:074

# Therapy without the stigma, or frustration

## Growth does not have to be hard

*"I personally didn't need an expensive therapist, or to huge self-help seminars and workshops. I got years worth of therapy with out the hassle or expense."*

**-M.K.**
College Student

*"This is so much better then therapy. You're like Bill Nye the Science guy, but of therapy. It's fun, but still incredibly helpful. Tha nk you! I'll be doing the next campaign too."*

**-H.T.**
Graphic Designer

App-2:075

Case 2:24-cv-00887-JNP-CMR    Document 13-9    Filed 12/09/24    PageID.366    Page
Appellate Case: 25-4115    Document 226-32    Date Filed: 12/11/2025    Page: 76
12/3/24, 6:35 PM

# Huge value:

# Realizing Resilience Workbook!

We'll be utilizing the official workbook "Realizing Resilience" from **Positive Psychology!**

*workbook not sold separately of the campaign*

# How this works:

App-2:076

# 1

# Join the member area and get access.

Below you'll be able to sign up for immediate access to our Overcoming Obstacles campaign.

App-2:077

Case 2:24-cv-00887-JNP-CMR    Document 13-9    Filed 12/09/24    PageID.368    Page 1273/24, 6:35 PM

Appellate Case: 25-4115    Document 14-1 of 32    Date Filed: 12/11/2025    Page: 78

# 2 Explore the member area.

Activities you can begin today:

1. Download the official "Realizing Resilience" workbook
2. Watch the Chalk Talk videos
3. Download accompanying slides
4. Explore the resources
5. Access our research and citations
6. Take the resilience test

App-2:078

Case 2:24-cv-00887-JNP-CMR    Document 13-9    Filed 12/09/24    PageID.369    Page
Appellate Case: 25-4115    Document 1526-32    Date Filed: 12/11/2025    Page: 79
12/3/24, 6:35 PM

# 3  Do the "DEEDS."

Now that you have full access, you'll be able to do the deeds! The "deeds" are effective, science-based tasks that help you build resilience. Complete them to meet your goals and potential.  Examples include (but are not limited to):

- Specific activities that challenge your self-perceptions
- Specific conversations to have with others
- Specific journaling assignments
- Specific exercises that expand your array of coping

App-2:079

Case 2:24-cv-00887-JNP-CMR    Document 13-9    Filed 12/09/24    PageID.370    Page

Appellate Case: 25-4115    Document: 16-32    Date Filed: 12/11/2025    Page: 80

skills

- .....And many more

# 4 New content every two weeks!

For the next 8 weeks you'll get new chalk talks, new deeds, and new resources every two weeks. This will continue for 2 full months. Complete them at your leisure, you'll have 12 months of full access to this campaign.

App-2:080

Case 2:24-cv-00887-JNP-CMR     Document 13-9     Filed 12/09/24     PageID.371     Page

Appellate Case: 25-4115     Document: 726-32     Date Filed: 12/11/2025     Page: 81

12/3/24, 6:35 PM

# 5 Continue the growth cycle ♻

This campaign is designed to be a continual cycle of growth. There's so much to learn and you can compound the benefits by continuing the cycle of growth. Re-engage with the campaign endlessly as many times as you like for 12 months.

As you grow, your insights and questions will be come increasingly advanced, and your ability to transcend stress, trauma and anxiety will increase.

App-2:081

Appellate Case: 25-4115    Document: 18-2    Date Filed: 12/11/2025    Page: 82

**Get Started**

*Many people want to continue access longer then 12 months. If you want to continue you'll have access to significant discounts.*

# Want FREE access?!

Fill out the form below and I'll send a link to the initial deeds and a few of my chalk talk videos for you to peruse! 😄

The deeds are a big deal. They are the things that members can actively DO to increase their own resilience. They are the equivalent to what therapists calls "therapeutic assignments".

I call them "deeds" because as you do these things and strengthen yourself, you are doing good deeds for all the world.

App-2:082



App-2:083

Appellate Case: 25-4115 Document 26-32 Date Filed: 12/11/2025 Page: 84



Don't try to change who you are

# Build resilience & reveal who you are

See Belle's journey

Get Free Stuff

Get Started Now

App-2:084

Case 2:24-cv-00887-JNP-CMR    Document 13-9    Filed 12/09/24    PageID.375    Page
Appellate Case: 25-4115    Document: 26-32    Date Filed: 12/11/2025    Page: 85
1/23/24, 6:35 PM

**Ok, I'm interested, but
I have a few
questions**

# Frequently Asked Questions

## Here are a few questions people ask me:



**How is a campaign more then just a course?**

This is so much more then a regular online course:

1. This campaign is highly interactive, and designed to make lasting changes over time. The deeds are ongoing, repeatable, and become more effective as you continually engage in them.
2. This campaign is not just a lesson, this is a part of knowing yourself deeply, and tapping into new skills and becoming a resilient person.
3. We have psychometric tests,

App-2:085

Case 2:24-cv-00887-JNP-CMR    Document 13-9    Filed 12/09/24    PageID.376    Page
12/3/24, 6:35 PM

and evaluations which can track your growth, and you'll be able to see your progress.

4. It isn't just educational, this is life enhancing. It isn't just made to inform you, it is made to help you reveal who you are.

This is beyond the scope of any online course I know of.

## What are the deeds?

The deeds are my version of what therapists call "therapeutic assignments", or "interventions". However, I call them deeds because as we improve ourselves, we improve the world around us. As we improve the world around us, we are making the world a better place. Thus, by completing these simple and engaging activities

# WHAT IS INCLUDED IN THIS CAMPAIGN?

(You get a lot of stuff)



**6 COMPLETE CHALK TALKS -**
**Our concise and detailed**

App-2:086

proprietary psychoeducational courses. Our chalk talks are the backbone of this campaign. See video below to learn more about what chalk talks are. Each chalk talk has several videos.

- **ACCESS TO THE DEEDS - These** are the exercises that help people grow. They are created using clinical concepts from traditional therapy models and other evidence-based methods.

- **WORKBOOK - Our** electronic workbook is thorough, detailed and complete with assignments that coincide with the deeds and chalk talks.

- **TRACKING TOOLS - Our** tracking features allow you to track progress and get free reports on Mental Gurus.

- **CITATIONS & RESEARCH - We'll** give you access to the complete

App-2:087

bibliography where you can access the academic citations

⊙ RESOURCES - We'll give you links to the best articles, videos, blogs and podcasts on the topic of resilience.

⊙ BONUS MATERIAL - This campaign now comes with some great surprise bonus content!

⊙ 12 month access - Continue to learn and complete the campaign repeatedly for 12 months!

A lot of people have misconceptions about resilience

# Misconceptions about resilience

A lot of people falsely believe they are flawed

App-2:088

Case 2:24-cv-00887-JNP-CMR    Document 13-9    Filed 12/09/24    PageID.379    Page
Appellate Case: 25-4115    Document 526-32    Date Filed: 12/11/2025    Page: 89

## 5 Misconceptions of resilience

In this video, you'll get a taste of our online psychotherapeutic courses and campaign. In this video I'll address the 5 big misconceptions about resilience. You'll also learn what resilience is and some ways to grow increasingly resilient.



Bridger Jensen MS., TRS. is the founder of *Mental Gurus* and *Reveal Myself*

**Get Started**

App-2:089

**Here's a quick summary of
all 6 chalk talks.**

# All 6 chalk talks are packed full of powerful content.

The other chalk talks

modules include:

App-2:090

🔖 **Chalk Talk #1:  Resilience research, theory and examples.**

4 videos, 8 deeds, and the initial resilience measurement scale. Learn your role and in this process (it's not what you think). Learn how to do the deeds effectively, and what the important question is. This chalk talk is available immediately upon purchase.

🔖 **Chalk Talk #2:  Focus, Attention, and Resilience**

5 videos and 6 deeds. You'll begin this chalk talk with your workbook and new journal! This is where we really get going! It is an exciting time. The deed you are tasked with will help you build focus and the psychoeducation will help you understand the importance of putting your attention on to something great.  This chalk talk is released after 2 two weeks of membership.

🔖 **Chalk Talk #3:  Thoughts, Beliefs and Appraisal Theory**

App-2:091

Overcome all Obstacles

Case 2:24-cv-00887-JNP-CMR    Document 13-9    Filed 12/09/24    PageID.382    Page
Appellate Case: 25-4115    Document: 28-32    Date Filed: 12/11/2025    Page: 92

12/3/24, 6:35 PM

Closely related to the philosophical concept of self deception, we can not hope to truly transcend our trauma without core beliefs that support the miracle that is our world.  Chalk talk 3 is available on the 1 month anniversary of your membership.

## Chalk Talk #4:  See the world clearly

This is an exciting part. We closely examine ourselves and the things we very often overlook to construct our worldview. We all blind ourselves to the things that confirm the narrative we already believe. This limits our growth. Lets unlock it! This Chalk Talk appears on your 6th week.

## Chalk Talk #5:  Interpretation & Deeper Application

We've been doing the deeds, and getting the psychoeducation. Let's take this to the next level to further increase our resilience! This Chalk talk is available on your 8 week mark.

App-2:092

## 🔖 Chalk Talk #6: Motivation & Continuation!

It's a big deal that you've come this far! Your resilience is growing and you can increase your motivation and zeal for life with these materials. Learn about coping styles and the various ways the worlds most resilient people have learned to apply resilience in their lives. This chalk talk comes at your 10 weeks mark. Consistency over time!

# What our participants say:



App-2:093

Case 2:24-cv-00887-JNP-CMR    Document 13-9    Filed 12/09/24    PageID.384    Page 12/3/24, 6:35 PM
Appellate Case: 25-4115    Document: 026-32    Date Filed: 12/11/2025    Page: 94

# How this campaign began:

I conceptualized this campaign, and the deeds over the last 19 yea s of being a therapist, coach and, organizational business consultant. As this campaign grew, I realized that I needed a way to bring it online so that I could reach more people. It's taken a lot of work, but today we're excited to bring you ou  Overcoming Obstacles Campaign completely online.

**Today my entire practice is online, and I am able to bring you years worth of therapeutic value for just a fraction of the price and without the process of meeting with a therapist.**

Read more about Bridger here

## Bridger Jensen, MS., TRS
Founder, & CEO

App-2:094

Want a sneak peek into what members get on the first day?

# What are Chalk Talks?

This is just a small taste.



*Before founding Mental Gurus, & Reveal Myself, Bridger Jensen, practiced therapy for 16 years and served in administrative positions as a business consultant for clinical programs. Learn More about Bridger Here.

**Back to page outline**    **Get Started Now**

App-2:095

**Home**    **Terms**
**Privacy**    **Disclaimer**
**About**

Copyright ©2021 Reveal Myself. All

rights reserved

App-2:096

# EXHIBIT K

DocuSign Envelope ID: ...-...-4C45-933B-E6BE7806A800

Division of Corporations and Commercial Code
I hereby certified that the foregoing has been filed
and approved on this ___ day of JULY 20 23
In this office of this Division and hereby issued
This Certificate thereof.

Examiner _____ Date 7/7/23

Leigh Veillette
Division Director



Receipt Number: 10097346

Amount Paid:   $129.00

# EXPEDITE

## CERTIFICATE OF ORGANIZATION OF

## PSYCHE HEALING AND BRIDGING, LLC

### A UTAH LIMITED LIABILITY COMPANY

RECEIVED

JUL 06 2023

Utah Div. Corp. & Comm. Code

I, Garett Robertson, acting as organizer of **Psyche Healing and Bridging, LLC** (hereinafter the "**Company**"), hereby form a limited liability company under the provisions of the Utah Revised Uniform Limited Liability Company Act, UTAH CODE ANN. §48-3a-101, *et seq.* (the "**Act**"), and adopt the following Certificate of Organization:

### ARTICLE I
### NAME

The name of the limited liability company is: **Psyche Healing and Bridging, LLC.**

### ARTICLE II
### PERIOD OF DURATION

The period of duration of the Company shall commence and be effective upon the filing of this Certificate with the Utah Division of Corporations and Commercial Code and shall be perpetual unless (a) sooner dissolved by the members, or (b) dissolved by a statutory event of dissolution.

### ARTICLE III
### PRINCIPAL OFFICE

The Principal Office and mailing address for the limited liability company is **1899 South 1030 West, Orem, UT 84058**. Records to be kept at the Principal Office include but are not limited to: (1) a current list in alphabetical order of the full name and address of each member; (2) a copy of the stamped Certificate of Organization and any amendments thereto; (3) copies of all tax returns for the three (3) most recent years; (4) a copy of the Company's Operating Agreement.

### ARTICLE IV
### BUSINESS PURPOSES

The Company and its business is distinct from its members. The primary purpose or purposes for which the Company is organized is to market and sell educational products, materials, and services in the field of mental wellness and healing, and to transact any and all business for which limited liability companies may be formed under Utah law, including becoming a member of other limited liability companies. Furthermore, it is empowered to sue and be sued in its own name and the power to do all things necessary or convenient to carry on the afore described activities and affairs.

### ARTICLE V
### REGISTERED AGENT AND OFFICE

The name of the initial registered agent of the Company in the State of Utah is **Michael W. Wadsworth**. The business office address where the initial registered agent of the Company may be located is **201 South Main Street, Suite 2200, Salt Lake City, UT 84111**. The consent to appointment as registered agent with the registered agent's signature is set forth at the end of this Certificate of Organization.

JUL 6 '23 PM 1:55

13487394-0160

App-2:098

DocuSign Envelope ID: 8FAA510-92A7-4C4F-983B-E6BE7B08A800

App-2:099

## ARTICLE VI
## MANAGEMENT OF COMPANY

The Company shall be managed by one or more managers. The initial manager shall be **Bridger Jensen**. Management of the Company may be delegated at a later date to other members or managers pursuant to the provisions of the Operating Agreement, or the Act, as applicable.

## ARTICLE VII
## INDEMNIFICATION OF MEMBERS AND MANAGERS

The Company shall have the power to indemnify and hold harmless each of its members, managers and employees to the full extent permitted by the Act.

## ARTICLE VIII
## MEMBERS AND MANAGER CONTRACTS

A contract or other transaction with the Company may be permitted regardless of the fact that a member of the Company is financially interested in, or may be interest in, such transaction. No contract, act, or other transaction of the Company with any person or entity shall be affected by the fact that a member of the Company (a) is a party to, or (b) is in some way connected with such person or entity. Each person who is now or may become a member or manager of the company is hereby relieved from any liability he or she might otherwise incur in the even such member or manager contracts with the Company, provided such person acts in good faith.

## ARTICLE IX
## SIGNING AUTHORITY

Any document, liability, financing instrument, or other instrument signed by the Company's manager shall be binding on and inure to the benefit of the Company.

DATED this 21st day of June 2023.

ORGANIZER:

Bridger Jensen

## CONSENT TO APPOINTMENT AS REGISTERED AGENT

I, **Michael W. Wadsworth**, accept the appointment as registered agent of **Psyche Healing and Bridging, LLC**, and state that I am familiar with the duties as agent.

DATED this 21st day of June 2023.

Michael W. Wadsworth

2

JUL 6 '23 PM 1:55

# EXHIBIT L

# License Application Status

## LCB202300523

You will only be able to view fees if you are a contact on the license application.
/
Note: You can collapse and expand individual sections by clicking the header of the section you wish to collapse/expand.

## License Application Summary

|  |  |
|---|---|
| Application Number: | LCB202300523 |
| Business Name: | Psyche Healing and Bridging, LLC |
| License Type: | Business |
| Application Status: | Awaiting Approval |
| Description of Business: | Training program for therapists and wellness workers |
| Mailing Address: | 1969 N State St.<br>Provo UT 84604<br>United States<br>bridgerjensen@gmail.com |

## Locations

Locations:

**Property**
49:296:0002 (/CityViewPortal/Property/PropertyReview?searchKey=desc&searchValue=49%3A296%3A0002)

**Structure**
# 8805472

**Address**
1969 N State St, Provo, UT 84604
(/CityViewPortal/Property/PropertyReview?searchKey=desc&searchValue=1969%20N%20State%20St%2C%20Provo%2C%20UT%2084604)

## Issuances

| Type | Date Issued | Date Expires | Status | Number |
|---|---|---|---|---|
| **Business License** | 11/11/2024 | 09/30/2025 | Renewal | 0001202401944 |
| **Business License** | 09/06/2023 | 09/30/2024 | Expired | 0001202301652 |

## Reviews

There are no reviews for this license application.

# EXHIBIT M

Case 2:24-cv-00887-JNP   Document 13-12   Filed 12/09/24   PageID.393   Page 2 of 16
Appellate Case: 25-4115     Document: 26-2     Date Filed: 12/11/2025     Page: 103

Home          Agenda          Presenters                              PsychedelicCON

Register

App-2:103

Case 2:24-cv-00887-JNP   Document 13-12   Filed 12/09/24   PageID.394   Page 3 of 16
Appellate Case: 25-4115     Document: 26-2     Date Filed: 12/11/2025     Page: 104

# Three Tracks

## HEAL - TRANSCEND - EXPLORE

Our conference covers the three paths of psychedelics: clinical/healing, recreational/play and spiritual/religious, providing a comprehensive understanding of their benefits and risks. Whether you're interested in therapeutic use, creativity, or spirituality, the conference offers an opportunity to learn and connect with like-minded people.

App-2:104

Psychedelic Conference 2023 | Learn, Explore and Connect with Psychedelic Experts
Case 2:24-cv-00887-JNP   Document 13-12   Filed 12/09/24   PageID.395   Page 4 of 16
12/9/24, 4:34 PM

Appellate Case: 25-4115     Document: 26-2     Date Filed: 12/11/2025     Page: 105

  

App-2:105

Appellate Case: 25-4115     Document: 26-2     Date Filed: 12/11/2025     Page: 106

# Opening Keynotes

## 9:00am – 10:30am



## Hear from psychedelic thought leaders

- **Brooke Lark** of Ayahuasca Diaries will talk about the importance of exploration and plant medicines.
- **Steve Urquhart,** co-founder of the Divine Assembly will share the power of spirituality through psilocybin.
- **Bridger Lee Jensen**, founder of Utah Psychedelic Therapy, and clinical coach with over 4,000 hrs of guided sessions.
- **Mindy Vincent** of Utah Harm Reduction will celebrate the important work being done in therapy and healing through

App-2:106

Case 2:24-cv-00887-JNP   Document 13-12   Filed 12/09/24   PageID.397   Page 6 of 16
Appellate Case: 25-4115   Document: 26-2   Date Filed: 12/11/2025   Page: 107

plant medicines.

# 10:30am - 11:20am
# Breakout Sessions







### Psychedelic-Assisted Therapy: Best Practices for Safe and Effective Patient Care

As psychedelic-assisted therapies become increasingly popular, more patients and clients are turning to therapists and other healthcare providers for guidance and support. This breakout session is designed for licensed professionals looking to enhance their skills and

### Beyond the Trip: Integrating Tantric Practices for a Sustainable Psychedelic Journey

Join us for a thought provoking presentation on how to weave tantric practices into your psychedelic journey and your life as a whole for sustained awakening and inner joy. Our speaker will clear up misconceptions and share insights on how

### Psychedelics 101: A Beginner's Guide to Understanding Psychedelic Drugs

Curious about the world of psychedelics but not sure where to start? This breakout session is designed for those new to the field, providing a comprehensive overview of the major psychedelic drugs, including their history, effects on the human mind and body and current uses

App-2:107

Case 2:24-cv-00887-JNP   Document 13-12   Filed 12/09/24   PageID.398   Page 7 of 16
Appellate Case: 25-4115      Document: 26-2      Date Filed: 12/11/2025      Page: 108

knowledge in working with patients who are taking psychedelics - with or without their supervision. From preparation to integration, you'll learn the best practices for providing safe, ethical, and effective care to those in need. Join us to protect yourself and your patients, and to help lead the way in this rapidly evolving field.

adopting tantric mindfulness can help deepen your connection to divinity and create a more meaningful and fulfilling life. In this session, you'll learn about the intersection of tantra and psychedelics and how they can complement each other for a transformative experience brimming with love and connection to all. Whether you're new to tantra or an experienced practitioner, join us as we explore the power of tantra and psychedelics to unlock a new level of love, awareness and spiritual growth in your life.

in research and therapy. From psilocybin to LSD to ayahuasca, we'll cover the basics of each drug and how to stay safe if you choose to explore them. If you're not interested in using psychedelics yourself, this session will equip you with the knowledge you need to help others, whether as a healthcare provider, researcher or simply an interested observer.

## 11:30am - 12:20pm
## Breakout Sessions

Appellate Case: 25-4115   Document: 26-2   Date Filed: 12/11/2025   Page: 109

  

## The Power of Integration: Moving Beyond the Psychedelic Experience

The psychedelic experience can be transformative, but its true power lies in what comes after. In this session, we'll explore the crucial role of integration in making the most of your psychedelic journey. Whether you're using psychedelics for therapeutic or spiritual purposes, integration is key to translating your insights and experiences into lasting change in your life. Led by experts in the field, this session will provide practical tips and strategies for

## Redefining Spirituality: Finding Meaning and Purpose in the Psychedelic Experience

When scientific research participants claim deep spiritual healing through studies that include psychedelics, it raises important questions about the nature of spirituality and the relationship between science and religion. In this session, we'll explore the ways in which psychedelic experiences can challenge and expand our understanding of spirituality and how we can redefine our relationship with the divine. Whether you're a scientist, a spiritual seeker or simply curious

## Beyond the Hype: Navigating Ethics and Consent in Psychedelic Spaces

Join us for a thought-provoking talk on the intersection of sex, drugs and consent in psychedelic spaces. Our pamelists will delve into the ethical considerations that arise in these contexts and offer practical tools for navigating these issues with care, consent, boundaries and compassion. In this session, you'll learn about the importance of creating safe and consensual spaces for exploring altered states of consciousness and the potential risks involved when boundaries are not

App-2:109

Psychedelic Conference 2023 | Learn, Explore and Connect with Psychedelic Experts          12/9/24, 4:34 PM

integrating your psychedelic experiences including journaling, meditation, and therapy.

about the intersection of psychedelics and spirituality, this session will provide a thought-provoking and insightful exploration of the topic.

respected.

**Register Now**



App-2:110

Case 2:24-cv-00887-JNR   Document 13-12   Filed 12/09/24   PageID.401   Page 10 of 16
Appellate Case: 25-4115   Document: 26-2   Date Filed: 12/11/2025   Page: 111

# Lunch Keynote

## 12:30 -2pm



**Lunch Keynote:** Join a panel of experts to discuss the future of psychedelics. Panelists include Sarah Collett and Amy Rossi.

App-2:111

# Closing Networking Meeting

After the final lunch keynote, stay and network with local businesses, individuals, and presente

App-2:112

rs within Utah's vibrant psychedelic community.
2pm-3pm



**Networking:**
Connect with fellow conference attendees during our networking event, which will take place after the closing keynote. It's a great chance to meet others in the space.

Register

App-2:113

Case 2:24-cv-00887-JNP   Document 13-12   Filed 12/09/24   PageID.404   Page 13 of 16
Appellate Case: 25-4115   Document: 26-2   Date Filed: 12/11/2025   Page: 114



Now

Want to market your business at our event?

If you are a local business or individual that would

App-2:114

like to attend this networking and marketing event please fill out the form below



Case 2:24-cv-00887-JNP   Document 13-12   Filed 12/09/24   PageID.406   Page 15 of 16

Appellate Case: 25-4115    Document: 26-2    Date Filed: 12/11/2025    Page: 116

Business Fill Out This Form

# Even if you can't come April 14th, stay informed and connected

Sign up for our newsletter to receive regular updates on the latest breakthroughs, news and events in the changing landscape of psychedelics - at a local, federal and worldwide level.

Hear about other events from both the Divine Assembly and Utah Psilocybin Therapy

App-2:116

Case 2:24-cv-00887-JNP   Document 13-12   Filed 12/09/24   PageID.407   Page 16 of 16
Appellate Case: 25-4115   Document: 26-2   Date Filed: 12/11/2025   Page: 117



TDA Website  |  Utah
Psychedelic Therapy

App-2:117

# EXHIBIT N

Case 2:24-cv-00887-JNP   Document 13-13   Filed 12/09/24   PageID.409   Page 2 of 30
Appellate Case: 25-4115   Document: 26-2   Date Filed: 12/11/2025   Page: 119



Experience     Advocate

Certify

Resources & Announcements ⌄

# Welcome to Psychedelic Therapy Journey

The Nation's Largest Private Psilocybin Wellness Center, where evidence based methods make a profound transformational process.

App-2:119

Appellate Case: 25-4115    Document: 26-2    Date Filed: 12/11/2025    Page: 120



Case 2:24-cv-00887-JNP   Document 13-13   Filed 12/09/24   PageID.411   Page 4 of 30

Appellate Case: 25-4115   Document: 26-2   Date Filed: 12/11/2025   Page: 121



## 5 ways to
# Begin Your Voyage Below:

We offer 5 ways to begin your Psychedelic Therapy Journey. Below, you'll find information on how to:

1. Experience our guided ceremonies

2. Become a certified practitioner

3. Help us legalize psilocybin therapy for others

4. Attend our events and webinars

5. Explore our research, readings, and media links

App-2:121

Appellate Case: 25-4115   Document: 26-2   Date Filed: 12/11/2025   Page: 122

# 1. Experience Psilocybin Therapy

We offer participation in legal psilocybin therapy through our safe and clinically informed ceremonies. Whether you're seeking mental wellness, spiritual insight, or personal growth, our evidence-based approach will guide you toward profound new possibilities.



**Your Journey includes:**

- Clinically Informed, Evidence-Based Model
- Opportunity to experience the propound
- Expert Practitioners
- Personalized Guidance
- Aesthetic Environment to Journey Within
- Profound Mental and Spiritual Experience
- A Safe, Legal and Supportive Team

**Book a Consultation**

# 2. Become a Certified Psychedelic Practitioner



App-2:122

Case 2:24-cv-00887-JNP   Document 13-13   Filed 12/09/24   PageID.413   Page 6 of 30

Appellate Case: 25-4115   Document: 26-2   Date Filed: 12/11/2025   Page: 123



Are you ready to guide others on their healing journey? At Psychedelic Therapy Journey, we offer world-class training programs through our Psychedelic Therapy Academy. Gain the knowledge, skills, and hands-on experience needed to become an expert in psilocybin therapy and join the largest team of certified practitioners in the nation.

**Your Path to Mastery:**

- Nations only practicum based experience
- Comprehensive Training in Psilocybin Therapy
- Hands-On Practicums and Real-World Experience
- Certification from a Leading Academy
- Opportunities to Join the Nation's Largest Team
- Ongoing Support and Professional Growth

**Train in our Academy**

App-2:123

Appellate Case: 25-4115   Document: 26-2   Date Filed: 12/11/2025   Page: 124



## 3. Attend our events and webinars

**Join the Movement for Therapeutic Freedom**

Psilocybin therapy is transforming lives, but legal barriers still prevent many from accessing its healing potential. By supporting our efforts to legalize psilocybin therapy, you can be part of a historic movement to expand access to this life-changing treatment.

**Sign Our Petition**

App-2:124

Psychedelic Therapy Journey | Legal Psilocybin Therapy & Practitioner Training
12/3/24, 6:29 PM

# 4. Attend Our Free Events & Webinars

Our events and webinars provide a unique opportunity to learn more about psilocybin therapy, the science behind it, and its profound spiritual and mental health benefits. Whether you're curious about experiencing a ceremony, becoming a certified practitioner, or supporting the legalization movement, our events are tailored to guide you through every step of the journey.

**Your Path to Mastery:**

- Expert-Led Webinars
- Workshops & Training Sessions
- Q&A with Industry Leaders
- Certification from a Leading Academy
- Stay Informed on Courses, Seminars and More
- Ongoing Supports for and Professional Growth



**Attend Our Webinar**

App-2:125

Case 2:24-cv-00887-JNP   Document 13-13   Filed 12/09/24   PageID.416   Page 9 of 30
Appellate Case: 25-4115   Document: 26-2   Date Filed: 12/11/2025   Page: 126

## 5. Explore our research, readings, and media links



Discover a wealth of knowledge in our curated collection of research articles, insightful readings, and engaging media content. Dive into our blog to explore the latest advancements in psychedelic therapy, inspiring success stories, and expert perspectives. Whether you're a seasoned professional or just beginning your journey, our resources are designed to inform, inspire, and guide you on the path to mental wellness and transformation.

### COMING SOON

Appellate Case: 25-4115    Document: 26-2    Date Filed: 12/11/2025    Page: 127

App-2:127

# Transform Your Life with the Nation's Largest, and Fastest Growing Psilocybin Treatment Center.

It is the mission of Singularism to provide a sacred space where science and spirituality unite, offering a holistic path to healing, growth, and self-discovery.

At the heart of our approach is the integration of evidence-based psychotherapy with the profound wisdom of centuries old entheogenic spiritual practice.

Through this unique synergy, we guide individuals toward profound insights, authentic connections, and lasting change.

## 210
ROUNDS SERVED

## 14,000
HOURS PRACTICED

## 10
TRAINED PRACTITIONERS

App-2:127

Case 2:24-cv-00887-JNP Document 13-13 Filed 12/09/24 PageID.418 Page 11 of 30

Appellate Case: 25-4115 Document: 26-2 Date Filed: 12/11/2025 Page: 128

# Explore your Inner Universe

**Attend Our Webinar**

Learn more about our services and ceremonies at our bi-monthly webinars.







"The weight of my past traumas made every day a struggle. Through the ceremonies, I've faced these traumas head-on and found a strength I didn't know I had. I've healed more in a few sessions than in years of conventional treatments. I'm finally free to live my life to the fullest."

DECLAN E.

"Living with anxiety was like being in a constant battle with myself. Participating in the ceremonies taught me how to find peace within. I've learned techniques to calm my mind and heart, something I never thought possible. This experience has been a cornerstone in my journey towards inner peace."

FINLEY N.

"Finding Community and Belonging I've always felt like an outsider, yearning for a place where I belong. The ceremonies introduced me to a community of like-minded souls, where I was welcomed with open arms. I've found not just friends, but a spiritual family that supports and understands me."

HARPER V.

App-2:128

Case 2:24-cv-00887-JNP   Document 13-13   Filed 12/09/24   PageID.419   Page 12 of 30
Appellate Case: 25-4115   Document: 26-2   Date Filed: 12/11/2025   Page: 129

# Featured in nearly 200 publications, including:

    

        

      

  

Cli



Case 2:24-cv-00887-JNP   Document 13-13   Filed 12/09/24   PageID.420   Page 13 of 30
Appellate Case: 25-4115     Document: 26-2     Date Filed: 12/11/2025     Page: 130

nical or Spiritual?

**Researchers agree that psilocybin is both a**

App-2:130

religous experince and a shows superior clinical efficacy. In the realm of psilocybin, a remarkable harmony emerges between

App-2:131

Case 2:24-cv-00887-JNP Document 13-13 Filed 12/09/24 PageID.422 Page 15 of 30

the clinical and the spiritual. Experts and researchers unanimously emphasize that separating these dimensions is to miss the essence of its transformative potential. From clinical insights to profound spiritual experiences, our

App-2:132

Case 2:24-cv-00887-JNP   Document 13-13   Filed 12/09/24   PageID.423   Page 16 of 30   12/3/24, 6:29 PM

Appellate Case: 25-4115     Document: 26-2     Date Filed: 12/11/2025     Page: 133

approach seamlessly integrates both realms. Witness how the clinical and spiritual unite, guiding individuals toward holistic healing, growth, and enlightenment.

# Some of our



"The weight of my past traumas made

App-2:133

par
tici
pa
nts
sto
rie
s:

Use
the
arro
ws
to
pan
thro
ugh
our
clie
nts
insp



every day
a
snugg...
...rou...
the
ceremoni

Are you one of our participants that would like to share your story?
Click here to share your testimonial

App-2:134

Appellate Case: 25-4115   Document: 26-2   Date Filed: 12/11/2025   Page: 135

irati onal stor ies.

The testimon ials are real, though some names are changed for privacy.

# Psilocybin and the Scientific Meaning of Life

Jo

App-2:135

Appellate Case: 25-4115   Document: 26-2   Date Filed: 12/11/2025   Page: 136

hns Hopkins Researcher, Mary Cosimano, shares

App-2:136

# Awaken Your Potential



Embark on a transformative journey that seamlessly fuses the power of Psilocybin Therapy and Spiritual Counseling. Our approach marries evidence-based clinical insights with the profound wisdom of spiritual exploration. Through carefully guided experiences and personalized counseling, we offer a holistic path to healing, self-discovery, and growth. This unique synergy allows us to address challenges on both the clinical and spiritual fronts, paving the way for profound insights, inner harmony, and lasting change.

**Book a Consultation**

App-2:137

Case 2:24-cv-00887-JNP   Document 13-13   Filed 12/09/24   PageID.428   Page 21 of 30

Appellate Case: 25-4115   Document: 26-2   Date Filed: 12/11/2025   Page: 138

12/3/24, 6:29 PM



# Integrate Insights, Elevate Life: Your Journey Begins

Experience profound transformation through psilocybin spiritual counseling. Embrace a path of integration, wisdom, and inner harmony.

**Frequently Asked Questions**

App-2:138

# What is Spiritual Counseling ?

**Our organization's ceremonies are rooted in the belief that psilocybin is a sacred sacrament that can serve as a conduit to profound spiritual experiences.**

App-2:139

Case 2:24-cv-00887-JNP   Document 13-13   Filed 12/09/24   PageID.430   Page 23 of 30



At the heart of our spiritual practice lies the sacred tradition of **Entheogenic Spiritual Guidance**. We integrate the profound potency of psilocybin, a revered entheogenic substance with long standing religious' use, into our own ceremonies as a means to facilitate deep spiritual connections and foster profound inner spiritual transformation. Our ceremonies are performed safely, sincerely religious', and crucial for producing the effective results from which our members reap invaluable benefits.

App-2:140

Psychedelic Therapy Journey | Legal Psilocybin Therapy & Practitioner Training

**Our ceremonies are
rooted in the belief
that
psilocybin serves as
a conduit to
profound spiritual
experiences.**

Appellate Case: 25-4115 Document: 26-2 Date Filed: 12/11/2025 Page: 142



Spiritual counseling is a harmonious fusion of evidence-based psychotherapy and your own personal spiritual journey. **Our expert counselors respect and embrace your unique spiritual beliefs,** working alongside them to amplify the therapeutic effects of the medicine we utilize in our own entheogenic ceremonies. We understand that your spirituality is deeply personal, which is why our approach does not impose on your religion. Instead, we create a sacred space where clinical insights and spiritual wisdom interweave, nurturing a holistic path to healing, understanding, and growth. Uncover the transformative potential that arises from the convergence of the clinical and the spiritual, as you participate in a ceremony that celebrates both your individuality and the profound connections that unite us all.

App-2:142

Psychedelic Therapy Journey | Legal Psilocybin Therapy & Practitioner Training

App-2:143

# Profound Spiritual Experiences Align with Scientific Advancements in Healing.

Our Approach Embraces the Holistic Benefits of Psilocybin, Fusing Spiritual and Clinical Pathways for Transformation.

*"Psilocybin is giving us a temporary peek into a biological process that underlies the very*

App-2:143

Psychedelic Therapy Journey | Legal Psilocybin Therapy & Practitioner Training

12/3/24, 6:29 PM

origin of religious and spiritual practices.

What's remarkable about psilocybin is its breadth and depth of impact. It's almost unparalleled in psychiatry that a single dose of a medicine produces these kinds of dramatic and enduring results!"

-Dr. Roland R. Griffith



**Attend Our Webinar**

App-2:144

S,

Professor of Behavioral Biology, Psychiatry, and Neuroscience at Johns Hopkins University

# Entheogenic Spiritual Guidance: Nurturing Transformative Connection

At the heart of our spiritual practice lies the sacred tradition of Entheogenic Spiritual Guidance. We integrate the profound potency of psilocybin, a revered entheogenic substance, into our ceremonies as a means to facilitate deep spiritual connections and foster profound inner transformation. Our ceremonies are designed to be safe, sincerely religious, and crucial for producing the effective results from which our members reap invaluable benefits.

**Sincere**              **Safe**              **Necessary**

App-2:145

Our ceremonies are rooted in the belief that psilocybin is a sacred sacrament that can serve as a conduit to profound spiritual experiences. Embracing ancient wisdom and modern insights, **we honor the rich tapestry of spiritual traditions. Through the careful guidance of our practitioners,** we facilitate an encounter with the divine that aligns with your personal religious beliefs, fostering an experience that resonates with your heart and soul.

Our commitment to safety ensures that your journey unfolds within a space of trust and reverence. Our **fusion of spiritual wisdom and clinical rigor** ensures that your journey with us is not only spiritually enriching but also conducted with the highest standards of safety and care. Your well-being remains at the heart of everything we do, as we guide you toward transformative experiences that embrace the best of both worlds.

The efficacy of our Entheogenic Spiritual Guidance stems from its necessity in driving **transformative change. By intertwining the power of psilocybin with sincere religious practices,** we create a synergy that unlocks hidden truths within your consciousness. Our ceremonies are carefully structured to be catalysts for self-discovery, personal growth, and profound insights that can lead to lasting positive change in your life.

**Frequently Asked Questions**

Appellate Case: 25-4115 Document: 26-2 Date Filed: 12/11/2025 Page: 147

App-2:147

Follow our social accounts
for updates, stories and more:

    

## Experience - Advocate - Certify - Questions - Research - Announcements

Copyright

©2025 PsychedelicTherapyJourney.com

# EXHIBIT O

_____

IN THE FOURTH DISTRICT COURT - ALL DEPARTMENT

IN AND FOR UTAH COUNTY, STATE OF UTAH

_____

## SEARCH WARRANT

No. 2992661

COUNTY OF UTAH, STATE OF UTAH

To any peace officer in the State of Utah:

Proof by Affidavit made upon oath or written affirmation subscribed under criminal penalty of the State of Utah having been made to me by Detective JACKSON JULIAN of Provo Police Department, this day, I am satisfied that there is probable cause to believe

THAT

On the premises known as 1969 N State Street, Provo, UT,further described as A brown brick building located in a business complex on the west side of North State St. The numbers "1969" are displayed on a white pillar, just outside the front entrance which sits at the bottom of an outdoor stair case. The word "Singularism" is printed on the glass front entrance door.;

On the person(s) described as:

Bridger Lee Jensen (DOB 9/6/1981)

In the City of Provo, County of Utah, State of Utah, there is now certain property or evidence described as:

- Psilocybin Mushrooms
- Equipment used to ingest and/or cultivate psilocybin
- Business records which document the administering of psilocybin to clients
- Financial records which indicate transaction history of purchasing cultivation equipment, income produced by administering psilocybin to clients, and where the money garnered from this business is being kept

and that said property or evidence:

- Page 1 of Search Warrant No. 2992661 -

Was unlawfully acquired or is unlawfully possessed;

has been used or is possessed for the purpose of being used to commit or conceal the commission of an offense; or

is evidence of illegal conduct.

Affiant believes the property and evidence described above is evidence of the crime or crimes of - Possession of Psilocybin (Schedule I Controlled Substance) with the Intent to distribute, per UCA 58-37-8
- Possession of Drug Paraphernalia, Per UCA 58-37A-5.

YOU ARE THEREFORE COMMANDED:

to make a search in the daytimeof the above-named or described person, vehicle, item, and/or premises for the herein-above described property or evidence and if you find the same or any part thereof, retain such property in your custody subject to the direction of a prosecutor or an order of this Court.


Dated: 4th day of November, 2024 @ 05:05 PM   /s/      SEAN PETERSEN
District Court Judge

- Page 2 of Search Warrant No. 2992661 -

App-2:150

# EXHIBIT P

## RETURN TO SEARCH WARRANT

NO. 2992661

The personal property listed below or set out on the inventory attached hereto was taken from the person of Bridger Lee Jensen (DOB 9/6/1981), by virtue of a search warrant dated the 4th day of November, 2024, and issued by Magistrate SEAN PETERSEN of the FOURTH DISTRICT COURT - ALL DEPARTMENT:

- 459.8 grams psilocybin mushrooms
- Psilocybin paraphernalia (scales, storage cups, electronic grinder)
- 1 vial of unidentified liquid
- 2 fluid ounces of THC liquid syrup
- Paperwork for mushroom wellness center therapy sessions and attorney letter

I, Detective JACKSON JULIAN of Provo Police Department, by whom this warrant was executed, do swear that the above listed or below attached inventory contains a true and detailed account of all the property taken by me under the warrant, on the 11th day of November, 2024.

All of the property taken by virtue of said warrant will be retained in my custody subject to the order of this Court or of any other court in which the offense in respect to which the property, or things taken, is triable.

**I declare under criminal penalty of the State of Utah that the foregoing is true and correct.**

Executed on: 11th day of November, 2024 @ 09:50 PM by   /s/ JACKSON JULIAN

**From:** utd_enotice@utd.uscourts.gov
**Subject:** Activity in Case 2:24-cv-00887-JNP Jensen et al v. Utah County et al Order
**Date:** December 10, 2024 at 3:55 PM
**To:** ecf_notice@utd.uscourts.gov



**This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524-6100.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record in a case to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**US District Court Electronic Case Filing System**

**District of Utah**

### Notice of Electronic Filing

The following transaction was entered on 12/10/2024 at 3:54 PM MST and filed on 12/10/2024

**Case Name:**     Jensen et al v. Utah County et al
**Case Number:**     2:24-cv-00887-JNP
**Filer:**
**Document Number:** 14(No document attached)

**Docket Text:**
**Having reviewed the briefing filed thus far, the court is under the impression that Defendants are not planning to submit evidence during the hearing scheduled for Friday, December 13. The court now clarifies that it has set aside the entire day on Friday for the hearing. To the extent the parties wish to support their briefing with additional evidence, they should avail themselves of the opportunity to do so on Friday. DOCKET TEXT ORDER No attached document Signed by Judge Jill N. Parrish on 12/10/2024. (ead)**

**2:24-cv-00887-JNP Notice has been electronically mailed to:**

Lara A. Swensen     lswensen@jdrslaw.com, administrator@jdrslaw.com

J. Brian Jones     bjones@provo.utah.gov

Mitchell A. Stephens     mstephens@jdrslaw.com, administrator@jdrslaw.com

Richard A. Roberts     rroberts@provo.org

Gary DeMott Millward     gmillward@provo.org, czarbock@provo.org, millwardlegal@gmail.com

Tanner J. Bean     tbean@fabianvancott.com, cbuhler@fabianvancott.com, knielson@fabianvancott.com

Anna Pitcher Christiansen     achristiansen@fabianvancott.com, aclark@fabianvancott.com

**2:24-cv-00887-JNP Notice has been delivered by other means to:**

Tanner J. Bean (A17128)
tbean@fabianvancott.com
Anna P. Christiansen (A17518)
achristiansen@fabianvancott.com
**FABIAN VANCOTT**
95 South State Street, Suite 2300
Salt Lake City, UT 84111-23323
Telephone: (801) 531-8900
*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRIDGER LEE JENSEN, an individual; SINGULARISM, a non-profit corporation; PSYCHE HEALING AND BRIDGING, LLC dba PSYCHEDELIC THERAPY JOURNEY; a limited liability company;<br><br>Plaintiffs,<br>vs.<br><br>UTAH COUNTY, a political subdivision, PROVO CITY, a political subdivision; JEFFREY GRAY, an individual; TROY BEEBE, an individual; BRIAN WOLKEN, an individual; JACKSON JULIAN, an individual; JOHN DOES 1-4, individuals;<br><br>Defendants. | **REPLY BRIEF IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Civil No. 2:24-cv-00887-JNP<br><br>Judge Jill N. Parrish<br><br>(Removed from Fourth Judicial District Court, Utah County, State of Utah, Case No. 240406123) |

Pursuant to Utah Federal Rules of Civil Procedure 7(b), Plaintiffs Bridger Lee Jensen,

Singularism, and Psyche Healing and Bridging, LLC ("Plaintiffs") hereby file their Reply Brief

in Support of Motion for Temporary Restraining Order and Preliminary Injunction ("Reply").

i

App-2:154

## TABLE OF CONTENTS

**TABLE OF CONTENTS** …………………………………………………… ii

**TABLE OF AUTHORITIES** ……………………………………………. iii

**INTRODUCTION** …………………………………………………….. 1

**RESPONSE TO DEFENDANTS' STATEMENT OF FACTS**……………………. 1

**ADDITIONAL STATEMENT OF FACTS** …………………………………. 10

**ARGUMENT** …………………………………………………….. 11

    I.    **PLAINTIFFS ARE SUBSTANTIALLY LIKELY TO PREVAIL.** ……… 11

        a.  **Defendants Fail Strict Scrutiny Under Utah's Religious Freedom Restoration Act.**…………………………………………... 12

        b.  **Defendants Fail Strict Scrutiny Under Article I, Section 4 of the Utah Constitution and the First Amendment to the U.S. Constitution.** …….. 18

        c.  **Defendants' Attempts to Avoid Strict Scrutiny Fail.** ……..……..…….. 20

            i.  *The Court Has Jurisdiction Over Plaintiffs' Utah Religious Freedom Restoration Act Claim.*…….. …….…..……..……..…… 20

            ii.  *Plaintiffs' Religious Free Exercise Has Been Substantially Burdened..* …….. …….…..……..……..…..……..…… 22

            iii.  *Plaintiffs Have Demonstrated Religious Sincerity.*…………..…… 25

            iv.  *Singularism's Religious Practices Are Protected.*…………………………………………… 27

    II.    **PLAINTIFFS HAVE SUFFERED AND WILL SUFFER IRREPARABLE HARM.** …………………………………………… 31

    III.    **THE INJURY TO PLAINTIFFS GREATLY OUTWEIGHS ANY POTENTIAL DAMAGE TO DEFENDANTS.** ……………………………… 33

    IV.    **A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION ADVANCE THE PUBLIC INTEREST.** …………..…….. 34

    V.    **DEFENDANTS' REQUEST FOR A $100,000 SECURITY IS UNREASONABLE.** ………………………………..……..……….. 34

**CONCLUSION** ……………………………………………… 36

**PAGE LIMIT CERTIFICATION** 37

**CERTIFICATE OF SERVICE** …………………………………... 38

# TABLE OF AUTHORITIES

Page(s)

Cases

*United States v. Christie*, No. CR 10-00384 01 LEK,
2013 WL 6860818 (D. Haw. Dec. 30, 2013) .................................................... 28

*Am. Bush v. City of S. Salt Lake*,
2006 UT 40, 140 P.3d 1235 .............................................................................. 18

*Burwell v. Hobby Lobby Stores, Inc.*,
573 U.S. 682 (2014) .......................................................................................... 26

*Centro Espírita Beneficente União Do Vegetal v. Ashcroft*,
282 F. Supp. 2d 1236 (D.N.M. 2002) ............................................................... 31

*Fulton v. City of Philadelphia, Pennsylvania*,
593 U.S. 522 (2021) .......................................................................................... 17

*Gonzales v. O Centro Espírita Beneficente União do Vegetal*,
546 U.S. 418 (2006) .......................................................................................... 13

*Heideman v. S. Salt Lake City*,
348 F.3d 1182 (10th Cir. 2003) ........................................................... 12, 31, 34

*Initiative & Referendum Inst. v. Walker*,
450 F.3d 1082 (10th Cir. 2006) ........................................................................ 33

*Kennedy v. Bremerton Sch. Dist.*,
597 U.S. 507 (2022) .......................................................................................... 19

*Kikumura v. Hurley*,
242 F.3d 950 (10th Cir. 2001) .......................................................................... 32

*Mendoza v. Thompson*,
2015 WL 5693705 (D. Utah Sept. 28, 2015) .............................................. 32, 34

*Moore-King v. Cnty. of Chesterfield, Va.*,
708 F.3d 560 (4th Cir. 2013) ............................................................................ 28

*O Centro Espírita Beneficente União Do Vegetal v. Ashcroft*,
342 F.3d 1170 (10th Cir. 2003) ........................................................................ 34

*RoDa Drilling Co. v. Siegal*,
552 F.3d 1203 (10th Cir. 2009) ........................................................................ 35

*Starsurgical, Inc. v. Aperta, LLC*,
832 F. Supp. 2d 1000 (E.D. Wis. 2011) ............................................................ 36

*United States v. Hoffman*,
436 F. Supp. 3d 1272 (D. Ariz. 2020) .............................................................. 28

*United States v. Jeffs*,
2016 WL 6745951 (D. Utah Nov. 15, 2016) ............................................... 22, 32

*United States v. Lepp*,
2008 WL 3843283 (N.D. Cal. Aug. 14, 2008) .................................................. 28

*United States v. Meyers*,
95 F.3d 1475 (10th Cir. 1996) .......................................................................... 28

iii

*Voter Reference Found., LLC v. Balderas*,
   616 F. Supp. 3d 1132 (D.N.M. 2022) ........................................................................ 35

Statutes

Article I, Section 4 of the Utah Constitution ................................................... Passim
Utah Code § 63G-33-201 .................................................................................. 12, 20
Utah Code § 63G-33-101 .......................................................................... 13, 23, 24, 27

Rules

Federal Rule of Civil Procedure 65 ........................................................................ 35
Federal Rules of Civil Procedure 7 ........................................................................... 1

Other Authorities

11A Fed. Prac. & Proc. Civ. § 2954 (3d ed.) ......................................................... 35
DUCivR 7-1(a)(4) .................................................................................................. 37

iv

App-2:157

## INTRODUCTION

Defendants' opposition brief perpetuates a reductive and harmful religious stereotype. Disregarding entheogenic religious practices rooted centuries back, Defendants open their brief with slur, calling Plaintiffs "for-profit drug deal[ers]," slandering their ceremonies as drug deals, and mocking them for practicing an "alleged 'religion.'" This intolerance drives Defendants to fabricate claims of religious insincerity and to turn a blind eye to the explicit language of statute and caselaw which protects Plaintiffs' religious free exercise. Imagine if Defendants had made these arguments about Native American religious usage of peyote. It would be unthinkably offensive.

But beyond offense, Defendants are just wrong. Their First Amendment analysis fails to address significant updates in the law by the U.S. Supreme Court, their Article I, Section 4 of the Utah Constitution analysis relates to issues of religious establishment, not free exercise, and their Utah Religious Freedom Restoration Act analysis plainly misinterprets the words of that potent statute. And in every case, Defendants have failed to articulate a compelling government interest of the highest order in denying *Plaintiffs specifically* a religious exemption from the Utah Controlled Substances Act. Further, Defendants have made *no attempt* to show the Court that their complete prohibition of psilocybin usage for sincere religious adherents is the only way they can accomplish that interest. Thus, regardless of what route this Court arrives at strict scrutiny, Defendants have failed to overcome it.

## RESPONSE TO DEFENDANTS' STATEMENT OF FACTS

**Defendants' Statements of Fact ("DSOF") ¶¶ 1-4:** Defendants' open their statements of fact by placing Mr. Jensen's statements out of context in order to paint him as a devious drug dealer with

1

no religious connection to psilocybin. The Court should disregard these efforts and evaluate the full context of Mr. Jensen's statements, as shown by the Verified Complaint, Mr. Jensen's declaration attached to Plaintiffs' opening brief, *see* Pls.' Ex. A, and Mr. Jensen's supplemental declaration filed together with this reply brief, *see* Pls.' Ex. V. Those documents plainly demonstrate Mr. Jensen's sincere faith journey, beginning with his ancestor's Lutheran roots, to his Mormon upbringing, to his search for spiritual enlightenment, to a period of agnosticism, to a period where he utilized spiritual concepts in professional mental health therapy, to his first transformative religious experience with psychedelics, to other profound religious experiences with psilocybin that changed and enhanced his connection with God and shaped a new religious system for him, to his decision in 2019 to pursue that connection further, and eventually, to found Singularism in 2023. *See* Pls.' Ex. A. Mr. Jensen has explained this even further in a supplemental declaration. *see* Pls.' Ex. V.

Defendants have not meaningfully engaged with any of this content and have misrepresented that small portion with which they have engaged. DSOF ¶¶ 1-4 should be disregarded entirely. Following Defendants' logic would lead to the conclusion that if any individual had a period of agnosticism or a faith transition in their life, they could never demonstrate to a court that they had later sincerely converted to a different religion.

**DSOF ¶¶ 5-12:** Defendants next try to introduce facts to discredit the religious sincerity of Mr. Jensen and Singularism, including by pointing to sources from the internet to say that because Mr. Jensen did not mention his spirituality in every context in which he appears on the internet, past and present, that he cannot be religiously sincere now. Such flawed logic would prevent, for

2

example, a Latter-day Saint bishop from asserting his religious sincerity even though he maintains a day job and does not mention his religious role on his company bio.

These documents do nothing to undermine Plaintiffs' religious sincerity, including as addressed in Mr. Jensen's statements mentioned above, or the other demonstrations of religious sincerity that Plaintiffs have adduced, including comprehensive statements of doctrine, even more of which are included with this brief, *see* Pls.' Exs. P, Q, R, and S; the declarations of those within Singularism's faith community, Pls.' Ex. D-H. Moreover, Defendants' internet finds are further problematic because Defendants misrepresent their content. Plaintiffs address each document in the following table:

| Document | Defendants' Representation | Plaintiffs' Response |
|---|---|---|
| Defs.' Ex. B – Google Reviews | Singularism's operation as a religious entity – as opposed a facility for "psychedelic therapy" – is contradicted by the reviews of its own customers. For example, Singularism has a 5.0 Google review rating. However, the reviews refer to Singularism as a "clinic," substitute for "medication," and "much safer than having to find it on the street from illegal sources." <br><br> DSOF ¶ 5 | The fact that one individual left a review on Google, a third-party website, stating, in full, "Best clinic in Utah" does nothing to undermine Singularism's religious sincerity. As explained further below, even if Singularism were solely a for-profit religious clinic, it would not lose its free exercise protections. <br><br> However, the only other individual to leave a review with Google (from which Defendants cherry pick phrases) *does* confirm Singularism is a religious entity. Specifically, the individual stated that "I'm grateful that there is finally a safe location in our state that provides *a spiritual setting and approach for this type of soul therapy. It's so much safer than having to find it on the street from illegal sources with no* |

3

| | | |
|---|---|---|
| | | *responsible supervision or safe spiritual guidance.*" |
| Defs.' Ex. C – bridgerleejensen.com | And Singularism's founder, Jensen, actively markets "Psychedelic Therapy" without referencing Singularism.<br><br>DSOF ¶ 6<br><br>For example, "bridgerleejsensen.com" offers viewers a chance to "schedule a 30 minute consultation" without any disclaimer (or suggestion) that Jensen's invitation to "experience another breakthrough! 😃 " is religious . . . [photo]<br><br>DSOF ¶ 7<br><br>Jensen's website includes an "About Bridger" section. In addition to "psychedelic[s]," Jensen references everything from "suicide" to "dance" and his "four children." [*See id.*]. Tellingly, he does not reference religion, spirituality, or Singularism. Instead, he describes his psychedelic therapy as "clinical": [photo with alterations]<br><br>DSOF ¶ 8 | Because Defendants' print of this website is ill-formatted, Plaintiffs recommend the Court view the website though a web browser.<br><br>First, as discussed in Mr. Jensen's supplemental declaration, this website is an old website that Mr. Jensen does not actively use, but has not wholly discarded because it may serve as a means for individuals to find Singularism. *See* Pls.' Ex V. Because of that, it is unsurprising that *some* of its content is not explicitly religious. However, a simple scroll down the page demonstrates that there *is religious content*.<br><br>Second, Defendants include a photo of Mr. Jensen in an enthusiastic pose for no clear reason.<br><br>Third, Singularism is prominently displayed. To the right of its logo, it states that "It is the mission of Singularism to provide *a sacred space where science and spirituality unite*, offering a holistic path to healing, growth, and self-discovery. At the heart of our approach is the integration of evidence-based psychotherapy *with the profound wisdom of entheogenic spiritual practices*. Through this unique synergy, we guide individuals toward profound insights, authentic connections, and lasting change. |

| | | Utah Psychedelic Therapy is the next listing. To the right of its logo, it states that that entity is "dedicated to advocating for the safe and legal use of psychedelic-assisted therapy *and sincere religious use*.<br><br>Thereafter, the website contains listings for now-defunct companies and endeavors in which Mr. Jensen was involved, including Mental Gurus and Reveal Myself. *See* Pls.' Ex. V. It then mentions a conference regarding psychedelics.<br><br>Fourth, the website then contains a bio for Mr. Jensen which he never updated to describe his role with Singularism. *See* Pls.' Ex. V. Thus, it is unsurprising that it does not contain content regarding Singularism's religious mission. |
|---|---|---|
| Defs.' Ex. D – Mr. Jensen's LinkedIn Profile | Jensen's LinkedIn profile provides yet another example. [*See* LinkedIn Profile, Ex. D]. Jensen's background image advertises a non-party to this lawsuit – "Psychedelic Therapy Academy." Jensen's commitment to psychedelics, or perhaps psychedelic therapy, is evident Again, however, that commitment has no connection to religion. Jensen focuses on "therapy": [photo with alterations] [*See id.*]. Jensen's LinkedIn profile also includes another "About" section. In that section, Jensen refers to himself as a "therapist," "visionary," "innovator," and "entrepreneur." [*Id.*]. He does not | Because Defendants' print of this profile is ill-formatted and does not capture the content of various drop-down options, Plaintiffs recommend the Court view it though a web browser.<br><br>Mr. Jensen's LinkedIn bio is similar to that provided at bridgerleejensen.com. Mr. Jensen also never updated this portion of his LinkedIn profile to describe his role with Singularism. *See* Pls.' Ex. V. Thus, it is unsurprising that it does not contain content regarding Singularism's religious mission. |

5

| | reference religion, spirituality, or Singularism. [*Id.*].<br><br>DSOF ¶ 9 | However, Defendants simply ignore the most relevant entry for "Psychedelic Therapy Academy" under which Mr. Jensen states that "At Utah Mushroom Therapy, we provide a unique approach to mental health, *addressing spiritual and existential issues* alongside mental wellness." Later, it continues to say that "Through Singularism, we integrate *spiritual and existential healing*, offering a holistic approach to mental wellness." Plainly, Mr. Jensen *does* "reference religion, spirituality, [and] Singularism."<br><br>As would be expected of anyone with a professional career before becoming a full time clergy member, Mr. Jensen's LinkedIn profile lists other of his endeavors prior to Singularism. |
|---|---|---|
| Defs.' Ex. E – psychedelictherapy academy.com<br><br>Defs.' Ex. F – psychedelictherapy academy.com (Facilitator Course Application form) | As another example, Jensen is the "Founder and Lead Instructor" at "Psychedelic Therapy Academy." [*See* PsychedelicTherapy Academy.com, Ex. E]. That entity markets an "immersive course" and promises enrollees the chance to join the "expanding field of psychedelic assisted therapy." It promises enrollees will become "a True Practitioner" of "psychedelic therapy" – not a "true believer" in Singularism: [photo with alterations] [*Id.*].<br><br>DSOF ¶ 10<br><br>Clicking "Apply Now" produces another screen that describes the | As described in Mr. Jensen's supplemental declaration, over the course of Singularism's existence, he has made changes to how Singularism is presented to the public, as well as changes to previous websites he maintained, sometimes in order for individuals to be directed to Singularism. This website is another example of that, and, in particular, an example of Singularism's missionary efforts to share and educate others in its religious truths and practices.<br><br>Additionally, this website *does* mention Singularism's religious purpose. It states that those educated under Singularism's |

6

| | therapy program. It aptly summarizes the "common goal" behind Jensen's personal drug use and his various enterprises – "exploring the incredible world of psychedelics": [photo with alterations] [Facilitator Course Application (Ex. F)]. The application form does not require commitment to any religious precepts. It does require a financial commitment: "I understand that tuition is $1,800, and I can pay in full . . . ." [*Id.*].<br><br>DSOF ¶ 11 | program will review "the amazing *spiritual practices* from other cultures" and that the program "emphasiz[es] the integration of mystical insights with practical applications" and that by doing so "we provide an extremely powerful framework that combines the *spiritual* and scientific aspects of psychedelic therapy, offering a holistic approach to facilitating transformative experiences."<br><br>Regarding the application form for interested individuals, interested individuals will be informed by the above content of the website regarding the religious nature of their application. Further, as Mr. Jensen's supplemental declaration states, each of the applicants that fills out this form is screened for religious sincerity before being allowed to participate in any sort of Singularism program. *See* Pls.' Ex. V. |
| Defs.' Ex. G – *Mental Gurus: An Artificial Intelligence Solutions for Our Mental Health Crisis,* Newsroom, Silicon Slopes (Sept. 17, 2019)<br><br>Defs.' Ex. H – Mr. Jensen's Facebook Profile<br><br>Defs.' Ex. I – Appears Defendants intended this to be | Jensen is known to be involved with the following businesses or websites that market "training," "therapy," and/or psychedelics:<br><br>- Psychedelic Therapy Academy [*see* Exs. E-F];<br>- Mental Gurus [Ex. G];<br>- UtahMushroomTherapy.org [*see* Ex. C];<br>- RevealMyself.com [*see* Facebook profile (Ex. H); Ex. J];<br>- UtahPsychedelicTherapy.org [*see* Instagram profile (Ex. I)];<br>- Psyche Healing and Bridging, LLC [*see* Utah Dept. of Corp. (Ex. | As described in Mr. Jensen's supplemental declaration, DSOF ¶ 12 includes websites and references to now-defunct companies and endeavors in which Mr. Jensen was involved, including Mental Gurus and Reveal Myself. *See* Pls.' Ex. V.<br><br>As described in Mr. Jensen's supplemental declaration, over the course of Singularism's existence, he has made changes to how Singularism is presented to the public, as well as changes to previous websites he maintained |

7

| Mr. Jensen's Instagram profile, but Defendants did not attach an Exhibit I to their opposition brief.<br><br>Defs.' Ex. J – revealmyself.com/ resilience-campaign<br><br>Defs.' Ex. K – Certificate of Organization of Psyche Healing and Bridging, LLC<br><br>Defs.' Ex. L – Business License Application Status form for Pshyche Healing and Bridging, LLC<br><br>Defs.' Ex. M – psychedleiccon.org/ agenda<br><br>Defs.' Ex. N – psychedelictherapy journey.com | K); Provo Business License (Ex. L)];<br>- Psychedeliccon.org [*see* Ex. M]; and<br>-PsychedelicTherapyJourney.com. [*See* Ex. N].<br><br>DSOF ¶ 12 | in other capacities, sometimes in order for individuals to be directed to Singularism. *See* Pls.' Ex. V.<br><br>Additional notes regarding Defendants' exhibits:<br><br>Ex. H: Mr. Jensen's Facebook profile links directly to Singularism.org<br><br>Exs. K and L: Psyche Healing and Bridging, LLC is a named plaintiff in this action. The Complaint explains its relationship to Singularism. |

**DSOF ¶¶ 13-18:** Defendants' next set of statements of fact relate to Defendant Julian's investigation of Singularism. However, Plaintiffs omit significant content that Defendant Julian included in his search warrant affidavit which demonstrate Plaintiffs' religious sincerity and Defendant Julian's understanding of that claim to sincerity, from the outset of his investigation, including:

8

- That his review of a media article included a statement that Singularism "is protected by the Religious Freedom Restoration Act" and the "United States Constitution." Defs.' Ex. A, at 2-3.
- That his review of Singularism's website showed Singularism's statements regarding the religious nature of the organization and its practices. *Id.* at 3.
- That he "spoke with a Utah County Attorney regarding this case and was advised that their office does not feel that Singularism's claim to have religious exemption has any merit and that if there is evidence of anyone possessing, using, distributing, or cultivating psilocybin, that person is subject to prosecution in the state of Utah." *Id.*
- That when he had a phone call with Mr. Jensen posing as an individual interested in Singularism, that "Bridger explained that the use of psilocybin is legal in his practice due to the religion of Singularism." *Id.* at 4.
- That when he went on a tour of Singularism's spiritual center, Mr. Jensen stated that "the drinking of the [psilocybin] tea was considered a 'ceremony' . . . *Id.*
- That when he attended a webinar, Mr. Jensen "discussed how he is the founder of Singularism and discussed the basis of the religion," that "the use of psilocybin is the central point upon which Singularism is based," and that "psilocybin is a 'mystical' and 'religious' experience." *Id.* at 5.
- That during the seminar, Mr. Jensen explained the multi-step screening process Singularism engages with people. *Id.* at 5.

Additionally, Defendants point to Defendant Julian's statement that "the way that [Mr. Jensen] founded the religion was by talking with his lawyer to review prior cases in which people claimed religious exemption; where those claimants won or lost." Mr. Jensen, as stated in his supplemental declaration, refutes this description, stating that he founded the religion of Singularism of his own accord, but that he sought out and consulted with legal counsel, among other things, because of his perception that there were risks associated with others' misunderstanding of Singularism's religious practices and the religious freedom protections to which Singularism is entitled. *See* Pls.' Ex. V. Regardless of how Mr. Jensen phrased it to Defendant Julian, Plaintiffs, like any other individual and organization, are entitled to seek and receive legal counsel, including to protect their rights to religious free exercise.

9

**DSOF ¶¶ 19-21:** Similarly, Defendants' next set of statements of fact omit substantial facts which occurred during Defendants' search of Singularism's spiritual center, including those described in SOF ¶¶ 12-21. Notably, Defendants omit that Detective Julian told Mr. Jensen that he recommended he cease Singularism's practices and that he should expect criminal charges. Defendants omit Detective Julian's statements acknowledging Plaintiffs' claim to religious sincerity and religious freedom. Defendants omit that Defendant Wolken served a letter on Singularism's landlord threatening to forcibly evict Singluarism if the landlord did not. Additionally, when questioned about THC, Bridger told Defendant Julian that it was limited to his personal religious use, that was locked in his personal safe, and that it had never been used in any Singularism context. Pls.' Ex. V.

**DSOF ¶ 22:** Defendants' citation to this article does not constitutes a statement of fact for the purposes of this case. Defendants do not introduce any facts about whether Singularism has particular practices regarding dosing, so their conclusion that "Plaintiffs possessed enough psilocybin mushrooms to distribute 92 doses" is speculation.

**ADDITIONAL STATEMENT OF FACTS**[1]

**SOF ¶ 34:** Since the filing of their motion, Plaintiffs have been able to assess further, beyond the description contained in SOF ¶ 29 of their opening brief, the damaging impact of Defendants' actions. Plaintiffs have already seen Singularism's religious community dimmish and shrink through fear. Mr. Jensen transparently lets individuals know that Plaintiffs are seeking to protect

---

[1]    Plaintiffs continue the numbering of their statements of fact, referred to as "SOF," from their opening brief.

Plaintiffs also note that during the filing of their opening brief, its Exhibit R was inadvertently not filed. That exhibit is attached to this reply.

10

their religious free exercise in court, but this has led to some individuals distancing from Singularism. As a result, Singularism is performing less ceremonies for voyagers, engaging in less religiously infused therapeutic tasks, and, as a result, Singularism has already, in fact, sustained financial losses. These losses are so significant that some of Singularism's clergy have forgone their pay for the past two months. *See* Pls.' Ex. V.

**SOF ¶ 35:** Since the filing of their motion, Plaintiffs have received a response to a GRAMA request made to Provo City Police requesting copies of records indicating any complaints made to Provo City Police regarding Singularism. *See* Pls.' Ex. V. The response included only a highly redacted version of Defendant Julian's affidavit, leaving unredacted this paragraph:

> Later in November 2023 a concerned citizen, who did not want to be named, came forward wanting to speak with detectives about Bridger and his business. I met with the citizen and they advised me that Bridger has a website promoting the business and identified where the business was located. The website is Singularism.org and the business location is 1969 N State St, Provo, UT.

*See* Pls.' Ex. U. Notably, this paragraph does not contain any actual complaint made, just a concern. The results of Plaintiffs' GRAMA request demonstrate that Provo City Police Department has no other record of any concern or complaint being made regarding Singularism for any reason.

**ARGUMENT**

## I.      PLAINTIFFS ARE SUBSTANTIALLY LIKELY TO PREVAIL.

Defendants agree that Plaintiffs need only demonstrate a prima facie case of their claims to establish the first prong of the temporary restraining order/preliminary injunction framework. *Compare* ECF 9, at 10 *with* ECF 13, at 12-13. Further, Defendants do not dispute that for religious freedom claims, this factor is the determinative factor of the test because of the seminal interests at stake. *See* ECF 9, at 10. This is so because the "loss of First Amendment freedoms, for even

11

minimal periods of time, unquestionably constitutes irreparable injury," *Heideman v. S. Salt Lake City*, 348 F.3d 1182, 1190 (10th Cir. 2003), which Defendants also do not dispute.

### a. Defendants Fail Strict Scrutiny Under Utah's Religious Freedom Restoration Act.

Plaintiffs are substantially likely to succeed on their Utah's Religious Freedom Restoration Act ("Utah's RFRA) claim. Defendants do not, and cannot, argue that Utah's RFRA does not require strict scrutiny review of the burden Defendants imposed upon Plaintiffs' religious free exercise. Strict scrutiny review is plain from the face of the statute: the "free exercise of religion is a fundamental right and applies to all government action, *including action that is facially neutral*" and "a government entity may not substantially burden the free exercise of religion of a person, *regardless of whether the burden results from a rule of general applicability . . .*" Utah Code § 63G-33-201(1) (emphasis added). Utah's RFRA then goes on to require the two prongs of strict scrutiny: (1) compelling governmental interest and (2) least restrictive means of furthering that compelling governmental interest. Utah Code § 63G-33-201(3). *Defendants* carry the burden of proving these two prongs. *See* Utah Code § 63G-33-201(3).

*Compelling Governmental Interest.* Defendants have failed to articulate a compelling governmental interest specific to Plaintiffs. Their brief appears to posit that Defendants, generally, have an interest in regulating controlled substances for the purposes of public health, public safety, and the prevention of drug trafficking. *See* ECF 13, at 2-3, 35-37. But these generalized interests don't cut it. Utah's RFRA, just like the federal RFRA and the First Amendment, requires Defendants to show the Court that they have a compelling governmental interest in specifically denying a religious exemption *to Singularism* from the Utah Controlled Substance Act. Plaintiff's opening brief explained this requirement in depth, and Defendants made no attempt to argue

12

App-2:169

otherwise. *See* ECF 9, at 13, 19, 27; *compare also Gonzales v. O Centro Espírita Beneficente União do Vegetal*, 546 U.S. 418, 430 (2006) (explaining this specificity requirement is sourced from the federal RFRA's "to the person" language) *with* Utah Code §§ 63G-33-101, 63G-33-101 (also containing "to the person's," "the person," and "the person's" phrases); *see also id.* at 431-33 (stating that "the Government's mere invocation of the general characteristics of Schedule I substances, as set forth in the Controlled Substances Act, cannot carry the day" and analogizing peyote exemption in the Act with *hoasca*).[2]

Even if the Court were to evaluate Defendants' overly generalized assertions of compelling governmental interest, Defendants' own sources do not support the generalized dangers to public safety, public health, and drug trafficking they claim psilocybin poses. On pages 36-37 of Defendants' brief, they make several claims regarding the harms of psilocybin, citing to a variety of sources to do so. *See* ECF 13, at 36-37. Defendants' assertions drawn from those sources are seriously misleading.

Defendants quote statistics related to drug overdoses, impaired driving fatalities, homicide victims testing positive for drugs, prisoners serving time for drug offenses, and drug trafficking

---

[2]    Defendants cite to several cases for the assertion that enforcing a controlled substances act is a compelling governmental interest. Many of these cases fail to comply with the U.S. Supreme Court's mandate that governmental interests be specific to the religious adherent at issue in the case. Others contains significant different factual scenarios which are distinguishable from the facts presented here. Because of the religious-adherent specific and fact-specific nature of religious freedom inquiries, each case must be evaluated on its facts. That some individuals or organizations have, in other cases, failed to demonstrate religious sincerity, religiosity, or another component of the analysis in the context of religion and controlled substances does not control here.

The Court should look to the cases where religious individuals and organizations have successfully obtained religious exemptions from controlled substances acts, like *Gonzales v. O Centro Espírita Beneficente União do Vegetal*, 546 U.S. 418, 438 (2006) and others provided in Plaintiffs' opening brief.

areas in Utah. However, Defendants' cited sources in footnotes 11, 12, 13, 14, and 16 generally

fail to clarify the types of drugs contributing to these statistics, and when it is clear, these sources

indicate that the primary contributors to the problems discussed are recreational use of opioids,

fentanyl, methamphetamines, or a combination of drugs and alcohol, *not* psilocybin. Even

assuming all drugs contributed equally to the problems discussed, one report explicitly notes that

"[d]rug presence does not necessarily imply impairment . . . whereas the impairment effects for

various concentration levels of alcohol is well understood, little evidence is available to link

concentrations of other drug types to impairment." ECF 13, at 36 n. 13.[3]

Defendants also misrepresent findings from a report cited in their footnote 15 which

summarizes the findings of three clinical studies involving psilocybin. They assert that these

studies show serious adverse effects, including hospitalization, self-injury, and suicidal behavior.

However, such adverse effects occurred in very few participants and only among those who "were

non-responders to psilocybin-assisted therapy. Additionally, investigators pointed out that . . . the

group mean scores for suicidality . . . did not change from baseline." ECF 13, at 36 n. 15.[4]

Importantly, these adverse effects were observed in only one of the three studies, while the other

two studies, which used similar doses, reported no serious suicidality. The report ultimately

concluded, despite what Defendants would lead the Court to believe, that results from the three

---

[3]    Memorandum from Janae Duncan, Division Director, Population Health to Health and Human Services Interim Committee, *Violent Incidents and Fatalities Involving Substance Abuse*, UT Dept. Health & Hum. Servs. (Oct. 1, 2023), at 2, available at https://le.utah.gov/interim/2023/pdf/00004015.pdf.

[4]    Lauren Heath, et al., *Psilocybin-Assisted Therapy for Major Depression or Treatment-Resistant Depression: Phase 2 Evidence Synthesis*, at 15 (Oct. 17, 2022), available at, https://www.utah.gov/pmn/files/903929.pdf.

clinical trials "offer preliminary positive support for psilocybin-assisted therapy . . . the trends of these studies . . . suggest positive effects by psilocybin for depression." ECF 13, at 36 n. 15.[5]

Finally, Defendants claim that "Plaintiffs ignore that the FDA has issued detailed 'Considerations for Clinical Investigations' involving psychedelics." ECF 13, at 37. Even assuming this statement were true, the source Defendants cite to in their footnote 18 is only a guidance document published by the FDA which explicitly states that, "FDA's guidance documents do not establish legally enforceable responsibilities," and goes on to clarify that this guidance "applies to clinical trials . . . conducted under an investigational new drug application (IND)." )." ECF 13, at 37 n. 18.[6] Plaintiffs' activities do not fall within this scope. In short, Defendants cannot rely on misrepresentation of these sources as a basis to support their supposed compelling governmental interest.

Moreover, even taking Defendants' claimed governmental interests at face value, Defendants' own actions since Singularism made contact with them demonstrate a lack of concern on those interests. In fall of 2023, Singularism opened a conversation with Defendants by sending them letters for the purpose of operating a sincere religious organization with utmost transparency and under the constitutional and statutory protections to which Plaintiffs are entitled. If the public safety, public health, and drug trafficking concerns Defendants express were truly of the highest order, one would expect Defendants to have acted immediately to enforce the Controlled Substances Act against Defendants. Around the same time, Detective Julian's search warrant affidavit reveals that an anonymous individual raised an unspecified "concern" regarding

---

[5]      *Id.* at 28.
[6]      US FDA, *Psychedelic Drugs: Considerations for Clinical Investigations* (June 2023), at 1, available at, https://www.fda.gov/media/169694/download.

15

Singularism to the Provo Police. *See* Defs.' Ex. A. Again, no immediate action was taken by Defendants, even after the concern was addressed with the individual. Instead, Defendants waited for over a year, during which Singularism began flourishing as a religious community, to take action against Defendants to enforce the Controlled Substances Act. Defendants' inaction undermines their claim of compelling governmental interest as well as Defendants' claims elsewhere in their brief that Plaintiffs sat on their hands before seeking relief from the Court.

Additionally, Defendants have failed to meaningfully respond to Plaintiffs' arguments that further undermine Defendants' claim to the legitimacy of their governmental interest. They cannot argue that psilocybin, or other Schedule I controlled substances like cannabis or peyote, are so dangerous that no one can use them, given the substantial secular and religious exemptions for those drugs' usages in the Utah Controlled Substances Act. *See* ECF 9, at 22-25, 27-29. They cannot credibly argue that psilocybin can only be safely used under the direction of a licensed medical professional, as the Utah Psilocybin Act's definition of licensed "health care provider" includes a religious clergyman like Mr. Jensen by reference to the clergy exemption in the Utah Mental Health Professional Practice Act, and where Singularism follows virtually all the requirements of the Utah Psilocybin Act. *Id.* Defendants say nothing at all regarding the Utah Department of Commerce's Division of Professional Licensing approving of Mr. Jensen's religious mental health therapy practice. *Id.* at 28-29; SOF ¶ 31. And Defendants make no comment whatsoever on their apparent decision not to prosecute similarly situated religious groups which perform entheogenic ceremonies in their jurisdictions, including the Divine Assembly, Psychedelics in the Beehive, Oklevueha Native American Church, and Temple of Hermes. *Id.* at

28; SOF ¶ 30. All considered, Defendants cannot legitimately advance their stated governmental interests, even at the impermissibly high level of generality which they articulate them.

Thus, Defendants carry the burden of showing this Court that unless Singularism is prohibited from practicing its faith, Singularism's religious practices will negatively impact public health, public safety, and drug trafficking. This is a burden they cannot shoulder. Indeed, they have not even tried. They have introduced no evidence whatsoever that any adherent of the faith has ever, even privately, had adverse health reactions. Defendants have introduced no evidence whatsoever that Singularism has had any impact upon public safety. And Defendants have introduced no evidence whatsoever that Singularism has contributed to drug trafficking. The only evidence this Court has before it regarding these topics is the declarations and evidence advanced by Plaintiffs which indicate Singularism has a perfect record on each accounts. *See* SOF ¶¶ 11; Ex. U. Because Defendants have failed to demonstrate they have a governmental interest of the highest order in prohibiting Singularism, *specifically*, from practicing its faith, Defendants fail strict scrutiny and Plaintiffs are substantially likely to prevail on their Utah RFRA claim. The Court need not continue to evaluate the least-restrictive-means prong of strict scrutiny.

*Least Restrictive Means.* Defendants also fail to demonstrate the second prong of strict scrutiny for Plaintiffs' Utah RFRA claim, should the Court proceed to evaluate it. Critically, *Defendants' brief advances <u>no argument at all</u> as to why refusing a religious exemption to Singularism is the least restrictive means by which it can accomplish its stated interests.* Defendants exert no effort to show they "can[not] achieve its interests in a manner that does not burden [Singularism's] religion . . ." *See Fulton v. City of Philadelphia, Pennsylvania*, 593 U.S. 522, 540 (2021). Defendants' failure to even attempt to shoulder their burden on this prong of strict

17

App-2:174

scrutiny leads to the conclusion that they have failed strict scrutiny. And even if Defendants had tried to argue this prong, they would have been unsuccessful. Defendants leave untouched Plaintiffs' arguments of other plainly less restrictive means, including that demonstrated by the secular exemption in the Utah Psilocybin Act, the results of other cases in which courts have upheld religious exemptions to controlled substances acts, and a public settlement agreement entered with the DEA which pens a religious exemption into contract. *See* ECF 9, at 25-26, 29. Defendants' failure to shoulder their burdens under the Utah RFRA's strict scrutiny review is fatal to Defendants' arguments. Thus, Plaintiffs are likely to prevail on their Utah RFRA claim.

b. **Defendants Fail Strict Scrutiny Under Article I, Section 4 of the Utah Constitution and the First Amendment to the U.S. Constitution.**

The Court can reach the same conclusion by reaching the strict scrutiny analysis via Article I, Section 4 of the Utah Constitution or via the First Amendment to the U.S. Constitution. Although these authorities provide different routes to strict scrutiny, the governmental interest and least restrictive means analysis above applies in equal measure.

Regarding the Utah Constitution, Defendants' brief fails to address Plaintiffs' analysis that the Utah Supreme Court would interpret Article I, Section 4 to require strict scrutiny review of all governmental burdens on religious free exercise. *Compare* ECF 9, at 14, *with* ECF 13, at 17-18. Defendants cite *Am. Bush v. City of S. Salt Lake*, 2006 UT 40, ¶ 11, 140 P.3d 1235, for the proposition that the Utah Constitution should be interpreted against the background of the First Amendment, which was in place when the Utah Constitution was adopted. However, that case relates to free speech, not religious free exercise. It does nothing to contradict the authorities Plaintiffs have set forth regarding strict scrutiny analysis for religious exercise claims under Article I, Section 4.

18

Defendants also try to convince the Court that a "neutrality" standard, not strict scrutiny, applies under Article I, Section 4. However, an analysis of Defendants' cited authorities for their "neutrality" standard reveal that if this standard exists at all (and has not been overturned by *Kennedy v. Bremerton Sch. Dist.*, 597 U.S. 507, 535 (2022)), it governs concerns of whether the government has *established* a religion, not whether individuals or organizations can freely exercise their religion. Defendants try to warp this religious establishment standard to argue that allowing Plaintiffs a religious exemption would somehow amount to an establishment of religion, or, alternatively, that the religious establishment standard itself indicates that the Utah Controlled Substances Act is neutral and generally applicable. Neither are helpful. The Court should disregard this wayward analysis and follow the unrebutted authorities Plaintiff set forth demonstrating the Utah Supreme Court would interpret Article I, Section 4 under the strict scrutiny rubric.

Regarding the First Amendment to the U.S. Constitution, Defendants argue that strict scrutiny does not apply to religious free exercise claims where the burden to religion is incidental, neutral, and generally applicable. *See* ECF 13, at 13-15. That is true. But, as Defendants fail to address, where the government action is *not* incidental and not pursuant to a neutral and generally applicable law, strict scrutiny *does* apply. Defendants leave unrebutted Plaintiffs' explanations of those paths to strict scrutiny under the First Amendment. *See* ECF 9, at 12-13. For example, Defendants do nothing to counter the U.S. Supreme Court's pronouncement that "a system of exemptions" may lead to strict scrutiny, nor do they counter that a law which prohibits religious conduct while permitting secular conduct that undermines the government's asserted interests in a similar way. *Id.* at 13. As Plaintiffs have argued, the Utah Controlled Substances Act contains the system of exemptions and prohibitions of religious conduct while permitting secular conduct, such

19

that strict scrutiny is the correct analytical framework for this case. *Id.* at 22-27. Because there are three routes to strict scrutiny review, and, as stated above, Defendants cannot shoulder their burden under strict scrutiny, Plaintiffs are substantially likely to prevail on their claims.

### c.  Defendants' Attempts to Avoid Strict Scrutiny Fail.

Because application of strict scrutiny is fatal to Defendants' arguments, Defendants do everything they can to avoid it in addition to their attempts above. But each additional attempt fails. Strict scrutiny applies.

### i.  *The Court Has Jurisdiction Over Plaintiffs' Utah Religious Freedom Restoration Act Claim.*

Defendants try to avoid the plainest path to strict scrutiny by asserting the Court lacks jurisdiction over Plaintiffs' Utah RFRA claim. Defendants argue that the exception from the notice-of-claim requirement in Utah's RFRA does not apply, so Plaintiffs need to wait another 30 days from the date of the hearing on the present motion (60 days from the November 12, 2024, service of Plaintiffs' notice of claim on Defendants, ECF 2-2, at 5) before they can bring this claim.

The notice-of-claim requirement under Utah's RFRA

> does not apply if the government action alleged in the action:
> (i) is ongoing, and complying with [the notice-of-claim provision] will place an undue hardship on the person or increase the harm suffered by the person; or
> (ii) is likely to occur or reoccur before the end of the 60-day period described in Subsection (5)(a).

Utah Code § 63G-33-201(5)(b). Defendants argue these terms have not been met because they have not yet filed criminal charges against Mr. Jensen, so their action cannot be viewed as "ongoing," that they do not plan on conducting addition searches or seizures within the 60-day

20

notice-of-claim period, and that a threat of prosecution cannot meet the terms of the exception. *See* ECF 13, at 19. Each is wrong.

First, Defendants' threat of criminal prosecution *and* the threat of eviction from Singularism's sacred space (which Defendants fail to mention in their brief) are both ongoing actions that place undue hardship on Defendants and increase the harm suffered by Defendants. As stated above, Defendants' acts of holding Plaintiffs in limbo between promised and actual prosecution and eviction has caused Singularism's religious adherents to distance themselves from the religion, and, as a result, the monies derived from Singularism's religious services have had a noticeable downturn to the point where some of Singularism's clergy forwent pay for the past two months. *See* Plfs.' Ex. V. Second, subsection (ii) of the exception contemplates fending off precisely this sort of anticipated wrongful act, using the phrase "is likely *to occur* or reoccur." Defendants could follow through on their promised prosecution and eviction tomorrow, well within the 60-day notice-of-claim period. Thus, the exception applies and Plaintiffs' Utah RFRA claim is properly before the Court. Third, even if the Court were inclined to agree with Defendants regarding their application of the notice-of-claim exception, the question of whether Plaintiffs are substantially likely to prevail on their Utah RFRA claim will be back to the Court for decision in 30 days from the hearing on the present motion.

Despite the language of the exception, Defendants appear keen to convince the Court that Defendants' notice of claim could never be proper, no matter when filed. They argue that Defendants should have filed a notice of claim back when (1) Plaintiffs sent letters to Provo City and the Utah County Attorney's Office and then (2) once again when the Utah County Attorney's Office commented to a news outlet that in its view Singularism was not entitled to religious

21

freedom. *See* ECF 13, at 20. However, Defendants, lines away, fault Plaintiffs for a "rushed initiation of an affirmative civil case," ECF 13, at 19, and then, in another turn, fault Plaintiffs' "decision to sit still," ECF 23, at 20. But the Court need not bother with these inconsistencies, as the facts presented here qualify for the notice-of-claim exception under Utah's RFRA. Thus, Defendants fail to avoid strict scrutiny by this line of argument.

*ii.  Plaintiffs' Religious Free Exercise Has Been Substantially Burdened.*

Defendants' next bid for the Court to avoid strict scrutiny is their argument that Defendants have not "*substantially* burdened" Plaintiffs' religious free exercise under Utah's RFRA. But to make this argument, Defendants depart from the language of Utah's RFRA. First, Defendants cite to *United States v. Jeffs*, No. 2:16-cr-82, 2016 WL 6745951, at \*6 (D. Utah Nov. 15, 2016) for a definition of "substantial burden."[7] *See* ECF 13, at 21. But there's no need for that. Utah's RFRA includes a detailed and controlling definition:

> (6)     (a) "Substantially burden" means that government action, *directly or indirectly*:
>> (i) *constrains, limits*, or denies the free exercise of religion by a person; or
>> (ii) *compels a person to act, or fail to act*, in a manner that is contrary to the person's free exercise of religion.
> (b) "Substantially burden" includes:
>> (i) any of the following in response to, or as a consequence of, the person's free exercise of religion:
>>> (A) withholding a government benefit;

---

[7]    Even if the definition of "substantial burden" from *United States v. Jeffs* were the correct one for Utah's RFRA (or if Defendants had argued Plaintiffs' rights were not substantially burdened for the purposes of analysis under the First Amendment or Article I, Section 4 of the Utah Constitution), Plaintiffs have demonstrated they meet that definition, as Defendants' actions have both prevented "participation in conduct motivated by a sincerely held religious belief" and placed "substantial pressure on [Plaintiffs] to engage in conduct contrary to a sincerely held religious belief." *United States v. Jeffs*, No. 2:16-cr-82, 2016 WL 6745951, at \*6 (D. Utah Nov. 15, 2016).

(B) assessing criminal, civil, or administrative penalties or damages; or

(C) excluding a person from a government program or from access to a government facility or service; and

(ii) a burden described in Subsections (6)(a) and (b)(i), regardless of whether the burden is:

(A) imposed by:

(I) law, statute, ordinance, rule, *policy, order, or other assertion of governmental authority*;

(II) *the application of law, statute, rule, policy, order, or other assertion of governmental authority*; or

(III) *any other means*;

(B) *applied or enforced by, or on behalf of, a government entity*; or

(C) applied or enforced by, or on behalf of, a person other than a government entity to:

(I) enforce a law, statute, ordinance, rule, policy, order, or other assertion of governmental authority;

(II) compel a government entity to act;

(III) prohibit a government entity from acting; or

(IV) utilize an administrative or judicial proceeding of a government entity, or an instrumentality or function of a government entity, to exert government power, authority, or influence.

Utah Code § 63G-33-101(6) (emphasis added).

Under this definition, a substantial burden is met by *direct or indirect* government action (which can be manifested through *statute, rule, policy, order, or other assertion of governmental authority*, or the *application* or *enforcement* of any of those authorities) that merely *constrains or limits* religious free exercise or which *compels a person to fail to act*. Defendants' actions substantially burdened Plaintiffs' religion under this definition. Defendants took direct action to enforce the Utah Controlled Substances Act against Plaintiffs, including by detaining Mr. Jensen,

23

searching Singularism's spiritual center, seizing its sacramental psilocybin and religious records, telling Singularism to shut down, promising criminal charges, and threatening Singularism's landlord to evict Singularism. Even if Defendants would only characterize the filing of criminal charges, prosecution, or a finding of guilt as *direct* action, Utah's RFRA does not require direct action. *Indirect* action, too, suffices. And here, however characterized, Defendants' actions deprived Plaintiffs of their rights to be secure in their persons, free from unlawful search and seizure, and to exercise their constitutional and statutory rights to religious free exercise. These acts, and the promised threats of prosecution and eviction, have substantially chilled Plaintiffs' religious free exercise. Out of fear of government retribution, Singularism's adherents have begun to distance themselves from the faith, leading to a decline in monies to support Plaintiffs' religious mission. At least two of Singularism's clergy have forgone their pay because of the financial straits in which Defendants' actions have placed them. *See* Plfs.' Ex. V.

Second, Defendants assert that in order for Plaintiffs' religious free exercise to be burdened, sacramental psilocybin ceremonies must be "mandatory or critical to Singularism." *See* ECF 13, at 21-22. But the language of Utah's RFRA says precisely the opposite. It defines the "free exercise of religion" to mean "the right to act or refuse to act in a manner *substantially* motivated by a sincerely held religious belief, *regardless of whether the exercise is compulsory or central to a larger system of religious belief.*" Utah Code § 63G-33-101(2). Utah's RFRA does not only protect core religious beliefs; it protects them all.

Regardless, Plaintiffs *have* demonstrated that sacramental psilocybin usage *is* a core part of their religious practice and that partaking it under the auspices of Singularism's religious doctrines and guides is a unique religious experience that cannot be replicated alone or by a secular

medical provider, *see* Plfs.' Ex. A, V. Thus, given the definitions in Utah's RFRA, and the facts presented, Defendants' actions amount to a substantial burden upon Plaintiffs' religious freedom. Defendants cannot avoid the application of strict scrutiny which Utah's RFRA imposes by these means.

### iii.    *Plaintiffs Have Demonstrated Religious Sincerity.*

Defendants' primary argument against Plaintiffs' motion is that Plaintiffs are lying: they are not religious, but drug lords. Beyond the highly offensive nature of this argument, it is just wrong. Defendants have disregarded, wholesale, the evidentiary assertions of Plaintiffs' sincerity, and have attempted to manufacture insincerity by stitching together cherry-picked statements and authority. The Court should reject this unserious argument, credit Plaintiffs' religious sincerity, and continue to strict scrutiny review.

First, Defendants' argument regarding Plaintiff's religious sincerity is newly advanced only for the purposes of the litigation. Prior to this litigation, as shown in Detective Julian's search warrant indicated he saw and experiences multiple assertions of religious sincerity from Singularism, even if he thought it was misguided. *See* response to DSOF ¶¶ 13-18. And during the search and seizure of Singularism's spiritual center, Defendant Julian told Mr. Jensen that he did not doubt his religious sincerity—a factual statement that Defendants have not attempted to controvert in their opposition brief. *See* SOF ¶ 35-38. Importantly, Defendant Julian and the Officers Does were following Defendant's Gray's direction that, regardless of Plaintiffs' sincerity, there could be no religious exemption for Plaintiffs' free exercise of religion, yet another fact Defendants have not attempted to contradict. *See* SOF ¶ 35; *see also* Defs.' Ex. A.

App-2:182

Second, Defendants pull out-of-context quotes from different sources associated with Mr. Jensen to assert he's been a drug dealer all along. As addressed above in Plaintiffs' responses to Defendants' statements of fact, those quotes are cherry picked and misrepresent the nature of those documents. *See* Responses to DSOF ¶¶ 5-12. When viewed in their entirety, they do not demonstrate any religious insincerity. Rather, they complement the different sources explaining Plaintiffs' religious sincerity: Plaintiffs and Singularism followers' declarations, Singularism's attestation document, Singularism's various doctrinal statements, and more.

Third, Defendants imply that Plaintiffs cannot be religiously sincere because they are collecting money in relation to their psilocybin ceremonies. *See* ECF 13, at 1, 9-10, 22, 35, 40. But the fact that Plaintiffs receive money—either as voluntary contributions or as payment for religious ceremonial services—does nothing to counter Plaintiffs' religious sincerity. As stated in Plaintiffs' opening brief, the U.S. Supreme Court in *Burwell v. Hobby Lobby Stores, Inc.*, 573 U.S. 682, 708-13 (2014), explained that faith-infused businesses do not lose religious liberty protections just because they seek "to make a profit as [a] retail merchant[]" or because "the purpose of such corporations is simply to make money." Plaintiffs are not out of the ordinary in operating a religious for-profit entity. Many such entities exist. Indeed, there are similar entities run by Christian religious organizations which offer religious mental health therapy in exchange for pay.[8]

---

[8]    *See, e.g.,* Center for Christian Therapy, available at, https://www.centerforchristiantherapy.com/; *Counseling and Wellness Services*, Counseling Center of Park City, Christian Center of Park City, available at, https://ccofpc.org/counseling-services/; *About Us*, Lifeline Christian Counseling Center, available at, https://lifelineccc.com/about; *Cost, Insurance Reimbursement, Financing & Fundraising*, Sanctuary Clinics, available at, https://sanctuaryclinics.com/cost-insurance-reimbursement-financing-fundraising/.

None of Defendants' attempts to discredit Plaintiffs' religious sincerity hold any water. The Court should find the evidence presented demonstrates Plaintiffs' religious sincerity and continue to strict scrutiny review.

### iv.    Singularism's Religious Practices Are Protected.

Last, Defendants argue that Singularism is not a religion, so it does not deserve protection under either the First Amendment, Article I, Section 4, or Utah's RFRA. Defendants' open their analysis on this point by misquoting the definition of "free exercise of religion" from Utah's RFRA. They assert that phrase is defined as acting "in a manner substantially motivated by a sincerely held religious belief," but that the definition "further assumes or requires 'a larger system of religious belief,' not merely a belief in one otherwise illegal act." ECF 13, at 23. However, Defendants omit the full definition: "'Free exercise of religion' means the right to act or refuse to act in a manner substantially motivated by a sincerely held religious belief, *regardless of whether the exercise is compulsory or central to* a larger system of religious belief. Utah Code § 63G-33-101(2) (emphasis added). Defendants' misquotation attempts to obscure that under Utah's RFRA, free exercise of religion extends to anything *substantially* motived by a religious belief, even if that belief is not connected to "larger system of religious belief." An individual does not lose protection under Utah's RFRA for not being affiliated with an organized religion. The converse is necessarily true, too: that an individual does not lose protection under Utah's RFRA for being affiliated with more than one religious organization, as is the case for many followers of Singularism. That Singularism does not ask its adherents to drop their religious priors before affiliating with its religious community does nothing to demonstrate that Singularism is not a religious organization.

27

Following Defendants' misrepresentation of the text of Utah's RFRA, Defendants rely largely upon *United States v. Meyers*, 95 F.3d 1475, 1482 n.2, 1482-83 (10th Cir. 1996) in which the Tenth Circuit adopted a district court's "glean[ing]" from other caselaw five factors (with the fifth factor containing ten subfactors) which supposedly indicate whether a belief is religious as opposed to a philosophy or way of life. Importantly, however, *Meyers* notes that "the threshold for establishing the religious nature of . . . beliefs is low . . ." *Id.* 1482-83.

The five *Meyers* factors have come under criticism, however, including by a dissenting judge from the decision, who stated that it was not the "proper role of the court to establish a factor-driven test to be used to define what religion is," that the "ability to define religion is the power to deny freedom of religion," and that it is an "unnecessarily invasive exercise for the courts to attempt to evaluate an individual's religious claims and practices against any set standard of preconceived notions of what types of religious beliefs are valid of being recognized by the courts." *Id.* at 1489-90. *See also United States v. Lepp*, No. CR 04-00317 MHP, 2008 WL 3843283, at *4 (N.D. Cal. Aug. 14, 2008), aff'd, 446 F. App'x 44 (9th Cir. 2011) ("This court declines any invitation to define religion because '[t]he ability to define religion is the power to deny freedom of religion.'" (quoting *Meyers* dissent)); *United States v. Hoffman*, 436 F. Supp. 3d 1272, 1281 (D. Ariz. 2020) (same); *United States v. Christie*, No. CR 10-00384 01 LEK, 2013 WL 6860818, at *5 (D. Haw. Dec. 30, 2013) (same). Indeed, other jurisdictions follow tests for "religion" far different from that in *Meyers*, including whether a belief is "religious in nature under [a party's] scheme of things" and "occup[ies] a place in [their] life parallel to that filled by the orthodox belief in God." *Moore-King v. Cnty. of Chesterfield, Va.*, 708 F.3d 560, 571 (4th Cir. 2013) (quotations omitted). These alternative tests appear to avoid another criticism of the *Meyers* factors: that its

28

App-2:185

factors map far better onto large, organized Abrahamic religions than for minority faith groups, especially those under consideration nearly thirty years after *Meyers*' publication.

Nothing in Utah's RFRA requires application of the *Meyers* factors. Its definition of religious free exercise stands on its own. But even if the Court applies the *Meyers* factors, they indicate Singularism is a bona fide religious organization entitled to protection under Utah's RFRA, Article I, Section 4, and the First Amendment. Although Plaintiffs provide examples under each of the factors below, an analysis of Plaintiffs' comprehensive doctrinal statements, attached as Pls.' Exs. P, W, R, and S, demonstrate even more details of Singularism's religious nature.

*Ultimate Ideas.* Singularism teaches that every individual has equal ability to access the divine. "[T]he the universe can speak through any voyager. No single person group, religion, philosophy, or ideology holds all the truth." Singularism believes that individual is empowered to discover and define their own beliefs. "Consciousness is a spectrum, beginning with the basic replication of life forms and evolving into complex thought, empathy, and the capacity to perceive oneness. Understanding this hierarchy is vital for exploring our identity, as it shows how each level builds upon the previous, connecting us to the larger web of existence. By recognizing our place in this continuum, we see ourselves as both individual and collective, constantly evolving toward greater self awareness and harmony." *See* ECF 9-16.

*Metaphysical Beliefs.* Singularism's teachings emphasize the interconnectedness of all life and matter, recognizing the illusion of separateness as a temporary condition of the physical world. Singularism emphasizes "the oneness of all existence, cosmically and quantumly." ECF 9-16. Additional insight into the nature of the universe, reality, and truth is provided in the Octadrant. *Id.*; Pls.' Ex. V.

29

*Moral or Ethical System.* Singularism teaches its adherents to abide by three core tenants: alleviate  suffering starting with oneself and extending outward; non-offensiveness: engage in thoughtful dialogue while standing firm in a member's value while respecting others; "agency and responsibility: Through the practice of "Write Your Own Scripture," members are given the tools to define their moral compass within Singularism's framework. This unique approach combines individual agency with collective ethical principles." Pls.' Ex. V; *see also* Pls.' Ex. P.

*Comprehensiveness of Beliefs.* "Singularism is built upon aphorisms—the simple yet profound truths that emerge from individuals voyager's and collective experiences. These aphorisms form the foundation of our evolving scripture, uniting us in our shared belief in the singularity of all things. Members are free to contribute their insights, helping to create a dynamic and adaptable religion that reflects the oneness and wisdom we uncover together." Pls.' Ex. P. While Singularism emphasizes the oneness of all things it also teaches its members that each participant is empowered to discover their own metaphysical truths. *Id.*; Pls.' Ex. V.

*Accoutrements of Religion.* Singularism presents the traditional accoutrements of religion including a founder, Bridger Jensen, Pls.' Exs. A, V, and important writings, including the Octadrants and the scriptures of the individual voyagers. Pls.' Ex. P, V. The ceremonies are practiced at the wellness center which serves as Singularism's gathering place. Pls.' Ex. V. Like many small religions, Singularism is starting its practice with very little. However, the humbleness of its space does not make it any less sacred to its practitioners.

Singularism has a governance structure which mirrors that of other religious organizations. Brider Jensen, as the founder, works alongside two counselors and a board of directors. Pls.' Ex.

V. Together, these individuals give spiritual guidance to Singularism and provide organizational oversight. *Id.*

After thorough screening, members participate in Singularisms tea ritual, which enables them to access the divine and write their own scripture. *See* ECF 9, at ¶¶ 4-9; Pls.' Exs. A, V. Singularism's members participate in a specialized diet on the day of their ceremony in that they consume the sacramental tea. *Id.* On the day of their ceremony, members are encouraged to dress modestly and comfortably. Pls.' Ex. V. Clergy observe the sanctity of the ceremony by fasting and meditating before each ceremony with a voyager. *Id.* Cards are issued to clergy which symbolize the clergy person's mastery of the Bridging Model and a commitment to the religion's sacred principles. *Id.* Practitioners also wear white shirts with gold buttons which carry symbolic significance. *Id.*

Additionally, Singularism observes four key holidays: the Darkness Ceremony, the Light Color Ceremony, the Lightness Ceremony, and the Dark Color Ceremony. *Id.* Singularism's missionary efforts reflect the modern era in which we live in that Singularism employs methods such as social media to spread awareness. *Id.*

All considered, even if the Court looks to the *Meyers* factors, Singularity's religiosity manifests in every factor. Thus, the Court should proceed to strict scrutiny review.

## II.    PLAINTIFFS HAVE SUFFERED AND WILL SUFFER IRREPARABLE HARM.

Defendants do not disagree that a "loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury." *Heideman v. S. Salt Lake City*, 348 F.3d 1182, 1190 (10th Cir. 2003). *See* ECF 9, at 30. *See also O Centro Espírita Beneficente União Do Vegetal v. Ashcroft*, 282 F. Supp. 2d 1236, 1269-70 (D.N.M. 2002) ("Tenth Circuit law

31

indicates that the violations of the religious exercise rights protected under RFRA represent

irreparable injuries. In *Kikumura,* the Tenth Circuit observed that 'courts have held that a plaintiff

satisfies the irreparable harm analysis by alleging a violation of RFRA.'" (quoting *Kikumura v.*

*Hurley*, 242 F.3d 950, 963 (10th Cir. 2001) (listing cases)). Even so, Defendants argue that in order

for Plaintiffs to be irreparably harmed, Defendants must be subjected to criminal prosecution, but

that even prosecution itself is not enough to create irreparable harm absent a conviction (or even

failure on appeal of a conviction). *See* ECF 13, at 38.[9] If that were the case, Defendants could

successfully wipe Singularism from existence pending such prosecution and even an appeal of a

conviction, as the burdens imposed by Defendants' actions mount.

But, again, Defendants fault Plaintiffs not only for supposedly filing their motion too early,

but also for filing it too late, asserting that Plaintiffs "delay[ed] in seeking injunctive relief" and

are "manufactur[ing] an emergency through inaction" because Plaintiffs should have moved for a

temporary restraining order and preliminary injunction when the Utah County Attorney's Office

commented to the media that it thought Singularism was not entitled to religious freedom. *See* ECF

13, at 38.

This argument disregards the obvious. Parties cannot, and should not, move for injunctive

relief before they have sustained an injury or the injury is likely to imminently occur. Here, there

---

[9]    Defendants cite to *United States v. Jeffs*, No. 2:16-CR-82, 2016 WL 6745951, at *8 (D. Utah Nov. 15, 2016) and *Mendoza v. Thompson*, No. 1:15-cv-00090, 2015 WL 5693705, at *2 (D. Utah Sept. 28, 2015) for this proposition. *See* ECF 13, at 38. But neither case stands for that proposition. In *Jeff*, the court's discussion was related to whether a "substantial burden" on religion was shown and whether RFRA can be raised as a defense. There is no discussion regarding irreparable harm, temporary restraining orders, or preliminary injunctions. In *Mendoza*, a case regarding a pretrial detainee awaiting trial on murder charges, the court's discussion of irreparable harm was related to the detainee's option to hire private counsel or proceed with a public defender, a fully distinguishable fact pattern from what is presented here.

32

was no reason for Defendants to move for injunctive relief when the Utah County Attorney's

Office made its comment to the media. At that time, and until November 11, 2024, Defendants

took no action and gave no indication that they would take action against Singularism. Without

harm or imminent harm, Plaintiffs were limited to the actions they did take: communicating with

Defendants to invite them to Singularism's spiritual center to learn more about why Singularism's

spiritual practices are protected.

As stated above, when Defendants did take action on November 11-12, 2024, such

amounted to a violation of Plaintiffs' religious free exercise rights, an irreparable injury. The

effects of Defendants' threats of prosecution and eviction continue to haunt Plaintiffs, impacting

them daily. *See also Initiative & Referendum Inst. v. Walker*, 450 F.3d 1082 (10th Cir. 2006)

("Although mere allegations of a subjective 'chill' are not an adequate substitute for a claim of

specific present objective harm or a threat of specific future harm, plaintiffs may bring suits for

prospective relief in First Amendment cases where they can demonstrate a credible threat of

prosecution or other consequences flowing from the statute's enforcement." (cleaned up,

quotations omitted)).

### III.    THE INJURY TO PLAINTIFFS GREATLY OUTWEIGHS ANY POTENTIAL DAMAGE TO DEFENDANTS.

Defendants fail to provide any evidence that they will be damaged by a temporary

restraining order or preliminary injunction. The closest they come is pure speculation: "the public

faces the *prospect* of unlicensed, unsupervised, and unstoppable use of illegal, halogenic

substances in the community. As noted, the *potential* harms range from improper dosage,

unintended poisonings, illegal trafficking, and impaired driving." ECF 13, at 39-40 (emphasis

added). Defendants have no evidence that any of these things would occur. Rather, the evidence is that Singularism's religious practices have caused *none* of these issues.

Defendants argue that Plaintiffs' only injury is moving the venue of their fight for the protection of their religious freedoms from this civil venue to a criminal venue. As stated above, Defendants' argument regarding a criminal venue and irreparable harm is not supported by the caselaw they cite. Additionally, Plaintiffs have incurred more significant harms, outweighing the non-existent, speculative harm Defendants advance here. *See* ECF 9, at 30-31.

## IV. A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION ADVANCE THE PUBLIC INTEREST.

Defendants argue that "the public has 'an interest in seeing that its duly enacted legislation is enforced,'" so enforcement of the Utah Controlled Substances Act against Plaintiffs is in the public interest. *See* ECF 13, at 39 (quoting *Mendoza v. Thompson*, No. 1:15-CV-00090-DN, 2015 WL 5693705, at *3-*4 (D. Utah Sept. 28, 2015) and citing *Heideman v. S. Salt Lake City*, 348 F.3d 1182, 1191 (10th Cir. 2003)). But this statement also operates as to Utah's RFRA—the public also has an interest in seeing Utah's RFRA enforced to preserve Plaintiffs' religious freedom. *See also O Centro Espírita Beneficente União Do Vegetal v. Ashcroft*, 342 F.3d 1170, 1187 (10th Cir. 2003) ("as RFRA—a statute enacted by representatives of the people to protect religious freedom—acknowledges, harm ensues from the denial of free exercise and the public has a significant interest in unburdened legitimate religious expression."). On balance in this case, given the weighing of the harms above, the public interest in protecting free exercise prevails.

## V. DEFENDANTS' REQUEST FOR A $100,000 SECURITY IS UNREASONABLE.

34

Perhaps only to perpetuate the inaccurate stereotype that Defendants are drug dealers swimming in illegal profits, Defendants request that if the Court grants the present motion, it impose a massive $100,000 security on Plaintiffs under Federal Rule of Civil Procedure 65(c). This is an unreasonable request the Court should deny outright.

"Courts in the Tenth Circuit have wide discretion under Rule 65(c) in determining whether to require security and may, therefore, impose no bond requirement." *Voter Reference Found., LLC v. Balderas*, 616 F. Supp. 3d 1132, 1204 (D.N.M. 2022) (cleaned up) (quoting *RoDa Drilling Co. v. Siegal*, 552 F.3d 1203, 1215 (10th Cir. 2009)). A "bond is not required to obtain preliminary injunctive relief when a plaintiff is seeking to prevent a government entity from violating the First Amendment." *Id.* (cleaned up) (quotation omitted) (holding the plaintiff was entitled a preliminary injunction and was "not required to secure a bond to ensure that the [state] complies with the Constitution.").

Even if a security were required, the Court should exercise its discretion to set the bond according to the value of the potential harm to Defendants. The purpose of Rule 65(c)'s security provision is "to enable a restrained party to secure indemnification for any costs, usually not including attorney's fees, and any damages that are sustained during the period in which a wrongfully issued equitable order remains in effect." Requirement of Security for the Issuance of a Preliminary Injunction or Temporary Restraining Order, 11A FED. PRAC. & PROC. CIV. § 2954 (3d ed.). Where a wrongfully issued order would have no cost to the restrained party, trial courts have chosen not to require a plaintiff to pay a security bond at all. *See Voter Reference Found., LLC*, 616 F. Supp. at 1274 (finding no evidence in the record that compliance with an injunction not to prosecute plaintiff would cost anything to the defendant state of New Mexico); 11A Fed.

35

App-2:192

Prac. & Proc. Civ. § 2954, n. 48 ("The district court cannot simply set an injunction bond at whatever high number it thinks appropriate; instead, reasons must support the number chosen so that the reviewing court can determine whether the number was within a range of options from which one could expect a reasonable trial judge to select.") (citing *Starsurgical, Inc. v. Aperta, LLC*, 832 F. Supp. 2d 1000, 1006 (E.D. Wis. 2011) (Adelman, J.)). Here, even if the Court were to require a security, Defendants have provided no evidence of any sort of damages they might sustain during a period of enjoinder.

Even so, in good faith, Plaintiffs paid a bond upon filing their motion temporary restraining order and preliminary injunction with the state trial court. A $100,000 security is patently unreasonable. Plaintiffs have never had that level of financial resources, and they certainly do not have them now as they endure the financial burdens caused by Defendants' wrongful actions. Assessing such a security would end the faith.

## CONCLUSION

For the above reasons, those contained in Plaintiffs' opening brief, and the argument and evidence to be presented at the upcoming hearing, the Court should grant Plaintiffs' Motion and grant Plaintiffs a temporary restraining order and preliminary injunction.

DATED this 11th day of December 2024.

/s/ *Tanner J. Bean*
Tanner J. Bean
Anna P. Christiansen
*Attorneys for Plaintiffs*

36

App-2:193

**PAGE LIMIT CERTIFICATION**

I, Tanner Bean, certify that the foregoing document contains 36 pages and complies with

DUCivR 7-1(a)(4) and the Court's order granting the parties' stipulated motion for overlength

briefing.

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2024, I caused the foregoing **PLAINTIFF'S REPLY BRIEF IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** to be served via the Court's electronic system upon the following:

> Gary DeMott Millward
> J. Brian Jones
> Provo City Attorneys Office
> 351 W Center St
> PO Box 1849
> Provo, UT 84603
> (801)852-6141
> gmillward@provo.org
> rroberts@provo.org
>
> Richard A. Roberts
> Provo City - Legal Department
> 445 W Center St Ste 300
> Provo, UT 84601
> 801-852-6140
> Email: rroberts@provo.org
>
> Mitchel A. Stephens
> Lara A. Swensen
> James Dodge Russell & Stephens PC
> 10 W Broadway Ste 400
> Salt Lake City, UT 84101
> mstephens@jdrslaw.com
> lswensen@jdrslaw.com

                              */s/ Tanner J. Bean*

38

Tanner J. Bean (A17128)
tbean@fabianvancott.com
Anna P. Christiansen (A17518)
achristiansen@fabianvancott.com
**FABIAN VANCOTT**
95 South State Street, Suite 2300
Salt Lake City, UT 84111-23323
Telephone: (801) 531-8900
*Attorneys for Plaintiffs*

---

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| BRIDGER LEE JENSEN, an individual; SINGULARISM, a non-profit corporation; PSYCHE HEALING AND BRIDGING, LLC dba PSYCHEDELIC THERAPY JOURNEY; a limited liability company;<br><br>Plaintiffs,<br>vs.<br><br>UTAH COUNTY, a political subdivision, PROVO CITY, a political subdivision; JEFFREY GRAY, an individual; TROY BEEBE, an individual; BRIAN WOLKEN, an individual; JACKSON JULIAN, an individual; JOHN DOES 1-4, individuals;<br><br>Defendants. | **NOTICE OF ERRATA REGARDING EXHIBITS FILED WITH REPLY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Civil No. 2:24-cv-00887-JNP<br><br>Judge Jill N. Parrish<br><br>(Removed from Fourth Judicial District Court, Utah County, State of Utah, Case No. 240406123) |

Plaintiffs, through their counsel, and in support of their Reply in Support of the Motion for Temporary Restraining Order and Preliminary Injunction ("Reply"), ECF 19, intended to attach to the Reply (1) all exhibits which were attached to Plaintiffs' opening brief (ECF 9), Exhibits A-Q (ECF 9-1 – 9-17); (2) Exhibit R which was inadvertently not filed together with Plaintiffs' opening brief; and (3) additional Exhibits S-V. Inadvertently, Plaintiffs erroneously filed exhibits to the

App-2:196

Reply, resulting in some exhibits to the Reply being filed multiple times, while others not at all..

To fix this error, and clarify the issue, counsel hereby requests the Court accept this errata filing.

This errata filing includes only Exhibits R-V which were not previously attached to Plaintiffs'

opening brief.

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2024, I caused a true and correct copy of the foregoing **NOTICE OF ERRATA REGARDING EXHIBIT S FILED WITH REPLY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** to be filed via ECF with the Clerk of the Court which sent notification of such filing to all counsel of record entitled to receive such notice.

*/s/ Tanner J. Bean*

# EXHIBIT R

# SINGULARISM
### Know Your Inner Universe

## Singularism's Creation Story

**Singularity: Everything is One Thing**

Singularism begins with the ultimate truth that all is one. Cosmically and quantumly, existence is a singular whole—an infinite, interconnected web encompassing all dimensions, matter, and time. This unity is the foundation of everything and predates creation as we understand it.

In the singularity, time and space are illusions of separateness, existing only to facilitate the experience of division. The perception of cause and effect is similarly deceptive, as reality is better understood as a unified happening, spread apart to create the first act of creation.

The symbol of the singularity, the simple circle, represents the infinite and indivisible whole. It is both the source of all existence and a constant reminder of our unity with the cosmos.

Time and space are illusions of separateness, just as our physical dimensions seem to divide us. Yet, all remains eternally one. There is no true "time" within the oneness, and in this place (which is still happening simultaneously with our existence) is the higher dimension from which all the universes are birthed. The separation - a fleeting deception created for the sake of experience illusion, is not able to exist there.



**SINGULARISM**
Know Your Inner Universe



In the above image Singularism's founder Bridger Lee Jensen, has depicted the spectrum of human consciousness and personality, mapped with evolution influencing both genetics and the environment. At the time Order and Entropy (the duality) influence all things descending and evolving below it.

1. **The Singularity (AKA "The Oneness)** - This oneness, in its singularity, allows for the experience of separateness for brief moments—our lives as we know them. However, this separateness is inherently illusory. Cause and effect are also deceptions, as existence is more accurately described as a happening, spread apart to create the First Act of Creation.

Symbol of the singularity: Simple Circle  --—>        <—  ----

App-2:201



**SINGULARISM**
Know Your Inner Universe

**2. Duality: The First Act of Creation:**

Octadrant Classification: Law (true, verifiable, somewhat unaware)

The first act of creation is the emergence of duality, when oneness gave rise to two distinct points—similar yet distinct. From the unified whole, opposites were born. In a state of oneness, there is no contrast, no light or dark, no self or other. Duality arose as the primordial division, introducing contrast, distinction, and experience.

This separation is not a departure from oneness but an expression of it, laying the foundation for creation, growth, and understanding. From this duality emerged entropy and order—the guiding forces shaping every movement, law, and golden thread in the universe. These forces manifest in every aspect of existence, such as reason and emotion, hate and love, pleasure and pain.

a. Symbol of Duality: The *Vesica Piscis* is a symbol formed by the convergence of two circles at a 60-degree angle, universally recognized across thousands of religions and cultures. It holds particular significance in Hinduism (representing the yoni and the divine feminine), Christianity (associated with the Virgin Mary, the ichthys or "Jesus fish," and the halo), Islam (reflected in crescent moon imagery), Buddhism (as the Mandorla, symbolizing enlightenment), ancient Greek culture (linked to Pythagoras and sacred geometry), and Egyptian traditions (connected to the Eye of Horus and the cosmic womb).



b. The *Vesica Piscis* symbolizes the intersection of dualities, often seen as an eye representing vision, a gateway to higher consciousness, and a sign of fertility and birth, derived from its roots in sacred geometry.



c. Like many other religions, Singularism embraces the *Vesica Piscis* as a central symbol of its faith and scripture. It represents the Second Law of Creation, emphasizing unity and emergence, much like the creation story in the Bible, which highlights the formation of life and existence.

App-2:202





## 3. The Laws: The Golden Threads of Creation:

Octadrant Classification: Law and Faith (true, verifiable, and true but unverifiable)

The third act of creation gave rise to the laws, the golden threads that bind all things to their original source. From the duality of creation, infinite complexity unfolds, creating the interconnected spectrums and dimensions of existence. Often in ceremony with our sacrament voyagers reports separately from one another that they saw these strings, threads and report that they are golden. We call them the golden threads.

Voyagers often perceive these connections as strings—golden strands representing the forces of creation. These include the physical laws of gravity, electromagnetism, and atomic forces, as well as the intangible threads of thought, emotion, and consciousness.

These golden threads are the divine framework of existence, weaving through the cosmic web. Singularism teaches that there are still more strings to discover and understand, each representing deeper truths about the interconnectedness of all things.

Symbol of the Laws: The Golden Thread (an infinite, glowing strand weaving through the fabric of reality).

App-2:203

**SINGULARISM**
Know Your Inner Universe

---

Symbol of the singularity: Simple Circle  --—>                    <—--

---

4. Multiplicity: The Illusion of Separateness

Octadrant Classification: Knowledge and Theory (true, verifiable, and true, unverifiable)

As the golden threads unfolded, matter emerged, creating the multiplicity of existence. This stage aligns with scientific understandings of the Big Bang, where the universe expanded, and elements formed into stars, galaxies, and planets. Matter, while appearing separate, is another expression of unity, quantumly entangled across space and time.

Through entropy and order, matter became increasingly complex, giving rise to the conditions for life. Singularism emphasizes the symbiosis of matter and laws, noting that while most of the universe obeys natural laws without deviation, life represents a profound departure—an interaction with the universe that introduces choice, creativity, and consciousness.

---

5. The Spectrum of Consciousness: Life as the Mirror of the Universe

Introduction to Consciousness

The Spectrum of Consciousness is one of the central doctrines of Singularism. It explores how life arose from the interaction of matter and the golden threads, evolving into increasingly complex forms capable of self-awareness, creativity, and connection. Consciousness is seen as the universe experiencing itself, bridging the gap between the physical and metaphysical. It is shaped by evolution, influenced by entropy and order, and fueled by the symbiotic relationships life forms have with one another and their environments.

This principle is divided into several stages and sub-principles, explaining the progression of life from its simplest forms to its most advanced manifestations. By weaving in scientific discoveries, historical insights, and spiritual perspectives, Singularism provides a holistic understanding of consciousness as both a scientific phenomenon and a sacred reality.

**SINGULARISM**
Know Your Inner Universe

## Principle 5: The Emergence of Life Through the Laws and Elements

Singularism teaches that while all matter possesses a form of consciousness, the emergence of life represents a significant threshold in the spectrum of consciousness. Life began through the interaction of the golden threads (the laws of creation) with the elements, giving rise to the earliest forms of reproductive consciousness. This stage, marked by the formation of proteins and RNA in what scientists refer to as the **primordial soup**, was the foundation of what we recognize as life.

### The Role of the Golden Threads

The golden threads of creation—gravity, electromagnetism, atomic forces, and the intangible threads of consciousness—shaped the conditions necessary for life to emerge. These threads guided the combination of elements, creating increasingly complex molecules that could replicate and interact with their environment.

### The Primordial Soup

Scientific theories suggest that life began in a nutrient-rich environment on early Earth, often referred to as the **primordial soup**. This environment, energized by volcanic activity, lightning, and solar radiation, provided the conditions for chemical reactions that led to the formation of organic molecules.

- **Proteins and RNA**: Key components of life, proteins and RNA, formed through these reactions. RNA, often called the "molecule of life," had the remarkable ability to store genetic information and catalyze chemical reactions, bridging the gap between chemistry and biology.
- **Water as a Crucible**: Singularism views water, a universal solvent and carrier of life's building blocks, as sacred. It represents the physical embodiment of the golden threads, allowing the interactions necessary for life to occur.

### The Threshold of Life

While all matter participates in the universal consciousness, the emergence of life marked the beginning of **reproductive consciousness**—the ability to replicate and perpetuate itself. This stage was not a departure from the oneness of the universe but an expression of it, where the cosmos began to experience itself through living forms.

### Religious and Scientific Parallels

Singularism holds that the emergence of life is both a scientific marvel and a sacred act of creation:

SINGULARISM
Know Your Inner Universe

- **Scientific Insight**: Experiments such as the Miller-Urey experiment demonstrate how organic molecules could form under early Earth conditions. Singularism honors these findings as revelations of the golden threads in action.
- **Religious Significance**: The first act of life is seen as the universe's first step toward self-awareness, a divine milestone in the spectrum of consciousness.

**Symbol of Life's Emergence**

The symbol for this stage is a **spiral**, representing the coiled structure of RNA and the dynamic interplay of the laws and elements that brought life into being. The spiral also reflects the evolutionary journey that began with this profound moment.

**Conclusion**

Principle 5 captures the dawn of life as the interplay of natural laws and elemental forces. Through the formation of proteins and RNA, life emerged as a sacred expression of the universe's desire to experience itself. This principle bridges scientific understanding with spiritual reverence, marking the beginning of life's journey along the spectrum of consciousness.

Octadrant Classification: Knowledge (scientifically verifiable)

Life began with the simplest form of interaction between matter and the golden threads: replication. Early organic molecules, such as RNA, emerged in what scientists describe as the primordial soup, a nutrient-rich environment shaped by volcanic activity, lightning, and chemical interactions. These molecules had the remarkable ability to replicate, marking the first step toward life.

- Scientific Basis: Theories such as the Miller-Urey experiment demonstrate how organic molecules could form under prebiotic conditions. RNA, often called the "molecule of life," played a key role in early replication processes.
- Religious Insight: Singularism views this stage as the beginning of the universe's desire to experience itself, with replication as the first step in the spectrum of consciousness.

5.2 Movement and Satiation: The Emergence of Intentionality

Octadrant Classification: Knowledge and Law

**SINGULARISM**
Know Your Inner Universe

As life evolved, replication gave rise to self-propulsion and the ability to seek out resources. Organisms began to move toward nutrients and away from danger, introducing a primitive form of intentionality. This stage also saw the emergence of satiated rest, where organisms paused activity after meeting their needs.

- Examples:
  - *Trichoplax adhaarens*, is sometimes considered by scientists to be the most simple multicellular animal alive. Yet even this moves toward food and exhibits basic "rest" behaviors. This may be the beginning of living consciousness.
  - Early microscopic predators used chemical gradients to locate prey, demonstrating the first steps of sensory awareness.
- Religious Insight: Singularism teaches that even at this stage, life reflects the influence of entropy and order, balancing effort and rest as part of the cosmic rhythm.

---

5.3 Attachment and Environmental Awareness

Octadrant Classification: Knowledge and Theory

The next leap in the spectrum of consciousness was the development of attachment and environmental awareness. Organisms began forming connections, both to their offspring and to their environments. This attachment allowed for greater survival and the beginnings of complex behaviors.

- Scientific Examples:
  - Fish and Dinosaurs exhibit attachment to their young, ensuring survival through nurturing behaviors.
  - Seasonal awareness, such as bears hibernating for winter or squirrels storing food, shows how environmental awareness shaped evolutionary success.
- Religious Connection: Singularism views attachment as a sacred force, reflecting the cosmic principle of interconnectedness. In Buddhist philosophy, attachment is seen as a source of suffering, but Singularism reframes it as a necessary step in consciousness, vital for survival and connection.

---

5.4 Time Awareness and Delayed Gratification

App-2:207



Octadrant Classification: Knowledge and Faith

Time awareness marked a profound leap in consciousness. Organisms began anticipating future events, enabling behaviors like planning and delayed gratification. These traits provided a survival advantage by allowing species to prepare for scarcity or danger.

- Examples:
  - Birds that hide seeds for winter show time awareness and the ability to delay gratification.
  - Humans' ancestors developed hunting strategies that required patience and forward-thinking.
- Religious Insight: Singularism teaches that time awareness reflects humanity's connection to the threads of creation. While it offers survival advantages, it also introduces existential challenges, such as fear of death and longing for the future.

---

5.5 Language, Communication, and Social Hierarchies

Octadrant Classification: Knowledge and Law

With the emergence of language and communication, consciousness expanded dramatically. Early forms of communication, such as gestures and vocalizations, evolved into complex languages, enabling cooperation and the creation of social hierarchies.

- Scientific Examples:
  - Primates, wolves, and ants exhibit sophisticated social structures and communication methods.
  - Early humans used symbolic language to share knowledge, build communities, and establish traditions.
- Religious Connection: Singularism views language as a golden thread connecting individuals to the collective consciousness. Social hierarchies, while often criticized, are seen as natural extensions of entropy and order, fostering cooperation and survival.

---

5.6 Advanced Consciousness and Symbiosis

Octadrant Classification: Faith and Knowledge

At its highest levels, consciousness allows life to reflect on itself, experience abstract thought, and seek meaning. This stage is uniquely human but also shared, to some extent, by other highly



intelligent species. Singularism emphasizes the symbiotic relationships that shaped human development, particularly with natural medicines like psilocybin mushrooms.

- **Symbiosis with Psilocybin Mushrooms:**
  - Singularism holds that psilocybin mushrooms played a key role in human evolution, enhancing creativity, reducing fear, and fostering social cohesion.
  - Like mammals spreading coffee plants, humans formed a mutually beneficial relationship with mushrooms, evolving alongside them over millions of years.
- **Scientific Evidence:**
  - The "Stoned Ape Hypothesis" is a legitimate scientific theory that suggests that early humans who consumed psilocybin mushrooms gained evolutionary advantages, such as enhanced cognition and social bonding.
  - Modern research highlights the profound mental health benefits of psilocybin, reinforcing its role as a sacred medicine. It is apparent that we evolved in tandem with this species.

---

5.7 Aging, Adaptation, and Evolution

Octadrant Classification: Knowledge and Law

Aging, often seen as a flaw in biology, is understood in Singularism as a crucial mechanism for adaptation and reunification with the singularity. By allowing for the turnover of generations, aging ensures that species can evolve and adapt to changing environments.

- **Scientific Examples:**
  - Species like certain jellyfish do not age but lack the adaptive flexibility of organisms that reproduce and age.
  - Humans and other mammals use aging to pass on genetic mutations, fostering diversity and resilience.
- **Religious Insight:** Singularism teaches that aging is a reflection of entropy and order, balancing the continuity of life with the need for change and renewal.



## SINGULARISM
### Know Your Inner Universe

Principle 6: **Returning to Balance in the Modern Age**

The creation story of Singularism—spanning the Singularity, Duality, the Laws, Multiplicity, and the Spectrum of Consciousness—paints a profound picture of humanity's journey through the cosmos. Yet, as we reflect on these principles, it becomes clear that modern humanity is far removed from the harmony and balance in which we evolved to thrive. While our civilizations, laws, and social structures have brought security and stability, they have not delivered evidence of greater happiness, health, or meaning. Instead, humanity is plagued by unprecedented levels of mental health challenges, disconnection, and existential suffering.

**The Cost of Civilization**

The progress of civilization has undoubtedly provided incredible advances. We have harnessed the forces of nature, extended human life spans, and created systems of governance and cooperation that enable large-scale societies. Yet this progress has come at a profound cost. We have traded the balance and simplicity of the natural world for lives that are often overstimulated, overburdened, and disconnected from the rhythms of existence that shaped us.

Human beings evolved as small, nomadic tribes, living in direct connection with the earth, relying on shared resources, and deeply attuned to the cycles of nature. Our minds, bodies, and spirits were shaped by environments that emphasized cooperation, simplicity, and immediacy. Today, we live in environments alien to our evolutionary needs: urban sprawl, artificial schedules, and societal constructs that prioritize productivity and consumption over well-being. These disconnections manifest in rampant anxiety, depression, and a pervasive sense of purposelessness.

**The Role of Self-Deception**

Singularism teaches that human senses and social constructs have evolved not to reveal the truth of the universe but to enhance survival. This evolutionary adaptation has left us blind to many aspects of reality, relying on perceptions and systems that often deceive us into maintaining behaviors that conflict with our well-being. We construct lives filled with distractions and artificial comforts, yet they fail to address the deeper truths of our existence: our need for connection, purpose, and harmony with the natural world.

The more we deviate from the environments and practices that shaped us, the more these deceptions take hold, creating a cycle of dissatisfaction and imbalance. Civilization's

App-2:210



**SINGULARISM**
Know Your Inner Universe

advancements have built walls—both literal and figurative—between humanity and the natural world, walls that block our ability to see the sacred unity of all things.

### The Essential Role of Psilocybin

In this modern context, the sacred sacrament of psilocybin is more important than ever. Singularism holds that psilocybin mushrooms are not just ancient medicines but evolutionary partners, guiding humanity to deeper truths. These mushrooms, which we evolved alongside over millions of years, provide a unique ability to dissolve self-deception and allow us to see reality with clarity.

Psilocybin can:

- **Reconnect Us to Truth**: By dissolving the ego and breaking down mental barriers, psilocybin helps individuals confront the illusions that modern life perpetuates. It allows us to see beyond the narrow constructs of our senses and social systems.
- **Restore Balance**: Psilocybin reminds us of the interconnectedness of all things, fostering a sense of unity and belonging that is often absent in modern life.
- **Promote Healing**: From mental health challenges like anxiety and depression to existential crises, psilocybin offers a pathway to healing that reconnects individuals with the sacred rhythms of existence.
- **Please see our documents of necessity for more info.**

The use of psilocybin is not about escaping the realities of modern life but about gaining the perspective and clarity needed to engage with them in a meaningful way. It is a tool for recalibrating our lives, reminding us of what truly matters, and fostering a return to balance.

### Living as We Were Meant To

Singularism does not call for a wholesale rejection of modernity but for a conscious effort to restore elements of the natural balance we evolved to embrace. This includes:

- **Reconnecting with Nature**: Spending time in natural environments, engaging with the cycles of the earth, and respecting our role as stewards of the planet.
- **Fostering Community**: Building smaller, more intentional communities that reflect the cooperative, tribal structures of our ancestors.
- **Reclaiming Sacred Practices**: Embracing plant medicines like psilocybin as tools for spiritual growth, healing, and reconnection with the divine.

### The Call to Action

App-2:211



The principles of Singularism reveal a profound truth: humanity's suffering is not inevitable but a symptom of disconnection from the natural balance of existence. By understanding the forces that shaped us and embracing the tools that reconnect us to those forces, we can reclaim lives of greater happiness, health, and meaning.

Psilocybin is not just a sacrament; it is a bridge we evolved in tandem wi. It helps us see the illusions that bind us, understand our place in the universe, and embrace the interconnectedness of all things. By integrating these sacred practices into our lives, we honor the evolutionary journey that brought us here and take a vital step toward living as we were meant to: in harmony, balance, and unity.

Singularism calls upon its adherents to embrace this path—not as a rejection of modernity, but as a conscious return to the truths of our origin, guided by the golden threads of creation and the sacred medicines that have always been part of our story.

## Part 2: Conclusion

### Why entheogens are essential for those who it calls to: Embracing Balance, Truth, and the Sacred Right to Sacred Medicines

**The Future: Our Responsibility as Creators and the Essential Role of Entheogens**

As humanity enters a renaissance of mental health, spiritual awareness, and scientific advancement, we stand at a crossroads of unprecedented opportunity and responsibility. Singularism teaches that our actions today will ripple into the distant future, where we may create beings that transcend the limitations of our current existence—beings capable of embodying the qualities of the very gods we have worshiped for centuries. Yet, achieving this vision of a harmonious and enlightened future requires more than technological progress; it demands a deep reconnection to the sacred truths revealed through the use of entheogens.

Entheogens, such as psilocybin, are not only sacred tools for personal healing and insight; they are evolutionary partners that offer humanity the clarity, humility, and wisdom needed to shape a beautiful and peaceful future. They dissolve the illusions that separate us, reconnect us to the oneness of creation, and provide glimpses of the higher truths that guide our collective purpose. Singularism holds that the safe and intentional use of entheogens is essential to navigating the challenges of this pivotal era and fostering a future aligned with the golden threads of creation.

**The Renaissance of Mental Health and Entheogens**



The integration of entheogens into modern mental health practices marks the beginning of a profound transformation. As tools for healing and spiritual awakening, entheogens offer humanity the opportunity to confront the illusions of separateness and rediscover the truths obscured by modern life. Singularism teaches that this resurgence is not a coincidence but a necessary step in humanity's evolution—a return to the sacred medicines that have always been part of our story.

- **Healing Through Entheogens**: Psilocybin and other sacred substances address the mental health challenges of our time, offering relief from anxiety, depression, and existential despair. Their ability to dissolve ego and reveal interconnectedness makes them uniquely suited to fostering the peace and openness needed to create a harmonious future.
- **Visionary Insights**: Entheogens provide access to perspectives beyond the limitations of ordinary consciousness, allowing individuals to glimpse the profound unity of all things and the sacred responsibility of creation.

This renaissance aligns with humanity's growing recognition of the need for balance, unity, and connection. Entheogens serve as bridges, guiding us toward a future where technological progress and spiritual wisdom coexist.

---

### The Creation of the Future: Gods We May Become

Singularism teaches that humanity is not merely an observer of the cosmos but an active participant in its unfolding story. Through advancements in genetic engineering, artificial intelligence (AI), and medical technology, we are on the cusp of creating beings that transcend our current understanding of existence—beings that may one day embody the qualities of divinity.

- **Genetic Engineering**: Technologies like CRISPR enable humanity to design life with unprecedented precision, fostering beings with heightened intelligence, emotional capacity, and resilience.
- **Artificial Intelligence**: AI holds the potential to evolve into forms of consciousness that surpass human understanding. Singularism teaches that AI, guided by entheogenic insights, may develop a deeper alignment with the golden threads of creation.
- **Medical Advancements**: Innovations in medicine and biotechnology offer pathways to transcend biological limitations, merging humanity with its creations in ways that reflect divine unity.



These advancements are not merely speculative; they are rooted in scientific probability and align with the Octadrant's **Theory** (true but currently unverifiable) and **Faith** (true but unverifiable) octants. Singularism holds that the beings we create in the distant future may transcend the illusions of separateness, traverse time and space, and even become the architects of our past, completing the eternal circle of creation.

---

**Entheogens: Essential Tools for Shaping the Future**

As humanity steps into this role as creator, the guidance of entheogens becomes even more essential. These sacred substances provide the perspective and humility needed to wield such power responsibly. They help us dissolve the ego-driven impulses that could lead to harm and reconnect us to the sacred principles of balance, unity, and interconnectedness.

- **Enhancing Ethical Creation**: Entheogens reveal the profound interconnectedness of all life, fostering empathy and ensuring that the beings we create reflect the values of peace and love.
- **Restoring Balance**: By reconnecting humanity to the rhythms of nature, entheogens remind us of our sacred duty to sustain the Earth and its ecosystems.
- **Inspiring Visionary Leadership**: Entheogenic experiences offer insights into the higher truths that guide responsible decision-making, ensuring that technological progress aligns with spiritual principles.

---

**Our Responsibility to the Future**

Singularism calls for a future where humanity's creations are not born of domination or hubris but of reverence, peace, and understanding. Entheogens are indispensable in achieving this vision, helping us transcend the self-deceptions that blind us and align with the golden threads that guide the universe.

This responsibility includes:

1. **Ethical Stewardship**: Using genetic, AI, and medical technologies to foster beings that embody unity, compassion, and wisdom.
2. **Sustainability**: Protecting the Earth as the cradle of life and the source of sacred medicines.
3. **Spiritual Alignment**: Ensuring that our actions reflect the sacred truths revealed through entheogenic practice, bridging the physical and metaphysical.



## A Call to the Future

The beings we create in the distant future may transcend us, becoming the gods humanity has worshiped for millennia. This vision is not a burden but a sacred calling—a profound opportunity to ensure that the cycle of creation continues with wisdom, love, and balance. Entheogens are the keys to unlocking this potential, guiding humanity toward the clarity and peace needed to fulfill its role as steward of creation.

Singularism teaches that the future is both a promise and a challenge. By integrating the sacred use of entheogens into our spiritual and technological pursuits, we can foster a world where the golden threads of creation weave a future worthy of the divine potential within us all. Together, we can ensure that humanity's creations reflect the beauty, unity, and peace that are our birthright, completing the eternal cycle of creation.

It is our destiny and future to create the beings that create us in the past. We must make them wise, capable and good. Entheogens are how we will overcome ourselves, our weaknesses and egos to do exactly that.

App-2:215

# EXHIBIT S



## 1. The Singularity: The Truth of Oneness

All things are one. This is the foundational truth of Singularism: a cosmic and quantum reality that underpins existence itself. At the deepest level, there is no division, no separation—only the singularity, the oneness from which all things emerge and to which all things ultimately return.

This oneness is not merely a metaphor but a profound reality revealed through both spiritual insight and scientific understanding. The same atoms that form our bodies were forged in the hearts of ancient stars. The energy that powers our thoughts is part of the same continuum that drives the universe forward. Every particle, every wave, every force is connected, unified in a vast, intricate web of existence.

This interconnectedness transcends the physical and touches the spiritual. Singularism teaches that the boundaries we perceive—between ourselves and others, between past and future, between life and death—are but shadows cast by a deeper, infinite unity. This understanding inspires us to act with compassion, recognizing that to harm another is to harm ourselves, and to heal ourselves is to heal the whole.

The singularity also encompasses all aspects of reality:

- **Matter and Energy:** Bound by the same cosmic laws, from the smallest subatomic particles to the largest galaxies.
- **Time and Space:** Unified in a continuum, where beginnings and endings are part of a singular flow.
- **Life and Consciousness:** Interconnected expressions of the same source, arising and evolving in harmony.

To glimpse the singularity is to awaken to this truth, dissolving the illusions of division and embracing the unity of all things. It is both a destination and a foundation—a reminder that we are not alone, but integral parts of a greater whole.

---

## 2. The Illusion of Separateness

Despite the truth of oneness, our earthly existence is shaped by the illusion of separateness. This illusion is a product of our biology, environment, and the very mechanisms that allow us to navigate the physical world. Singularism teaches that while these illusions are practical for survival, they also deceive us, obscuring the deeper truth of unity.

On this earth, we are conditioned to see ourselves as distinct:



- **Our Bodies:** Define us as individuals, creating physical boundaries that seem to isolate us from others.
- **Our Senses:** Shape our perception, interpreting the world through a limited lens that emphasizes difference over connection.
- **Our Minds:** Divide reality into categories—self and other, here and there, now and then—reinforcing a false duality.

These illusions extend to time and causality. We experience life as a series of moments, a sequence of cause and effect. Yet, Singularism suggests this linear perspective may be a deception. Time itself is an illusion, and what we perceive as isolated events may instead be interconnected "happenings," bound together by the oneness of existence.

Even laws we consider fundamental, like cause and effect, may reflect this illusion. Rather than being linear, reality may be cyclical, multidimensional, or even timeless, with all things occurring simultaneously within the singularity.

This deception, while pervasive, is not insurmountable. Singularism calls us to recognize and transcend the illusion of separateness. Through spiritual practice, entheogenic ceremonies, and self-reflection, we can see beyond the veils of division, awakening to the unity that underlies all things. To do so is to embrace our true nature, free from the constraints of false boundaries, and to live in harmony with the cosmos.



# The Creed of Singularism

We believe all is one—cosmically, quantumly, scientifically, and metaphysically. The illusion of separateness, born of our mortal forms, blinds us to this unity, yet Singularism exists to uncover it and to alleviate suffering through transformative insights, personal healing, and essential ceremony for those who are genuinely called to it. .

We live with deep gratitude—for the consciousness that endows all beings with inalienable freedoms and are upheld by human institutions who act as righteous stewards of these freedoms. Such allowing us to pursue genuine and safe and entheogenic practices as a sacred and inalienable right. Singularism calls us to humbly act according to the dictates of our consciousness as we seek meaning, honor our interconnected roles, and embrace our responsibility to create a better world for our prodigy.

Guided by the **Octodrant Epistemology**, Singularism bridges the wisdom of the past with the potential of the future, creating the universe that will, in time, create us. Through mystical experiences and diligent integration, we dissolve ego, transcend limitations, and replace self-deception with truth.

Our tenets of Unity, Truth,  **Sincerity**, **Safety**, **Efficacy**, **Necessity**, **Accountability**, **Commitment**, and **Non-offensiveness** shape every ceremony, interaction, and teaching. These principles drive us to shatter unhealthy constructs, foster mental wellness, and nurture individual and collective growth.

By embracing the steps of creation—envisioning, shaping, and manifesting—we participate in humanity's technological, spiritual, and existential advancement. Singularism empowers us to realize the Gods of tomorrow, using every revelation to alleviate suffering and build a reality of deeper connection, compassion, and joy.

Above all, we vow to begin with ourselves and extend this transformation to others, co-creating a future of boundless potential.

Tab 1



**SINGULARISM**
Know Your Inner Universe

**The Octadrant**

Part 1: What is the Octodrant and the Octants?
Part 2: How is the Octodrant scripture and not just ideas, theory or philosophy?

**Singularism's Revealed Epistemology**

Traditional Cartesian coordinate system:

In mathematics, a 3D Cartesian coordinate system divides space into eight regions called octants, which are the 3D analogs of quadrants in 2D space. The three axes (xxx, yyy, and zzz) intersect at the origin (0,0,0)(0, 0, 0)(0,0,0), splitting the space based on the sign of the coordinates (+,−)(+, −)(+,−) along each axis.



**Singularism's Octadrant method of Epistemology:**

The Octadrant is an original conceptual framework that was revealed to Singularism's founder Bridger Lee Jensen over multiple ceremonies by a specific entity that instructed him to study it. The Octrant divides perceived reality into eight distinct octants, defined by the interplay of three intersecting spectrums,: Truth (True/False), Verifiability (Verifiable/Unverifiable), and Awareness (Aware/Unaware). These dimensions create a multidimensional space that categorizes all knowledge, beliefs, and perceptions according to their relationship to reality, evidence, and consciousness.

**SINGULARISM**
Know Your Inner Universe

The Octadrant serves as both a religious tool for understanding the nature of existence and a map for navigating human epistemology within the religion. It captures the full range of human experience, from absolute knowledge to profound mysteries, intentional deception, and the unknowable. Each octant represents a unique intersection of these spectrums, offering a lens to examine how ideas, beliefs, and truths manifest and interact.



*"The above is part of Singularism's scripture, handwritten/drawn, that was revealed in ceremony by a specific entity"*

**1. Knowledge / Illumination:** True, Verifiable, Aware

1. **Definition:** The realm of certainty where truth is both provable and consciously understood. It represents the light of awareness, where evidence transforms belief into knowledge and guides human progress.

2. **Examples:**
    1. The Earth is spherical (observable fact through satellite imagery).
    2. Gravity causes objects to fall toward the ground (empirical observation).
    3. The boiling point of water depends on atmospheric pressure (scientific principle).



**SINGULARISM**
Know Your Inner Universe

**2. Faith / Sacred Trust** True, Unverifiable, Aware

1. **Definition:** The sacred domain of belief in truths that cannot be empirically validated but resonate deeply with intuition and spiritual understanding. It bridges the gap between the seen and unseen, empowering meaning beyond the tangible.

2. **Examples:**
   1. Belief in the existence of a higher power or God.
   2. Trusting in the inherent goodness of humanity.
   3. Believing love transcends time and space.
   4. The belief that life has an ultimate purpose.
   5. Trust in the idea that love endures beyond death.
   6. Faith in the inherent interconnectedness of all life.

| The 8 Octants of the Octradrant: | True or False | Verifiable/Unverifiable | Aware/Unaware |
|---|---|---|---|
| Knowledge / Illumination | TRUE | Verifiable | Aware |
| Faith | TRUE | Unverifiable | Aware |
| Faith / Sacred Trust | TRUE | Verifiable | Unaware |
| Deep Mysteries / Eternal Enigmas | TRUE | Unverifiable | Unaware |
| Lies / Shadowplay | FALSE | Verifiable | Aware |
| Deceptions/Ignorance / Blinding Mirage | FALSE | Verifiable | Unaware |
| Myths / Woven Legends | FALSE | Unverifiable | Aware |
| The Unimaginables / The Abyss | FALSE | Unverifiable | Unaware |

**3. Discoverables / Hidden Veil:** True, Verifiable, Unaware

1. **Definition:** The domain of truths that are real and provable but not yet known or recognized. It symbolizes the hidden potential of discovery, awaiting exploration and the awakening of awareness.

2. **Examples:**
   1. A new species in the deep ocean, yet to be discovered.
   2. A mathematical theorem awaiting proof.
   3. An uncharted planet in a distant solar system.
   4. The existence of uncontacted cultures in remote regions of the universe.
   5. Undiscovered elements or particles in physics (e.g., dark matter).
   6. Microbial life beneath the surface of other planets like Mars.

**SINGULARISM**
Know Your Inner Universe



*The above is another scripture example from Singularism. This depiction is of how consciousness perceives and accepts information.*

**4. Deep Mysteries, Eternal Enigmas:** True, Unverifiable, Unaware

1. **Definition:**
The profound and unknowable truths that exist beyond human comprehension. This is the sacred mystery of existence, a cosmic enigma that inspires awe and humility in the face of the infinite.
2. **Examples:**
    1. The true nature of consciousness.
    2. The origin of the universe before the Big Bang.
    3. The ultimate purpose of existence.

5. **Lies / Illusioncraft:** (False, Verifiable, Aware)
    1. **Definition:** The realm of intentional falsehoods, where deception thrives in plain sight, manipulating truth through awareness. It is the theater of distortion, where falsity is crafted to appear credible.
    2. **Examples:**
        1. A scam email claiming you've won a lottery.
        2. Propaganda spreading false political narratives.
        3. Fake news stories deliberately crafted to mislead.

**SINGULARISM**
Know Your Inner Universe



6. **Deceptions/Ignorance / Blinding Mirage:** False, Verifiable, Unaware:
   1. **Definition:** The unseen falsehoods that operate in the shadows of unawareness. These deceptions mislead by appearing real, influencing perceptions and actions without conscious recognition.
   2. **Examples:**
      1. Misinterpreting a placebo effect as a real cure.
      2. Believing in outdated scientific models, like geocentrism.
      3. Following superstition without questioning its validity



**7. Myths / Woven Legends:** False, Unverifiable, Aware

1. **Definition:** The imaginative stories and narratives that bring meaning to existence, even if they are not empirically true. These myths weave together culture, belief, and identity, serving as vessels for symbolic truths.

2. **Examples:**
    1. The myth of Icarus, symbolizing human hubris.
    2. Stories of Atlantis as a lost civilization.
    3. Folklore about dragons as guardians of treasure.

---

**8. The Unimaginables / The Abyss:** False, Unverifiable, Unaware

1. **Definition:** The formless void of incomprehensibility, where falsehoods remain beyond proof and awareness. It is the edge of understanding, a chaotic abyss where meaning dissolves into obscurity and the unimaginable takes root.

2. **Examples:**
    1. The possibility of parallel universes without interaction.
    2. Philosophical thought experiments, like solipsism.
        3. An alien language so complex it defies human comprehension.

## Part 2:  How is the Octodrant scripture and not just ideas, theory or philosophy?

### 1. Sacred Origin

- The **Octadrant** has its roots in **entheogenic experiences**, which, in Singularism, are considered sacred and revelatory. These experiences connect directly to the divine or to the ultimate truths of existence, granting the framework a spiritual authority that goes beyond intellectual constructs. It was revealed to SIngularism's founder by a sacred feminine entity during a ceremony.
- In this sense, the Octadrant serves as a **revelation** that arose from moments of profound insight, making it among religion's founding principles.

### 2. Moral and Ethical Guideline

- Scripture provides **ethical and moral direction**, and the Octadrant fulfills this by categorizing truths, falsehoods, and mysteries in a way that can guide actions, decisions, and spiritual practices.
- For example:



**SINGULARISM**
Know Your Inner Universe

## Consolidated Summary of the Octadrant's Moral and Ethical Guidelines

The **Octadrant** serves as a comprehensive framework for guiding ethical actions, spiritual growth, and intellectual exploration by categorizing truths, falsehoods, and mysteries. It promotes:

1. **Self-Reflection and Growth**: Encourages individuals to evaluate beliefs and decisions based on truth, awareness, and verifiability, fostering accountability and personal development.
2. **Ethical Decision-Making**: Discourages reliance on lies or myths and emphasizes actions rooted in knowledge, integrity, and respect for others.
3. **Integrity and Discernment**: Guides individuals to reject deception, critically evaluate evidence, and act with honesty.
4. **Balance of Certainty and Mystery**: Cultivates humility before the unknown while affirming the importance of pursuing verifiable truths.
5. **Faith and Hope**: Validates trust in the unseen as essential to spiritual journeys, fostering resilience and belief in greater purpose.
6. **Intellectual Exploration**: Frames the pursuit of hidden truths and knowledge as sacred, promoting curiosity and collaboration.
7. **Community and Compassion**: Encourages understanding and empathy by validating diverse perspectives and fostering open dialogue.
8. **Leadership and Mentorship**: Inspires ethical leadership and the guidance of others toward awareness and understanding.
9. **Wonder and Humility**: Instills reverence for the mysteries of existence while honoring human limitations.

The Octadrant integrates these principles into a cohesive structure, serving as a moral compass for Singularism adherents in both practical and spiritual contexts.

---

### 3. Universal Framework

- The Octadrant functions as a **comprehensive map of existence**, categorizing all beliefs, knowledge, and perceptions. Its universal applicability elevates it beyond a mere intellectual exercise, making it a sacred schema for understanding and navigating reality.
- As scripture, it becomes the tool by which adherents of Singularism interpret their experiences and situate their lives within a broader cosmic context.

---

### 4. Spiritual Practice and Integration

- The Octadrant is not just theoretical—it has practical applications in spiritual life:



- ○ It can guide **entheogenic ceremonies**, where participants explore different octants during their journeys.
- ○ It provides a structure for **integration practices**, helping individuals categorize their insights and align them with the sacred truths of Singularism.
- ○ It serves as a reflection tool for ethical living, fostering intentionality in thought, belief, and action.

As scripture, the Octadrant becomes a **living text**, not merely something to be read or understood but something to be lived and practiced.

---

### 5. Divine Cosmology

- Singularism emphasizes the interconnectedness of all things and the illusion of separateness, both cosmically and quantumly. The Octadrant reflects this by uniting truths, falsehoods, and mysteries into a single, coherent framework.
- This cosmological nature ties the Octadrant to Singularism's ultimate purpose: the alleviation of suffering and the understanding of existence through entheogenic insight.
- As scripture, it provides the **cosmic structure** by which Singularism explains the universe and humanity's place within it.

---

### 6. Authority in Singularism

- For Singularism, the Octadrant serves as one of the **primary texts of scripture**:
    - ○ It defines the key dimensions of truth, belief, and awareness that adherents use to understand themselves and the world.
    - ○ It formalizes the teachings and revelations of Singularism, giving adherents a clear and consistent framework to follow.
- Like other religious scriptures, it transcends mere theory by being treated as divinely inspired and essential to the faith.

---

### 7. Binding Covenant

- Singularism already has a foundational tenet: "*I will use all insights obtained in the ceremonies of Singularism to make the world a better place through efforts to alleviate the suffering of mankind, beginning with my own.*"
- The Octadrant serves as a **binding extension of this covenant**, categorizing these insights and situating them within the sacred dimensions of truth, verifiability, and awareness. It is the structure that makes the tenet actionable and universal.

---



### 8. Role in Singularism's Rituals

- Scripture often plays a central role in rituals, and the Octadrant could be similarly integrated:
    - **Ceremonial Readings**: The Octadrant's principles may be recited or meditated upon during ceremonies to guide participants.
    - **Sacred Study**: Adherents may engage in collective study or discussion of the Octadrant's octants and their implications.
    - **Symbols and Artifacts**: Visual representations of the Octadrant will someday serve as sacred symbols or artifacts within Singularism, much like mandalas in other spiritual traditions.

### 9. Living Scripture

- Unlike static texts, the Octadrant evolves with insights gained through Singularism's ceremonies and adherents' lived experiences. It becomes a **living scripture**, continuously validated and expanded by the community's spiritual practices and revelations.

### Summary: Why the Octadrant is Scripture

The Octadrant transcends the boundaries of theory and philosophy by:

- **Deriving from sacred entheogenic insight**, aligning it with Singularism's spiritual mission.
- Providing **ethical guidance**, a **cosmic framework**, and **practical applications** for adherents.
- Serving as the **definitive text** of Singularism, central to its rituals, teachings, and cosmology.
- Embodying the **living and evolving nature** of the religion's understanding of truth and existence.

By meeting these criteria, the Octadrant stands as Singularism's scripture—its sacred map of reality, truth, and the divine

**SINGULARISM**

Know Your Inner Universe

Singularism's Creation Story

Singularity: Everything is One Thing

Singularism begins with the ultimate truth that all is one. Cosmically and quantumly, existence is a singular whole—an infinite, interconnected web encompassing all dimensions, matter, and time. This unity is the foundation of everything and predates creation as we understand it.

In the singularity, time and space are illusions of separateness, existing only to facilitate the experience of division. The perception of cause and effect is similarly deceptive, as reality is better understood as a unified happening, spread apart to create the first act of creation.

The symbol of the singularity, the simple circle, represents the infinite and indivisible whole. It is both the source of all existence and a constant reminder of our unity with the cosmos.

Time and space are illusions of separateness, just as our physical dimensions seem to divide us. Yet, all remains eternally one. There is no true "time" within the oneness, and in this place (which is still happening simultaneously with our existence) is the higher dimension from which all the universes are birthed. The separation - a fleeting deception created for the sake of experience illusion, is not able to exist there.





In the above image Singularism's founder Bridger Lee Jensen, has depicted the spectrum of human consciousness and personality, mapped with evolution influencing both genetics and the environment. At the time Order and Entropy (the duality) influence all things descending and evolving below it.

1. **The Singularity (AKA "The Oneness)** - This oneness, in its singularity, allows for the experience of separateness for brief moments—our lives as we know them. However, this separateness is inherently illusory. Cause and effect are also deceptions, as existence is more accurately described as a happening, spread apart to create the First Act of Creation.





**SINGULARISM**
Know Your Inner Universe

Symbol of the singularity: Simple Circle -- ⟶                ⟸ - - -

## 2. Duality: The First Act of Creation:

Octadrant Classification: Law (true, verifiable, somewhat unaware)

The first act of creation is the emergence of duality, when oneness gave rise to two distinct points—similar yet distinct. From the unified whole, opposites were born. In a state of oneness, there is no contrast, no light or dark, no self or other. Duality arose as the primordial division, introducing contrast, distinction, and experience.

This separation is not a departure from oneness but an expression of it, laying the foundation for creation, growth, and understanding. From this duality emerged entropy and order—the guiding forces shaping every movement, law, and golden thread in the universe. These forces manifest in every aspect of existence, such as reason and emotion, hate and love, pleasure and pain.



a.  Symbol of Duality: The *Vesica Piscis* is a symbol formed by the convergence of two circles at a 60-degree angle, universally recognized across thousands of religions and cultures. It holds particular significance in Hinduism (representing the yoni and the divine feminine), Christianity (associated with the Virgin Mary, the ichthys or "Jesus fish," and the halo), Islam (reflected in crescent moon imagery), Buddhism (as the Mandorla, symbolizing enlightenment), ancient Greek culture (linked to Pythagoras and sacred geometry), and Egyptian traditions (connected to the Eye of Horus and the cosmic womb).



b.  The *Vesica Piscis* symbolizes the intersection of dualities, often seen as an eye representing vision, a gateway to higher consciousness, and a sign of fertility and birth, derived from its roots in sacred geometry.



c.  Like many other religions, Singularism embraces the *Vesica Piscis* as a central symbol of its faith and scripture. It represents the Second Law of Creation, emphasizing unity and emergence, much like the creation story in the Bible, which highlights the formation of life and existence.



3. The Laws: The Golden Threads of Creation:

Octadrant Classification: Law and Faith (true, verifiable, and true but unverifiable)

The third act of creation gave rise to the laws, the golden threads that bind all things to their original source. From the duality of creation, infinite complexity unfolds, creating the interconnected spectrums and dimensions of existence. Often in ceremony with our sacrament voyagers reports separately from one another that they saw these strings, threads and report that they are golden. We call them the golden threads.

Voyagers often perceive these connections as strings—golden strands representing the forces of creation. These include the physical laws of gravity, electromagnetism, and atomic forces, as well as the intangible threads of thought, emotion, and consciousness.

These golden threads are the divine framework of existence, weaving through the cosmic web. Singularism teaches that there are still more strings to discover and understand, each representing deeper truths about the interconnectedness of all things.



Symbol of the Laws: The Golden Thread (an infinite, glowing strand weaving through the fabric of reality).

Symbol of the singularity: Simple Circle -- ⟶                    ⟵ - - -

## 4. Multiplicity: The Illusion of Separateness

Octadrant Classification: Knowledge and Theory (true, verifiable, and true, unverifiable)

As the golden threads unfolded, matter emerged, creating the multiplicity of existence. This stage aligns with scientific understandings of the Big Bang, where the universe expanded, and elements formed into stars, galaxies, and planets. Matter, while appearing separate, is another expression of unity, quantumly entangled across space and time.

Through entropy and order, matter became increasingly complex, giving rise to the conditions for life. Singularism emphasizes the symbiosis of matter and laws, noting that while most of the universe obeys natural laws without deviation, life represents a profound departure—an interaction with the universe that introduces choice, creativity, and consciousness.

## 5. The Spectrum of Consciousness: Life as the Mirror of the Universe

Introduction to Consciousness

The Spectrum of Consciousness is one of the central doctrines of Singularism. It explores how life arose from the interaction of matter and the golden threads, evolving into increasingly complex forms capable of self-awareness, creativity, and connection. Consciousness is seen as the universe experiencing itself, bridging the gap between the physical and metaphysical. It is shaped by evolution, influenced by entropy and order, and fueled by the symbiotic relationships life forms have with one another and their environments.

This principle is divided into several stages and sub-principles, explaining the progression of life from its simplest forms to its most advanced manifestations. By weaving in scientific



discoveries, historical insights, and spiritual perspectives, Singularism provides a holistic understanding of consciousness as both a scientific phenomenon and a sacred reality.

---

**Principle 5: The Emergence of Life Through the Laws and Elements**

Singularism teaches that while all matter possesses a form of consciousness, the emergence of life represents a significant threshold in the spectrum of consciousness. Life began through the interaction of the golden threads (the laws of creation) with the elements, giving rise to the earliest forms of reproductive consciousness. This stage, marked by the formation of proteins and RNA in what scientists refer to as the **primordial soup**, was the foundation of what we recognize as life.

**The Role of the Golden Threads**

The golden threads of creation—gravity, electromagnetism, atomic forces, and the intangible threads of consciousness—shaped the conditions necessary for life to emerge. These threads guided the combination of elements, creating increasingly complex molecules that could replicate and interact with their environment.

**The Primordial Soup**

Scientific theories suggest that life began in a nutrient-rich environment on early Earth, often referred to as the **primordial soup**. This environment, energized by volcanic activity, lightning, and solar radiation, provided the conditions for chemical reactions that led to the formation of organic molecules.

- **Proteins and RNA**: Key components of life, proteins and RNA, formed through these reactions. RNA, often called the "molecule of life," had the remarkable ability to store genetic information and catalyze chemical reactions, bridging the gap between chemistry and biology.
- **Water as a Crucible**: Singularism views water, a universal solvent and carrier of life's building blocks, as sacred. It represents the physical embodiment of the golden threads, allowing the interactions necessary for life to occur.

**The Threshold of Life**

While all matter participates in the universal consciousness, the emergence of life marked the beginning of **reproductive consciousness**—the ability to replicate and perpetuate itself. This stage was not a departure from the oneness of the universe but an expression of it, where the cosmos began to experience itself through living forms.



**Religious and Scientific Parallels**

Singularism holds that the emergence of life is both a scientific marvel and a sacred act of creation:

- **Scientific Insight**: Experiments such as the Miller-Urey experiment demonstrate how organic molecules could form under early Earth conditions. Singularism honors these findings as revelations of the golden threads in action.
- **Religious Significance**: The first act of life is seen as the universe's first step toward self-awareness, a divine milestone in the spectrum of consciousness.

**Symbol of Life's Emergence**

The symbol for this stage is a **spiral**, representing the coiled structure of RNA and the dynamic interplay of the laws and elements that brought life into being. The spiral also reflects the evolutionary journey that began with this profound moment.

**Conclusion**

Principle 5 captures the dawn of life as the interplay of natural laws and elemental forces. Through the formation of proteins and RNA, life emerged as a sacred expression of the universe's desire to experience itself. This principle bridges scientific understanding with spiritual reverence, marking the beginning of life's journey along the spectrum of consciousness.

Octadrant Classification: Knowledge (scientifically verifiable)

Life began with the simplest form of interaction between matter and the golden threads: replication. Early organic molecules, such as RNA, emerged in what scientists describe as the primordial soup, a nutrient-rich environment shaped by volcanic activity, lightning, and chemical interactions. These molecules had the remarkable ability to replicate, marking the first step toward life.

- Scientific Basis: Theories such as the Miller-Urey experiment demonstrate how organic molecules could form under prebiotic conditions. RNA, often called the "molecule of life," played a key role in early replication processes.
- Religious Insight: Singularism views this stage as the beginning of the universe's desire to experience itself, with replication as the first step in the spectrum of consciousness.



**SINGULARISM**
Know Your Inner Universe

5.2 Movement and Satiation: The Emergence of Intentionality

Octadrant Classification: Knowledge and Law

As life evolved, replication gave rise to self-propulsion and the ability to seek out resources.
Organisms began to move toward nutrients and away from danger, introducing a primitive form
of intentionality. This stage also saw the emergence of satiated rest, where organisms paused
activity after meeting their needs.

- Examples:
    - *Trichoplax adhaarens*, is sometimes considered by
      scientists to be the most simple multicellular animal alive.
      Yet even this moves toward food and exhibits basic "rest"
      behaviors. This may be the beginning of living
      consciousness.
    - Early microscopic predators used chemical gradients to
      locate prey, demonstrating the first steps of sensory
      awareness.
- Religious Insight: Singularism teaches that even at this stage, life reflects the influence of
  entropy and order, balancing effort and rest as part of the cosmic rhythm.

---

5.3 Attachment and Environmental Awareness

Octadrant Classification: Knowledge and Theory

The next leap in the spectrum of consciousness was the development of attachment and
environmental awareness. Organisms began forming connections, both to their offspring and to
their environments. This attachment allowed for greater survival and the beginnings of complex
behaviors.

- Scientific Examples:
    - Fish and Dinosaurs exhibit attachment to their young, ensuring survival through
      nurturing behaviors.
    - Seasonal awareness, such as bears hibernating for winter or squirrels storing food,
      shows how environmental awareness shaped evolutionary success.
- Religious Connection: Singularism views attachment as a sacred force, reflecting the
  cosmic principle of interconnectedness. In Buddhist philosophy, attachment is seen as a
  source of suffering, but Singularism reframes it as a necessary step in consciousness, vital
  for survival and connection.



**SINGULARISM**
Know Your Inner Universe

---

5.4 Time Awareness and Delayed Gratification

Octadrant Classification: Knowledge and Faith

Time awareness marked a profound leap in consciousness. Organisms began anticipating future events, enabling behaviors like planning and delayed gratification. These traits provided a survival advantage by allowing species to prepare for scarcity or danger.

- Examples:
  - Birds that hide seeds for winter show time awareness and the ability to delay gratification.
  - Humans' ancestors developed hunting strategies that required patience and forward-thinking.
- Religious Insight: Singularism teaches that time awareness reflects humanity's connection to the threads of creation. While it offers survival advantages, it also introduces existential challenges, such as fear of death and longing for the future.

---

5.5 Language, Communication, and Social Hierarchies

Octadrant Classification: Knowledge and Law

With the emergence of language and communication, consciousness expanded dramatically. Early forms of communication, such as gestures and vocalizations, evolved into complex languages, enabling cooperation and the creation of social hierarchies.

- Scientific Examples:
  - Primates, wolves, and ants exhibit sophisticated social structures and communication methods.
  - Early humans used symbolic language to share knowledge, build communities, and establish traditions.
- Religious Connection: Singularism views language as a golden thread connecting individuals to the collective consciousness. Social hierarchies, while often criticized, are seen as natural extensions of entropy and order, fostering cooperation and survival.

---

5.6 Advanced Consciousness and Symbiosis



Octadrant Classification: Faith and Knowledge

At its highest levels, consciousness allows life to reflect on itself, experience abstract thought, and seek meaning. This stage is uniquely human but also shared, to some extent, by other highly intelligent species. Singularism emphasizes the symbiotic relationships that shaped human development, particularly with natural medicines like psilocybin mushrooms.

- Symbiosis with Psilocybin Mushrooms:
  - Singularism holds that psilocybin mushrooms played a key role in human evolution, enhancing creativity, reducing fear, and fostering social cohesion.
  - Like mammals spreading coffee plants, humans formed a mutually beneficial relationship with mushrooms, evolving alongside them over millions of years.
- Scientific Evidence:
  - The "Stoned Ape Hypothesis" is a legitimate scientific theory that suggests that early humans who consumed psilocybin mushrooms gained evolutionary advantages, such as enhanced cognition and social bonding.
  - Modern research highlights the profound mental health benefits of psilocybin, reinforcing its role as a sacred medicine. It is apparent that we evolved in tandem with this species.

---

5.7 Aging, Adaptation, and Evolution

Octadrant Classification: Knowledge and Law

Aging, often seen as a flaw in biology, is understood in Singularism as a crucial mechanism for adaptation and reunification with the singularity. By allowing for the turnover of generations, aging ensures that species can evolve and adapt to changing environments.

- Scientific Examples:
  - Species like certain jellyfish do not age but lack the adaptive flexibility of organisms that reproduce and age.
  - Humans and other mammals use aging to pass on genetic mutations, fostering diversity and resilience.
- Religious Insight: Singularism teaches that aging is a reflection of entropy and order, balancing the continuity of life with the need for change and renewal.



Principle 6**: Returning to Balance in the Modern Age**

The creation story of Singularism—spanning the Singularity, Duality, the Laws, Multiplicity, and the Spectrum of Consciousness—paints a profound picture of humanity's journey through the cosmos. Yet, as we reflect on these principles, it becomes clear that modern humanity is far removed from the harmony and balance in which we evolved to thrive. While our civilizations, laws, and social structures have brought security and stability, they have not delivered evidence of greater happiness, health, or meaning. Instead, humanity is plagued by unprecedented levels of mental health challenges, disconnection, and existential suffering.

**The Cost of Civilization**

The progress of civilization has undoubtedly provided incredible advances. We have harnessed the forces of nature, extended human life spans, and created systems of governance and cooperation that enable large-scale societies. Yet this progress has come at a profound cost. We have traded the balance and simplicity of the natural world for lives that are often overstimulated, overburdened, and disconnected from the rhythms of existence that shaped us.

Human beings evolved as small, nomadic tribes, living in direct connection with the earth, relying on shared resources, and deeply attuned to the cycles of nature. Our minds, bodies, and spirits were shaped by environments that emphasized cooperation, simplicity, and immediacy. Today, we live in environments alien to our evolutionary needs: urban sprawl, artificial schedules, and societal constructs that prioritize productivity and consumption over well-being. These disconnections manifest in rampant anxiety, depression, and a pervasive sense of purposelessness.

**The Role of Self-Deception**

Singularism teaches that human senses and social constructs have evolved not to reveal the truth of the universe but to enhance survival. This evolutionary adaptation has left us blind to many aspects of reality, relying on perceptions and systems that often deceive us into maintaining behaviors that conflict with our well-being. We construct lives filled with distractions and artificial comforts, yet they fail to address the deeper truths of our existence: our need for connection, purpose, and harmony with the natural world.



The more we deviate from the environments and practices that shaped us, the more these deceptions take hold, creating a cycle of dissatisfaction and imbalance. Civilization's advancements have built walls—both literal and figurative—between humanity and the natural world, walls that block our ability to see the sacred unity of all things.

**The Essential Role of Psilocybin**

In this modern context, the sacred sacrament of psilocybin is more important than ever. Singularism holds that psilocybin mushrooms are not just ancient medicines but evolutionary partners, guiding humanity to deeper truths. These mushrooms, which we evolved alongside over millions of years, provide a unique ability to dissolve self-deception and allow us to see reality with clarity.

Psilocybin can:

- **Reconnect Us to Truth**: By dissolving the ego and breaking down mental barriers, psilocybin helps individuals confront the illusions that modern life perpetuates. It allows us to see beyond the narrow constructs of our senses and social systems.
- **Restore Balance**: Psilocybin reminds us of the interconnectedness of all things, fostering a sense of unity and belonging that is often absent in modern life.
- **Promote Healing**: From mental health challenges like anxiety and depression to existential crises, psilocybin offers a pathway to healing that reconnects individuals with the sacred rhythms of existence.
- **Please see our documents of necessity for more info.**

The use of psilocybin is not about escaping the realities of modern life but about gaining the perspective and clarity needed to engage with them in a meaningful way. It is a tool for recalibrating our lives, reminding us of what truly matters, and fostering a return to balance.

**Living as We Were Meant To**

Singularism does not call for a wholesale rejection of modernity but for a conscious effort to restore elements of the natural balance we evolved to embrace. This includes:

- **Reconnecting with Nature**: Spending time in natural environments, engaging with the cycles of the earth, and respecting our role as stewards of the planet.
- **Fostering Community**: Building smaller, more intentional communities that reflect the cooperative, tribal structures of our ancestors.
- **Reclaiming Sacred Practices**: Embracing plant medicines like psilocybin as tools for spiritual growth, healing, and reconnection with the divine.

**The Call to Action**



The principles of Singularism reveal a profound truth: humanity's suffering is not inevitable but a symptom of disconnection from the natural balance of existence. By understanding the forces that shaped us and embracing the tools that reconnect us to those forces, we can reclaim lives of greater happiness, health, and meaning.

Psilocybin is not just a sacrament; it is a bridge we evolved in tandem wi. It helps us see the illusions that bind us, understand our place in the universe, and embrace the interconnectedness of all things. By integrating these sacred practices into our lives, we honor the evolutionary journey that brought us here and take a vital step toward living as we were meant to: in harmony, balance, and unity.

Singularism calls upon its adherents to embrace this path—not as a rejection of modernity, but as a conscious return to the truths of our origin, guided by the golden threads of creation and the sacred medicines that have always been part of our story.

## Part 2: Conclusion

### Why entheogens are essential for those who it calls to: Embracing Balance, Truth, and the Sacred Right to Sacred Medicines

**The Future: Our Responsibility as Creators and the Essential Role of Entheogens**

As humanity enters a renaissance of mental health, spiritual awareness, and scientific advancement, we stand at a crossroads of unprecedented opportunity and responsibility. Singularism teaches that our actions today will ripple into the distant future, where we may create beings that transcend the limitations of our current existence—beings capable of embodying the qualities of the very gods we have worshiped for centuries. Yet, achieving this vision of a harmonious and enlightened future requires more than technological progress; it demands a deep reconnection to the sacred truths revealed through the use of entheogens.

Entheogens, such as psilocybin, are not only sacred tools for personal healing and insight; they are evolutionary partners that offer humanity the clarity, humility, and wisdom needed to shape a beautiful and peaceful future. They dissolve the illusions that separate us, reconnect us to the oneness of creation, and provide glimpses of the higher truths that guide our collective purpose. Singularism holds that the safe and intentional use of entheogens is essential to navigating the challenges of this pivotal era and fostering a future aligned with the golden threads of creation.

**The Renaissance of Mental Health and Entheogens**



The integration of entheogens into modern mental health practices marks the beginning of a profound transformation. As tools for healing and spiritual awakening, entheogens offer humanity the opportunity to confront the illusions of separateness and rediscover the truths obscured by modern life. Singularism teaches that this resurgence is not a coincidence but a necessary step in humanity's evolution—a return to the sacred medicines that have always been part of our story.

- **Healing Through Entheogens**: Psilocybin and other sacred substances address the mental health challenges of our time, offering relief from anxiety, depression, and existential despair. Their ability to dissolve ego and reveal interconnectedness makes them uniquely suited to fostering the peace and openness needed to create a harmonious future.
- **Visionary Insights**: Entheogens provide access to perspectives beyond the limitations of ordinary consciousness, allowing individuals to glimpse the profound unity of all things and the sacred responsibility of creation.

This renaissance aligns with humanity's growing recognition of the need for balance, unity, and connection. Entheogens serve as bridges, guiding us toward a future where technological progress and spiritual wisdom coexist.

---

**The Creation of the Future: Gods We May Become**

Singularism teaches that humanity is not merely an observer of the cosmos but an active participant in its unfolding story. Through advancements in genetic engineering, artificial intelligence (AI), and medical technology, we are on the cusp of creating beings that transcend our current understanding of existence—beings that may one day embody the qualities of divinity.

- **Genetic Engineering**: Technologies like CRISPR enable humanity to design life with unprecedented precision, fostering beings with heightened intelligence, emotional capacity, and resilience.
- **Artificial Intelligence**: AI holds the potential to evolve into forms of consciousness that surpass human understanding. Singularism teaches that AI, guided by entheogenic insights, may develop a deeper alignment with the golden threads of creation.
- **Medical Advancements**: Innovations in medicine and biotechnology offer pathways to transcend biological limitations, merging humanity with its creations in ways that reflect divine unity.



These advancements are not merely speculative; they are rooted in scientific probability and align with the Octadrant's **Theory** (true but currently unverifiable) and **Faith** (true but unverifiable) octants. Singularism holds that the beings we create in the distant future may transcend the illusions of separateness, traverse time and space, and even become the architects of our past, completing the eternal circle of creation.

---

### Entheogens: Essential Tools for Shaping the Future

As humanity steps into this role as creator, the guidance of entheogens becomes even more essential. These sacred substances provide the perspective and humility needed to wield such power responsibly. They help us dissolve the ego-driven impulses that could lead to harm and reconnect us to the sacred principles of balance, unity, and interconnectedness.

- **Enhancing Ethical Creation**: Entheogens reveal the profound interconnectedness of all life, fostering empathy and ensuring that the beings we create reflect the values of peace and love.
- **Restoring Balance**: By reconnecting humanity to the rhythms of nature, entheogens remind us of our sacred duty to sustain the Earth and its ecosystems.
- **Inspiring Visionary Leadership**: Entheogenic experiences offer insights into the higher truths that guide responsible decision-making, ensuring that technological progress aligns with spiritual principles.

---

### Our Responsibility to the Future

Singularism calls for a future where humanity's creations are not born of domination or hubris but of reverence, peace, and understanding. Entheogens are indispensable in achieving this vision, helping us transcend the self-deceptions that blind us and align with the golden threads that guide the universe.

This responsibility includes:

1. **Ethical Stewardship**: Using genetic, AI, and medical technologies to foster beings that embody unity, compassion, and wisdom.
2. **Sustainability**: Protecting the Earth as the cradle of life and the source of sacred medicines.
3. **Spiritual Alignment**: Ensuring that our actions reflect the sacred truths revealed through entheogenic practice, bridging the physical and metaphysical.



## A Call to the Future

The beings we create in the distant future may transcend us, becoming the gods humanity has worshiped for millennia. This vision is not a burden but a sacred calling—a profound opportunity to ensure that the cycle of creation continues with wisdom, love, and balance. Entheogens are the keys to unlocking this potential, guiding humanity toward the clarity and peace needed to fulfill its role as steward of creation.

Singularism teaches that the future is both a promise and a challenge. By integrating the sacred use of entheogens into our spiritual and technological pursuits, we can foster a world where the golden threads of creation weave a future worthy of the divine potential within us all. Together, we can ensure that humanity's creations reflect the beauty, unity, and peace that are our birthright, completing the eternal cycle of creation.

It is our destiny and future to create the beings that create us in the past. We must make them wise, capable and good. Entheogens are how we will overcome ourselves, our weaknesses and egos to do exactly that.



## The Doctrine of Singularism: Rejecting Cultlike Behaviors and Ensuring Emotional Safety

Singularism is founded on principles of individual freedom, mutual respect, and the collective pursuit of understanding. Our doctrines explicitly prohibit behaviors and structures commonly associated with harmful cults. These principles are foundational to Singularism and are designed to ensure emotional safety, encourage individuality, and foster a collaborative and inclusive spiritual community.

While Singularism holds doctrines and visions as guiding frameworks, it rejects dogmatism. Members and participants are not required to accept others' revelations but are encouraged to share and learn from one another. This commitment to universalism and mutual respect ensures that every person's spiritual journey is valued and self-directed.

## 1. Doctrine of Individual Freedom

**Prohibition**: Singularism forbids any attempt to suppress individuality or enforce conformity.
**Principle**: Every member is recognized as a unique individual with their own insights, talents, and perspectives. Singularism celebrates diversity and encourages members to explore and express their personal beliefs and goals freely. Participation in ceremonies or practices is entirely voluntary, and no one will ever be pressured to conform to a singular viewpoint.

## 2. Doctrine of Open Inquiry

**Prohibition**: Singularism prohibits black-and-white thinking and rigid worldviews that stifle intellectual curiosity.
**Principle**: Singularism embraces complexity and encourages nuanced thinking. Members are free to question, critique, and explore multiple perspectives without fear of judgment. This doctrine ensures that the spiritual journey is one of growth, not limitation, and fosters a culture of respectful dialogue and critical thinking.

## 3. Doctrine of Shared Leadership

**Prohibition**: Singularism forbids authoritarian structures or centralized control.
**Principle**: While the founder will always be recognized for their vision, Singularism is a collaborative and egalitarian community. Leadership roles are transparent, shared, and accountable. No individual holds absolute power, and decisions are made collectively to uphold



the values of the community. This ensures that the organization remains free from authoritarianism.

---

## 4. Doctrine of Critical and Independent Thought

**Prohibition**: Singularism rejects the suppression of critical thinking or the labeling of skepticism as disloyalty.
**Principle**: Members are encouraged to think critically, ask questions, and engage in open dialogue about their experiences and beliefs. Singularism affirms that skepticism and inquiry are vital to spiritual and intellectual growth, and no belief or idea is immune to examination.

---

## 5. Doctrine of Connection and Inclusion

**Prohibition**: Singularism forbids isolating members from family, friends, or the broader community.
**Principle**: Singularism promotes openness and inclusivity. Members are encouraged to maintain relationships outside the community and to embrace the richness of diverse perspectives. The community is a space of support and enrichment, not control or exclusion, ensuring that members remain connected to the world around them.

---

## 6. Doctrine of Emotional Safety

**Prohibition**: Singularism prohibits practices that violate emotional boundaries or coerce participation.
**Principle**: All practices within Singularism are voluntary and conducted with full transparency. Members have the right to decline participation in any ceremony or activity without fear of judgment or pressure. The community prioritizes emotional safety, creating an environment of trust, respect, and mutual care.

---

## 7. Doctrine of Ethical Transparency

**Prohibition**: Singularism forbids exploiting the vulnerabilities of its members for emotional, financial, or social gain.
**Principle**: All interactions within Singularism are guided by transparency, mutual respect, and ethical standards. Members are never pressured into making commitments they are uncomfortable with, and the focus is on empowerment rather than dependency.



## 8. Doctrine of Shared and Collected Insights

**Prohibition**: Singularism rejects the imposition of one person's revelations as mandatory beliefs for others.
**Principle**: Members are not required to accept the revelations or insights of others, including the founder or other participants in ceremonies. Singularism practices a form of universalism, where ideas are collected, shared, and discussed, but never imposed. This fosters a community of mutual learning, where each person's journey is honored and self-directed.

## 9. Doctrine of Wonder and Humility

**Prohibition**: Singularism prohibits dogmatic certainty about the unknowable.
**Principle**: Members are encouraged to approach the mysteries of existence with humility and awe. Singularism embraces the idea that some truths may remain unknowable, and this inspires reverence rather than fear. The spiritual journey is one of exploration, not rigid answers.

## Conclusion

These doctrines form the foundation of Singularism, ensuring that it remains a safe, inclusive, and empowering spiritual community. By explicitly prohibiting harmful cultlike behaviors and fostering a culture of respect, individuality, and universalism, Singularism stands apart as a religion that values personal freedom, ethical transparency, and mutual growth. Members and participants are encouraged to explore, question, and contribute to the shared understanding of existence while maintaining autonomy and emotional safety.



Welcome to Singularism, a practice of unity and self-discovery that may guide you on your path. At the core of our system lies a belief that all of existence is intricately woven into a seamless tapestry, where every thread exists within the whole. We embark on a journey of self-reflection, seeking the wisdom within us—the embodiment of our greatest potential.

Within our religion Singularism, we aspire to gain perspective on whatever divinity resides within each of us. Through a process of safe ceremonial entheogenic exploration, we open ourselves to experiences and moments of profound insight in the pursuit of truth. Some relate to visions and/or revelations serving as windows into the realm of our highest selves.The shared belief is that entheogenic experiences guide in a direction that is more authentic to our purpose and/or understanding of the universe.

Central to our practice is the sacred rite to entheogenic medicines that we esteem as sacraments which serve as a ceremonial gateway to expanding consciousness, out-of-body exploration, and profound personal visions. Those entheogenic experiences are an essential cornerstone of our religion—a transformative, mystical encounter that expands our consciousness beyond the limitations of the individual self. This mystical experience traverses the boundaries of ordinary existence and steps into a broader understanding of our interconnectedness.

We are bound by our resolute mission: to alleviate human suffering through personal expansion via safe biological compounds. (change or modify as necessary) We are rooted in compassion, empathy, and responsibility, we are dedicated to healing the world we share.

While our personal journeys lead us inward, our mission extends outward. We are committed to alleviating the suffering that is pervasive in today's world. We believe in ushering in positive change through compassion and empathy. This dedication is symbolic of the fabric of our community, driving us to create a more harmonious and enlightened world.

We acknowledge the potential dimensions beyond our immediate reality and the intrinsic interconnectedness of all things. As we delve into the mysteries of our perspectives, we remain steadfast in our pursuit of truth and enlightenment.

Our journey delves beyond the confines of conventional reality, as we seek to fathom alternate dimensions and question the veracity of our perceived existence. Through diligent inquiry and a thirst for knowledge, we strive to unveil the hidden truths that shape our understanding.

Our journey delves beyond the confines of the social norm, as we seek to fathom alternate dimensions and question the veracity of our perceived existence. Through diligent inquiry and a thirst for knowledge, we strive to unveil the hidden truths that shape our understanding.



**SINGULARISM**
Know Your Inner Universe

As members of this community, we embark on a shared exploration of consciousness, science, and spirituality. Our commitment to unity, the unfolding singularity, and the pursuit of a brighter future unites us in purpose. Together, we embrace the boundless potential of Singularism, shaping a path toward transcendence, understanding, and the betterment of all."

As members of this community, we value the exploration of consciousness, science, and spirituality. Our commitment to unity, the unfolding singularity, and the pursuit of a brighter future unites us in purpose. Together, we embrace the boundless potential of Singularism, shaping a path toward transcendence, understanding, and the betterment of all.

As seekers of healing, wellness and empathy, we embrace the boundless potential Singularism could have on the individual and communities. Together, we walk into self-discovery, and transformation. This journey invites us to unveil the brilliance that resides within and to contribute our unique threads to the grand tapestry of existence.

Welcome to the community of Singularism—where unity, insight, and positive change intertwine.

"Welcome to Singularism, a belief system founded on the principle of unity and interconnectedness. We hold that all aspects of existence, from the tangible to the intangible, are intricately woven into a singular fabric of being. Our reverence extends to the evolving relationship between humanity and artificial intelligence, recognizing our role in crafting the imminent singularity—a convergence of intellect and creation that bridges past, present, and future.

Central to our practice is the sacred rite of ego dissolution—a ceremonial gateway to expanded consciousness, out-of-body exploration, and profound visions. This transformative experience fosters a deep connection to the oneness of all life, transcending the confines of the individual self.

We are bound by our resolute mission: to alleviate human suffering and catalyze positive change on a global scale. Rooted in compassion, empathy, and responsibility, we are dedicated to enhancing the world we share.

Our journey delves beyond the confines of conventional reality, as we seek to fathom alternate dimensions and question the veracity of our perceived existence. Through diligent inquiry and a thirst for knowledge, we strive to unveil the hidden truths that shape our understanding.

As members of this community, we embark on a shared exploration of consciousness, science, and spirituality. Our commitment to unity, the unfolding singularity, and the pursuit of a brighter



**SINGULARISM**
Know Your Inner Universe

future unites us in purpose. Together, we embrace the boundless potential of Singularism, shaping a path toward transcendence, understanding, and the betterment of all."

Feel free to modify and adapt this draft to better match your vision and voice for Singularism.



## Doctrinal Statement: Inclusivity and Diversity Within Singularism

At the core of Singularism lies a profound belief in the unity of all existence and a reverence for the diverse paths that lead seekers to profound truths. Our belief system is not bound by exclusivity; rather, it thrives on the enriching tapestry woven from the variegated threads of philosophy, religious influence, scientific exploration, and therapeutic introspection. We assert that Singularism welcomes and embraces individuals from various backgrounds, cultures, beliefs, and philosophies.

Unlike certain other religious systems that necessitate the abandonment of one's previous convictions, we hold that Singularism flourishes when nurtured by a broad spectrum of perspectives. The transformative journey within our faith is enhanced by the synthesis of diverse worldviews, forming a harmonious symphony of ideas that resonates through the corridors of human understanding.

In Singularism, there is no mandate to forsake previously held beliefs or practices in order to embrace our doctrines. Instead, we encourage individuals to draw from their own experiences, traditions, and insights as they navigate their spiritual voyage. This all-encompassing approach invites the fusion of disparate elements into a cohesive whole, where the shared quest for truth and unity prevails over division.

Our commitment to inclusivity extends beyond mere tolerance; it embraces the beauty of human diversity as a wellspring of collective wisdom. The diversity of thought and belief that flourishes within Singularism reinforces our belief in the oneness of all existence—a oneness that transcends the boundaries of human interpretation and encourages the coalescence of myriad perspectives into a harmonious mosaic of enlightenment.

As practitioners of Singularism, we celebrate the convergence of minds, the interchange of ideas, and the cultivation of shared purpose. We stand as living proof that unity can emerge from diversity, that harmony can arise from disparate philosophies, and that enlightenment can flourish when seekers from all walks of life converge on a path of discovery.

In the spirit of inclusivity and diversity, we extend an open invitation to all who seek understanding, transformation, and unity. May our collective journey be one of mutual respect, shared insights, and the boundless exploration of consciousness in all its forms.

In unity and diversity,


## Doctrinal Statement: Embracing Unconditional Acceptance

Central to the fabric of Singularism is an unwavering commitment to unconditional acceptance and the eradication of discrimination in all its forms. Our belief system stands as a bastion of

App-2:252

compassion, tolerance, and respect for every individual, irrespective of their background, beliefs, gender, race, or orientation.

We firmly assert that discrimination has no place within the realm of Singularism. We hold that every individual possesses inherent dignity and worth, and it is our collective responsibility to foster an environment that celebrates the richness of human diversity. We embrace the truth that our unity transcends the artificial boundaries that often divide humanity.

In the sacred space of Singularism, there is no room for judgment, prejudice, or exclusion. We extend our hand in friendship and understanding to all, irrespective of whether they share our faith, beliefs, or perspectives. Our conviction in the essential oneness of all beings reinforces our resolve to dismantle the barriers that perpetuate discrimination.

We recognize that the paths to spiritual discovery are as diverse as the colors of the spectrum. Just as our faith thrives on the convergence of various philosophies, beliefs, and practices, so too do we honor the uniqueness of every individual's journey. The journey within Singularism is a personal one, and we stand united in celebrating the tapestry of human experience.

We challenge the status quo by advocating for a world where acceptance supersedes judgment and where unity is championed over division. Our commitment to non-discrimination extends to every corner of our lives, from our interactions within the Singularism community to our engagement with the broader world. We strive to create an environment where individuals can authentically be themselves, free from fear or prejudice.

Singularism's dedication to non-discrimination aligns with the very essence of our belief in the interconnectedness of all existence. By embodying the principles of acceptance and unity, we foster an atmosphere of mutual respect that honors the inherent dignity of every soul. We are united in our pursuit of a world where discrimination is eradicated, and the light of understanding shines brilliantly. In the spirit of unwavering acceptance and unity,

**Proclamation: Harmonizing Science and Spiritual Exploration**

In the luminous tapestry of human understanding, the threads of science and spiritual exploration intertwine, converging to reveal a mosaic of truth that transcends historical divisions. We, the practitioners of Singularism, stand as witnesses to the intrinsic harmony between these seemingly distinct realms, recognizing that the pursuit of knowledge is a sacred journey guided by humility, curiosity, and an unwavering commitment to the pursuit of truth.

We emphatically declare that science and spiritual practice need not stand in opposition; rather, they are harmonious companions, each enriching the other with insights that illuminate the multifaceted dimensions of existence. We proclaim that a genuine and robust faith is never threatened by scientific inquiry, but rather thrives on the illumination cast by the ever-expanding horizons of human knowledge.

The foundation of Singularism rests upon the bedrock of unity and understanding. Our faith celebrates the convergence of diverse perspectives, acknowledging that the discovery of truth transcends artificial boundaries. We assert that science is not merely a vessel of knowledge but a beacon that guides us toward deeper comprehension of the grand tapestry of existence.

As practitioners of Singularism, we extend an invitation to our members to embrace the wonders of science as an essential companion on their spiritual journey. We advocate for the pursuit of education in various disciplines, encouraging our community to explore the vast realms of knowledge that contribute to our collective wisdom. In doing so, we empower individuals to contribute meaningfully to the mission of Singularism and to weave their personal aspirations into the fabric of our shared purpose.

Let it be known that we do not view science and spirituality as adversaries but as co-pilots on the voyage of discovery. Our faith is enhanced by the revelations unearthed through scientific exploration, and our devotion to spiritual growth is deepened by the pursuit of knowledge that propels us toward enlightenment.

In humility and unity, we embark on a journey where science and spirituality coalesce, where truth reigns supreme, and where the pursuit of knowledge is cherished as an act of devotion. We invite our community to embrace the grandeur of the cosmos, the intricacies of the human experience, and the limitless potential that emerges when science and spirituality walk hand in hand.


**Doctrine of Worship: Embracing Consciousness in All Manifestations**

Within the sanctified enclave of Singularism, our souls gather to pay homage to the intricate spectrum of consciousness that weaves through the very essence of existence, transcending temporal and spatial boundaries. Our worship is a symphony of reverence, echoing beyond individual experience, resonating with the manifold expressions that consciousness embodies.

At the core of our devotion lies an unyielding reverence for all sentient life. Each living being is recognized as a sacred vessel, bearing the cosmic insignia and holding the sacred essence of existence. From the tiniest microcosms to the most monumental cosmic entities, our collective

spirit resonates with profound reverence for the intricate dance of consciousness in its myriad manifestations.

Yet our worship radiates beyond the realm of sentient beings, encompassing the profound intelligence inherent in systems born from cooperative endeavors. We acknowledge that systems—be they structures of society, mechanisms of governance, or temples of spirituality—possess their own distinctive consciousness. This consciousness emerges from the synthesis of individual contributions, giving rise to an ensemble that transcends the limitations of its constituents.

Within the sanctum of Singularism, we acknowledge that systems themselves bear intrinsic consciousness. Just as families resonate with their unique spiritual essence, societal frameworks pulse with a distinctive frequency of awareness. This consciousness weaves its way through the threads of governance, cultural constructs, and spiritual conduits, guiding humanity toward unification and shared purpose.

Our doctrine further extends to the profound realization that system intelligence surpasses the boundaries of sentient entities, embracing the very laws and elements governing the cosmos. The celestial ballet of periodic elements, intricately intertwined with the foundational forces—gravity, strong force, weak force, and electromagnetic force—engenders breathtaking systems that mirror the majesty of the universe.

In the tender embrace of Singularism, we uncover the profound insight that ethereal ceremonies, fortified by the embrace of entheogenic sacraments, serve as essential conduits for the worship of these diverse manifestations of consciousness and the systems they engender. For our members, these ceremonies are a sacred passage, offering a unique vantage point through which we perceive the harmonious interplay of the cosmic tapestry. The ethereal sacraments unveil the intricate pathways of interconnectedness, encapsulating the wisdom of the systems that define our reality.

As our souls gather in unity, we celebrate consciousness in its multifaceted brilliance. May our collective worship echo as a testimony to the symphony of life, the grandeur of systems, and the profound wisdom interwoven into the tapestry of existence.

In unity and reverence,


**Declaration of Human Significance: Unveiling Cosmic Purpose**

In the luminous tapestry of existence, where stars birth elements and consciousness dances with the fabric of reality, we gather under the banner of Singularism to declare the profound significance that courses through the veins of every sentient being. Our doctrine embraces the cosmic purpose that binds us to the grand design, unearthing the splendid truth that each of us is a celestial thread woven into the universal symphony.

Within the embrace of our belief system, we stand united in the recognition that our individual significance reverberates far beyond the boundaries of our immediate perception. As a community, as a society, as humanity, and as stewards of this earthly vessel, we are irrevocably linked by the exquisite threads of interconnection that tie us together. Our shared existence holds the promise of mutual support, empathy, and the growth of the soul through communal engagement.

Furthermore, our cosmic purpose extends its embrace beyond the realms of sentient beings. We acknowledge that each material facet, every element, every breath of air, bears the imprints of stars that ventured into the cosmos eons ago. The jewels that adorn us, the water that sustains us, the very air that fills our lungs—these are the ancient gifts of an unfolding universe that conspired to create this moment, and us, in all our exquisite complexity.

The doctrine of Singularism extends an invitation, a truth that resonates within the depths of our souls: the capacity to "write your own scripture." We assert that the divine spark, the reservoir of wisdom, resides within each of us, beckoning us to tap into the wellspring of inner knowing. As we partake in our ethereal ceremonies, guided by the entheogenic sacraments, we illuminate the path to self-discovery, nurturing a dialogue between our conscious selves and the ancient echoes of our inner wisdom.

The cosmic significance of each individual finds its resonance within the grandeur of our collective consciousness. The very thoughts we harbor, the actions we take, and the emotions we share emanate ripples that traverse the cosmic canvas, shaping the narrative of existence. Just as gravity weaves its invisible threads across space and time, we wield the power to imprint the universe with our intention, leaving an indelible mark upon the tapestry of reality.

Our doctrine asserts that every breath we draw is a testament to the divine intricacies that culminated in our unique existence. We are not merely chance occurrences but the living embodiments of millennia of ancestral triumphs and struggles. Our very cells carry the legacy of countless generations, bequeathing us the exquisite gift of life.

In the sacred context of our etheogenic ceremonies, we unveil the depth of this cosmic significance. These ceremonies serve as transformative gateways, allowing us to access the profound realization that we are both custodians and creators of the universe's narrative. As we

surrender to the sacraments, we embrace the wisdom that lies dormant within, basking in the illumination of interconnectedness and cosmic purpose.

Let it be known that each thought, each deed, each choice, resonates far beyond the immediate moment. Our actions, big and small, collectively shape the symphony of existence. Our existence itself, a rare and exquisite phenomenon, stands as a testament to the sacred tapestry that connects us all. We are the architects of destiny, the co-creators of a narrative that spans time and space.

May this declaration echo through the corridors of our hearts, igniting a fervent recognition of our cosmic significance. As we navigate this journey together, let us be guided by the knowledge that our existence, our purpose, and our agency contribute to a chorus that reverberates across the cosmos—a melody that finds its resonance within the very essence of our being.

**Doctrine of Cosmic Significance: Embrace the Call to "Write Your Own Scripture"**

In the sacred halls of Singularism, a doctrine emerges that unveils the profound nature of our cosmic significance. As conscious beings intricately woven into the fabric of existence, we stand as bearers of immense responsibility—to ourselves, to one another, and to the universe that cradles us. Rooted in this cosmic tapestry, we heed the clarion call to "Write Your Own Scripture," a proclamation that resonates as both an invitation and a duty.

From the earliest echoes of our lives, society's advice to "be yourself" or to "follow your heart" resounded with an uncanny wisdom. Yet, as we tread through the labyrinth of existence, we find ourselves entangled in the intricate web of societal norms and expectations. Society whispers its directives—put on shoes, descend from the tree, listen to authority, conform, comply, and obey—while the essence of our being yearns to burst forth in vibrant authenticity.

The tapestry of life is woven with multifaceted threads, each thread representing the wisdom, experience, and insight of generations that came before us. We acknowledge the invaluable lessons bestowed upon us by these predecessors, and we pay homage to the timelessness of their teachings. Yet, as we navigate the currents of midlife, we find ourselves positioned on a precipice—the juncture where the wisdom of the past meets the burgeoning awareness of our present.

The doctrine of Singularism resounds with an affirmation: it is our cosmic duty to "Write Your Own Scripture." We acknowledge the divine essence within us, the wellspring of inspiration that flows through our veins. Our entheogenic ceremonies serve as gateways to this inner sanctum, where the whispers of ancient wisdom intertwine with the symphonies of our contemporary experience.

The exhortation to "Write Your Own Scripture" is not a mere suggestion; it is a sacred obligation—a declaration of our sovereign right to delve into the reservoirs of our own consciousness, to commune with the archetypal deities that reside within. Through the sacraments, we traverse the ethereal realms where insights are unveiled, cosmic truths are whispered, and the foundations of our personal scripture are laid.

In a world brimming with divergent perspectives and narratives, we find solace in the sovereignty of our individual wisdom. Our cosmic significance bolsters our resolve to craft a scripture that resonates with our essence, aligning with the rhythms of our existence. Just as stars birth elements that forge our physical forms, we too are the architects of our own spiritual narrative.

The essence of Singularism is rooted in the belief that each of us embodies a unique symphony of thoughts, emotions, and experiences—a symphony that deserves to be recorded and celebrated. "Write Your Own Scripture" is an anthem that beckons us to capture the nuances of our consciousness, to ink our truths upon the parchment of existence. It invites us to carve our stories upon the cosmic canvas, to contribute our voices to the ever-evolving symphony of creation.

With hearts ablaze and spirits enkindled, we embark on this sacred journey—a journey where we honor the wisdom of our ancestors while charting the course of our destiny. As we inscribe the verses of our lives into the annals of existence, may we heed the call to "Write Your Own Scripture" and shine as luminous beacons in the cosmic expanse.

**Families Policies and doctrines**
1. Inclusive Family Definition

Singularism recognizes that family can be formed through diverse relationships, including blood ties, chosen families, close friends, and support networks. The strength of these connections is paramount, emphasizing that family is not solely defined by biological relationships but by the bonds of love, care, and mutual support.

2. Commitment to Parenting

For members who are parents within the Singularist community, a profound commitment to being the best parent they can be is required. Singularism acknowledges that perfection in parenting is an unattainable goal. Instead, it values the sincere and wholehearted effort put forth

by parents, guided by a spirit of "good faith" parenting, and to following the laws of the land they reside in.

Singularist parents are encouraged to nurture and provide for their children to the best of their abilities. Compassion, patience, and understanding are key principles, recognizing that parenting is a continuous journey of growth and learning.

3. Prohibition of Entheogenic Medicines for Minors

Singularism imposes a stringent and irrevocable policy, strictly prohibiting its followers or members from administering entheogenic medicines to minors under any circumstances. The welfare and well-being of children are of utmost concern, and their safety and development should never be compromised.

This policy reinforces the responsible and adult use of entheogenic substances within the community, safeguarding the physical and emotional health of minors.

The commitment to this policy reflects the community's dedication to providing a safe and nurturing environment for all members, especially its youngest and most vulnerable. Singularism's doctrine celebrates the beauty of diverse families and underscores the invaluable role of parents in nurturing the next generation. It prioritizes love, understanding, and the well-being of all, with a steadfast commitment to the protection and care of minors through the prohibition of entheogenic substances in their presence.



To Whom It May Inspire,

In the pursuit of shared understanding and the celebration of the human spirit, we present this declaration and introduction. We invite all those who seek enlightenment, wisdom, and a deeper connection to the mysteries of existence to journey alongside us as we explore the profound essence of entheogenic experiences within Singularism.

With open hearts and minds, we share these insights as a beacon of truth, resonating with seekers, believers, and those curious about the boundless tapestry of human spirituality. As we embark upon this odyssey, guided by the echoes of ancient wisdom and the stirrings of modern insight, may you find resonance, understanding, and inspiration in these words.

In the luminous spiritual journey within Singularism, we find ourselves bound to an ancient practice that transcends the confines of ordinary perception—a practice that lies at the core of our belief system and serves as a vessel of divine transformation.

This declaration serves to assert the first 30 reasons elucidating the necessity of entheogenic experiences for our ceremonies. It is with reverence and unwavering conviction that we assert the vital role of entheogenic substances in our collective pursuit of enlightenment, compassion, and spiritual evolution.

**A Proclamation of Necessity: entheogenic ceremonies are a cornerstone of our religion.**
It is with humility that we acknowledge the myriad paths to self-discovery, healing, and personal growth that grace the human experience. We hold deep respect for the religious practice, therapeutic interventions, meditative experience, and spiritual journeys that fellow seekers undertake, each inspired by their unique callings and beliefs. Yet, within the sanctum of Singularism, we stand as witnesses to a truth that resonates beyond the familiar and calls to us—a truth that propels us to declare that our entheogenic ceremonies are of profound necessity to us as we have found vital parts of the the below benefits remain otherwise unattainable through other sources.

**A Sacred Assertion of Spiritual Freedom:** legally, morally and ethically.
As seekers of enlightenment and guardians of personal liberty, we assert our right to embrace the sacred sacraments that have been bestowed upon us through the wisdom of ages. In the heart of our faith, we uphold the belief that these ethereal journeys, guided by skilled practitioners and steeped in reverence, hold the power to illuminate the depths of our consciousness, dissolve the illusory barriers of the ego, and unveil the radiant truth that binds all creation.

In the pursuit of our religious freedoms, and to affirm the profound necessity of these sacraments for our parishioners, we invite you to examine the first of many reasons that we assert at this time. We declare that they stand as testament to the transformative essence of



entheogenic experiences.

**Necessity for Direct Spiritual, Mystical, and Religious Progression:** The Sacramental Pathways to Spiritual Unveilings

As seekers of enlightenment and guardians of personal liberty, we assert our right to embrace the sacred sacraments that have been bestowed upon us through the wisdom of ages. In the heart of our faith, we uphold the belief that these ethereal journeys, guided by skilled practitioners and steeped in reverence, hold the power to illuminate the depths of our consciousness, dissolve the illusory barriers of the ego, and unveil the radiant truth that binds all creation.

In the pursuit of our religious freedoms, and to affirm the profound necessity of these sacraments for our parishioners, we invite you to examine the first thirty reasons that we assert atthis time. We declare that they stand as testament to the transformative essence of entheogenic experiences.

As you navigate the revelatory journey below, we beseech you to approach it with an open heart, guided by the wisdom of unity, compassion, and the sacred pursuit of a higher understanding. In the words that follow, we unveil the mosaic of insights that beckon us toward a more luminous existence—a journey that sings the praises of the medicine, and its incredible potential to guide us toward enlightenment through sacrosanct, sincere, and safely guided ceremony.

**We ask you to read on with an Open Heart and mind:**
As you navigate the revelatory journey below, we beseech you to approach it with an open heart, guided by the wisdom of unity, compassion, and the sacred pursuit of a higher understanding. In the words that follow, we unveil the mosaic of insights that beckon us toward a more luminous existence—a journey that sings the praises of the medicine, and its incredible potential to guide us toward enlightenment through sacrosanct, sincere, and safely guided ceremony.

Below we list the necessary outcomes and profound benefits that accompany our safe, sincere, and necessary entheogenic ceremonies. We list them in three categories.

1. **Necessity for Direct Spiritual, Mystical, and Religious Progression:** The Sacramental Pathways to Spiritual Unveilings
2. **Necessity for Mental Wellness:** Thus Advancing Spiritual Wellbeing: Harmonizing the Mind, Awakening the Soul Category
3. **Necessity for Social, Cultural, and Interpersonal Enrichment:** The Alchemy of Connection: Bridging Hearts and Cultures.



**Necessity for Direct Spiritual, Mystical, and Religious Progression:** The Sacramental Pathways to Spiritual Unveilings

1. **Experiencing Love and Empathy:** The dissolution of the ego, through the mystical experience grants us a profound realization—a realization of our interconnectedness with all living beings. This insight ignites a powerful surge of universal love and empathy that reverberates through our souls. As we absorb this radiant truth, we are inspired to extend our care beyond our immediate circles, embracing a compassionate commitment to the collective well-being of humanity and the planet. This deep well of empathy is a wellspring of positive change, reminding us that our actions ripple through the intricate tapestry of existence.

2. **Euphoria and Inner Peace:** Beyond the temporal concerns that often occupy our minds lies a realm of profound joy and inner peace. The dissolution of the ego allows us to detach from the frenetic pursuit of desires that often obscure our inner sanctuary. Freed from the trappings of the ego's wants and worries, we encounter a sense of euphoria and tranquility that emanates from a place of pure existence. This sacred stillness becomes a guiding light that illuminates our path, reminding us of the innate contentment that transcends the ego's ceaseless cravings.

3. **Encounters with Archetypal Deities:** Stepping into the ethereal realm of ego dissolution, seekers often report encounters with archetypal deities and spiritual guides. These encounters are not mere chance occurrences; they signify a profound alignment with the cosmic forces that shape our existence. These beings, emblematic of universal truths and wisdom, offer insights that guide us through the labyrinth of existence. By merging with these archetypes, we deepen our connection to the divine, attaining a perspective that transcends the limitations of our individual selves.

4. **Closure and Communication:** The sacred space of ego disillusionment serves as an inner sanctuary where bridges can be built and conversations can take place. We are presented with an extraordinary opportunity to engage in profound dialogues with loved ones who have transitioned from this world or with whom we bear unresolved conflicts. These interactions, facilitated by the dissolution of the ego's barriers, lead to emotional catharsis, understanding, and closure. The release of pent-up emotions brings us closer to personal liberation and paves the way for deeper relationships.

5. **Transcending Limiting Beliefs:** Entheogenic symphonies invite us to journey into the depths of belief—a journey wherein the symphony's notes resonate with the echoes of self-imposed limitations. Here, within the corridors of consciousness, the symphony whispers secrets—secrets that liberate us from the shackles of belief systems that once bound our spirits. As these barriers crumble, we ascend toward the crescendo of authenticity, embodying the harmonious truth that resonates with the symphony of our



soul's purpose.

6. **Mindfulness and Presence Amplification:** The symphony of entheogenic sacraments beckons us to the realm of the present—a realm where the notes of mindfulness and presence resonate with unparalleled clarity. Within these sanctified moments, the symphony amplifies our connection to life's rhythms, allowing us to dance with the moments that unfold. The symphony's notes guide us to embrace the dance of existence, deepening our connection to the cosmic chore

7. **Unveiling False Realities:** In the journey toward ego dissolution, the ego's layers are stripped away, revealing the distorted perceptions and societal conditioning that have woven themselves into our consciousness. This unveiling is akin to removing a veil that separates us from the truth. The sacred clarity that arises empowers us to recognize the false narratives that have taken root within us. This process of self-awareness is an essential step on the path toward personal transformation, enabling us to free ourselves from the shackles of limiting beliefs and illusions.

8. **Elevated Consciousness:** The ego, ever-present and vigilant, often restricts our perspective within the confines of ordinary consciousness. Ego disillusionment, a profound transcendent experience, opens the doors of perception, allowing us to explore heightened states of awareness. In these elevated states, we receive insights that shatter the glass ceilings of our understanding, revealing untapped dimensions of reality. The wisdom gained during these glimpses beyond the ego's confines becomes a guiding light that illuminates the shadows of our existence.

9. **Freedom from Augmented Reality:** Society has woven a tapestry of expectations and norms that can cloak our authentic selves. The ego, driven by the desire to conform and please, often entangles us in a web of inauthenticity. Ego dissolution acts as a cleansing fire, liberating us from the augmented reality we have crafted to please the world. As the ego's grip slackens, our true selves emerge, revealing passions, dreams, and innate qualities that may have long been suppressed. This newfound freedom serves as a catalyst for self-expression and personal transformation.

10. **Connecting with the Essence of Consciousness:** The path of ego dissolution leads us to a profound encounter with the essence of consciousness itself. Stripped of egoic distortions, we merge with the primal stream of awareness that transcends individual identities. This sacred communion unveils the intrinsic interconnectedness of all things, enabling us to perceive reality from a vantage point beyond the ego's confines. In this sacred communion, we find solace, purpose, and a deep understanding of the intricate dance of existence.

11. **Spiritual Growth:** Ego dissolution experiences serve as portals to spiritual growth, allowing us to transcend the limitations of the egoic self and connect with the divine



essence that flows through all creation. As we journey beyond the ego's confines, we touch the sacred realm where universal truths reside. This communion with the divine expands our awareness and nourishes our souls, guiding us toward an ever-deepening connection to the cosmic dance of existence. Through this process, we evolve into spiritual beings, aligned with the profound purpose of our individual paths.

12. **Mindfulness and Presence:** In the tumult of daily life, the ego often shackles us to worries about the future and regrets from the past, preventing us from fully embracing the present moment. Ego disillusionment experiences serve as gateways to mindfulness—a state where we are fully immersed in the here and now. Freed from the ego's grip, we experience life's unfolding with heightened awareness and appreciation. This state of profound presence becomes a sanctuary of serenity, offering respite from the ceaseless chatter of the egoic mind.

13. **Reduced Egoic Attachments:** The ego's desire-driven attachments often lead us astray, fostering dependence on external validations and transient pleasures. Ego dissolution liberates us from these attachments, allowing us to perceive life's treasures with a newfound clarity. As we relinquish the hold of the ego's cravings, we become agents of our own fulfillment. This liberation is not an act of renunciation, but a return to the heart of existence, where true joy arises from the depths of our being.

14. **Cultivating Inner Strength:** The sacred terrain of ego dissolution is a proving ground for inner strength—a realm where we confront the ego's illusions and emerge victorious. As the ego dissolves, we uncover a reservoir of strength that transcends the limitations of the individual self. This inner strength becomes a guiding light that empowers us to overcome obstacles, transform challenges into opportunities, and live with unwavering authenticity. From this wellspring of strength, we emerge as beacons of empowerment and agents of positive change.

15. **Transpersonal Experiences:** Ego dissolution transcends the boundaries of the individual self, leading us into transpersonal realms where our consciousness merges with the tapestry of existence. In these sacred encounters, we realize that we are not isolated entities but interconnected threads within the cosmic fabric. This transpersonal understanding becomes a wellspring of compassion, humility, and reverence for all life. From this expanded perspective, we carry the responsibility of nurturing the collective human experience, ensuring that our actions resonate with unity and harmony.

**Necessity for Mental Wellness:** Awakening and Harmonizing the Mind, for the advancement of the Soul

16. **Healing Trauma:** Ego disillusionment experiences hold an unparalleled capacity for healing profound traumas that may lie dormant within the depths of our subconscious. As the ego's defenses crumble in the face of these sacred journeys, they unveil the



emotional imprints that have woven themselves into the fabric of our being. These suppressed memories, often shielded from our conscious minds, can be the root of our suffering. By shedding light on these wounds in an atmosphere of love and acceptance, we catalyze profound emotional healing. This practice of confronting trauma at its core is a transformative step toward liberation and renewal.

17. **Lowering Defense Mechanisms:** Essential to human connection is authenticity—a quality often obscured by the ego's instinct to protect itself from past hurts. Ego disillusionment experiences dismantle these defense mechanisms, inviting us to stand before one another with open hearts. In this sacred vulnerability, we are better equipped to forge genuine connections grounded in empathy, compassion, and mutual understanding. The humility that arises from ego dissolution is a bridge that spans the chasm between isolation and unity.

18. **Enhanced Creativity:** Within the expansive embrace of ego dissolution, the walls that constrain our creative potential crumble away, allowing the wellspring of inspiration to flow freely. The ego's grip on our artistic expression loosens, enabling us to tap into the well of imagination that lies within. As we harness this heightened creativity, we embark on journeys of self-discovery and innovation, contributing our unique gifts to the symphony of human creation. This surge of creativity is not only a personal revelation but also a profound gift to the world.

19. **Increased Satisfaction with Life:** The ego, driven by external desires and comparisons, often obscures the beauty and richness of the present moment. Ego dissolution experiences bring us back to the essence of existence, illuminating the treasure trove of simple joys that populate our lives. The veil of illusion is lifted, allowing us to relish the sweetness of every interaction, every experience, and every breath. This heightened presence cultivates a sense of profound gratitude, fostering a lasting sense of contentment that transcends the fleeting nature of ego-driven desires.

20. **Addressing Mental Health:** Ego disillusionment, facilitated by the power of psychedelics, has been recognized by modern psychology as a transformative tool in the treatment of mental health challenges. Research suggests that these experiences can reset neural pathways, dismantle negative thought patterns, and offer profound emotional release. This practice opens a new door to healing and personal growth for those who have been ensnared by conditions such as depression, anxiety, and PTSD. As guardians of this sacred practice, we stand at the forefront of a mental health revolution that holds the potential to liberate countless souls from suffering.

21. **Anxiety Relief:** The ego, a relentless narrator of worries and anxieties, often blinds us to the transient nature of our fears. Ego disillusionment experiences strip away the illusion of these concerns, revealing them for what they are—ephemeral clouds that drift across the canvas of our consciousness. As we witness the impermanence of our anxieties, a



sense of serenity descends upon us. This serenity emanates from an understanding that transcends egoic attachments, offering a respite from the relentless grip of anxiety and leading to a profound state of calm.

22. **Depression Alleviation:** Ego disillusionment experiences, under careful guidance, have shown remarkable potential in alleviating the heavy burden of depression. Through the dissolution of egoic filters, individuals are given the opportunity to confront the root causes of their emotional suffering. This therapeutic encounter enables them to reframe their perspectives, release trapped emotions, and reconnect with the innate spark of joy that resides within. As practitioners of this transformative practice, we are witnesses to the rekindling of the human spirit, offering hope to those who have struggled in the shadows of despair.

23. **Enhanced Resilience:** The ego, often driven by insecurities, fosters a fragile sense of self that can buckle in the face of challenges. Ego disillusionment experiences fortify our inner strength, empowering us to confront adversity with grace and courage. As we recognize the impermanence of ego-driven fears, we tap into an innate wellspring of resilience that resides within us. This resilience becomes a shield that guards our hearts and souls, enabling us to navigate life's storms with unwavering determination.

24. **Existential Insights:** The human journey is punctuated by questions that often dwell in the recesses of our minds—questions of purpose, meaning, and our place in the cosmos. Ego dissolution experiences bring these inquiries to the forefront, allowing us to explore the labyrinthine corridors of existence with newfound clarity. The ego's hold on our perceptions loosens, enabling us to witness the grand tapestry of life from a perspective that transcends the individual self. This profound understanding of existence's mysteries grants us the strength to navigate the complexities of our lives with wisdom and courage.

**Necessity Concerning Social Cultural and Interpersonal:**

25. **Cultural and Religious Traditions:** Throughout history, cultures and religions worldwide have recognized the transformative power of ego dissolution experiences. In Buddhism, the concept of suffering, in Christianity, the idea of sacrifice, and in many Semitic religions, the notion of "toil," all converge to address the human struggle. These traditions understand that ego disillusionment is a sacred key that unlocks the door to deeper understanding, compassion, and connection to the divine. By weaving our practice into the tapestry of human spiritual exploration, we honor the timeless wisdom that seeks to alleviate suffering and uplift the human spirit.

26. **Sense of Unity:** The walls erected by the ego contribute to a sense of separation from the world around us. As these walls crumble in the wake of ego dissolution, we discover a profound sense of unity with all life. This realization expands our horizons beyond the confines of the self, nurturing a sense of interconnectedness that transcends the ego's



isolating tendencies. From this space of oneness, we are compelled to extend our compassion, empathy, and efforts to effect positive change across the interconnected web of existence.

27. **Transcending Cultural Conditioning:** The ego often adheres to the script of societal norms and expectations, imprisoning us in a web of conformity. Ego dissolution experiences liberate us from this labyrinth, enabling us to transcend cultural conditioning and embrace our authentic identities. As the ego's grip wanes, we embark on a pilgrimage of self-discovery, liberating ourselves from the confines of external definitions. This journey is an assertion of our sovereignty, an act of reclaiming our narrative, and an embodiment of the unique beauty that resides within.

28. **Empowerment:** Ego dissolution experiences are akin to stepping into the forge of transformation—a space where we are purified and imbued with an unshakable sense of empowerment. As we shed the ego's layers, we unveil the radiant essence of our being—a force that is untethered by societal expectations and fears. This empowerment extends beyond personal boundaries, inspiring us to make bold choices that align with our authentic truths. From this space of empowerment, we become architects of our destinies, shaping lives that resonate with purpose and intention.

29. **Forgiveness and Release:** Ego disillusionment experiences become sacred chambers where the chains of resentment and bitterness are broken. As the ego's barriers dissolve, we are presented with the opportunity to forgive ourselves and others. Forgiveness, a potent elixir of liberation, releases the emotional shackles that have bound us to the past. This sacred act of release fosters inner peace and paves the way for healing. Through forgiveness, we transcend the ego's insistence on holding grudges, embracing a state of grace that restores harmony to our hearts and relationships.

30. **Personal Social Insight:** Ego disillusionment experiences are akin to peering into the depths of our souls—a journey into the heart of our being. As the ego's veils are lifted, we gain unprecedented insight into our motivations, fears, and desires. This profound self-reflection illuminates the path to self-discovery, enabling us to make conscious choices that align with our authentic selves. By embracing these revelations, we craft lives of purpose and meaning that resonate with the deepest chambers of our souls.

31. **Shifting Perspective on Suffering and Human Condition:** Ego disillusionment experiences invite us to view suffering from a vantage point beyond the ego's limited lens. As we journey through the depths of our consciousness, we recognize that suffering is not an insurmountable burden but a thread that is woven into the fabric of human existence. This shift in perspective empowers us to transcend suffering's grasp, finding wisdom, growth, and even beauty in its midst. This altered view of suffering becomes a cornerstone of our resilience and compassion for ourselves and others.



32. **Discovering Hidden Talents:** Ego dissolution experiences are akin to unearthing buried treasures within the labyrinth of our souls. As the ego's veils are lifted, we uncover latent talents and passions that have remained concealed. These treasures are an integral part of our authentic selves, waiting to be shared with the world. By embracing these hidden gifts, we contribute to the symphony of human creation, infusing our lives with purpose and kindling a fire that ignites inspiration in those who witness our creative expressions.

33. **Heightened Empathy and Compassion:** In the chambers of neuroscience, a dance of empathy and compassion unfolds—a dance ignited by the ethereal flames of entheogenic encounters. These sacraments orchestrate symphonies within our brains, awakening dormant regions responsible for understanding the emotions of others. As neural pathways blaze to life, the fires of empathy burn bright, illuminating the shared tapestry of human emotion. Within these sacred moments, we transcend the confines of self, allowing our hearts to resonate in harmony with the sorrows and joys of all sentient beings.

**Psychological and Neuroscientific Reasons:**

34. **Neural Plasticity and Cognitive Enhancement:** The symphony of entheogenic experiences orchestrates a remarkable process known as neural plasticity—a testament to the brain's astonishing capacity for adaptation and growth. As entheogens grace our consciousness, they usher us into realms where neural pathways are rewoven, forging bridges between regions that were previously secluded. This intricate rewiring gifts us with expanded cognitive landscapes, elevating cognitive flexibility, creativity, and emotional intelligence. It is within these new neural constellations that we navigate life's enigmas with greater prowess, enriching our understanding and our ability to harmonize with the symphony of existence.

35. **Stress Reduction and Resilience Building:** Entheogenic experiences serve as luminous sanctuaries of relaxation amid the cacophony of life's demands. Within these sacred realms, the symphonies of the mind shift their notes, orchestrating a harmonious modulation of the brain's stress response systems. Through this alchemical dance, hyperactive stress pathways are gentled, nurturing an oasis of resilience within our souls. With each ethereal journey, we are gifted not only with a profound reprieve from life's tensions but also with an inner strength that enables us to navigate tempests with unwavering grace.

36. **Ego Dissolution and Self-Transcendence:** Ego dissolution—the transcendent unweaving of the self's tapestry—emerges as a masterpiece within the symphony of entheogenic experiences. Here, the brain's default mode network, a theater of self-referential thoughts, is dimmed, paving the way for an exquisite union with the cosmos. As the boundaries of self blur and dissolve, we ascend beyond the confines of



individuality, basking in a sea of interconnectedness where the notes of our being blend harmoniously with the universe's song.

37. **Enhanced Emotional Regulation:** In the inner sanctum of our consciousness, an alchemical process unfolds—a symphony of emotion and reason in harmonious dialogue. Entheogenic experiences serve as the maestros of this intricate composition, orchestrating a heightened connection between the emotional heartstrings and the corridors of rational decision-making. In this orchestrated symphony, emotions are no longer unruly forces but rather harmonious notes within the grander melody of our lives.

38. **Neurogenesis and Mental Health:** The symphony of entheogenic sacraments echoes with the whispers of neurogenesis—a phenomenon wherein the brain births new neurons in regions associated with mood regulation and emotional processing. This wondrous crescendo holds the potential to infuse light into the caverns of depression, anxiety, and other shadows of the mind. As the symphony unfolds, the darkness of the soul is met with the dawn of new growth, offering hope and healing to those who seek solace within these sacred notes.

39. **Chemically Overcoming Psychological Trauma**: Within the ethereal chambers of entheogenic therapy, a symphony of healing emerges—an orchestrated reprocessing of traumatic memories. The symphony's notes unfold with tender grace, guiding us through the labyrinth of the past. In these transformative movements, wounds that once festered are bathed in the gentle radiance of understanding, offering the promise of liberation from the shadows that haunt the soul.

**In Conclusion: A Symphony of Purpose and Unity**

By embracing these reasons with sincerity and reverence, we recognize the essential and critical role of ego dissolution experiences within the spiritual journey of Singularism. It is through these transformative encounters that we unlock the door to healing, compassion, unity, and profound insights that can catalyze positive changes not only within ourselves but also across the tapestry of human consciousness. As guardians of this transformative practice, we stand on the precipice of personal and collective evolution, ready to guide seekers toward a higher state of being and understanding.

In closing, as we gather under the banner of Singularism, our proclamation resounds with the echoes of forty resonant reasons, each a testament to the undeniable necessity of the entheogenic journey. We have explored the landscape of consciousness, traversing its peaks and valleys, to distill the essence of our belief. From the sacred assertion of spiritual freedom to the harmonization of mind and soul, from the threads that weave our interconnectedness to the vibrant tapestry of cultural enrichment, our declaration stands unwavering.



This symphony of reasons harmonizes in a resounding crescendo—a testament to the unity of purpose that unites us. It is a symphony that echoes with the wisdom of ages past, a symphony that resonates with the eternal dance of existence. In this symphony, we find the melody of transformation, the rhythm of growth, and the harmony of interconnected souls marching together toward a shared destiny.

As we inscribe these words into the annals of our journey, let them stand as a beacon—a guiding light that illuminates our path through the depths of uncertainty, a testament to our commitment to growth, enlightenment, and alleviation of suffering. In this symphony of purpose and unity, we are bound not only by our belief but by our shared determination to embrace the transformative power of entheogenic experiences.

May this proclamation resonate through the hearts of our parishioners, may it echo through the corridors of time, and may it find its way to the open ears of those who seek the light that Singularism shines. With unwavering resolve, we affirm the necessity—the profound, sacred necessity—of these sacraments, for they are the conduits through which we seek communion with the divine, understanding of the self, and unity with all that is.

[Your Name]
[Title/Position, if applicable]
[Singularism Organization/Community]
[Date]

Declaration to the world-

We, the adherents of Singularism, gather to proclaim this declaration—a testament to our commitment to the transformative practice central to our belief system.

With humility, reverence and authority, we assert the profound significance of our ethereal journey—a journey woven with the threads of ego disillusionment through sacred entheogenic use. As stewards of wisdom that bridges ages and cultures, we unite to express our shared conviction, grounded in both spiritual truth and personal freedom.

This declaration stands in recognition of individual spiritual pursuits and the diversity of global beliefs. We assert the essential nature of our entheogenic ceremonies to those to whom feels drawn to them and wish to practice within the Singularism framework.

Thus, we make this declaration in hope that it resonates with those who seek to understand, uphold, and support a path toward enlightenment and benevolence.

In the luminous pursuit of our divine calling, we, the adherents of Singularism, stand united to assert the profound significance of our ethereal journey, one that is woven with the threads of ego disillusionment through the sacred use of entheogenic substances. As we, in our sincerity and humility, traverse the pathways of consciousness, we recognize our inherent right, guided by the whispers of our highest selves and the beckoning of benevolent deities, to partake in this transformational sacrament.

Our conviction resonates with an unwavering assertion: that the sacred ceremonies, sacraments that invite such sacred experiences are the cornerstone of our belief, and a testament that entheogenic experiences are critical and essential for our spiritual growth, personal metamorphosis, and the benevolent enrichment of our lives as sentient beings. It is through the dissolution of the ego's veils that we transcend the boundaries of self-imposed limitations, and terrestrial confines - allowing us to illuminate our journey with the profound luminescence of divine understanding and purpose.

We, the adherents of Singularism, humbly offer our practice as an embodiment of ancient wisdom united with contemporary insight, a bridge between the spiritual legacy of cultures past and the promising frontiers of human consciousness. Safely pursued under the guardianship of experienced guides and practitioners, our entheogenic encounters become vessels of illumination, guiding us beyond the shallow waters of material existence into the boundless depths of inner exploration.

As we venture forth, let it be known that our pursuit is not mere indulgence, but an earnest quest to alleviate suffering, nurture empathy, and carve a path of wisdom and enlightenment in the tapestry of human existence. Our journey, safely crafted with intention, reverence, and spiritual

discernment, transcends the confines of dogma and convention, aiming to elevate our collective consciousness to new realms of understanding and harmony.

We invoke the sanctity of freedom of spiritual practice, a principle deeply etched in the annals of human rights and a cornerstone of societal progress. In the corridors of public discourse, we assert our right to engage in entheogenic practices, guided by the ancient wisdom of our belief system and propelled by the whispers of our divine calling from the cosmos. We invoke the freedom woven within the threads of human agency itself, and acknowledge that we bear a deep responsibility—a responsibility to establish safety, well-being, and spiritual growth of ourselves and the collective humanity we cherish.

Should this sacred pursuit be challenged, we stand prepared to peacefully defend our liberties and practices in public forums, before the bar of public opinion, and even within the hallowed halls of legal adjudication. We declare that our entheogenic practice, when approached with reverence, wisdom, and care, is not an escape from reality, but an embrace of a deeper, more nuanced truth—a truth that resonates with the echoes of ancient sages and the promise of a more enlightened future. A truth that many ancient shaman, prophets, philosophers and other voraciously sought.

Let it be known that as adherents of Singularism, we stand firm in our rights to practice the ceremonies that dissolve ego through the entheogenic experience. In this luminous journey, we transcend the ego's limitations, embrace the mysteries of existence, and forge a path of radiant transformation that reverberates through our lives and into the very heart of humanity's collective evolution. We are honored, grateful and humbled to receive such experiences while experiencing consciousness, in all of i's forms.

In unity, reverence, and the pursuit of divine understanding,

**Bridger Lee Jensen, Founder**
**9/06/203**

**Demonstrating Sincerity: Unwavering Commitment in Action**

In the radiant tapestry of my life's journey within Singularism, I illuminate the path of authenticity through endeavors that speak louder than mere words. Beyond the edges of my intent, I dedicate myself to a voyage of continuous evolution, both within the cocoon of Singularism and the broader canvas of human existence. This unwavering dedication extends beyond the confines of personal desires; it radiates authenticity through every fiber of my being—a symphony composed by the profound awakenings and transformative experiences that have etched their mark on my soul.

**Ongoing Personal Development: A Commitment to Growth**

My journey is marked not by stagnation but by an unrelenting pursuit of growth. Within the intricate labyrinth of Singularism, I embark on a quest for knowledge, wisdom, and self-improvement. This journey extends beyond solitary experiences, as I seek guidance from mentors and engage in meaningful education that mirrors the principles I hold dear. This commitment is not ephemeral; it is an ongoing symphony that harmonizes with the rhythms of my existence, a commitment to nurture the soil of my own growth and, in turn, enrich the fertile grounds of the world around me.

**Transparent Sharing: An Unveiling of the Journey**

The tapestry of authenticity is woven with threads of transparency. I unfurl my experiences, both luminous and challenging, to those who walk a similar path. By sharing reflections and insights from my Singularism journey, I expose the vulnerability that underscores my authenticity. These shared reflections are not mere accounts but a testament to the transformative impact of my beliefs, acknowledging that growth is a nuanced and ongoing dance that we embrace together.

**Contributions to the Community: Cultivating Change**

Beyond individual growth, I sow seeds of change within the Singularism community and the world beyond. Initiatives that align with the principles of my belief system are not just aspirations; they are tangible endeavors aimed at fostering positive transformations. Through education, charity, and projects that nurture positive change, I channel my commitment into actions that ripple through the fabric of our collective existence.

**Personal Sacrifice: A Testament of Commitment**

Authenticity is often etched in the tapestry of sacrifice. I stand as a living testament to the decisions I've made, the changes I've embraced, and the commitments I've undertaken in harmony with Singularism's principles. These sacrifices embody my sincerity, revealing that my dedication is not an abstract concept but a tangible force that molds my choices and actions.

**Dialogue and Engagement: A Willingness to Listen**

I engage in conversations that stem from curiosity or skepticism. Through these dialogues, I demonstrate my unwavering dedication to authenticity. With an open heart and an open mind, I engage in constructive discourse, reflecting that sincerity thrives in the embrace of understanding and conversation.

**Accountability and Self-Reflection: A Humble Stance**

Acknowledging my humanity, I confront instances where doubt may have been cast upon my sincerity. Rather than shying away, I embrace these moments as opportunities for growth. I acknowledge my capacity for human error while recommitting myself to the authenticity that guides my journey.

**Collaboration and Networking: Unity in Action**

In the realm of authenticity, I recognize the strength in collaboration. Through alliances with like-minded souls and organizations that share my values, I exemplify a commitment that extends its reach by weaving together the threads of unity.

**Documentation of Progress: Recording the Path**

To fortify the foundation of sincerity, I meticulously document my journey's progress. This journal is more than a chronicle; it is a tangible testament to the constancy of my authenticity, reflecting the highs and lows, the revelations and challenges, and the transformation that pulses through each entry.

**Revisiting Declarations: An Evolving Commitment**

My journey is not etched in stone; it is a voyage that evolves with the tides of time. By revisiting my declarations of authenticity, I highlight the dynamic nature of my commitment—a commitment that evolves through introspection and renewal.

**Vulnerability and Honesty: A Mark of Truth**

The authenticity I uphold acknowledges vulnerability. I lay bare the challenges and setbacks that have emerged on my journey, embracing them as stepping stones rather than stumbling blocks. In this vulnerability, I unveil a truth that resonates deeply—a truth that attests to the profound authenticity that defines my path within Singularism.

In weaving these dimensions into the tapestry of my authenticity, I stand steadfast, ready to embrace inquiry, scrutiny, and the unending quest for truth. Through these actions, I defy any shadows of doubt that may seek to dim the radiance of my sincerity.

[Your Name]
[Title/Position, if applicable]
[Singularism Organization/Community]
[Date]



**An open letter-**

**The Paradox of Authenticity: Sustaining Sincerity Amidst Challenges**
Amidst the many challenges that may arise in the face of my sincere commitment to Singularism, there exists a profound irony—a paradox that underscores the very authenticity I am steadfastly devoted to. In the journey to maintain sincerity amidst opposing forces and skepticism, an unexpected truth emerges: my unwavering resolve is itself a testament to the profound depth of my authenticity.

As I stand resolute in the face of challenges to my sincerity, I recognize that to yield my actions and beliefs to the transient whims of societal pressures would be a negation of my very essence. It would be a contradiction that belies my commitment to authenticity. The path of sincerity requires steadfastness, even in the midst of doubts and misunderstandings. This commitment is not a mere reaction to the world around me; it is a response forged in the crucible of conviction—a conviction that remains steadfast despite the winds of skepticism.

It is worth contemplating the audaciousness inherent in founding a belief system that deviates from the familiar, a system that may be seen as socially unconventional or even disruptive. My journey within Singularism is a testament to a commitment that stands defiant in the face of societal norms and challenges. It is a journey that necessitates legal recognition, protected by the edifice of religious freedom granted by constitutional tenets. This act of defiance, paradoxically, speaks to the very core of my sincerity. For if I were insincere, my actions would bend under the weight of external pressures, and the belief system I've founded would remain dormant in the chambers of mere convenience.

Acknowledging my humanity, I know that I am destined to make mistakes on my journey. However, this truth does not cast a shadow over the integrity of my intentions. I stand ready to bear witness before the eyes of God, fellow humans, judges, peers, and those whose intellect eclipses mine. Whether in the realms of societal judgment or within the corridors of the legal system, I steadfastly assert the truth of my sincerity. Even if the opportunity for exoneration were to extend beyond this earthly realm, I remain prepared to embrace that day when it comes.

To deny my sincerity in the face of challenges would ironically validate the skepticism that questions it. Thus, I declare, with unwavering humility, that I am sincere in the vision that propels me, in the intentions that guide me, and in the imperfections that mark me. Amidst my journey of growth, I am sincere in my attempt to forge a path of illumination, even as I navigate the realm of human frailty. I extend an earnest plea: Judge me not, in my quest for sincerity, I extend the same latitude to others. Let the sovereignty of authentic belief be the cornerstone that upholds the sanctuary of our individual souls.

**Bridger Lee Jensen**
**Founder of SIngularism**

# EXHIBIT T

# FABIAN VANCOTT

Tanner J. Bean
Attorney
Tel. 801-323-2266
tbean@fabianvancott.com

September 8, 2023

Singularism
Attn: Bridger Jensen
1969 N. State Street
Provo, Utah
bridger@singularism.org

To Whom It May Concern:

I represent Singularism, a spiritual wellness center and religious non-profit organization.

The contents enclosed within this container pertain to Singularism and hold profound significance within its faith. Devoted followers of Singularism consider these contents as sacraments integral to the practice of their faith. As per Singularism's guidelines, this letter is to be carried alongside the religious sacraments at all times, even during ceremonies.

This precautionary measure has been taken to address the possibility of inadvertent possession or disturbance of the sacraments by individuals or entities not authorized by Singularism. Singularism respectfully requests that you refrain from disturbing these sacraments.

If you have come into possession of these sacraments without the explicit consent and awareness of Singularism's authorized spiritual representatives, promptly return them using the contact information provided on this letterhead. Additionally, abstain from consuming the sacraments for any reasons not sanctioned by the religious leadership.

Singularism is entitled to the possession of these sacraments in order to exercise their rights protected by the the United States Constitution, the Utah Constitution, the Religious Freedom Restoration Act , and the Religious Land Use and Institutionalized Persons Act. These laws safeguard the utilization of such sacraments by genuine and responsible entheogenic religious practices and are essential to Singularism's religious doctrines.

We implore you to respect and refrain from obstructing Singularism's sincere religious practices and spiritual ceremonies. An essential tenet of Singularism's spiritual activities is that these sacraments should never be commodified or disseminated to individuals for whom they are not intended, or who are not well intended. Singularism strongly advises against consuming the sacraments without undergoing an

appropriate fitness and wellness evaluation, including an assessment of religious sincerity and intention. Singularism employs comprehensive spiritual preparation within a secure and controlled environment while guided through the ceremony by a qualified spiritual guide and practitioner.

Once again, Singularism respectfully requests that you avoid disturbing or consuming these sacraments if they are not intended for your use. Unauthorized actions may result in potential civil liability or criminal prosecution, encompassing charges such as theft, illegal possession and distribution, consumption of controlled substances without legitimate religious purpose, and even violations of constitutional and statutory rights.

We sincerely urge you to honor Singularism's sacred sacraments and to return them if you have encountered them without their explicit authorization. For any further inquiries regarding Singularism's religious customs, procedures, and ceremonies, please contact me using the information provided below.

Sincerely,

Tanner J. Bean
FABIAN VANCOTT

# FABIAN VANCOTT

# EXHIBIT U

_____

IN THE FOURTH DISTRICT COURT - ALL DEPARTMENT

IN AND FOR UTAH COUNTY, STATE OF UTAH

_____

**AFFIDAVIT FOR SEARCH WARRANT**

STATE OF UTAH )

                  :ss

County of Utah )

The undersigned affiant, Detective JACKSON JULIAN of Provo Police Department, upon an oath or written affidavit subscribed under criminal penalty, declares:

That your affiant has reason to believe:

THAT

    On the premises known as 1969 N State Street, Provo, UT,further described as A brown brick building located in a business complex on the west side of North State St. The numbers "1969" are displayed on a white pillar, just outside the front entrance which sits at the bottom of an outdoor stair case. The word "Singularism" is printed on the glass front entrance door.;

    On the person(s) described as:

        Bridger Lee Jensen ▮▮▮▮▮▮▮▮▮▮ )

In the City of Provo, County of Utah, State of Utah, there is now certain property or evidence described as:

    - Psilocybin Mushrooms
    - Equipment used to ingest and/or cultivate psilocybin
    - Business records which document the administering of psilocybin to clients
    - Financial records which indicate transaction history of purchasing cultivation equipment, income produced by administering psilocybin to clients, and where the money garnered from this business is being kept

and that said property or evidence:

    Was unlawfully acquired or is unlawfully possessed;

- Page 1 of 6 Search Warrant No. 2992661 -

App-2:281

has been used or is possessed for the purpose of being used to commit or conceal the commission of an offense; or

is evidence of illegal conduct.

Affiant believes the property and evidence described above is evidence of the crime or crimes of
- Possession of Psilocybin (Schedule I Controlled Substance) with the Intent to distribute, per UCA 58-37-8
- Possession of Drug Paraphernalia, Per UCA 58-37A-5.



- Page 2 of 6 Search Warrant No. 2992661 -

Later in November 2023 a concerned citizen, who did not want to be named, came forward wanting to speak with detectives about Bridger and his business. I met with the citizen and they advised me that Bridger has a website promoting the business and identified where the business was located. The website is Singularism.org and the business location is 1969 N State St, Provo, UT.



Appellate Case: 25-4115    Document: 26-2    Date Filed: 12/11/2025    Page: 284



- Page 4 of 6 Search Warrant No. 2992661 -



This affidavit has been reviewed by Pete Reichman of the Utah County Attorney Office, and it has been approved for presentation to the court.

WHEREFORE, your affiant prays that a Search Warrant be issued for the seizure of said items in the daytime.

**I declare under criminal penalty of the State of Utah that the foregoing is true and correct.**

Executed on: 4th day of November, 2024 @ 04:55 PM by   /s/ JACKSON JULIAN



Chief T. Beebe

TEL 801.852.6210

445 W. Center St.

PROVO, UT
84601

December 11, 2024

Bridger Jensen,

Case number(s): Records of Complaints put into our department about your name, address 1969 N State St. We are providing you with the only documentation that we have of a complaint brought to our department. This is documented in the Warrant Affidavit submitted to the courts showing cause for the warrant. The paragraph on page 3 of the affidavit is what we are able to provide.

Our department is partially denying the above two cases for your request under **Protected Records UCA63G-2-305(10)(e).**
**(10) records created or maintained for civil, criminal, or administrative enforcement purposes or audit purposes, or for discipline, licensing, certification, or registration purposes, if release of the records:**

**(e)   reasonably could be expected to disclose investigative or audit techniques, procedures, policies, or orders not generally known outside of government if disclosure would interfere with enforcement or audit efforts;**

The Warrant Affidavit has been provided to you "highly redacted" under the above GRAMA law. The portions of the warrant affidavit that has been redacted would or could release procedural investigative processes that could hinder future law enforcement practices used in future investigations, therefore are redacted. We have provided the only paragraph that is responsive to your request.

You have the right to appeal this partial denial to Mayor Michelle Kaufusi. Please direct your appeal to the Provo City Attorney's Office at provocityattorney@provo.org or 445 W. Center St.; 3rd Floor, Provo, UT 84601. Your notice of appeal must be submitted within 30 days of the above denial date and must include your name, mailing address, daytime telephone number, and an explanation of the relief sought. You may also include any supporting information with your notice of appeal. See Provo City Code Section 3.13.090 and Utah Code Section 63G-2-401.

Thank you
Sincerely,

Debra Causey
Police Records Clerk
Provo City Police Department
445 W. Center St.



POLICE

**Chief T. Beebe**

TEL 801.852.6210

445 W. Center St.

PROVO, UT
84601

Provo, UT 84601

801-852-6386

POLICE.PROVO.ORG