No. 25-4115

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

———————————

BRIDGER LEE JENSEN, SINGULARISM, AND PSYCHE HEALING AND BRIDGING, LLC,
*Plaintiffs - Appellees*,

v.

UTAH COUNTY, PROVO CITY, AND JEFFREY GRAY,
*Defendants- Appellants*.

———————————

On appeal from the United States District Court, District of Utah,
The Honorable Jill N. Parrish, No. 2:24-cv-00887-JNP-CMR

———————————

**APPELLANTS' APPENDIX**
**Volume 6 of 8**

———————————

Respectfully submitted,

Troy L. Booher
Caroline A. Olsen
ZIMMERMAN BOOHER
341 South Main Street, Fourth Floor
Salt Lake City, Utah 84111
tbooher@zbappeals.com
colsen@zbappeals.com
(801) 924-0200

*Attorneys for Appellants*

———————————

December 10, 2025

| USDC Dkt. No. | Date Filed | Description | App- |
|---|---|---|---|
| | | **Volume 6 of 8 — Exhibits** | |
| 028 | 12/16/2024 | Plaintiffs' Exhibits Related to 12/13/2024 Hearing | 6:005 |
| 028-01 | | ExW — Jensen's Oklevueha Native American Church Official Membership Card | 6:008 |
| 028-02 | | ExX — Plaintiffs' notice of claim | 6:011 |
| 029 | 12/17/2024 | Defendants' Exhibits Related to 12/13/2024 Hearing | 6:016 |
| 029-01 | | ExQ — Binder | 6:018 |
| 029-02 | | ExR — Notes 11-2-23 | 6:031 |
| 029-03 | | ExS — Notes 10-3-24 | 6:033 |
| 074 | 01/22/25 | Exhibit List Stipulation of All Parties Regarding January 23-24, 2025, Hearing | 6:035 |
| 074-01 | | Exhibit A — January 13, 2025, letter from Provo City, Subject: Business License Not Required for Religious Organizations | 6:038 |
| 074-02 | | Exhibit B — November 27, 2024, Forensic Analysis Report-Controlled Substance Analysis | 6:040 |
| 074-03 | | Exhibit C — Provo Police, Officer Report for Incident 24PR24922 (updated copy through December 2, 2024) | 6:043 |

| USDC Dkt. No. | Date Filed | Description | App- |
|---|---|---|---|
| 074-04 | | Exhibit D — November 28, 2023, FinCEN Continuing Activity Report | 6:064 |
| 074-05 | | Exhibit E — March 12, 2024, FinCEN Continuing Activity Report | 6:076 |
| 074-06 | | Exhibit F — Psychedelic Mushroom Interest Grows in Utah With Center Opening in Provo, FOX 13 News (Nov. 2, 2023) | 6:087 |
| 074-08[5] | | Exhibit H — Voluntary Statement Form, 25PR01087, Jan. 17, 2025 (some information redacted under Federal Rule of Civil Procedure 5.2) | 6:093 |
| 074-10[6] | | Exhibit J1 — Website prints for: Singularism | 6:096 |
| 074-11 | | Exhibit J2 — Website prints for: Bridger Lee Jensen | 6:161 |
| 074-12 | | Exhibit J3 — Website prints for: Psychedelic Therapy Journey | 6:174 |
| 074-13 | | Exhibit J4 — Website prints for: Jensen's LinkedIn | 6:204 |
| 074-14 | | Exhibit J5 — Website prints for: Psychedelic Therapy Academy | 6:210 |
| 074-15 | | Exhibit K — Certificate of Organization for Psyche Healing and Bridging, LLC | 6:228 |

[5] Docket 74-7 is Exhibit G: a slipsheet for body camera footage that is not pertinent on appeal.

[6] Docket 74-9 is Exhibit I: a slipsheet for audio that is not pertinent on appeal.

| USDC Dkt. No. | Date Filed | Description | App- |
|---|---|---|---|
| 074-16 | | Exhibit L — Police and EMT reports from Jan. 16, 2025 (some information redacted under Federal Rule of Civil Procedure 5.2) | 6:231 |
| 074-19[7] | | Exhibit O — State court criminal docket | 6:245 |

---

[7] Dockets 74-17 and 74-18 are Exhibits M and N: slipsheets for video and audio that are not pertinent on appeal.

Tanner J. Bean (A17128)
tbean@fabianvancott.com
Anna P. Christiansen (A17518)
achristiansen@fabianvancott.com
**FABIAN VANCOTT**
95 South State Street, Suite 2300
Salt Lake City, UT 84111-23323
Telephone: (801) 531-8900
*Attorneys for Plaintiffs*

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRIDGER LEE JENSEN, an individual; SINGULARISM, a non-profit corporation; PSYCHE HEALING AND BRIDGING, LLC dba PSYCHEDELIC THERAPY JOURNEY; a limited liability company; <br><br> Plaintiffs, <br> vs. <br><br> UTAH COUNTY, a political subdivision, PROVO CITY, a political subdivision; JEFFREY GRAY, an individual; TROY BEEBE, an individual; BRIAN WOLKEN, an individual; JACKSON JULIAN, an individual; JOHN DOES 1-4, individuals; <br><br><br> Defendants. | **EXHIBITS RELATED TO 12/13/2024 HEARING** <br><br> Civil No. 2:24-cv-00887-JNP <br><br> Judge Jill N. Parrish <br><br> (Removed from Fourth Judicial District Court, Utah County, State of Utah, Case No. 240406123) |

On December 13, 2024, the Court held a hearing on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction. During this hearing, Plaintiffs introduced an exhibit, Plaintiff Jensen's Oklevueha Native American Church Official Membership Card, which was received and admitted by the Court, and attached here as Exhibit W. Additionally, during argument

1

App-6:005

at the end of the hearing, counsel for the parties exchanged argument regarding Plaintiffs' notice

of claim related to this matter. The notice of claim is attached as <u>Exhibit X</u>.

        DATED December 16, 2024.

                                        <u>*/s/ Tanner J. Bean*</u>
                                        Tanner J. Bean
                                        Anna P. Christiansen
                                        *Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2024, I caused the foregoing **EXHIBITS**

**RELATED TO 12/13/2024 HEARING** to be served via the Court's ECF system upon the

following:

> Gary DeMott Millward
> J. Brian Jones
> Provo City Attorney's Office
> 351 W Center St
> PO Box 1849
> Provo, UT 84603
> gmillward@provo.org
> bjones@provo.org
>
> Richard A. Roberts
> Provo City - Legal Department
> 445 W Center St., Ste 300
> Provo, UT 84601
> rroberts@provo.org
>
> Mitchel A. Stephens
> Lara A. Swensen
> James Dodge Russell & Stephens PC
> 10 W Broadway Ste 400
> Salt Lake City, UT 84101
> mstephens@jdrslaw.com
> lswensen@jdrslaw.com

*/s/ Tanner J. Bean*

3

App-6:007

# EXHIBIT W



## Oklevueha Native American Church Official Membership

The person secured with this card is a member of Oklevueha Native American Church (ONAC) and, as such, is qualified to carry, possess and/or use Native American Church Sacraments including Peyote, Cannabis, San Pedro and other recognized healing ceremonial plants. For a complete list of covered sacraments and the requirements for their use, visit nativeamericanchurches.org. Controlled substances not mentioned there are not covered or legal for personal use or in ceremony.

Laws pertaining to the protection of all ONAC members' Civil Liberties are outlined in the First Amendment of the Bill of Rights to the United States Constitution and more specifically described in the Religious Land Use and Institutionalized Persons Act of 2000.

James Warren "Flaming Eagle" Mooney
Seminole Elder Medicine Man
Co-Founder of Oklevueha Native American Church

Please scan this QR Code for information on the consequences of violating the civil rights of this Native American Church member or visit the website.

App-6:010

# EXHIBIT X

# FABIAN VANCOTT

Tanner J. Bean
Attorney
Tel. 801-323-2266
tbean@fabianvancott.com

November 19, 2024

**_VIA EMAIL & CERTIFIED MAIL – RETURN RECEIPT REQUESTED_**

**Utah County**
**Aaron R. Davidson, Utah County Clerk**
100 E. Center St. Ste 3600
Provo, UT 84606
claims@utahcounty.gov
(801) 851-8109
c/o Legal Counsel, Jeffrey S. Gray
Utah County Attorney's Office
100 E. Center St. Ste 206 HCH
Provo, UT 84606

**Jeffrey S. Gray, Utah County Attorney**
100 E. Center St. Ste 206 HCH
Provo, UT 84606
claims@utahcounty.gov
(801) 851-8026

**Provo City**
**Heidi Allman, City Recorder**
445 W. Center St.
Provo, UT 84601
recorder@provo.org
(801) 852-6524
c/o Legal Counsel, Brian Jones
City Attorney
bjones@provo.org

> **Re: Notice of Claim for Constitutional and Statutory Rights on Behalf of Bridger Lee Jensen, Singularism, and Psyche Healing and Bridging, LLC**

> **Dates of Injury:** November 11, 2024 and ongoing to the present
> **Location:** Provo, Utah

95 South State, Suite 2300
Salt Lake City, UT 84111

ATTORNEYS AT LAW
www.fabianvancott.com

App-6:012

Case 2:24-cv-00887-JNP-CMR   Document 28-2   Filed 12/16/24   PageID.805   Page 3 of 5
Appellate Case: 25-4115   Document: 26-6   Date Filed: 12/11/2025   Page: 13

Page 2

To Utah County, Provo City, and Mr. Gray:

Pursuant, but not limited, to Utah Code § 63G-7-401 and Utah Code § 63G-33-201(5), Bridger Lee Jensen, Singularism, and Psyche Healing and Bridging, LLC (collectively, "Singularism") hereby provide this notice to (1) Utah County, including the Utah County Attorney's Office, and their various entities, subsidiaries, employees, and agents; (2) Jeffrey S. Gray, Utah County Attorney; (3) Provo City, including the Provo City Police Department, and their various entities, subsidiaries, employees, and agents, including, but not limited to Troy Beebe, Brian Wolken, Jackson Julian, and all other law enforcement officers involved in the events described below, whose names are not yet known, but will be obtained in discovery.

Singularism asserts that Utah Code § 63G-33-201(5) does not apply to require a notice of claim in this instance because the government action described in this notice is ongoing and has placed, and will continue to place, an undue hardship on Singularism or increase the harm suffered by Singularism and is likely to occur or reoccur before the end of the 60-day period described in the statute. Accordingly, Singularism intends to bring, and has brought, an action related to the content of this notice. Singularism also asserts that the violations of federal and state constitutional rights raised by Singularism are exempt from the requirements of the Utah Governmental Immunity Act. However, out of an abundance of caution, Singularism provides this notice.

This letter gives notice of Singularism's claims arising from the treatment of Mr. Jensen; his November 11, 2024 detention; the search conducted of Singularism and Psyche Healing and Bridging's spiritual center of the same day; the seizure of items from that spiritual center of the same day, including psilocybin used for Singularism's sacramental tea in its religious ceremonies; and all subsequent actions taken in relation to these events, including, but not limited to, a November 12, 2024 threat to Singularism's landlord to evict Singularism from its rented space, efforts to bring charges against and prosecute Mr. Jensen or other individuals or entities, forfeiture efforts, and future seizures. All of these events amount to actual, continuing, and expected substantial burdens upon Singularism's religious free exercise protected by the First Amendment to the U.S. Constitution, Article I, Section 4 of the Utah Constitution, and the Utah Religious Freedom Restoration Act. Additionally, these events are violative of the Fourth Amendment to the U.S. Constitution and Article I, Section 14 of the Utah Constitution.

**BRIEF STATEMENT OF FACTS**

Singularism is a non-profit religious organization entitled to constitutional and statutory protections to the free exercise of its religion. It was established and is led by Bridger Lee Jensen, a sincere religious believer in the spiritual value of entheogenic substances. Psyche Healing and Bridging, LLC, is the for-profit entity associated with

Case 2:24-cv-00887-JNP-CMR   Document 28-2   Filed 12/16/24   PageID.806   Page 4 of 5
Appellate Case: 25-4115   Document: 26-6   Date Filed: 12/11/2025   Page: 14

Page 3

Singularism. Singularism and its followers believe that to access the divine, they must ingest sacramental psilocybin tea. They do so in a private, safe, and controlled environment at Singularism's spiritual center, a rented space located at 1969 N. State St., Provo, Utah 84604. Singularism and its adherents pursue their free exercise of religion according to a their fundamental right to religious free exercise granted by the First Amendment to the U.S. Constitution, Article I, Section 4 of the Utah Constitution, and the Utah Religious Freedom Restoration Act.

Shortly after Singularism announced its religious community to the public, Singularism sent both Provo City and the Utah County Attorney's Office letters informing them of Singularism's existence, its religious practices, its entitlement to religious free exercise, and invited the offices to tour Singularism's spiritual center. The offices declined to do so. Thereafter, until November 11, 2024, Singularism peacefully and safely continued to practice its religion, administering sacramental psilocybin tea to its adherents without any private or public incident or complaint.

On November 11, 2024, Provo City Police Detective Julian and other law enforcement officers served a search warrant upon Mr. Jensen at Singularism's spiritual center. They detained him, questioned him, searched the premises, and seized Singularism's sacramental psilocybin and other items. Before they began, Detective Julian explained that although he understood Mr. Jensen and Singularism's religious claims to be sincere, the Utah County Attorney had instructed him that there does not exist, and cannot exist, any religious exemption from the Utah Controlled Substance Act. When law enforcement departed, they told Mr. Jensen to expect a forthcoming criminal charge. They also recommended Singularism cease all operations. The next day, Provo City Police Captain Wolken served a demand letter on Singularism's landlord threatening that he must evict Singularism, and if he did not do so voluntarily, law enforcement would act against him. On information and belief, Provo City Police Department, in conjunction with Utah County and the Utah County Attorney's Office, have taken and are taking other actions against Singularism and Mr. Jensen which are not yet known.

## NATURE OF CLAIMS ASSERTED

Singularism's religious free exercise claims are predicated upon 42 U.S.C. §§ 1983, 1988; the First Amendment to the U.S. Constitution; Article I, Section 4 of the Utah Constitution; and the Utah Religious Freedom Restoration Act. Each indicates the substantial burdens imposed and which will be imposed by the government entities and actors on Singularism's religious free exercise must be reviewed according to strict scrutiny analysis. The entities and actors will be unable to shoulder the burdens under that analysis. No compelling governmental interest exists requiring the denial of a religious exemption to Singularism in particular. And even if one existed, the government entities and actors' actions described above to accomplish that interest are not the least restrictive means by which it could be accomplished.

Case 2:24-cv-00887-JNP-CMR   Document 28-2   Filed 12/16/24   PageID.807   Page 5 of 5
Appellate Case: 25-4115   Document: 26-6   Date Filed: 12/11/2025   Page: 15

Page 4

Because of Singularism's fundamental right to religious free exercise, the Fourth Amendment to the U.S. Constitution and Article I, Section 14 of the Utah Constitution, also protect Singularism from Defendants' unlawful detention of Mr. Jensen and unlawful search and seizure of Singularism's spiritual center and items therein.

Singularism reserves the right to bring any and all other claims that may be discovered through formal discovery. Nothing in this notice shall be construed as an election of remedies.

## DAMAGES INCURRED SO FAR AS KNOWN

Singularism has incurred significant, ongoing, and expected violations of its fundamental constitutional and statutory rights to free exercise of religion and its rights to be secure in its persons, houses, papers, and effects against unreasonable searches and seizures. It has incurred the loss of its sacramental psilocybin essential to the sincere practice of its religion. Additional actual and compensatory damages are anticipated, including the effects of shutting down a religious organization and the attendant livelihoods of the clergy which depend upon its existence. Attorney fees and costs, recoverable under the authorities described above, also have been incurred in preparation of this notice and the necessary legal action to protect Singularism's religious free exercise. At this time, the exact amount of those damages is not yet known. If Defendants continue to pursue their course of burdening Singularism's religious free exercise, the amount of damages is anticipated to be in excess of $100,000.

Attached is Singularism's concurrently filed Complaint and Motion for Temporary Restraining Order and Temporary Injunction. I look forward to speaking with your offices about this matter. I can be reached at the email and phone number above.

Sincerely,

Tanner J. Bean
FABIAN VANCOTT
*Attorney for Bridger Lee Jensen, Singularism, and Psyche Healing and Bridging, LLC*

Mitchell A. Stephens (11775)
Justin L. James (15167)
Dillon P. Olson (16120)
JAMES DODGE RUSSELL & STEPHENS, P.C.,
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Email: mstephens@jdrslaw.com
        jjames@jdrslaw.com
        dolson@jdrslaw.com

*Counsel for Utah County and Jeffrey Gray*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRIDGER LEE JENSEN, SINGULARISM, PSYCHE HEALING AND BRIDGING, LLC dba PSYCHEDELIC THERAPY JOURNEY<br><br>Plaintiffs,<br><br>vs.<br><br>UTAH COUNTY, PROVO CITY, JEFFREY GRAY, TROY BEEBE, BRIAN WOLKEN, JACKSON JULIAN, JOHN DOES 1-4,<br><br>Defendants. | **EXHIBITS RELATED TO 12/13/2024 HEARING**<br><br>Case No. 2:24-cv-00887-JNP<br><br>Judge Jill N. Parrish |

Pursuant to the directive from this Court during the hearing on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, and consistent with this Court's Witness and Exhibit List, [Dkt. 23], counsel for Defendants Utah County and Jeffrey Gray hereby files the Psychedelic Therapy Academy Binder, which was introduced during cross-examination of Brandi Lee and which this Court received and admitted into evidence. Also included are 11/02/23 and 10/03/24 notes that were introduced and explored during cross-examination of Bridger Jensen.

1

Dated this 17th Day of December, 2024

JAMES DODGE RUSSELL & STEPHENS, P.C.

/s/ Mitchell A. Stephens
Mitchell A. Stephens
Justin L. James
Dillon P. Olson

*Counsel for Utah County and Jeffrey Gray*

App-6:017

# EXHIBIT  Q

Case 2:24-cr-00867-JNP-CMR   Document 29-1   Filed 12/17/24   PageID.811   Page 2 of 13

# Appointment Dates



**#1**

Preparation _9/4/24_    Guided Journey: _____    Follow Up _____
1300

**#2**

Preparation _9/25/24_    Guided Journey: _9/26/24_    Follow Up _____

**#3**

Preparation _____    Guided Journey: _____    Follow Up _____

**#4**

Preparation _____    Guided Journey: _____    Follow Up _____

Additional Appointments

Case 2:24-cr-00887-JNP-CMR   Document 29-1   Filed 12/17/24   PageID.812   Page 3 of 13

App-6:020

Case 2:24-cv-00987-JNP-CMR   Document 29-1   Filed 12/17/24   PageID.813   Page 4 of 13



# Preparation

BECKY _____    Date 9/4/24
Voyager Name

BRANDI/ CHELSEA _____
Practitioner Name

Case 2:24-cv-00867-JNP-CMR   Document 29-1   Filed 12/17/24   PageID.814   Page 5 of 13

# Guided Journey

#1

_Becky_
Voyager Name

_9/5/24_
Date

_Brandi / Chelsea_
Practitioner Name

App. 0022

Case 2:24-cv-00887-JNP-CMR   Document 29-1   Filed 12/17/24   PageID.815   Page 6 of 13

# Journey Record

*Voyager:* **Becuy**

*Interviewer:* **Brandi / Chelsea**

*Date:* **9/5/24**    Case #

*Start Time:* _____    *End Time:* _____

## ADMINISTRATION

- ☑ Voyager has cleared their mind before the ceremony
- ☑ Voyager has final version of intention
- ☑ Voyager makes final statement of readiness

*Time of Voyager's last meal:* **Previous PM**

*Stress Level:*   1   2   3   4   5   6   7   8   9   10

## SACRAMENT

| Dose: | 2 grams | |
| --- | --- | --- |
| Strain: | Shanti | |
| Method: | (Tea)   Capsule   Tincture | |
| | Raw   Other: | |
| Tea: | Temp:   Steep Time: **20 min** | |
| Additives: | Lemon | |

### TIME

**10:39** Consumption Began

**10:46** Consumption Finished

**10:57** Onset Time

**11:55** Booster (Optional)

Booster – 1 gram
@ time of booster,
Becuy sees halo
on me (prior) and
butterfly wings on
Brandi's Floor
moving.
Feels a light to her
right, like it is trying
to invite her in, tell
her something.
↳ Threshold?

## Intentions

"Acceptance of the unknown."

App-6:023

Case 2:24-cv-00887-JNP-CMR   Document 29-1   Filed 12/17/24   PageID.816   Page 7 of 13

# Journey Record

Voyager: **Becky**

Interviewer: **Brandi / Chelsea**

Date: **9/5/24**   Case #: _____

Start Time: _____   End Time: _____

## ADMINISTRATION

- ☑ Voyager has cleared their mind before the ceremony
- ☑ Voyager has final version of intention
- ☑ Voyager makes final statement of readiness

Time of Voyager's last meal: **previous PM**

Stress Level:   1   2   3   4   5   6   7   8   9   10

## SACRAMENT

| | |
|---|---|
| Dose: | **2 grams** |
| Strain: | **Shanti** |
| Method: | **(Tea)**  Capsule  Tincture  Raw  Other: |
| Tea: | Temp:   Steep Time: **20 min** |
| Additives: | **Lemon** |

## TIME

| Time | Event |
|---|---|
| **10:39** | Consumption Began |
| **10:46** | Consumption Finished |
| **10:57** | Onset Time |
| **11:35** | Booster (Optional) |

Booster - 1 gram
@ time of booster,
Becky sees halo
on me (prior) and
butterfly wings on
Brandi's Floor
moving.

Feels a light to her
right, like it is trying
to invite her in, tell
her something.
↳ Threshold?

## Intentions

" Acceptance of the unknown. "

Case 2:24-cv-00887-JNP-CMR   Document 29-1   Filed 12/17/24   PageID.816   Page 7 of 13



Date: 9/5/24    Case #

TIME

Becuy came out asking for Chelsea & Jane

Asked Chelsea to sit w/ her.
"These tears aren't mine"
"My grandmothers were so misunderstood!"
Asked to be alone again.

Triggered by figurine on shelf r/t brother's attempted suicide.

@ End of session ~1450 afterglow / coming down

"I was brought back to the birth of my children"

1455 "It was a good, happy experience, but it let me know that was my purpose then, not necessarily now."

TIME



THE
BRIDGING
MODEL

Case 2:24-cv-00887-JNP-CMR   Document 29-1   Filed 12/17/24   PageID.818   Page 9 of 13

# Integration

#____

Becky
Voyager Name

Date 9/18/24

Brandi / Chelsea
Practitioner Name

Mind more open to adventure

"Quiet, thinking about things quietly rather, than anxiously talking alot.

→ "Noise melts away, opens up space for your own thoughts."

No anxiety right now. I'm not solving thing, I'm just thinking.

→ "Micro changes are actually HERE."

Sept. 26th — next session (tentative)

Jeremy + Becky ? — see each other during session or not?

- Uber -

working on embracing unknown going through the midlife

How to go forward? Wanting to chase your youth a bit

Feeling flat the past few weeks

No huge highs or lows

Very introspective, lots to process

Hesitant to do it again

Expectation vs. reality

"Getting used to the mundane"

3.5?

Bringing journal, essential oils    10 AM



# Guided Journey

\# 2

BECKY _____
Voyager Name

Date 9/26/24

CHELSEA / BRANDI _____
Practitioner Name

# Journey Record

Voyager: **BECKY**

Interviewer: **CHELSEA / BRANDI**

Date: **9/26/24**  Case #

Start Time: **10 AM**  End Time:



## ADMINISTRATION

☑ Voyager has cleared their mind before the ceremony

☑ Voyager has final version of intention

☑ Voyager makes final statement of readiness

Time of Voyager's last meal: **previous PM**

Stress Level: 1 ②③ 4 5 6 7 8 9 10

## SACRAMENT

| | |
|---|---|
| Dose: | **3.5g** |
| Strain: | **Swaeti** |
| Method: | **(Tea)** Capsule  Tincture  Raw  Other: |
| Tea: | Temp: **465°** Steep Time: **20 min** 1255 |
| Additives: | **Lemon, ginger, honey** |

### TIME

| | |
|---|---|
| **1050** | Consumption Began |
| **1105** | Consumption Finished |
| **1124** | Onset Time   "something different" |
| | Booster (Optional) |

**1127** - Visuals on TV - forest
**1128** - Effects intensifying
* checni'@ 1145
**1145** - CPPKs stepped out
  "Do not disturb" sign on door, Becky to change when okay for others in room

## Intentions

" I ~~will~~ **have** embraced the unknown, and I am comfortable with the tides of life"

Date: _____    Case # _____



**TIME**

F/U –

after 1st - felt down

2nd - "more at peace, calm"

"Don't feel down anymore"

"Better with changes of life"

"Jeremy's next sooner than mine"

Moving December 15th

3 months sober at end of this week no cravings.

**TIME**

the Joker "it's all just so fucking boring!!"

66

# EXHIBIT  R

PREP: 11/2/23        ISTJ Personality
· like Martin
"Retardedly Practical"
○ Improving resilience. Post trauma Growth syndrome.
○ life is heavy.
○ ~~Depression~~/Anxiety (Anxiety comes first for her).
one problem after another.
○ June 2020 was the worst/hardest year.

· freak out ₹                    "I feel stuck"
solve things
is my basic                · Not a good history w/ LDS church. ·
mode.                      DENNIS PACKARD ·

Mormon GOD - Tracking Everything
₹ telling me what is
wrong/right.

○ Suppressive        ABSOLUTIST
○ Shame            mentality has
○ Guilt              harmed her.
○ Conformity

what is the measure of what is right?        · CRITICISMS ARE N
- could                                           TRUTH.

what should I do with all this fear.
· I'm scared of grief.
· Accidents.                                · All the fear os getting
                                              stuck.

" I'm afraid of everything"                 - I need to [can] cause I'm
Mice, death, bad parenting                   still solving problems
too tired, lose grasp on                    - If I don't keep solving
Reality. Scared of Suicide.                  I won't want to live.

App-6:032

# EXHIBIT  S

### Bridger                          Oct 3, 2024

Intention - "I am a man who is strong enough and wise enough to make good and focused desicions"

3.5 grams -

12:55 - Started drinking

1:00 - Finished Drinking.

2.0 - gr

1:10 - Booster

1:10 - feeling it


## Patterns and Dimensions

They are talking to me.

- Everytime people close their eyelids the answers are right there infront of them, infront of me.

- Have everyone meditate because we know how to build the pyramids. We will teach them.

- Aliens in the bathroom want to tell me things and give me answers.

- The stars talk to me and give me answers. I created the consalations. We are Gods.

- Why dont I listen to my body. I need to start listening.
  - Why dont you?

- Because I thчто I cant do it - (self limiting belief)

App-6:034

J. Brian Jones (11816)
Gary D. Millward (12170)
Richard A. Roberts (12217)
PROVO CITY ATTORNEY'S OFFICE
445 W Center St.
Provo, Utah 84601
(801) 852-6140
gmillward@provo.gov
rroberts@provo.gov

*Attorneys for Defendants Provo City, Troy Beebe, Brian Wolken, and Jackson Julian*

Mitchell A. Stephens (11775)
Justin L. James (15167)
Dillon P. Olson (16120)
JAMES DODGE RUSSEL & STEPHENS, P.C.
10 West Broadway, Ste. 400
Salt Lake City, Utah 84101
mstephens@jdrslaw.com
jjames@jdrslaw.com
dolson@jdrslaw.com

*Attorneys for Defendants Utah County and Jeffrey Gray*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRIDGER LEE JENSEN, an individual; SINGULARISM, a non-profit corporation; PSYCHE HEALING AND BRIDGING, LLC dba PSYCHEDELIC THERAPY JOURNEY, a limited liability company;<br><br>     Plaintiffs,<br><br>v.<br><br>UTAH COUNTY, a political subdivision; PROVO CITY, a political subdivision; JEFFREY GRAY, an individual; TROY BEEBE, an individual; BRIAN WOLKEN, an individual; JACKSON JULIAN, an individual; JOHN DOES 1-4, individuals;<br><br>     Defendants. | **EXHIBIT LIST STIPULATION OF ALL PARTIES REGARDING JANUARY 23-24, 2025, HEARING**<br><br>Civil Case No. 2:24-cv-00887-JNP-CMR<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Cecilia M. Romero |

Defendants Utah County and Jeffrey Gray (collectively "Utah County"), hereby submits

the following List of Exhibits for the Stipulation of All Parties Regarding the January 23-24, 2025,

Hearing:

1

App-6:035

| Exhibit | Description |
|---|---|
| A | January 13, 2025, letter from Provo City, Subject: Business License Not Required for Religious Organizations. |
| B | November 27, 2024, Forensic Analysis Report-CONTROLLED SUBSTANCE ANALYSIS. |
| C | Provo Police, Officer Report for Incident 24PR24922 (updated copy through December 2, 2024) (some information redacted under Federal Rule of Civil Procedure 5.2). |
| D | November 28, 2023, FinCEN Continuing Activity Report (some information redacted under Federal Rule of Civil Procedure 5.2). |
| E | March 12, 2024, FinCEN Continuing Activity Report (some information redacted under Federal Rule of Civil Procedure 5.2). |
| F | *Psychedelic Mushroom Interest Grows in Utah With Center Opening in Provo*, FOX 13 News (Nov. 2, 2023) |
| G | Body camera footage from Jan. 17, 2025. |
| H | Voluntary Statement Form, 25PR01087, Jan. 17, 2025 (some information redacted under Federal Rule of Civil Procedure 5.2) |
| I | Audio recording(s) from service of search warrant. |
| J | Website prints for: Singularism (Ex. J1); BridgerLeeJensen (Ex. J2); PsychedelicTherapyJourney (Ex. J3); Jensen's linkedIn (Ex. J4); and PsychedelicTherapyAcademy (Ex. J5). |
| K | Certificate of Organization for Psyche Healing and Bridging, LLC |

2

| L | Police and EMT reports from Jan. 16, 2025 (some information redacted under Federal Rule of Civil Procedure 5.2) |
| M | Body camera footage from Jan. 16, 2025 |
| N | 911 calls from Jan. 16, 2025 |
| O | Docket from Case No. 241404407 |

Dated this 22nd Day of January, 2025.

JAMES DODGE RUSSELL & STEPHENS, P.C.

/s/ Mitchell A. Stephens
Mitchell A. Stephens
Justin L. James

*Counsel for Utah County and Jeffrey Gray*

3

# EXHIBIT  A



January 13, 2025


Bridger Jensen
Singularism
1969 N State St.
Provo, UT 84604


**Subject: Business License Not Required for Religious Organizations**

Dear Mr. Jensen,

This letter is to confirm that, under Provo City Code sec. 6.01.130, churches or religious organizations are not required to obtain a business license to operate. This exemption is limited to activities directly associated with religious purposes. Application LCB202400923 for Singularism has been closed.

If your organization engages in activities outside the scope of religious operations, such as running a commercial enterprise or selling goods, additional regulations may apply, and compliance will be required.

If you have further questions regarding these requirements, contact our office at 801-852-6000 or licensing@provo.gov


Sincerely,

Provo 311 Customer Service
Business Licensing
801-852-6000

App-6:039

# EXHIBIT  B

11/27/2024

**Utah Bureau of Forensic Services**
**4451 South Constitution Blvd, Salt Lake City, UT 84129  (801) 965-4487**

| | | | |
|---|---|---|---|
| CL Case#: | C2024-4754 | Agency Case #: | 24PR24922 |
| Agency: | PROVO PD | Report#: | 1 |
| Agency Address: | 48 S 300 W PROVO UT 84601 | | |

### Forensic Analysis Report-CONTROLLED SUBSTANCE ANALYSIS

#### Evidence Submission Information

| | |
|---|---|
| Evidence Submitted: | 11/22/2024 |
| How Received: | Hand Delivered |
| Investigating Officer: | Jackson Julian |
| Delivered By: | Scott Cardenas |
| Received By: | Tamara Harper |

#### Case Names

| Type | Name | Sex | Race |
|---|---|---|---|
| Suspect | JENSEN,BRIDGER LEE | M | W |

#### Crimes

POSSESSION OR USE OF A CONTROLLED SUBSTANCE

#### Chain of Custody Statement

The item(s) submitted under the police agency case numbers referenced in this report were in a sealed condition at the time any examination, testing, or analysis was commenced by the undersigned, and that said examination or handling, if any, of the actual items within any such sealed containers was accomplished in a manner to preserve the integrity of the item to assure that any chance of misidentification or environmental cross-contamination would be avoided by adherence to standardized procedures within the Utah Bureau of Forensic Services appropriate to any processes applicable to the examination, analysis, or testing of said items. Any deviation from said procedures and the reasons therefore are noted in the case record. The breaking of any seal or part of the container in which the item was submitted has been followed by reinsertion of the item into its original container, whenever possible, following any examination, testing, or analysis and resealing that container with the undersigned's initials placed over such new seal.

#### Forensic Analysis Report Follows

This report contains the conclusions, opinions, and/or interpretations of the laboratory analyst whose signature appears on this report. The results relate only to the items tested and/or sampled.

Page **1** of **2**

App-6:041

11/27/2024                              **Utah Bureau of Forensic Services**
              **4451 South Constitution Blvd, Salt Lake City, UT 84129  (801) 965-4487**

| | | | |
|---|---|---|---|
| CL Case#: | C2024-4754 | Agency Case #: | 24PR24922 |
| Agency: | PROVO PD | Report#: | 1 |
| Agency Address: | 48 S 300 W PROVO UT 84601 | | |

**Forensic Analysis Report-CONTROLLED SUBSTANCE ANALYSIS**

Item 1.A (Agency Item PRP147687). Psilocyn was identified in the plastic bag. The total weight of the mushroom-like material was less than 100 milligrams. The entire sample was used for analysis. A new glass vial containing the unconsumed extract of the sample was packaged with the item to be returned to the submitting agency.

Item 1.B (Agency Item PRP147687). Psilocyn was identified in the clear capsule. The total weight of the mushroom-like material was 204 milligrams +/- 6 milligrams.

Weight measurement uncertainty calculated at a coverage probability of 95.45%.

**I declare under criminal penalty of the State of Utah that the foregoing is true and correct.**

**Executed On:** 11/27/2024

*Katherine Cavazos*

Katherine Cavazos
Forensic Scientist I

Page **2** of **2**

App-6:042

# EXHIBIT  C



# Provo Police

Officer Report for Incident 24PR24922

***CONFIDENTIALITY NOTICE***

The information in this document is CONFIDENTIAL and/or PRIVILEGED. It is intended to be reviewed by only the individual or organization it was disseminated to. If you are not the intended recipient, you are notified that any review, dissemination, or copying of this document and its attachments, if any, or the information contained herein, is prohibited. If you have received this document in error, advise the sender of your receipt of it and destroy and/or delete the document immediately.

***PROTECTED RECORD NOTICE***

This document is a PROTECTED RECORD under UCA 63G-2-305(10),(11) and (25). Further or secondary release would interfere with an ongoing criminal investigation or case, jeopardize the life or safety of the individual, and/or is a clearly unwarranted invasion of personal privacy, Release or dissemination of any summaries, transcripts and video/audio recordings or CJC interviews are also prohibited unless authorized by UCA 77-37-4(5) and (6).

|  |  |
|---|---|
| **Nature:** WARRANT SERVICE | **Address:** 1969 N STATE ST |
| **Location:** PR110 | Provo UT 84604 |

**Offense Codes:**

| | | |
|---|---|---|
| **Received By:** Tucker C PR | **How Received:** O | **Agency:** PRPD |

**Responding Officers:**

| | |
|---|---|
| **Responsible Officers:** Julian Jac (PR) | **Disposition:** SUM 11/21/24 |
| **When Reported:** 17:30:44 11/11/24 | **Occurred Between:** 17:30:41 11/11/24 and 17:30:41 11/11/24 |

| | | |
|---|---|---|
| **Assigned To:** | **Detail:** | **Date Assigned:** **/**/** |
| **Status:** | **Status Date:** **/**/** | **Due Date:** **/**/** |

**Complainant:**

| | | |
|---|---|---|
| **Last:** | **First:** | **Mid:** |
| **DOB:** **/**/** | **Dr Lic:** | **Address:** |
| **Race:**    **Sex:** | **Phone:** | **City:** , |

Alert Codes:

Offense Codes

| **Reported:** | **Observed:** CSSL CS-Sale-Manuf-Hallucinogen |
|---|---|

12/05/24

*App-6:044*

**Additional Offense:**   CSSL CS-Sale-Manuf-Hallucinogen
**Additional Offense:**   CSPM CS-Poss-Marijuana
**Additional Offense:**   CSPP CS-Poss Paraphernalia

## Circumstances

ASET Agcy Special Enforecment Team
BUSPV Business-private
SWGEN Search Warrant-Res/Veh
PICS Photographs-Pictures
CSLRG Large Drug Seizure
DRUG Drugs Involved
TDIST TYPE-Distributing-Selling
TPOSS TYPE-Possessing-Concealing

| **Responding Officers:** | **Unit :** |
|---|---|
| Julian Jac (PR) | 2J4342 |
| Rowberry A (PR) | 2J4264 |
| Wolfgramm L PR | 2J4329 |

| | | | |
|---|---|---|---|
| **Responsible Officer:** | Julian Jac (PR) | **Agency:** | PRPD |
| **Received By:** | Tucker C PR | **Last Radio Log:** | **:**:** **/**/** |
| **How Received:** | O Officer Initiat | **Clearance:** | DUC Disseminated to UC Attorney |
| **When Reported:** | 17:30:44 11/11/24 | **Disposition:** | SUM **Date:**  11/21/24 |
| **Judicial Status:** | | **Occurred between:** | 17:30:41 11/11/24 |
| **Misc Entry:** | | **and:** | 17:30:41 11/11/24 |

**Modus Operandi:**          **Description :**          **Method :**

## Involvements

| Date | Type | Description | |
|---|---|---|---|
| 11/11/24 | Name | JENSEN, BRIDGER LEE | Offender |
| 11/11/24 | Cad Call | 17:30:44 11/11/24 WARRANT SERVICE | Initiating Call |
| 11/21/24 | Property | WHI CS-LSD-Hallucin Psilocybin 0 | Evidence |
| 11/11/24 | Property | WHI CS-LSD-Hallucin Psilocybin 0 | Seized |
| 11/11/24 | Property | WHI CS-LSD-Hallucin Psilocybin 0 | Seized |
| 11/11/24 | Property | GRY CS-Paraphernali Cups 2 | Evidence |
| 11/11/24 | Property | BLK CS-Paraphernali Scales/Grinder 2 | Evidence |
| 11/11/24 | Property | BLU CS-Unidentified 0 | Seized |
| 11/11/24 | Property | WHI Paper-Official 5 | Evidence |
| 11/11/24 | Property | BLK CS-Marijuana Lime Tincture 0 | Seized |
| 11/22/24 | DS | COUNTY ATTORNEY | Dissemination |
| 11/21/24 | DS | COUNTY ATTORNEY | Dissemination |

12/05/24

App-6:045

*Officer Report for Incident 24PR24922*                    *Page 3 of 20*

---

## Narrative
```
Mon Nov 11 21:23:32 2024 - Julian 4342
```

On November 11, 2024, Provo Special Enforcement Team detectives served a search warrant at 1969 N. State Street, Provo, UT. Detectives seized approximately 460 grams of psilocybin mushrooms, drug paraphernalia, and documents related to the distribution of psilocybin mushrooms. Bridger Lee Jensen (DOB 09/06/1981) was found to be in possession of the mushroom and found to be operating a therapy center, with the use of psilocybin being at the center of the therapy center. Charges for Bridger will be referred to the Utah County Attorney's Office for screening.


_____
Responsible LEO:


_____
Approved by:


_____
Date

12/05/24

App-6:046

## Supplement

```
CAD Call info/comments
==================================

17:31:03 11/11/24   - Tucker C PR - From: Rowberry A (PR)
NEG CHECKS
```

## Supplement

L. Wolfgramm

Search Warrant

Contact with Bridger Jensen:
Myself and Det. Graham were doing surveillance on the business of Bridger Jensen. Bridger exited the place of business along with a female. Bridger was with the female for a short time before walking toward his vehicle. We exited our vehicle with our police vests on that were clearly marked as police. We approached him and he was advised that we were police, and that he was being detained. He had his phone out and called his attorney, and had his attorney on speaker while we were explaining the process of the search warrant. The female that walked out of the building came over after Bridger asked if he can coordinate with her about having someone watch his kids. She came over and coordinated with him about the care of his kids, he was then searched for any weapons, then we walked into his place of business with him.

While Detective Julian was explaining everything to him, the business was cleared then a search was conducted. I was the "finder" in this case and all of the items located and seized will be listed below along with its location.

Seized:

Shelf on the wall above the desk - 2 jars of psilocybin mushrooms on of which were grounded.
White safe under desk - A large amount of psilocybin mushrooms in various containers and packaging with various labels.
Left side of desk - A small blender that has some white/grey residue inside of it that was consistent with psilocybin mushrooms.
Left top drawer of desk - A black scale.
Black safe located in Bridger's office - THC syrup.
Bridging Model paperwork - His approach towards the use of psilocybin mushroom through a clergy/religious practice

Photos were taken of the evidence prior to being moved then close ups were taken of the evidence before being packaged and documented. Photos of various paperwork to show different "clients" and amounts of psilocybin mushrooms were also taken and will be included in case report.

12/05/24

## Supplement

Mon Nov 11 22:04:02 2024 - Julian 4342

INVOLVED PERSONS:

Offender: Bridger Lee Jensen (DOB 09/06/1981)

Tanner Bean (Bridger's Attorney)
801-323-2266
tbean@fabianvancott.com

BACKGROUND INFORMATION:

Provo Special Enforcement Team (SET) detectives received information in September of 2023 about a Facebook post advertising the opening of a "Mushroom Wellness Center" in Provo. The Facebook post listed the address for the center at a residence in Provo, and that the grand opening would be on September 6, 2023. On September 6, 2023 I went to the residence and knocked on the door. I was greeted by a male at the front door. When I inquired about the mushroom wellness center, the male stated that I must be mistaken and he had no idea what I was talking about. When I spoke with the male at the door, there was no indication that there was any nefarious activity happening there.

On November 2, 2023, a FOX 31 News story was published about a mushroom treatment center called Singularism opening its doors in Provo. The news article featured a male named Bridger Lee Jensen who claims to be the founder of the business. In the article, Bridger is quoted and audio/video recorded discussing his experiences in using psilocybin mushrooms. He also discusses how his treatment center is a place where people can "work on their lives and progress spiritually." He also discusses with the interviewer about "guided trips."

The news article discusses how Bridger pushed legislators to pass a bill to allow for the legal use of psilocybin. The bill Bridger is referencing is S.B. 200 "Psilocybin Recommendation Pilot Program Amendments". That bill's current location is found in "Senate file for bills not passed". In the news article, Governor Spencer Cox is quoted saying, "It's just not there yet. We got there with medical marijuana. I just don't believe the science is there. I don't believe we should be experimenting on 5000 people here in our state. And I think there are some serious consequences and side effects societally and as well as medically that I'm just not comfortable with."

The news interview goes on to where Bridger says the following, "When you get to the point where you have had these experiences and you've seen hundreds of people benefit and healed from it, the scary thought is NOT doing it." According to the news article, Bridger claims that his business is protected by the Religious Freedom Restoration Act of the United States Constitution.

Later in November 2023, a concerned citizen, who did not want to be named, came forward wanting to speak with detectives about Bridger and his business. I met with the citizen and they advised me that Bridger has a website promoting the

business and identified where the business was located. The website is Singularism.org and the business location is 1969 N. State Street, Provo, UT.

SINGULARISM WEBSITE:

I went to the website and found that it shows Bridger Jensen as the founder, Alex Koritz as the Public Relations Director, and Brandi Lee Didrickson as the administrative assistant. Mariangel Babbel as the Relations Specialist, Justin Sharp as the Chief Technical Officer, and Garett Robertson as the founder partner. The website shows a picture of Bridger appearing to provide some kind of council while a female lays on a couch and appears to be in an either unconscious or semi-conscious state. The website also includes testimonials of people who state they used psilocybin at Singularism.

The website states:
"At the heart of our spiritual practice lies the sacred tradition of Entheogenic Spiritual Guidance. We integrate the profound potency of psilocybin, a revered entheogenic substance with long standing religious use, into our own ceremonies as a means to facilitate deep spiritual connections and foster profound inner spiritual transformation. Our ceremonies are performed safely, sincerely religious, and crucial for producing the effective results from which our members reap invaluable benefits."

I found that throughout the website, there are several claims that Singluarism is a religious experience and as such it operates within the Utah State Constitution and United States Constitution. However, the website also states that Singularism charges for their "spiritual counseling services" at a rate of "approximately $180 per hour,...Participants book packages ranging from 20 to 40 hours at a time."

While Singularism claims to be religious, therefore exempt from the controlled substance act, their website states that participants "do not need to leave [their] current faith or religious beliefs to participate in Singularism's ceremonies."

I spoke with a Utah County Attorney regarding this case and was advised that their office does not feel that Singularism's claim to have religious exemption has any merit and that if there is evidence of anyone possessing, using, distributing or cultivating psilocybin, that person is subject to prosecution in the State of Utah.

TOUR OF SINGULARISM:

Over the last few months, I have continued researching Singularism to try and determine the legitimacy of their claims for the legal use of psilocybin under claims of religious exemption. While on the website, I found a link to register for a free webinar. I also found the website to promote an "academy" to become a "Certified Psychedelic Practitioner". I applied to register for the webinar under an undercover alias.

On October 14, 2024, after registering for the webinar, I received a call from

12/05/24

801-203-0102. When I answered, the male on the other end of the line identified himself as Bridger Jensen. He was calling to follow up on my application. We spoke for a few minutes about my interest in psychedelic therapy. I discussed my interest using a made up back story to support my undercover role. During the call, Bridger's phone disconnected. I attempted to call back several times, but it went straight to voicemail. The pre-recorded voicemail message stated that I had reached Bridger Jensen's phone. I opted not to leave a voicemail. About a minute later, I received another phone call from 435-800-1969. When I answered, I was greeted again by Bridger who explained that his phone had died and that he was now calling me from his assistant, Brandi's, phone. We continued our conversation and he explained he invited me to attend a tour of the wellness center.

I inquired about how much the therapy sessions costed and he explained that they have packages that cost between $3900-$6400. He also invited me to attend a consultation. When I asked him how much a consultation costs, he informed me that they are $49. We discussed how I was not so much interested in receiving the therapy, but rather in becoming a facilitator, he stated that I should come on the tour and then possibly schedule a consultation. During our conversation, Bridger explained that the use of psilocybin is legal in his practice due to the religion of Singularism. He explained that Singularism is supportive of other religions and that you need not leave any other religion to join Singularism, but rather it adds to your beliefs that already exist.

On October 21, 2024 I attended a tour of the Mushroom Therapy Center located at 1969 N. State Street, Provo, UT. I met with Bridger in an undercover capacity. He and I walked through the wellness center together. He showed me several rooms that he informed me is where the therapy sessions occur. Each therapy room has a large couch in it where their client sits with a large cushioned chair positioned in front of it where the staff member sits during the sessions.

Bridger and I discussed some aspects of how the center operated. He informed about psilocybin is at the core of their practice at the wellness center. He strongly asserted that their use of psilocybin at the wellness center unlocks the mind and allows for their clients to get the best therapeutic care possible. I asked him about how he knows what mushrooms are safe and he stated that the mushroom they use are "lab quality" and that they grow from grain. He also stated that the way he knows they are safe is by "becoming an expert" such as himself.

During the tour, I noticed one room in the center that the door was slightly ajar. Bridger did not take me into that room, but from what I could see through the small opening, there appeared to be lab equipment inside. I also observed just outside the front entrance, there about 7 to 10 five gallon jugs of purified water.

During the tour, Bridger also briefly explained the process of a therapy session. He definitively confirmed that they do give psilocybin to their clients in the form of a tea. He stated that the drinking of the tea was considered a "ceremony" and that it induces a psychedelic state. He said that he and his staff members are the ones who provide the psilocybin and that they are

12/05/24

App-6:051

"Certified Psychedelic Practitioners." He also said that these sessions last anywhere from 5 to 10 hours.

The tour lasted about 10 to 15 minutes and he invited me to join a webinar the following day to get more information about pricing for their services.

SINGULARISM WEBINAR:

On October 22, 2024 I attended a webinar that was hosted by Bridger. There where two other people that attended that were interested in participating in the wellness center's services. There where also two other people that attended the webinar that were members of Bridger's staff. Their names were displayed on their screen as Brandi Lee and Ryan Hightower. During the webinar, Ryan stated that he had "guided a trip" just earlier that day and had completed that session about a half hour before the webinar began at 18:00 hours.

During the webinar, Bridger discussed how he is the founder of Singularism and discussed the basis of the religion. He said that the use of psilocybin is the central point upon which Singularism is based. He said that Singularism is not to be considered a "dogmatic" religion in a sense that you do not need to leave any religion you currently associate yourself with in order to participate in Singularism. He also stated that the way that he founded the religion was by talking with his lawyer to review prior cases in which people claimed religious exemption; where those claimants won or lost; and the judges comments, and essentially created a roadmap to create his religion of Singularism. He even said the ceremonies where the psilocybin is used are his ceremonies. Bridger discussed how the guided use of psilocybin is a "mystical" and "religious" experience. He stated that their sessions are "clinically informed" even though he is "no longer a licensed clinician."

During the webinar, Bridger shared videos of people giving interviews and sharing their experiences using psilocybin. In one particular video, about 1 hour into the webinar, the person being interviewed was detailing the hallucinations he had seen during his "trip." The talk show host asks the person he is interviewing if what he was doing was legal. The person being interviewed abruptly responded with, "No." Bridger immediately paused the video and assured those of us attending the webinar that his practice of using psilocybin mushrooms in Singularism is legal. Although he did not offer any explanation as to how. Bridger also claimed that he knows that the mushrooms used at his clinic are safe because they are "lab quality" and that he had to learn through trial and error the perfect conditions for extracting the psilocybin from the mushrooms. He also stated that at his wellness center they do not use placebos.

At the conclusion of the webinar, Bridger explained the pricing and the process of how the therapy sessions work. He sells packages in "rounds" and the minimum package is a two round package.

The first step is by attended a consultation with Bridger. During the consultation, you answer various screening questions for him to determine if this is the proper course of action for you and if you would benefit from taking

psilocybin. If Bridger feels that you qualify, then you can purchase a two, three, or four round package.

The first round consists of four meetings. The first two meetings are considered preparatory meetings. Each preparatory meeting lasts about an hour where you discuss what you may encounter on your "psychedelic journey" and how to deal with those encounters and what to expect from the practitioner supervising your "trip." The third meeting is the "guided session" where you partake of the psilocybin infused tea and enter the hallucinogenic state. This session lasts anywhere from 5 to 10 hours. During this session, the staff member documents the client's behaviors and experiences. The final session of the round is a follow up where the client and staff member review the staff member's notes and they discuss the client's experiences. This session lasts about an hour. After about 2-6 weeks, the client repeats the process for a second round, except there is only one preparatory meeting, followed by a guided trip session, followed by a follow up session. The pricing for a two round package is $3900, a three round package is $5400, and a four round package is $6400.

SEARCH WARRANT:

Due to the totality of the circumstances, I feel there is Probable Cause that Bridger is running an illicit business under the guise of a religion. He is getting people to come to a location where he gets them to pay incredibly high amounts of money in exchange for psilocybin. He has admitted openly that at his "wellness center" the use of psilocybin is the foundation of their practice. He has made statements that he has intimate knowledge of where and how the mushrooms are cultivated, and that he has learned the perfect conditions for extracting psilocybin through trial and error.

On November 4, 2024 I submitted an affidavit for search warrant to the Fourth District Court, requesting for authority to search the premises of 1969 N. State Street, Provo, UT. That affidavit was reviewed and a search warrant was granted by the Honorable Judge Sean Petersen.

On November 11, 2024 Provo Special Enforcement Team (SET) detectives served that search warrant. Through my investigation, I had found that Singularism's hours of operation usually close around 17:00 hours. At around 17:00 hours, Detective Wolfgramm, Detective Graham, and I waited outside the building for Bridger to exit. A short time later, Bridger exited the building and began walking to his vehicle. Detective Graham and Detective Wolfgramm stopped Bridger in the parking lot, identified themselves as police officers, and detained him pursuant to the search warrant.

Bridger asked Detective Graham and Detective Wolfgramm if he could call his attorney, and they allowed him to do so. I then walked up to Bridger and I introduced myself. When I made contact with Bridger, he was already on speaker phone with his attorney. I provided Bridger a copy of the search warrant and asked if we could go inside the building so we could speak. Bridger complied and walked us into the business.

Once we walked inside the business, Bridger and I sat down on a couch and had a

12/05/24

App-6:053

conversation while Detective Graham, Detective Wolfgramm, and Sgt. Rowberry searched the business.

INTERVIEW:

My entire interaction with Bridger was audio recorded. The following is a summary of our conversation. For complete details about the interview, refer to the recording.

While Bridger and I spoke, he had his attorney on speaker phone the entire time. I advised Bridger of his Miranda rights and both he and his lawyer stated they understood them. I explained to Bridger that I had probable cause to support allegations that Bridger was providing psilocybin to his clients that attended his wellness center. Bridger openly stated that to be true and even showed me where he keeps the psilocybin mushrooms in the wellness center. He walked over to a desk in the middle of the room and opened a safe. Inside the safe were numerous bags filled with mushrooms, which were consistent with psilocybin mushrooms and identified as such by Bridger. He also opened another safe in his office that contained a bottle of THC syrup, which Bridger later stated he uses personally as part of his religious practices, however, he does not give that to any of his clients. I asked Bridger if he had a medical marijuana card, and he stated that he does not have a current one.

During our conversation, Bridger stated that he believes that his business is legal because of the religion that he founded. I explained that a concern that I had was how can he guarantee that the mushrooms he is providing to people are safe. He said that his record of safe experiences is evidence that the mushrooms are safe. I asked Bridger if he was cultivating the mushrooms, and he alluded that he was not cultivating them. When I pressed about where does he acquire the mushrooms, he said that he did not want to answer that question. No matter how much I pressed about where he gets the mushrooms or where are they cultivated, he did not want to answer as he did not want to self-incriminate.

I asked Bridger about his employees that are psychedelic practitioners at his wellness center. I asked him about when a practitioner conducts a ceremony at his wellness center, who is getting paid for the session, is it the practitioner, is it him, or is it both. He likened it to when a person goes to see a religious councilor. While the client is paying the center, some amount would be distributed to the practitioner. When I asked who all were the people that he employs as practitioners, he said he did not want to say their names, as he did not want to get any of them in trouble and would rather have the legal liability fall completely on his shoulders.

I asked Bridger about the ceremonies themselves and how they are conducted. He stated that the mushrooms are boiled in a water at a specific temperature, which allows for the psilocybin to be extracted and then the psilocybin infused tea is consumed by the client.

I explained to Bridger that the search warrant allows for me to search for and seize any and all psilocybin products, in addition to any records of sessions that he has. Bridger pleaded for me not to take the records as he claimed the

*Officer Report for Incident 24PR24922*                        *Page 12 of 20*

___

records of his clients' psilocybin induced "journeys" were considered scripture for his religion. I opted to honor his wish and we took photos of session records and left him with the physical copies.

There was one piece of paper that Bridger was insistent that I took with me and admit into evidence. It was a letter that was in the white safe that contained a large quantity of mushrooms. The letter was written by his attorney, address "To Whom it May Concern". The letter explains that the contents of the safe (the psilocybin mushrooms) are considered holy sacrament to the the followers of Singularism and are "integral to the practice of their faith." There was also a hand written expiration date at the bottom of the letter. The bottom of the letter states, "This is one of just 10 copies made 9/8/23 & expires 9/8/24" and is signed by Bridger Lee Jensen.

CONCLUSION:

Bridger fully feels that since he has founded the religion of Singularism, his use and providing of psilocybin to individuals is legal and protected under federal law as part of the Freedom of Religion. However, when speaking with the Utah County and Provo City Attorney Offices, it has been expressed that Singularism is not exempt from the Utah Controlled Substance Act. Bridger has openly stated that he is facilitating and providing psilocybin to numerous people. A large quantity of psilocybin was located in the business that he is responsible for. A bottle of THC syrup was also located in Bridger's business, which he admitted was for personal use. Due to these factors, this case will be referred to the Utah County Attorney's Office for screening of charges.

FinCEN REPORT:
I reached put to the Statewide Information Analysis Center (SIAC) and asked them to run a financial report for Singularism. I received a copy of the reports and they show that Singularism's KeyBank accounts had been previously flagged for suspicious activity due to the nature of the business and the transaction history that took place during to the monitoring period. I have attached those reports to this case. The reports are password protected. The password for the FinCEN reports are "SIAC2024!"

CHARGES:

Please refer the following charges for Bridger Lee Jensen (DOB 09/06/1981) to the Utah County Attorney's Office and screen for any additional charges they deem appropriate and necessary:

- Possession of a Schedule I Controlled Substance (Psilocybin) with Intent to Distribute, 58-37-8, F2
- Possession of Drug Paraphernalia, 58-37A-5, MB
- Possession of Marijuana, 58-37-8, MB

12/05/24

App-6:055

## Supplement

```
Thu Nov 21 15:26:17 2024 - Julian 4342
```

On November 21, 2024 I received a call from a Utah County Attorney requesting that I field test the THC and the Psilocybin mushrooms. I checked out the bottle of THC syrup from evidence and field tested it, which resulted in a positive test. I then resealed the packaging and turned it back into the evidence.

I also checked out the large package of mushrooms. I cut open the package and removed one mushroom that weighs .9 grams that I will use to field test for psilocybin. I resealed the large package of mushrooms and turned them back into evidence as well. I field tested the small sample that I removed from the large package and it field tested positive for psilocybin.

I did not use the entire .9 grams for the field tests. The remainder of the sample was packaged again separately and booked into evidence at the Provo Police Station.

## Supplement
```
Mon Dec 2 17:50:54 2024 Julian 4342
```

On November 28, 2024 I received an email informing me that the two samples I had sent to the state crime lab had been tested for psilocybin. The report indicates that both samples contained psilocybin. I have a hard copy of the report in my possession. The report is accessible through the Crime Lab Inquiry within the UCJIS portal.

12/05/24

App-6:057

12/05/24

*Officer Report for Incident 24PR24922*                                                    *Page 16 of 20*

---

## Property

| | | | |
|---|---|---|---|
| **Property Number:** | PRP147932 | | |
| **Item:** | CS-LSD-Hallucin | **Owner Applied Nmbr:** | |
| **Brand:** | Psilocybin | **Model:** | |
| **Year:** | 0 | **Quantity:** | .7 |
| **Meas:** | GM | **Serial Nmbr:** | |
| **Total Value:** | $0.00 | **Color:** | WHI |
| **Owner:** | JENSEN BRIDGER LEE B117082 | | |
| **Agency:** | PRPD Provo PD | **Tag Number:** | |
| **Accum Amt Recov:** | $0.00 | **Officer:** | Julian Jac (PR) |
| **UCR:** | DNK Drug/Narc, Other Hallucinogens | **UCR Status:** | SEI |
| **Local Status:** | EIS | **Storage Location:** | Provo PD |
| **Crime Lab Number:** | | **Status Date:** | 11/11/24 |
| **Date Released:** | **/**/** | **Date Recov/Rcvd:** | **/**/** |
| **Released By:** | | **Amt Recovered:** | $0.00 |
| **Released To:** | | **Custody:** | **:**:** **/**/** |
| **Reason:** | | | |
| **Comments:** | Sample taken from the main package of mushrooms that was field tested positive for psilocybin - .9 grams was removed from the original package - .2 grams was consumed in the tests - .7 grams was booked back into evidence | | |
| **Property Number:** | PRP147686 | | |
| **Item:** | CS-LSD-Hallucin | **Owner Applied Nmbr:** | |
| **Brand:** | Psilocybin | **Model:** | |
| **Year:** | 0 | **Quantity:** | 459.8 |
| **Meas:** | GM | **Serial Nmbr:** | |
| **Total Value:** | $0.00 | **Color:** | WHI |
| **Owner:** | JENSEN BRIDGER LEE B117082 | | |
| **Agency:** | PRPD Provo PD | **Tag Number:** | |
| **Accum Amt Recov:** | $0.00 | **Officer:** | Julian Jac (PR) |
| **UCR:** | DNK Drug/Narc, Other Hallucinogens | **UCR Status:** | SEI |
| **Local Status:** | EIS | **Storage Location:** | Provo PD |
| **Crime Lab Number:** | | **Status Date:** | 11/11/24 |
| **Date Released:** | **/**/** | **Date Recov/Rcvd:** | **/**/** |
| **Released By:** | | **Amt Recovered:** | $0.00 |
| **Released To:** | | **Custody:** | **:**:** **/**/** |
| **Reason:** | | | |
| **Comments:** | | | |
| **Property Number:** | PRP147687 | | |
| **Item:** | CS-LSD-Hallucin | **Owner Applied Nmbr:** | |

*Officer Report for Incident 24PR24922*    *Page 17 of 20*

---

|  |  |  |  |
|---|---|---|---|
| **Brand:** | Psilocybin | **Model:** |  |
| **Year:** | 0 | **Quantity:** | 2 |
| **Meas:** | DU | **Serial Nmbr:** |  |
| **Total Value:** | $0.00 | **Color:** | WHI |
| **Owner:** | JENSEN BRIDGER LEE B117082 |  |  |
| **Agency:** | PRPD Provo PD | **Tag Number:** |  |
| **Accum Amt Recov:** | $0.00 | **Officer:** | Julian Jac (PR) |
| **UCR:** | DNK Drug/Narc, Other Hallucinogens | **UCR Status:** | SEI |
| **Local Status:** | EIS | **Storage Location:** | Provo PD |
| **Crime Lab Number:** |  | **Status Date:** | 11/11/24 |
| **Date Released:** | **/**/** | **Date Recov/Rcvd:** | **/**/** |
| **Released By:** |  | **Amt Recovered:** | $0.00 |
| **Released To:** |  | **Custody:** | **:**:** **/**/** |
| **Reason:** |  |  |  |
| **Comments:** | Please send this to the State Crime lab for testing for psilocybin |  |  |
| **Property Number:** | PRP147688 |  |  |
| **Item:** | CS-Paraphernali | **Owner Applied Nmbr:** |  |

|  |  |  |  |
|---|---|---|---|
| **Brand:** |  | **Model:** | Cups |
| **Year:** | 0 | **Quantity:** | 2 |
| **Meas:** |  | **Serial Nmbr:** |  |
| **Total Value:** | $2.00 | **Color:** | GRY |
| **Owner:** | JENSEN BRIDGER LEE B117082 |  |  |
| **Agency:** | PRPD Provo PD | **Tag Number:** |  |
| **Accum Amt Recov:** | $0.00 | **Officer:** | Julian Jac (PR) |
| **UCR:** | DEQ Drug/Narc Equipment | **UCR Status:** | SEI |
| **Local Status:** | EIS | **Storage Location:** | Provo PD |
| **Crime Lab Number:** |  | **Status Date:** | 11/11/24 |
| **Date Released:** | **/**/** | **Date Recov/Rcvd:** | **/**/** |
| **Released By:** |  | **Amt Recovered:** | $0.00 |
| **Released To:** |  | **Custody:** | **:**:** **/**/** |
| **Reason:** |  |  |  |
| **Comments:** | Cups that contained mushrooms and smaller cups that held ground up mushrooms |  |  |
| **Property Number:** | PRP147689 |  |  |
| **Item:** | CS-Paraphernali | **Owner Applied Nmbr:** |  |

|  |  |  |  |
|---|---|---|---|
| **Brand:** |  | **Model:** | Scales/Grinder |
| **Year:** | 0 | **Quantity:** | 4 |
| **Meas:** |  | **Serial Nmbr:** |  |
| **Total Value:** | $2.00 | **Color:** | BLK |
| **Owner:** | JENSEN BRIDGER LEE B117082 |  |  |
| **Agency:** | PRPD Provo PD | **Tag Number:** |  |

12/05/24

App-6:060

| | | | |
|---|---|---|---|
| **Accum Amt Recov:** | $0.00 | **Officer:** | Julian Jac (PR) |
| **UCR:** | DEQ Drug/Narc Equipment | **UCR Status:** | SEI |
| **Local Status:** | EIS | **Storage Location:** | Provo PD |
| **Crime Lab Number:** | | **Status Date:** | 11/11/24 |
| **Date Released:** | **/**/** | **Date Recov/Rcvd:** | **/**/** |
| **Released By:** | | **Amt Recovered:** | $0.00 |
| **Released To:** | | **Custody:** | **:**:** **/**/** |
| **Reason:** | | | |
| **Comments:** | Scales and an electronic grinder used for grinding up psilocybin mushrooms | | |
| **Property Number:** | PRP147690 | | |
| **Item:** | CS-Unidentified | **Owner Applied Nmbr:** | |

| | | | |
|---|---|---|---|
| **Brand:** | | **Model:** | |
| **Year:** | 0 | **Quantity:** | .01 |
| **Meas:** | GM | **Serial Nmbr:** | |
| **Total Value:** | $0.00 | **Color:** | BLU |
| **Owner:** | JENSEN BRIDGER LEE B117082 | | |
| **Agency:** | PRPD Provo PD | **Tag Number:** | |
| **Accum Amt Recov:** | $0.00 | **Officer:** | Julian Jac (PR) |
| **UCR:** | DUT Drugs-Unknown Type | **UCR Status:** | SEI |
| **Local Status:** | EIS | **Storage Location:** | Provo PD |
| **Crime Lab Number:** | | **Status Date:** | 11/11/24 |
| **Date Released:** | **/**/** | **Date Recov/Rcvd:** | **/**/** |
| **Released By:** | | **Amt Recovered:** | $0.00 |
| **Released To:** | | **Custody:** | **:**:** **/**/** |
| **Reason:** | | | |
| **Comments:** | | | |
| **Property Number:** | PRP147691 | | |
| **Item:** | Paper-Official | **Owner Applied Nmbr:** | |

| | | | |
|---|---|---|---|
| **Brand:** | | **Model:** | |
| **Year:** | 0 | **Quantity:** | 1 |
| **Meas:** | | **Serial Nmbr:** | |
| **Total Value:** | $5.00 | **Color:** | WHI |
| **Owner:** | JENSEN BRIDGER LEE B117082 | | |
| **Agency:** | PRPD Provo PD | **Tag Number:** | |
| **Accum Amt Recov:** | $0.00 | **Officer:** | Julian Jac (PR) |
| **UCR:** | DPB Documents/Personal or Business | **UCR Status:** | SEZ |
| **Local Status:** | EIS | **Storage Location:** | Provo PD |
| **Crime Lab Number:** | | **Status Date:** | 11/11/24 |
| **Date Released:** | **/**/** | **Date Recov/Rcvd:** | **/**/** |
| **Released By:** | | **Amt Recovered:** | $0.00 |

12/05/24

| | | | |
|---|---|---|---|
| **Released To:** | | **Custody:** | **:**:** **/**/** |
| **Reason:** | | | |
| **Comments:** | Paperwork for Singularism journeys and attorney letter | | |
| **Property Number:** | PRP147692 | | |
| **Item:** | CS-Marijuana | **Owner Applied Nmbr:** | |
| | | | |
| **Brand:** | Lime | **Model:** | Tincture |
| **Year:** | 0 | **Quantity:** | 1000 |
| **Meas:** | MG | **Serial Nmbr:** | |
| **Total Value:** | $0.00 | **Color:** | BLK |
| **Owner:** | JENSEN BRIDGER LEE B117082 | | |
| **Agency:** | PRPD Provo PD | **Tag Number:** | |
| **Accum Amt Recov:** | $0.00 | **Officer:** | Julian Jac (PR) |
| **UCR:** | DMJ Drugs-Narc-Marijuana | **UCR Status:** | SEI |
| **Local Status:** | EIS | **Storage Location:** | Provo PD |
| **Crime Lab Number:** | | **Status Date:** | 11/11/24 |
| **Date Released:** | **/**/** | **Date Recov/Rcvd:** | **/**/** |
| **Released By:** | | **Amt Recovered:** | $0.00 |
| **Released To:** | | **Custody:** | **:**:** **/**/** |
| **Reason:** | | | |
| **Comments:** | THC Syrup/Tincure - 1000 mg Live Resin | | |

12/05/24

App-6:062

## Name Involvements:

**Offender :**  B117082

| | | | | | |
|---|---|---|---|---|---|
| **Last:** JENSEN | **First:** BRIDGER | **Mid:** LEE |
| **DOB:** 09/06/81 | **Dr Lic:** 162491187 | **Address:** 1122 W 1970 SOUTH ST |
| **Race:** W **Sex:** M | **Phone:** (801)203-0102 | **City:** Orem, UT 84058 |

12/05/24

App-6:063

# EXHIBIT  D

**FinCEN** | Financial Crimes Enforcement Network
United States Department of the Treasury

## BSAR Transcript
### BSA: 31000259112891 and DCN:

BSA:31000259112891

### Filing Information

| | |
|---|---|
| Type of Report | Initial Report |
| Filing Date | 11/27/2023 |
| Received Date | 11/27/2023 |
| Entry Date | 11/28/2023 |
| Submission Method | Electronic batch filing |

### Subject Information

**Subject 1 of 3 : *PSYCHE HEALING AND BRIDGING, LLC**

| | | |
|---|---|---|
| Role | Subject | |
| Individual/Organization | Organization | |
| Last(or Entity) Name | *PSYCHE HEALING AND BRIDGING, LLC | |
| EIN | 932377864 | |
| Form(s) of Identification | Identification Type | Other |
| | Identification Number | 134873940160 |
| | Other Text | SOS |
| | Issuing State Code | UT |
| | Issuing State | Utah |
| | Issuing Country Code | US |
| Address(es) | Address Type | Subject permanent/mailing address |
| | Street Address | 1969 N STATE STREET |
| | | 1969 N STATE ST - Enhanced |
| | City | PROVO |
| | | PROVO - Enhanced |
| | State | UT |
| | | UT - Enhanced |
| | ZIP Code | 84604 |
| | | 84604-1012 - Enhanced |
| | Country | US |
| | | US - Enhanced |
| NAICS Code | 6213 | |
| NAICS Code Text | Offices of Other Health Practitioners | |
| Email(s) | BRIDGERJENSEN@GMAIL.COM | |
| Occupation/Type of Business | Health practice | |
| Corroborative Statement to Filer | No | |
| Relationship to Reporting Institution(s) | Institution TIN | 340797057 |
| | Relationship of Subject | Customer: Yes |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

App-6:065

**FinCEN** | Financial Crimes Enforcement Network
United States Department of the Treasury

## BSAR Transcript
### BSA: 31000259112891 and DCN:

| Subject Information | | |
|---|---|---|
| **Affected Account(s)** | **Account Number** | 44075100 |
| | **Financial Institution TIN** | 340797057 |

| Subject 2 of 3 : *SINGULARISM | | |
|---|---|---|
| **Role** | Subject | |
| **Individual/Organization** | Organization | |
| **Last(or Entity) Name** | *SINGULARISM | |
| **EIN** | 920835772 | |
| **Form(s) of Identification** | **Identification Type** | Other |
| | **Identification Number** | 130076110140 |
| | **Other Text** | SOS |
| | **Issuing State Code** | UT |
| | **Issuing State** | Utah |
| | **Issuing Country Code** | US |
| **Address(es)** | **Address Type** | Subject permanent/mailing address |
| | **Street Address** | 1899 S 1030 W |
| | | 1899 S 1030 W - Enhanced |
| | **City** | OREM |
| | | OREM - Enhanced |
| | **State** | UT |
| | | UT - Enhanced |
| | **ZIP Code** | 84058-8141 |
| | | 84058-8141 – Enhanced |
| | **Country** | US |
| | | US - Enhanced |
| **NAICS Code** | 8133 | |
| **NAICS Code Text** | Social Advocacy Organizations | |
| **Email(s)** | BRIDGERJENSEN@GMAIL.COM | |
| **Occupation/Type of Business** | Religious/therapeutic services | |
| **Corroborative Statement to Filer** | No | |
| **Relationship to Reporting Institution(s)** | **Institution TIN** | 340797057 |
| | **Relationship of Subject** | Customer: Yes |
| **Affected Account(s)** | **Account Number** | 44075100 |
| | **Financial Institution TIN** | 340797057 |

| Subject 3 of 3 : JENSEN | | |
|---|---|---|
| **Role** | Subject | |
| **Individual/Organization** | Individual | |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq. 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

App-6:066

**FinCEN** | Financial Crimes Enforcement Network
United States Department of the Treasury

## BSAR Transcript
### BSA: 31000259112891 and DCN:

BSA:31000259112891

| Subject Information | | |
|---|---|---|
| Last(or Entity) Name | JENSEN | |
| First Name | BRIDGER | |
| Middle Name | L | |
| Gender Type | Male | |
| Date of Birth | 09/06/1981 | |
| SSN/ITIN | ▮▮▮▮ | |
| Form(s) of Identification | Identification Type | Driver's license/State ID |
| | Identification Number | ▮▮▮▮ |
| | Issuing State Code | UT |
| | Issuing State | Utah |
| | Issuing Country Code | US |
| Address(es) | Address Type | Subject permanent/mailing address |
| | Street Address | ▮▮▮▮ |
| | | ▮▮▮▮ - Enhanced |
| | City | OREM |
| | | OREM - Enhanced |
| | State | UT |
| | | UT - Enhanced |
| | ZIP Code | 84058-8141 |
| | | 84058-8141 - Enhanced |
| | Country | US |
| | | US - Enhanced |
| Phone Number(s) | Type | Mobile |
| | Number | ▮▮▮▮ -0102 |
| Email(s) | BRIDGERJENSEN@GMAIL.COM | |
| Occupation/Type of Business | Therapist\Life Coach | |
| Corroborative Statement to Filer | No | |
| Relationship to Reporting Institution(s) | Institution TIN | 340797057 |
| | Relationship of Subject | Customer: Yes |
| Affected Account(s) | Account 1 of 2 | |
| | Account Number | 44075100▮▮ |
| | Financial Institution TIN | 340797057 |
| | Account 2 of 2 | |
| | Account Number | 44075100▮▮ |
| | Financial Institution TIN | 340797057 |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq., 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

App-6:067

**FinCEN** | Financial Crimes Enforcement Network
United States Department of the Treasury

BSA:31000259112891

## BSAR Transcript
### BSA: 31000259112891 and DCN:

| Suspicious Activity Information | |
|---|---|
| Amount Involved | $211,431 |
| Date or Date Range of Activity | 08/02/2023 - 11/02/2023 |
| Money laundering | Suspicious EFT/wire transfers<br>Suspicious concerning the source of funds<br>Transaction out of pattern for customer(s) |
| Structuring | Alters or cancels transaction to avoid CTR requirement<br>Transaction(s) below CTR threshold |
| Other suspicious activities | Transaction with no apparent economic, business, or lawful purpose |
| Financial instrument or payment mechanism | Other Financial instrument or payment mechanism: EFT/ Wire<br>U.S. Currency |
| Financial product | Deposit account |

### Activity Location

#### Financial Institution Location 1 of 1

| | | |
|---|---|---|
| Type of Financial Institution | Depository institution | |
| Primary Regulator | OCC | |
| Legal Name | KEYBANK NA | |
| EIN | 340797057 | |
| Role in Transaction | Selling/Paying Location | |
| Address | Address Type | Address where transaction occurred |
| | Street Address | 127 PUBLIC SQUARE |
| | | 127 PUBLIC SQ - Enhanced |
| | City | CLEVELAND |
| | | CLEVELAND - Enhanced |
| | State | OH |
| | | OH - Enhanced |
| | ZIP Code | 44114-1226 |
| | | 44114-1217 - Enhanced |
| | Country | US |
| | | US - Enhanced |
| Internal Control File Number | CA3255423 | |

#### Branch Office Location 1 of 1

| | | |
|---|---|---|
| Financial Institution Name | KEYBANK NA | |
| RSSD Number | 0939173 | |
| Address | Address Type | Address where transaction occurred |
| | Street Address | 207 NORTH UNIVERSITY AVE |
| | | 207 N UNIVERSITY AVE - Enhanced |
| | City | PROVO |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq. 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

App-6:068

FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

BSA:31000259112891

## BSAR Transcript
### BSA: 31000259112891 and DCN:

### Activity Location

|  |  | PROVO - Enhanced |
| --- | --- | --- |
|  | State | UT |
|  |  | UT - Enhanced |
|  | ZIP Code | 84603 |
|  |  | 84601-2836 - Enhanced |
|  | Country | US |
|  |  | US - Enhanced |

### Filer Information

| Primary Regulator | OCC | |
| --- | --- | --- |
| Filer Name | KEYBANK NA | |
| EIN | 340797057 | |
| Address | Address Type | Reporting party address |
|  | Street Address | 127 PUBLIC SQUARE |
|  |  | 127 PUBLIC SQ - Enhanced |
|  | City | CLEVELAND |
|  |  | CLEVELAND - Enhanced |
|  | State | OH |
|  |  | OH - Enhanced |
|  | ZIP Code | 44114-1226 |
|  |  | 44114-1217 - Enhanced |
|  | Country | US |
|  |  | US - Enhanced |
| Type of Financial Institution | Depository institution | |
| RSSD Number | 280110 | |
| Internal control/file number | CA3255423 | |
| Contact for Assistance | Full Name | AML UNIT |
|  | Phone Number | (216) 813-4709 |
|  | Phone Type | Work |

### Law Enforcement Information

No Law Enforcement Information Available

### Narrative

KeyBank Case Number: CA3255423

Case Name: BRIDGER L JENSEN

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

App-6:069

FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

## BSAR Transcript
BSA: 31000259112891 and DCN:

BSA:31000259112891

| Narrative |
| --- |

NTP-Drugs

INTRODUCTION:

This case was initiated upon receipt of an internal referral from KeyBank branch personnel regarding conducting cash withdrawals in a manner indicative of purposefully evading reporting requirements. The activity involves KeyBank Account 44075100[ ] in the name of BRIDGER L JENSEN and PSYCHE HEALING AND BRIDGING, LLC. There were no prior investigations identified.

This investigation, which covers the time period of 07/14/2023 (opening) through 11/14/2023, disclosed suspicious account activity involving inbound wires from various individuals/ entity from unknown sources and merchant credits. Additional suspicious account activity involves cash withdrawals as they have no clear economic purpose for the business type. Additionally, some approach just under the reporting threshold. Branch personnel revealed the client intentionally limits cash withdrawals to evade reporting. Furthermore, our customer was identified operating a magic mushroom therapy practice. Therefore, deposits associated as business proceeds could be proceeds from the illicit sale of psilocybin, a schedule I controlled substance and under Utah law. The suspicious activity totals $211,430.66 in accounts 44075100[ ] and 44075100[ ] which occurred between 08/02/2023 through 11/02/2023 at KeyBank branch UT075. SAR warranted.

DETAILS OF INVESTIGATION:

According to bank records BRIDGER L JENSEN, 42 is the Controlling Party of PSYCHE BRIDGING AND HEALING and SINGULARISM. The customer is listed as the 50% Beneficial Owner of PSYCHE BRIDGING AND HEALING. External research revealed he is a life coach/therapist associated with UTAH PSYCHEDELIC THERAPY, MENTAL GURUS, REVEAL MYSELF, PSYCHEDELICCON and UTAH MUSHROOM THERAPY. These entities appear to provide therapy services specializing in clinical psychedelic integration. The customer holds a BS in Therapeutic Recreation/ Psychology from BRIGHAM YOUNG UNIVERSITY and Master of Psychological Counseling from UNIVERSITY OF PHOENIX. The customer has been a KeyBank customer since 07/14/2023 and is listed as residing in Orem, UT. According to bank records and external research PSYCHE BRIDGING AND HEALING appears to be a therapeutic practice in Provo, UT and has been a KeyBank customer since 07/14/2023. According to

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

App-6:070

FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

## BSAR Transcript
### BSA: 31000259112891 and DCN:

| Narrative |
| --- |

bank records and external research SINGULARISM appears to a nonprofit group which held its ribbon cutting ceremony on Sept. 6th, 2023. The business appears to be a clinically informed spiritual wellness center plans to begin sessions Oct 1st, 2023. They have been a KeyBank customer since 08/01/2023. They are a grassroots team empowering the legal use of psychedelics for clinical and clergy leadership. The company advertises use of magic mushrooms (psilocybin) for therapeutic services. According to news articles in November 2023, psilocybin is a Schedule I controlled substance and under Utah law, it is illegal to possess or distribute. A recent effort to legalize psilocybin was not approved by the legislature, therefore use and distribution continue to be criminal offenses. JENSEN says they're protected by the Religious Freedom Restoration Act of the U.S. Constitution. The clinic claims they has taken every effort to accord with state and federal constitutional and statutory religious freedom authorities which would permit its religious practices. SINGULARISM is prepared to defend its religious freedom to, as a small religious minority group, partake of its religious rites and sacraments in a closed, supervised, and secure setting. Based upon research conducted by the Utah County Attorney's office, it does not appear that SINGULARISM has constitutional protections to either use of administer psilocybin.City of Provo Police Department released a statement regarding the business and how the mushroom treatment center is allowed to operate legally, and a spokesperson issued the following statement: Psilocybin is a Schedule I controlledsubstance and under Utah law, it is illegal to possess or distribute. A recent effort to legalize psilocybin was not approved by the legislature, therefore use and distribution continue to be criminal offenses. We have evaluated recent claims that use is protected under the Religious Freedom Restoration Act, and we believe those claims to be without merit. The position of the Provo Police Department is that officers will treat psilocybin as an illegal drug and will arrest or cite users and distributors and refer charges to the Utah County Attorney's Office. We have confirmed with that office that they intend to prosecute violators. A review of public records through Lexis Nexis, World-Check did not reveal any apparent adverse information.

The focus of the investigation consists of the following account(s):

Business Checking account 4407510█████ was opened on 07/14/2023. The account is titled BRIDGER L JENSEN and PSYCHE HEALING AND BRIDGING, LLC. This account was reviewed from 07/14/2023 (opening) through 11/14/2023. Credit activity during this review is made up of various retail return credits from entities such as AMAZON, IKEA, LOWS, and HOME GOODS. A $4,900 cash deposit is also noted on 08/01/2023. Funding is primarily made up of four wire deposits totaling $125,000 from ASPIRE

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

App-6:071

FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

BSA:31000259112891

## BSAR Transcript
### BSA: 31000259112891 and DCN:

| Narrative |
| --- |

HEALTH MANAGEMENT LLC, a healthcare support business. Further wires are noted from SKYLER JED ROBERTSON and JERAMY & BECKY LUND. External research suggest SKYLER JED ROBERTSON is a mental health supporter and JERAMY LUND appears to be a business start-up investor. One wire from ASPIRE HEALTH MANAGEMENT LLC has the memo (ASPIRE BUY IN). The wires appear to be business start up investments from related health/ investment counterparties. Although it appears the purpose is for the startup of the business, there is suspicion concerning the source of funds. Additionally, the nature of the business involves illegal controlled substances. As such, all wire deposits are suspicious. Debits are made up of payments with entities such as ADOBE, AMAZON, AMERICA FIRST CREDIT UNION, ASPIRE HEALTH, EMPYREAN ADVISORS (healthcare consultants), FABIAN VANCOTT (law firm), INTUIT, GOOGLE, IKEA, METAPAY, ONTRAPORT (marketing/ sales), WAL-MART, COSTCO, ROSS STORES, RC WILLEY (furniture), U-HAUL, XFINITY, RIVERS STUDIO (design and staging) and ZOOM. One wire is noted on 08/23/2023 to KAILEY STOCCO with memo interior design. Cash withdrawals are made up 14 transactions between 08/08/2023 through 10/31/2023 ranging from $200 to $5,900 totaling $37,260. Branch contact with personnel at UT075 revealed the client is aware of the cash reporting requirements and intentionally limits cash withdrawals to evade reporting. Staff believed the business operated as a psychic service and a church. The branch found the customer unusual as he clearly articulated that he does not want the government to find out about his cash withdrawals and learned to keep cash under $10,000 from his father. The employee stated the customer is always in a hurry and only wants to conduct transactions with her. She stated she gets anxiety when he is in the branch because he is always rushing her. She finds overall cash withdrawals odd for the business type and does not know the purpose of the cash debits. The customer was in the branch yesterday wanting to open a new business account however, decided against it since he knew he would exceed $10,000 in one day. Review of cash debits revealed two cash withdrawals on 08/08/2023: $4,000 and $5,900 totaling $9,900. The debits total just below the threshold. Overall cash withdrawals are conducted for unknown purposes as they do not appear consistent with therapy services. Coupled with the client's knowledge and apparent attempt to evade reporting, all are deemed suspicious. Suspicious activity identified.


Business Checking account 44075100██████ was opened on 08/01/2023. The account is titled SINGULARISM and BRIDGER L JENSEN. This account was reviewed from 08/01/2023(opening) through 11/14/2023. Credits are made up of a $100 cash deposit on 08/01/2023 and direct deposits from INTUIT and STRIPE totaling $46,880.66. These deposits could be proceeds from the illicit sale of psilocybin, a schedule I controlled substance and under Utah law. As such, all direct deposits are deemed suspicious.

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

App-6:072

**FinCEN** | Financial Crimes Enforcement Network
United States Department of the Treasury

## BSAR Transcript
### BSA: 31000259112891 and DCN:

| Narrative |
| --- |

Debits are made up of two cash withdrawals between 09/12/2023 and 10/03/2023 ranging from $100 to $2,190 totaling $2,290. Additional debits include payments with entities such as AMAZON, GUSTO, INTUIT, WAL-MART, UTAH INTERACTIVE LLC (website design), and SUMMIT HEALTH, UTAH CORPORATIONS, transfers to 440751006113 and a $5,000 Official Bank Check (OBC) purchase on 10/17/2023 made payable to CASSIE MEDURA, who appears to be a family lawyer. Suspicious activity includes cash withdrawals as the true purpose of those debits are unknown and not consistent with business type. Suspicious activity identified.

A sampling of the suspicious activity is detailed below:

Account #440751006113

| Date | Amount | Description |
| --- | --- | --- |
| 8/2/2023 | $25,000.00 | WIRE DEP-SKYLER JED ROBERTSON |
| 8/8/2023 | $4,000.00 | WITHDRAWAL BRANCH 0075 UTAH |
| 8/8/2023 | $5,900.00 | WITHDRAWAL BRANCH 0075 UTAH |
| 9/12/2023 | $5,900.00 | WITHDRAWAL BRANCH 0075 UTAH |
| 10/17/2023 | $3,560.00 | WITHDRAWAL BRANCH 0075 UTAH |
| 10/19/2023 | $50,000.00 | WIRE DEP-JERAMY & BECKY LUND |

Account #440751006121

| Date | Amount | Description |
| --- | --- | --- |
| 9/20/2023 | $5.00 | DIRECT DEPOSIT, INTUIT 06093985 DEPOSIT |
| 9/20/2023 | $7,179.46 | DIRECT DEPOSIT, STRIPE TRANSFER |
| 9/27/2023 | $7,600.00 | DIRECT DEPOSIT, INTUIT 10826475 DEPOSIT |
| 9/29/2023 | $6,214.10 | DIRECT DEPOSIT, STRIPE TRANSFER |
| 10/5/2023 | $6,214.10 | DIRECT DEPOSIT, STRIPE TRANSFER |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq. 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

App-6:073

FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

BSAR Transcript
BSA: 31000259112891 and DCN:

## Narrative

| | | | |
|---|---|---|---|
| 10/13/2023 | $4,800.00 | DIRECT DEPOSIT, | INTUIT 28567785 DEPOSIT |
| 10/17/2023 | $4,800.00 | DIRECT DEPOSIT, | INTUIT 48157215 DEPOSIT |
| 10/18/2023 | $6,400.00 | DIRECT DEPOSIT, | INTUIT 49653875 DEPOSIT |
| 11/2/2023 | $3,668.00 | DIRECT DEPOSIT, | INTUIT 22649635 DEPOSIT |

The suspicious activity totals $211,430.66 in accounts 44075100 ▓ and 44075100 ▓ which occurred between 08/02/2023 through 11/02/2023 at KeyBank branch UT075.

CONCLUSION:

This case was initiated upon receipt of an internal referral from KeyBank branch personnel regarding conducting cash withdrawals in a manner indicative of purposefully evading reporting requirements. The activity involves KeyBank Account 44075100 ▓ in the name of BRIDGER L JENSEN and PSYCHE HEALING AND BRIDGING, LLC. There were no prior investigations identified.

This investigation, which covers the time period of 07/14/2023 (opening) through 11/14/2023, disclosed suspicious account activity involving inbound wires from various individuals/ entity from unknown sources and merchant credits. Additional suspicious account activity involves cash withdrawals as they have no clear economic purpose for the business type. Additionally, some approach just under the reporting threshold. Branch personnel revealed the client intentionally limits cash withdrawals to evade reporting. Furthermore, our customer was identified operating a magic mushroom therapy practice. Therefore, deposits associated as business proceeds could be proceeds from the illicit sale of psilocybin, a schedule I controlled substance and under Utah law. The suspicious activity totals $211,430.66 in accounts 44075100 ▓ and 44075100 ▓ which occurred between 08/02/2023 through 11/02/2023 at KeyBank branch UT075. SAR warranted.

Contents of File:

Customer and Account Profiles

Checks, deposited items and account statements

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq. 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

App-6:074

FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

## BSAR Transcript
### BSA: 31000259112891 and DCN:

BSA:31000259112891

| Narrative |
|---|
| Cash and Wire Reports |
| Internet Research |
| Analytical Spreadsheet |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

App-6:075

# EXHIBIT  E

FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

## BSAR Transcript
### BSA: 31000266505487 and DCN:

### Filing Information

| | |
|---|---|
| Type of Report | Continuing Activity Report |
| Filing Date | 03/11/2024 |
| Received Date | 03/11/2024 |
| Entry Date | 03/12/2024 |
| Amended | Prior BSA ID: 31000259112891 |
| Submission Method | Electronic batch filing |

### Subject Information

**Subject 1 of 3 : *PSYCHE HEALING AND BRIDGING, LLC**

| | | |
|---|---|---|
| Role | Subject | |
| Individual/Organization | Organization | |
| Last(or Entity) Name | *PSYCHE HEALING AND BRIDGING, LLC | |
| EIN | 932377864 | |
| Form(s) of Identification | Identification Type | Other |
| | Identification Number | 134873940160 |
| | Other Text | SOS |
| | Issuing State Code | CT |
| | Issuing State | Connecticut |
| | Issuing Country Code | US |
| Address(es) | Address Type | Subject permanent/mailing address |
| | Street Address | 1969 N STATE STREET |
| | | 1969 N STATE ST - Enhanced |
| | City | PROVO |
| | | PROVO - Enhanced |
| | State | UT |
| | | UT - Enhanced |
| | ZIP Code | 84604 |
| | | 84604-1012 - Enhanced |
| | Country | US |
| | | US - Enhanced |
| NAICS Code | 6213 | |
| NAICS Code Text | Offices of Other Health Practitioners | |
| Email(s) | BRIDGERJENSEN@GMAIL.COM | |
| Occupation/Type of Business | Health practice | |
| Corroborative Statement to Filer | No | |
| Relationship to Reporting | Institution TIN | 340797057 |

Page 1

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq., 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

App-6:077

**FinCEN** | Financial Crimes Enforcement Network
United States Department of the Treasury

## BSAR Transcript
### BSA: 31000266505487 and DCN:

| Subject Information | | |
|---|---|---|
| Institution(s) | Relationship of Subject | Customer: Yes |
| Affected Account(s) | Account Number | 440751006113 |
| | Financial Institution TIN | 340797057 |

| Subject 2 of 3 : *SINGULARISM | | |
|---|---|---|
| Role | Subject | |
| Individual/Organization | Organization | |
| Last(or Entity) Name | *SINGULARISM | |
| EIN | 920835772 | |
| Form(s) of Identification | Identification Type | Other |
| | Identification Number | 130076110140 |
| | Other Text | SOS |
| | Issuing State Code | CT |
| | Issuing State | Connecticut |
| | Issuing Country Code | US |
| Address(es) | Address Type | Subject permanent/mailing address |
| | Street Address | ▮▮▮▮▮ |
| | | ▮▮▮▮▮ - Enhanced |
| | City | OREM |
| | | OREM - Enhanced |
| | State | UT |
| | | UT - Enhanced |
| | ZIP Code | 84058-8141 |
| | | 84058-8141 - Enhanced |
| | Country | US |
| | | US - Enhanced |
| NAICS Code | 8133 | |
| NAICS Code Text | Social Advocacy Organizations | |
| Email(s) | BRIDGERJENSEN@GMAIL.COM | |
| Occupation/Type of Business | Religious/therapeutic services | |
| Corroborative Statement to Filer | No | |
| Relationship to Reporting Institution(s) | Institution TIN | 340797057 |
| | Relationship of Subject | Customer: Yes |
| Affected Account(s) | Account Number | 44075100▮▮▮ |
| | Financial Institution TIN | 340797057 |

| Subject 3 of 3 : JENSEN | | |
|---|---|---|
| Role | Subject | |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq., 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

App-6:078

**FinCEN** | Financial Crimes Enforcement Network
United States Department of the Treasury

## BSAR Transcript
### BSA: 31000266505487 and DCN:

BSA:31000266505487

| Subject Information | | |
|---|---|---|
| Individual/Organization | Individual | |
| Last(or Entity) Name | JENSEN | |
| First Name | BRIDGER | |
| Middle Name | L | |
| Gender Type | Male | |
| Date of Birth | 09/06/1981 | |
| SSN/ITIN | ▇▇▇▇▇ | |
| Form(s) of Identification | Identification Type | Driver's license/State ID |
| | Identification Number | ▇▇▇▇▇ |
| | Issuing State Code | CT |
| | Issuing State | Connecticut |
| | Issuing Country Code | US |
| Address(es) | Address Type | Subject permanent/mailing address |
| | Street Address | ▇▇▇▇▇ |
| | | ▇▇▇▇▇ - Enhanced |
| | City | OREM |
| | | OREM - Enhanced |
| | State | UT |
| | | UT - Enhanced |
| | ZIP Code | 84058-8141 |
| | | 84058-8141 – Enhanced |
| | Country | US |
| | | US - Enhanced |
| Phone Number(s) | Type | Mobile |
| | Number | ▇▇▇▇▇-0102 |
| Email(s) | BRIDGERJENSEN@GMAIL.COM | |
| Occupation/Type of Business | Therapist\Life Coach | |
| Corroborative Statement to Filer | No | |
| Relationship to Reporting Institution(s) | Institution TIN | 340797057 |
| | Relationship of Subject | Customer: Yes |
| Affected Account(s) | Account 1 of 2 | |
| | Account Number | 44075100▇▇▇ |
| | Financial Institution TIN | 340797057 |
| | Account 2 of 2 | |
| | Account Number | 44075100▇▇▇ |
| | Financial Institution TIN | 340797057 |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq., 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

App-6:079

**FinCEN** | Financial Crimes Enforcement Network
United States Department of the Treasury

## BSAR Transcript
BSA: 31000266505487 and DCN:

### Suspicious Activity Information

| | |
|---|---|
| Amount Involved | $68,441 |
| Cumulative Amount | $279,872 |
| Date or Date Range of Activity | 11/15/2023 – 02/05/2024 |
| Money laundering | Suspicious EFT/wire transfers<br>Suspicious concerning the source of funds |
| Other suspicious activities | Other: Negative news<br>Transaction with no apparent economic, business, or lawful purpose |
| Financial instrument or payment mechanism | U.S. Currency<br>Other Financial instrument or payment mechanism: EFT/ Wire |
| Financial product | Deposit account |

### Activity Location

#### Financial Institution Location 1 of 1

| | | |
|---|---|---|
| Type of Financial Institution | Depository institution | |
| Primary Regulator | OCC | |
| Legal Name | KEYBANK NA | |
| EIN | 340797057 | |
| Role in Transaction | Selling/Paying Location | |
| Address | Address Type | Address where transaction occurred |
| | Street Address | 127 PUBLIC SQUARE |
| | | 127 PUBLIC SQ - Enhanced |
| | City | CLEVELAND |
| | | CLEVELAND - Enhanced |
| | State | OH |
| | | OH - Enhanced |
| | ZIP Code | 44114-1226 |
| | | 44114-1217 - Enhanced |
| | Country | US |
| | | US - Enhanced |
| Internal Control File Number | CA3295626 | |

#### Branch Office Location 1 of 1

| | | |
|---|---|---|
| Financial Institution Name | KEYBANK NA | |
| RSSD Number | 0939173 | |
| Address | Address Type | Address where transaction occurred |
| | Street Address | 207 NORTH UNIVERSITY AVE |
| | | 207 N UNIVERSITY AVE - Enhanced |
| | City | PROVO |
| | | PROVO - Enhanced |

Page 4

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq., 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

App-6:080

FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

## BSAR Transcript
### BSA: 31000266505487 and DCN:

### Activity Location

| | State | UT |
|---|---|---|
| | | UT - Enhanced |
| | ZIP Code | 84603 |
| | | 84601-2836 - Enhanced |
| | Country | US |
| | | US - Enhanced |

### Filer Information

| | | | |
|---|---|---|---|
| Primary Regulator | | OCC | |
| Filer Name | | KEYBANK NA | |
| EIN | | 340797057 | |
| Address | Address Type | Reporting party address | |
| | Street Address | 127 PUBLIC SQUARE | |
| | | 127 PUBLIC SQ - Enhanced | |
| | City | CLEVELAND | |
| | | CLEVELAND - Enhanced | |
| | State | OH | |
| | | OH - Enhanced | |
| | ZIP Code | 44114-1226 | |
| | | 44114-1217 - Enhanced | |
| | Country | US | |
| | | US - Enhanced | |
| Type of Financial Institution | Depository institution | | |
| RSSD Number | 280110 | | |
| Internal control/file number | CA3295626 | | |
| Contact for Assistance | Full Name | AML UNIT | |
| | Phone Number | (216) 813-4709 | |
| | Phone Type | Work | |

### Law Enforcement Information

No Law Enforcement Information Available

### Narrative

KeyBank Case Number: CA3295626

Case Name: BRIDGER L JENSEN

NTP-Drugs

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq., 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

App-6:081

**FinCEN** | Financial Crimes Enforcement Network
United States Department of the Treasury

## BSAR Transcript
### BSA: 31000266505487 and DCN:

| Narrative |
| --- |

INTRODUCTION:

This supplemental review is the result of KeyBank's SAR monitoring process, involving KeyBank accounts 44075100███ and 44075100███ in the names of PSYCHE HEALING AND BRIDGING, LLC, SINGULARISM and BRIDGER L JENSEN. There was one prior investigation for this customer that resulted in one SAR filing (11/27/2023). The most recent investigation covered the timeframe of 07/14/2023 (opening) through 11/14/2023, which resulted in the SAR filing on 11/27/2023 for inbound wires from various individuals/ entity from unknown sources and merchant credits. Additional suspicious activity involved cash withdrawals as they had no clear economic purpose for the business type and CTR evasion. Furthermore, our customer was identified operating a magic mushroom therapy practice. Therefore, deposits associated as business proceeds could have been proceeds from the illicit sale of drugs. Since the last review, there were no alerts generated.

This investigation, which covers the time period of 11/15/2023 through 02/16/2024 (closure), disclosed continuing suspicious activity involving merchant service credits as they could be proceeds from the illicit sale of psilocybin, a schedule I controlled substance under Utah law. Additional suspicious activity involves cash withdrawals as there does not appear to be a clear business purposes for the activity given the nature of the business involves illegal controlled substances. The suspicious activity totals $68,441 in accounts 44075100███ and 440751006121 which occurred between 11/15/2023 through 02/05/2024 at KeyBank branch UT075. The cumulative amount of all suspicious activity being reported with this and the prior SAR which occurred between 08/02/2023 through 02/05/2024 is $279,871.66. SAR warranted.

DETAILS OF INVESTIGATION:

According to bank records BRIDGER L JENSEN, 42 is the Controlling Party of PSYCHE BRIDGING AND HEALING and SINGULARISM. The customer is listed as the 50% Beneficial Owner of PSYCHE BRIDGING AND HEALING. External research revealed he is a life coach/therapist associated with UTAH PSYCHEDELIC THERAPY, MENTAL GURUS, REVEAL MYSELF, PSYCHEDELICCON and UTAH MUSHROOM THERAPY. These entities appear to provide therapy services specializing in clinical psychedelic integration. The customer holds a BS in Therapeutic Recreation/ Psychology from BRIGHAM YOUNG UNIVERSITY and Master of Psychological Counseling from UNIVERSITY OF PHOENIX. The customer has been a KeyBank customer since

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq., 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

App-6:082

FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

BSA:31000266505487

## BSAR Transcript
### BSA: 31000266505487 and DCN:

### Narrative

07/14/2023 and is listed as residing in Orem, UT. According to bank records and external research PSYCHE BRIDGING AND HEALING appears to be a therapeutic practice in Provo, UT and has been a KeyBank customer since 07/14/2023. According to bank records and external research SINGULARISM appears to a nonprofit group which held its ribbon cutting ceremony on Sept. 6th, 2023. The business appears to be a clinically informed spiritual wellness center plans to begin sessions Oct 1st, 2023. They have been a KeyBank customer since 08/01/2023. They are a grassroots team empowering the legal use of psychedelics for clinical and clergy leadership. The company advertises use of magic mushrooms (psilocybin) for therapeutic services. According to news articles in November 2023, psilocybin is a Schedule I controlled substance and under Utah law, it is illegal to possess or distribute. A recent effort to legalize psilocybin was not approved by the legislature, therefore use and distribution continue to be criminal offenses. JENSEN says they're protected by the Religious Freedom Restoration Act of the U.S. Constitution. The clinic claims they has taken every effort to accord with state and federal constitutional and statutory religious freedom authorities which would permit its religious practices. SINGULARISM is prepared to defend its religious freedom to, as a small religious minority group, partake of its religious rites and sacraments in aclosed, supervised, and secure setting. Based upon research conducted by the Utah County Attorney's office, it does not appear that SINGULARISM has constitutional protections to either use of administer psilocybin. City of Provo Police Department released a statement regarding the business and how the mushroom treatment center is allowed to operate legally, and a spokesperson issued the following statement: Psilocybin is a Schedule I controlled substance and under Utah law, it is illegal to possess or distribute. A recent effort to legalize psilocybin was not approved by the legislature, therefore use and distribution continue to be criminal offenses. We have evaluated recent claims that use is protected under the Religious Freedom Restoration Act, and we believe those claims to be without merit. The position of the Provo Police Department is that officers will treat psilocybin as an illegal drug and will arrest or cite users and distributors and refer charges to the Utah County Attorney's Office. We have confirmed with that office that they intend to prosecute violators. A review of public records through Lexis Nexis, World-Check did not reveal any apparent adverse information.

As this case was initiated as part of KeyBank's SAR Monitoring process, this investigation only covers accounts in which suspicious activity was uncovered during the previous investigation. Other related accounts in which no suspicious activity was uncovered will not be reviewed unless required due to suspicious flow of funds or alerted activity.

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq., 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

App-6:083

FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

## BSAR Transcript
### BSA: 31000266505487 and DCN:

### Narrative

The clients maintain a total of two business checking accounts.

The focus of the investigation consists of the following accounts:

Business Checking account 4407510█████ was opened on 07/14/2023 and closed on 02/16/2024. The account is titled PSYCHE HEALING AND BRIDGING, LLC, and BRIDGER L JENSEN. This account was reviewed from 11/15/2023 through 02/16/2024 (closure). Credits consists of eight direct deposits from INTUIT totaling $17,026, appearing as merchant service credits. As the nature of the business involves illegal controlled substances, these deposits are considered suspicious as they could be from the illicit sale of psilocybin, a schedule I controlled substance under Utah law. Additional credits are primarily made up of transfers from internal related account 4407510█████. Cash withdrawals are made up of three transactions on 11/16/2023, ranging from $950 to $3,568, totaling $7,418. While a decrease is noted, there does not appear to be a clear business purposes for the activity given the nature of the business involves illegal controlled substances. As such, cash withdrawals are deemed suspicious. Further suspicious debits include four direct withdrawals totaling $26,054 to PSYCHE HEALING. The purpose of these debits is unknown and could be related to supply purchases. Debit activity not considered unusual includes payments with entities such as ADOBE, AMAZON, DOORDASH, ASPIRE HEALTH, EMPYREAN ADVISOR, FABIAN VANCOTT (lawyer), INTUIT, GOOGLE, VONAGE BUSINESS, and XFINITY. There are two Official Bank Check (OBC) purchases on 02/08/2024 totaling $11,630, payable to BRIDGER L JENSEN, which are likely related to the account being closed. Suspicious activity identified.

Business Checking account 4407510█████ was opened on 08/01/2023 an closed on 02/16/2024. The account is titled SINGULARISM and BRIDGER L JENSEN. This account was reviewed from 11/15/2023 through 02/16/2024 (closure). Credits consists of four direct deposits from INTUIT totaling $17,943 appearing as merchant service credits. As the nature of the business involves illegal controlled substances, these deposits are considered suspicious as they could be from the illicit sale of psilocybin, a schedule I controlled substance under Utah law. No cash withdrawals occurred. Debits are made up of payments with entities such as AMAZON, APPLE, DOORDASH, GUSTO, INTUIT, COSTCO, WAL-MART, POSITIVEPSYCHOLOGY.COM and a $6,125 OBC on 02/08/2024, payable to BRIDGER L JENSEN, which is likely related to the account being closed. Suspicious activity identified.

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq., 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

App-6:084

FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

## BSAR Transcript
BSA: 31000266505487 and DCN:

BSA:31000266505487

### Narrative

A sampling of the suspicious activity is detailed below:

Account #44075100███

| Date | Amount | Description |
|------|--------|-------------|
| 11/15/2023 | $3,960.00 | DIRECT DEPOSIT,   INTUIT 77470515 DEPOSIT |
| 12/6/2023 | $2,985.00 | DIRECT DEPOSIT,   INTUIT 70965005 DEPOSIT |
| 1/2/2024 | $4,999.00 | DIRECT DEPOSIT,   INTUIT 65742965 DEPOSIT |

Account #440751006113

| Date | Amount | Description |
|------|--------|-------------|
| 11/16/2023 | $3,568.00 | CASH WD- UT075 |
| 11/16/2023 | $2,900.00 | CASH WD- UT075 |
| 11/16/2023 | $950.00 | CASH WD- UT075 |
| 11/27/2023 | $7,618.00 | DIRECT WITHDRAWAL, PSYCHE HEALING AKBBO ACH |
| 1/2/2024 | $1,855.00 | DIRECT DEPOSIT,   INTUIT 65661185 DEPOSIT |
| 1/10/2024 | $5,400.00 | DIRECT DEPOSIT,   INTUIT 08067655 DEPOSIT |
| 1/18/2024 | $2,700.00 | DIRECT DEPOSIT,   INTUIT 39170425 DEPOSIT |
| 2/5/2024 | $49.00 | DIRECT DEPOSIT,   INTUIT 19002505 DEPOSIT |

The suspicious activity totals $68,441 in accounts 44075100███ and 44075100███ which occurred between 11/15/2023

through 02/05/2024 at KeyBank branch UT075.

CONCLUSION:

This supplemental review is the result of KeyBank's SAR monitoring process, involving KeyBank accounts 44075100███ and

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq., 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

App-6:085

FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

## BSAR Transcript
### BSA: 31000266505487 and DCN:

| Narrative |
| --- |

440751006121 in the names of PSYCHE HEALING AND BRIDGING, LLC, SINGULARISM and BRIDGER L JENSEN. There was one prior investigation for this customer that resulted in one SAR filing (11/27/2023). The most recent investigation covered the timeframe of 07/14/2023 (opening) through 11/14/2023, which resulted in the SAR filing on 11/27/2023 for inbound wires from various individuals/ entity from unknown sources and merchant credits. Additional suspicious activity involved cash withdrawals as they had no clear economic purpose for the business type and CTR evasion. Furthermore, our customer was identified operating a magic mushroom therapy practice. Therefore, deposits associated as business proceeds could have been proceeds from the illicit sale of drugs. Since the last review, there were no alerts generated.

This investigation, which covers the time period of 11/15/2023 through 02/16/2024 (closure), disclosed continuing suspicious activity involving merchant service credits as they could be proceeds from the illicit sale of psilocybin, a schedule I controlled substance under Utah law. Additional suspicious activity involves cash withdrawals as there does not appear to be a clear business purposes for the activity given the nature of the business involves illegal controlled substances. The suspicious activity totals $68,441 in accounts 44075100███ and 44075100███ which occurred between 11/15/2023 through 02/05/2024 at KeyBank branch UT075. The cumulative amount of all suspicious activity being reported with this and the prior SAR which occurred between 08/02/2023 through 02/05/2024 is $279,871.66. SAR warranted.

Contents of File:

Customer and Account Profiles

Checks, deposited items and account statements

Cash and Wire Reports

Internet Research

Analytical Spreadsheet

Law Enforcement requests for documentation can be sent to lerequest@keybank.com

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq., 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

App-6:086

# EXHIBIT  F

Appellate Case: 25-4115 Document 226-6 Date Filed: 12/11/2025 Page: 88



# FOX 13
SALT LAKE CITY

Menu

Watch Now

Quick links...

NEWS > LOCAL NEWS

# Psychedelic mushroom interest grows in Utah center opening in Provo



Posted 8:56 AM, Nov 02, 2023 and last updated 12:39 PM, Nov 06, 2023

PROVO, Utah — Psilocybin, or the hallucinogenic substance found in specific mushrooms, is making headlines as more states look to decriminalize it for therapeutic purposes.

While attempts to legalize psilocybin failed in Utah earlier this year, interest in the substance's possible mental health benefits is currently growing and showing up in different ways along the Wasatch Front.

App-6:088

Case 2:24-cv-00887-JNP-CMR   Document 74-6   Filed 01/22/25   PageID.1907   Page
Appellate Case: 25-4115   Document326-6   Date Filed: 12/11/2025   Page: 89

In recent months, a mushroom treatment center, called **Singularism**, opened its doors in the City of Provo.

Read More

00:37                                                                    02:24

"Being a Utahn myself, and from Provo, I think this is the right place at the right time," said founder Bridger Lee Jensen.

Jensen has worked in the mental health field for 20 years and found psilocybin six years ago to help people in what he calls a sincere and safe way. He plans to continue that effort in his new space.

"The process needs to include preparation and proper screening," he explained. "People aren't just going to come in and suddenly be able to do this. This isn't just a place to do that. It's a place where people are working on bettering our lives and progressing spiritually."

ADVERTISEMENT

He said psychotherapy will also be used to help them process their guided experience or "trip".

"When you get to the point where you've had these experiences, and you've seen hundreds of people benefit and heal from it. The scary thought is not doing this," he said.

This isn't Jensen's first attempt to bring psilocybin to the Beehive State either. He was part of a grassroots movement earlier this year that urged state lawmakers to pass legislation

App-6:089

Case 2:24-cv-00887-JNP-CMR    Document 74-6    Filed 01/22/25    PageID.1908    Page

permitting the legal use of psilocybin for clinical and academic purposes.

While he presented a petition showing public support for its passage, those efforts fizzled when Governor Spencer Cox announced he wouldn't support a bill legalizing magic mushrooms.

"It's just not there yet. We got there with medical marijuana. I just don't believe the science is there. I don't believe we should be experimenting on 5,000 people here in our state. And, I think there are some serious consequences and side effects, societally as well as medically that I am just not comfortable with," said Cox during his monthly news conference on PBS back in February.

According to the U.S. Government, psilocybin is also a Schedule I substance under the Controlled Substances Act (CSA), which means it has great potential for abuse and serves no legitimate medical purpose.

ADVERTISEMENT



Also, the National Institutes of Health (NIH) reports there's no scientific agreement on the risks of using psilocybin.

Despite that, several national universities have shown its positive effect on people with mental health disorders through their research including Huntsman Cancer Institute's Palliative Care Physician Anna Beck, MD.

Beck worked with other medical experts to publish a study that examines the effectiveness of psilocybin-assisted group therapy in cancer patients with depression.

"At least 50 percent of our small group of patients had a significant reduction in their depressive symptoms. In fact, it actually went into remission by week number two."

While they were only able to accommodate 12 people through this trial, Beck says they didn't struggle to find public interest or support for the study.

Beck hopes the findings help them fund larger studies in the future and explore the substance further.

ADVERTISEMENT

App-6:090

Appellate Case: 25-4115 Document: 526-6 Date Filed: 12/11/2025 Page: 91

"I think that these are very powerful medications and very powerful drugs and I think their uses could be. I don't think we could understand all of their uses at this point," she explains.

Just this year, the FDA came out with new draft considerations for designing clinical trials for psychedelic drugs.

FOX 13 News reached out to the City of Provo about how the mushroom treatment center is allowed to operate legally, and a spokesperson issued the following statement:

"Psilocybin is a Schedule I controlled substance and under Utah law, it is illegal to possess or distribute. A recent effort to legalize psilocybin was not approved by the legislature, therefore use and distribution continue to be criminal offenses.

We have evaluated recent claims that use is protected under the Religious Freedom Restoration Act and we believe those claims to be without merit. The position of the Provo Police Department is that officers will treat psilocybin as an illegal drug and will arrest or cite users and distributors and refer charges to the Utah County Attorney's Office. We have confirmed with that office that they intend to prosecute violators."

FOX 13 News reached out to the Utah County Attorney's office for further clarification on Provo's aforementioned "position". They responded:

ADVERTISEMENT

*"Based upon research conducted by the Utah County Attorney's office, it does not appear that Singularism has Constitutional protections to either use of administer psilocybin."*

App-6:091

Meanwhile, Bridger, who founded Singularism, says they're protected by the Religious Freedom Restoration Act of the U.S. Constitution.

Bridger sent the following updated statement to FOX 13 News:

*"Singularism's attorney, Tanner Bean, states that Singularism has taken every effort to accord with state and federal constitutional and statutory religious freedom authorities which would permit its religious practices. Singularism is prepared to defend its religious freedom to, as a small religious minority group, partake of its religious rites and sacraments in a closed, supervised, and secure setting."*

*"Bridger and his team also report a pleasant meeting with the state attorney general's office requesting support for forthcoming legislation and clarification of Utah's religious freedom exemption protections."*

Copyright 2023 Scripps Media, Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

Sign up for the **Breaking News Newsletter** and receive up to date information.

| E-mail | Submit |
|--------|--------|

Sponsored

CURATION BY

App-6:092

# EXHIBIT  H



# POLICE

## Voluntary Statement Form

CASE #: 25PRO1087   DATE: 1-17-25   TIME: _____

FULL NAME: Claire Hart

STREET ADDRESS: ███████████   CITY: ████   STATE: ██ ZIP: █████

HOME PHONE: _____   CELL PHONE: ████-9979   WORK PHONE: _____

DATE OF BIRTH: ███████   DRIVER LICENSE #: _____

EMPLOYER NAME: _____   OCCUPATION: _____

**NOTICE:** Pursuant to Section 76-8-504.5 Utah Code annotated, 1653 as amended, you are notified the statements you are about to make may be presented to a magistrate or judge in lieu of your sworn testimony at a preliminary examination. **Any false statement you make, that you do not believe to be true, may subject you to criminal punishment as a Class A Misdemeanor.** I give this statement of my own free will. No promises, threats or coercion of any kind have been made to me by any Provo City Police Officer.

I was recommended to this treatment facility by my licensed therapist. I went there of my own free will & took the treatment willingly. I had a severely bad reaction to the treatment & became scared & hysterical — we called my emergency contact, he came, I called ~~the~~ my parents & we called the police because I was so scared & hysterical. The ambulance came & took me to the hospital to give me something to calm down & I was driven home by my ex husband & sister.

SIGNED: _Claire Hart_   DATE: 1-17-25

OFFICER: _____   DATE: _____ Time: _____
(Print Name / P Number)

App-6:094



# Voluntary Statement Form Continuation

CASE #: _____

PAGE #: _____

NAME: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

SIGNED: _____

DATE: _____

OFFICER:_____
(Print Name / P Number)

DATE: _____Time:_____

App-6:095

# EXHIBIT  J1

Case 2:24-cv-00887-JNP-CMR   Document 74-10   Filed 01/22/25   PageID.1919   Page
Appellate Case: 25-4115   Document: 366   Date Filed: 12/11/2025   Page: 97



Experience    Advocate

Certify

Resources & Announcements ⌄



# Experience Legal Psilocybin Therapy

We offer safe, evidence-

App-6:097

Case 2:24-cv-00887-JNP-CMR    Document 74-10    Filed 01/22/25    PageID.1920    Page
Appellate Case: 25-4115    Document 266    Date Filed: 12/11/2025    Page: 98
3 of 65



based psilocybin therapy through clinically informed and spiritually guided ceremonies. Whether you're seeking healing, personal growth, or profound spiritual insight, our sessions are designed to unlock new possibilities in a supportive, legal environment.

**Attend Our Webinar**

**Book a Consultation**

App-6:098

Case 2:24-cv-00887-JNP-CMR    Document 74-10    Filed 01/22/25    PageID.1921    Page
Appellate Case: 25-4115    Document: 4 66 5    Date Filed: 12/11/2025    Page: 99



App-6:099

## Psilocybin Therapy:

# A Breakthrough in Mental Wellness

Ready to experience life-changing growth and healing? Our guided psilocybin therapy sessions are designed to help you achieve profound mental wellness, spiritual insight, and personal transformation. Whether you're new to psilocybin therapy or want to explore how it can benefit you, our webinars and consultations are the perfect way to get started.

Appellate Case: 25-4115   Document 626-65   Date Filed: 12/11/2025   Page: 101

# Meet Our Team of Experts

We are proud to have one of the largest teams of certified psilocybin practitioners in the country, with **10 experienced guides** leading our ceremonies. Each practitioner brings a wealth of knowledge, care, and dedication, ensuring every participant is supported throughout their journey. Having a team of this size allows us to provide personalized attention and maintain the highest standards of care for all our participants.





Ready to get started?

# Two Ways to Get Started:

We offer two simple options to help you begin your healing journey with psilocybin therapy:

App-6:101

Case 2:24-cv-00887-JNP-CMR   Document 74-10   Filed 01/22/25   PageID.1924   Page
26 of 65

Appellate Case: 25-4115   Document: 723f0e1c   Date Filed: 12/11/2025   Page: 102

## Sign Up for a Webinar:

Step into the groundbreaking world of legal psychedelic therapy with our expert-led webinar. Learn about the latest research, proven therapeutic methods, and the safe, guided pathways that are reshaping mental wellness. These therapies are helping thousands transform their mental health and find renewed purpose. This is your chance to ask questions, get detailed information, and find out if psilocybin therapy is right for you.

**Attend Our Webinar**

## Book a Consultation

Take the next step toward healing by booking a one-on-one consultation with a certified practitioner. Discuss your unique goals, receive personalized advice, and explore how psilocybin therapy can bring lasting change to your life—all in a safe, supportive environment tailored to your needs.

**Book a Consultation**

Case 2:24-cv-00887-JNP-CMR   Document 74-10   Filed 01/22/25   PageID.1925   Page

Appellate Case: 25-4115   Document: 26-65   Date Filed: 12/11/2025   Page: 103

# Transform Your Life with the Nation's Largest, and Fastest Growing Psilocybin Treatment Center.

It is the mission of Singularism to provide a sacred space where science and spirituality unite, offering a holistic path to healing, growth, and self-discovery.

At the heart of our approach is the integration of evidence-based psychotherapy with the profound wisdom of centuries old entheogenic spiritual practice.

Through this unique synergy, we guide individuals toward profound insights, authentic connections, and lasting change.

Case 2:24-cv-00887-JNP-CMR   Document 74-10   Filed 01/22/25   PageID.1926   Page
Appellate Case: 25-4115   Document: 923-65   Date Filed: 12/11/2025   Page: 104

# 210
## ROUNDS SERVED

# 15,500
## HOURS PRACTICED

# 10
## TRAINED PRACTITIONERS

## Explore your Inner Universe

**Attend Our Webinar**

Learn more about our services and ceremonies at our bi-monthly webinars.

App-6:104

Case 2:24-cv-00887-JNP-CMR   Document 74-10   Filed 01/22/25   PageID.1927   Page

Appellate Case: 25-4115   Document: 26-6   Date Filed: 12/11/2025   Page: 105

10 of 65

# Why Choose Us?

Working with our life coach will empower you with the tools and guidance needed to unlock your full potential and live a fulfilling, purpose-driven life

## Nation's Largest Psilocybin Treatment Center

Join hundreds of voyagers experiencing transformational healing at the largest legal psilocybin therapy center in the country.

## Clinically Guided, Spiritually Rooted

Our approach integrates clinical safety protocols with sacred practices, ensuring a holistic and profound experience.

## Tailored Guidance from Expert Practitioners

Receive personalized care and support from highly trained practitioners who will guide you before, during, and after your journey.

App-6:105

Case 2:24-cv-00887-JNP-CMR   Document 74-10   Filed 01/22/25   PageID.1928   Page
11 of 65

Appellate Case: 25-4115   Document: 126   Date Filed: 12/11/2025   Page: 106

**Book a Consultation**



App-6:106

Case 2:24-cv-00887-JNP-CMR   Document 74-10   Filed 01/22/25   PageID.1929   Page
126 of 65

Appellate Case: 25-4115   Document: 126   Date Filed: 12/11/2025   Page: 107



⭐⭐⭐⭐⭐

*"The weight of my past traumas made every day a struggle. Through the ceremonies, I've faced these traumas head-on and found a strength I didn't know I had. I've healed more in a few sessions than in years of conventional treatments. I'm finally free to live my life to the fullest."*

**Declan E.**



⭐⭐⭐⭐⭐

*"Living with anxiety was like being in a constant battle with myself. Participating in the ceremonies taught me how to find peace within. I've learned techniques to calm my mind and heart, something I never thought possible. This experience has been a cornerstone in my journey towards inner peace."*

**Finley N.**



⭐⭐⭐⭐⭐

*"Finding Community and Belonging I've always felt like an outsider, yearning for a place where I belong. The ceremonies introduced me to a community of like-minded souls, where I was welcomed with open arms. I've found not just friends, but a spiritual family that supports and understands me."*

**Harper V.**



# Real Transf ormati



ormati

ons,

Real

Storie

s

Ready to
begin
your
healing
journey?

In the realm of
psilocybin, a
remarkable
harmony
emerges
between the

clinical and the spiritual. Experts and researchers unanimously emphasize that separating these dimensions is to miss the essence of its transformative potential. From clinical insights to profound spiritual experiences, our approach seamlessly integrates both realms. Witness how the clinical and spiritual unite, guiding

individuals
toward holistic
healing,
growth, and
enlightenment.

Book a
Consultat
ion

Case 2:24-cv-00887-JNP-CMR    Document 74-10    Filed 01/22/25    PageID.1933    Page 16 of 65

Appellate Case: 25-4115    Document: 26-6    Date Filed: 12/11/2025    Page: 111

# What is Spiritual Counseling?

Our organization's ceremonies are rooted in the belief that psilocybin is a sacred sacrament that can serve as a conduit to profound spiritual experiences.

App-6:111

Case 2:24-cv-00887-JNP-CMR    Document 74-10    Filed 01/22/25    PageID.1934    Page
Appellate Case: 25-4115    Document: 26-65    17 of 65    Date Filed: 12/11/2025    Page: 112

1/20/25, 1:40 PM



# At the heart of our spiritual practice lies the sacred tradition of **Entheogenic Spiritual Guidance**.

We integrate the profound potency of psilocybin, a revered entheogenic substance with long standing religious' use, into our own ceremonies as a means to facilitate deep spiritual connections and foster profound inner spiritual transformation. Our ceremonies are performed safely, sincerely religious', and crucial for producing the effective results from which our members reap invaluable benefits.

Case 2:24-cv-00887-JNP-CMR   Document 74-10   Filed 01/22/25   PageID.1935   Page
18 of 65

Appellate Case: 25-4115   Document 126-6   Date Filed: 12/11/2025   Page: 113

Our ceremonies are rooted in the belief that psilocybin serves as a conduit to profound spiritual experiences. Spiritual counseling is a harmonious fusion of evidence-based psychotherapy and your own personal spiritual journey.



**Our expert counselors respect and embrace your unique spiritual beliefs,** working alongside them to amplify the therapeutic effects of the medicine we utilize in our own entheogenic ceremonies. We understand that your spirituality is deeply personal, which is why our approach does not impose on your religion. Instead, we create a sacred space where clinical insights and spiritual wisdom interweave, nurturing a holistic path to healing, understanding, and growth. Uncover the transformative potential that arises from the convergence of the clinical and the spiritual, as you participate in a ceremony that celebrates both your individuality and the profound connections that unite us all.

App-6:113

Case 2:24-cv-00887-JNP-CMR   Document 74-10   Filed 01/22/25   PageID.1936   Page
18 of 65

Appellate Case: 25-4115   Document: 26   Date Filed: 12/11/2025   Page: 114

**Book a Consultation**

Follow our social accounts for
updates, stories and more:

     

Experience - Advocate - Certify -
Questions - Research -
Announcements

Copyright

©2025 PsychedelicTherapyJourney.com

App-6:114

Discover Singularism- A Legal, Safe, and Effective Path to Enlightenment With Psilocybin

Case 2:24-cv-00887-JNP-CMR    Document 74-10    Filed 01/22/25    PageID.1937    Page
Appellate Case: 25-4115    Document 26-65    Date Filed: 12/11/2025    Page: 115

9/7/25, 5:38 AM



Experience        Advocate

Certify

Resources & Announcements ⌄

# Achieve Your Potential wi th the Nation's Largest Psilocybin Treatment Center

Join hundreds of

App-6:115



voyagers discovering healing and growth through Singularism, the first legal public wellness center rooted in evidence-based practices among entheogenic religions.

Come to our webinar

Book a consultation

App-6:116

# Begin Your Journey With

# Legal Mushroom Therapy

## Clinical protocol meets spiritual awakening to bring profound transcendence

Fill out the form below and we'll email and/or call you with information about our sessions, facilitator trainings, and more.

**First Name**

_____

**Last Name**

_____

**Email**

_____

**Phone**

_____

**Postal Code**

_____

**How did you hear about us?**

Select...    ▼

_____

**What service interests you most?**

Select...    ▼

_____

**Note, Story, Question or Message:**

We love hearing anything you'll share

_____

✓  Yes, Singularism may send me occasional texts or a call
with relevant info. Text "HELP" for help or "STOP" to

App-6:117

Discover Singularism: A Legal, Safe, and Effective Path to Enlightenment With Psilocybin                    9/7/25, 5:38 AM

cancel anytime. Carriers are not liable for delayed or undelivered messages.

Learn More

App-6:118

# Transform Your Life with the Nation's Largest, and Fastest Growing Psilocybin Treatment Center.

It is the mission of Singularism to provide a sacred space where science and spirituality unite, offering a holistic path to healing, growth, and self-discovery.

At the heart of our approach is the integration of evidence-based psychotherapy with the profound wisdom of centuries old entheogenic spiritual practice.

Through this unique synergy, we guide individuals toward profound insights, authentic connections, and lasting change.

| 200 | 14,000 | 10 |
|-----|--------|-----|
| ROUNDS SERVED | HOURS PRACTICED | TRAINED PRACTITIONERS |

App-6:119

# Explore your Inner Universe

## See Our Webinar Dates



*"The weight of my past traumas made every day a struggle. Through the ceremonies, I've faced these traumas head-on and found a strength I didn't know I had. I've healed more in a few sessions than in years of conventional treatments. I'm finally free to live my life to the fullest."*

**Declan E.**



*"Living with anxiety was like being in a constant battle with myself. Participating in the ceremonies taught me how to find peace within. I've learned techniques to calm my mind and heart, something I never thought possible. This experience has been a cornerstone in my journey towards inner peace."*

**Finley N.**



*"Finding Community and Belonging I've always felt like an outsider, yearning for a place where I belong. The ceremonies introduced me to a community of like-minded souls, where I was welcomed with open arms. I've found not just friends, but a spiritual family that supports and understands me."*

**Harper V.**



# Featured in nearly 200 publications, including:







App-6:120















Cli
nic
al
or
Spi



App-6:121

Discover Singularism- A Legal, Safe, and Effective Path to Enlightenment With Psilocybin                                    9/7/25, 5:38 AM

ritual? Researchers agree that psilocybin is both a religous experince and a sho

App-6:122

Case 2:24-cv-00887-JNP-CMR    Document 74-10    Filed 01/22/25    PageID.1945    Page 28 of 65

# shows superior clinical efficacy.

In the realm of psilocybin, a remarkable harmony emerges between the clinical and the spiritual. Experts and researchers unanimously

App-6:123

Case 2:24-cv-00887-JNP-CMR   Document 74-10   Filed 01/22/25   PageID.1946   Page 9/7/25, 5:38 AM

emphasize that separating these dimensions is to miss the essence of its transformative potential. From clinical insights to profound spiritual experiences, our approach seamlessly integrates both realms. Witness how the

App-6:124

Case 2:24-cv-00887-JNP-CMR    Document 74-10    Filed 01/22/25    PageID.1947    Page

Appellate Case: 25-4115    Document: 326f65    Date Filed: 12/11/2025    Page: 125

clinical and spiritual unite, guiding individuals toward holistic healing, growth, and enlightenment.

So me of our partici pa



Are you one of our participants

App-6:125

Discover Singularism- A Legal, Safe, and Effective Path to Enlightenment with Psilocybin

nts sto rie s:

Use the arro ws to pan thro ugh our clie nts insp irati onal stor ies.

Are you one of our participants that would like to share your story?

Click here to share your testimonial

App-6:126

Case 2:24-cv-00887-JNP-CMR    Document 74-10    Filed 01/22/25    PageID.1949    Page

The testimonials are real, though some names are changed for privacy.

# Psilocybin and the Scientific Meaning of Life

Johns Hop

App-6:127

Case 2:24-cv-00887-JNP-CMR    Document 74-10    Filed 01/22/25    PageID.1950    Page 9/7/25, 5:38 AM

Appellate Case: 25-4115    Document: 326f65    Date Filed: 12/11/2025    Page: 128

kins Researcher, Mary Cosimano, shar

Case 2:24-cv-00887-JNP-CMR    Document 74-10    Filed 01/22/25    PageID.1951    Page
Appellate Case: 25-4115    Document: 326465    Date Filed: 12/11/2025    Page: 129

# Awaken Your Potential



Embark on a transformative journey that seamlessly fuses the power of Psilocybin Therapy and Spiritual Counseling. Our approach marries evidence-based clinical insights with the profound wisdom of spiritual exploration. Through carefully guided experiences and personalized counseling, we offer a holistic path to healing, self-discovery, and growth. This unique synergy allows us to address challenges on both the clinical and spiritual fronts, paving the way for profound insights, inner harmony, and lasting change.

App-6:129

Case 2:24-cv-00887-JNP-CMR    Document 74-10    Filed 01/22/25    PageID.1952    Page

Appellate Case: 25-4115    Document: 326f65    Date Filed: 12/11/2025    Page: 130

# Integrate Insights, Elevate Life: Your Journey Begins

Experience profound transformation through psilocybin spiritual counseling. Embrace a path of integration, wisdom, and inner harmony.

**Frequently Asked Questions**

App-6:130

# What is Spiritual Counseling ?

**Our organization's ceremonies are rooted in the belief that psilocybin is a sacred sacrament that can serve as a conduit to profound spiritual experiences.**

App-6:131

Case 2:24-cv-00887-JNP-CMR    Document 74-10    Filed 01/22/25    PageID.1954    Page 1 of 25, 5:38 AM

At the heart of our spiritual practice lies the sacred tradition of **Entheogenic Spiritual Guidance**. We integrate the profound potency of psilocybin, a revered entheogenic substance with long standing religious' use, into our own ceremonies as a means to facilitate deep spiritual connections and foster profound inner spiritual transformation. Our ceremonies are performed safely, sincerely religious', and crucial for producing the effective results from which our members reap invaluable benefits.

App-6:132

# Our ceremonies are rooted in the belief that psilocybin serves as a conduit to profound spiritual experiences.

App-6:133

Discover Singularism: A Legal, Safe, and Effective Path to Enlightenment With Psilocybin    1/7/25, 5:38 AM

Spiritual counseling is a harmonious fusion of evidence-based psychotherapy and your own personal spiritual journey. **Our expert counselors respect and embrace your unique spiritual beliefs,** working alongside them to amplify the therapeutic effects of the medicine we utilize in our own entheogenic ceremonies. We understand that your spirituality is deeply personal, which is why our approach does not impose on your religion. Instead, we create a sacred space where clinical insights and spiritual wisdom interweave, nurturing a holistic path to healing, understanding, and growth. Uncover the transformative potential that arises from the convergence of the clinical and the spiritual, as you participate in a ceremony that celebrates both your individuality and the profound connections that unite us all.

App-6:134

App-6:135

# Profound Spiritual Experiences Align with Scientific Advancements in Healing.

Our Approach Embraces the Holistic Benefits of Psilocybin, Fusing Spiritual and Clinical Pathways for Transformation.

*"Psilocyb in is giving us a temporar y peek into a biological process that underlies*

App-6:135

the very origin of religious and spiritual practices. What's remarkable about psilocybin is its breadth and depth of impact. It's almost unparalleled in psychiatry that a single dose of a medicine produces these kinds of dramatic and enduring results!"

**See Our Webinar Dates**

App-6:136

Case 2:24-cv-00887-JNP-CMR   Document 74-10   Filed 01/22/25   PageID.1959   Page

Appellate Case: 25-4115   Document: 426f65   Date Filed: 12/11/2025   Page: 137

App-6:137

-Dr.
Roland
R.
Griffith
s,

**Professor of**
**Behavioral**
**Biology,**
**Psychiatry,**
**and**
**Neuroscienc**
**e at Johns**
**Hopkins**
**University**

Discover Singularism: A Legal, Safe, and Effective Path to Enlightenment With Psilocybin

# Entheogenic Spiritual Guidance: Nurturing Transformative Connection

At the heart of our spiritual practice lies the sacred tradition of Entheogenic Spiritual Guidance. We integrate the profound potency of psilocybin, a revered entheogenic substance, into our ceremonies as a means to facilitate deep spiritual connections and foster profound inner transformation. Our ceremonies are designed to be safe, sincerely religious, and crucial for producing the effective results from which our members reap invaluable benefits.

**Sincere**     **Safe**     **Necessary**

App-6:138

Our ceremonies are rooted in the belief that psilocybin is a sacred sacrament that can serve as a conduit to profound spiritual experiences. Embracing ancient wisdom and modern insights, **we honor the rich tapestry of spiritual traditions. Through the careful guidance of our practitioners,** we facilitate an encounter with the divine that aligns with your personal religious beliefs, fostering an experience that resonates with your heart and soul.

Our commitment to safety ensures that your journey unfolds within a space of trust and reverence.

Our **fusion of spiritual wisdom and clinical rigor** ensures that your journey with us is not only spiritually enriching but also conducted with the highest standards of safety and care. Your well-being remains at the heart of everything we do, as we guide you toward transformative experiences that embrace the best of both worlds.

The efficacy of our Entheogenic Spiritual Guidance stems from its necessity in driving **transformative change. By intertwining the power of psilocybin with sincere religious practices,** we create a synergy that unlocks hidden truths within your consciousness. Our ceremonies are carefully structured to be catalysts for self-discovery, personal growth, and profound insights that can lead to lasting positive change in your life.

**Frequently Asked Questions**

Copyright 2024 Singularism.org

App-6:139

Case 2:24-cv-00887-JNP-CMR   Document 74-10   Filed 01/22/25   PageID.1962   Page
45 of 65

Appellate Case: 25-4115   Document: 4526665   Date Filed: 12/11/2025   Page: 140



Experience        Advocate

Certify

Resources & Announcements ∨

Case 2:24-cv-00887-JNP-CMR   Document 74-10   Filed 01/22/25   PageID.1963   Page
46 of 65
Appellate Case: 25-4115   Document: 26-3   Date Filed: 12/11/2025   Page: 141

## Frequently Asked Questions:

# Learn More About Our Entheogenic Ceremonies

Clinical therapy methods meet spiritual process to bring profound transcendence

# Welcome



FAQs: Legal Mushroom Therapy Singularism: Embrace Oneness for a Transcendent Life

Case 2:24-cv-00887-JNP-CMR   Document 74-10   Filed 01/22/25   PageID.1964   Page
Appellate Case: 25-4115   Document: 26-6   Date Filed: 12/11/2025   Page: 142
47 of 65

1/20/25, 1:38 PM



# to our FAQ page

Click on the question below to jump down the page and get your answer. Or just scroll down to see them all.

Q: What is Psychedelic Therapy Journey?

Q: How Do We Ensure the Legal Use of Entheogens?

Q: How Safe Are Magic Mushrooms?

Q: How Does Singularism Differ from Informal and Non-Institutional Psychedelic Practices?

Q: What Does It Mean That Singularism is "Faith Affirming"?

Q: How Effective Are

App-6:142

Case 2:24-cv-00887-JNP-CMR    Document 74-10    Filed 01/22/25    PageID.1965    Page
48 of 65

Appellate Case: 25-4115    Document: 26-6    Date Filed: 12/11/2025    Page: 143

Singularism's Entheogenic Practices in Promoting Personal Growth?

Q: Can Anyone Participate in Singularism's Ceremonies?

Q: What Preparation is Required Before Participating in Entheogenic Sessions?

Q: Can Anyone Participate in Singularism's Ceremonies?

Q: How Can I Get Started with Singularism?

# Q: What is Psychedelic Therapy Journey?

Appellate Case: 25-4115    Document: 426f65    Date Filed: 12/11/2025    Page: 144

**A:** Psychedelic Therapy Journey is a professional organization offering legal psilocybin therapy to promote mental, emotional, and spiritual healing. Through our carefully guided ceremonies, participants are able to explore deep personal insights, address mental health challenges, and experience lasting transformation. We combine evidence-based therapeutic practices with the profound benefits of psilocybin, all within a safe, structured, and legally compliant environment. Whether you're seeking mental wellness or spiritual growth, our therapy sessions provide a path for discovery and healing.



**The "Golden Teacher" mushrooms** are among nature's most profound guides to ego dissolution and spiritual enlightenment. In our practice, these entheogens serve as the key to unlocking a deeper understanding of the self and the universe. Through safe, thoughtful and respectful use, we journey beyond the confines of the ego, embracing the interconnectedness of all existence.

**Attend Our Webinar**    **Book a Consultation**

Case 2:24-cv-00887-JNP-CMR   Document 74-10   Filed 01/22/25   PageID.1967   Page
5 of 65
Appellate Case: 25-4115   Document: 26   Date Filed: 12/11/2025   Page: 145



# Q: How Does Psychedelic Therapy Journey Ensure the Legal Use of Entheogens?

**A: Pioneering legal pathways for spiritual wellness, we partner with Singularism to stand at the forefront of the psychedelic revolution, securing legal protection for the use of psilocybin. Our practices are meticulously aligned with legal frameworks that honor the religious and sacred use of entheogens**

Our psilocybin therapy sessions are conducted under federal legal exemptions for religious and ceremonial use of entheogens, including psilocybin. These exemptions are protected under the First Amendment of the U.S. Constitution, which safeguards religious freedom. As a result, our organization operates within a legal framework that permits the use of psilocybin for spiritual and therapeutic purposes. We adhere strictly to both federal and state laws,



**Psychedelic Therapy Journey** is committed to ensuring

App-6:145

Case 2:24-cv-00887-JNP-CMR   Document 74-10   Filed 01/22/25   PageID.1968   Page
51 of 65

Appellate Case: 25-4115   Document: 126   Date Filed: 12/11/2025   Page: 146

ensuring full compliance with all legal requirements. By maintaining rigorous safety and ethical standards, we offer participants the therapeutic benefits of psilocybin in a fully protected and lawful setting. Our practices are reviewed regularly to ensure ongoing legal compliance, providing participants with confidence in the safety and legality of our services.

In addition to legal compliance, we uphold clinical safety protocols and best practices to ensure a respectful, controlled, and secure environment for all participants.

safe, legal access to psilocybin therapy. Operating under protections granted by the Religious Freedom Restoration Act and the U.S. Constitution, we are supported by key legal precedents that affirm the right to practice therapeutic and spiritual psilocybin use. Our organization serves as a leader in legal advocacy, championing the importance of compliance and safety while promoting psilocybin's role in transformative healing and personal growth. Trust in both our legal foundation and our dedication to wellness.



# Q: How Safe Are Magic Mushrooms?

**A: Entheogenic practices within Singularism prioritize safety, with structured protocols and experienced facilitators overseeing every session.**

App-6:146

Case 2:24-cv-00887-JNP-CMR   Document 74-10   Filed 01/22/25   PageID.1969   Page
52 of 65

Appellate Case: 25-4115   Document: 526   Date Filed: 12/11/2025   Page: 147

Yes, psilocybin therapy has been studied extensively, and under the right conditions, it is considered very safe. At Psychedelic Therapy Journey, we follow strict clinical safety protocols, including thorough screening processes to ensure participants are physically and mentally prepared for the experience. Our certified practitioners are trained to guide each session with care and expertise, helping participants navigate their journey safely. The combination of professional guidance, legal oversight, and a controlled environment reduces risks and ensures a supportive therapeutic experience.



**The Safest of all Substances:** Above a thorough study of more then 120,000 emergency room visits from 50 different countries found that magic mushrooms appear to be the safest of all mind altering substances, Mushrooms caused exactly zero deaths.

**Click below to learn more about the meticulous care and planning that underpin the safety of your spiritual journey.**

**Book a Consultation**

App-6:147

Case 2:24-cv-00887-JNP-CMR    Document 74-10    Filed 01/22/25    PageID.1970    Page
53 of 65

Appellate Case: 25-4115    Document: 26    Date Filed: 12/11/2025    Page: 148

# Q: How Does Psychedelic Therapy Journey Differ from Informal Psychedelic Practices?

A: Professionalism and Structure sets our ceremonies apart from the "backyard shaman", recreational festivals, and the psychedelic tourism practices. We distinguish our approach by prioritizing safety, consistency, and informed practices. Unlike informal or non-institutional experiences, our structured ceremonies are guided by facilitators, under supervision, and with ongoing trainings - ensuring a safe and transformative journey for each participant.

App-6:148

Case 2:24-cv-00887-JNP-CMR   Document 74-10   Filed 01/22/25   PageID.1971   Page
54 of 65
Appellate Case: 25-4115   Document: 526   Date Filed: 12/11/2025   Page: 149

Psychedelic Therapy Journey provides a structured, professional, and legal approach to psilocybin therapy, distinguishing us from informal or recreational practices. Our sessions are facilitated by certified practitioners who are trained in both clinical safety and therapeutic techniques, ensuring that each participant receives personalized guidance. We operate under legal exemptions, which means we adhere to strict safety standards and protocols not found in casual settings. This commitment to professionalism and legality sets us apart, providing participants with a deeply transformative yet secure experience.

**Click below to learn more about the meticulous care and planning that underpin the safety of your spiritual journey.**



**Our commitment to professionalism** transcends mere procedure, embedding a journey that is as profound and transformative as it is safeguarded and respectful of each individual's needs and boundaries. Singularism invites participants to embark on a path of spiritual discovery led by experts devoted to delivering meaningful, integrated experiences. This dedication starkly contrasts with the unpredictability and potential hazards present in more informal settings, offering a sanctuary for those seeking a profound connection and transformation within a framework of trust and integrity.



App-6:149

# Q: What Does It Mean That Our Practice is "Faith Affirming"?

A: Our approach is to enhance and affirm the personal faith journey of each voyager, welcoming individuals from all faith backgrounds to explore their highest selves through our ceremonies.

App-6:150

Case 2:24-cv-00887-JNP-CMR    Document 74-10    Filed 01/22/25    PageID.1973    Page
56 of 65
Appellate Case: 25-4115    Document: 526-6    Date Filed: 12/11/2025    Page: 151

We stand out as a unique spiritual practice that not only respects but actively supports the diverse faith backgrounds of its participants. Our highly trained facilitators are skilled in guiding participants through experiences that aim to unlock and affirm their highest selves, and to do so within the context of without seeking to change their foundational beliefs. This inclusive approach allows participants from any faith to engage with our ceremonies in a way that harmonizes with and enriches their personal spiritual journey. By supporting, affirming rather than altering deeply held beliefs, Singularism provides a supportive space for individuals to explore profound spiritual experiences that complement and enhance their own faith.



**We invite all to partake:** Our ceremonies celebrate the beauty of shared spiritual exploration, welcoming all faiths in the journey toward enlightenment and personal growth.

**Attend Our Webinar**



App-6:151

Case 2:24-cv-00887-JNP-CMR    Document 74-10    Filed 01/22/25    PageID.1974    Page

Appellate Case: 25-4115    Document: 5-6 of 65    Date Filed: 12/11/2025    Page: 152

# Q: The Effectiveness of Psilocybin Therapy

**A: Yes, our ceremonies are extremely effective. Our entheogenic practices are highly effective in promoting personal growth, offering profound insights and lasting positive changes in participants' lives.**

Research spearheaded by leading institutions has unveiled striking findings regarding the efficacy of psilocybin in inducing what is often described as the "mystical experience." For instance, a landmark study by Johns Hopkins University revealed that **a single dose of psilocybin produced substantial and enduring decreases in depression and anxiety in 80% of participants, with effects lasting up to six months.** Another pivotal study indicated that psilocybin-assisted therapy could significantly enhance life satisfaction and increase feelings of interconnectedness, with a staggering 70% of study participants ranking their psilocybin experience among the top five most spiritually significant experiences of their lives.

These statistics underscore the transformative power of



**Johns Hopkins Researcher Mary Cosimano** shares promising results from clinical trials of guided psilocybin sessions being utilized in the treatment of addiction, depression, and cancer/end-of-life. The impressive results offer much hope for an effective treatment to heal "hearts and minds." One of Mary's key observations is the importance of love and connection — it seems, love is literally part of the answer.

App-6:152

Case 2:24-cv-00887-JNP-CMR    Document 74-10    Filed 01/22/25    PageID.1975    Page 58 of 65

Appellate Case: 25-4115    Document: 6    Date Filed: 12/11/2025    Page: 153

psilocybin when utilized within the framework of a carefully curated spiritual practice. Singularism's ceremonies leverage this scientific understanding, offering participants a pathway to explore the depths of their being and connect with a sense of unity and purpose that transcends ordinary experience. Through this integration of science and spirituality, Singularism fosters a space where individuals can encounter the profound healing and growth potential of the mystical experience, guided by the best practices derived from both ancient wisdom and contemporary research.



# Q: What Preparation is Required Before Participating in Entheogenic Sessions?

**A:** Participants must engage in several preparatory steps that include mental, physical, and spiritual readiness exercises, alongside an understanding of the entheogenic substance to be used.

App-6:153

Case 2:24-cv-00887-JNP-CMR   Document 74-10   Filed 01/22/25   PageID.1976   Page
Appellate Case: 25-4115   Document: 59 of 65   Date Filed: 12/11/2025   Page: 154

Preparing for a psilocybin therapy session involves both mental and physical readiness. Participants are encouraged to approach the experience with openness and intention, and we provide guidance on how to mentally prepare through mindfulness practices, journaling, or meditation. Additionally, dietary recommendations may be given to ensure your body is in an optimal state for the session. Our team provides detailed preparation guidelines to help you enter the experience with clarity and focus, maximizing the therapeutic benefits.



**Click below to learn more about the meticulous care and planning that underpin the safety of your spiritual journey.**

**Book a Consultation**



App-6:154

Case 2:24-cv-00887-JNP-CMR   Document 74-10   Filed 01/22/25   PageID.1977   Page
Appellate Case: 25-4115   Document: 26-3   Date Filed: 12/11/2025   Page: 155
60 of 65

# Q: What Are the Core Beliefs of Psychedelic Therapy Journey?

A: The core beliefs of Psychedelic Therapy Journey revolve around the intrinsic connection between individuals, the universe, and the transformative power of entheogenic experiences.

Case 2:24-cv-00887-JNP-CMR    Document 74-10    Filed 01/22/25    PageID.1978    Page 51 of 65

Appellate Case: 25-4115    Document: 126-6    Date Filed: 12/11/2025    Page: 156

Our contemporary religion offers a unique path beyond traditional spiritual boundaries, inviting open-hearted exploration without demanding unwavering devotion. Free from dogma, we harbor a faith of compassion, extracting profound insights from our ceremonies that foster healing and well-being globally.

Central to our practice is "ego disillusionment," a journey towards the mystical experience of unity and interconnectedness. Our ceremonies blend spiritual depth with clinical insights, led by clergy skilled in both realms, ensuring a profound yet safe exploration of consciousness.

We invite you into this transformative experience, where dissolving the ego reveals the spirit's limitless potential. Join us in a shared mission to enlighten and heal, embodying compassion and unity. This is the heart of our practice: a call to discover your true self and, in doing so, enrich the world around us.



**More then a Philosophy:** Our belief system emphasizes the unity of all existence, the value of introspection, and the transformative potential of experiencing altered states of consciousness. Singularism advocates for the cultivation of spiritual awareness, ethical living, and the pursuit of wisdom through direct, experiential understanding facilitated by entheogens.

App-6:156

Case 2:24-cv-00887-JNP-CMR   Document 74-10   Filed 01/22/25   PageID.1979   Page
62 of 65
Appellate Case: 25-4115   Document: 26   Date Filed: 12/11/2025   Page: 157



# Q: Can Anyone Participate in Singularism's Ceremonies?

**A:** Singularism welcomes individuals who are sincerely seeking spiritual growth and are open to the responsible use of entheogens in a sacred context.

Singularism is inclusive, inviting individuals from all walks of life who resonate with our core beliefs and are interested in exploring spirituality through entheogenic practices. Prospective members undergo a thoughtful orientation process, formal screening process, and in initial consultation to ensure alignment with our values and readiness for our ceremonies.

Our community is built on mutual respect, openness, and a shared commitment to personal and collective evolution. While anyone may apply, our ceremonies are closed to the public and facilitated privately for the protection and safety of our participants.



App-6:157

Case 2:24-cv-00887-JNP-CMR    Document 74-10    Filed 01/22/25    PageID.1980    Page
63 of 65

Appellate Case: 25-4115    Document: 526-6    Date Filed: 12/11/2025    Page: 158

# Q: How Can I Get Started with Singularism?

**A:** To start your Singularism journey, begin by attending our introductory webinar, offering an insightful overview of our practices and philosophy. Follow this with a personal consultation to discuss how our path can align with your spiritual aspirations, setting the stage for a transformative experience.

Starting your journey with psilocybin therapy is simple. You can sign up for a modestly priced consultation with one of our certified practitioners, or attend a free webinar to learn more about how psilocybin therapy can benefit you.

1. During the consultation, we'll assess your needs, discuss your goals, and help you determine the best way forward. Whether you're ready to schedule a session or just want to explore your options, our team is here to guide you through the process.

2. In the webinar, you'll gain a deeper understanding of psilocybin therapy, including how it works, its benefits, and

App-6:158

Case 2:24-cv-00887-JNP-CMR   Document 74-10   Filed 01/22/25   PageID.1981   Page
64 of 65

what to expect in a session. Our experienced team will guide you through the therapeutic process, answer any questions, and provide insights into how this therapy can support your personal healing goals.

**Click below to learn more about the meticulous care and planning that underpin the safety of your spiritual journey.**

| Book a Consultation | Attend Our Webinar |
|---|---|

App-6:159

Follow our social accounts for updates,

stories and more:

**Experience - Advocate - Certify - Questions - Research - Announcements**

Copyright

©2025 PsychedelicTherapyJourney.com

App-6:160

# EXHIBIT  J2

Case 2:24-cv-00887-JNP-CMR    Document 74-11    Filed 01/22/25    PageID.1984    Page 1 of 12
12/3/24, 6:10 PM
Appellate Case: 25-4115    Document 26-63    Date Filed: 12/11/2025    Page: 162
Experience another breakthrough with Bridger Lee Jensen





App-6:163

# Want to learn more?

## Get informed and stay informed to be part if the psychedelic transformation:

Interested in expanding your knowledge? Join Bridger Lee Jensen for a live webinar. To receive an invitation or gather more information about this event and other exciting opportunities, consider subscribing to our newsletter. By doing so, you'll gain access to webinar invitations, exclusive updates, valuable resources, and the chance to secure early access to upcoming courses and private events!

First Name

Last Name

Email

Phone

Zip Code

✓ Privacy & Agreement. By clicking here you agree to get a confirmation text and email and our news letters.

**Sign Up**

App-6:164

Experience another breakthrough with Bridger Lee Jensen

Case 2:24-cv-00887-JNP-CMR    Document 74-11    Filed 01/22/25    PageID.1987    Page
Appellate Case: 25-4115    Document: 528-63    Date Filed: 12/11/2025    Page: 165

5 of 13

12/3/24, 6:10 PM

Follow our social accounts for
updates, stories and more:

    

## Experience - Advocate - Certify - Questions - Research - Announcements

Copyright

©2025 PsychedelicTherapyJourney.com

**bridger@utahmushroomtherapy.org**

**PHONE:** 435.800.1969

# Explore my companies and resources below

App-6:165



It is the mission of Singularism to provide a sacred space where science and spirituality unite, offering a holistic path to healing, growth, and self-discovery. At the heart of our approach is the integration of evidence-based psychotherapy with the profound wisdom of entheogenic spiritual practices. Through this unique synergy, we guide individuals toward profound insights, authentic connections, and lasting change. Learn more at Singularism.org



Utah Psychedelic Therapy is dedicated to advocating for the safe and legal use of psychedelic-assisted therapy and sincere religous use. Our lobbying and advocacy work aims to educate lawmakers, healthcare professionals, and the public about the benefits of psychedelic-assisted therapy in treating a range of mental health conditions. By raising awareness, offering online resources, and promoting evidence-based research, we hope to remove the stigma surrounding psychedelics and expand access to this promising form of therapy for those who need it most.







Mental Gurus was a large scale ethical data company that combined the power of machine learning with psychometrics. It was operable from 2013 to 2023 when Bridger exited the project.  This early AI created online mental wellness and personality tests, that benefited the users by providing AI based reports and recommendations. The website creates online tools with which individuals can gain greater self-awareness about themselves and their loved ones, understand strengths and weaknesses with greater insight, and find meaningful tips for personal growth and happiness. Through unique and completely free evaluations, individuals get customized feedback, detailed information, resources, and tested recommendations that contribute to success and well-being.



Experience another breakthrough with Bridger Lee Jensen

Case 2:24-cv-00887-JNP-CMR    Document 74-11    Filed 01/22/25    PageID.1990    Page
Appellate Case: 25-4115    Document: 828-63    Date Filed: 12/11/2025    Page: 168

12/3/24, 6:10 PM
8 of 13



Welcome to RevealMyself.com, a pioneering platform dedicated to empowering individuals in their journey towards building resilience and realizing their fullest potential. Our unique approach transcends traditional therapy and online courses, merging evidence-based models with profound insights from the social sciences. We believe in not just changing, but revealing the true essence of who you are.





Psychedeliccon.org hosts an annual conference that brings together leading experts, researchers, and advocates in the field of psychedelic-assisted therapy. This cutting-edge conference features keynote speakers, panel discussions, workshops, and networking opportunities for individuals and organizations interested in the potential of psychedelic-assisted therapy. Attendees can learn about the latest research, trends, and developments in this exciting field, while connecting with like-minded individuals and organizations. Don't miss the opportunity to join this vibrant community and explore the potential of psychedelic-assisted therapy at the next Psychedeliccon.org conference.

# About Bridger

---

Bridger's career in mental health began in 2002, when he worked as a guide for a prominent outdoor behavioral healthcare clinic for youth. Bridger facilitated over 400 seminars and presented in dozens of conferences before earning his undergraduate degree in therapeutic recreation and his master's degree in counseling psychology.

Having gained a national reputation as a therapist, Bridger conceptualized Mental Gurus in response to

App-6:169

Case 2:24-cv-00887-JNP-CMR   Document 74-11   Filed 01/22/25   PageID.1992   Page 10 of 13

Appellate Case: 25-4115   Document: 26-3   Date Filed: 12/11/2025   Page: 170

losing several youthful clients to suicide. His dedication to his work and his passion for human consciousness led him to see the potential for artificial intelligence to improve psychotherapy and psychometrics.



Bridger's passion for alleviating human suffering led him to utilize technology in creating a powerful psychometrics engine, which is now widely used for personality and mental wellness.

Today Bridger is an active advisor and consultant to well known companies and high profile individuals. Specializing in clinical

App-6:170

**psycedelic integration,
Bridger embodies
leadership and
passion, which
has brought his
multiple teams
together.**

**When not
working, Bridger
enjoys spending
time with his
family, including
four children in
the outdoors.
Bridger is also an
accomplished
artist with a love
for sculpting,
poetry, dance,
and photography,
having received
several grants
and awards for
his work, which
has been
displayed
nationally in
various
exhibitions.**

App-6:171

# Sign up for my newsletter or send a message

 

Enter your name and email below to get updates form my organizations and activity or just use this form to send me a message.

First Name

Last Name

Phone

Email

Message

SIGN UP

App-6:172



bridger@utahmushroomtherapy.org

**PHONE:** 435.800.1969

# EXHIBIT  J3

Case 2:24-cv-00887-JNP-CMR    Document 74-12    Filed 01/22/25    PageID.1997    Page
Appellate Case: 25-4115    Document: 26-8    Date Filed: 12/11/2025    Page: 175



Experience        Advocate

Certify

Resources & Announcements ⌄

# Welcome to Psychedelic Therapy Journey

The Nation's Largest Private Psilocybin Wellness Center, where evidence based methods make a profound transformational process.

App-6:175

Appellate Case: 25-4115 Document 326-30 Date Filed: 12/11/2025 Page: 176



App-6:176

Case 2:24-cv-00887-JNP-CMR   Document 74-12   Filed 01/22/25   PageID.1999   Page

Appellate Case: 25-4115   Document: 426-30   Date Filed: 12/11/2025   Page: 177

12/6/24, 6:29 PM

# 5 ways to
# Begin Your
# Voyage Below:



We offer 5 ways to begin your Psychedelic Therapy Journey. Below, you'll find information on how to:

1. Experience our guided ceremonies

2. Become a certified practitioner

3. Help us legalize psilocybin therapy for others

4. Attend our events and webinars

5. Explore our research, readings, and media links

App-6:177

Case 2:24-cv-00887-JNP-CMR    Document 74-12    Filed 01/22/25    PageID.2000    Page
Appellate Case: 25-4115    Document: 526-30    Date Filed: 12/11/2025    Page: 178



# 1. Experience Psilocybin Therapy

We offer participation in legal psilocybin therapy through our safe and clinically informed ceremonies. Whether you're seeking mental wellness, spiritual insight, or personal growth, our evidence-based approach will guide you toward profound new possibilities.

**Your Journey includes:**

- Clinically Informed, Evidence-Based Model
- Opportunity to experience the propound
- Expert Practitioners
- Personalized Guidance
- Aesthetic Environment to Journey Within
- Profound Mental and Spiritual Experience
- A Safe, Legal and Supportive Team

**Book a Consultation**

# 2. Become a Certified Psychedelic Practitioner



App-6:178

Case 2:24-cv-00887-JNP-CMR   Document 74-12   Filed 01/22/25   PageID.2001   Page

Appellate Case: 25-4115   Document: 626-30   Date Filed: 12/11/2025   Page: 179



Are you ready to guide others on their healing journey? At Psychedelic Therapy Journey, we offer world-class training programs through our Psychedelic Therapy Academy. Gain the knowledge, skills, and hands-on experience needed to become an expert in psilocybin therapy and join the largest team of certified practitioners in the nation.

**Your Path to Mastery:**

- Nations only practicum based experience
- Comprehensive Training in Psilocybin Therapy
- Hands-On Practicums and Real-World Experience
- Certification from a Leading Academy
- Opportunities to Join the Nation's Largest Team
- Ongoing Support and Professional Growth

**Train in our Academy**

App-6:179

Psychedelic Therapy Journey | Legal Psilocybin Therapy & Practitioner Training    12/6/24, 6:29 PM



## 3. Attend our events and webinars

### Join the Movement for Therapeutic Freedom

Psilocybin therapy is transforming lives, but legal barriers still prevent many from accessing its healing potential. By supporting our efforts to legalize psilocybin therapy, you can be part of a historic movement to expand access to this life-changing treatment.

**Sign Our Petition**

App-6:180

# 4. Attend Our Free Events & Webinars

Our events and webinars provide a unique opportunity to learn more about psilocybin therapy, the science behind it, and its profound spiritual and mental health benefits. Whether you're curious about experiencing a ceremony, becoming a certified practitioner, or supporting the legalization movement, our events are tailored to guide you through every step of the journey.

**Your Path to Mastery:**

- Expert-Led Webinars
- Workshops & Training Sessions
- Q&A with Industry Leaders
- Certification from a Leading Academy
- Stay Informed on Courses, Seminars and More
- Ongoing Supports for and Professional Growth





Attend Our Webinar

App-6:181

Case 2:24-cv-00887-JNP-CMR    Document 74-12    Filed 01/22/25    PageID.2004    Page
Appellate Case: 25-4115    Document: 20-30    Date Filed: 12/11/2025    Page: 182



# 5. Explore our research, readings, and media links

Discover a wealth of knowledge in our curated collection of research articles, insightful readings, and engaging media content. Dive into our blog to explore the latest advancements in psychedelic therapy, inspiring success stories, and expert perspectives. Whether you're a seasoned professional or just beginning your journey, our resources are designed to inform, inspire, and guide you on the path to mental wellness and transformation.

## COMING SOON

App-6:182

# Transform Your Life with the Nation's Largest, and Fastest Growing Psilocybin Treatment Center.

It is the mission of Singularism to provide a sacred space where science and spirituality unite, offering a holistic path to healing, growth, and self-discovery.

At the heart of our approach is the integration of evidence-based psychotherapy with the profound wisdom of centuries old entheogenic spiritual practice.

Through this unique synergy, we guide individuals toward profound insights, authentic connections, and lasting change.

## 210
ROUNDS SERVED

## 14,000
HOURS PRACTICED

## 10
TRAINED PRACTITIONERS

App-6:183

Case 2:24-cv-00887-JNP-CMR    Document 74-12    Filed 01/22/25    PageID.2006    Page
Appellate Case: 25-4115    Document: 126    Date Filed: 12/11/2025    Page: 184
11 of 30

# Explore your Inner Universe

## Attend Our Webinar

Learn more about our services and ceremonies at our bi-monthly webinars.







*"The weight of my past traumas made every day a struggle. Through the ceremonies, I've faced these traumas head-on and found a strength I didn't know I had. I've healed more in a few sessions than in years of conventional treatments. I'm finally free to live my life to the fullest."*

DECLAN E.

*"Living with anxiety was like being in a constant battle with myself. Participating in the ceremonies taught me how to find peace within. I've learned techniques to calm my mind and heart, something I never thought possible. This experience has been a cornerstone in my journey towards inner peace."*

FINLEY N.

*"Finding Community and Belonging I've always felt like an outsider, yearning for a place where I belong. The ceremonies introduced me to a community of like-minded souls, where I was welcomed with open arms. I've found not just friends, but a spiritual family that supports and understands me."*

HARPER V.

App-6:184

Psychedelic Therapy Journey | Legal Psilocybin Therapy & Practitioner Training    12/5/24, 6:29 PM

Case 2:24-cv-00887-JNP-CMR    Document 74-12    Filed 01/22/25    PageID.2007    Page
Appellate Case: 25-4115    Document: 26    Date Filed: 12/11/2025    Page: 185
12 of 30

# Featured in nearly 200 publications, including:



















Cli



App-6:185

Case 2:24-cv-00887-JNP-CMR   Document 74-12   Filed 01/22/25   PageID.2008   Page
13 of 30

Appellate Case: 25-4115   Document: 126-6   Date Filed: 12/11/2025   Page: 186

nical or Spiritual?

**Researchers agree that psilocybin is both a**

Case 2:24-cv-00887-JNP-CMR   Document 74-12   Filed 01/22/25   PageID.2009   Page 14 of 30

Appellate Case: 25-4115   Document: 26-6   Date Filed: 12/11/2025   Page: 187

relig
ous
exp
erin
ce
and
a
sho
ws
sup
erio
r
clini
cal
effic
acy.

In the realm of psilocybin, a remarkable harmony emerges between

App-6:187

Case 2:24-cv-00887-JNP-CMR Document 74-12 Filed 01/22/25 PageID.2010 Page 15 of 30

the clinical and the spiritual. Experts and researchers unanimously emphasize that separating these dimensions is to miss the essence of its transformative potential. From clinical insights to profound spiritual experiences, our

App-6:188

Case 2:24-cv-00887-JNP-CMR    Document 74-12    Filed 01/22/25    PageID.2011    Page 16 of 30

approach seamlessly integrates both realms. Witness how the clinical and spiritual unite, guiding individuals toward holistic healing, growth, and enlightenment.

So me of our



"The weight of my past traumas made

App-6:189

Case 2:24-cv-00887-JNP-CMR　Document 74-12　Filed 01/22/25　PageID.2012　Page 16 of 30

12/6/24, 6:29 PM



par tici pa nts sto rie s:

Use the arro ws to pan thro ugh our clie nts insp

Are you one of our participants that would like to share your story?
Click here to share your testimonial

App-6:190

Case 2:24-cv-00887-JNP-CMR    Document 74-12    Filed 01/22/25    PageID.2013    Page
Appellate Case: 25-4115    Document: 26-30    Date Filed: 12/11/2025    Page: 191
18 of 30

**irati**
**onal**
**stor**
**ies.**

The
testimon
ials are
real,
though
some
names
are
changed
for
privacy.

# Psilocybin and the Scientific Meaning of Life

Jo

App-6:191

Case 2:24-cv-00887-JNP-CMR   Document 74-12   Filed 01/22/25   PageID.2014   Page 19 of 30
Appellate Case: 25-4115   Document: 26   Date Filed: 12/11/2025   Page: 192

hns Hopkins Researcher, Mary Cosimano, shares

Case 2:24-cv-00887-JNP-CMR    Document 74-12    Filed 01/22/25    PageID.2015    Page
226 of 30

Appellate Case: 25-4115    Document 226f30    Date Filed: 12/11/2025    Page: 193

# Awaken Your Potential



Embark on a transformative journey that seamlessly fuses the power of Psilocybin Therapy and Spiritual Counseling. Our approach marries evidence-based clinical insights with the profound wisdom of spiritual exploration. Through carefully guided experiences and personalized counseling, we offer a holistic path to healing, self-discovery, and growth. This unique synergy allows us to address challenges on both the clinical and spiritual fronts, paving the way for profound insights, inner harmony, and lasting change.

**Book a Consultation**

App-6:193

Case 2:24-cv-00887-JNP-CMR    Document 74-12    Filed 01/22/25    PageID.2016    Page
Appellate Case: 25-4115    Document: 22-6    Date Filed: 12/11/2025    Page: 194
21 of 30



# Integrate Insights, Elevate Life: Your Journey Begins

Experience profound transformation through psilocybin spiritual counseling. Embrace a path of integration, wisdom, and inner harmony.

**Frequently Asked Questions**

App-6:194

Case 2:24-cv-00887-JNP-CMR   Document 74-12   Filed 01/22/25   PageID.2017   Page

Appellate Case: 25-4115   Document: 26f30   Date Filed: 12/11/2025   Page: 195

# What is Spiritual Counseling ?

**Our organization's ceremonies are rooted in the belief that psilocybin is a sacred sacrament that can serve as a conduit to profound spiritual experiences.**

App-6:195



At the heart of our spiritual practice lies the sacred tradition of **Entheogenic Spiritual Guidance**. We integrate the profound potency of psilocybin, a revered entheogenic substance with long standing religious' use, into our own ceremonies as a means to facilitate deep spiritual connections and foster profound inner spiritual transformation. Our ceremonies are performed safely, sincerely religious', and crucial for producing the effective results from which our members reap invaluable benefits.

App-6:196

Case 2:24-cv-00887-JNP-CMR   Document 74-12   Filed 01/22/25   PageID.2019   Page
226 of 30

Our ceremonies are
rooted in the belief
that
psilocybin serves as
a conduit to
profound spiritual
experiences.

App-6:197



Spiritual counseling is a harmonious fusion of evidence-based psychotherapy and your own personal spiritual journey. **Our expert counselors respect and embrace your unique spiritual beliefs,** working alongside them to amplify the therapeutic effects of the medicine we utilize in our own entheogenic ceremonies. We understand that your spirituality is deeply personal, which is why our approach does not impose on your religion. Instead, we create a sacred space where clinical insights and spiritual wisdom interweave, nurturing a holistic path to healing, understanding, and growth. Uncover the transformative potential that arises from the convergence of the clinical and the spiritual, as you participate in a ceremony that celebrates both your individuality and the profound connections that unite us all.

Case 2:24-cv-00887-JNP-CMR  Document 74-12  Filed 01/22/25  PageID.2021  Page
26 of 30

Appellate Case: 25-4115  Document: 26-6  Date Filed: 12/11/2025  Page: 199

App-6:199

# Profound Spiritual Experiences Align with Scientific Advancements in Healing.

Our Approach Embraces the Holistic Benefits of Psilocybin, Fusing Spiritual and Clinical Pathways for Transformation.

"Psilocybin is giving us a temporary peek into a biological process that underlies the very

Case 2:24-cv-00887-JNP-CMR   Document 74-12   Filed 01/22/25   PageID.2022   Page 26 of 30
Appellate Case: 25-4115   Document: 26-6   Date Filed: 12/11/2025   Page: 200



**Attend Our Webinar**

origin of religious and spiritual practices.

*What's remarkable about psilocybin is its breadth and depth of impact. It's almost unparalleled in psychiatry that a single dose of a medicine produces these kinds of dramatic and enduring results!"*

-Dr. Roland R. Griffith

App-6:200

Case 2:24-cv-00887-JNP-CMR   Document 74-12   Filed 01/22/25   PageID.2023   Page 26 of 30

Appellate Case: 25-4115   Document: 226   Date Filed: 12/11/2025   Page: 201

S,

**Professor of Behavioral Biology, Psychiatry, and Neuroscience at Johns Hopkins University**

# Entheogenic Spiritual Guidance: Nurturing Transformative Connection

At the heart of our spiritual practice lies the sacred tradition of Entheogenic Spiritual Guidance. We integrate the profound potency of psilocybin, a revered entheogenic substance, into our ceremonies as a means to facilitate deep spiritual connections and foster profound inner transformation. Our ceremonies are designed to be safe, sincerely religious, and crucial for producing the effective results from which our members reap invaluable benefits.

**Sincere**         **Safe**         **Necessary**

App-6:201

Our ceremonies are rooted in the belief that psilocybin is a sacred sacrament that can serve as a conduit to profound spiritual experiences. Embracing ancient wisdom and modern insights, **we honor the rich tapestry of spiritual traditions. Through the careful guidance of our practitioners,** we facilitate an encounter with the divine that aligns with your personal religious beliefs, fostering an experience that resonates with your heart and soul.

Our commitment to safety ensures that your journey unfolds within a space of trust and reverence.

Our **fusion of spiritual wisdom and clinical rigor** ensures that your journey with us is not only spiritually enriching but also conducted with the highest standards of safety and care. Your well-being remains at the heart of everything we do, as we guide you toward transformative experiences that embrace the best of both worlds.

The efficacy of our Entheogenic Spiritual Guidance stems from its necessity in driving **transformative change. By intertwining the power of psilocybin with sincere religious practices,** we create a synergy that unlocks hidden truths within your consciousness. Our ceremonies are carefully structured to be catalysts for self-discovery, personal growth, and profound insights that can lead to lasting positive change in your life.

**Frequently Asked Questions**

Follow our social accounts

for updates, stories and more:

    

## Experience - Advocate - Certify - Questions - Research - Announcements

Copyright

©2025 PsychedelicTherapyJourney.com

App-6:203

# EXHIBIT  J4

Appellate Case: 25-4115    Document: 26    Date Filed: 12/11/2025    Page: 205

        



### Bridger Lee Jensen ⦿ · 3rd

We train elite psychedelic practitioners through unmatched in-person, live practicums, and top-tier academic training. Our commitment to excellence, innovation, and compassionate therapy sets us apart in applications.

-

  Psychedelic Therapy Academy

-

Master of Psychological Counseling

Orem, Utah, United States · **Contact info**

**Psychedelic Therapy Academy** ⬀

**500+** connections

( Message )    ( + Follow )    ( More )

## About

App-6:205

Case 2:24-cv-00887-JNP-CMR   Document 74-13   Filed 01/22/25   PageID.2028   Page 2 of 6

Having gained a national reputation as a therapist, Bridger conceptualized Mental Gurus in response to losing several youthful clients to suicide. Inspirited from the losses, and in hopes of creating effective and actionable guidance for mental wellness and personality development, Bridger founded Mental Gurus on the premise that every person has profound wisdom to offer one another. Every user of Mental Gurus, is esteemed as a contributing guru, and thus helps train and develop the digital collective conscious that Mental Gurus is rapidly becoming.

As a visionary and innovator, Bridger has always been a true entrepreneur. Wanting to help people see their own self-deceptions, Bridger utilized technology to create a powerful psychometrics engine. Today it is the most advanced personality device in the world, and is still used on Mental Gurus for personality testing today.

Bridger began his Mental Health profession in 2002, when he became a guide for a prominent outdoor behavioral healthcare clinic for youth. Having facilitated over 400 seminars and presented in dozens of conferences, Bridger began his career leading therapeutic survival and high adventure expeditions for most of his 20's, Bridger also earned an undergraduate degree in therapeutic recreation, before also gaining a masters degree in counseling psychology.

Always passionate about alleviating suffering in the human experience, and obsessed with human consciousness, Bridger saw the potential that artificial intelligence wields to profoundly impact mental wellness and address major shortcomings in current psychotherapy implementation and practice. With limited resources, Bridger assembled his own development team, gained funding, and worked tenaciously to make Mental Gurus the success it already is.

Bridger epitomizes extroversion and passion, with an authentic confidence that characterizes the leadership that has brought the Mental Gurus team together. When he's not working on Mental Gurus, you'll find him with his beloved wife and 4 children - ideally in the outdoors. Bridger is also passionate about the arts, including sculpting, poetry, dance, and photography, and he has received several prestigious art grants and numerous awards for his work. His art has been naturally displayed in various exhibitions.

## Featured

Document

- Two of my good friends and I presented this at the NAROPA wilderness symposium in Sept 2010.
- The purpose was to gain consensus on a definition of wilderness therapy – which is suggested in slide 17.
- Our hope is to further the research body of wilderness therapy and respond to negative media and poor legislation/reports.
  - Because this document was accompanied by a presentation, you may wish for clarification. Anyone is welcome to contact me through linkedin

Wilderness Symposiu

## Activity

1,443 followers

App-6:206

Case 2:24-cv-00887-JNP-CMR    Document 74-13    Filed 01/22/25    PageID.2029    Page
46 of 6
Appellate Case: 25-4115    Document: 26    Date Filed: 12/11/2025    Page: 207



Bridger Lee Jensen reposted this · 1w

🌱 Exploring the science of serotonin! Researchers are uncovering how plant-derived compounds might hold the key to enhancing mood, percept  ...show more

**Did you Know?**

👍 1                                    1 repost

Bridger Lee Jensen posted this · 4mo

It's been a while since I started my role at Psychedelic Therapy Academy as a Founder and CEO, but I wanted to share this update with everyone.

👍 8                                    3 comments

Show all posts →

## Experience

**Psychedelic Therapy Academy**
Full-time · 8 yrs 4 mos
Provo, Utah, United States · On-site

● **Founder and CEO**
Sep 2016 - Present · 8 yrs 4 mos

Our mission is to harness the transformative potential of psychedelic therapy to alleviate suffering and promote mental wellness globally. By

▽ Psychedelic Therapy, Psychotherapy and +4 skills

App-6:207

- **Founder**

  Sep 2016 – Present · 8 yrs 4 mos

  As the founder of UtahMushroomTherapy.org, Singularism.org, and PsychedelicTherapyAcademy.com, I am dedicated to revolutionizing mental health through the power of entheogenic practices. With over 21 years of experience, I specialize in training elite psychedelic practitioners through unmatched in-person practicums and top-tier academic programs.

  Our commitment to excellence, innovation, and compassionate therapy is setting new industry standards. My organizations have achieved groundbreaking milestones, including the establishment of the nation's first mushroom-based wellness center and the creation of a pioneering training academy for psilocybin practitioners.

  Leading efforts in comprehensive training and certification, I emphasize rigorous screening processes to ensure the highest safety and efficacy standards. Our mission is to harness the transformative potential of psychedelic therapy to alleviate suffering and promote mental wellness on a global scale.

  At Utah Mushroom Therapy, we provide a unique approach to mental health, addressing spiritual and existential issues alongside mental wellness. The Bridging Model, our signature approach, ensures quality screening, safety, and effectiveness in all our practices. This model not only sets us apart but also ensures that our practices are both ethical and effective.

  Our vision extends beyond therapy. We aim to educate and empower a new generation of practitioners who are committed to compassionate, innovative, and effective mental health solutions. Through Singularism, we integrate spiritual and existential healing, offering a holistic approach to mental wellness.

  Join me on this journey to explore the profound impacts of entheogenic practices and contribute to a more compassionate, mentally well world. Together, we can make a lasting impact, alleviating suffering and fostering a healthier, more connected community.

  ◈ **Psychotherapy, Entrepreneurship and +3 skills**



**Founder & CEO**

Mental Gurus

Sep 2018 – Jul 2024 · 5 yrs 11 mos

United States

Mental Gurus is an absolutely free online resource that helps people know themselves, grow with others, and then show the way to ...see more



**Discovery Connections, Clinical Outreach**

Discovery Connections

Dec 2016 – Sep 2018 · 1 yr 10 mos

 download.png



**Owner & Founder**

Venture Imagery

Aug 2007 – Dec 2016 · 9 yrs 5 mos

Hilo, Hawaii

Since 2007 Venture Imagery has been creating and produces stunning product, stock, and commercial imagery. Photo - Video - Des ...see more

 new logo NO BG.jpg



**Primary Therapist**
Pacific Quest
Dec 2011 - Jun 2016 · 4 yrs 7 mos
Hilo, Hawaii

A big thanks to both my former employer New Haven and my new
Employer Pacific Quest! I feel so thankful to them both!

---

Show all 12 experiences →

---

## Education



**Master of Psychological Counseling**
University of Phoenix, Mental Health/Counseling/Family Therapy
2008 - 2010

Activities and societies: Accepted to present research at AMCAP and
NAROPA Wilderness Symposium

---

**BYU** **Brigham Young University**
Bachelor of Science, Therapeutic Recreation, Psychology
2002 - 2005

Activities and societies: T/A Developments Psychology
T/A BYU rock climbing course          ...see more

Participated in the Conservation Outdoor Leadership Training program
Hiking Club, Backpacking Club, Climbing Club.

---

Show all 3 educations →

---

## Skills

**Psychedelic Therapy**

  Founder and CEO at Psychedelic Therapy Academy

---

**Creative Problem Solving**

  Founder and CEO at Psychedelic Therapy Academy

---

Show all 26 skills →

---

## Recommendations

**Received**    Given

---



**Dakota Hanshew** · 3rd
Digital Anthropologist | AI/ML Enthusiast
January 31, 2021, Bridger Lee was senior to Dakota but didn't
manage Dakota directly

Bridger is one of the most passionate and creative people I've ever met.
He aspires to do many great things on top of what he has already done
and accomplished. Not only is he passionate but he's passionate about
things that most others I would say find difficult to sustain a passion
around: global mental health and self awareness. He's been working on
the Mental Gurus project for quite some time and its impressive how
devoted he is to the project and helping others find themselves and
improve themselves for the better using AI / Machine learning. It's always

App-6:209

# EXHIBIT  J5

Appellate Case: 25-4115    Document: 26-6    Date Filed: 12/11/2025    Page: 211

# Psychedelic Therapy Academy



Appellate Case: 25-4115    Document 326-68    Date Filed: 12/11/2025    Page: 212

Join our

# Are you ready to be at the forefront of a revolutionary approach to healing?

# Skills of a True Practitioner

Embrace a transformative journey of learning and personal growth as you delve into the art of facilitating psychedelic therapy. Gain comprehensive knowledge and practical skills to guide individuals safely through profound healing experiences. Join us on this immersive course and become a trusted facilitator in the expanding field of psychedelic-assisted therapy.



## Research & Analysis

**Learn how to deal with data**

Delve into the captivating world of psychedelic research and history.



## Screening and Safety

**Master effective screening techniques**

Students will learn how to assess individuals' suitability for



## Effective Sessions

**The Art of Skilled Facilitation**

Learn how to make psychedelic sessions safe, effective, and

App-6:212

Case 2:24-cv-00887-JNP-CMR    Document 74-14    Filed 01/22/25    PageID.2035    Page 12/9/24, 4:15 PM

Uncover the pioneering studies conducted by influential figures, and the amazing spiritual practices from other cultures. You will develop a profound appreciation for the potential of psychedelics as tools for healing and personal transformation.

psychedelic experiences, taking into account medical history, experince, mental health conditions, and current medications. L earning safety protocols equips facilitators with the knowledge and skills to mitigate potential risks, and provide the necessary support.

life-changing. This is paramount for facilitators who aspire to guide individuals on profound journeys of healing and transformation. Facilitators can cultivate an environment where participants feel secure, allowing for deeper exploration, profound healing, and the realization of the immense therapeutic potential that psychedelics offer.



## Changes That Last

**Master the Art of Psychedelic Integration**

Integration work is essential for all psychedelic facilitators to learn as they provide the necessary guidance and tools for clients to integrate insights, emotions, and newfound perspectives from their psychedelic journeys into sustained personal growth and positive behavioral changes.



## Legal & Ethics

**Ensuring Responsible and safe Psychedelic Practice**

Understand the importance of legal and ethical considerations in psychedelic practice is paramount. By exploring the complex legal frameworks and ethical guidelines surrounding psychedelic therapy, students gain the knowledge and tools to ensure responsible and ethical facilitation.



## Psychotherapeutic Paradigm

**Finding your theory of practice**

Choosing a psychotherapeutic paradigm provides a solid foundation and guiding framework for your therapeutic practice. Choosing a specific paradigm, allows therapists to develop expertise and mastery in a particular approach.

App-6:214



Summer 2024 is now enrolling

# Apply by Aug 31st, 2024 to become a candidate.

## Our next cohort begins Sept 18th, 2024

**Apply Now**

*Each cohort limited to 14 enrollees in order to keep classes small

App-6:215



| 0 | 0 | 0 | 0 |
|---|---|---|---|
| DAYS | HOURS | MINUTES | SECONDS |

# Frequently Asked Questions:

App-6:216

## Q: How does "The Bridging Model" differ from other psychedelic facilitator training programs?

A: "The Bridging Model" stands out in a number of ways. 1. Our unique approach radically centers the participant as the authority on their own process. 2. Our approach is for both clinicans and proudly competent laymen who are  By emphasizing the integration of mystical insights with practical applications, we provide an extremely powerful framework that combines the spiritual and scientific aspects of psychedelic therapy, offering a holistic approach to facilitating transformative experiences.

## Q: What psychedelic substances will I learn about?

"The Bridging Model" covers a broad spectrum of psychedelic substances, but we will be placing a strategic emphasis on ketamine, and psilocybin.

## Q: What is the duration and format of "The Bridging Model" course?

12 weeks beginning May 21st, 2024 and continue every Wednesday night at 6pm - 8:30pm.

Participants must be committed to all 12 of these classes, or will need to wait for the next cohort to gain full credit.

**Fall Cohort Dates:**
- Sept. 18th, 25th
- Oct. 2nd, 9th, 16th, 23rd, 29th
- Nov. 6th, 13th, 19th 26th
  Dec. 4th, 11th

App-6:217

Case 2:24-cv-00887-JNP-CMR   Document 74-14   Filed 01/22/25   PageID.2040   Page
Appellate Case: 25-4115   Document: 926-68   Date Filed: 12/11/2025   Page: 218

## Q: Will I receive certificate of completing "The Bridging Model" course?

Yes, upon successful completion of the course requirements, participants will receive a certificate of completion that you may use as part of your vite, resumé or portfolio. This certification validates your knowledge and competence in psychedelic facilitation according to "The Bridging Model" approach.

## Will I have access to ongoing support and resources after the course?

Absolutely. We believe in the importance of continued support and growth. Upon completion, you will have access to a community of like-minded individuals and ongoing resources, including integration support, research updates, and networking opportunities.

## Is this course suitable for beginners with no prior experience in psychedelics or therapy?

Yes, The Bridging Model course welcomes participants from various backgrounds, including beginners. It is designed to provide a solid foundation and equip participants with the necessary knowledge and skills to become competent psychedelic facilitators.

App-6:218

Case 2:24-cv-00887-JNP-CMR    Document 74-14    Filed 01/22/25    PageID.2041    Page
10 of 18
Appellate Case: 25-4115    Document: 26-6    Date Filed: 12/11/2025    Page: 219

## Tell me more about the courses philosophy

This course is designed to empower facilitators to empower their clients and participants, "Bridge" the gap between the profound and the practical, ensuring lasting impact and meaningful change for clients.

## Where are courses held?

Courses last 2.5 hours on Wednesday nights and are held at Singularism in Provo, Utah.

## I don't have a masters degree, can I still participate?

Yes, the course if open to all qualifying applicants, many of which have a masters degree, however, a genuine interest in the field of psychedelic therapy and a commitment to personal growth are essential.

# It's called The Bridging Model because:

App-6:219

1. The Bridging Model "bridges" the realms of mysticism and science in psychedelic facilitation, in

App-6:220

Case 2:24-cv-00887-JNP-CMR    Document 74-14    Filed 01/22/25    PageID.2043    Page 12 of 18

Appellate Case: 25-4115    Document: 26-8    Date Filed: 12/11/2025    Page: 221

12/9/24, 4:15 PM



"There is no greater catalyst for profound personal transformation and lasting change then this mystical and clinical medicine. We are truly

🏛 The Bridging Model

App-6:221

App-6:222

Home        Terms
Privacy    Contact
        About

Copyright ©2024 The Bridging

Model All rights reserved



# Facilitator Course Application form

Welcome to a transformative journey that sets the benchmark in the world of psychedelic facilitation. We're thrilled that you're applying to join our exclusive course and training program, designed for those who aspire to be the best in this field.

Our course isn't just another training; it's a pathway to excellence, curated for individuals who are passionate about guiding others through profound experiences and facilitating personal growth.

You're invited to be part of a select group of individuals who share a common goal: to create a safer, more supportive, and more enlightening space for those exploring the incredible world of psychedelics. While we maintain high standards, we are committed to fostering a warm and welcoming community. Your journey begins here, and we're eager to have you on board.

Please be aware that we place little emphasis on perfect spelling, punctuation, or formal qualifications. No need to spend hours filling out this form. We prioritize individuals who are dedicated to safety, authenticity, and the creation of a nurturing and enriching experience for their clients.

We are also NOT exclusively looking for people with lots of experience as a psychedelic guide. We are open and receptive to all experience levels.

---

**mitchell.a.stephens@gmail.com** Switch account

---

\* Indicates required question

App-6:223

Email *

Your email

First Name *

Your answer

Last Name *

Your answer

Phone Number *

Your answer

Age

Your answer

App-6:224

**Why are you interested in becoming a psychedelic facilitator, and what personal or professional experiences have led you to this path?**

There no right or wrong answer here.

Your answer

**Share any relevant skills or qualifications you possess that you feel will contribute to your success as a psychedelic facilitator.**

These do not need to be formal skills, your personality and life experiences count.

Your answer

**What unique perspectives or qualities do you bring to the table that would enrich our community of facilitators?**

Everyone has skills. :)  Tell us some things about yourself. There's no wrong answer.

Your answer

**Have you had any prior experience with psychedelics, either personally or in a supportive role? If so, please share a brief description of your experiences and insights.**

Your answer

App-6:225

Case 2:24-cv-00887-JNP-CMR    Document 74-14    Filed 01/22/25    PageID.2048    Page 1 of 18

Appellate Case: 25-4115    Document: 26-8    Date Filed: 12/11/2025    Page: 226

**What do you hope to achieve by completing this training, and how do you envision your role as a facilitator impacting the psychedelic community and individuals you'll work with?**

Your answer

**In your view, what makes a facilitator truly exceptional, and how do you plan to embody these qualities throughout your career?**

Your answer

**What expectations do you have for our facilitator training program in terms of personal and professional development, and how do you see yourself contributing to the learning experience of your peers?**

Your answer

During this course we may be recording audio and video for future digitization. Are you willing to allow your questions and comments be part of our online course and other media purposes?

○ Yes

○ No

App-6:226

Facilitator Course Application form
Case 2:24-cv-00887-JNP-CMR    Document 74-14    Filed 01/22/25    PageID.2049    Page 18 of 18    7:01 PM

Appellate Case: 25-4115    Document: 126-18    Date Filed: 12/11/2025    Page: 227

If accepted, are you able and committed to attending on ALL the following dates from 6:00-8:30PM in our wellness center located in Provo Utah?

May 21st, 22nd, 28th
June 5th, 12th, 19th, 26th
July 3rd, 10th, 17th, 23rd,  31st

◯ Yes

◯ No

I understand that the tuition is $1,800, and I can pay in full by the 14th of May.

If this is a major problem for you, let's talk. We'll do what we can to help this work for you if needed.

Your answer

**What questions do you have? What are your hopes? How can we serve you best with this course and training?**

Your answer

Submit                                                                                    Clear form

Never submit passwords through Google Forms.

This form was created inside of Bridger Jensen.
Does this form look suspicious? Report

Google Forms

# EXHIBIT  K

DocuSign... Corporations and Commercial Code
Division of Corporations and Commercial Code
I hereby certified that the foregoing has been filed
and approved on this ___ day of ___ 20 ___
In this office of this Division and hereby issued
This Certificate thereof.

(JMH)

Examiner _____   Date 7/7/23

*H. Veillette*
Leigh Veillette,
Division Director

07/06/2023

Receipt Number: 10097348
Amount Paid:   $129.00

RECEIVED

JUL 06 2023

Utah Div. Corp. & Comm. Code

# EXPEDITE

## CERTIFICATE OF ORGANIZATION OF

## PSYCHE HEALING AND BRIDGING, LLC

### A UTAH LIMITED LIABILITY COMPANY

I, Garett Robertson, acting as organizer of **Psyche Healing and Bridging, LLC** (hereinafter the "**Company**"), hereby form a limited liability company under the provisions of the Utah Revised Uniform Limited Liability Company Act, UTAH CODE ANN. §48-3a-101, *et seq.* (the "**Act**"), and adopt the following Certificate of Organization:

### ARTICLE I
### NAME

The name of the limited liability company is: **Psyche Healing and Bridging, LLC**.

### ARTICLE II
### PERIOD OF DURATION

The period of duration of the Company shall commence and be effective upon the filing of this Certificate with the Utah Division of Corporations and Commercial Code and shall be perpetual unless (a) sooner dissolved by the members, or (b) dissolved by a statutory event of dissolution.

### ARTICLE III
### PRINCIPAL OFFICE

The Principal Office and mailing address for the limited liability company is **1899 South 1030 West, Orem, UT 84058**. Records to be kept at the Principal Office include but are not limited to: (1) a current list in alphabetical order of the full name and address of each member; (2) a copy of the stamped Certificate of Organization and any amendments thereto; (3) copies of all tax returns for the three (3) most recent years; (4) a copy of the Company's Operating Agreement.

### ARTICLE IV
### BUSINESS PURPOSES

The Company and its business is distinct from its members. The primary purpose or purposes for which the Company is organized is to market and sell educational products, materials, and services in the field of mental wellness and healing, and to transact any and all business for which limited liability companies may be formed under Utah law, including becoming a member of other limited liability companies. Furthermore, it is empowered to sue and be sued in its own name and the power to do all things necessary or convenient to carry on the afore described activities and affairs.

### ARTICLE V
### REGISTERED AGENT AND OFFICE

The name of the initial registered agent of the Company in the State of Utah is **Michael W. Wadsworth**. The business office address where the initial registered agent of the Company may be located is **201 South Main Street, Suite 2200, Salt Lake City, UT 84111**. The consent to appointment as registered agent with the registered agent's signature is set forth at the end of this Certificate of Organization.

JUL 6 '23 PM 1:55

13487394-0160

DocuSign Envelope ID: DE8FA5162387-4C5F-9d3B56BE7D0A8807

## ARTICLE VI
## MANAGEMENT OF COMPANY

The Company shall be managed by one or more managers. The initial manager shall be **Bridger Jensen**. Management of the Company may be delegated at a later date to other members or managers pursuant to the provisions of the Operating Agreement, or the Act, as applicable.

## ARTICLE VII
## INDEMNIFICATION OF MEMBERS AND MANAGERS

The Company shall have the power to indemnify and hold harmless each of its members, managers and employees to the full extent permitted by the Act.

## ARTICLE VIII
## MEMBERS AND MANAGER CONTRACTS

A contract or other transaction with the Company may be permitted regardless of the fact that a member of the Company is financially interested in, or may be interest in, such transaction. No contract, act, or other transaction of the Company with any person or entity shall be affected by the fact that a member of the Company (a) is a party to, or (b) is in some way connected with such person or entity. Each person who is now or may become a member or manager of the company is hereby relieved from any liability he or she might otherwise incur in the even such member or manager contracts with the Company, provided such person acts in good faith.

## ARTICLE IX
## SIGNING AUTHORITY

Any document, liability, financing instrument, or other instrument signed by the Company's manager shall be binding on and inure to the benefit of the Company.

DATED this 21st day of June 2023.

ORGANIZER:

DocuSigned by:

Bridger Jensen

### CONSENT TO APPOINTMENT AS REGISTERED AGENT

I, **Michael W. Wadsworth**, accept the appointment as registered agent of **Psyche Healing and Bridging, LLC**, and state that I am familiar with the duties as agent.

DATED this 21st day of June 2023.

Michael W. Wadsworth

2

JUL 6 '23 PM 1:55

App-6:230

# EXHIBIT  L



# Provo Police
## Officer Report for Incident 25PR01087

***

***CONFIDENTIALITY NOTICE***

The information in this document is CONFIDENTIAL and/or PRIVILEGED. It is intended to be reviewed by only the individual or organization it was disseminated to. If you are not the intended recipient, you are notified that any review, dissemination, or copying of this document and its attachments, if any, or the information contained herein, is prohibited. If you have received this document in error, advise the sender of your receipt of it and destroy and/or delete the document immediately.

***PROTECTED RECORD NOTICE***

This document is a PROTECTED RECORD under UCA 63G-2-305(10),(11) and (25). Further or secondary release would interfere with an ongoing criminal investigation or case, jeopardize the life or safety of the individual, and/or is a clearly unwarranted invasion of personal privacy, Release or dissemination of any summaries, transcripts and video/audio recordings or CJC interviews are also prohibited unless authorized by UCA 77-37-4(5) and (6).

---

**Nature:** M AGENCY ASSIST

**Location:** PR110

**Address:** 1928 N 1120 WEST ST
Provo UT 84604

---

**Offense Codes:**

**Received By:** Tucker C PR    **How Received:** T    **Agency:** PRPD

**Responding Officers:**

**Responsible Officers:** Burgoyne, C PR    **Disposition:** CLO 01/16/25

**When Reported:** 14:36:00 01/16/25    **Occurred Between:** 14:33:56 01/16/25 and 14:39:04 01/16/25

---

**Assigned To:**    **Detail:**    **Date Assigned:** **/**/**

**Status:**    **Status Date:** **/**/**    **Due Date:** **/**/**

---

**Complainant:** 703556

**Last:** HART    **First:** CLAIRE    **Mid:** LARAYNE

**DOB:** ████    **Dr Lic:** ████    **Address:** ████

**Race:** W    **Sex:** F    **Phone:** ████-9979    **City:** ████

Alert Codes:

Offense Codes

**Reported:** AGNC Agency Assist    **Observed:** AGNC Agency Assist

01/21/25

App-6:232

**Additional Offense:**   AGNC Agency Assist

## Circumstances

ARHWY Highway Road Or Street
BUSPV Business-private
BODY Bodycam
MEDT Medical Treatment with Transpo

| **Responding Officers:** | **Unit :** |
|---|---|
| Burgoyne, C PR | 2J3423 |
| Stika J (PR) | 2J3356 |

| | | | |
|---|---|---|---|
| **Responsible Officer:** | Burgoyne, C PR | **Agency:** | PRPD |
| **Received By:** | Tucker C PR | **Last Radio Log:** | **:**:** **/**/** |
| **How Received:** | T Telephone | **Clearance:** | CRO Cleared, Responding Officer |
| **When Reported:** | 14:36:00 01/16/25 | **Disposition:** | CLO **Date:**   01/16/25 |
| **Judicial Status:** | | **Occurred between:** | 14:33:56 01/16/25 |
| **Misc Entry:** | | **and:** | 14:39:04 01/16/25 |

**Modus Operandi:**                    **Description :**                    **Method :**

## Involvements

| Date | Type | Description | |
|---|---|---|---|
| 01/16/25 | Name | HART, CLAIRE LARAYNE | Complainant |
| 01/16/25 | Cad Call | 14:36:00 01/16/25 M AGENCY ASSIST | Initiating Call |

01/21/25

App-6:233

*Officer Report for Incident 25PR01087*                                                    *Page 3 of 8*

---

## Narrative

```
Thu Jan 16 15:18:40 2025

On 1/16/2025 at approximately 1500, I responded to 1928 N 1120 W for a drugs call. The
complainant advised that she had been drugged. Upon arrival, I made contact with the
female who was hysterical and upset. She advised that she was recommended to be seen at
 Singularism by her therapist and that they had tricked her into taking Psilocybin. She
 also advised that they give her 4-5g. It was hard to get any other information out of
her because she was so hysterical and was yelling and paranoid. Paramedics responded
and transported the female to Utah Valley Hospital to be evaluated. No further action
taken.
```

_____

Responsible LEO:

_____

Approved by:

_____

Date

01/21/25

## Supplement

```
CAD Call info/comments
================================

14:35:17 01/16/25   - Tucker C PR
rp stating she has been drugged and is being scammed
14:36:01 01/16/25   - Tucker C PR
CaseId PzDDcRpE5j created in IntelliComm. Access case via the following URL:
https://app.apcointellicomm.net/case/PzDDcRpE5j
14:36:01 01/16/25   - Tucker C PR
Case ID: PzDDcRpE5j
14:36:46 01/16/25   - Tucker C PR
rp stating she was given psilocybin
14:37:12 01/16/25   - Tucker C PR
CHIEF COMPLAINT M DRUGS
14:37:12 01/16/25   - Tucker C PR
New Card M DRUGS from LE
14:37:18 01/16/25   - Tucker C PR
claire is outside the building
14:37:27 01/16/25   - Tucker C PR
rp is north of waffle love
14:38:10 01/16/25   - Tucker C PR
rp is in a veh; not responding to dispatch
14:38:36 01/16/25   - Tucker C PR
rp yelling erratically and stating therapist recommended this facility
14:39:00 01/16/25   - Tucker C PR
*EDITED* rapidsos showing 1945 N 1120 W PR; 12.7 m
14:43:01 01/16/25   - Gillis, H PR
01/16/2025 14:40:34Gotay, B PR
ABAN 911, NO ANSWER ON CB 2X


01/16/2025
14:40:43Gotay, B PR
CaseId xWjTBwYoox created in IntelliComm. Access case via
the following URL: https://app.apcointellicomm.net/case/xWjTBwYoox



01/16/2025 14:40:43Gotay, B PR
Case ID: xWjTBwYoox


01/16/2025
14:40:50Gotay, B PR
RP YELLING


01/16/2025 14:41:04Gotay, B PR
RP SAYING
```

SHE HAS BEEN DRUGGED


01/16/2025 14:41:49Gotay, B PR
RP'S THERAPIST
DRUGGED HER, PSLOPSYBIN

14:44:34 01/16/25   - Gotay, B PR
RP IN WHITE TOYOTA RAV4
14:45:42 01/16/25   - Gotay, B PR
*URGENT* RAPIDSOS SHOWING THEM AT 1921 N 1120 W
14:45:58 01/16/25   - Gotay, B PR
RP SCREAMING, HYSTERICAL
14:46:43 01/16/25   - Gotay, B PR
RP'S BROTHER IS WITH HER
14:47:39 01/16/25   - Gotay, B PR
*EDITED* NEITHER OF THEM RESPONDING TO DISPATCH ANYMORE
14:48:41 01/16/25   - Hill, L PR - From: Burgoyne, C PR
PINNACLE BUSINESS PARKING, UNABLE TO LOCATE

14:49:26 01/16/25   - Gotay, B PR
*EDITED* THEY ARE PARKED NEXT TO ALLSTATE ON 1120 W
14:56:14 01/16/25   - Hill, L PR - From: Burgoyne, C PR
FEMALE REQUESTING PARAMEDICS

14:57:14 01/16/25   - Hill, L PR
Fire Dispatch Address change from 1796 N 950 WEST ST; WAFFLE LOVE PR to 1921 N
1120 WEST ST; ALLSTATE
15:13:08 01/16/25   - Makuakane, S PR - From: Burgoyne, C PR
C4

15:15:00 01/16/25   - Makuakane, S PR
Nature change from M DRUGS to M AGENCY ASSIST

*Officer Report for Incident 25PR01087*    *Page 6 of 8*

## Supplement
```
14:36:00 01/16/2025 MEDICAL ASSIST J. STIKA
Address: 1928 N 1120 WEST ST

I backed Officer Burgoyne on a female claiming she had been drugged. Upon arrival, I
found a female sitting in the passenger seat of a vehicle, extremely distraught. She
was yelling and crying uncontrollably. She made several statements about being "lied
to", "tricked", and even stated "It's a scam!" She was referring to her therapist
giving her mushrooms. It is unknown how or why she was allowed to to leave the facility
 in this state. Or, why the facility did not call for assistance from EMS.

I attempted to help calm her down but I was unsuccessful. Medical was dispatched and
she was transported to Utah Valley Hospital for emergency treatment.

Her ex-husband was sitting in the driver's seat. He told me they had given her a large
dose in amount 4grams.

J. STIKA, 3356
Provo Police Department
```

01/21/25

## Supplement
```
Fri Jan 17 15:24:52 2025
```

```
On 1/17/2025, I conducted a follow up at Claire's residence and took a statement from
her. She advised that she had gone to Singularity voluntarily and knew what she was
taking. She also advised that she was administered 4mg of Psilocybin in the form of a
tea. Claire has been to this facility before but was given a lower dose last time. She
told me that for the first few hours she was fine but then she started to become
paranoid and the treatment facility called her emergency contact to come and pick her
up. Nothing further
```

01/21/25

App-6:238

## Name Involvements:

**Complainant :**  703556
    **Last:** HART        **First:** CLAIRE        **Mid:** LARAYNE
    **DOB:** ▮▮▮▮▮    **Dr Lic:** ▮▮▮▮    **Address:** ▮▮▮▮▮
    **Race:** W    **Sex:** F    **Phone:** ▮▮▮-9979    **City:** ▮▮▮▮



**Prehospital Care Report**

## Patient Information

| | | |
|---|---|---|
| **Name:** Hart, Claire | **Age:** 33 Years | **D.O.B.:** ▮▮▮▮ |
| **Address:** ▮▮▮▮ | **Gender:** Female | **Race:** White |

## Provider Impression

**Primary Impression:** Overdose/Drug Ingestion

## Narrative

**Narrative:** Medic ambulance 23 was dispatched to a 31-year-old female having a bad trip from psilocybin. Law-enforcement was already on scene and request requested medics. Upon arrival the patient climbed into the ambulance for evaluation. An attempt was made to evaluate her vitals. Her heart rate was elevated, and her oxygen saturation was normal, however, she pulled off the blood pressure cuff before we could get a reading. The patient was very emotional, upset, and agitated. The patient was screaming, but not violent or aggressive. The patient's ex-husband was on scene, and his presence seemed to help with her agitation. The decision was made to transport the patient to the hospital to wait for the trip to be over in a controlled environment. The patient agreed with this decision and signed a report. The patient's ex-husband accompanied us to the hospital and road in the back of the ambulance with us. The ex-husband stated that she had no medical history that he was aware of besides anxiety and depression. There were no changes during transport. Care was transferred to a nurse in the emergency department at Utah Valley Regional Medical Center.

## Past Medical History

### Patient Medications

| Medication | Dosage | Route |
|---|---|---|
| Not Recorded | | |

**Pregnancy:** Unable to Complete

## Assessment Exam

| Time |
|---|
| 01/16/2025 15:26:24 |

## Assessment Summary

**01/16/2025 15:26:24**

### Detailed Findings

| Location | Description | Details |
|---|---|---|
| **Mental Status** | Agitation Hallucinations | |

### Normal Findings

### Not Done

| | | |
|---|---|---|
| **Unit Notified:** 01/16/2025 14:56:22 | **Patient Name:** Hart, Claire | **Date Printed:** 01/21/2025 08:58 |
| **Incident #:** 250000253 | | **Call #:** C9374711 |

App-6:240

**Patient Name:** Hart, Claire

## Patient Condition

| Complaint Type | Complaint | Duration |
|---|---|---|
| Chief (Primary) | Psilocybin bad trip | 1 |

**Alcohol/Drug Use:** Patient Admits to Drug Use

**Primary Symptom:** Altered mental status

**Vehicular, Pedestrian, or Other Injury Risk Factor:**

## Activities

### Vitals

| Time | BP | Limb | Pulse | Rhythm | Resp | Effort | SpO2 | Qual | CO2 | GCS | Pain | Stroke Scale | PTA | RTS | Pt. Position |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/16/2025 15:04:17 | / | | 120 | | 28 | | 95 | | | 14 | | | No | | |

### GCS

| Time | Eye | Motor | Verbal | Score Qualifier |
|---|---|---|---|---|
| 01/16/2025 15:04:17 | Opens Eyes spontaneously (All Age Groups) | Obeys commands (>2Years); Appropriate response to stimulation | Confused (>2 Years); Cries but is consolable, inappropriate interactions | Not Applicable |

## Call Type/Location/Disposition

**Cardiac arrest:** Psychiatric Problem/Abnormal Behavior/Suicide Attempt

**Resp. Mode:** Emergent (Immediate Response)

**Transport Mode:** Emergent (Immediate Response)

**Destination:** UTAH VALLEY HOSPITAL
1034 NORTH 500 WEST
Provo, UT 84604

**Response:** 911 Response (Scene)

**Dest. Determ.:** Closest Facility

**Location:** Street and highway

**Incident Address:** 1796 N 950 WEST ST
Provo, UT 84604

**Response Delay:** None/No Delay

**Trauma Center Criteria:**

**Transport Delay:** None/No Delay

## Response Times and Mileage

**PSAP:** 01/16/2025 14:36:00

**Incident Number:** 250000253

**Disp. Notified:** 01/16/2025 14:36:00

**Call Sign:** MA23

**To Dest:** 1.2

**Unit Disp.:** 01/16/2025 14:56:22

**Veh. #:** MA23

**Enroute:** 01/16/2025 14:59:55

**At Scene:** 01/16/2025 15:01:21

**Scene Odom:** 0

**Dest. Odom:** 1.2

**Depart:** 01/16/2025 15:05:40

**Arrive Dest.:** 01/16/2025 15:09:40

**In Service:** 01/16/2025 15:28:45

## Unit Personnel

| Crew Member | Level of Certification | Role |
|---|---|---|
| Briggs, Matthew | EMT-Paramedic | |
| Francis, Sydney | EMT-Basic | |
| Hawley, Jeremy | EMT-Paramedic | |

**Unit Notified:** 01/16/2025 14:56:22

**Patient Name:** Hart, Claire

**Date Printed:** 01/21/2025 08:58

**Incident #:** 250000253

**Call #:** C9374711

App-6:241

McGregor, Brandon

**Patient Name:** Hart, Claire
EMT-Paramedic

App-6:242

## Billing Information

**Payment:** Insurance

## Insurance Information

| Company Name | Company City | Company State | Insurance Policy # | Relationship |
|---|---|---|---|---|
| United Healthcare | | | 951141361 | |

## Signatures

**Type of Person Signing:** EMS Primary Care Provider (for this event)

**Signature Reason:** EMS Provider

**Paragraph Text:**

**Status:**

**Signature Graphic:**



**Printed Name:** Matthew Briggs

**Signature Date:**

**Type of Person Signing:** EMS Primary Care Provider (for this event)

**Signature Reason:** EMS Provider

**Paragraph Text:**

**Status:**

**Signature Graphic:**



**Printed Name:** Sydney Francis

**Signature Date:**

**Type of Person Signing:** EMS Primary Care Provider (for this event)

**Signature Reason:** EMS Provider

**Paragraph Text:**

**Status:**

**Signature Graphic:**

**Unit Notified:** 01/16/2025 14:56:22

**Patient Name:** Hart, Claire

**Date Printed:** 01/21/2025 08:58

**Incident #:** 250000253

**Call #:** C9374711

**Patient Name:** Hart, Claire

**Printed Name:** Matthew  Briggs

**Signature Date:** 01/16/2025 15:15:09

---

**Type of Person Signing:** Patient

**Signature Reason:** HIPAA acknowledgement/Release; Permission to Transport; Permission to Treat; Release for Billing

**Paragraph Text:**
I understand that I can access Provo City Fire's Notice of privacy practices on the Provo City Fire Department's web page located at http://www.provo.org/fire.hippa.html

Release for Billing
I, the undersigned, understand that i am legally responsible for all charges and request that the payment of authorized benefits be made on my behalf to Provo City for any ambulance service provided. I authorize any holder of medical information or documentation about me to release to the Centers for Medicare & Medicaid Services, CMS, and its agents and/ or other insurance carriers, as well as to Provo City, any information or documentation, needed to determine these benefits or benefits payable for related services provided now or in the future.

I, the undersigned, understand that I am legally responsible for all charges and request that the payment of authorized benefits be made on my behalf to Provo City for any ambulance service provided. I authorize any holder of medical information or documentation about me to release to the Centers for Medicare & Medicaid Services, CMS, and its agents and/ or other insurance carriers, as well as to Provo City, any information or documentation, needed to determine these benefits or benefits payable for related services provided now or in the future. I am aware and agree that a monthly service charge of 1-1/2% per month (18% APR) will be charged on all accounts over 90 days, with a minimum charge of fifty cents per month. If collection is made by suit or otherwise, patient and/or responsible party agrees to pay service charges until paid, collection costs of 50% of the remaining balance, and all attorney fees and court costs. I understand that I can access Provo City Fire's Notice of privacy practices on the Provo City Fire Department's web page located at http://www.provo.org/fire.hippa.html

**Status:**

**Signature Graphic:**

**Printed Name:** Claire  Hart

**Signature Date:** 01/16/2025 15:15:56

---

**Type of Person Signing:** Healthcare Provider

**Signature Reason:** Transfer of Patient Care

**Paragraph Text:**

**Status:** Signed

**Signature Graphic:**

**Printed Name:**

**Signature Date:** 01/16/2025 15:16:54

| **Unit Notified:** 01/16/2025 | **Patient Name:** Hart, Claire | **Date Printed:** 01/21/2025 08:58 |

App-6:243

**Incident #:** 250000253

**Call #:** C9374711

App-6:244

# EXHIBIT  O

**FOURTH JUDICIAL DISTRICT - PROVO DISTRICT COURT**
**UTAH, STATE OF UTAH**
**STATE OF UTAH vs. JENSEN, BRIDGER LEE**

CASE NUMBER    241404407 - State Felony

CURRENT ASSIGNED JUDGE: SEAN PETERSEN

### Parties

| Relationship | Party | Represented By |
|---|---|---|
| Plaintiff | STATE OF UTAH | JEFFREY GRAY<br>PETER REICHMAN |
| Defendant | BRIDGER LEE JENSEN | STEPHANIE PITCHER<br>TANNER BEAN<br>ANNA CHRISTIANSEN |

### Charges

| | Offense | Offense Date |
|---|---|---|
| Charge 1 | 58-37-8(1)(A)(III) - POSS W/ INTENT TO DIST C/SUBSTANCE 2nd Degree Felony | November 11, 2024 |
| Charge 2 | 58-37-8(2)(D) - POSSESSION OF CONTROLLED SUBSTANCE MARIJUANA/SPICE Class B Misdemeanor | November 11, 2024 |
| Charge 3 | 58-37A-5(1) - USE OR POSSESSION OF DRUG PARAPHERNALIA Class B Misdemeanor | November 11, 2024 |

### Events

| Date | Event |
|---|---|
| December 18, 2024 | Filed: INFORMATION |
| December 18, 2024 | Case filed by efiler |
| December 18, 2024 | Filed: Return of Electronic Notification |
| December 18, 2024 | Filed: Summons - To Issue (Proposed) |
| December 18, 2024 | Filed: Return of Electronic Notification |
| December 18, 2024 | Filed: Appearance of Counsel/Notice of Limited Appearance |
| December 18, 2024 | Filed: Request for Discovery |
| December 18, 2024 | Filed: Return of Electronic Notification |
| December 19, 2024 | Filed: Appearance of Counsel/Notice of Limited Appearance for Pete Reichman |
| December 19, 2024 | Filed: Return of Electronic Notification |
| December 19, 2024 | WEBEX INITIAL APPEARANCE   on 02/03/2025 |
| December 19, 2024 | Filed: Summons Issued |
| December 19, 2024 | Filed: Return of Electronic Notification |
| December 20, 2024 | Filed: Return of Electronic Notification |
| December 20, 2024 | Filed: Summons on Return Served to Attorney Tanner J. Bean upon TANNER J. BEAN for |
| December 20, 2024 | Filed: Return of Electronic Notification |
| December 30, 2024 | Filed: Appearance of Counsel/Notice of Limited Appearance Tanner J. Bean and Anna P. Christiansen |
| December 30, 2024 | Filed: Return of Electronic Notification |