No. 25-4115

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

———————————

BRIDGER LEE JENSEN, SINGULARISM, AND PSYCHE HEALING AND BRIDGING, LLC,
*Plaintiffs - Appellees*,

v.

UTAH COUNTY, PROVO CITY, AND JEFFREY GRAY,
*Defendants- Appellants*.

———————————

On appeal from the United States District Court, District of Utah,
The Honorable Jill N. Parrish, No. 2:24-cv-00887-JNP-CMR

———————————

**APPELLANTS' APPENDIX**
**Volume 7 of 8**

———————————

Respectfully submitted,

Troy L. Booher
Caroline A. Olsen
ZIMMERMAN BOOHER
341 South Main Street, Fourth Floor
Salt Lake City, Utah 84111
tbooher@zbappeals.com
colsen@zbappeals.com
(801) 924-0200

*Attorneys for Appellants*

———————————

December 10, 2025

App-7:001

| USDC Dkt. No. | Hearing Date | Description | App- |
|---|---|---|---|
| Volume 7 of 8 — Transcript | | | |
| 053-1 | 12/13/24 | Hearing transcript — Motion for Temporary Restraining Order and Motion for Preliminary Injunction | 7:003 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

_____
                                )
BRIDGER LEE JENSEN,             )
SINGULARISM                     )
PSYCHE HEALING AND              )
BRIDGING, LLC dba               )
PSYCHEDELIC THERAPY JOURNEY,    )
                                )
              Plaintiffs,       )
                                )
vs.                             ) Case No. 2:24-cv-00887-JNP-CMR
                                )
UTAH COUNTY, PROVO CITY,        )
JEFFREY GRAY, TROY BEEBE,       )
BRIAN WOLKEN, JACKSON           )
JULIAN, JOHN DOES 1-4,          )
                                )
              Defendants.       )
_____)

MOTION FOR TEMPORARY RESTRAINING ORDER

MOTION FOR PRELIMINARY INJUNCTION

BEFORE THE HONORABLE JUDGE JILL N. PARRISH


DECEMBER 13, 2024

10:04 a.m. to 5:10 p.m.

** ALL PARTIES ATTENDED VIA TELECONFERENCING **

CORRECTED


Reported by Michelle B. Gonsalves, RPR, CRR, CBC, CSR
Orrin G. Hatch United States Courthouse
351 South West Temple, Room 7.431 Salt Lake City, Utah 84101
801.783.8657  michelle_gonsalves@utd.uscourts.gov

## APPEARANCES

**FOR THE PLAINTIFFS:**

Tanner J. Bean
FABIAN VANCOTT
95 South State Street, Suite 2300
Salt Lake City, Utah 84111-2323
(801) 323-2266
tbean@fabianvancott.com

Anna Pitcher Christiansen
FABIAN VANCOTT
95 South State Street, Suite 2300
Salt Lake City, Utah 84111-2323
(801) 317-3564
achristiansen@fabianvancott.com

**FOR THE DEFENDANT UTAH COUNTY:**

Mitchell A. Stephens
JAMES DODGE RUSSELL & STEPHENS PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
(801) 363-6363
mstephens@jdrslaw.com

Dillon P. Olson
JAMES DODGE RUSSELL & STEPHENS PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
(801)363-6363
dolson@jdrslaw.com

**FOR DEFENDANT PROVO CITY:**

Gary DeMott Millward
351 West Center Street
Provo, Utah 84603
(801) 852-6141
gmillward@provo.org

## I N D E X

**WITNESS**                                                        PAGE


**BRANDI LEE**
  Direct Examination by Mr. Bean                                    37
  Cross-Examination by Mr. Olson                                    64
  Cross-Examination resumes by Mr. Olson                            89
  Redirect Examination by Mr. Bean                                 106
  Cross-Examination by Mr. Millward                                106
  Redirect Examination by Mr. Bean                                 107
  Recross-Examination by Mr. Olson                                 113


**JENNIFER JANE DENBLEYKER**
  Direct Examination by Ms. Christiansen                           116
  Cross-Examination by Mr. Stephens                                126
  Cross-Examination by Mr. Millward                                138
  Redirect Examination by Ms. Christiansen                         139


**BRIDGER LEE JENSEN**
  Direct Examination by Mr. Bean                                   141
  Cross-Examination by Mr. Stephens                                187
  Cross-Examination by Mr. Millward                                221
  Redirect Examination by Mr. Bean                                 222
  Recross-Examination by Mr. Stephens                              222

## E X H I B I T S

**EXHIBIT NUMBER**                                                        **PAGE**

Exhibit No. 1      Facilitator's binder                                      93


Exhibit No. 2      Oklevueha Native American Church          170
                   (ONAC) membership card

Exhibit No. 3      Oklevueha Native American Church          171
                   (ONAC) membership card backside

App-7:006

December 13, 2024    Salt Lake City, Utah        10:00 a.m.

P R O C E E D I N G S

* * *

THE COURT: All right. Ms. Schofield, do we have everyone that we're expecting?

THE COURTROOM DEPUTY: Yes. Counsel from both sides are all present that are expected to attend.

THE COURT: Okay. And I'm trying to check and see -- it looks like we have our court reporter, Ms. Gonsalves here as well. So I think we are ready to go on the record in the matter of *Bridger Lee Jensen et al., v. Utah County et al.* The case number is 2:24-cv-887.

Let me begin by introducing myself. My name is Jill Parrish. I am the trial judge assigned to preside over this matter.

Let me introduce the members of our court team who are joining us. We're joined by Ms. Tracy Schofield, who is one of our courtroom deputies; and by Ms. Michelle Gonsalves, who is one of our court reporters.

We are also joined by -- I see two of my law clerks signed in on page 1: Mr. Kris Bahr and Mr. Eshan Dabak, and we also have my other law clerk, Mikaela Cardillo, here as well.

Let me now turn time over to counsel to enter their appearances, please.

MR. BEAN: Your Honor, Tanner Bean and Anna

**5**

Christiansen for Plaintiffs.

THE COURT:  Okay.

MR. STEPHENS:  Good morning, Your Honor, Mitch Stephens on behalf of Utah County and Jeffrey Gray.  I'm also joined by my colleague Dillon Olson.  We're in the same room.  So I'm introducing him because we're trying to keep only one microphone on at the same time to not create some awful echos.

THE COURT:  Okay.  That sounds good.

We are here today for the purpose of entertaining argument on the motion for temporary restraining order and preliminary injunction that has been filed on behalf of Plaintiffs.

I have reviewed the pleadings and the memoranda that have been filed in connection with the motion.  This is a motion, of course, that's filed by the Plaintiffs.

I will tell you just in terms of scheduling that I have the whole day set aside for arguments, evidence, whatever the parties want to present in connection with the motion.  And so I will -- I suppose the only thing -- well, we should talk, I guess, about whether or not the parties want to make any kind of opening statements or just jump to the presentation of evidence, and then follow up with argument later.  Or maybe, counsel, you have gotten together and decided a better way to proceed.  I'm very open in terms of how we spend the time today.

**6**

App-7:008

So let's maybe hear from you in terms of your preferences and expectations with respect to how we spend the time in the hearing.

Mr. Bean?

MR. MILLWARD:  Your Honor, if I may interject really quickly?  I did not unmute quickly enough.  It's Gary Millward, counsel for Provo City in this matter.

THE COURT:  Okay.  Thank you.

MR. MILLWARD:  Thank you.

THE COURT:  Sorry about that.

MR. MILLWARD:  Not at all.

THE COURT:  There are lots of boxes on my screen, so I'm just trying to keep track of everyone.

MR. MILLWARD:  Right.  And I didn't want to interrupt.

THE COURT:  No problem.

So let's hear from Mr. Bean, and then we'll hear from Mr. Stephens with respect to my last question.

MR. BEAN:  Yes, Your Honor, I think we would propose just a brief opening statement, you know, hoping to be five minutes or even less than that, and then we would do most of our arguments towards the end after examinations.

THE COURT:  Okay.

Mr. Stephens, what is your thought?

MR. STEPHENS:  My thought, Your Honor, is I think

**7**

there are some initial questions that are just questions of law that can be addressed and probably should be addressed before we jump into evidence.  In part because it may either clarify the evidence that we need to present, or potentially moot the need to present evidence.  So I would say it probably makes sense to begin with those issues, and then move to the evidentiary hearing.

**THE COURT:**  Well, and -- I suppose -- I'll give you each an opportunity to make some kind of an opening statement or argument.  I don't necessarily envision ruling on legal issues in a manner that would obviate the testimony that folks have been prepared to present.  I think that that would be probably not well-advised.  I want to hear the evidence.

So with that being said, let's give each of you an opportunity to make a short statement or argument, take ten minutes or so, and argue whatever you want, then let's jump in to evidence; and then, of course, once I've heard the evidence, we'll hear the legal argument that applies to that evidence.

So, let's start with you, Mr. Bean.  Then we'll turn it over to Mr. Stephens.

**MR. BEAN:**  Yes, Your Honor.  Before I do, um, just one last question:  Should there be evidence that was not included, you know, as an attachment to one of the briefings in this case, do you have a preference about how you would like to receive that?

THE COURT:  Well, I suppose that for purposes of the hearing today, you could share your screen.  In order to make an accurate record, however, you're going to need to file any additional evidence if its documentary.  If it's testimonial, then, of course, it will come in during the hearing.  If its documentary, then you probably need to file that on the electronic case management system after the hearing so that we have a good record.

MR. BEAN:  Okay.  Noted.  Thank you.

Well, I'm prepared to begin if you are, Your Honor.

THE COURT:  All right.  You may proceed.

MR. BEAN:  Your Honor, factually, this case is about whether the Government can end a small minority religious group that does not share mainstream religious beliefs.  Several of the representatives and individuals in adherence of that faith room are present here watching.

But more importantly, legally, Your Honor, this case is all about strict scrutiny review.  Defendants are trying to avoid ever getting to strict scrutiny review, or to prevent the Court from getting there because once that analysis is reached, they cannot carry their heavy burden under that framework.

Utah's Religious Freedom and Restoration Act, which I may refer to as RFRA for short, provides a guaranteed path for strict scrutiny.  And we have argued that the First Amendment in Utah's Constitution do as well.

Now, the two points under strict scrutiny are, first, Government compelling interest; and, second, the least restrictive means.  Here, as we have argued, and we will demonstrate through the presentation of evidence, the Government cannot and truly has not attempted to give the particularized compelling interest that the Supreme Court requires in cases of burdens upon religious-free exercise.

Most specifically, the Supreme Court's case in *O Centro Espírita* is very clear about the requirement that compelling state interest must be specific to the present plaintiffs such that the compelling interest that the Government must have is a compelling interest in denying the religious exemption to the particular plaintiffs at present. The Government has not attempted to specify that compelling interest in that way, and has only asserted that in generalized interests, which we have argued even themselves at a generalized level are insufficient here.

Now, as to the least restrictive means prong under the portion of strict scrutiny, and Defendants must meet both prongs in order to apply strict scrutiny.  The Government has not made any attempt to argue that there is no less restrictive means.  In other words, the Government must say that this is the only way that they can accomplish whatever interest that they may have.  They've asserted interest like public health, public safety, prevention of drug trafficking.

10

However, there are many less restrictive means available.  Most notably, we pointed to what we call the Utah Psilocybin Act, which is an amendment to the Utah Controlled Substances Act made this year by the Utah legislature, which provides major healthcare systems in this state the discretion to operate secular psilocybin programs for individuals that they deem to qualify.

Now, if that exists as a less restrictive means, there should be no reason why a religious organization, who happens to follow many of the same sort of safety protocols, cannot have such religious exemption.  The legislature has shown that there is another way to do it, and that there's no reason why a secular organization and not a religious organization may not avail themselves of it.

Now, Plaintiffs should not be required to list all of the available alternatives.  Not only that there is another less restrictive means than complete prohibition of the usage of sacramental psilocybin, and those other less restrictive means may be found in other case.  For example, the leading case *O Centro*.  There's also different cases coming out of the Ninth Circuit regarding very similar Daime tea called the Church of the Holy Light of the Queen.

There is also a recent DEA settlement agreement, a public agreement, with another religious organization that uses sacramental tea of a controlled substance.  There are many

App-7:013

different ways to do this, and the Government has not even attempted to argue that this is the only way they can.  For that reason, we believe that the religious sincerity is here because strict scrutiny review will not be able to be shouldered by the Government Defendants.

Now, perhaps because the Defendants know this, they've made attempts to sway the Court from getting to strict scrutiny at all.  The principle method of doing this is questioning the religious sincerity and the religiosity itself of Plaintiffs' practices.

Now, both of those things fail.  The reason they fail is largely a factual issue, and this is the large factual representations that will be made to the Court today, I expect.

Singularism and Plaintiffs have made significant representations to the Court about their religious sincerity, and their religious versus merely philosophical nature of their beliefs, and those are contained in the verified Complaint. They are contained in the declaration of Singularism's founder, Mr. Jensen, as well as his supplemental declaration.  They are contained in the various doctrinal statements that are found in Plaintiffs' Exhibits P, Q, R, and S, as well as the five declarations of different members of Singularism, who have experienced these psilocybin ceremonies in their community.

Now, to counter this sort of information, Defendants have so far advanced essentially documents found from the

**12**

Internet to assert that Mr. Jensen is not sincere or is not actually practicing religion, but is, in fact, a drug lord. And those sources are simply things like LinkedIn profile, some defunct websites from when he was a secular therapist, or other websites to assert that somehow not representing religiosity in every single sphere of every type of instance in the past indicates that Mr. Jensen can no longer be religiously sincere in the present. We simply think that the weight of the evidence significantly favor of a finding of the Plaintiffs' sincerity and religiosity.

As to last points about preliminary injunction and temporary restraining order standard here in court. The first Amendment -- or we have cited cases in our brief in both the opening and the reply brief, which state that First Amendment violations such as these constitute irreparable harm. Defendants have not disputed that. There should be no need to discuss irreparable harm further than that. But if there is, that will be demonstrated today as well, both by the detention of Mr. Jensen, the search of Singularism's spiritual center, and the seizure of sacramental psilocybin, as well as the imminent threat of prosecution and the imminent threat of civil eviction by abatement by Defendants.

Both of these threats have left Singularism's adherents in fear. Several have distanced themselves from the religious organization entirely out of fear, and as a result it

**13**

has resulted in a decrease in financial resources for

Singularism such that they're in dire straits, not even able to

pay their clergy some of their wages for the past two months.

In contrast, no harm comes to the Government by the

entry of a TRO or preliminary injunction in this matter.  They

simply have no evidence of harm that could be posed by

Singularism, and that's something that needs to be

particularized for these Plaintiffs as well.  Merely

speculating that there could be harm or there could be issues

of public safety does not suffice here.

What we need to see is that Singularism has, in fact,

posed issues to public safety, to drug trafficking, or public

health.  And the record and the demonstration will be today

that no such things have ever happened.  Not a single actual

complaint of any instance has ever been filed with Defendants.

Last, a TRO and a preliminary injunction are in the

public interest.  While it might be generally true that

enforcement of Utah's Controlled Substances Act is in the

public interest just like enforcing any other law; in this

case, RFRA, Utah's RFRA, operates as a super statute, and it's

also in the public's interest to safeguard religious free

exercise.

The *O Centro* decision at the Tenth Circuit level

specifically analyze this sort of balancing between these two

interests and enforcing two different laws.  In that case, they

**14**

found that while there is, in fact, an interest in enforcing the Utah Controlled Substances Act in cases like these, the interest of enforcing Utah's RFRA is more significant, and thus the public interest in enforcing and protecting religious free exercise prevails.

Now, the -- those are largely the arguments that we would like to make, Your Honor, today.  We plan to introduce about five witnesses.  We're trying to make it as expeditious as possible, but we do want Your Honor to be able to hear the stories of this minority faith group.  Thank you.

**THE COURT:**  Thank you.

Mr. Stephens?

**MR. STEPHENS:**  Thank you, Your Honor.  And let me start with the procedural request, and that is I see 29 participants on this meeting.  Given that it's an evidentiary hearing, that we have declarations from many witnesses, and that we'll be calling witnesses, we ask the Court to invoke the exclusionary rule and exclude witnesses before it is the time for their testimony.

**THE COURT:**  All right.

Mr. Bean, I don't know who the five witnesses are that you intend on calling, but I guess I would ask you to police that, figure out -- obviously, Mr. Jensen is a named party, so he is entitled to be here.  The others should, I suppose, sign out until after they've testified.

MR. BEAN:  Your Honor, the only thought we would have about that in addition is Ms. Brandi Lee, who is sitting adjacent to Mr. Jensen, is also a client representative.  She's an office manager and one of the clergy.  If -- we would like her to stay as well.  She'll also be testifying first, if that makes any difference from our end.

THE COURT:  As I understand it, she's the client representative for Singularism?

MR. BEAN:  Correct.

MR. STEPHENS:  And it's not going to be true throughout the case, because -- I have some concern with picking and choosing whenever -- whenever it's convenient for a client to -- the representative to hear.

THE COURT:  Well, I mean, we are here in a preliminary injunction hearing.  I don't know, it's not been briefed, if there's even any case law or what the rule says about whether or not that has to be the case for the whole case.

I suppose if you have some authority to that, that indicates that, then we can go there, but it seems to me that if Ms. Bridger is going to be the first witness, and -- I'm sorry, it's Ms. Jensen; right?

MR. BEAN:  Lee.

THE COURT:  I'm sorry, Ms. Lee?

MR. BEAN:  Yes.

App-7:018

THE COURT: Okay. If Ms. Lee is going to be the first witness, then she's entitled to be here for the rest of the hearing; and Mr. Jensen's entitled to be here. So it sounds like maybe we don't really have a dispute about the other three witnesses.

MR. BEAN: No. And to that point, I can just instruct some folks here I see right now.

So, Ms. DenBleyker, if you could log off until we call you. Let's see.

Is there anyone else, Anna, that you're seeing on presently?

MR. LUND: Do you want those of us that are non-witnesses as well to log off?

THE COURT: No. It's a public hearing. The only purpose of this rule is to make sure that someone who's going to be testifying later in the hearing doesn't listen in and essentially get coached on the testimony of other witnesses. So if you're not a witness, you are absolutely entitled to be here.

MR. LUND: Okay. That makes sense.

MR. BEAN: The only other I would add is Mr. Jake Wood, if he would log off until the Plaintiff makes a decision of whether he'll be used as a witness.

THE COURT: Okay. All right then.

I'll turn it back to you, Mr. Stephens.

**MR. STEPHENS:** Thank you, Your Honor. We appreciate your time today. I know that it can be difficult setting aside a whole day.

There's really one federal question in front of the Court, and that's the First Amendment. Everything else is state law claim that was removed because you have to remove the action. But the federal question in front of the Court is the First Amendment.

And there's no dispute that the standard is the *Smith* case. The *Smith* case from the Utah Supreme Court in 1990. And Utah Supreme Court had helpfully analyzed that *Smith* case and the First Amendment in the *State v. Green* case that Your Honor may recall.

**THE COURT:** Right. And I understand there's one federal question here, and that the other matters are here based on supplemental jurisdiction, but does that mean that I have to consider the federal question first? Or, typically, we try and resolve cases on statutory grounds and go to constitutional issues as a last resort. And so since all three claims are actually in front of me, am I not free to resolve the case based on the Utah RFRA statute?

**MR. STEPHENS:** Oh, of course you are. Yeah, you have jurisdiction over all three.

**THE COURT:** Okay.

**MR. STEPHENS:** But at times, if there's complicated

**18**

questions of state law saying that they're going to retain jurisdiction over the federal claims; but you're exactly right, your have the discretion to determine the claims, and you have jurisdiction over all three claims because the action was removed.

THE COURT:  All right.  So I guess -- and maybe you'll get to this later, but is it your position that the case can't be resolved based on the State RFRA Act, and that we'll need to get to the Constitutional issues?

MR. STEPHENS:  No.  I think the case can be resolved on all -- all of the claims, and that the injunction should be denied based on all of the claims.

THE COURT:  Okay.  That's helpful.  Thank you.

MR. STEPHENS:  I bring up the First Amendment because the Plaintiffs have a little bit mix and match.  And they tell you, well, you have irreparable harm if you have a violation of the First Amendment.  And then they argue that it's the statute that controls, telling you that there's a First Amendment violation of irreparable harm.  And so, again, they're playing a little bit interactive where they say this is that, and then they just sort of merge them together.

Focusing on the State RFRA claim; right?  That's similar to the Federal RFRA claim.  Now, it's not exactly the same, and the context in which it was passed is not exactly the same.  But it is important to recognize that the Plaintiffs

**19**

have the burden.  They can't just point and say, hey, we're a religion, and that's the end of it.  That's a critical distinction here.

You know, in *Meyers* and the *O Centro* case recognizes this as well.  But the starting question for the Plaintiffs is they have to prove three factors:

Substantially burdened, one;

Religious belief other than a philosophy or way of life, two;

Three, which is sincerely held by the Plaintiff.

They have to make that proof before you even start looking at issues like Government interest and least restrictive means.

I'll also push back a little bit on how the Plaintiffs have attempted to define that part of the test, even assuming that they have proven and can prove those first three factors.

And let me just say, *O Centro*, and most of the other cases that they cite to, the Government just conceded those first three factors.  So *O Centro* doesn't go through that analysis because the Government just conceded there was a sincerely held religious belief that was substantially burdened.  You don't have that.  You don't get to jump straight into the -- to what they call the strict scrutiny test the way the Plaintiffs would like.

But let me just talk about the strict scrutiny test on its own because I think the Plaintiffs here have tried to define that in a way that's not quite correct.  And if I can share my screen here, I'm going to pull up -- this is -- can Your Honor see this okay?

THE COURT:  I can.  Thank you.

MR. STEPHENS:  Okay.  So this is *United States v. Wilgus*, a Tenth Circuit case.  The citation is 638 F.3d 1274. And they're talking about this question of Government interest and least restrictive means.  And what the plaintiffs say is, "We haven't proven that there's no other way that this could be done."  But that's not the Government's test; right?  And what the Tenth Circuit recognize is, is "In the abstract, such a thing can never be proven conclusively; the ingenuity of the human mind, especially if freed from the practical constraints of policymaking and politics, is infinite."

The Government is not required to refute every conceivable alternative regulation because that would turn strict -- any analysis not from strict in theory, but it would be fatal in fact.

So what is the task?  It must support it's choice of regulation.  We've established that there's a compelling State interest.  No court's ever found that there's not a compelling State interest in enforcing Controlled Substances Act. In fact, they --

App-7:023

THE COURT:  I agree that there is a compelling State interest in enforcing the Controlled Substances Act.  Doesn't it come down to, though, a level of generality?  Are we looking at enforcing the Controlled Substances Act as a whole in all circumstances, or do we have to zoom in a little bit more and look at controlling the -- or enforcing the Controlled Substances Act in this particular situation against these Plaintiffs?

MR. STEPHENS:  And that's where you get to the burden analysis, or the least restrictive means analysis; right?  And here, then you turn to, okay, is there an interest?  Yeah, there is.  And then what you have to say is, okay, the Government has to refute the alternative schemes offered by the challenger, by the Plaintiff.

The Plaintiffs in this case have to come and say, "Here's a different way that you could do it that's less restrictive."

Then once they say what that alternative is, we have to come back with a level of specificity that says, "No, that's not going to work to meet these interests."

But it's on them to say, "This is what we propose.  This is a less restrictive means."  I don't have to come up with every hypothetical that might exist.  They have to say, "This is a less restrictive means."  And then once they've identified that, either it's accepted by the Court, or we

22

refute it and say, "Well, no, here's an important interest that won't be satisfied that way."

And what they've come up with is really just to attack us and say we haven't identified every potential hypothetical. But that's not how that process works; right? And you heard these just right now. So, they talk about, for example, in their briefing peyote. They talk about the Controlled Substances Act and what they call the Utah Psilocybin Act, which allows for medical -- medically controlled, medically prescribed uses.

I don't understand how they think that exception helps them because they don't have any medical licenses where they could control this or prescribe this. So saying that that applies doesn't give the Plaintiffs what they want.

But in any event, let's look at what Utah Code actually says when it's talking about peyote, when it's talking controlled substances here.

Let me pull this up, and I'll share my screen again with Your Honor.

Can you see this okay now?

**THE COURT:** I can.

**MR. STEPHENS:** Okay. So if they want to use peyote as an example, the relief that they're asking for is not actually the peyote example, because what they've said is they want an injunction that doesn't let the Government do anything

**23**

against Singularism.

This is what Utah Code says about peyote.  And by the way, this was adopted about a year after the Utah Supreme Court had found that Utah Code didn't express the adopt peyote -- have a peyote statute, so the federal rules apply.

The next year, Utah Legislature said, "We'll fix this.  We'll enact specific language" --

**THE COURT:**  Right.  And, in fact, I think I authored the opinion that gave rise to this statute; correct?

**MR. STEPHENS:**  You did.  And that reminds me something that Judge Jenkins always made me laugh about when someone cited a Judge Jenkins opinion.  I heard him on more than one occasion say, "I love it when lawyers quote me to me." Anyway, you did write that opinion.

Okay.  In Utah, it's not just a free-for-all for peyote; right?  Instead, in a prosecution alleging a violation of this section regarding peyote, it's an affirmative defense in the criminal case that it was used in connection with or by an Indian in a defined term in connection with an Indian in another defined term.  And then there's a process and mechanism for asserting that affirmative defense in the criminal case.

If they want to argue that they should be treated like peyote, this isn't the case.  They're not asserting an affirmative defense in a criminal proceeding.

**THE COURT:**  Well, but if you look at Section 12(a),

**24**

it says, "Civil or criminal liability may not be imposed...."
So the statute, it appears, immunizes a person from both civil
or criminal liability.  And then subsections (b) and (c) talks
about what happens in a prosecution.  But clearly it's broader
than just criminal prosecution.

MR. STEPHENS:  Yeah.  It would also be a defense in a
civil case, but they're not being sued in a civil case for
peyote use.  Nobody's alleging, for example, that there's a
violation of the Utah RICO Act because of peyote usage.

THE COURT:  That's true.  I think what they're suing
under the RFRA Act -- I mean -- so I guess I'm not quite
getting the point here.  If you were suing them, I suppose,
then, this would be helpful, but they're suing you under -- not
under this act, under another act.

MR. STEPHENS:  Right.  But what they're saying is
that they -- that they can show they're a less restrictive
means for enforcing the Drug Enforcement Act because of the
existence of peyote.  But then what they want is not this
process; right?  In fact, they expressed the order that there
can't be a criminal prosecution.

THE COURT:  Well, I think that what they're -- I
mean, I don't know -- the thing just disappeared from my
screen.

MR. STEPHENS:  Let me pull it back up.

THE COURT:  Yeah.  I suppose that we can talk about

procedural issues here.  I think that the whole point that they're making is that if it's used -- they're saying you could have a model where if the mushrooms are used, possessed, or transported for a bona fide traditional religious purpose, then that would be a less restrictive means.  I don't know that the less restrictive means that they're arguing would have to be a less restrictive means that had actually been implemented by the legislature with respect to a different drug.

MR. STEPHENS:  Yeah.  And then here's where I was --

THE COURT:  Go ahead.

MR. STEPHENS:  All right.  This is what I was going to show you.  Can you see this now?  The proposed order granting the temporary restraining order?

THE COURT:  Right now I'm still looking at the statute.

MR. STEPHENS:  Okay.  Let me stop that screen and share this one.  Okay.  Now can you see this?

THE COURT:  I can.

MR. STEPHENS:  Again, the reason why I bring this up is because of the specific relief that they want; right?

What they're asking the Court to say is that Defendants are prohibited from prosecuting.  Prohibited from prosecuting.  But they can't cite any other example where that's the case in Utah law.  Even with peyote, it's not a prohibition on prosecution.  It's a defense when a prosecution

**26**

is initiated.  They have the ability, if they think RFRA protects their religious practices, they can assert that as a defense in a criminal prosecution under RFRA.

They're asking you to go beyond -- they're asking you to -- they're asking you to create a singular exception that is far broader than the peyote exception.  And then they're saying you know that's okay because there's is a peyote exception.  And they can't use peyote as a basis or evidence of exception when what they're asking for is a prohibition that goes so much farther.

And not only that, right, but again under the peyote statute, it's a defined class of people clearly articulated with clear uses.  And this is an important distinction; right?  Because let's look at what they've proposed:  Their less restrictive means is what they want the Court to order.  Don't take any action that interferes with the Plaintiffs' free exercise of religion.  Don't take any action that interferes with free exercise of religion regarding their entheogenic ceremonies.

Your Honor, I don't even know what that means.  I'm not arguing that for rhetorical reasons.  If you're a police officer, and somebody is pulled over, and they have one hundred pounds of some substance, and they say, "Well, I use this for religious ceremonies," or "I'm a member of Singularism."  Your order would be so broad, I don't even know what an officer

should do even if they even called me in that instance; right?

What does that mean? How would an officer know what is a sincere belief? A sincere free exercise of religion; right?

Now, contrast that with peyote. What happens in peyote. Well, there could be an arrest. There could be a prosecution, and then there's a defense in the criminal case; right? That may be a different situation, but that's not what we're -- what you're being asked. You're being asked for something that would just create a free-for-all with undefined category of people --

**THE COURT:** Well, but as I see this proposed injunction, and by the way, if I end up issuing something, I don't have to necessarily adopt the language that they proposed. I can do what I think is appropriate. But I don't think that the proposed injunction that you have on the screen purports to prohibit Defendants from prosecuting everyone who is using mushrooms in connection with the free exercise of their religion.

And I agree, I suppose, if it said that, then law enforcement would have questions about whether there was a sincere free exercise in any individual. But we're here to take evidence today, as I understand it, with respect to the sincerity of the Plaintiffs' exercise of their religion, and whether that's sincere.

28

So, I mean, what they're asking for is much more limited than what you're arguing against.

**MR. STEPHENS:**  Well, let me ask, who -- so interfere with Plaintiffs' sincere free exercise of religion.  Who -- who are the members of Singularism?  What's the list of people that would fall within this order; right?  And how would a police officer ever know that?  And how would they know if -- if John is a member of Singularism, whether or not he's using mushrooms for recreational purposes versus using it for sincere religious entheogenic ceremonies; right?  That's the problem with what they've told you is the less restrictive means.

And, again, I don't have to come up with every hypothetical or other things that they could have argued.  I have to respond to what they have said is a less restrictive means.

So it's true that the Court could craft an injunction differently, but their burden is to say, "Here's a less restrictive means."  And what they've identified is a means that would become unworkable because while it says "plaintiffs," the class of plaintiffs is unknowable because we have two entities, no list of members, no list of when, no list of who, no list of where; right?

And maybe, just to show and give a little bit more contrast to a different type of order, they talk about the *O Centro* case.  And I understand why they talk about the

*O Centro* case.

By the way, I'm sorry.  I realize I didn't have my video on.  Now, you can see me as well.

They talk about the *O Centro* case.  Let me share the screen here because as happens, when the case makes it all the way up to the United States Supreme Court, perhaps any supreme court, things become more about sort of broader issues than specific languages.

This is the preliminary injunction that the District Court entered in the *O Centro* case.  Let's click through this and maybe get the type of context of what was the more unlimited restriction that actually was at issue that the Plaintiffs had identified in that case.

Preliminary injunction, we can flip through this and look at as many provisions as you want, but I have a few highlighted.

They're identifying very specific CFR subsections, including what's required to import substances and get it through customs in the United States.

They're talking about the process of applying for registration, how that's going to happen.  The Court's order is specific about when the physical inventories will be referenced, and that the inspections -- the physical inventories shall be conducted by the DEA inspections.

They're saying they'll specify the volume to be

**30**

imported, indicate the concentration.  They'll provide an identifying specific numbers to each batch; that they'll provide samples to the DEA to identify the substance, the amount, the labels that the -- that the Plaintiffs will have to keep samples preserved in the country in which it originates, that the samples will be made available to the Drug Enforcement Agency, that it will be labeled with the number of each batch.

They're talking about the onsite inspections by the DEA, that they'll keep records.  And then we can go on and on, including to enable defendants to distinguish between authorized and unauthorized uses.  They'll provide information about the times and location of the ceremony; that there'll be an updated list of prescription drugs that are provided to anybody, including through direct mailing.  That they'll be -- sorry, my scroll was off there.

That they will provide information about times and locations, inspections; that there will be specific liaisons with the law enforcement agencies, and an indemnity provision for the governmental entity.

**THE COURT:**  Well, I suppose -- I mean, I have no idea what Mr. Bean may propose before we get to the end of this process, but is there some reason he couldn't take that New Mexico District Court order and modify it to address his clients' sacramental mushrooms?  I don't know.  I guess we'll see what Mr. Bean proposes, but it looks to me like what you

just showed me was a less restrictive means in a similar case.

**MR. STEPHENS:** Well, what I just showed you is a proposal that hasn't been made to this Court, and it's certainly not the motion or request that's been made to this Court.

**THE COURT:** Well, and I suppose we're not finished with the hearing. I -- I have no idea what Mr. Bean may intend on presenting as we go through this.

**MR. STEPHENS:** And to the extent that Mr. Bean makes a proposal that's not what was requested in the motion, we would request an opportunity to review that and gather the evidence that we need to address that because we're here prepared on the motion and the proposed order that they actually filed, not one that they may hope that they had filed. And the one, again, that they filed is so broad that it is unworkable and will meet the standard of showing that what is before you is not a workable proposal even if they could meet the introductory requirements of the RFRA and their burden.

**THE COURT:** Well, do your clients object -- I suppose -- do you have a hard "under no circumstances" position with respect to the Plaintiffs' use of the ceremonial mushrooms? And I'm saying mushrooms because I can't pronounce the name of the drug. So I'll just tell you all that right now.

But is that your position? Or is there a possibility

App-7:034

that your clients could sit down with the Plaintiffs and their attorneys and figure out something akin to what you just showed us that would be more narrowly tailored to satisfy the compelling interests that your clients are claiming here?

MR. STEPHENS:  So, Your Honor, the honest answer to that question is that's above my pay grade.  I've been retained --

THE COURT:  I guess the answer is you don't know, but, I mean, I suppose maybe that's something you could talk to your clients about.  And maybe the answer is just a hard, no, we don't negotiate here.  We're -- we need an answer from the Court.  That's fine, too.

But it appears to me that, for example, the injunction you just showed us had to have been the product of some negotiation among the parties in order for the Court to come up with that kind of a detailed procedural specification for lack of a better term.

MR. STEPHENS:  Yeah.  And I don't purport to know how that court entered that detailed of an order.  But I do know that the parties appealed it to the United States Supreme Court, so I doubt that it was a compromise that was made because then there would have been no need to appeal.

Now, going back to the question that you posed, and I didn't mean to in any way sort of minimize the question.  The problem is I'm not an elected prosecutor.  And, certainly, I

don't have the ability to interact with the State of Utah, who by the way, as far as I can tell, has not been notified by the Plaintiffs of this proceeding to create an exception to a statewide Controlled Substances Act.  So that's why I say it's above my pay grade.

I can tell you that in defending this case, the civil claim, what has been presented, we take the position that they haven't met their burden.  They can't meet the first three parts:  burden, sincere religious exercise.

But even if they have, what they've proposed to the Court as the less restrictive means doesn't -- doesn't work. It doesn't comply with or meet or still allow the fulfillment of the Government interests that is recognized.  And so that's why I say this motion should be denied.  Is there some other argument they could make in the future, some other cooperation that could be reached, I can't say.  But I know that this one is not workable.

**THE COURT:**  Okay.

Is there anything else you want to address before we turn to the presentation of evidence?

**MR. STEPHENS:**  The only other point that I very briefly would make is, you know, again, they talk about burden. They talk about the balance of the public and the interests. And, again, I turn back to -- we have a clear answer of how that balanced under Utah law with peyote.  If someone has the

right to use peyote, the balance is, okay, assert affirmative defense. Go and win your criminal case. And what they're, again, trying to say is that somehow Singularism's balance is separate from some other religion that has been identified and expressly -- and expressly resolved and handled by the Utah Legislature.

So if that's the only thing else I would add -- obviously, I only represent one group of the Defendants. And I want to make sure that if Provo has anything to aid, that it gets the opportunity, but appreciate the Court's time and questions.

**THE COURT:** All right.

And let me ask, is there anyone else on behalf of the Defendants who wishes to be heard before we turn to the presentation of evidence?

**MR. MILLWARD:** Your Honor, thank you. Gary Millward for Provo City.

I think -- I don't have a lot to add. As with the papers, the City would join with the County's arguments that have just been made. I think the City may add a few points at the conclusion here about how the genesis of this entire situation ought to lead the Court to conclude that Singularism should not have an exemption.

They have not received one heretofore, and we think that's a salient point that the Court should consider, and

later I'll address that in terms of both the RFRA and the First Amendment claims in that -- in the way this thing has proceeded, it's our view that if it were sincere, Your Honor, it would have been done in a different way than how we're doing this now in the context of a search warrant execution and possible criminal charges coming.  And so Your Honor, we'll address those in more detail later on.  Thank you.

THE COURT:  Okay.  Thank you.

All right, then, let's turn the time back over to Mr. Bean, and you may call your first witness.

MR. BEAN:  We're going to call Ms. Brandi Lee as the first witness.

THE COURT:  All right.

Ms. Lee, I'm going to ask Ms. Schofield to swear you in.

THE COURTROOM DEPUTY:  Ms. Lee, would you please raise your right hand.

You do solemnly swear that the testimony you shall give in the case now before the Court to be the truth, the whole truth, and nothing but the truth so help you God?

THE WITNESS:  Yes.

THE COURTROOM DEPUTY:  Thank you.

THE COURT:  And, Ms. Lee, you -- at least when you said "I do" there a minute ago, you sounded not very loud.  So if I can get you to scoot close to the microphone, and maybe

**36**

give us a test so that we can make sure that we can all hear you.

THE WITNESS:  Can you hear me now?

THE COURT:  We can.  You're still a little bit quiet so stay close to the mic, and keep your voice up, and the court reporter may jump in and tell you you're not loud enough.

THE WITNESS:  Okay.

MR. BEAN:  She'll move over to me, if that's okay with Your Honor.  I'll move all of these.  Let's see here --

THE COURT:  Okay.  Now, give us another test, Ms. Lee.

THE WITNESS:  Okay.  Can you hear me now?

THE COURT:  Now we can.

THE WITNESS:  Okay.  Good.

**BRANDI LEE,**

called as a witness for and on behalf of the Plaintiff, being first duly sworn, was examined and testified as follows:

**DIRECT EXAMINATION**

BY MR. BEAN:

Q.  Ms. Lee, could you please state your full name for the record?

A.  I'm Brandi Lee.

Q.  And do you have a present occupation?

A.  I do.  I am the office manager at Singularism, and I also am a supervisor of the facilitators.

**37**

Q.   And besides that, do you have any family care responsibilities that you attend to?

A.   I do.  I have four kids.

Q.   And do you have main care responsibilities for them?

A.   Yeah, I do.

Q.   Okay.  Are you familiar with an organization called Singularism?

A.   Yes.

Q.   What is that organization?

A.   It is a religious organization that uses the sacred psilocybin to help people find their own inner spirituality.

Q.   And when did you first become familiar with Singularism?

A.   Back in 2023.

Q.   And are you familiar with an individual named Bridger Jensen?

A.   Yes.

Q.   And who is he?

A.   Bridger is the founder of Singularism.

Q.   And when did you become familiar with him?

A.   January of 2023.

Q.   Okay.  I'm going to back up and, you know, in court we don't often ask people about religious persuasion, but are you a religious person?

A.   I am.

Q.   And were you ever a religious person before you became

familiar with Singularism?

**A.**   Yes.

**Q.**   And could you describe what sort of religious background and maybe the beliefs you had before becoming familiar with Singularism?

**A.**   I was a member of the Church of Jesus Christ of Latter-Day Saints.

**Q.**   Is there anything about your beliefs that led you to become interested in Singularism?

**A.**   Um, yes.

**Q.**   What were those things?

**A.**   Well, I wanted to find out who I am, and who my highest self is.  I wanted to find out and connect with God, and -- and the spirits, and my ancestors.

**Q.**   Was there anything else in your life that led you to become interested in Singularism?

**A.**   Yes.

**Q.**   What were those sorts of things?

**A.**   Well, so in my life, I had -- I had gone through about a year and a half of really hard traumatic experiences, and I knew I needed extra help and guidance to get through those.

**Q.**   What were those experiences?

**A.**   So my dad passed away suddenly, which was a very hard thing for our family; and then six months after that, my brother took his own life; um, and then six months after that,

**39**

my husband just decided he didn't want to be married anymore, and that just took me by complete surprise.

So I was in so much grief and hell, and I had gone to talk therapy. I had done ART. I had done so much to try to heal and understand what was going on. I was in and out of the hospital with panic attacks, and I was really close to ending my own life because I couldn't handle the pain.

Q. Thank you for letting us know that.

Now, from that context and in that state that you were in, how did you become familiar with Singularism?

A. So my friends and family were very worried about me, and a friend of mine had known Bridger and what he does, and his belief and told me that I should contact him, and so I did.

Q. And what was your first experience like contacting or meeting with Bridger?

A. So Bridger got my story and why I wanted to be able to be part of these sacred ceremonies, and he screened me. He asked me my medications. He asked me my medical history. He asked me my sincerity. He asked me -- and he told me all about the ethical reasons of doing this. He told me the benefits of it, and the scientific benefits of it, and the spiritual benefits of it.

Q. Um, can you explain a little bit more about the spiritual screening portion that you mentioned? What did he tell you?

A. Well, he told me that I will be opened up to maybe being

able to see entities and maybe my dad and my brother.  He told me that it will help me to understand myself and where I came from, and that I will be able to love myself again.

Q.   About how long did that screening process you described take?

A.   It took about an hour and a half.

Q.   How did you feel after proceeding through that screening process?

A.   Well, at first I was afraid I wasn't going to pass it because he's very strict on what he asks, and so I was worried. But after I was able to -- after I had passed the screening and was able to decide if I wanted to do this or not, I felt a lot of hope.

Q.   Do you know if Mr. Jensen did anything with those spiritual needs that you described to him?

A.   Can you clarify that question?

Q.   Yeah.  Do you know if he recorded any of the statements that you had made about your spiritual interests?

A.   Yes.  Yes.  He has notes that he would write down and records.

Q.   Um, and did you pass this religious screening process?

A.   Yes.

Q.   And can you tell us what happened after that?

A.   After that, I set up a time to be able to do my first session with the medicine.

Q.   And could you describe to me, you know, the very first step in that process?

A.   The very first step in that process was a prep session, a prep call with him where he went through what was going to happen, what to expect.  He prepared me for what to bring and where and how to prepare myself spiritually to be able to participate in this.

Q.   What sorts of things did he ask you to do to prepare spiritually?

A.   Well, to meditate the night before, to get myself into a good head space, to actually read my patriarchal blessing, to look for things and signs from the universe that this is good. He -- a lot of things like that.

Q.   Did you feel prepared after doing those things?

A.   Absolutely.

Q.   Tell us the process as you remember of how the psilocybin was prepared?

A.   So Bridger showed me everything that went into it.  He showed me the type of psilocybin we were using.  He showed me that nothing else went into the -- with the psilocybin into the tea.  He also showed me how to brew the tea that makes it just a smoother process so that it can be more spiritual instead of it being a physical -- because your body can get sick on it.

Q.   And after that process of viewing that tea that you described he prepared, is there anything you did before

**42**

consuming the tea?

A.   Yes.  So we had a ceremony where we set my intention of what I wanted to get out of this ceremony or out of the session.  And he coached me on how to connect with the tea, and with the psilocybin, and I said my intention.  And as soon as I felt like I was ready, we -- I drank the tea.

Q.   You said your "intention."  Is that just saying it out to yourself?  Is it directed at anything in particular?

A.   It is directed to the universe, and it's also directed to the psilocybin.

Q.   Okay.  And where did you take the psilocybin tea?  Was it in the same place that it was prepared or somewhere else?

A.   It was in the same place it was prepared.

Q.   And what happened after you took that psilocybin tea?

A.   We went and I sat on the couch.  And as soon as I started to feel the effects of it, I told Bridger.  And then I -- I laid back and with a blindfold, and --

Q.   Was Mr. Jensen present when that experience was occurring?

A.   Yes.

Q.   Did he remain present the entire time?

A.   Um, most of the time.  Sometimes he would step out just because you can get a little deeper into yourself if no one else is in the room.

Q.   Did he leave the building you were in at any time?

A.   No.

Q.    What was the purpose of him being there with you?

A.    Well, for safety reasons, for -- to guide because you never know what's going to happen and come up, and he was a spiritual guide.  He -- there were times where I was having a really hard time, and he would hold my hand and help me feel grounded and safe.

Q.    Now, I know this is likely a very personal question, but could you describe the experience you had during that psilocybin ceremony?

A.    The first session?

Q.    The first one.

A.    The first session was really interesting.  I laughed for about four hours.  And there was nothing funny, but I just was laughing.  And the insight came to me like you know the movie "Hook," where that little kid is touching Robin on his face, and he's like, "There you are, Peter"?  That's what came to me: There you are, Brandi.

I was a funny, funny child and teenager, and I had a really good sense of humor.  But when I met my husband, he was funny.  So I didn't realize I shut that part off of me so that he could shine.  And it showed me that that was me, that I was back to who I was, and that I had shut a lot of parts off about me so that other people shined.

Q.    Any other insights or experiences that you had during that first psilocybin ceremony?

**44**

A.    Yes.  After I had calmed down and didn't laugh anymore, I was able to see my brother, who had passed away, and I was able to see my dad.  And they were able to tell me that they were happy, and that they were watching over me, and that they're with me all the time.  And that to me was so comforting, especially with losing someone to suicide.

Q.    Anything other experiences you can share about that first ceremony?

A.    Um, I just felt a sense of peace and calm, and I was able to leave there with hope and knowing that I -- my life was worth living.

Q.    After this first experience that you had, did you have any further experiences in psilocybin ceremonies?

A.    Yes.

Q.    What sorts of experiences were those like?  Similar to what you experienced in the first or different?

A.    Similar, but different and deeper and more profound.

Q.    Can you describe those?

A.    Yes.  In one of my sessions, I actually met Heavenly Father and Heavenly Mother and Jesus.  And I was able to walk with them and talk with them.  And they were able to tell me why I was here, my role of being here.  And I was able to feel like at home again with them.

      Um, I also had a few sessions where I was able to see my children's spirits and their roles and their power that they

**45**

have.

Q.   What did you take away from these experiences?

A.   Well, I took away that spirituality isn't just in a box, in a -- just a religious organization, and it's not just in a box.  Spirituality is so broad, and I was able to take away that I am special, and that everyone is special, and that we all just need to love each other.  That was the answer from Jesus was love, just love.

Q.   Did you make any changes in your life after experiencing these ceremonies?

A.   Oh, yes, I made a lot of changes in my life.

Q.   What sorts of changes did it cause you to make?

A.   Well, it actually opened up a lot of spiritual gifts that I didn't quite realize I had.  And I have been able to change my focus in my spirituality and my religious beliefs, and I'm trying to develop these gifts to bring into this religious spiritual organization.

Q.   What sorts of spiritual gifts are you referring to?

A.   I can communicate with angels and spirits.

Q.   After the experiences that you had in these ceremonies, did Mr. Jensen ever discuss with you your experiences?

A.   Yes.  So after we had a session, we met and we did a follow-up where we talked about what I experienced, how to take what I experienced into my daily life, and he gave me little assignments of, you know, how to strengthen that spiritual --

spiritual gifts that I was given in that session.

Q.   Do you know if Mr. Jensen made any record of the experiences you had?

A.   He did.

Q.   What was the record like?

A.   Um, notes, and yeah, notes that he took of the things that I said to him.

Q.   Do you have a copy of that?

A.   I do.

Q.   Is that something you consult frequently?

A.   Absolutely.

Q.   Why do you consult it?

A.   Because there were things in there that came to me that might not have made sense at the time but now do.

Q.   Do you have any examples?

A.   Um, so I think one of the examples was about my children, and who they are, and the direction that they need to go in their life, or the direction that I should, I guess, urge them.

MR. OLSON:   Your Honor, we'll go ahead and object on the basis of the -- sorry, we're getting an echo.

THE COURT:   You are.

MR. OLSON:   Sorry.  Technical issue.

Under the best evidence rule.  This note hasn't been produced.  We haven't had an opportunity to review it, and unless its produced and we have an opportunity to in inspect,

**47**

we can't meaningfully cross-examine the witnesses.

**THE COURT:**  Well, she's -- I think -- just testifying as to what she experienced and what she felt.  I'm going to overrule it.

Q.    **(By Mr. Bean)** Last questions about these experiences. Had you not participated in these ceremonies with Singularism, how do you think your life would be today?

A.    I am going to be completely honest.  I wouldn't be here.

Q.    What do you mean by that?

A.    I was in such pain.  I couldn't handle it anymore.  I wouldn't be here.

Q.    Now, since participating in those ceremonies have you remained part of a Singularism community?

A.    Yes.

Q.    And how have you remained part of it?

A.    Well, I put that on as my belief and my religion, and I am now helping others find their own spiritualty.

Q.    And how -- in what role do you help others find their spirituality?

A.    I'm a facilitator, and I help them extract their own scripture from them.

Q.    Okay.  And other role you have with Singularism?

A.    I am the office manager.

Q.    What are your responsibilities as an office manager for Singularism?

**48**

**A.**   I -- I'm in charge of the notes that we take of the -- all the records that we keep.  Obviously, all the office cleaning, and I make all the appointments, and I do have record of all of our participants.

**Q.**   And what are your responsibilities as a guide or facilitator, I think you said?

**A.**   Um, well, I'm there to help, again, extract their scriptures from them, find themselves, and help them have their own spiritual experiences.  So I -- so I make, you know, the tea in front of them, and make them -- help them feel safe and good.

**Q.**   How did you learn how to do these ceremonies for Singularism?

**A.**   I was trained by Bridger.

**Q.**   What was the training like?

**A.**   He -- he -- I shadowed him a lot before I was able to do it on my own.  And he would sit down with me, and he taught me his philosophies.  The -- you know, the Johns Hopkins model that we follow.  I learned all the safety, the negative stuff, I mean, I learned it all, and he has been very transparent and open with training.

**Q.**   In that training process, was there any spiritual component of training?

**A.**   Oh, yes.  Again, extracting others' beliefs and spirituality, and not imposing my own beliefs and spirituality

on them, because we don't want to stunt them.  We want them to find out for themselves.

Q.    Were you ever involved in like the early stages of someone becoming interested in Singularism --

A.    Yes.

Q.    -- before the ceremony?

A.    Yes.

Q.    What's that process like for you?

A.    Well, it's a -- it's a screening process where the participant comes in, and we sit down with them.  We tell them what we do, what, you know, what our beliefs are.  And we don't go completely into the major beliefs, but we -- we explain to them the process, and then we screen them if they want to go forward.

Q.    What sorts of things are you screening them for?

A.    We screen them for safety, which is, like, the medical side of it, and make sure that they don't have medications that will contradict, and that their medical history will allow them to continue.

      We screen them for -- that it's ethically okay for them to do, which -- and then we screen for sincerity, that they want to do this to better their own lives and others, and not just for fun.  And my mind is going blank on the other stuff.

Q.    That's okay.  If it comes to you, let me know.

Have you, in fact, screened anyone out?

A.   Yes.

Q.   What were those screening-out experiences like?

A.   Well, we screened out people from almost all of our requirements.  We had a lady who we had to tell, you know, she couldn't do it because she would have only -- she would have given us the last bit of the money that she had.  We ethically did not feel like that was good to do for her.  We didn't want to take her last money.

We also have had to turn people away because medically it wouldn't be good with the medications that they took.  And their sincerity.  We've had -- we had someone come in who really didn't want to do it, but their husband kind of was giving them pressure, and so she wasn't sincere in wanting to come in.  So we -- we told her that, you know, we wouldn't allow her to do this because of that.

Q.   What sorts of things kind of tick your box for religious sincerity in this process?

A.   Um, wanting to better themselves and better the world, and, yeah, that's it.

Q.   After they pass the screening process, do they have to execute any document of any kind?

A.   Um, well, we have them sign a waiver.  Is that what you're talking about?

Q.   I don't know.  What is on the waiver?

51

A.    Um, there's a lot on -- a lot of stuff on the waiver.  But it's -- it just talks about, again, the ethics -- ethically how, and just the safety of it.

Q.    Okay.  Let me ask you about, you know, the religious or spiritual component of that waiver form.  Is there anything that mentions religion there?

A.    Um, yes.  It talks about that we -- we aren't there to tell them -- because we're non-dogmatic.  We aren't there to tell them that they have to leave another religion to join ours.  We want to -- we want to make their foundation either stronger or help them create a foundation of spirituality.  So we tell them that we are there to help extract that from them, and to help them find that.

Q.    Do they have to tell you anything about their spirituality --

A.    No.

Q.    -- in that form?

A.    No.  They don't have to.

Q.    Okay.  What about their sincerity?  Anything about that in the form?

A.    Yes.  We want them to be sincere in wanting this to better their lives and others.

Q.    Do you enjoy functioning in the roles you do for Singularism?

A.    I love it.

**52**

Q.   What -- why do you like it?

A.   Well, I mean, just being able to sit in a room with someone, share their story, and watch them literally heal in front of your eyes is the greatest thing you could ever do in your life.

Q.   Are you compensated for either of those roles that you serve?

A.   Yes.

Q.   How are you compensated?

A.   I have an hourly wage.

Q.   And about how many hours of service or work do you do with Singularism every week?

A.   Um, between 20 and 30.  It just depends.

Q.   Do you have any other sources of income besides that?

A.   I just -- just child support.

Q.   Are you from your vantage point in those roles, do you believe that Mr. Jensen sincerely believes as a religious matter that psilocybin is a necessary practice?

A.   Yes.

Q.   What makes you believe that?

A.   Because I hear him talk about it every day, and, I mean, it's the way to unlock and get rid of your ego, and it gets you talking to and finding out who you are and your highest self.

Q.   From your vantage point, do you think that Singularism is a religious organization opposed to a different kind of an

organization?

**A.**   Yes.

**Q.**   Why?

**A.**   Because it's all about spirituality, and it's all about helping.  You know, it's -- not only are people coming to us for help, but they're also coming to us to feel part of something.

**Q.**   What makes Singularism different, if anything, than doing psilocybin on your own, maybe in our own home?

**A.**   Um, well, doing it outside of Singularism is a different experience because you're doing it not for spiritual reasons, usually.  You're -- Singularism, we do a ceremony.  We use it, again, to unlock your potential and who you are, and we do it safely, and we do it with guides.

**Q.**   Um, same question, but how is it different from if it happened maybe in a medical context?

**A.**   Well, I think having the facilitators who are spiritually driven is a lot different because psilocybin is a very spiritual medication or medicine.

**Q.**   To your knowledge, do you know of any incidents that have happened to any of the participants in a Singularism ceremony?

**A.**   No.

**Q.**   You don't have any other information about problems?

**A.**   Well, I would, but there is none.

**Q.**   What about issues of safety, any issues of personal or

**54**

other safety?

**A.**   No.

**Q.**   Um, do you know if anyone involved with Singularism has taken psilocybin out of Singularism's spiritual center?

**A.**   No.

**Q.**   And do you know anything about that Singularism does to protect against that?

**A.**   Well, we lock up the psilocybin, and we -- we don't sell it.  We don't give it to people outside of our -- our center.

**Q.**   Do you know of any complaints that have been made against Singularism?

**A.**   No.

**Q.**   Now, are you aware of whether law enforcement has ever been involved with Singularism?

**A.**   Yes.

**Q.**   How did you become aware of that?

**A.**   I was -- I got a phone call that Bridger was being detained, and that they were searching the Center.

**Q.**   And can you describe briefly to me what you understood to have occurred?

**A.**   Well, what I understood was that Bridger left work on a Monday evening and was surrounded by police as he walked to his car.  They detained him, and then went into the wellness center and proceeded to search.

**Q.**   Do you remember what day this was?

A.   November 11th, I think?

Q.   That's your memory?  Did anything else happen that day that you remember?

A.   No.

Q.   After hearing about what you just described, how did you feel?

A.   Well, to be honest I felt very betrayed.  I get that this is law enforcement's job, but we had sent letters to them.  We had invited them to come if they had concerns or wanted to find out more about what we do.  We were very open with them.

     And then we -- finding out that we had an undercover policeman come in, and we were very kind and welcoming and open with him and gave him a tour, and then just feeling betrayed because he came into what I consider my temple, and lied to us and came in and took our sacrament.

     THE COURT:  We've got some kind of a screen share going on by someone named Valerie that is -- and I don't know who put it there or why Valerie is trying to share her screen.  Valerie Dedrickson.

     So I don't know if there's a way, Ms. Schofield, I don't know, if she's going to continue to share her screen, she might need to be removed.

     MR. STEPHENS:  And Your Honor also mentioned potential broadcasting, and so for purposes of clarification on the record, to the extent that it's being broadcast, I think

**56**

App-7:058

that should be made clear so the parties can assess any

objections they have.

        **THE COURT:**  That's absolutely true.

        Ms. Schofield, do you know how to remove her?

        **THE COURTROOM DEPUTY:**  (Nodding in the affirmative.)

        **THE COURT:**  Thank you.

        **MR. BEAN:**  And, Your Honor, I'm not sure who that

individual is, but we're perfectly fine with whoever that is to

being removed from the call if necessary.

        **THE COURT:**  Okay.  All right.  I mean, again, this is

a public hearing, but we don't allow cameras in our courtrooms,

and we're not allowing a broadcasting of this hearing.

        **MR. BEAN:**  Right.  Thank you for bringing that up,

Your Honor.

**Q.**  **(By Mr. Bean)** Let's see --

        **THE COURT:**  I think you were asking about the

undercover officer when I interrupted.

        **MR. BEAN:**  Yes.  Thank you for bringing me back to

the pace there.

**Q.**  **(By Mr. Bean)** Ms. Lee, I think you were talking about

feeling betrayed.  Anything else you would like to add to what

you were saying?

**A.**  Um, I think just that feeling of being open and willing

to -- to communicate and allow people to come into our temple

and ask us questions, and then having them come in and search,

and, why, again, I get it's their job.  It still feels very wrong.

Q.   Did anything else happen with law enforcement that day or that week that you know about?

A.   That week law enforcement went to our landlord's office and gave them a letter that they should evict us.

Q.   How did you come to know about that?

A.   The -- our landlord's secretary told us, told us -- showed us the letter.

Q.   So you received a copy of that letter, is that what you're saying?

A.   We saw the original copy.

Q.   Okay.  And if -- if I showed you that copy, would you recognize it?

A.   Yes.

Q.   Okay.  I'm going to try to screen share what has been attached to Plaintiffs' opening brief as Exhibit K.

     Okay.  Ms. Lee can you see that?

A.   Yes.

Q.   I'm just going to scroll down.  Can you tell me if you're familiar with the document that we're viewing?

A.   Yes.

Q.   Is this the document that you were talking about?

A.   Yes.

Q.   And what was your understanding from viewing this document

about the eviction you had mentioned?

**A.**   My understanding was that they were asking our landlord to exercise their eviction rights so that -- because they said that we had been doing illegal things.

**Q.**   What did you understand that the authors of this letter would do if your landlord declined to exercise this eviction?

**A.**   That they would take the necessary steps to evict us themselves, but then also take over the building.

**Q.**   And can you tell me at the bottom in that signature area who this letter was written from?

**A.**   Captain Brian Wolken.

**Q.**   Did you ever have any personal interactions with that individual?

**A.**   No.

**Q.**   I'm going to scroll to the top as well and the header, do you see any name in the header?

**A.**   Chief Troy Beebe.

**Q.**   Did you ever have any person interactions with that individual?

**A.**   No.

**Q.**   Okay.  I'll stop sharing now.

Do you know if the landlord you mentioned ever addressed or responded to that letter sent from Provo police?

**A.**   Yes.

**Q.**   How do you know that?

**A.** I was there when they were discussing it.

**Q.** And what was the sort of response that was provided?

**A.** Um, to my awareness was that it was like we will just wait to see legally, I guess. I specifically don't remember exactly.

**Q.** Yeah. Maybe my question was what form did that response take. Was it a written form? Oral?

**A.** It was a written form.

**Q.** How do you know it was a written form?

**A.** I was there when the landlord came and showed us the letter that he was going to send.

**Q.** Okay. And if I showed you that letter, would you recognize it?

**A.** Yes.

**Q.** Okay. I'm going to share that letter, which has been attached to Plaintiffs' opening brief as Exhibit L. I'm scrolling down here. Is this what you recognize to be that letter that you were referring to?

**A.** Yes.

**Q.** And what was your understanding of what the landlord was telling Provo police in response?

**A.** Well, my understanding is that he's -- he is telling that he is in a really hard spot. If he, you know, if he needs to abide with what the police said or if he needs to, you know, see -- use, you know, our religious freedom, he was just in a

60

Q.   Do you recall if the landlord mentioned anything about any complaints made against Singularism?

A.   No.

Q.   Did he mention anything about your status -- Singularism's status as a tenant?

A.   In the letter?

Q.   Yeah.

A.   Um, no.

Q.   Okay.  I'm just going to highlight a little portion for you to view.  Do you see where I'm highlighting there --

A.   Yes.  Yes.

Q.   -- the marked section.

A.   Yes.

Q.   Could you just read that, beginning from "From" to the end?

A.   "From my perspective as a landlord, I have not observed any behavior that would typically prompt concern.  I've asked my employees about Singularism's presence in the same building, and they have not reported feeling unsafe or threatened by their presence.  We have not seen any questionable activity nor have we had unsavory people coming and going from their facility.  If anything, they have been exemplary tenants."

Q.   Thank you.  Do understand anything else, you know, to contradict that statement about exemplary tenants either?

**A.**   No.

**Q.**   Have there ever been any issues between Singularism and the landlord to your knowledge?

**A.**   No.

**Q.**   Switching gears a little bit here.  Has the actions of those law enforcement officers you described had an impact on you personally?

**A.**   Well, the feeling of obviously betrayal and fear.

**Q.**   Do you know if it has had an impact on Singularism as the an organization?

**A.**   Yes, it has.

**Q.**   What has the impacts been?

**A.**   Well, not only financially, but I think the fear of not being able to practice what we believe.

**Q.**   What is the fear?  Is that fear for you?  For others?

**A.**   The fear is for everyone involved.  I mean, obviously, mainly Bridger, but the fear of all of us.

**Q.**   And what are you afraid of?

**A.**   Well, I'm obviously afraid of action being taken against Bridger, but I am also afraid of not being able to practice what I believe is a way to help better humanity.

**Q.**   You mentioned a financial impact.  Can you describe what that is?

**A.**   Yes.  We have had to slow down our ways of being able to make money financially.  We haven't been able to pay our

**62**

employees for the past, you know, month.

Q.   What would be the impact upon you if criminal charges were brought against anyone at Singularism?

A.   Well, the impact on me would be, I mean, huge.  I don't even know how to describe what that would do.

Q.   What would be the impact upon Singularism if it were evicted from its spiritual center?

A.   Well, it would take a big hit.  And we would, you know, we wouldn't, again, be able to practice our belief and our religion and our spirituality and the things that we feel are right and good.

Q.   If criminal charges were brought, and, you know, Singularism was evicted from its spiritual center, do you think it would be able to survive as a faith group?

A.   Yeah, I mean, yes.  It would be hard because we do need a gathering place.

Q.   Yeah.  How would it be different?

A.   Well, we wouldn't be able to participate in these ceremonies.

Q.   Thank you.  Those are my questions for you at this time.

THE COURT:  All right.  Who will be questioning this defendant -- this witness on behalf of the Defendants?

MR. OLSON:  I will be, Your Honor, on behalf of Utah County.

THE COURT:  All right.

**63**

App-7:065

## CROSS-EXAMINATION

BY MR. OLSON:

Q.   Good morning, Ms. Lee.

A.   Good morning.

Q.   You mention being in your testimony being a supervisor, a facilitator, an office manager.  Have you held any other titles during your time at Singularism?

A.   No.

Q.   So you've never been a practitioner, for example?

A.   Well, that, sorry, facilitator is a practitioner.

Q.   Understood.  Thank you.  So what exactly does a facilitator do?

A.   A facilitator, they are the ones who facilitate the ceremonies.

Q.   And you mentioned as part of that facilitation receiving an hourly wage.  What is the hourly wage that you are paid?

A.   $40 an hour.

Q.   When you were practicing or facilitating the ceremony, what exactly are you practicing?

A.   Um, could you clarify that a little bit?

Q.   Yeah.  It's more so to do with the word "practitioner." You referred several times to practice in your testimony.  I want to know exactly what you mean by practice.  What is it that you're practicing?

A.   I'm practicing -- sorry.  I'm practicing my spiritual

**64**

belief in being able to help others heal and speak to their highest self.

Q.   And when you say heal, what exactly are you looking or desiring to heal?

A.   Um, desiring to heal them from all their ailments that they've gone through in their life.  Also, to heal their spirit and their soul.

Q.   So there is a dual component to what you're looking to heal, a physical and a spiritual?

A.   Yes.

Q.   How many sessions have you overseen as a facilitator?

A.   Hmm, roughly, maybe a hundred.

Q.   And how many individuals would you estimate that you've overseen as a facilitator?

A.   I would estimate 30 -- of me, personally.

Q.   In your testimony you referenced screening practices that the individuals have to participate in before they can engage in the ceremony; is that correct?

A.   Yes.

Q.   You also mentioned explaining Singularism's beliefs to these individuals; is that also correct?

A.   Yes.

Q.   What beliefs do you explain to perspective clientele?

A.   We explain to them that they're their other prophets, and that they will write their own scriptures.

Q.   So does Singularism have a uniform set of scriptures?

A.   Our scriptures are our clients' notes that we take and extract from them.

Q.   So the scriptures are different for each individual person?

A.   Yes.

Q.   And each individual person is their own prophet?

A.   (Nodding in the affirmative.)

Q.   You also testified that you conduct a health screening as part of that screening process; is that correct?

A.   Yes.

Q.   Do you have any -- is it you that engages in that health screening?

A.   I am part of that, yes.

Q.   Who else is involved?

A.   Bridger.

Q.   And is it just the two of you?

A.   Um, we have other -- when I'm the facilitator, yes.  There are other facilitators that do it, too.

Q.   So when you're the facilitator, there are situations where you're the only one performing that health screen?

A.   No.  We always have two people doing the health screening.

Q.   And will that be two facilitators?

A.   Yes.

Q.   And who are the other facilitators at Singularism?

**66**

THE WITNESS:  Do I have to answer that question?

MR. BEAN:  You can answer.

THE WITNESS:  Yes, I can answer?  Okay.

Do you want their full names or do you want just --

Q.   (By Mr. Olson)  If you have them, please.

A.   Jake Wood, Chelsea Diva, Brian Hightower, Chris Higbee, Dean Hillman, Jenna Eden, and Allison Anderson.

Q.   Thank you.  Do you personally have any formal training regarding drug interactions?

A.   No.

Q.   Do you know if any of the individuals you just listed have such training?

A.   Yes.

Q.   Which of those individuals have that training?

A.   Jenna Eden.

Q.   Is she the only one?

A.   Bridger.

Q.   Okay.  What formalized training does Jenna -- we'll start with Jenna -- that Jenna has?

A.   Jenna has medical doctor -- she's a medical doctor.

Q.   What about Bridger?

A.   Bridger was a clinician, a therapist.

Q.   Is either Bridger or Jenna involved in each health screening?

A.   Yes.

**67**

**Q.** To your knowledge, can psilocybin treatment have negative effects or dangers?

**A.** If it is contradicted by medications, yes.

**Q.** If there are no negative interactions with other medications, can it have negative affects or dangers?

**A.** If you're mentally -- if you have a background of some mental illness that could cause it to be bad.

**Q.** Can psilocybin be dangerous if it's administered improperly?

**A.** No.

**Q.** So if someone gives a hundred times the regular dose, that poses no threat to health or safety of the Voyager?

**A.** I would say, safety?

**Q.** What about if the source is laced or impure?

**A.** Well, yes, then, yes.

**Q.** Do you know if psilocybin is tested before it's administered?

**A.** Um, yes.  Not by us.

**Q.** Sorry.  I didn't mean to cut you off.  You were about to say not by you, but, who?

**A.** But the source we get it from.

**Q.** And what is that source?

        **THE WITNESS:** Do I say?

        **MR. BEAN:** If you know.

        **THE WITNESS:** I actually don't know the source.

Q.   (By Mr. Olson) And how do you know it's tested?

A.   Um, we get it from Oregon.  That's all I know.

Q.   And is it a company or an individual?

A.   Again, that's all I know.

Q.   How does it arrive?

A.   Um, it arrives freeze dried.

Q.   Is it mailed?

A.   It is -- no, it is not mailed.

Q.   Is it delivered?

A.   Yes.

Q.   And who delivers it?

A.   Um, I don't want to say.

Q.   You don't want to say who delivers the psilocybin that you obtain?

        MR. BEAN:  You can answer if you know.

        THE WITNESS:  Oh, well, I do know.  I just -- I don't feel comfortable answering that.

Q.   (By Mr. Olson) Well, it's important that we know to verify some of the statements that you've made, so if you would please answer the question, we'd appreciate it.

A.   Um, it's from -- the individual's name is Inge.

Q.   Inge?

A.   (Nodding in the affirmative.)

Q.   Do you know her last name?

A.   I do not.

**69**

Q.   And has -- have you discussed with Inge the testing of the psilocybin?

A.   Yes.

Q.   And it is Inge that is performing the testing to your knowledge, or is it somebody else?

A.   It is the growers.

Q.   And is Inge a grower?

A.   No.

Q.   Who is the grower?

A.   We don't know the growers specifically, but we do know it comes from a lab in Oregon.

Q.   And what lab is that?

A.   We don't know.

Q.   So you don't know what lab it comes from just that it comes from a lab?

A.   Right.

Q.   And do you know what tests this lab is performing on the psilocybin?

A.   I can't speak to that personally.  I am -- I couldn't tell you the name of the tests.

Q.   So how do you know it's tested?

A.   We were told that it is tested, and we have tested it, and it has been perfectly great for hundreds of people or for dozens of people.

Q.   So when you say, "we have tested," are you saying that

70

Singularism has independently tested the product that it's received?

A.    Yes?  I mean --

Q.    And who --

A.    I meant on ourselves.  We participate in the ceremony, and test it upon ourselves.

Q.    So you have used the psilocybin, but you haven't tested it to germ whether there is any contaminants?

A.    Nope.

Q.    You just take the laboratory's word for it?

A.    Yes.

Q.    Now, with respect to the physical ailments that you have referenced treating, do you have some examples of what physical ailments you've treated with psilocybin?

A.    Well, interesting enough, fibromyalgia.  We've also -- neuropathy has been treated with psilocybin.  Um, yeah.

Q.    Have you treated anybody with depression?

A.    Yes.  Depression, anxiety, OCD, addiction, um, PTSD --

Q.    In your sessions, sorry.

A.    -- lots of stuff.

Q.    In your sessions have any of the Voyagers referenced any suicidal thoughts?

A.    During the session?

Q.    Or before?

A.    Before, yes.

Q.   And during?

A.   No.

Q.   Have any Voyagers, whether before or during the session, expressed thoughts of self-harm?

A.   No.

Q.   Harm to third parties?

A.   No.

Q.   Now, turning back to the negative effects or dangers, potentially, of psilocybin treatment, is this why you have individuals sign a liability waiver?

A.   Yes.

Q.   And that's because if someone suffers harm or an adverse reaction, you want Singularism to be free from liability; is that correct?

A.   Yes.

Q.   And then just to confirm, you don't know Inge's last name?

A.   Uh-huh, no.

Q.   You don't know the company she works for?

A.   No.

Q.   Do you have her contact information?

A.   Yes.

Q.   Do you have her phone number?

A.   Yes.

Q.   What is it?

A.   Well, I don't have that on me.

App-7:074

Q.   Do you have your phone?

A.   Yes.

Q.   Is her contact information saved in your phone?

A.   No.

Q.   Do you have a call history that would show a call of Inge?

A.   Yes.

Q.   And that information would be retrievable in your call history?

A.   Yes.

Q.   And you could identify which call in that call history belongs to Inge?

A.   Yes.

Q.   So will you please do that for me?

        MR. BEAN:   Are you asking her to do it live, Counsel?

        MR. OLSON:   I'm fine if we can get that after.  We don't need it now, but at some point we would like this.

        THE COURT:   I mean, is this a TRO hearing or a discovery proceeding?

        MR. OLSON:   Well, Your Honor, it's both, and for purposes of presenting evidence, this is a potential witness that we'd like to speak to in order to present evidence in connection with both the TRO and any ultimate preliminary injunction hearing that may be required.

Q.   (By Mr. Olson) So we'll move on for now, Ms. Lee, for now.  Do you know how Singularism pays for the mushrooms?

73

A.   Yes.

Q.   How do they pay?

A.   By cash.

Q.   And what quantities are typically delivered to Singularism?

A.   We don't keep a lot on hand, so just maybe an ounce or two.

Q.   And how often is one or two ounces delivered to Singularism?

A.   Depending on the time -- the month and how busy we are.  I mean, it could be once a month, or it could once every three months.

Q.   And how much does Singularism pay?

     **MR. BEAN:**  Your Honor, I'm going to object just to relevance.  This is live questioning.  I think we've gone really far into this question.  I'm not sure how this is relevant to the substantial burden on Plaintiffs' religion.

     **THE COURT:**  Sustained.

Q.    **(By Mr. Olson)** Ms. Lee, you indicate that you're a member of the LDS church at some point; is that correct?

A.   Yes.

Q.   Are you still a member of the LDS church?

A.   On record, yes.

Q.   Do you still identify as a follower of the LDS church?

A.   No.

**74**

App-7:076

Q.   So would you identify as having left the church?

A.   Distance myself, yes.

Q.   And when approximately did you distance yourself from the LDS faith?

A.   Um, about a year and a half ago.

Q.   And is that about the same time that your friend introduced you to Mr. Jensen?

A.   Um, close.

Q.   And who is the friend that introduced you to Mr. Jensen?

MR. BEAN:  Objection.  Relevance.

THE COURT:  Sustained.

Q.    (By Mr. Olson) Is the person who introduced you a member of Singularism?

A.   Yes.

Q.   And why did you want to meet with Mr. Jensen?

A.   Because I was suffering.

Q.   And when you say, "suffering," are you referring to health struggles?

A.   I'm referring to health struggles and spiritual struggles.

Q.   Was it motivated by grief as well?

A.   Yes.

Q.   Was your ultimate desire to participate in the ceremony motivated by Mr. Jensen's description of the scientific benefits of psilocybin that you referred to in your testimony?

A.   I would say probably 50 percent.

Q.   And what was the other 50 percent?

A.   The spiritual aspect of it.

Q.   I believe you mentioned in your testimony, Ms. Lee, that Mr. Jensen mentioned both the positives and the negatives of psilocybin treatment; is that correct?

A.   He mentioned the positives of it and the negative of -- if it was medically, you know, it would contradict.  That's what he --

Q.   So when you refer to negatives, you were just referring to adverse drug interactions?

A.   (Nodding in the affirmative.)

Q.   Is that a yes?

A.   Yes.

Q.   Prior to participating in any session, did you ever consult with a medical provider regarding psilocybin treatment?

         MR. BEAN:  Objection.  Relevance.

         MR. OLSON:  Your Honor, it goes to --

         THE COURT:  Overruled.

         THE WITNESS:  No.

Q.    (By Mr. Olson) Did Singularism ever instruct you to do that?

A.   Yes.

Q.   And you disregarded the instruction?

A.   I did.

Q.   You state that Mr. Jensen was involved in your first

**76**

session; is that correct?

**A.**   Yes.

**Q.**   Approximately when was your first session?

**A.**   It was February 13th of 2023.

**Q.**   And where was that session?

**A.**   It was in Orem, Utah.

**Q.**   And do you have a general, I guess, summary of the exact location?  Was it at someone's house?  Was it a commercial space?

**A.**   It was at his house in his office.

**Q.**   It was at Mr. Jensen's house?

**A.**   Yes.

**Q.**   And so is the ceremony something that's capable of being performed at different locations?

**A.**   Yes.

**Q.**   How many sessions in total would you say you participated in as a Voyager?

**A.**   Oh, as a Voyager?  Five.

**Q.**   And was Mr. Jensen involved in each of those sessions?

**A.**   Yes.

**Q.**   And over what time frame did those sessions occur?

**A.**   Over about a six-month period.

**Q.**   And is it typical that members of Singularism participate in five sessions?  Or is there a uniform recommendation for how many sessions members should participate in?

**A.**   We recommend no less than two and -- and no more than four, unless it is necessary.

**Q.**   And when is it necessary?

**A.**   When they still have more healing and to help them.

**Q.**   And did each of your five sessions, excuse me, take place at the same location?

**A.**   Yes.

**Q.**   Can multiple members of Singularism join a session at the same time as Voyagers?

**A.**   Yes.

**Q.**   How many?

**A.**   Um, five.

**Q.**   Up to five but no more?

**A.**   Yes.

**Q.**   Is there a particular day on which the sessions are supposed to occur?

**A.**   Weekdays.

**Q.**   So the sessions can't occur on a weekend?

**A.**   They could, or I guess any day they could.

**Q.**   Is there any particular time during which the sessions are to occur?

**A.**   Um, well, we start at usually around 9:30 or 10:00 a.m., and then we go till they are ready to be released.

**Q.**   Prior to your first session, and aside from over-the-counter prescribed medications, have you ever consumed

App-7:080

any drugs?

**A.** Um, yes.

**Q.** What drugs?

**A.** Marijuana. And I do have my medical marijuana card.

**Q.** Anything else?

**A.** No.

**Q.** Have you ever used psilocybin outside of a session?

**A.** No.

**Q.** Have you ever observed Mr. Jensen use psilocybin outside of a session?

**A.** No.

**Q.** Have you ever observed Mr. Jensen use any drug outside of a session?

**A.** No.

**Q.** You mentioned in your testimony that Singularism locked up its psilocybin; is that correct?

**A.** Yes.

**Q.** Where is that kept?

**A.** In a safe.

**Q.** And where is the safe kept in the office?

**A.** It is kept in our bar, our tea bar.

**Q.** And who has access to that safe?

**A.** I have access, and Bridger has access, and all the facilitators actually do.

**Q.** Ms. Lee, you discussed that you made changes in your life

79

based on the sessions and experiences; is that accurate?

**A.** Yes.

**Q.** Were these changes made because of what you saw and experienced under the influence of psilocybin?

**A.** Yes.

**Q.** And were these changes unique to you?

**A.** Yes.

**Q.** What's the nature of your relationship with Mr. Jensen?

**A.** I am his girlfriend.

**Q.** And when did you and Jensen begin a romantic relationship?

**A.** After my sessions were over.

**Q.** So Mr. Jensen hasn't overseen any of your sessions as a Voyager since becoming romantically involved?

**A.** My fifth session, which was after my four initial ones, I was -- yes. So that fifth one, yes.

**Q.** And have you overseen or facilitated any sessions for Mr. Jensen?

**A.** For him personally, one.

**Q.** And were you romantically involved at the time of that session?

**A.** Yes.

**Q.** Ms. Lee, you stated in your declaration that the sacrament is never sold. Does Singularism charge for its sessions?

**A.** Yes.

**Q.** How much does it charge?

A.   Um -- it -- so for two sessions, it's 3,200; three sessions, it's 54; and four sessions, it's 6,400.

Q.   So does Singularism charge for the psilocybin that it provides to users as part of the ceremony?

A.   No.

Q.   It's just the flat rate that you discussed previously?

A.   (Nodding in the affirmative.)

Q.   So what did you mean when you said the sacrament isn't sold?

A.   We don't sell it to people if they come in and want to just buy the psilocybin.

Q.   They have to pay for a session?

A.   Yes.

Q.   Do you know who ultimately receives the money that Singularism generates?

A.   Yes.

Q.   Who is that?

A.   Um, well, it goes into -- well, it goes to -- into our Psyche Bridging and Healing, LLC.

Q.   What is the purpose of that LLC?

A.   Well, it's so we can do some, I don't know, accounting, and be able to pay for our rent and everything else that goes with that.

Q.   Is that a for-profit company?

A.   Um, I don't know.

**81**

**Q.** Do you know if that company is at all involved in any lobbying efforts for purposes of legalizing psilocybin?

**A.** Yes.

**Q.** And is it involved in lobbying efforts towards the legalization?

**A.** (Nodding in the affirmative.)

**Q.** Yes?  Okay.

One thing you mentioned is that you never know what's going to happen on the come-up.  By "come-up," are you referring to people as the effects of psilocybin are wearing off?

**A.** As they are feeling them and coming to their peak.

**Q.** Understood.  And so what do you mean when you say you never know what's going to happen?

**A.** Well, we don't know how people will react to the psilocybin, and so we, you know, some people get really anxious, and some people get sleepy and calm.  Or like me, I laughed.

**Q.** So it impacts everybody differently?

**A.** Yes.

**Q.** Thank you, Ms. Lee.

I would like to briefly discuss your religious views. In your testimony, you testified to walking along side Jesus and meeting Heavenly Father and Heavenly Mother; is that correct?

**A.**   Yes.

**Q.**   Do I take it then that you're a Christian?

**A.**   Yes.

**Q.**   And does your Christian belief pre-date your membership in Singularism?

**A.**   Yes.

**Q.**   Do you identify with any specific denomination of Christianity?

**A.**   Well, I was LDS.

**Q.**   But I believe earlier you said that you distanced from LDS teachings?

**A.**   But it doesn't mean that I don't have those beliefs still.

**Q.**   Understood.  So do you adhere by the teachings of the LDS church?

**A.**   No.

**Q.**   Do you believe that God created the universe?

**A.**   I believe that a God did create the universe, yes.

**Q.**   And do you know what God that is?

**A.**   I'm still trying to figure that out.

**Q.**   Do you believe in the Bible, for example?

**A.**   Yes.

**Q.**   And when I say Bible, I mean New and Old Testaments?

**A.**   Yes.

**Q.**   And do these Christian beliefs align with Singularism?

**A.**   Yes.

Q.   And is that because of the non-dogmatic nature of the religion that you testified to earlier?

A.   Yes.

Q.   Would you agree that Singularism is a way of life?

A.   Yes.

Q.   Do you know if Singularism teaches about the existence of a specific God?

A.   That is for us, for others, and the journeyers, and the voyagers to find out for themselves.

Q.   So Singularism takes no position on the existence or non-existence of God?

A.   Exactly.  Yes.

Q.   And Singularism doesn't take a position on what exactly what God consists of?

A.   Yes.

Q.   Are members of Singularism required to take psilocybin?

A.   No.

Q.   Are members of Singularism permitted to consume drugs or entheogens besides psilocybin?

A.   No.

Q.   So there's no other drugs that are ever administered as part of the ceremony?

A.   No.

Q.   So when Singularism is referring to entheogenic ceremonies, it only means psilocybin?

**84**

App-7:086

A.    Yes.

Q.    If someone is using drugs other than psilocybin, is that contrary to the teachings of Singularism?

A.    That is personal preference, so no.

Q.    So individual persons may consume drugs other than psilocybin, and Singularism takes no position on that?

A.    No.  As long as they're not doing it during the ceremony.

Q.    What about drugs that people feel are calling to them during one of their voyages?  Would that be something that Singularism would recommend exploring?

A.    No.

Q.    So only certain experiences or callings are worth acting on in the voyages?

A.    Could you restate that last question, I might have heard it wrong.

Q.    Yeah.  I was going to -- the specific experiences of people during their voyages, if someone during one of their voyages has a drug other than psilocybin, for example, call to them and indicates that they should consume that for their spirituality, is that something that Singularism would encourage that individual to explore?

A.    I wouldn't say encourage.

Q.    Is that something that Singularism would be open to the individual exploring?

A.    If they felt called to it.

Q.   And so if the individual acted on that feeling, it wouldn't be inconsistent with their belief in Singularism?  Do I understand that correctly?

A.   Sorry, say that one more time.

Q.   So if someone acted on that belief, that they needed to consume other drugs as part of their spiritual journey, is that something that would align with Singularism?

A.   If that's what was calling to them and was told to them during their journey, then I would have to say yes.

Q.   Do you know if anybody at Singularism has ever tried to obtain psilocybin from a medical provider?

A.   Not that I'm aware of.

Q.   Does Singularism declare what the ultimate origin of the universe is?

A.   No.

Q.   Does Singularism describe humanity's ultimate purpose in life?

A.   Um, could you clarify that a little bit?

Q.   Yes.  Does Singularism define what humanity's ultimate purpose is in life, or is that something that the individuals discover on your own?

A.   We have our own beliefs, and so, yeah, we have them discover that on their own also.

Q.   So when you say, "we have our own beliefs," are you referring to Singularism?

**86**

App-7:088

**A.**    I'm referring -- yes, and to each individual.

**Q.**    And so does Singularism have, I guess, a single answer to what humanity's ultimate purpose in life is?

**A.**    Love.

**Q.**    And what's the origin of that singular teaching?

**A.**    Um, the origin is that that's what -- if you believe in a God, or if you believe in an afterlife, that is -- that is the truth, and that is -- and we're all one.  We're all singular, and its love.  And if we just loved each other, the world would be a much better place.

**Q.**    So you said, "those who believe in God."  I believe your testimony earlier was that atheists could be members of Singularism; is that correct?

**A.**    Yes.

**Q.**    You also mentioned those who believe in the afterlife, is it also true that individuals could be a member of Singularism without believing in an afterlife?

**A.**    Yes.

**Q.**    Is it possible for a member to be -- excuse me.

        Is it possible that a member can disagree that the purpose of Singularism is love?

**A.**    Yes.

**Q.**    Would that be considered a rejection of Singularism?

**A.**    No.  Because we want to accept everyone, and make them feel loved and welcome.  If they don't love back, that's

their -- up to them.

Q.    So could a member of Singularism be Buddhist?

A.    Yes.

Q.    What about a member of the Klu Klux Klan?

MR. BEAN:  Objection.  Relevance.

THE COURT:  I'm going to sustain it.

Let me just ask Mr. Olson, how much longer you have? We've been going over two hours, and I'm trying to figure out a good time for a break.

MR. OLSON:  Thank you, Your Honor.  I think this line of questioning is nearing completion.  I will have one other exhibit we'll want to walk through briefly, but we can take a break before diving into that one if the Court is so inclined.

THE COURT:  Well, we've been going for, like I said, over two hours, and I'm sensitive to our court reporter and to everyone else needing a break.  So let's take our lunch break right now.

How long do we need, counsel?  Could we come back at 12:45?  Is that long enough, or do we need longer?

MR. BEAN:  That will work for us.

MR. OLSON:  That works for us as well, Your Honor.

THE COURT:  All right.  Let's reconvene at 12:45. I'm just going to put my mic on mute and turn off my camera, and I'll turn them back on at 12:45.

MR. BEAN:  Okay.  We'll do the same.

88

THE COURT:  All right.  Thank you.

(Recess taken by the Court at 12:10 p.m.)

THE COURT:  All right.  It looks like we have Mr. Bean and the witness and Mr. Olson all here.  Are we ready to proceed?

MR. BEAN:  We are, thank you.

THE COURT:  All right.  You may continue with your goings, Mr. Olson.

MR. OLSON:  Thank you, Your Honor.

## CROSS-EXAMINATION RESUMES

Q.   (By Mr. Olson) Mrs. Lee, I just wanted to close the loop on Singularism's overarching beliefs.  Can you tell me, does Singularism have any holidays?

A.   Um, yes.

Q.   And what is that?

A.   Well, we observe the solstices, and use them as -- we do little ceremonies on the solstices, and then, obviously, other religious holidays.

Q.   So what other religious holidays are you referring to?

A.   Christmas, um, Easter, all the main ones.

Q.   So, typically Christian religions?

A.   Typically Christian.

Q.   And how do you celebrate the solstice?

A.   Um, we usually do just a little ceremony, and call in the spirits of that season.

**89**

Q.   And when you say ceremony, is this at all different from
the ceremonies you've described previously?

A.   (Nodding in the affirmative.)

Q.   What does the ceremony consist of?

A.   Um, I mean, it's different for every solstice.  but we
like to, you know, in the summer solstice, we go outside.  And
we just like to observe nature and the universe and the earth,
and incorporate it in, and so everyone is different.

Q.   So you celebrate the solstices outdoors typically?

A.   Um, when it's warm enough, yes.

Q.   And do any entheogenic substances play a role in those
celebrations?

A.   No.

Q.   What about prayers?  Does Singularism have any prayers
that it encourages members to use?

A.   No.  Just our -- just our intention ceremony, which is we
feel is a prayer.

Q.   And are members free to pray independently?

A.   Yes.

Q.   But they're not required to pray?

A.   No.

Q.   How does one become a member of Singularism?

A.   Just by wanting to be part of it.

Q.   So you say, "I want to be a member of Singularism," and
you're a member?

A.   Yeah.

Q.   Is an individual required to subscribe to any certain beliefs?

A.   No.

Q.   Has Singularism ever removed a member from its religion?

A.   No.

Q.   Is there anything that a member can do that will result in a member's removal from Singularism?

A.   Yes.

Q.   And what is that?

A.   Well, anything that would cause harm to other individuals or to themself.

Q.   And where does that teaching originate?

A.   I don't know if we have that specifically down, but I think that's just -- the teachings that we all come to an understanding of.

Q.   So if a member's religious views involve violence, is that a religious view that Singularism then rejects?

A.   Yes.

Q.   So when you say, "non-dogmatic," you mean non-dogmatic unless violence is involved?

A.   Unless it is going to cause harm to others or themselves, yes, in a violent manner.

Q.   What about if a member is abusing drugs, will that result in their removal from Singularism?

**91**

A.   No, I don't think initially.  We would love to help them heal from that addiction.

Q.   What if somebody takes the sacrament outside the context of ceremony.  Could that result --

A.   Um, no.  Because we have the belief that it is a spiritual medicine.  So if that is something that they want to do on their own, we can't stop them, and we have a real belief in its spiritual capabilities.

Q.   So Singularism's members can use psilocybin on their own independent of any religious ceremony?

A.   If they want to.  We don't sell it to them.  We don't give it to them outside of our wellness center and our ceremonies, but...

Q.   And that's not inconsistent with Singularism's teachings?

A.   No.

        MR. OLSON:  I'm going to share my screen here.

        MR. BEAN:  While you're doing that, could we just have Ms. DenBleyker just log off until she's called.  We'll give her a call.  I just want to make sure -- I just saw that she logged in, probably, in advance.

        MR. OLSON:  I have to change my system settings, Your Honor, so please bear with me.

        I think I need to quit and reopen Zoom.

        (Pause in the hearing at 12:54 p.m.)

Q.   (By Mr. Olson) Ms. Lee, can you see that document?

**A.**    Yes.

**Q.**    Do you recognize the binder in this image?

**A.**    Yes.

**Q.**    And what is it?

**A.**    It is the binder that we hold all of our records and notes in.  It's just one of the facilitator's binders.

          **MR. OLSON:**  Your Honor, we'll move to admit the binder for purposes of this hearing.

          **THE COURT:**  All right.  Is there any objection to that?

          **MR. BEAN:**  I'm understanding that this is a document that was seized during the search.  I don't think we have an objection at this time.

          **THE COURT:**  Okay.  It's received for purposes of this hearing.

          **MR. OLSON:**  Thank you, Your Honor.

     (Defendant's Exhibit 1 was received into evidence.)

**Q.**    **(By Mr. Olson)** So, Ms. Lee, can you tell me what the Psychedelic Therapy Academy is?

**A.**    Yes.  It is the academy where we train our facilitators, and teach them to do this safe, ethically, sincerely, and all that.

**Q.**    And who is training facilitators at the Psychedelic Therapy Academy?

**A.**    Bridger.

**93**

Q.    And what does the training consist of?

A.    Um, it consists of 40 hours of classroom education and a hundred hours of practicum.

Q.    And does this training culminate in any sort of certification?

A.    Yes.

Q.    And what certificate is that?

A.    That you're a trained psychedelic facilitator.

Q.    You mentioned learning how to administer psilocybin safely.  Does that mean that psilocybin can be administered in an unsafe manner?

A.    Yes.

Q.    And you also mentioned administering it ethically.  Is it also true that that could be administered in an unethical manner?

A.    Yes.

Q.    So what safety protocols does the Psychedelic Therapy Academy teach you to employ?

A.    We teach -- they -- he teaches us to do the screening, and go through all the screening questions.  And with the safety, if it's going to contraindicate towards any medications or mental health issues people have.  Also, just only using the psilocybin and not adding anything else to the psilocybin. Yeah, I mean, those things.

Q.    So it teaches you not to add anything to the psilocybin

**94**

App-7:096

sacrament?

A.    Yes.

Q.    And how does the Psychedelic Therapy Academy teach you how to administer psilocybin ethically?

A.    By using only psilocybin -- oh, ethically.  Well, by having it be an important part of someone's life, and doing it where they are willing to do it, and don't do it when someone is not willing to do it, I guess.

Q.    Okay.  Earlier, you referenced a certification.  If you look at the bottom right of that binder, it says CPP.  Is that the certification that you're referring to?

A.    Yes.

Q.    And I think you said it stood for psychedelic -- is it, practitioner?

A.    Certified psychedelic practitioner.

        MR. OLSON:  Will you turn to page 2, Mitch?

Q.    (By Mr. Olson) If you look at this page, it references appointment dates.  Do you see that?  At the top?

A.    Yes.

Q.    And it also contains dates, and if you look at No. 1, and it might be hard to see, there's a notation to 1300.  Do you know what that refers to?

A.    I do not.

Q.    Are these your notes?

A.    No.

95

App-7:097

MR. OLSON:  Will you turn at the next page?

Q.    (By Mr. Olson) Do you see this preparation page?

A.    Yes.

Q.    Is that something that's completed in connection with each Voyager's journey?

A.    Yes.

Q.    What does exactly does preparation consist of?

A.    Preparation consists of making sure that the Voyagers are prepared by telling them what to bring, what to wear, what to eat, to fast.  And we teach them principles, and how to get the most out of your sessions.  And we also talk about what they're wanting to get out of their sessions, and what they are needing help or guidance on.

Q.    Okay.  So let's take those one at a time.

You mentioned what to eat.  Are individuals expected to eat anything in particular or not eat in advance of a ceremony?

A.    Um, we ask them to fast the morning of, and to eat healthy, nutritious food, you know, for a few days before.

Q.    And what happens if a Voyager eats the morning before a ceremony?

A.    We still proceed.  It just can make them become nauseous, and it also makes the session go longer.

Q.    So the fasting's not an integral component of the ceremony?

**96**

**A.**   It is, but we're not going to stop someone from participating in the ceremony because they didn't fast.

**Q.**   The next page references Guided Journey No. 1.  Do you see that?

**A.**   Yes.

**Q.**   And it references the Voyager named Becky.  Do you see that as well?

**A.**   (No audible response.)

**Q.**   Do you know Becky's last name?

        **MR. BEAN:**  Objection.  Relevance.

        **THE COURT:**  Sustained.

        **THE COURT REPORTER:**  If she could make a verbal record, please.

        **THE WITNESS:**  Yes.

**Q.**    **(By Mr. Olson)** Can you tell me what the guided journey consists of?

**A.**   It consists of the ceremony beforehand and saying your intention into it, and then it is guiding them through their psilocybin journey that day.

**Q.**   And so when it refers to Guided Journey No. 1, is that the first voyage for Becky?

**A.**   Yes.

**Q.**   And when it refers to the practitioner Brandi/Chelsea, is that referring to you?

**A.**   Yes.

97

**Q.** And is Chelsea the individual that you discussed earlier?

**A.** Yes.

**Q.** Are journey records kept for every session?

**A.** Yes.

**Q.** Do you now see the next page of the journey record?

**A.** Yes.

**Q.** What are these check boxes under the title "administration" refer to?

**A.** Um, they refer to their mental state, and that they have thought about their intention, and they have it ready to say during the ceremony. And we want them -- we have them tell us and make a final declaration that they are ready to participate in the ceremony.

**Q.** And so it also notes the time of the Voyager's last meal, which I believe you mentioned previously, and it also mentions stress level; do you see that?

**A.** (No audible answer.)

**Q.** Does the stress level have the potential to impact the session?

**A.** Yes.

**Q.** What impacts could the stress level have?

**A.** It could cause your session to go more stressful. I mean, the way that you come in and how ready you are and mentally clear could impact the journey that you have.

**Q.** So if someone comes in with a high stress level, it could

98

result in a bad journey?

**A.** A difficult journey, yes.

**Q.** And here there's no stress level that's noted; is that right?

**A.** Nope.

**Q.** Is that typical?

**A.** It can be.

**Q.** If you go down to the next box, there's one titled "dose," do you see that? Ms. Lee, on the left-hand side, do you see the reference to dose?

**A.** Yes.

**Q.** And here it indicates that the dose was 2 grams; is that right?

**A.** Yes. Yes.

**Q.** Is a uniform dosage given to Voyagers?

**A.** No.

**Q.** So some Voyagers are given more?

**A.** Yes.

**Q.** And some Voyagers are given less?

**A.** Yes.

**Q.** How is that determined?

**A.** It is determined on a couple of factors. And that is what we talk about in their screening, and it could be there's certain medications that make you, you know, not as sensitive to the psilocybin. We take into consideration weight. We take

into consideration if they are sensitive to other medications that they have taken.  Also, people, if they've ever done psilocybin before, and they kind of know their dose already, we take that into consideration.

Q.    In the next column you also reference -- we'll see a reference to strain.  Do you see that?

A.    Yes.

Q.    Can you tell me what strain is listed there?

A.    Shakti.

Q.    Shakti.  Does Singularism administer other strains of psilocybin?

A.    Yes.

Q.    What other strains does it administer?

A.    Albino Nomac.

Q.    Any others?

A.    Golden --

Q.    Golden --

        THE COURT:  I'm sorry, I didn't hear that.

        MR. OLSON:  Golden mushroom?

        THE WITNESS:  Golden Teachers.

Q.    (By Mr. Olson) Golden Teachers.  I was way off.  And then underneath that one, it also indicates a method.  Is that the method of consumption?

A.    Yes.

Q.    Is there a uniform method of administration from

**100**

Singularism, or are members free to elect any of the methods?

A.   There's a uniform -- it's the tea.

Q.   And so Singularism does not administer any psilocybin in any other form other than tea?

A.   No.

Q.   And then underneath that, there's an additive section.  Do you see that?

A.   Yes.

Q.   And the additive that's referenced here is lemon?

A.   Yes.

Q.   Are there other additives that are available to Voyagers?

A.   Yes.

Q.   What are the other additives available?

A.   Lemon ginger, granules, sugar, and honey.

Q.   And is there any uniform mixture associated with the ceremony?

A.   No.

       MR. OLSON:   Turn to Page 10, Mitch.

Q.    (By Mr. Olson) Are there instances when the other methods would apply, such as the reference to capsule or tincture?

A.   We've had one reference before when someone didn't want to drink tea.  They just wanted it in a capsule form, but that was only one time.

Q.   And do you know what tincture is?

A.   I do know what tincture is, yes.

**101**

Q.   What is it?

A.   Isn't it a concentrate of a liquid?

Q.   I'm not sure.  I'll defer to you on that.  So for this one other member that took a capsule, is that something that members of Singularism are free to elect?

A.   Not usually.

Q.   I understand it's uncommon, but in theory any member of Singularism, could they request to participate in a ceremony through a capsule?

A.   Yes, they could.

Q.   Do you see the image now referring to Guided Journey No. 2?

A.   Yes.

Q.   And that's also with Becky?

A.   Yes.

Q.   And if we look at the journey record here, there's now a reference to 3.5 grams in the dose section; is that right?

A.   Yes.

Q.   And this is a higher dose than what was administered previously?

A.   Yes.

Q.   So the sacrament that Singularism administers isn't always the same even for the same individuals; is that right?

A.   Right.

Q.   And the additives are also different this time?

**A.**    Yes.

**Q.**    In the journey record on the right-hand side, it indicates that consumption began at 10:50; do you see that?

**A.**    Yes.

**Q.**    Is that when the individual drank the tea?

**A.**    Yes.

**Q.**    And then there's an onset time of 11:24, do you see that?

**A.**    Yes.

**Q.**    Is that when the Voyager begins to feel the effects of the tea?

**A.**    Yes.

**Q.**    And if you look at the entry at 11:45, it states that CCPs stepped out.  Do you see that?

**A.**    Uh-huh.

**Q.**    What does that mean, for the CCPs to step out?

**A.**    It means that the practitioners stepped out of the room to allow the Journeyer to go deeper into their session.

**Q.**    Sorry.  Was the individual left alone?

**A.**    Yes.

**Q.**    Was this individual unsupervised?

**A.**    No.

**Q.**    What method of supervision was Singularism using to monitor that individual?

**A.**    We have a peephole on the doors so we can look in and check in on them, and make sure that they are okay.

**103**

Q.    Is the CPP stepping out a common practice?

A.    Yes.

Q.    Now, if you look at the last time entry, it's for 12:55; do you see that?

A.    Yes.

Q.    There's nothing to the right of it.  What does that final entry represent?

A.    I don't know.

Q.    Would that be potentially when the individual left?

        MR. BEAN:  Objection.  Asks for speculation.

        THE COURT:  Sustained.

Q.    (By Mr. Olson) Do you know how long individuals are typically kept at premises after they consume the tea?

A.    Anywhere from five to eight hours.  It depends on their body, and how their body comes down off of it.

Q.    And how does Singularism determine when someone has come off of it?

A.    We have questions that we ask.  We can also just assess them physically and emotionally.

Q.    What questions do you ask?

A.    We ask them, do you know who you are?  Do you know where you're at?  Do you know what time it is?  Do -- why did you come here?  We ask all those basic questions.

Q.    And what does the assessment you conduct consist of?

A.    Just by speaking to them, and also, you know, watching

them.  You can tell by their eyes, and we just watch their eyes.  We watch the way that they're acting.  Then we ask them to tell us how they're feeling.

Q.   And so are individuals free to leave if they can satisfactorily answer the questions, and you can determine from their eyes that they've come down?

A.   Yes.

Q.   Do you know how long psilocybin stays in the body?

A.   Um, two weeks.  Oh, well, I'm not exactly sure how long the effects of stay in?  It's usually between six to eight, nine hours.  I meant two weeks is how long the neuro-pathways stays open.  Sorry.

        MR. OLSON:   Turn to page 11, now.  The next one, I guess.

Q.    (By Mr. Olson) Okay.  If you look at the left-hand column at the bottom, it reads three months sober at the end of this week.  Did I read that correctly?

A.   Yes.

Q.   Do you know what addiction Becky was struggling with?

        MR. BEAN:   Objection.  Relevance.

        THE COURT:   Overruled.

        THE WITNESS:   Um, yes.

Q.    (By Mr. Olson) And what was that?

A.   Alcoholism.

Q.   Did you know that Becky was struggling with this addiction

at the time you administered the psilocybin?

**A.**    Yes.

**Q.**    On the right-hand side, it also references the Joker and a statement saying it's all so expletive boring.  Do you know what this is referring to?

**A.**    Yes.

**Q.**    What is that?

**A.**    I think reality, and being back on the earth after experiencing a journey.

**Q.**    Thank you, Ms. Lee.  Nothing further at this time.

              **THE COURT:**  All right.  Any redirect?

              **MR. BEAN:**  Yes, just a few, Your Honor.

                    <u>**REDIRECT EXAMINATION**</u>

BY MR. BEAN:

**Q.**    Ms. Lee, previously you talked about --

              **MR. OLSON:**  Your Honor, I want to interject here.  I wanted to make sure that Mr. Millward didn't have any questions.

              **THE COURT:**  Good catch, Mr. Millward, do you have any questions.

              **MR. MILLWARD:**  No problem.  Thank you, Your Honor. Just a couple of quick ones if I may.

                    <u>**CROSS-EXAMINATION**</u>

BY MR. MILLWARD:

**Q.**    So you've described throughout your testimony today times

where you have used or provided to others psilocybin. On those occasions, was it your belief that Singularism had a religious exemption from the Controlled Substances Act?

**A.** Yes.

**Q.** What was your basis for that belief?

**A.** By -- we had lawyers that helped us figure that out, I guess.

**Q.** Um, and do you know specifically their basis for that belief?

**MR. BEAN:** Objection. Calls for legal conclusion, and it may be protected by attorney-client privilege.

**THE COURT:** Sustained.

**MR. MILLWARD:** No further questions at this time, Your Honor, thank you.

**THE COURT:** Thank you.

Okay. Mr. Bean, now that I've -- I'm not jumping the gun, I'll let you do any redirect.

**MR. BEAN:** Thank you. I appreciate you getting back to Mr. Millward.

## REDIRECT EXAMINATION

BY MR. BEAN:

**Q.** Ms. Lee, previously you mentioned that individuals kind of write their own scripture, and they're their own prophets; is that right?

**A.** Yes.

**107**

Q.   You talked about that scripture, and that it's kept with Singularism; is that right?

A.   Yes.

Q.   What does Singularism do with the scripture of individualized Voyagers?

A.   We keep them all together in a notebook.

Q.   And does Singularism review those notes for any religious purposes?

A.   Um, sometimes we'll go through and find some synchronicities or things that people talk about that they've experienced that are very similar to others.

Q.   And from your observations, do those similarities indicate anything of a religious nature to you?

A.   Yes.

Q.   What would that be?

A.   Well, that we are all one, that we're all connected, and that there is a higher power that we came from.

Q.   And do those individuals, the scriptures, as you call it, that inform or impact the doctrine of Singularism in any way?

A.   That are similar to one another?

Q.   Yes, or any others.

A.   Well, the -- the singular -- the singular feeling of being one and connected, knowing that love is the truth, and that there is, again, a higher power, and that there's angels and spirits around us.

**Q.**  Do you feel like those experiences that you observed are evidence of the religious doctrines that Singularism follows?

**A.**  Yes.

**Q.**  Now, you mentioned that the Singularism ceremony is capable of being performed elsewhere.  My question to you is does that, in fact, happen elsewhere?

**A.**  No.

**Q.**  So my -- if my understanding is correct, the ceremony only happens in Singularism's spiritual center?

**A.**  Yes.

**Q.**  You also mentioned that multiple Voyagers, up to five Voyagers could be undergoing the ceremony at the same time; is that right?

**A.**  Yes.

**Q.**  Can you tell me how those individuals, if there were more than one is supervised?

**A.**  There is either one or two facilitators or practitioners to each voyager, and each voyager has their own room that they go into.

**Q.**  You talked about -- a little bit about, you know, the financials for different amounts of sessions of these particular ceremonies.  Does Singularism always charge, you know, the full amount for, you know, a particular session?

**A.**  No.  Sometimes we give a discount, or if people need help, we -- we have people who will donate.  We also sometimes have

given sessions to people for free because they really need it, and they can't -- they can't pay for it.

Q.   You also mentioned that you said that Singularism is a way of life.  Would you characterize that as a religious way of life, a secular, other?

A.   I would say yeah, a -- religious yes.  Yes.  Religious, spiritual way of life.

Q.   You mentioned that -- and this was the hypothetical posed to you, I understand -- if an individual were to, in their ceremony, would be called to a different substance, that, you know, they may -- Singularism may not stand in their way if they were to do that or partake of that substance.  Is that true for a Singularism ceremony?

A.   No.

Q.   So can you explain to me why there would be that prohibition?

A.   Well, we don't -- we want our sacrament to be the one that does the job, and that's what's special and sacred to us, is the psilocybin.  We don't want any other medication to interfere with that or any other drug to interfere with that.

Q.   Are you founder the Singularism?

A.   No.

Q.   Who is the founder?

A.   Bridger Jensen.

Q.   Are you in charge of establishing or setting forth the

**110**

doctrine for Singularism?

A.    No.

Q.    Who is?

A.    Bringer.

Q.    Do you understand if he has set forth particular doctrines for Singularism?

A.    Yes.

Q.    And how do you know that?

A.    I have seen his -- I have seen his notes and his books and his -- he has written it out.

Q.    And have you read those things that he has written on the doctrine?

A.    Yes.

Q.    And just off the top of your head, what are some examples of things that you can remember?

A.    Like the octadrant and the OctoGoddess, and also the observance of knowing that there's a golden thread, that we all are -- it's another thing for singular being -- having the singularity is that we're all connected by a golden thread.

Q.    We just observed in the document that Counsel mostly had open that bridging model book.  I think on page 5.

       Counsel, if you would be so kind to bring that up to page 5?

       MR. OLSON:   Working on it now.

       MR. BEAN:    Thank you.

**111**

Maybe while you do that, I'll ask you another question.

You mentioned, you know, the individuals, you watch for their signs of being finished with the ceremony.  After they are, in fact, finished, are there any restrictions about how they leave the Center?

A.    They have to have a ride home.  We do not allow them to drive.

Q.    Okay.

And thank you for bringing that up, Counsel.  We'll come back to this.

It looks like page 5 of this journey record.  Do you see on the bottom right where there is text and it starts with the order "feels"?

A.    Uh-huh.

Q.    Can you read that through the end there?

A.    "Feels a light to her right" -- I can't -- "like it is trying to invite her in to tell her something."

Q.    Do you have any recollection of what that meant?

A.    Um, a lot of times when people get to a point where they're feeling like they're being invited, or a draw towards something, that is -- they call it "the threshold."  And that is the part where you come to and you can get deeper and be taken away sometimes by different entities or angels.  Sometimes they are spirit animals.  Everyone is so different,

that that's what that meant, that she was feeling invited and called to go further.

Q.   Okay.  Thank you.  Those are my questions at this time.

A.   Okay.  Thank you.

          THE COURT:  All right.  Is there any recross?

          MR. OLSON:  Just briefly, Your Honor.

                    **RECROSS-EXAMINATION**

BY MR. OLSON:

Q.   So, Ms. Lee, you had testified regarding the overarching belief of Singularism that all is one, and we're all connected by a golden thread; is that fair?

A.   Yes.

Q.   Sorry, I didn't hear you.  You said yes?

A.   Yes.

Q.   And do Singularism members actually have to hold any of those belief to participate in a ceremony?

A.   No.

Q.   I believe you also testified that ceremonies occur at Singularism's wellness center.  Is that your testimony?

A.   Yes.

Q.   And that's an important component for Singularism?

A.   Yes.

Q.   Where was it that you had your first session?

A.   At Bridger's -- in Bridger's office at a different location.

113

MR. OLSON:  No further questions.

MR. MILLWARD:  Nothing further from the city.  Thank you.

THE COURT:  All right.

Anything further from Plaintiffs?

MR. BEAN:  No.  We will try to get in contact now with our next witness, if you'll just give us a moment.

THE COURT:  And while you're doing that, I just want to check -- I mean, I'm happy to go until 5:00.  I don't know how much more you have, Mr. Bean.

MR. BEAN:  Yeah.  We -- we do have some witnesses that do have kind of a time window, so we're going to introduce those witnesses first.  Probably two or three.  They'll be much shorter than Ms. Lee's testimony.  However, Mr. Jensen's testimony will be substantially longer, and we do want to make sure that we get to his testimony.

THE COURT:  Okay.  I'm just trying to figure out -- I want to make sure that we have some time for the Defendants to present their testimony.

Let me ask you, Mr. Stephens or Mr. Olson, how many witnesses you have.

MR. OLSON:  Your Honor, a substantial cross-examination of Mr. Jensen as well as two other independent witnesses.

THE COURT:  Okay.  All right.  Well, let me, again,

**114**

we're here on a TRO, so to the extent we can try and move things along and just keep a tight rein on what's really relevant and necessary to a preliminary near ruling, I would appreciate it.

MR. BEAN:  Yes, Your Honor.  We may consider whether the third of our witnesses will be necessary.  He has submitted a declaration in this matter.

THE COURT:  Okay.  Well, and, again, I'm happy to read the declarations that have been provided so that you don't have to replow that ground if that can help us get everything in.

MR. BEAN:  Certainly.  Thank you.

Okay.  We will -- are we ready?

It looks like she's logged so, I'm going to do some musical chairs here.

THE COURT:  All right.

MS. CHRISTIANSEN:  For the sake of keeping things simple, Your Honor.  I'm staying logged in on Mr. Bean's device.  I'll be conducting the examination.  We're calling Ms. Jennifer DenBleyker.

THE COURT:  All right.  And let me ask Ms. Schofield to swear her in.

THE COURTROOM DEPUTY:  I'm also going to move her further up in the chat so that you can see her while she testifies.

**115**

**THE COURT:**  Thank you.

**THE COURTROOM DEPUTY:**  Okay.  Would you please raise your right hand?

You do solemnly swear that the testimony you shall give in the case now before the Court to be the truth, the whole truth, and nothing but the truth so help you God?

**THE WITNESS:**  I do.

**THE COURTROOM DEPUTY:**  Thank you.

<u>**JENNIFER JANE DENBLEYKER,**</u>

called as a witness for and on behalf of the Plaintiff, being first duly sworn, was examined and testified as follows:

<u>**DIRECT EXAMINATION**</u>

**BY MS. CHRISTIANSEN:**

**Q.**    Can you please state your full name for the record.

**A.**    Jennifer Jane DenBleyker.

**Q.**    Okay.  And I believe you referred to you as Ms. DenBleyker.  Are you a medical doctor?  Should I refer to you as Dr. DenBleyker?

**A.**    I am a medical doctor.

**Q.**    You have a preference on how I address you today?

**A.**    I do not.

**Q.**    Okay.  Is it okay if I call you Jenna?  I understand that you go by Jenna?

**A.**    Perfect.  Yes.

**Q.**    Can you briefly tell the Court about your professional --

your professional background and your family, please?

**A.**    Yes.    So I went to medical school at Northwestern University from 1992 to '96, and then I came out to Salt Lake City for my residency and family practice, which I completed in 1999.    Then I practiced full-spectrum family practice up until 2016, when a medical illness made me take full-time disability.

**Q.**    Okay.    Do you also have family responsibilities?

**A.**    I do.    I have -- I have six children.    Three of them are still at home.    I did actually homeschool them up until I got too sick to do so.    One of them is online schooled at this point and two are in high school.

**Q.**    Okay.    And can you please tell us, are you -- what is your role at Singularism?

**A.**    Um, well, I started as a Voyager, and then after I went through my initial sessions, I was asked to join the cohort who did the first training, the facilitator training, and so I did that over the summer.    Since then I'm in the midst of my practicum.

**Q.**    Okay.    I'd like to primarily have you talk with us today about your experience as a Voyager.

**A.**    Okay.

**Q.**    So have you participated in a tea ceremony at Singularism?

**A.**    I have.

**Q.**    And going back to when you first became involved, why did

117

you choose to participate in the ceremony?

**A.**   Um, so it started I had tried some ketamine for the illness I was dealing with at the time, and somebody had just mentioned psilocybin.  It was the first time I had really heard of it.  It planted a seed in my brain.  I was having some, um, some spiritual problems in the sense my illness had stripped a lot of things from me, my occupation, my ability to homeschool, mother, my marriage was in trouble.  So I was trying to connect with that through all this and was having a lot of difficulty through the traditional means.

I heard about the psilocybin.  I started doing research on it, and looking at the medical papers coming out on it.  I actually received an email, and I think it was through a Libertarian-type organization that I was involved with when I was homeschooling that said that Singularism had opened.  I thought, "Wow, okay, this is exactly what I've been looking into.  Let me check this out."  So that's when I called Singularism.

**Q.**   Okay.  And going -- did you go through a screening process?

**A.**   I did.  I talked to Bridger, I think, briefly on the phone.  I don't remember exactly, but then he did call me in for a consult.  And I went in, and I think it was going to be maybe a 30-minute thing.  And we talked -- I think it was close to two hours.  It might have been an hour and a half.

And we went through everything just extensively, you know, my spiritual history and where I was having problems and the disconnection.  I did go through medical screening, and you know, contraindication, and you know, family history, that kind of stuff.

And he asked a lot about how I came to them, and what kinds of things I wanted to accomplish in the ceremony, which was, for me, really trying to reconnecting with a God that kind of felt distant or I had a disconnection with at that point.  And he did say that -- that -- that at that point he thought I could benefit from the ceremony.

Q.   Okay.  So my next question for you is going to be had you set an intention for that initial ceremony?  Was it the reconnection with God, or did you have other another intention?

A.   I believe my first one was just straight reconnection with God.  Reconnection with God was a part of every intention that I set.  Sometimes I got a little more granular, you know, learning how to be more of my authentic self in order to be able to connect with God, but it always came down to me being able to connect with God and feel safe with him.  I think feel safe, not feel like maybe I had been punished by all these things that had happened to me.

Q.   Um, how did you come to set that intention for yourself?

A.   Um, I think, and I'm not 100 percent sure, Bridger probably brought it up in the first session about thinking

**119**

App-7:121

about it, but really with -- I was set up with Brandi to do a

prep session.  So we did that, I don't know, maybe a week

before the first voyage, and really kind of honed in on what I

was hoping to get out of it, and set the initial intention at

that point.

Q.    Okay.  Going into your first tea ceremony, what was your

understanding of what that experience was going to be like?

A.    Um, I think my understanding of it was I would maybe be

able to break through some of the superficial things that maybe

were keeping me from that, and really connect on a deeper

level.  They did talk about some things that I might experience

while on psilocybin, some common experiences.  I really didn't

have those experiences my first couple of sessions.  I think I

was fairly -- I had a lot of defenses up, so it was hard to

kind of break through.  But eventually Brandi worked with me as

far as really working on letting down some of my fears and my

defenses and dosage and that kind of stuff, so that eventually

we got to that point where that was actually the case.

Q.    And so how did you -- your understanding of what you were

going to be doing as you were going into the ceremony, what

formed the basis of what you understood you were going to be --

A.    Um, yes.  So some of that -- some of that was just

research that I'd done of what typical experiences were, and

how people would have spiritual experiences or mystical-type

experiences.  I had that when I originally became a Christian

120

App-7:122

back in the early 90s, and I wanted that connection again.

I don't think I had a great idea of how it was going to happen because it can happen very differently for different people.  But it was described to me that I might get into different visuals, and see things, feel things, perceive things that might give me ways to better understand that connection with God and experience it.

Q.   By whom?

A.   I'm sorry, I didn't hear the question.

Q.   You said, "It was described to me."  Who describe it to you?

A.   Oh, um, I think Bridger probably brought it up in the first visit, but Brandi is the one who got more granular in the prep session, like, this is what you kind of expect.  The first hour you'll do this, and then you might get to this place.  And so I think the details was more in my prep session.

Q.   Okay.  Getting into the first actual tea ceremony, can you describe for us the -- like the physical environment and the motions of going through the tea ceremony?

A.   Yeah.  So, um, I -- the physical environment was amazing.  It's so calming.  I had done the ketamine before, it's like pull back the curtains, and the doctors were standing there, and it was very clinical and cold.  But this had a very solemn and -- an atmosphere that felt much more conducive to me having the kind of -- not necessarily a clinical response but an

**121**

underscore-spiritual response.

I felt very safe, which was really important to me. This is so out of the realm of kind of what -- what would have been the norm for me in my prior life, so I really needed to know I was in a safe environment, and the clinic felt safe. Bridger and Brandi felt very safe.  So I think that enabled me to have the best experience that I could have.

Q.   Okay.  Did the -- so you participated in the ceremony. You consumed the tea; Is that correct?

A.   Yes.

Q.   Okay.  And did you -- did you have what you considered to be a spiritual experience during that first ceremony?

A.   No.  Not during the first ceremony.  It took like three ceremonies to get there.  But I did have an impactful experience.

I have three of my daughters are adopted, and I had kind of a freeze-frame picture of two of them, and the entire time they were just frozen, and I kind of walked around this picture, and I was able to see the depths of their grief, and it really opened up to me how I need to be relating to my kids in a way where -- that was pleasing to God, that was filled with love, that -- that I understood that grief.

So that was my first experience, oh, there's a lot of grief.  You need to face this.  I think that was my first experience.

Q.    Okay.  And you said but later experiences were more like spiritually -- I guess -- describe for me --

A.    Yes.  So it took me about three experiences.  I visualized myself with armor on, which was one of the reasons I felt like psilocybin might be my only way to kind of break through.  I just had built up a lot of defenses.  And as that started getting pulled down, I experienced a ton of fear.  I think it was just exposure of all the stuff under the armor.

And I did feel like I was supposed to befriend the fear, bring it with me.  I kind of wanted to leave it aside and go meet God from a good place, you know.  And I really got this experiential knowledge of -- I mean, it went straight to the core of me.  I could see the light within me underneath all that, and that -- that's what God was connecting with.  Like, he didn't care about this external part of me trying to do good and whatever, but just this intense connection with him.

The other thing that I really noticed with all that was I kind of had this preconceived notion, and this may sound silly, but that I was going to like go somewhere, like maybe go beyond the planets or whatever to meet God.  But it's like he came into the room and was there, and like every air molecule, just like intensely present.  So it wasn't like I had to go anywhere or do anything, but I had this connection that was on this basic -- my true authentic self was able to connect with God, and there was a lot -- a lot of the trappings that I had

123

been taught before kind of melted away.  So that really was transformative for me.

Q.   Okay.  And these insights that you talked about, these kind of inspirations that you've had was this something that just occurred in the ceremony in the moment, and you have moved on, or have you integrated this into your life?

A.   Um, I have been integrating it into my life.  You know, something like befriend your fear is probably not something that you do in a day.  But it is something that I've -- it's -- it's really been instrumental.  And, you know, since I've done the ceremony, I have been working on exercises to continue to integrate that into my life.  Also this idea that -- that there's this true me that's underneath this armor that I present to the world, and that I need to be more concerned about her than maybe about these other external things.

So I'm not going to say that it's a done deal.  It's a work in progress, but it's definitely in progress.  I continue to work on these things.

I would say probably the most -- the most impact came maybe in the first month afterwards; and then now I keep trying to go back to those same things to bring myself to the next level, so that then I can bring these things back to my children and the people that are around me.

Q.   Okay.  I'm going to ask you a little bit of a, I guess, a hypothetical question.

**124**

A.    Okay.

Q.    If you had access to psilocybin without going to Singularism's facility, and you had the ability to conduct the tea ceremony on your own, in the comfort of your own home, would you still choose to go back to Singularism and do a ceremony in their facility?

A.    I would.  I would.

Q.    Why?

A.    Um, because -- like there's huge benefits.  It's not -- it's not just a one-part thing.  There's -- there's the kind of peak of the journey where you get -- you get these insights and these downloads and these connections, but the huge value for me was then being able to have somebody there who was working on this same spiritual level who didn't see me as a problem to be solved or some clinical "case."  Who helped me process that. So, I don't think I could do that on my own, at least not at this point in this life.  I really needed somebody to be there, to be a container for me to really integrate these insights.

Q.    Thank you.  Jenna, that's all the questions I had for you. If opposing counsel would like to ask any questions?

        THE COURT:  All right.  Let me turn the time over to whoever on behalf of Defendants has questions.

        MR. STEPHENS:  I'm happy to start, and then defer time to the Provo Defendants.

                            ///

**125**

App-7:127

**CROSS-EXAMINATION**

**BY MR. STEPHENS:**

Q.   My name is Mitch Stephens.  Nice to meet you.  Is it
Ms. DenBleyker?

A.   Yes.

Q.   I'll apologize in advance if I'm not perfect at it.

     Did you ever do a ceremony at Mr. Jensen's house?

A.   No.

Q.   Do you know whether that happens?

A.   I do not know.

Q.   Are you currently a facilitator?

A.   I am in training.

Q.   As part of the training, do they tell you that ceremonies
have to happen at one location?

A.   I don't know if I was told that they had to happen at one
location, but they did happen at one location.  I was not aware
of them happening outside of the office in Provo.

Q.   Do you have an understanding of whether or not as a
facilitator you have the ability to offer ceremonies some place
other than the wellness center in Provo?

A.   Um, I'm not sure.  I think -- yeah.  I'm not sure.  I
think the understanding was always that that's where I would do
it.  Um, I honestly haven't explored anything beyond that.

Q.   A facilitator has -- well, who provides the course for the
facilitators?

A.   Bridger provided the course.

Q.   And has Mr. Jensen explained to you how you're supposed to procure the psilocybin that you use as a facilitator?

A.   Um, he did not.  I -- my assumption was always if I was going to facilitate, I would do it at Singularism, so I did not dig into that.

Q.   You were licensed to practice medicine or were you licensed to practice medicine in the State of Utah?

A.   Yes.

Q.   When was the last time that you were licensed?

A.   Um, I think my license expired 2018-ish.

Q.   When was the last time that you actually practiced medicine in the State of Utah?

A.   2016.

Q.   As a former licensed medical provider, do you have an understanding of why the license requirement is in place?

A.   Yes.

Q.   What's your understanding?

A.   Um, that it's to maintain clinical standards, so making sure that we have the credentials and the continuing education to maintain those medical standards.

Q.   As a medical provider, you understand that if medicine is being administered, it's important to ensure that the medicine has certain purity, and that there is not any other materials that have been inadvertently included?

**127**

A.  Yes.

Q.  As a facilitator, have they taught you how to provide any type of testing to ensure that psilocybin you administer is safe?

A.  No.

Q.  Now, I take it that you believe psilocybin has potential medical use; is that fair?

A.  Yes.

Q.  And it sounded like, from your testimony, and please correct me if I'm wrong, but you found psilocybin while you were looking at academic research papers; correct?

A.  I was, but not necessarily just for medical uses, for spiritual insights also.

Q.  You were looking at research papers for spiritual use of psilocybin?

A.  Yes.  So some of the findings from like Johns Hopkins, that kind of thing.

Q.  And do you recall any specific papers from Johns Hopkins that talk about spiritual use of psilocybin?

A.  Um, I won't be able to refer to a specific paper, but I had looked at some of the end-of-life-type studies that talk about how people came to peace with impending death.  So, you know, spiritual matters like that.

Q.  You understand that in those types of studies, the psilocybin would have been administered in a clinical setting;

correct?

**A.**   Yes.

**Q.**   And then you found out about Singularism itself from an email through a Libertarian political group?

**A.**   Yes.

**Q.**   When did you participate -- was it three tea ceremonies?

**A.**   Um, actually five.  My first two I didn't really get into any kind of in-depth, and Bridger ended up offering to donate a fifth session to me.

And so the first one was in December of 2023, about a year ago, yes.

**Q.**   When was the last one?

**A.**   May of -- no.  Um, July.  I think it was July.  So about five months ago.

**Q.**   And are you now finished with psilocybin ceremonies?

**A.**   Um, that's a great question.  I don't know.

**Q.**   How would you determine that?

**A.**   Um, whether I felt there was more spiritual work to do, whether I was being called to do it, whether the connections that I already have are -- are sufficient, I guess.  You know, I don't know.  I guess that's like saying are you done with therapy?  I don't know.  Maybe in two years I'll need it.  I think that's unanswerable.

**Q.**   But it's up to the -- to the person, in this case you, to determine whether or not you need more -- more of this

**129**

treatment?

**A.**   I think I have enough to integrate into my life right now.

**Q.**   Right.  Singularism doesn't dictate how many times you use psilocybin?

**A.**   Um, not that I'm aware of.  I think the rule is two or four rounds, but -- not the rule.  The norm is two to four rounds, but, yeah, I'm not aware of any formal declaration of that.

**Q.**   When did you begin your training as a facilitator?

**A.**   June of this year.  So June of 2024.

**Q.**   So before you had finished the fifth round?

**A.**   Yes.

**Q.**   Have you been back to Singularism to worship as opposed to continue training as a facilitator?

**A.**   No.

**Q.**   Did you ever seek a medical prescription for psilocybin?

**A.**   No.

**Q.**   What is the name of Singularism's God?

**A.**   I'm not aware that there is one.

**Q.**   Is there any type of.

Hang on. I think we're --

(Unmuted Zoom participant interrupts the hearing.)

**THE COURT:**  Whoever Troy is, you need to mute, or I'll ask Ms. Schofield to mute Troy for us.

**MR. STEPHENS:**  The joys of technology.

**130**

**THE COURT:**  Yes.

Thank you, Ms. Schofield.

Q.   **(By Mr. Stephens)** Is there a scripture that Singularism believes in or promotes?

A.   Not that I'm aware of.  I was told that it was a more --

(Unmuted Zoom participant interrupts the hearing.)

Troy's back.

I was told that it was faith affirming, that it was -- it was a way for me to connect with my -- my sense of the Divine, my God.

Q.   And correct me if I'm wrong, because this is me trying to reinterpret or rephrase what you just said, but it takes whatever you believe in and adds a little bit of a multiplier factor, is that what you're saying?

A.   Um, that's -- that's, yeah, probably that's it.  It enables that relationship between your sense of the Divine. It's just -- like where I felt like that bridge to my sense of the Divine was closed, it reopened it.

Q.   Did you have religious beliefs before you used psilocybin?

A.   Yes.

Q.   And this reconnected your preexisting religious beliefs?

A.   Um, it did reconnect my preexisting ones; although, there were certain things that I'd already set aside, and I felt like that was re -- that was made okay.  It was like, oh, no, you don't have to follow x, y, and z, to do this.  But my sense of

**131**

who God was, that was rekindled.

**Q.**   And because it's self-affirming, I assume that means that each individual self is going to develop their own set of beliefs?

**A.**   Um, or their own relationship with God and the universe, the Divine, yeah, that's probably how I would phrase it.

**Q.**   Um, have you ever joined Singularism for the celebration of any holidays?

**A.**   I have not.

**Q.**   Do you know whether there's any holy days within Singularism?

**A.**   Um, I am not aware of any.

**Q.**   Are there any -- I assume, for example, you heard of the Ten Commandments?

**A.**   Yes.

**Q.**   I figured.  Does Singularism have a similar type of commandments?

**A.**   No.

**Q.**   Does Singularism answer where you go when you die?

**A.**   No.

**Q.**   What about where you were before you were born?

**A.**   No.

**Q.**   What about something like when life begins?

**A.**   No.

**Q.**   Other than the psilocybin ceremony, have you participated

in any other religious ceremony with Singularism?

**A.** No.

**Q.** And you testified that it took about three experiences or voyages, whatever, until you had a religious experience; correct?

**A.** Yes. I felt like the first two were preparing me for it. I think I used the word preparing the heart before you meet the Lord, like, you have to -- that's consistent with my Christian beliefs. So, yes, the first ones were more preparatory for me.

**Q.** Right. And it wasn't until the third one that you felt like you had what you described as a religious experience?

**A.** Yes.

**Q.** Did you tell Singularism what had happened in your early voyages?

**A.** Oh, yeah, absolutely. They helped me kind of work through them.

**Q.** In response, you no longer qualify to participate in ongoing ceremonies?

**A.** No. No. I think they felt like I had some things that I needed to continue to work on to hit that -- that point where I was receptive to meeting with God.

**Q.** How much did you pay for your voyages?

**A.** Um, I want to say the first two sessions were maybe $2,800 or $2,900. And then the third and fourth one they discounted for me. I cannot remember the exact amount. And then, like I

133

said, they gave me a fifth one.  They donated it to me.

**Q.**   Do you know which entity you paid?

**A.**   I want to say -- hmm.  I want to say maybe there was a Psychic Healing, something like that.  But it might have changed, too.  I can't remember.

**Q.**   As a practitioner, do you pay for that training?

**A.**   I'm sorry, what training?

**Q.**   Do you pay to become a practitioner?

**A.**   Yes.

**Q.**   How much did you pay for that?

**A.**   I believe it was $1,800 for the class, and $3,900 for the practicum, 100 hours practicum.

**Q.**   And do you have -- have you started administering doses to anybody?

**A.**   Um, not without supervision.  I shadowed.

**Q.**   When did you start shadowing?

**A.**   Um, late summer, early fall.  Sorry, I don't know the exact date.  I'm going to say maybe August/September.

**Q.**   Are you still shadowing?

**A.**   Um, yes.  I mean, I haven't done anything in the last month, mostly because of my schedule, but, yes.

**Q.**   Okay.  The reason you haven't done anything in the last month is just personal scheduling issues?

**A.**   Yes.  I'm in the middle of a divorce.  It's taking up a lot of my time.

Q.   That's probably too much time of legal proceedings for you?

A.   Yes, exactly.

Q.   Okay.  How many cohorts did you have in the class that you're taking as a practitioner?

A.   Um, I'm sorry, can you define cohorts?

Q.   Are there other people who are training to become practitioners with you?

A.   Yes.  I think there are probably eight of us that showed up.  And two or three of them were already -- already certified.  So I'm going to say maybe five of us.  That sounds right.

Q.   Do you know if all five are continuing forward?

A.   As far as I know, yes.

Q.   You personally have not seen any change in the last month or so with what you've observed with Singularism?

A.   I have not.

Q.   And do you know whether Singularism's beliefs are limited to just using psilocybin?

A.   Um, I don't know.

Q.   Do you know if Singularism supports or allows the use of other hallucinogenic drugs?

A.   To my knowledge, no.  There's -- practically, it's only psilocybin.

Q.   When you say "practically," what do you -- like, in terms

of religion and teachings, what have you been told?

A.   I don't know if something like ketamine wouldn't be, you know, considered a valid way to experience that Divine, but my understanding is that psilocybin is by far the most effective way, and it's a very safe way.  And both of those things are things that I -- I researched, and that is the only one that Singularism uses.

Q.   And as an aspiring practitioner and someone who is now in the practicum, have you received any education or experience in how to vet Voyagers?

A.   Yes.

Q.   Part of the vetting, eliminating people who are using other hallucinogenic substances?

A.   Yes.  Yes.

Q.   Would you -- would you vet someone who was using THC, for example?

A.   Using it?  I think it depends on what you mean by using it.  Somebody who is using it during their voyage, probably, yes.  Someone who used it two weeks ago, I don't think that's a contraindication, but, again, I'm still in the training part of this, so.

Q.   Have you received a list of all medications that are contraindications?

A.   Um, yes.

Q.   Is THC on there?

A.    I do not believe that THC is on there, but I'm not sure that I consider THC -- I mean, recreational drugs during, you know, taken concomitantly with psilocybin is a contraindication.

Q.    What do you mean concomitantly.  What time frame would you say, "Now I'm vetting you out"?

A.    Um, I would say anything that is still in your system when you're doing psilocybin.  That, again, that's my take on it.  I don't know that I was specifically told that.  But that, you know, mixing drugs during a ceremony is -- is not what you want to do.

        MS. CHRISTIANSEN:  I want to note an objection. First of all, I do feel like this -- the line of questioning has gone substantially beyond the scope of the original line of questioning.  I do feel like opposing counsel is beginning to attend to take advantage Jenna's professional expertise, and she was not called as an expert witness at this time.  She is called as a fact witness alone.

        THE COURT:  I agree.  Given our time constraints, we need to keep this to the scope of the direct.

        MR. STEPHENS:  Okay.  I was finished with my questioning, but I appreciate the guidance.

        Thank you for your time.

        THE COURT:  Okay.

        Do you have anything for this witness, Mr. Millward?

**MR. MILLWARD:**  Thank you, Your Honor, yes.  Just a couple of questions for me also.

<u>**CROSS-EXAMINATION**</u>

**BY MR. MILLWARD:**

**Q.**   Ms. DenBleyker, again, forgive me if I'm getting that wrong.  I'm an attorney for the Provo City.  Just a couple of question for you.  When you used psilocybin, were you aware that it was a controlled substance?

**A.**   Yes.

**Q.**   And as part of your training when you've assisted in administrating, did you know that?

**A.**   Yes.

**Q.**   And did you have a belief at that time that Singularism had an exemption?

**A.**   Yes.

**Q.**   What was your basis for that belief?

**A.**   Um, that they had an exemption under the Religious Freedom Act that Utah had passed.

**Q.**   How did you come to know that?

**A.**   Um, I had read some articles on it, and then I had heard it through Bridger and Singularism.

**Q.**   Do you recall anyone other than Bridger telling you that?

**A.**   I don't recall.

**Q.**   And do you remember the articles that you made reference to?

A.   Um, I don't.  If I had to guess, they would be something local, like something in the Salt Lake Trib or something like that, but I can't say for sure.

Q.   Thank you.

          MR. MILLWARD:  No further questions, Your Honor. Thank you.

          THE COURT:  All right.

          Anything further, from Plaintiffs with this witness?

                    **REDIRECT EXAMINATION**

BY MS. CHRISTIANSEN:

Q.   I just wanted to ask, Jenna, you're not the founder of Singularism; correct?

A.   No.

Q.   Do you consider yourself to know everything there is to know about Singularism?

A.   No.

Q.   And do you think there are, in fact, aspects of Singularism of which you're not yet aware?

A.   Yes.  A lot.  I'm still in training, so, yes.

Q.   Thank you very much.

          MS. CHRISTIANSEN:  That's all I have for this witness, Your Honor.

          THE COURT:  Okay.  Thank you very much.

          You may call your next witness.

          MS. CHRISTIANSEN:  Um, we had three other witnesses

that we were hoping to squeeze in, but in the interest of time, we are going to kind of expedite, and we're going to turn it back over to Mr. Bean.  We just want to note that we're going to be relying on the declarations of Margie Johnson, Allen Johnson, and Jake Wood.

THE COURT:  Okay.  Thank you.  I appreciate that.

MS. CHRISTIANSEN:  Thank you, Your Honor.

THE COURT:  Mr. Bean?

MR. BEAN:  Yes, we'll be calling Mr. Bridger Jensen now.  Thank you.

THE COURT:  All right.

Mr. Jensen, I'm going to ask Ms. Schofield to swear you in.

MR. BEAN:  He's just on his way over here.

THE COURTROOM DEPUTY:  Please raise your right hand.

You do solemnly swear that the testimony you shall give in the case now before the Court to be the truth, the whole truth, and nothing but the truth so help you God?

THE WITNESS:  I do.

THE COURTROOM DEPUTY:  Thank you.

                    **BRIDGER LEE JENSEN,**

called as a witness for and on behalf of the Plaintiff, being first duly sworn, was examined and testified as follows:

                           ///

                           ///

**140**

**DIRECT EXAMINATION**

**BY MR. BEAN:**

Q.    Could you please state your full name for the record.

A.    Bridger Lee Jensen.

Q.    And whats your present occupation?

A.    I am a clergy at the religion that I have founded.

Q.    What's the name of that religion?

A.    Singularism.

Q.    Do you have any family care responsibilities?

A.    Yes.  I am the father of four.  I am an attentive boyfriend in a longterm, committed relationship, and I am a son and contributing member of my family, yeah.

Q.    Before you became the founder of Singularism, did you have a different occupation?

A.    Yeah.  I spent most of my career as a psychotherapist, yes.

Q.    Was that in a spiritual capacity or no?

A.    I think that meaning and spirituality have always, always been part of my work, but I took a traditional psychotherapy view for most of it, influenced by spiritual counseling of my education, yeah.

Q.    And could you describe just briefly your last position you had before becoming the founder of Singularism?

A.    The last position was considered clinical outreach, and so I did somewhat of a marketing-like position in a clinical

**141**

capacity for an organization.

Q.   And how much were you paid in that last position?

A.   My package was worth about $120,000 a year.

Q.   Why did you decide to change from that professional career you had to what you do now?

A.   I became somewhat disenchanted with the field of mental health for and in the private -- the private-pay residential industry that I had -- had been my career in my 20s and 30s.  I still love it, and I see a lot of good that comes from it, but it just didn't seem to be fulfilling me the way that it did in my 20s.

Q.   Are you compensated for your clergy role at Singularism?

A.   Yeah.

Q.   How much?

A.   I make -- they pay $3,400 a month to myself.

Q.   I take it you're a religious person?

A.   Yes.

Q.   And was that the case before you founded Singularism?

A.   It was, yes.

Q.   And what led you to have an experience -- a religious experience, if any, with psilocybin?

A.   Oh, many things.  My friends and followers and I have come to dub it FOMO of the human experience.  Meaning fear of missing out on -- on this life and consciousness and experiencing our consciousness in all of its forms.

**142**

Q. Can you describe the first time you had a spiritual experience with psilocybin?

A. Yeah. Yeah, I can. It's hard to say with one first. Because each one was so powerful, it was like the first one again in some ways. It was never in a recreational setting, I can say. Can I describe it? It's hard to describe. The nature of these experiences is that they are innately ineffable. Meaning people come out of them unable to describe them. The nature of them is indescribable.

I can -- I can say that in all the hundreds of voyages I've guided, that is a unifying principle. And that's what Johns Hopkins and Harvard University say as well, is that there is a universal feeling that we cannot describe the importance and the feelings of this event, and they've called that to be ineffable.

Q. Did you have any experiences with any sorts of deities while partaking of psilocybin?

A. Historically, I've been very private about that. But this experience with the Government and the Court has forced me to be open, and, yes, yes.

Q. I believe Ms. Lee mentioned the word OctoGoddess. Is that something familiar to you?

A. Yes.

Q. Can you describe what that is?

A. Oh, it's the entity that asked me to do this. Um, yeah.

That's what happened.

Q.    What sorts of asks were made by that entity?

A.    To find a way to help people connect with God the way that was -- that she came to me.  And, yeah, to help people connect with God.  And in a way that comes from them, and an answer -- I believe that I can speak to some of the differing opinions about God today.

Some say Singularism doesn't belief in God or not sure or mandates a requirement.  That's because I truly believe it should come from the individual, and that the challenge in some of the opposition's notes has been that we don't have a prophet.  They cited that I said no person is a prophet more than another.

So I don't want to be perceived as me saying I know more than another.  I think that people do too much pretending about what we know.  So I want to very sincerely guide people into what they truly believe and help them find their purest religion, which is why some of the answers are a little bit different in our ceremonies.  That doesn't mean that their experiences aren't sacred to them.  I wish religion were more that way.

Q.    Any experiences that you have had, have you recorded any of your revelations, if you would call them that?

A.    Yes.  I obsess over documenting -- I consider all of my recordings to be scripture, and I consider our notes -- we keep

**144**

talking about notes today.  I want to say they are our
scriptures.  Notes, in my context, we consider our
practitioners to be scribes to the prophets and high
priestesses, but sit in front of us having these experiences.
I'm happy to show you some of my notes, if you'd like.  I
brought some.

Q.    Based on some of the experiences that you had, why did you
decide to found Singularism?

A.    It -- it hasn't always felt like a choice.  I feel a
little bit like Jonah and the whale where I never want to talk
about the OctoGoddess.  It sounds so silly, but if pressed, I
think I have to.  And I don't want to stunt other people's
spiritual experiences by sharing my own, because I want them to
have their own.  And so if it's with Jesus Christ or Buddha or
Allah or Jehovah or OctoGoddess or any of the Greek gods or
Viking gods, or only with themselves because they're atheist or
agnostic, I want them to have their own experiences.  So
sharing mine, I deeply worry that it will stunt other people or
guide them into having mine, too, which it does, but I am
hesitant to share it for that reason.  Does that answer your
question?

Q.    I think so.  Could you explain to me what the word
Singularism means to you?

A.    There is, again, I'm going to reference research, and that
is that Johns Hopkins and Harvard, their first criteria is that

**145**

people would come out of these experiences feeling a sense of

ineffability.

One of their others is that people would come out of

it feeling a sense of singularity or unity with all things and

with one, feeling connected deeply with even their enemies and

people that have harmed them.  That's what I named after the

feeling that all consciousness and all beings and all places

can be one or are one.  We are each a prophet.  We are each a

peasant, and we are each part of the archetypes sometimes

embodying the best of ourselves, and others the dark shadows

part of ourselves, but we are all one.

Q.   What are the practical steps you took to make a religious

organization?

A.   Um, well, at first I suppose I used to feel strongly --

thank you -- I used to feel very strongly that we shouldn't

need to have a formal organization behind it.  I felt very

First Amendment about it.  We don't need the Government to

endorse us to have religion in our hearts.  I felt like Jesus

Christ said to pray in your closets, and I didn't feel like I

should have to found a legal entity behind it.  Entity

sometimes today meaning two things, Gods or organizations by

man --

Q.   For purposes of this discussion?

A.   -- an entity, a legal entity.  And -- but as it grew, and

as our practice got -- and our ceremony got more effective, I

just started to see the need to protect it, and I started to see the need to make sure it's safe with written policies. That commands a level of organization.  I learned a lot about government, and why we have some of the organizations we do, and it made me appreciate things more like organization behind it.

Q.   When did you first decide to open Singularism to say the public, maybe, beyond the handful of individuals you've talked to about it?

A.   The true opening was September 6, 2023, when we had a ribbon cutting for it.  I consider some of my actions, like, to me, yes, we had ceremonies before that date outside of our temple and church, but to me, that's just a little bit about sacrament being administered outside of the church if somebody is ill or maybe they haven't found the church.  Does that answer your question?

Q.   Sure.  And what is the location of Singularism?

     (Unmuted Zoom participant interrupts the hearing.)

        **THE COURT:**  Mr. Gray, can you mute yourself, please.

        All right.  Sorry about that.

Q.    **(By Mr. Bean)** Let me ask that question one more time.

A.   Can you pass the tissue box?

Q.   Yeah.

A.   Thanks.

Q.   When did -- sorry, my question was about location.  What's

**147**

App-7:149

the location of Singularism spiritual center?

A.   1969, which is a fun address for a psychedelic wellness center.  1969 North State Street.  Try to think of it a fortuitous and beautiful.  Provo, Utah.

Q.   When you were opening the spiritual center, did you have any anticipation or understanding about how the community would receive it?

A.   I'm from Provo.  I know Provo well.  As a Provo resident, people -- people always talk smack about it, likes it's so conservative, and so influenced by its conservative, dominant religion.  I love Provo, and I consider it my home.  I didn't -- I don't feel like I needed to worry about my neighbors because they're my neighbors, and it's my home.  So it's where I'm from.

Q.   Did you have any fears that there would be misunderstanding from the Government?

A.   Yes, I sure did.  Yes.

Q.   And what were you afraid about?

A.   This; and that my sincerity would be challenged, and every mistake I made in my life would be subject to scrutiny.

Q.   What actions, if any, did you take to try to address that misunderstanding you were anticipating?

A.   Well, I was once the mayor of Provo City Youth Counsel.  I was quite involved.  I loved Provo politics.  My father was a BYU professor.  They always emphasize transparency and openness

**148**

in the city council meetings that I attended -- I used to go religiously. It's kind of a fun word to use now. And I -- I saw that the current mayor has -- the first principle of her pillars of Provo City was welcoming. So I wrote her and thanked her for being a welcoming mayor, and I invited her to come see the center. Does that answer your question?

Q. Yeah. It you were to see the example of the letter you wrote, would you recognize it?

A. Yeah. Yeah, I will.

Q. Let me share my screen briefly with you.

Do you see this? This is marked as Exhibit B to the motion.

A. Yeah.

Q. Is this the letter that you're discussing?

A. That's the one from me to you. My name is Tanner Bean. That is from you. I wrote my own accompanying letter as well.

Q. Okay. I'm going to scroll down here a little bit further.

A. Okay. Yeah.

Q. Is there another letter here?

A. Yeah. That one looks more like mine. Let's see.

Q. Can you tell me who it's addressed to?

A. Oh, this one is to Provo City Council.

Q. I'm going to scroll again down.

Do you see who this last one is addressed to?

A. This one is to the Utah County Attorney's General Office.

Q.    Did you ask me to send these letters?

A.    Yeah.  I asked you to help me write letters to inform them and invite them to communicate with us.  And to come on tour, and to learn about what we do.

In the religion of my upbringing, there's a big history of misunderstanding from the Government to the religion; and we, right through my LDS mission, we're always told that people didn't understand Mormonism, and to be open and to be inviting and to be transparent, and that's the spirit that I founded Singularism.  And it's that same transparency and opens and invitation.

Q.    Do you know if the recipients of those letters ever took you up on the offer to come and visit Singularism's spiritual center?

A.    I never got a reply.

Q.    Since forming Singularism, do you have an idea of how many people have affiliated with its religious community?

A.    It's a bit hard to measure that.  I know we've had thousands sign our petition.  We've had hundreds do consults. We've had ten -- less than a hundred, but approaching that, participate in ceremony.  I don't ask for many commitments, but some of the commitments that we ask for are in our waivers.  So it depends on what level of engagement you're asking me about.

Q.    Okay, I want to ask you about --

A.    I've had no complaints.

**150**

Q.   Okay.  I want to talk to you about Singularism's religious doctrines.

A.   Okay.

Q.   Are you responsible for setting forth the religious doctrines of Singularism?

A.   I suppose responsible is the word, yeah.

Q.   And have you reduced any of the faith doctrinal statements to writing?

A.   Yeah.  Yes.

Q.   If I showed you an example of that, would you be able to recognize it?

A.   Yes.  Although, I -- I'm more easily able to navigate my handwritten scripture than some of the electronic documents that have been made out of it, but, absolutely.

Q.   I'm showing you what has been marked as Exhibit R in the initial motion in this case.  Do you recognize this document?

A.   Yes.

Q.   What does it say under the logo up top?

A.   Well, it says, "Singularism's Creation Story."

Q.   We won't have time to review all of this document, but can you tell us what this document is about?

A.   I feel like the big, existential philosophical or psychological question that humans are always trying to answer are:  Who are we?  What are our spiritual identity is?  Where we came from?  And so every good religion needs to start -- and

**151**

I think historically has -- a solid, best attempt by revelation or by reasonable deduction of a creation story. It is an important part of our identity, and so our contemporary religions' creation story seemed like an important foundational document.

Q. Okay. I'm going to school down to about, I believe, page 13 here. Do you see that?

A. Yes.

Q. Do you see the heading, "The Essential Role of Psilocybin"?

A. Yes.

Q. Can you tell us why this is here?

A. It's really hard to without going through all the awesome content before that, but the reason that it's there is because we evolved -- I'm going to refer briefly to what we just skimmed over. And that is we evolved for a very specific space on this planet, and evolved without removing the meaning from creation, but we have evolved meaningfully and perhaps by guidance under that, in a space where now we are profoundly deceived about who we are and what we are, and what our purpose is, about what our desires are, and our waking needs, constantly beckoning us back to this temporal world.

        And the essential role of psilocybin is that for a few moments you can disengage from some of those temporal real deceptions, desires, needs, and wants, and for a few minutes

you can have the opportunity to experience shear consciousness without the burden of our bodies.  And that alone necessitates for people like me who might not be able to do 20 years of four hours a day of meditation, necessitates the engagement of consciousness outside of our deceptions.  That's the impactful part that I believe makes this necessary.  I think the truth of things individually can be revealed.  I could talk all day about this.  What else would you --

Q.    Yeah, we don't have all day.

A.    No.

Q.    Let me show you another document, and tell me if you recognize this document.  This has been marked as Exhibit P to the motion.  Do you recognize this document?

A.    I do.  This is one of my favorites.

Q.    It says, "Articles of Belief and Governance" at the top.  Can you tell us just what this document is?

A.    Well, this is a document much like many others have, we mentioned the Ten Commandments and Article of Faith have come up today, and there are others.  The Buddhists have their -- their Eightfold Path after the Four Noble Truths.  This might be considered ours.  In no special order or importance away from the creation story, but these are our Articles of Belief and Governance.

Q.    And can you just briefly read the bolded headings as I scroll down here?

A.    Yeah.   The blue ones or the black ones?

Q.    The black ones.

A.    The black ones.   So it's an entheogenic enlightenment;

The singularity;

A commitment to alleviating suffering on earth;

That every Voyager is a wisdom keeper;

To write your own scripture;

The octadrant as an epistemological compass;

Our creation story, which we briefly went over;

The hierarchy of consciousness; and

The balance between entropy and order.

It's an intricate part.   It's hard to put these in order.   They are all so important.

The opposition to corruption and cultish behavior. That might seem more secular, but I think that if we're founding a constitution-like document for our organization, I never want it to go off the rails and become something corrupt, and so I wrote opposition to corruption or cultish behavior.

It's values about family, society, and law that we also intend to be law-abiding.   Not counter-culture, incidentally.   It's hard for me not to go over these.

The adaptability and growth of our religion;

Non-offensiveness, emotional safety is paramount; and

Authentic communication.

I'm going to skip 14.   It was a redundancy in this

paper.

The commitment to integrity, transparency, and self-improvement;

And then the last two are some of what I would consider my personal prophecies, and that is as a living religion we evolve.

So the religion itself is meant to evolve unlike some that post themselves in one place, and say this is our eternal doctrine. I would say I intend to evolve, much like a United States Constitution or something, with a great degree of diplomacy behind it.

And then lastly, my prediction that we are creating the gods that may someday create us, that bend time and space to help us exist ourselves. So we might be through AI or other means or genetic engineering may be creating the very existence of us.

Q.   Now, I notice there are some hyperlinks in this document. Where do those hyperlinks go?

A.   To more of our scripture and unifying parts to share.

Q.   Do you know how many pages of this sort of scripture you would have?

A.   I don't. I don't. I haven't -- I haven't added it all up.

Q.   Okay. I'm going to just show you one more of these statements. Let me know if you recognize this document. This

has been marked as Exhibit Q to the motion.  Do you see this document?

A.    Yeah.  This is another good one.

Q.    Can you tell me what the octadrant is?

A.    Okay, so the octadrant is -- first of all, I'm not good at math.  It came to me while in ceremony with myself, and having a revelation.

Q.    How does it relate to the religious tasks that Singularism performs?

A.    Well, as an epistemology, it helps us understand the importance of faith versus knowledge versus other methods of wisdom keeping.  If you could scroll down the chart a little bit.  There are eight different segments.  They're called octadrants.  If you'll go down.  This is my journal that came from as a download.

But even more, I'm sorry, I want to take you to the eight principles, and I'll briefly go over them, but that knowledge are things that are true, verifiable that we're aware of.  And faith is true, unverifiable and that we're aware of -- or the sacred trust are things that are true, verifiable, that we're unaware of.

So this is just a method of, I would say, parsing out our sources of knowledge, and then we can communicate better with each other, and then assign our values to them.

For instance, in a lot of relationships there's

people that value knowledge above faith, or people that use what we call those myths down lower, No. 7 on that chart, like "Lord of the Rings" for meaningful behavior even though it's a myth. So it's hard to say, well, what is true, and what do we believe in? Do I believe in Frodo as the ring bearer?

Well, as the actor he might be true, but it's a myth and so we assign importance to myths as well. This was a revelation to me, and I wrote the octadrant from it.

Q. Now, I notice the prefix O-C-T, oct, is also shared with the OctoGoddess; is there a connection there?

A. No. I knew that would be a common misconception, but the OctoGoddess is called that because I named it that, but octadrant was revealed to me from the OctoGoddess, but she favors the number 12. You ought to know.

Q. Thank you. Now, we talked about -- you heard some testimony already today about the process by which Voyagers might come to know and be screened to become a Voyager with Singularism. And my question briefly is just for the sake of time. Is there anything regarding that screening process that you feel like has not come forth?

A. Yeah. I -- I would argue that -- I don't want to argue at all. I want to listen. But if -- since push comes to shove today, I would say that the people have questioned whether we have one dogma or one doctrine, and that we all get behind it.

And I would say if you gave an eight-year-old this or

a newborn, these kinds of scrutiny of questions before they were baptized by the Catholic church or the Mormon church, there would be no members of those churches until they're of adult life.

I would say that I ask adults to go through the screening process only to commit to the ceremony safely and in -- one thing that I want to bring up today is informed consent, so that people know what they're getting into, that we disclose everything to them, and that they know exactly what risks and benefits are, that it is safe for them.

And I will stand by the safety of our ceremonies and I'm happy to answer questions about it.  But I would say that one thing that has been missed, and I feel like I'm getting an unfair scrutiny compared to other religious practices, in comparison to other religious practices:  Nobody asks an eight-year-old if they -- if they must know God intimately before they go through a ceremony of baptism and make life-loaning commitments.  Or if they truly understand it to the degree that my participants in this ceremony understand it. I would say my participants understand much more.

**Q.**   Let me ask you, you've heard a concept about a document that individuals are signing before participating in the ceremonies?

**A.**   Uh-huh.

**Q.**   What would you call that document?

**158**

**A.**   Well, we call it the Waiver and Agreement.

**Q.**   If I showed you an example of that, would you be able to notice it?

**A.**   Yes.

**Q.**   Recognize it, excuse me?

**A.**   Yes.

**Q.**   Okay.  Does this appear to be that document?

**A.**   This is that document.

**Q.**   Similarly, we won't have time to review all of this, but briefly could you just read this first paragraph that I'm highlighting here?

**A.**   "This document serves as a comprehensive and informed consent waiver for my voluntary participation in the ceremonial use of psychedelic substances within the religious context of Singularism.  It is intended to ensure that I am fully informed about the nature, potential benefits, and risks associated with the use of psychedelics in these ceremonies."

        I might add, we don't just have people read this.  We go over every part of it with them in hours of preparatory work and sessions.

**Q.**   Okay.  And thank you.

        Is there anything about the psilocybin tea ceremonies that you might have heard others testify to today that you feel like you need to add to explain how it occurs?

**A.**   I would.  I would say a few things, and one is, I mean,

there's a lot of things I'd like to cover.  One is, like, the

sincerity of this, and compare to what we do to common drug

dealing, which I'm vehemently opposed to.  And in all of our

media articles, when I have appeared before the news, I have

said -- I don't know how this isn't in the opposition's

research.  I have said actively, "I hope no one ever mistakes

my actions for an excuse to use this recreationally or outside

of the bounds of a sacred experience."  And the

mischaracterization that we care about money or that we care

about distributing what they deem as drugs is just such a gross

mischaracterization of what we aim to do.  And so any aspect of

that I'd be happy to answer.

Q.    Anything else about the process, for example, how it

happens.  How an individual receives the tea, how an individual

is treated after, during, or anything like that that we haven't

heard about yet?

A.    I would say I would like very much to speak to the array

and diversity of the experiences.  Some of them are very

ephemeral and hard to describe, some of them brand new, as on

earlier, and emphasize spirits and entities.

I think many people like myself, I mentioned the

OctoGoddess, but the truth of it is most of mine are very

visually fractagal [sic] and geometrically based, and that they

are not always through language or words or interactions as

people understand them.  And so it's hard to conceptualize

**160**

that.

It's helped me understand traditional scripture much better because people are so easily attacking the truth of those stories.  But I see the symbols in them, and I believe very much in that.  I can always relate my journeys back to these spiritual experiences.

Q.    Are you always present at Singularism Center when a voyage is taking place?

A.    That is something I should address.

Yeah, I have not actually ever been absent I don't think for one round ever.  I'm sometimes in my office, and I let my supervisor supervise, and I let the practitioners practice, but I am always there, and I get called in often, and I tend to every session personally.

I think that someday we might outgrow me being there for everything, but at the present time I feel protective of every session and every round.

Q.    You mentioned practitioners, I think we've heard those described as facilitators or guides earlier.  Can you tell me why Singularism decided to train these individuals in the ways of Singularism?

A.    Why we -- why we train others.

Q.    Yeah.  As opposed to just you facilitating each session, why did Singularism or yourself, why did you choose to expand that knowledge to these individuals?

**161**

App-7:163

**A.**   I suppose I see this outgrowing me some day, and I hope this is -- I think it will always be a small religion, certainly in my life.  But I do hope that this continues to live after me.  So training others is a necessity.

**Q.**   Does Singularism train any individual that does not have a spiritual interest in becoming a guide or a facilitator?

**A.**   I suppose not.  I think that everybody is interested that goes through our training and doing so.

I do want to differentiate one thing that hasn't come up, and that is it is completely legal to provide education and harm reduction education around psychedelics.  And the academy that I founded is not necessarily there just to provide guides to my ceremonies.  I imagine it like I made the requirements of the academy fit Utah's psychedelic task force, and then I looked at Oregon state's requirements, and then I looked at the best practices provided by Johns Hopkins and Harvard Universities and their research models.  And then I founded all the principles based of all of those.

It's not just me and mine.  I think the principles and practices in the handbook of what I teach would stand the test of other states that have legalized it and other research institutes.

That said, I feel like my training is separate than our -- our organization's ceremonies; meaning, let's say somebody goes to a religious institute like Duke or BYU or

Notre Dame that are religious institutes.  It doesn't mean they have to go and practice to be a Catholic or have to go and be a LDS bishop.  They may go in different ways with their same religious training.  And so nothing is illegal about -- by any law -- about the training and education of it.  The ceremonies, I understand, are being brought into question only; is that correct?  I mean, you ask me the question.

Q.    Thank you.  Since you've observed Singularism, have you observed any harmful incidents to any of the Voyagers?

A.    No.  No.

Q.    Have you observed any incidents of harm to the public?

A.    No.

Q.    Has any complaint about either of those things ever come to your attention?

A.    No.  And I'll add that we made a grandma request to see if any had come that weren't to our attention, and that turned out to have no public complaints ever.

Q.    Has your -- I believe your space is a rented space, Singularism's wellness center; is that right?

A.    Yeah, we rent.

Q.    Has your landlord ever complained of any of the activities of Singularism?

A.    No.  And, in fact -- well, I'm sure, no.  The answer is no.

Q.    Has that been a good relationship between you and the

landlord?

A.    Yes.  A professional one, but a healthy one, yes.

Q.    Let's talk about the events of November 11th.  Do you recall those events?

A.    Yes.  I'm getting a water.

Q.    Oh, okay.  Can you tell me when you first came into contact with law enforcement that night?

A.    It was 5:00 p.m.  I was walking to my car to go pick up my children or to see -- to go home to my children, and I was approached by law enforcement.

Q.    Do you remember how many officers were there?

A.    I believe it was five, but there were four at first, and they told me that I should wait for the last one.  He was the guy in charge.

Q.    And what did they say to you, if you remember, when you saw them?

A.    What did he say to me?

Q.    Yes.

A.    He said, "Bridger Jensen?"

      And I said, "Speaking," or something to that effect.

      And he said, "Okay, I'm going to need you to hold on there," and then we engaged in what I think was friendly dialogue at first.

Q.    Did the officers explain to you why they were there?

A.    Not -- not at first; eventually, yes.

**164**

Q.   What did they tell you eventually, or what did you understand what the reason for them being there?

A.   They had a search warrant and were executing it.

Q.   Did they tell you why they had a search warrant?

A.   I don't -- not right at first.  Throughout the course of the conversation, they explained that he had been undercover. He seemed very happy about that.  And that they had -- they were looking for psilocybin on our premise.

Q.   Do you know the individual who you just mentioned was undercover?  Do you know that person's name?

A.   Julian is his last name.

Q.   Is that Detective Julian?

A.   Detective Julian.  I think its James Julian.

Q.   When he was undercover, do you recall meeting him?

A.   Vaguely, yeah.

Q.   Do you recall whether he mentioned to you anything about the Utah County Attorney or Utah County Attorney's Office?

A.   On November 11th?

Q.   Yes.

A.   Yeah, he did.  He mentioned he was -- I believe -- there on assignment, and having consulted with them about coming.

Q.   And do you understand it was at the direction of that office that these law enforcement officers were there?

A.   That's what I understood.  I never felt that I got everything straight.  I don't know how it all went down on

**165**

their end, but my understanding is that the District Attorney had been involved, and they had their PR hats on.

Q.   Do you have an understanding as to what the officers understood about your religious sincerity?

A.   They seemed to mock it.

MR. STEPHENS:   Objection.  Foundation.  Calls for speculation.

THE COURT:   Overruled.

Q.   (By Mr. Bean) You can answer, please.

A.   They seemed to mock it and sneer at it.

Q.   Why do you say that?

A.   Well, they rolled their eyes when I told them about what we're doing and why, and they told me that it gives me no right to be able to do this.  They indicated that this is just dealing drugs.  They didn't ask any questions.  And, in fact, when I tried to answer about sincerity, about it, they would change the subject or just ask the logistics of what we were doing.

Q.   Now, during -- after you first were discussing with the officers, what did they do at Singularism spiritual center?

A.   What did they do?  They came in and they immediately started searching.  I asked you -- I got on the phone with you, Tanner.  And right when we walked in, I just asked, "Tanner, should I be as transparent as I usually am?"

And the answer is, "Yeah, let's just be forward

facing."

I sat down with them, and they started to kind of indicate -- give me indicators that they didn't trust me. I remember looking at them in the eye saying, "Officer, I'm done with -- I don't have use for lies in my life anymore. If you -- if I choose to answer a question, I'll be honest with you." And they seemed to be more trusting with me.

I took them right to the psilocybin. I told them where anything was that they might be looking for in complete transparency, knowing that it would lead to discussions like this. And I wanted to face this forward without deception.

Q. Did they ultimately end up taking anything, seizing anything from the property?

A. They took all of our sacrament, and they, you know, obviously, photographed things that you saw earlier today in the hearing. Yeah.

Q. What was your reaction when you understood that they were seizing the sacramental psilocybin?

A. You know, it's not about the money or the -- I mean, I imagine to Catholics the wine of the sacrament, if it gets spilt, it's not the end of the world. It's not something to lose or cry over as much as the sacredity [sic] of their event that they do when they take the sacrament. That's the important part.

To me it was scary or ominous that they started to

167

taking our scripture.  That was shattering my heart.  I love our scripture and our notes.  And so I wasn't so worried about the sacrament itself, although I consider that sacred, I was much more concerned about the words of our Voyagers, and our own scripture that we have written and worked for years on.

Q.   Um, I understand they also seized an amount of THC; is that your understanding?

A.   That is, yes.  I told them where it was.  They had overlooked it even.

Q.   Why was THC present at Singularism's spiritual center?

A.   It's -- it's for me.  And part of my -- my ceremony with another religion I'm affiliated with and was informed and inspired by before I founded Singularism, which is the Church of the Native Americans, ONAC, is what it's called for short. I'm a card carrying member of that organization.  I had that card and the sacrament with me.  And so --

Q.   Did that THC or any other THC, was that ever used in any Singularism ceremony?

A.   Not in any that I gave to Voyagers.  I don't believe at the present time in mixing, and I believe in full transparency about what people are doing.  We make our tea in front of them, showing everything that goes into it for safety reasons.

Q.   Previously, you mentioned, you know, you were a card-carrying member of --

A.   ONAC.

Q.   ONAC.  If I showed you a photo of that card, would you recognize it?

A.   Yes.

Q.   Okay.  Does this appear to be the card that you're describing.

A.   Yes.

Q.   And can you tell me how you received this card?

A.   I went to some ceremonies of theirs, and they invited me to apply for this card.  And I have a Native American heritage and a pedigree chart, so they issued me this card.

Q.   And is that a photo of you on the right side of the card?

A.   It is.

Q.   Is this something that you keep with you regularly?

A.   Yeah.  It's usually in my wallet.

        MR. BEAN:  At this time we move for the admission of this photo.

        THE COURT:  Any objection?

        MR. STEPHENS:  Sorry.  I was muted.

        The only thing I'd request is that we can get a copy that shows the full card.  There's a part that's blocked by what looks like a thumb.

        THE COURT:  Okay.  Well, I'll receive this photograph, and I suppose -- I hope counsel can just work out getting whatever part that is blocked by the thumb.

        MR. BEAN:  Thank you.

(Plaintiffs' Exhibit 2 was received into evidence.)

Q.   **(By Mr. Bean)** Mr. Jensen, I'm going to show you the opposite side of this card now.

A.   Yeah.

Q.   Do you recognize this?

A.   I do.  That's the reverse side of the same card.

Q.   Can you read to me to the best of your ability, I know it's a little faded, the first paragraph?

A.   Yes.  "The person secured with this card is a member of" -- I'm going to abbreviate to ONAC -- "Native American Church, and as such is qualified to carry, possess, and/or use Native American Church sacraments, including peyote, cannabis, San Pedro, and other recognized healing ceremonial plants."  Do you want me to go on?

Q.   Yeah, to the end if you could.

A.   "For a complete list of covered sacraments and their requirements for their use, visit nativeamericanchurches.org. Controlled substances not mentioned there are not covered or legal for personal use or in ceremony.  Laws pertaining to the protection of all ONAC members' civil liberties are outlined in the First Amendment of the Bill of Rights to the United States Constitution, more specifically described in the religious land use and Institutionalized Person Act of 2000."

Q.   When you obtained this card, did you understand that there would be religious protection for the religious usage of THC?

170

App-7:172

A.   Yes.

MR. BEAN:  I would move for admission of that, for the backside of that document?

THE COURT:  All right.  It's received as well.

(Plaintiffs' Exhibit 3 was received into evidence.)

Q.   (By Mr. Bean) Does the ONAC organization that you mentioned, does it have any contrary doctrines or principles to those at Singularism.

A.   No, nothing contrary, or exclusive.

Q.   Now, at the end when law enforcement was at Singularism's spiritual center, how did they end the encounter with you?

A.   How did they end it?  In what regard?  By walking away?  Closing the door?

Q.   Yeah.  What was the last thing communicated to you by the officers, if you recall?

A.   That they would be prosecuting me, or that they would submit a recommendation to be prosecuted, and to never practice again.

Q.   Did they say anything to you about whether you would be arrested?

A.   They didn't arrest me that night, which was peculiar to me, but I was grateful.  I would also say that they told me that charges would be coming.

Q.   What did they recommend, if anything, about Singularism's practices?

171

A.   To stop practicing my religion completely, but they didn't say, "You have to."  They said, "We highly recommend you stop," and ominously.

Q.   Now, you mentioned that you had been planning to go take care of your children.  Were your children left alone during this process?

A.   I was able to send my assistant to go and help them, which was I was thankful for at the time.  I asked her not to tell them what was happening, do not scare them.

Q.   The same week as this occurred, did anything else happen in regard to law enforcement and Singularism?

A.   Yes.  Yeah.

Q.   What was that?

A.   Well, two days later they dropped off a note to my landlord saying that I was a nuisance distributing drugs and causing the city or the community to live in fear, which was a surprise to me and my landlord having never had an incident or anything go wrong because of my high standards of practice and my screening process.

     And they then proceeded to tell him if he did not evict me, that they would exercise civil forfeiture of abandonment against my religion or against us if he did not immediately evict me.

Q.   How did you come to know about that letter from law enforcement to the landlord?

A.   The secretary of the business walked downstairs and showed it to us.

Q.   Are you aware if your landlord ever responded to that letter?

A.   He did.

Q.   And how did you become aware of that?

A.   He told me, and he was very worried.  It's a legitimate threat.  He doesn't want to lose his building or be in conflict, and rightly so.  I've been -- I didn't mean to tie him up into any sort of problem, either.

Q.   Besides the testimony that we heard previously about those two letters, is there anything else that you feel like you need to add about those letters related to an eviction?

A.   Well, yeah.  I suppose it was confusing to me why, if the law enforcement, why they would go to a citizen to essentially deputize them against under threat of losing their property instead of exercising it through the courts or legitimate methods; or why they would pit a citizen against another when they have legitimate claims and a record of safe.

Q.   Can you tell me what the impact has been upon you personally about the actions that the Government has taken?

A.   I'm not -- I'm not a guy who likes conflict or even being counterculture.  I'm actually quite a pleaser.  I want to make people happy and healthy, and I want to help people.  I'm quite sensitive to this.  I don't mean I'm weak, but to be accused of

**173**

App-7:175

being a nuisance to a city I love, and in a country I really love.  It was hard to wake up all week, worried that I'm going to go to jail for 15 years, or any amount of time, or to be put in handcuffs, or the fear of my children.  And then to be pitted against what I feel is an involuntary spiritual calling that I'm supposed to exercise and execute, and to find meaning in my life for the first time, and then to have my Government, which I love, to try to take that away from me and without due process.  It's jarring to me as a law-abiding citizen.

Q.    Thank you for sharing that.

Could you share about how the impacts have been for Singularism's Voyagers?

A.    Well, in my spirit and openness --

MR. STEPHENS:  I'm sorry to interrupt.  To the extent that he's asking about third parties, I think we haven't established a foundation for that.

THE COURT:  Well, the rules of evidence really don't apply to TRO hearings, and we're running out of time, and so I'm going to give him some leeway.  I think he can indicate what he's observed with respect to the impact on the Voyagers.  Overruled.

MR. BEAN:  And we're nearly there, Your Honor, for the remainder of these questions.

Q.    (By Mr. Bean) If you could just discuss the impact, from your observations, on the Voyagers, please.

**174**

A.   I am religiously committed to transparency and openness and full disclosure and informed consent.  Therefore, I have not wanted to -- I have accepted some but I haven't wanted to -- I've been -- I have felt obligated to disclose to them where we are in this process, because I consider it to be unethical if I didn't.

So I have slowed down or nearly halted operations so that we can get through this hearing and proceed in the civil protections that I'm requesting so that we can continue to exist.  And I think that doing so today would provide us with the protection that we need to continue to exist until we can solve things civilly.

Q.   Your disclosures to these individuals, from your observation, has that reduced participation from Singularism members?

A.   Certainly.  Yes.  And rightly so.  I think there are a number of people who are waiting to see what happens today and what protections we get to proceed.  But regardless, it's drastically hurt us, challenged me and my spiritual quest.  And I think that we can survive this, but we have an uphill -- we really need fight right now.

Q.   Okay.  I'm going to switch gears just briefly, and then we'll be finished.  Besides the law enforcement at issue, you know, Provo police, Utah County, etc., did you have any other interactions with Utah entities this year?

A.    No, not in relation it with Singularism.  I got pulled over with Brandi once, not in relationship to Singularism.

Q.    Have you had any communications with the Department of Occupational Licensing.  Excuse me if I haven't got that acronym quite right.

A.    DOPL.

Q.    What were your interactions with them?

A.    DOPL reached out, saying that there had been a complaint that I was practicing therapy without a license.

Q.    And what was your response to that?

A.    That years ago I had checked in with them about my license expiring and that I let it expire.  I never had a complaint against my record, and at the time I had called them saying that I was going to let it expire, and asked if I could practice and if I was understanding the law right.  If I could practice therapy with all the rights of a therapist under the religious exemption of that.  And they asked me at the time if I founded a religion, and I did and had, and they recommended that I get ahold of a lawyer to clarify, but that I seem to be interpreting the law correctly.  That was two years ago.  And then this year not having an oh record of those conversations they reached out asking and investigating whether I was practicing without a license.

Q.    And do you know what the result of the investigation was?

A.    After I responded to them, reminding them of my

communication with them, and that I was not trying to practice without a license, but I was practicing under a legitimate, religious exemption.  They investigated it, looked at my statements and closed the case as unsubstantiated, and I'm allowed to practice without that license under religious exemption.

Q.   Very briefly, are you aware of other organizations in Utah that also view psilocybin as a religious act or substance?

A.   Yeah.  Yes.

Q.   Are you aware of an organization called The Divine Assembly?

A.   Yes.

Q.   How familiar are you with that organization?

A.   I would say I'm quite familiar with the organization.

Q.   Do you know if that organization is larger or smaller than Singularism?

A.   They're much, much larger.

Q.   Do you have an understanding of how much larger?

A.   By thousands.  I attended one of their conferences last January.  There were thousands of people in one room all gathering about psilocybin, all practicing -- many of the practitioners altogether in one place and openly talking about it and soliciting services.  It was a big conference for them.

Q.   To your knowledge, do Divine Assembly individuals also participate in psilocybin religious ceremonies?

177

**A.**    Absolutely.

**Q.**    Do you know of any action by law enforcement taken against members of The Divine Assembly members?

**A.**    Never.  I'm not aware of any, and, in fact, the founder of The Divine Assembly has told me there has never been --

        **MR. STEPHENS:**  Your Honor, I think getting into hearsay certainly can't --

        **THE COURT:**  Oh, I know, but the rules of evidence don't apply.  Let's move.  Overruled.

        **MR. BEAN:**  That's actually my last question.  Thank you.

        **THE COURT:**  Well, I didn't hear the answer.

        **MR. BEAN:**  We should do that, then.

        **THE WITNESS:**  The answer is that the founder of The Divine Assembly's communicated with me even recently, that he has never had one interaction.  When I told him about that raid, he said he's just not afraid of it happening to him, and -- and that seems -- that this problem seems to be unique to Utah Valley or to me.

        **MR. BEAN:**  Thank you.

        **THE COURT:**  All right.  Let's take 15-minutes and take an afternoon break, and we'll come back about 3:25.

        **MR. BEAN:**  Thank you.

        (Recess taken by the Court at 3:06 p.m.)

        **THE COURT:**  All right.  Do we have everyone we need?

MR. BEAN:  I believe so.

THE COURT:  All right.  I'll turn the time over to counsel for Defendants.

MR. STEPHENS:  May I just raise a housekeeping question, Your Honor?  I'm concerned that it's 3:30 and mindful of the Court's time today.  Candidly, I don't know how we get through everything.

THE COURT:  That's true.  And I've heard a lot.  Of course, everything was fully briefed.  I have to say I -- now, this is a motion for a TRO or a preliminary injunction.  I may be in a position to rule on the TRO motion even if we're not completely finished.  In the event I do that, then we'll set up a subsequent hearing to finish up before I do would anything on the request for an injunction.

So I suppose what I will say is, get in your most important stuff in the next hour and a half, and then we'll see where we are.

MR. STEPHENS:  Okay.  And I'm happy to try and do that.  We have, in addition to a fairly substantial cross-examination credits of Mr. Bean, I believe three witnesses we intended to call.

THE COURT:  Did you put -- did you put declarations in from them?

MR. STEPHENS:  We have a declaration and affidavit that came from the detective who obtained the search -- well,

that was included with the search warrant.

And then mindful of the Court's instruction, we have an expert who can talk about law enforcement and the impact of the proposed order of the -- the proposal that the Plaintiffs have made as a more narrow enforcement so far in this case.

And then I believe Provo had another officer that they can speak to.

**THE COURT:**  Okay.  Well, and like I said, I mean, at this point, I certainly am not going to be in a position by the end of today to rule on a motion for preliminary injunction because I think -- I need to hear all of the live testimony to do that.  I need to hear some more legal argument to do that, but I may be in a position to rule on the TRO.

I think then we could set up something in very short order to get the rest of the stuff in that you want me to consider before I rule on the motion for a preliminary injunction.

So I guess with that guidance, knowing that -- depending on, you know, where I land by 5:00, you can put in -- and again, I have reviewed all the materials that were submitted in writing, so if you can just go with what you think I need to hear as it pertains to the TRO, let's go with that.

And, again, you won't be waiting for anything because I'll open the record up again before I do anything with the preliminary injunction.

MR. STEPHENS:  Understand.

MR. MILLWARD:  Your Honor, I don't know whether Mr. Bean would be amenable to this:  I think the two Provo witnesses, the detective in question has got a police report that has been generated.  Our office received that yesterday. And I suspect that his testimony is going to mostly track what was put in his report.  I don't know if there would be an objection sending that into the Court.  He's been waiting. Calling for any extra police report questions.  He also has an audio recording of the search warrant that we could submit to the Court.  It might save time as opposed to doing that as live testimony.  I don't know whether opposing counsel would be amenable to something like that.

THE COURT:  Mr. Bean?

MR. BEAN:  Certainly.  I mean, admittedly, it will be impossible for us to review the audio recording, you know, to do that.  We could certainly look at the police report. However, if it was going to be something you were going to introduce any way, I certainly would not want to prevent the Court from receiving the evidence, especially if it allows us to expedite today.

THE COURT:  Yes.  And, again, because I announced my intent to rule only on the TRO, those are often done on the basis of proffers.  They're certainly often -- more often than not done on the basis of documents, submissions and

**181**

App-7:183

declarations, all of which I have in front of me. So I'm happy to receive that.

Again, knowing that whatever ruling I make on the TRO at the end of the day, I will give both parties, we'll set a date for a subsequent hearing on the preliminary injunction, and you'll all have an opportunity to submit additional material and/or if we need more evidentiary hearing time, I'm happy to provide that as well, so.

MR. MILLWARD: Thank you, Your Honor. So if I were to proffer a few of those things and cut those two officers loose, and we'll call them next time, was that okay with the Court, Counsel?

THE COURT: That's fine with me. If you want -- I suppose we can ask Mr. Stephens if he's willing to let you make your proffer with respect to that, and to submit the documentary evidence later for consideration in connection with the preliminary injunction hearing, I think that that's fine.

MR. STEPHENS: I have no objection to the proffer, Your Honor. I think that's a good way to try to expedite things.

THE COURT: Okay. Mr. Millward, do you want to go ahead and make your proffer, then when you're finished with that, you can cut your officers loose.

MR. MILLWARD: Yes, your Honor, thank you so much. I do appreciate that. I don't -- I really don't see with this

**182**

cross-examination and argument, how we could possibly fit them in, so I do appreciate that.

We direct the Court's attention in the joint memorandum to Detective Julian's affidavit, and that would essentially be the substance of his testimony about what happened. By way of proffer, I would add that he would -- he would testify that the characterization about mockery or eye rolling is not accurate. He would say that did not occur. And, otherwise, most of the information that he has is there.

The only other proffer that I would make is that he would testify that he was not aware of any religious exemption preexisting before seeking and executing on the search warrant; and, further, that it's not his place as a police officer to make a judicial legal determination on whether someone claiming religious exemption actually has one absent DEA notice or court -- state or federal court order to that effect.

The other witness we were going to call was Captain Wolken who is the one who wrote the letter to the landlord. The most of his testimony would be, Yes, I sent that letter. Yes, those are the contents. I wrote it.

I was intending to ask him questions about whether or not that was typical, and I anticipated that he would testify that in any drug case where there's distribution in a structure, they issue that letter to either the owner or the landlord as a matter of course. And that they typically take

no further action from the police department. And that any references to the City Attorney's Office, in my 13 years we've never pursued one of those to my knowledge. We would submit those as a proffer.

THE COURT: Okay. And just so that I'm clear then, and so the record is clear, is your proffer that neither Captain Wolken nor -- Julian is the last name; right?

MR. MILLWARD: That's correct. Detective Julian.

THE COURT: Detective Julian, that neither of them were aware that there was a religious freedom claim involved in this case at the time they undertook the actions with respect to the letter and the search?

MR. MILLWARD: That's correct, Your Honor, yes.

THE COURT: Okay. And they're not making any statements with respect to whether or not Mr. Bean -- I'm sorry, not Mr. Bean, but Mr. Jensen was making a religious claim. They're just saying, "If he was, we weren't aware of it. We don't know if he was or wasn't." Is that fair?

MR. MILLWARD: Um, I think -- in the interaction with -- with Mr. Jensen, I think Detective Julian became aware that that was his opinion. My proffer is more that they did not know of any DEA exemption or judicial opinion that gave an exemption. That would be their testimony.

THE COURT: Okay. And did they have any knowledge or had they given any thought to the Utah RFRA statute?

MR. MILLWARD:  I don't believe so, Your Honor.  Their testimony would be it's not a police officer's place to interpret RFRA on the spot.  I would make arguments to that effect later on.

THE COURT:  Okay.  That's very helpful.

MR. MILLWARD:  Thank you, Your Honor.

THE COURT:  Anything else?  And then like I said, the other things, if you want them in the record for purposes of the later preliminary injunction hearing, you can just file those on the electronic docket and make sure, you know, that opposing counsel receives copies.

MR. MILLWARD:  Thank you, Your Honor.  I think at a preliminary injunction hearing, we probably would want to have them testify, and give Mr. Bean an opportunity to cross-examine.  I think that makes sense.

THE COURT:  Absolutely, and that would be your right. I don't mean to stop anyone from putting in everything they want for the preliminary injunction hearing.  It's just that we need to set aside more than the time that we set aside today. I underestimated how much evidence would be presented.

MR. MILLWARD:  Agreed.  Thank you, Your Honor.  With your permission, I'm going to tell them they can head home.

THE COURT:  Thank you very much.

MR. MILLWARD:  Thank you, Your Honor, appreciate it.

THE COURT:  Okay.  We'll turn it back over to you,

Mr. Stephens.

MR. STEPHENS:  Thank you.

MR. BEAN:  Your Honor, before we do that may I briefly respond?  I just want to point out one other point as to proffer of Detective Julian; is that all right?

THE COURT:  Yes.

MR. STEPHENS:  Can we wait -- I wanted to make sure that Provo's counsel was back before we go on.

MR. BEAN:  I didn't notice that he had stepped away.

The only point I want to make is, you know, the affidavit for search warrant that was referenced by counsel is Exhibit A to Defendant's opposition brief.  On page 3 of that, there is a discussion about Singularism's claims to religious exemption under the Utah State Constitution, as well as a discussion that Detective Julian did speak with the Utah County Attorney about this case, and whether they have a religious exemption; and, essentially, you know, I won't bother the Court with reading the portions, but I would direct the Court to that content, which from our perspective does indicate that they did have prior understanding of the claim, and even a conversation about an interpretation or maybe a direction even if it was not at the officer level but at the higher level to proceed with the search warrant because of that.

THE COURT:  Okay.

MR. BEAN:  Thank you.

**MR. MILLWARD:** If I may respond just briefly, Your Honor? While that's true, I think it's somewhat separate from what I said, which is that the officers don't make an independent evaluation of that type of issue. We anticipated that had they been examined today, there may be objections on that line in terms of attorney-client privilege as they sought advice from us and from the County Attorney's Office. I think it's fair, what's in the warrant, I think that reflects the reality.

**THE COURT:** Okay.

**MR. MILLWARD:** Thank you.

**THE COURT:** All right.

Now, Mr. Stephens, the floor is yours.

**MR. STEPHENS:** Thanks, Your Honor.

### CROSS-EXAMINATION

**BY MR. STEPHENS:**

Q.   Mr. Jensen, we haven't met before today, but my name is Mitch Stephens. As you know, I represent Utah County.

I want to just make sure that I heard your testimony towards the end of the direct examination. Did you initially respond to DOPL two years ago?

A.   Two years ago, I initiated reaching out to DOPL, telling them that I was going to let my license expire and become a clergy and operate under religious exemption.

Q.   That would have been in 2022?

**A.**   That's right.

**Q.**   You formed Singularism in 2023; correct?

**A.**   I opened the doors in 2023.  I funded -- the business operating license or the 501(c)(3) non-profit foundation, I founded in, I believe, in December of 2022, a year earlier -- or a year earlier.  In 2023, we opened our doors.

**Q.**   Okay.

**A.**   Yes.

**Q.**   When did you first begin administering psilocybin?

**A.**   Um, under, you know, with the aid of Singularism, it was really -- it was hard to tell.  I merged into it from one profession to another.  And so doing it the way I do it today, I guess I claim 2023 was when I opened my doors, and we became official.

**Q.**   Okay.  When did you first give someone psilocybin?

**A.**   I suppose the first time it wasn't given to me but I gave it to someone must have been 2016 or '17.  I'd have to look through my journals.

**Q.**   And when was the next time after 2016 or '17?

**A.**   The same year.  I began doing it slowly, but, yeah.

**Q.**   When was the third time?

**A.**   I'm sure the same year.  If you -- I think it was the fall of 2016 that I had my kind of second experience.  My first one was a few years before that, and then my second was 2016, and somehow I count that as my most powerful first, you know,

experience.  Then it was really 2017 that it began to be more of my practice.  And then I was worried about my licensure, and I wasn't charging for the services at all.  And then it was more like 2020-ish that I started to merge it more into my profession.  It was 2019 that my license expired.  So there's some overlap and gap and gray area as I merged from one profession to another.

Q.   And for the sake of time, I'm going to try and ask short questions?

A.   Okay.

Q.   I hope you'll give me short answers.  I may try and just keep that simple by giving you yes or no questions.

A.   I understand.  I'll try.

Q.   You were giving third parties psilocybin in 2016 or 17?

A.   Yes.

Q.   And you did that multiple times in 2016 or '17?

A.   Yeah.  I'd say '17 is more accurate to that date rather than been given to.

Q.   And you that again in 2018?

A.   Yes.

Q.   And in 2019 you were administering psilocybin to third parties?

A.   Yes.

Q.   And you were doing that in 2020?

A.   Yes.

Q.    And you were doing that in 2021?

A.    Yes, and every year, if that saves time.

Q.    Every year since.  And were you charging for psilocybin when you were giving it in, say, 2017 through 2021?

A.    It was really 2020 that I started charging some amount for it.

Q.    Okay.  So before then, you were just giving it away?

A.    I suppose, yeah.  Yeah.  It was a gift.  Yes.  I have never charged for by gram or ounce.  I never charged for it, ever.

Q.    Were you charging for the services associated with psilocybin?

A.    Since 2020 services only.  I don't -- if somebody uses 3 grams I don't charge them more than if they use 1.  It's not like that.

Q.    Okay.  But at least as of 2020, you were charging people when they --

A.    For services.

Q.    -- when they received psilocybin from you?

A.    Often back in those days they would bring it, but I didn't find that to be consistent practice.  So they would provide it back then.  That was my policy because back then I was more nervous about practicing without a license, and I hadn't found the religion or my protection, so back in those days I would say, "I'll do the therapy, and you guys bring the product."

190

**Q.**   And you would also use psilocybin; correct?

**A.**   On my own for my own spiritual benefit.

**Q.**   How many times do you think you've taken psilocybin?

**A.**   You know, I've decided for me it's about four times a year in conjunction with the holidays we discussed earlier.

**Q.**   When did you start taking about four times a year?

**A.**   About 2020 is when I became -- it was really 2019.  My scripture in journaling became more organized, and then I started seeing this as more of my spiritual practice.  And then by 2020, 2021 I formalized it more.  In 2022, I founded the organization, and since then I have been more organized and more official about things.

**Q.**   Certainly, you were taking psilocybin individually before you formalized Singularism; correct?

**A.**   Yes, but I would caveat that by saying always spiritually and heartfelt and to commune with God.

**Q.**   But not --

         **THE COURT:**  I must ask, how much would a couple of grams of psilocybin that you would use for a voyage cost?

         **THE WITNESS:**  Um, between -- less than a few hundred dollars every time.  Maybe the top end $150, at the bottom end $50.

         **THE COURT:**  $50 to $150 per voyage was how much you were spending when you were doing this yourself?

         **THE WITNESS:**  Um, yes.  Yeah.  I think that's

**191**

correct.

        THE COURT:  Okay.

Q.    (By Mr. Stephens) Now, Mr. Jensen, you founded Singularism in the fall of 2023; correct?

A.    I opened the doors of the wellness center in the fall of 2023, on September 6th.

Q.    That's when you founded Singularism, the religion --

A.    The year, I think if you were to look up the foundation of the 501(c)(3) I believe you would find September 2022, a year before we actually opened the doors.

Q.    If I were to ask you, when you founded the religion of Singularism, the answer is the fall of 2023; correct?

        MR. BEAN:  Objection.  Misstates his testimony.

        THE COURT:  I think it's asked and answered.

Q.    (By Mr. Stephens) Do you remember when you provided a declaration in connection with this case, Mr. Jensen?

A.    I've done a number of declarations.  Which one are we talking about.

Q.    I'll show you.  But you -- whenever you provide a declaration to the Court, you understand that you're under oath?

A.    I accept that, yes.

Q.    And you're being honest with the Court; right?

A.    Yes, I am.

Q.    Okay.

A.   Although, if I made a mistake, I'm open to correction.

Q.   Let me show you -- can you see this document?

     Can you make it a little larger thank you.  We'll go to the first page.  Can you see that this is the Declaration of Bridger Jensen?

A.   Yes, okay.

Q.   Let me take you toe Paragraph 19 of this declaration. Sorry, Paragraph 18.  You say, "Inspired by my own experiences and the concept of the "mystical experience" described in clinical research, I founded the religion of Singularism in the fall of 2023."  did I read that correctly?

A.   Yes.

Q.   Okay.  All right.

A.   I apologize for the confusion.  I'm happy to answer clarifying questions.

Q.   You gave up your mental health license, your DOPL license in 2019; correct?

A.   I allowed it to expire, yes.

Q.   And then after that, you formed a few other different companies and websites that focused on therapy or psychedelic therapy; correct?

A.   Yes, but most of those were before then or around then. In the 20-teens I had a few different projects.

Q.   In 2019, you formed Mental Gurus, LLC; right?

A.   That was more 2015.

**193**

Q.    Okay.  Do you remember when you formed Mental Health Gurus
you filed certain documents with the State of Utah?

A.    I'm sure I did.  I don't remember the specifics.

Q.    Well, let's take a look at them.

A.    Okay.

Q.    Do you recognize this document as the "Certificate of
Organization for Mental Health Gurus?

A.    Mental Gurus.

Q.    All right.  Mental Gurus, LLC?

A.    Yes.

Q.    What's the date here?

A.    It says January of 2019.

Q.    All right.  Does that refresh your correction whether it
was January 2015 or 2019?

A.    I suppose I had been working on it years before that, but
that's -- yeah.

Q.    Okay.  When did you form Mental Gurus?

A.    It says January 2019, and I think that that is correct.

Q.    Okay.  And then you formed reveal myself LLC in March of
2021; correct?

A.    That sounds correct.

Q.    And to be clear, Mental Gurus was not a religious entity;
right?

A.    That's right.  It was not.

Q.    And Reveal Myself Is not a religious entity; correct?

**A.** That's correct.

**Q.** And they were both performed during times you were giving psilocybin to third parties; correct?

**A.** Correct.

**Q.** Now, you also maintain your own website and social media pages; correct?

**A.** Yes, I do.  I do have an agency that hosts for me, too.

**Q.** For example, you have a LinkedIn biography, don't you?

**A.** Yeah, I do.

**Q.** Okay.  And you're active on LinkedIn; correct?

**A.** Very recently I started to be, but for years I wasn't very active.  Between 2019 and 2024, I have not been.

**Q.** Okay.  But since 2024 you have been active?

**A.** Meaning about a month and a half ago, yes.  Not of this calendar year.

**Q.** Let's take a look at your LinkedIn profile.

Is this your LinkedIn profile, Mr. Jensen?

**A.** That looks like it.

**Q.** And what's the name of the entity at top of your profile?

**A.** Well, it says Psychedelic Therapy Academy.

**Q.** Right.  Psychedelic Therapy Academy is not a named plaintiff in this lawsuit; correct?

**A.** That's right.

**Q.** And then your bio is, "We train elite psychedelic practitioners?"

195

**A.**    Yes.

**Q.**    And then it goes and talks about an academic training;
right?

**A.**    Yeah.

**Q.**    And it says, "Our compassionate therapy sets us apart in
applications."  Is that right?

**A.**    "And compassionate therapy sets us apart in applications,"
yes.

**Q.**    Is that what you have provide?  Compassionate therapy?

**A.**    That's how I worded it.

**Q.**    Is that what you provide, compassionate therapy?

**A.**    I would say that psychedelic therapy academy -- yeah, I'd
say compassionate therapy is okay to say, we do this, yes.

**Q.**    Okay.  And then let's take a look here.  You have
experience.  You list psychedelic therapy academy, and for
simplicity sakes I'm going to call it PTA moving forward.  I'm
not talking about the Parent-Teacher Association.  You
understand it will mean Psychedelic Therapy Academy; right?

**A.**    Yes.

**Q.**    All right.  And you say that you formed that, or you've
been active with PTA since September of 2016; correct?

**A.**    May I say that I think when that was updated, I just don't
think it was done with a lot of caution or care because
LinkedIn is not a profile or a particularly active one.  So it
says eight years.  I haven't done the academy for that long.

Q.    Mr. Jensen, your counsel can ask you follow-up.  All I want to confirm is that your profile indicates that you performed psychedelic PTA in September 2016; right?

A.    That's a mistake.

Q.    Okay.  One that you haven't corrected since you have become active in the last few months on LinkedIn?

A.    One I was not aware of until this moment.

Q.    Okay.  Now, you indicate that you -- your role "involves training elite psychedelic practitioners."  Do you see that?

A.    Yes.

Q.    And then you say, "I ensure our practices set new industry standards"?

A.    Uh-huh.

Q.    Are you referring to the mental health industry?

A.    No, I suppose it's not.

Q.    What industry were you referring to when you say you're "setting new industry starts"?

A.    "With a strong commitment to excellence, innovation, and compassionate therapy, I ensure" -- I think that that was a copy and paste that got pasted over without a lot of care between my Mental Guru's profile, and when somebody was updating Psychedelic Therapy Academy for me this summer.

Q.    Okay.  And then Psychedelic Therapy Academy, you also list key establishments, you see this?

A.    Okay, let's see this.

197

Q.    You see one of the key achievements of PTA was to "establish the nation's first mushroom-based wellness center." Did I read that right?

A.    I see this.

Q.    What is the address of the nation's first mushroom-based wellness center that PTA opened?

A.    I wouldn't say PTA opened it, but I would say that address is 1969 North State Street, Provo, Utah, 84604.

Q.    The same address the search warrant was served at; correct?

A.    Correct.

Q.    The search warrant went to the nation's first wellness mushroom-based wellness center; correct?

A.    Yes.  Sorry about those mistakes.

Q.    Let me show you the website for PTA.

A.    Okay.

Q.    You recognize this as the website for PTA; correct?

A.    I think it's a link that's under the -- the Singularism's page or it's a link from it.

Q.    Can you see, let's look down --

A.    I think that's a page not a website.

Q.    That's the URL right here?  Can you see that?

A.    psychedelictherapyacademy.com.

Q.    Right.  You understand that's where you're taking it if you go to psychedelictherapyacademy -- or PTA-- dot com;

**198**

right?

A.   Yes.

Q.   All right.  If we look down here at the second page, PTA's website, it asks, "Are you ready to be at the forefront of a revolutionary approach to healing?"

A.   Yes.

Q.   It says, "For the true practitioner."  Correct?

A.   Yes.

Q.   Okay.  And then if you scroll down here, you know that PTA's website has a place where people can click "Apply Now," right?

A.   Yes.

Q.   Now, your supplemental declaration suggested that some of your websites are just outdated.  Do you remember saying that in a declaration?

A.   Yes.

Q.   And in a fairness, this one does have a date that's a little bit old, but it's outdated by maybe a couple of few months; correct?

A.   That's correct.

Q.   And then when people click "Apply Now," they are taken to this form; correct?

A.   Yes, if you didn't hear me.

Q.   Sorry, I didn't hear you.  There are issues with Zoom.  So this is where clicking on "Apply Now" for PTA takes a viewer;

is that right?

A.    That's right.

Q.    And then this is the form that they fill out to become a facilitator via PTA?

A.    It's an application.

Q.    Okay.  To become a facilitator; right?

A.    Yes.

Q.    And if we look at this third paragraph, it indicates:

      "You're invited to be part of a select group of individuals who share a common goal.  To create a safer, more supportive, and more enlightening space for those exploring the incredible world of psychedelics."

      Did I read that right?

A.    Yes.

Q.    And then the last two sentences on the PTA "Apply Now" is:

      "We are also not exclusively looking for people with lots of experience as a psychedelic guide.  We're open and receptive to all experience levels."

      Is that true?

A.    That's true.

Q.    When you're training facilitators, you don't require a certain level of experience or medical educational; correct?

A.    That's -- yes, that is correct.

Q.    And then if we look at this form, there's a series of questions that applicants fill out; right?

A.   Yes.

Q.   And the third question from the bottom down here asks:

"If accepted, are you able and committed to attend on all the following dates in our wellness center located in Provo, Utah?"

Do you see that?

A.   Yes.

Q.   The wellness center is 1969 North State Street; right?

A.   Yes.

Q.   And this is the PTA application form?

A.   Yes.

Q.   Now, when you filed this lawsuit, you claim you had a religious right to use psilocybin; correct?

A.   Yes.

Q.   And you know that your initial declaration didn't make any reference to THC or marijuana; right?

A.   Yes.

Q.   And you know your verified Complaint didn't allege that you were a member of any other religion other than Singularism; correct?

A.   I suppose at the time I didn't see that as relevant.

Q.   Right.  And yet, you don't dispute that when officers searched the nation's largest mushroom wellness center, they found THC?

A.   In my safe, in my office desk.

**201**

Q.   Right.  At the wellness center; correct?

A.   Yes.  In my office desk locked in a separate safe.

Q.   And is THC part of Singularism's beliefs or practices?

A.   I don't have any spiritual aversion to it.  It's not excluded from, but it's not included either.  It's --

Q.   So it's neither consistent nor inconsistent with Singularism?

A.   I mean, it's -- to me that's like asking if bread is inconsistent or consistent with Buddhism.  It's not a sacrament to Buddhist, but it's not opposed either.  To me it's -- I don't understand that that sacrament is relevant to my Voyagers.  I wouldn't rule it out as a spiritual thing if they would like to do in other locations.  I don't let Voyagers come to our center, and then do it under our guidance.

Q.   Sorry to cut you off.  Do you let followers bring THC to the wellness center?

A.   We've had them ask, and I say politely, no.

Q.   Why?

A.   Because at the level that they are asked when they're first experiencing these things, we want a controlled and safe setting for these spiritual experiences.  If they want to combine their medicines outside of our practice, I can't -- don't try to enforce that.  That's not what I do.  We try to enforce the ceremonies just as they are inside of our center.

Q.   So other members of Singularism, you say, don't bring THC,

**202**

but you brought THC into the wellness center; correct?

A.    Well, yes, but --

Q.    Okay.

A.    -- I also wouldn't prevent them from bringing a Bible in their handbag or something like that.

Q.    And that's because every member is free to determine what they believe in?

A.    So long as it fits within the confines of the mission to alleviate suffering and to do no harm.

Q.    Right.  And marijuana, in Singularism's view, fits within those confines?

A.    I have no spiritual aversion to it.

Q.    Now, you now contend in your supplemental reply that THC is part of a different belief and different sacrament; right?

A.    I think that is correct.

Q.    Who's present when you administer your marijuana sacrament?

A.    For me, I've just done it on my own.

Q.    Where?

A.    On occasion, rare occasion.

Q.    Where?

A.    At -- usually at my home.  It was only in there because it had been in my backpack, and then I had locked it away for safety, and it had been in there for months.  It's not typical or daily.

**THE COURT:** So, Counsel, I don't think there's a request that the TRO include anything about marijuana, and maybe I'm missing something. I'm sorry.

**MR. STEPHENS:** There's not, but I think it does weigh in on religious beliefs. Sorry to cut you off.

**THE COURT:** Well, no, I just think -- I'm not saying it might not be relevant under some theory, but given our time limitations, I'm not sure where they're not requesting any angle relief with respect to THC, that that is a good use of time. That's all I'm saying.

**MR. STEPHENS:** I'll try to move very quickly on this.

**Q.** **(By Mr. Stephens)** You contend that you use marijuana alone because of your sincere religious beliefs through ONAC; correct?

**A.** Yes.

**Q.** And your beliefs in ONAC, you contend, are 100 percent sincere?

**A.** Absolutely, and -- yes.

**Q.** And your beliefs in ONAC is every bit sincere as your beliefs in Singularism?

**A.** I would say that ONAC, like the LDS faith, was an influence to me before I founded Singularism. And now I have Singularism, it's my predominant religion.

**Q.** So you are or are not a true believer in ONAC?

**A.** I don't know why it comes to labels like that. It's like

**204**

asking if I do or do not believe in bread.  I just -- I don't know how any of them are exclusive.  You pointed that out yourself earlier.

Q.    And my question is -- but you are a sincere believer in ONAC?

A.    I am a believer in finding ways to commune with God that do not harm others.  I don't see how they are exclusive.  There is a Western way of thinking that we have to be one religion or the other, and in Eastern philosophies and most of the history of the world, the religions of the world, there is not an exclusivity behind this.

Q.    I didn't not ask if there were --

A.    That is the answer to your question.

Q.    You're a sincere believer in ONAC; right?

A.    I don't know the extent to which their doctrines and the depths of them, I don't know if you have some obscure statement from them that I don't want to align with.  But do I believe in the practices I have observed from ONAC, yes, and -- yes, in what I have observed.

Q.    Do you know ONAC directs that you're not supposed to use marijuana outside of ONAC's sacraments?

MR. BEAN:  Object to the further line of questioning just for the relevance to this particular proceeding that we have today.

THE COURT:  Right.  I mean, I don't believe that

**205**

App-7:207

there's anything in front of me that suggests anything about whether or not he broke the law regarding marijuana.  So -- and I'm not planning on ruling on whether he broke the law with respect to THC.

MR. STEPHENS:  We can argue this later, Your Honor. The point was it's a big convenience that any time you're caught with substance, to just claim that there's a religious belief, especially when you can't articulate --

THE COURT:  I think you made that point very well in the written materials that you filed.

MR. STEPHENS:  Okay.

Q.    (By Mr. Stephens) Currently, before you administer psilocybin, you have people sign the liability waiver; correct?

A.    And agreements, yes.

Q.    When did you start that practice?

A.    In -- the waiver's been evolving over the course of a year and a half.  If you were to rewind the clock 15 months ago, it wasn't the same.  Our lawyers have helped us refine it.

Q.    When did you first have people start signing any type of waiver?

A.    In about -- when I opened the center and things became official.

Q.    Last fall, in other words?

A.    Yeah.

Q.    All right.  Let me show you the current waiver.  You

recognize this as the liability waiver; right?

**A.**   Yes.

**Q.**   I believe counsel showed you this?

**A.**   Yes.

**Q.**   Before we get there, does Singularism offer psilocybin to people under 18?

**A.**   Never.

**Q.**   Let's look at page 3 here.  You see "Acknowledgment of Religious Inclusivity"?

**A.**   Yes.

**Q.**   And it indicates that Singularism does not require religious exclusivity; that its ceremonies do not necessitate foregoing or abandoning your affiliations, beliefs, practices or other religions; do you see that?

**A.**   Yes.

**Q.**   Is that a correct statement?

**A.**   It is.

**Q.**   It also goes on to say that involvement in Singularism is a personal choice based on that person's spiritual and mental well-being needs.  Is that a correct statement?

**A.**   It is.  If you would like to know, it is -- because the LDS temple recommend questions used to require that people not join or leave their religion when they participate in other ceremonies, so I put that in there to be accommodating of people that would like to participate but want to be able to

**207**

say to their bishops honestly that I have not joined or left my religion to participate in another ceremonies.

It is much like -- and I'll be quick -- but it is much like if you are a Protestant, and on Christmas Eve you would like to attend a Catholic mass.  You would like to participate in their ceremonies, but you do not join or become a Catholic.  You may sing hymns or take sacrament, but it does not mean that you have abandoned your Protestant beliefs to participate in another religion's ceremony.

Q.   Okay.  If I make sure that I understand this, if an LDS member came and took the psilocybin that you provided at the wellness center?

A.   Yes.

Q.   They could tell their bishop truthfully that they have not joined any other religion?

A.   I think that that is a good thing, yes.

Q.   Okay.  But that's an accurate statement?

A.   Yes, but that they have participated in the ceremony.  I think that that would be as much as they would have to defend. And if that's a problem between them and their religion, then that is, but if doesn't mean that they are committed to us for the rest of their eternity.  It just means that they participated in a ceremony.

Q.   Right.  It doesn't mean that they joined any religion?

A.   It doesn't mean that they left and abandoned their prior

beliefs.

Q.   It doesn't mean that they joined any religion?

A.   I don't have, like other religions do, I'm more like a Buddhist or Daoist religion where you can say that you are, and you can be.  I don't -- I don't say that you have to -- to participate in ceremony, you must go through the screening or call-in confirmation, but I don't have people saying that they are in Singularism.

Q.   People can be members of Singularism without using psilocybin?

A.   I haven't thought much about that.  It hasn't come up very much in the times since I founded it.  No one's asked me that before.

Q.   You also have everybody sign a medical advisory acknowledgment; correct?

A.   I see that there.

Q.   And this waiver that everybody signs indicates, "The advice from Singularism's staff, despite being informed is not a substitute for licensed and qualified medical advice, and we acknowledge that their clinical advice supersedes our spiritual advice in medical and physical matters."  Do you see that?

A.   Yes.  I would like to speak to it.

Q.   I just asked if you saw it.  Your counsel can ask you to speak to it.

A.   Okay.

Q.   And the last sentence here reads, "I commit to seeking medical counsel to ensure my health and safety regarding any treatments I'm receiving or medical concerns that I have."  Do you see that as well?

A.   Yes.  In unlicensed and unregulated practices that utilize psilocybin in the black market or drug world, there are often people that say, "Get off your meds before you come and do this" in backyard shaman communities.  But because I'm clinically influenced, I also want to tell people to not stop their medications to participate with us, because that would be unethical.  I would just rather rule them out, screen them out in the process.  If they want to proceed, I insist that they go and get a medical note or seek medical counsel before they proceed with us.

Q.   You tell everyone that they should obtain independent medical advice?

A.   Especially if they're on any medications.

Q.   Okay.  But whether they are on medication or not, you tell them to seek independent medical advice; correct?

A.   I always do.  It's in there.

Q.   And that medical advice supersedes your spiritual advice; correct?

A.   I would say that -- because my mission is to do no harm, and because I do believe in clinical standards, I want to be cautious about that.  I'm not going to tell them that their

spiritual well-being depends on their participation in our ceremonies or that their eternal welfare needs our ordinances. I would say if they want to address spiritual and mental wellness issues with our ceremonies, and they feel called to it, otherwise fit the screening, that's okay.  I would also say that they -- I never want to go against clinical advice for safety reasons.

Q.   If the medical advice that a Voyager received was do not use psilocybin --

A.   I wouldn't --

Q.   -- that isn't Singularism's teachings?

A.   I would not proceed with somebody.  And I have ruled people out and documented it, that -- not to proceed with somebody.

Q.   Again, I'm not trying to ask you -- true or false, correct or incorrect.

A.   Okay.

Q.   If the medical advice was that psilocybin should only be performed at a hospital, you would defer to that medical advice; correct?

A.   I would like to see the source and converse.

Q.   If the medical advice that a Voyager received was to only use medical-grade materials obtained from a verified laboratory, you would defer to that medical advice; correct?

          MR. BEAN:  Objection.  Calls for speculation.

**211**

THE COURT: He can answer.

THE WITNESS: Could you repeat the question?

Q. (By Mr. Stephens) If the medical advice that a Voyager received was that they should only use psilocybin obtained --

A. Yeah.

Q. -- a verified laboratory to ensure proper dosages and safety, you would defer to that medical advice?

A. I supposed on an individual level, yes. I would not go against an individual's clinician that has met with them personally.

Q. Now, your agreement, also, anticipates the previsions for emergency medical care. Do you see that?

A. Uh-huh.

Q. Why do you have those?

A. If it ever comes up.

Q. If medical care were required, who would you call?

A. 911 or dispatch, or, I suppose, in most cases the emergency contact first.

Q. But a licensed medical provider could provide medical treatment?

A. In the event that it was ever necessitated.

Q. You'd agree that Singularism believes that each individual is empowered to discover and define their own beliefs; correct?

A. Yes.

Q. Singularism does not have answers to all of life's most

**212**

difficult questions?

**A.**   Anybody who says otherwise is a fraud.

**Q.**   Singularism teaches its members that they're empowered to discover their own truths; correct?

**A.**   Agreed.

**Q.**   Singularism does not claim special access to divine truths; correct?

**A.**   No more than any other individual has the same access.

**Q.**   Singularism helps people to be themselves through mind, body, and spirit?

**A.**   True.

**Q.**   Singularism's Voyagers are free to believe whatever they want to believe?

**A.**   So long as it doesn't violate our original mission of doing no harm and alleviating suffering to mankind.

**Q.**   Is that a similar mission to the Hippocratic Oath?

**A.**   Yeah.  I like the Hippocratic Oath.

**Q.**   You agree that the use of psilocybin can make people feel more alive, more aware, and more in tune?

**A.**   Agreed.

**Q.**   Now, you were asked some questions about the Octadron?

**A.**   Say the word again?

**Q.**   I'm not sure how to say it.  So my apologies if I got it wrong.

**A.**   Octadrant.

Q.   Octadrant.  Okay.

A.   Take no offense, that's one of our principles.

Q.   Octadrant.  And you contend that that's the core spiritual framework of Singularism; right?

A.   Yes.  It might -- the simple answer is it is one of them, yes.

Q.   And -- but you don't share that with other Voyagers; right?

A.   I haven't always.  People will pull me aside and ask me at times.  I've shared it with many, not all.

Q.   And Counsel walked you through several other documents; do you recall that?

A.   Yes.

Q.   You don't share all of those with all the Voyagers?

A.   Not every time and every individual, but I think that being forced to come out with my beliefs is going to make it more common in the future now.

Q.   You don't -- nobody has to ascribe to their belief in the -- in the octadrant?

A.   The octadrant.  No.  I suppose to proceed in ceremony, I don't make them bow down to every thought I've ever had.

Q.   In fact, they don't even need to know about that to proceed in ceremony?

A.   To proceed in ceremony, they need the confirmation of the calling and good intent, sincerity, commitment to themselves.

I'm happy to walk you through all the six screening criteria.

Q.    The question was, they don't have to know about the octadrant or the OctoGoddess?

A.    Just like many eight-year-old kids don't have to know about multiple wives in heaven to get baptized when they're eight years old.  They just don't think -- if that were true, we would need to set up courses and classes before everything, and I don't think that that's the standard that mainstream religions require.

Q.    Maybe, maybe not.  I'm just asking you some correct yes/no questions, again, okay?

A.    Right.  I'm sorry.

Q.    You would agree the entire religion of Singularism rests on people having their own experiences?

A.    Yes.  That is a core part of it, yes.

Q.    Now, I want to show you -- this was marked previously, but I'll just pull up the first page here.  All right.  You recognize this binder?

A.    Yeah.  I really like it.

Q.    And I apologize, I forgot her last name, but the first witness testified about this binder; correct?

A.    Yes.

Q.    And you can see right here in the middle there, do you see that?

A.    Yes.

215

App-7:217

Q.   That's PTA; correct?

A.   That's correct.

Q.   Okay.  The Bridging Model.  That was invented by PTA; correct?

A.   I suppose, yes.

Q.   And it was TPA that opened the nation's first wellness center?

A.   I would say Singularism did.  but just -- BYU is to LDS people, it's the foundation of what's called Mormonism pre-dated Brigham Young University.

Q.   And PTA predated Singularism; correct?

A.   No.  No.  Singularism was the first of these organizations.

Q.   Hang on.  Let's go back here.

A.   Okay.

Q.   Do you remember looking at your LinkedIn bio?  Can you see that again?

A.   I remember telling you that it was not accurately filled out.

Q.   Okay.  So PTA wasn't formed in September 2016?

A.   No, definitely not.  I'm sorry for that confusion.  And I didn't know that my outdated and poorly updated LinkedIn profile would come into question today.  My apologies.

Q.   Okay.  And you haven't updated that at any point when you've been active on LinkedIn again?

**216**

**MR. BEAN:** Asked and answered.

**THE COURT:** You can answer.

**THE WITNESS:** I'm happy to update it soon. Sorry.

Q. (By Mr. Stephens) In any event, I'll go back to --

A. I can see why it's confusing.

Q. Just one second. I've got to click through a different folder here, so just give me just one second.

Do you see this image? It's a page with some handwriting.

A. Yes.

Q. You recognize this as notes from a voyage?

A. Yes.

Q. Do you recognize the handwriting?

A. It's my handwriting, yes.

Q. Okay. So these are notes that you took from sometime in November 2023?

A. Yes.

Q. All right. Where did -- do you know where you performed that voyage?

A. I'm sure if it was September 2023, it was at our wellness center on State Street in Provo.

Q. Okay. Look here at the bottom left. Can you read your handwriting down here for me? What does that say?

A. I believe it says, "I'm afraid of everything."

When I put things in quotations like that, that means

it's directly from them.

It says, "Mice death, bad parenting, I'm too tired. I'm losing grasp on reality sometimes," and they're scared of suicide.

Q.   Okay.  And then if we look here at the bottom right-hand corner, what does this say right there?

A.   Can you scroll up a little higher at all?

Q.   That's as high as I can get.

A.   "If I don't keep solving I won't" -- could you scroll up for just a second again, balance it up.

Q.   I'll zoom in there.  Is that better?

A.   "If I don't keep solving."  I think she means like if I don't keep searching and solving my problems, she's afraid she won't want to live anymore.

Q.   Okay.

A.   Yes.

Q.   And those notes were notes that you took based on an experience with psilocybin?

A.   Yes.  It sounds like somebody looking for help.

MR. BEAN:  Wait for a question.

THE WITNESS:  Okay.

Q.    (By Mr. Stephens) It sounds like someone looking for mental help; right?

A.   Go ahead.

Q.   That's the type of person you would have treated back when

you were a licensed mental health therapist; correct?

**A.**    It's the type of person I provide treatment to, to this day.

**Q.**    Okay.  So similar to the way that you would have provided treatment and therapy when you were a licensed mental health provider?

**A.**    I would say with a much more effective outcome and means.

**Q.**    Okay.  Now, do you recognize what's on the screen currently?

**A.**    Yes.  It's hard for me to read it.

**Q.**    Do you know whose handwriting this is?  I'll try to blow it up a bit.

**A.**    I don't.  I know it's not mine.

**Q.**    Did you use psilocybin in October 2024?

**A.**    Yes.  Yes.

**Q.**    And do you understand that these are notes from when you used psilocybin?

**A.**    Yes.  I didn't know they were here.  Let's go through them.

**Q.**    Who would have taken these notes?

**A.**    Brandi, who witnessed earlier this morning when you asked her if she's ever voyaged for me.

**Q.**    And where was your voyage?

**A.**    At the wellness center.

**Q.**    Are voyages always at the wellness center?

A.   Yes.  Since we opened, and we have a safe place to do it, I have not endorsed it anywhere else.  I did once approve it for somebody that was unable to leave their home due to terminal illness, but we didn't follow through with that.  So on occasion I think we could otherwise; but since we've opened it, they have always been at our wellness center.

Q.   I take it then when you voyaged with Brandi, it is before Singularism was open?

A.   Yes.

Q.   Okay.  Can you read down, well let's take this bullet point.  Can you read that bullet point there?

A.   "Aliens in the bathroom want to tell me things and give me answers."

Q.   Is that part of Singularism's teachings?

A.   I wouldn't say broadly and for everybody, but I was having a great experience in the bathroom, and I told her that.

Q.   Having a great experience, meaning this was just a fun experience of -- that happened when you were on mushrooms?

A.   A beautiful experience, agreed, yes.  And aliens is not -- might be shorthand for beings, entities.

Q.   Those types of experiences happen when you're on psilocybin?

A.   More and more frequently for me, but I only do it four times a year, and I'm careful to regulate it.

Q.   Okay.

220

MR. STEPHENS:  No further questions, Your Honor.

THE COURT:  All right.  I'll have you get your next witness on.

MR. STEPHENS:  Sorry, I want to make sure Mr. Millward's had a chance.

THE COURT:  Oh, I'm sorry, Mr. Millward, I understood that you -- but I didn't mean to cut you off.  Do you have anything else?

MR. MILLWARD:  No, I just have a couple of quick questions for Mr. Jensen.

### CROSS-EXAMINATION

BY MR. MILLWARD:

Q.    Mr. Jensen, have you, for Singularism, sought an exemption from the Drug Enforcement Administration?

A.    For a number of reasons and with advice from counsel, no, even though I have at multiple times requested if we should.

Q.    Have you ever sought a declaratory judgment from a federal or district court recognizing exemption for Singularism?

A.    I haven't known how to do that, but I would absolutely have been open to it.

MR. MILLWARD:  No further questions, Your Honor. Thank you.

THE COURT:  Okay.

MR. BEAN:  Your Honor, I only have one redirect, if you have the time.

App-7:223

**THE COURT:** One question, but it better be short.

**REDIRECT EXAMINATION**

BY MR. BEAN:

Q.   Bridger, can you just explain to us the relationship of the organization Psychedelic Therapy Journey and Singularism, a briefly as possible.

A.   Okay.  Singularism is the religion, and it's a 501(c)(3). Psychedelic Therapy Journey has made it easier to have things like a bank account and help manage our services, and to have Psychedelic Therapy Academy under its umbrella.

MR. BEAN:  Okay.  Thank you.

THE COURT:  Back to you, Mr. Stephens.

MR. STEPHENS:  A quick follow-up.

**RECROSS-EXAMINATION**

BY MR. STEPHENS:

Q.   You registered Psychedelic Therapy Journey as a dba of Psyche Healing and Bridging; correct?

A.   Yes.

Q.   And you named PTJ in this lawsuit; correct?

A.   PTJ, Psychedelic Therapy Journey, yes, yeah.  I believe so, yes.

Q.   The answer is yes.  You didn't name either of those, or at least you didn't name PTA as a plaintiff in this lawsuit, did you?

A.   Would you like me to briefly explain why?

**222**

Q.    I just want you to answer that yes or no.

A.    Could you repeat the question then?

Q.    Never mind.  I think its clear from the record.

A.    Okay.

            THE COURT:  Okay.  We're switching lawyers.

            MR. OLSON:  Sorry, Your Honor.  In the interest of time, we had another witness that was going to hop on.  I don't know what his timing is like, and how quickly he can get on.  We're happy to proffer his evidence.

            THE COURT:  I'm fine with a proffer.  I want to hear what, you know, what he would have said.  So then, again, he can take the stand later, but I'm happy to go with the proffer.

            MR. OLSON:  Thank you, Your Honor.  Just real quickly the witness' name is Detective Shawn Lott.  He's an experienced DRE-certified law enforcement officer with American Fork with a specialization in narcotics.

            Detective Lott will testify that the proposed order Plaintiffs have advanced in connection with the temporary restraining order is simply unworkable and will not adequately guide law enforcement in enforcing controlled substances laws when faced with claims of religious exercise.

            For example, there is no way to corroborate sincerity or to confirm that the person in possession of the controlled substances is the ultimate end user.  There's also going to be concerns with respect to sourcing and where the controlled

**223**

substances came from.

Detective Lott will also be able to testify to the effects of psilocybin and the importance of the state and state law officials in enforcing controlled substances laws.

THE COURT:  Okay.  All right.

What's up next?  Is it more proffer or another witness?

MR. OLSON:  I think at this point, Your Honor, it would be argument, as far as we're concerned, but we'll let Mr. Bean chime in.

THE COURT:  I thought you had another witness.

MR. OLSON:  Sorry, Your Honor, to cut you off.  There might be Detective Julian, but I think that was proffered.

THE COURT:  Okay.  Well, I'll ask you, Mr. Stephens.

MR. STEPHENS:  We don't have any additional witnesses beyond the three proffers and the additional information that Mr. Millward discussed.

THE COURT:  Okay.  Well, then, I don't know why we're getting an echo.  Let's hear some argument then.  Let's -- why don't you just hit the high points.  Each take about seven minutes.  Then I want to take a very short five-minute break, then I'll come back and tell you where I am.

So, Mr. Bean, you can have about seven minutes, then we'll turn it back over to counsel for Defendants, and then we'll go to there.

**224**

**MR. BEAN:**  Thank you.  Yeah, I will just hit the high points because we have argued this pretty extensively in the briefing.  I think what we saw today principally was factual questioning regarding sincerity and religiosity.  Those are the two barriers that Defendants are attempting to erect this Court from getting to strict scrutiny review.  I don't think I've heard anything today which would prevent the Court reaching there.

The evidence that was presented was very compelling.  They related to a sincere religious expression, both from all of the witnesses that were advanced by Plaintiffs.

Now, there have been some questions about, you know, how that religion operates, its doctrines, how many of those beliefs have to be shared by individuals as they're entering the faith or known extensively by the individuals entering the faith.  But all considered, there have been presented a variety of comprehensive statements of faith that have been structured by Mr. Jensen, which allow and guide the operation of Singularism, and extend, you know, to the sincerity of those individuals present.

Now, as far as the analysis goes as to strict scrutiny, we have not heard much today regarding a compelling interest maybe other than the proffer.  I will note that the proffer regarding the compelling interests from the last detective, and I'm sorry if I didn't get his name.  Was it

Detective Watt or Lott, or something like that?  I didn't hear anything in that proffer regarding a specified, compelling interest regarding -- denying an exemption specifically to Plaintiff.  And I think that is the key issue with that.

I understand that counsel quoted the Court to the *U.S. v. Wilgus* case.  And would just, in response to that, put the Court back to the *Fulton v. Philadelphia* case before the Supreme Court, which postdates that by ten years.  Where it specifies the level of precision and specificity that's required of the compelling-interest statement.  That specifically begins at page 543 and extends through -- or excuse me -- begins, I believe, at 541 and extends to 553.  I would just point the Court to that statement.

As far as less restrictive means, I just want to clarify for the Court that the reason that we have pointed out the peyote exemption from the Utah Controlled Substances Act is not to argue that that is the less restrictive means that we're identifying for the Court, but that is simply just to aid in argumentation regarding the Utah Controlled Substances Act lack of neutrality and general applicability.

The fact that contains a variety of exemptions, but for secular and religious purposes, which as cases like *Fulton* have also addressed when there is a system of exemptions, or the ceases to be neutral or generally applicable.  The same is true when, of course, there is a secular exemption available

**226**

for something that is not being permitted for religious individuals.

Ultimately, we think that the presentation of evidence as well as that argument and those included in the briefings justifies the TRO.

And the last point I want to make to the content of the TRO, which was discussed, is that it would be practically impossible for Plaintiffs to set forth a proposed temporary restraining order/preliminary injunction proposed order in the specificity that they require it to be presented.

In fact, Plaintiffs had to seek relief before they even understood the assertions of governmental interests that the Defendants have advanced today.

I haven't had the time to go look at the docket for the *O Centro* case on remand, but I happily suspect, because I do know the docket contains several different versions of the proposed order before it was entered. I suspect that was a process that went back and forth between the counsel and maybe with the judge. And the same we would argue is applicable here.

Singularism is certainly willing to discuss, of course, what the Government modes which by an enforceable TRO and preliminary injunction order can be addressed; and, you know, we've been talking about somewhat generalized governmental interests. We're not here to say that, you know,

the Government does not generally, without reference to this case or without reference to these particular plaintiffs, have certain interests in enforcing the Controlled Substances Act; and because of that, it's understandable why they would want some specificity as to the TRO.  And we're open to engage in that process, and we hope the Court would aid us in that as well.

Thank you.

**THE COURT:**  All right.  Mr. Stephens or Mr. Olson or maybe Mr. Millward wants to go first.  I'll let all of you decide.

**MR. STEPHENS:**  I unmuted before Mr. Millward, so I guess I'll beat him to the punch.

Appreciate foremost your time and patience.  I know it's a long day for everybody.  I appreciate you and all the witnesses and everybody being here.

I'll just focus on the statutory issue because I assume that's where the Court is going to start based on our dialogue at the start of the day.

If you look at *Meyers*, it is not just a simple question of strict scrutiny, and we'll get to strict scrutiny, but that's not where the Court starts.  Instead, and I'm looking at page 1482, right, the Plaintiff must establish three threshold requirements -- I'm quoting -- "No. 1, substantially burden.

**228**

"No. 2, a religious belief rather than a philosophy or way of life.

"No. 3, which belief is sincerely held by the Plaintiff."

All three have to be present before you even get into questions about state interest, about less restrictive means, etc.

So let's talk about those substantially burdened. Have the Plaintiffs established that they're substantially burdened?  The answer's no.  They've acknowledged that medical advice supersedes any religious beliefs.  You heard the testimony, you saw it in the waiver that medical advice supersedes their religious beliefs; right?

They told you that psilocybin is available.  They've told you that their views were developed after looking at studies from Johns Hopkins and Harvard that were done in a clinical setting.  And even when done in a clinical setting, which they argue is available in the state of Utah, people are able to experience Singularism.  And they don't have anybody, let alone this Plaintiff, who says that's not an available avenue for them.

No. 2, right, religious belief rather than a philosophy or way of life, and then sincerely held by the Plaintiff.  I'll combine those just for the sake of efficiency.

If the standard that Plaintiffs want you to

articulate and accept today is good enough, *Meyers* wouldn't exist. It's not enough to say, "I have some general belief in love or I have some broad beliefs that's consistent with every other belief, or I take your religion and I add psilocybin." That doesn't work. There has to be something more.

And I know it's an uncomfortable analysis for the Court because it goes contrary to what is typically a First Amendment Constitutional analysis. But it's an analysis that if you're only talking about the statute, has to be done, because you're now not talking about the separation of church and state that's inherent in the First Amendment, instead you're talking about a statutory analysis that goes beyond the First Amendment.

And so, again, they can't pick and choose and say the Court has to be super differential to religious ideas as a Constitutional theory, and then say, "But we're not going to talk about the Constitution. We want some statutory protection." If you're parsing out the statute, you're parsing out the statute the same way you would be in any other statutory claim.

The evidence that you've heard is there's no uniformity, there's no ultimate ideas, there's no metaphysical beliefs or ethical system, there's no set of commandments, there's no accoutrements, there's no prophet. There's, to the extent they claim important writings. They're only important

**230**

to each individual to the extent that they write it themselves.

They indicate that there's holidays.  There's no evidence that they're observed by anybody other than Mr. Bridger himself.  You heard that from the doctor who testified.  And then it goes on from there.  And then on top of that then you look at cases like *Quaintance*, you look at cases like *Sobel*.

By the way, the most recent case that I was able to find where any court talked about psilocybin specifically was the *Sobel* case out of Ohio, 2023.  All of these lead to the same conclusion, and I'll quote *Sobel*, which is:

"It appears that the quarterly appears to be allowing people to be whatever he or she wants to believe."

I asked exactly that wording to Mr. Jensen when I was going through things that Singularism believes, and the answer is "That's correct."  That's not enough, no.

Even getting past that, if we talk about state interest, you heard counsel concede, well, it probably makes sense to have some dialogue back and forth because, yeah, maybe this proposed order is not workable, and we recognize there's going to be an interest in making sure that drug laws are not torn up entirely, right, because there's a state interest.

Then you get to, okay, so what's the next part?  Is it the least restrictive means?  The point I made at the beginning of the day is the same point that I make now.  It's

not the Government's burden to say, "Here's every possible

hypothetical that could ever be come up with."  Instead, it's

the Plaintiffs' obligation to come in and say, "This is what

we're asking for and why it's less restrictive."

All we have from the Plaintiff consists of either

there are other exceptions for some other drugs, and they

point, for example, to peyote.  But they're not asking for the

peyote exception.  The peyote exception is a criminal case that

goes forward, and they assert a defense.

Or they argue, "Well there's the *O Centro* case."  But

they're not asking for the *O Centro* injunction.  The Supreme

Court -- whether it was done through negotiation, cooperation,

stipulation, the Supreme Court affirmed that injunction.  But

that's not what they've proposed, and until they propose

something like that, I don't have to defend or show that some

unidentified target isn't workable.  They have to say that is

what is a more limited restriction, and then we respond by

indicating why that -- that proposal doesn't work.

So that's a lot in a short time frame.  I'm happy to

take questions from the Court, but we think for all of those

reasons it fails.

I'll address one more quickly, because it's

jurisdictional.  There's is a GIAU notice bill built into this

statute.  There's no dispute that wasn't -- that the GIAU

notice was not provided.  They didn't present any evidence of

that.  They have the burden of establishing jurisdiction.  They don't argue that they've given the notice.  They argue that they don't have to give the notice.

To fall within the exception of the GIAU notice, they have to show that the action alleged is ongoing and will place an undue hardship.  So let's talk about the threat of criminal prosecution, which is what they indicated.

A threat is not action.  A threat is a threat of action.  That's not --

**THE COURT:**  Well, they are missing their scriptures and their sacrament.

**MR. STEPHENS:**  Well, you heard Mr. Jensen indicate that the loss of the psilocybin is not a big deal.  Catholic church might spill wine on the floor.  They'll be okay.  Right?

As to the scriptures, the reasons why I showed pictures of that is because that's what was obtained via the search warrant was pictures of those items.  If there is something more specific that they've indicated, I don't know what that is.  Certainly hasn't been articulate with specificity.

So that's -- that's the -- that's the exception, number one.

Then they say exception number 2 is likely to occur or reoccur before the end of the 60-day period.  And again they come back and say, well, there's a threat of criminal

**233**

prosecution.  They've known that this is illegal conduct since they've opened.  They've known that it's illegal conduct since before they opened.

You just heard Mr. Bridger testify that part of the reason -- first, he said he did give people psilocybin before 2023; then he said, "Well, sometimes they'd bring it to me and I'd just administer it because I was afraid of having it on me."  He knew it was illegal.  When they opened up, Counsel, litigation counsel, Mr. Bean sent letters out because they knew it was illegal.

If its enough to say threat of litigation or threat of criminal prosecution, then they certainly could have and should have provided GIAU notice.  It would have been very simple.  Counsel could have taken their letters, turned them in a GIAU notice, and this would have been a non-issue.  They didn't do that, now they can't claim an emergency because they didn't provide a notice that the statute says they have to provide.

So I would argue that resolves the statutory question.  Even if you go to it regardless, it fails for the reasons identified in *Meyers* on the initial questions, and it fails because they haven't shown the Court that there's a less restrictive means that is workable.

**THE COURT:**  All right.

**MR. STEPHENS:**  And because we've shown that the

proposal they have made is not workable.

THE COURT: All right.

Mr. Millward?

MR. MILLWARD: Thank you, Your Honor. I will try to go lightning speed and make sure I say everything that I want to say. I'll try.

Your Honor, I will build on that last point as a launching point for my argument, which is also inline, let me say the City adopts all the County's arguments that have been just been annunciated.

We think that the Court can dispose of that quite easily because in the definition section for RFRA it says, "Government action includes a law." Well, psilocybin has been illegal since well before the establishment of Singularism.

Therefore, they've been under threat of prosecution for use of psilocybin that entire time, and really GIAU notice should have come before they started their first dosage. And we think the Court could easily conclude that that's the case and dispose of that TRO request.

Essentially, the Court is facing the question of what legal basis or precedent justifies the use -- of church use or sell of psilocybin by a church in Utah? And, Your Honor, we pointed to those cases throughout the country that we could find, that we think are helpful. I would indicate, too, *Sobel* obviously fits very closely to the facts of this case. And we

**235**

App-7:237

think that the same outcome ought to come through from that case.

And so, Your Honor, one other consideration I would ask the Court to take while making a decision, and that is the reason why I tried to elicit testimony about the exemption is that I think this entire process has been sort of cart before the horse.  Not to put too fine a point on it but probably engineered to be an emergency situation.

If the sincere religious belief existed, why would not Singularism have sought DEA exemption or a declaratory judgment ruling before we got into this mess?  Your Honor, I think that's -- that fact alone undercuts any of the arguments made in favor of the TRO.

Finally, I know I'm running out of time, so I'll try to be quick.  I want to put one more word in as counsel for the police officers about the proffered testimony from the County's expert, I think, is a specter that ought to be considered here. How are police officers supposed to deal with this type of situation if TROs would be entered any time someone says, "Oh, it's a religious belief and use," before they've ever gotten an exemption or sought one through any legal channel?

From a public policy standpoint, it just would be impossible for the police to effectively enforce the law, and the Controlled Substance Act of federal and state are the law. And we put some case law in about why that's compelling

Government interest just in general.

Let me say it just in a hypothetical term.

THE COURT:  Let me just ask one question.

MR. MILLWARD:  Sure.

THE COURT:  So it's your position that no one can take advantage of the RFRA statute unless that religion or individual files a declaratory judgment action first to get a court order saying we quality RFRA?

MR. MILLWARD:  In the context of a controlled substance, yes.  So let me put it to you this way.  I mean, this is obviously very short period of time, and we have not looked at it as thoroughly as I would have liked, but in our research we could not find a case in the United States for a Schedule I controlled substance like this that wasn't peyote or ayahuasca that had centuries' old religious implications in the church or religious group they received an exemption.

If they really believed they were entitled to that, they should have gotten it before they started using it unlawfully.  We have a letter from an attorney that -- in our view that's disingenuous, and the Court should not indulge that disingenuity by a manufactured emergency.  They knew they could be arrested.  It's government action to have a law that says they can't use that thing.  And so Your Honor, on that basis we would oppose the TRO.

And, Your Honor, I guess one last point that I would

make on the hypothetical.  If this were a Scheduled II

controlled substance, methamphetamine, would that change how we

viewed it?  If we had someone who was caught with

methamphetamine, and they said, "Well, this is part of my

religious transcendent experience, additive religion," all the

things that were said today, does the substance make a

difference?

The case law says we've got a compelling interest in

regulating these dangerous substances, so we would ask the

Court not to give them leeway to continue to do that before we

go through a more extended legal process.  Thank you.

**THE COURT:**  Thanks.

Mr. Bean, you've got two minutes.  And you're on

mute.

**MR. BEAN:**  Well, there goes one of my minutes.

I said I disagree with basically everything that was

just said in those past two statements.  I want to hit two

things specifically.

First, I want to hit *Fulton* at 1881.  It states:

"Put another way, so long as the Government can

achieve its interest in that manner that does not burden

religion, it must do so."  That is, I would say, the framework

for the restrictive means that we have to look at.

Second, to the GIAU notice that was made.  I'm

surprised to hear counsel argue that today.  They have received

**238**

the GIAU notice. It was served at the same time as the

Complaint. That's is noted at Paragraph 15 of the Complaint.

I'm happy to share that with the Court, if it needs to be.

As for the TRO and this concept that this was an

emergency that was manufactured, that is hard for me to

understand. As we pointed out in the reply brief, there's

arguments that it is are both ever going to be too early for

Singularism to request and always too late. And, in fact, they

have made arguments that prosecution itself is not enough, only

a conviction would be enough, and then even an appeal.

And on that last point, I would refer to the Court to

page 33 of our reply brief in Case Initiative and Referendum.

It's a Tenth Circuit 2006 case, which say, quote:

"Although mere allegations of a subjected 'chill' are

not an adequate substitute for a claim of specific present

objective harm or threat as specific future harm, plaintiffs

may bring suits for prospective relief in First Amendment cases

where they can demonstrate a credible threat of prosecution or

other consequences flowing from the statute's enforcement."

**THE COURT:** That relates to First Amendment claims

not the RFRA act.

**MR. BEAN:** That's true. And for RFRA, we would say

just look to the text of RFRA for that. I think the question

Your Honor asked is very on point. The point of RFRA is to

prevent these sorts of situations, and it extends in different

**239**

App-7:241

ways, whether that be seeking affirmative relief, it talks about occurring or reoccurring, so it contemplates imminent harms that have not yet, in fact, occurred. Although we would argue, of course, that harms, in fact, have occurred here and will occur.

We think that the Government could file their prosecution or their eviction abatement action tomorrow, and we think those would be things that would need to be protected against.

I will leave the rest for our briefing, and if the Court has questions.

THE COURT: Okay. Let's take five minutes. And then I'll let you know where we are.

MR. BEAN: Thank you.

(Recess taken by the Court at 4:51 p.m.)

THE COURT: All right. Do we have everyone back?

MR. OLSON: Your Honor, I think Mr. Stephens will be here shortly.

THE COURT: All right. No problem.

MR. BEAN: We're here from Plaintiffs. Thanks.

MR. MILLWARD: I am here. Thank you, Your Honor.

THE COURT: All right. I will put this order on the docket, but I will read it for all of you so you won't have to go to the docket to know what I've decided with respect to the TRO.

Plaintiffs are members and affiliates of Singularism, a new religion founded in 2023.  Singularism uses psilocybin as a sacrament in its ceremonies conducted at its center in Provo Utah.  Psilocybin is a Schedule I controlled substance banned under the Utah Controlled Substances Act with narrow exceptions.  Utah Code Annotated, Section 57-31-1 et seq.

On November 11, 2024, Provo City law enforcement executed a search warrant at Singularism's address and seized psilocybin -- sorry, I can't say it -- mushrooms and records considered by Singularism to be sacred scripture.  Plaintiffs then filed for a temporary restraining order and preliminary, invoking the Free Exercise Clause of the First Amendment to the U.S. Constitution, the free exercise clause of the Utah constitution, and Utah's Religious Freedom Restoration Act, RFRA, Utah Code Annotated, Section 63G-33-201.  Defendant removed the action to federal court.

Under federal law, a plaintiff moving for temporary restraining order must show that (1) he has a substantial likelihood of success on the merits;

(2) He is likely to suffer irreparable harm absent preliminary relief;

(3) The threatened harm outweighs the harm the preliminary relief would pose to the imposing party; and

(4) The preliminary relief would not adversely affect the public interest.  *Rocky Mountain Gun Owners v. Polis*, 121

F.4th 96, 112, Tenth Circuit, 2024.  When the Government is the opposing party, the third and fourth factors merge.

Based on the testimony the Court heard during today's hearing and the other material previously filed with the Court, which the Court reviewed prior to today's hearing, the Court concludes that Plaintiffs have shown a likelihood of success on their claim under the Utah RFRA.

Under that law, once the Plaintiff shows a substantial burden on his free exercise of religion, the Government must show that the challenged regulation serves a compelling Government interest and that the regulation is the least restrictive means of accomplishing that interest.  Utah Code Annotated, section 63G-33-201(3).

The Court credits the testimony of Plaintiffs' witnesses, finding that Plaintiffs are likely to be able to show a substantial burden on the exercise of their beliefs about psilocybin, that those beliefs are sincere, and that those beliefs are religious in the way that the law conceptualizes religion.

The Court also finds that the Government has not shown a compelling interest in prohibiting Singularism from using psilocybin outright and accordingly has not carried its burden.

Defendants claim that the Court does not have jurisdiction over the action because Plaintiffs have not

satisfied the 60-day notice requirement in the Utah RFRA.  The Court finds that Plaintiffs satisfy the requirements for the exception for "ongoing" Government action, under section 63G-33-201(5)(b)(i).  The deprivation of their psilocybin and records is ongoing, and requiring Plaintiffs to wait until the 60-day window passes would impose an undue hardship.

The Court also finds that Plaintiffs have shown that they will suffer irreparable harm absent preliminary relief.  The ongoing deprivation of their psilocybin and scripture hinders their free exercise of religion, and no amount of damages later can fully compensate for that harm.

Finally, the Court also finds that the balance of the equities favors Plaintiffs.  The Government has identified no harm to either Plaintiffs or society more broadly from Plaintiffs' sacramental use of psilocybin.

So those are my findings, but I want you to pay attention in the TRO that I'm issuing is a very, very narrow TRO.  I've taken into account the concerns that counsel for Defendants have articulated, and so if there's anything more broad than what I'm going to order, that's going to have to be the subject of a future hearing.

So the Court grants Plaintiffs' motion for a TRO, and the Defendants are ordered as follows: to return the psilocybin and records seized on November 11th to Plaintiffs at once.  The

**243**

TRO shall remain in place until the Court either dissolves it or converts it into a preliminary injunction.

If any of the parties which to present further evidence or argument for the Court to consider in ruling on the motion for a preliminary injunction, they may request that -- get with me prior to December 20th and we'll schedule another hearing.

I don't know if we want to try and get the other hearing taken care of before the Christmas holiday.  Given the narrowness of the TRO, it may be acceptable to give you all sometime and to schedule it in January.  I suppose if you want to weigh in on that right now you can, or you can consult with your clients, counsel, and get back to Lindsay Hola, who is my courtroom deputy, with respect to finding a hearing date where we can consider the motion for a preliminary injunction.  And I'm happy to set aside, you know, multiple days if we need to, to take further evidence and hear argument with respect to the motion for a preliminary injunction.

**MR. BEAN:**  Your Honor, on Plaintiffs' end, I think it would be beneficial for us to discuss with clients, and then we can reach out to Defense counsel and perhaps come back to Ms. Hola for those details.

**THE COURT:**  All right.

Mr. Stephens and Mr. Millward, I don't know what your thoughts are.  Again, this is a very narrow order.  All that is

**244**

being asked is to return the items that were seized.

MR. STEPHENS:  So in answer to scheduling, I would like the opportunity to talk to the client.  I think before we have another full-blown hearing, we would likely also want some expedited discovery on some of the potential factual issues.  But again I would like to talk to the -- talk to the client and clarify that.

I want to maybe also ask, if I can clarify, just a couple of points about Your Honor's order.  I understand that -- sort of the concept of it at once, but I also recognize it's 5:03 on a Friday afternoon, and I don't know the logistics of getting evidence out of an evidence locker.

THE COURT:  Well, again, I suppose, and maybe Mr. Bean you can answer there, I suppose if you can get it to them, you know, as soon as reasonably practical next week, that that would be acceptable.

MR. BEAN:  Yes.  I don't think we'd hold you to a Friday evening deadline.

MR. STEPHENS:  Okay.  I just didn't want to be --

MR. BEAN:  Thank you.

THE COURT:  No.  Again, I think that that's completely acceptable.  My sense is as well, Counsel, I would hope that before you all decide what to do, you would consult with each other and see if there's anything that would accommodate everyone's interest in a way that makes it possible

**245**

for law enforcement to do its job while allowing, you know, Mr. Jensen and his followers to engage in their religious practices without doing violence to the Controlled Substances Act or the safety of the community.

But, frankly, based on -- when we get down to a very, very granular level of specificity, I understand the importance of law enforcement's ability to enforce the Controlled Substances Act, but I really didn't see any -- any problem or harm that had arisen as a result of what we heard today about the practices in which Mr. Jensen and his adherents had engaged. So that's really where I'm landed after today. I understand it was very truncated. It was quick. That's the nature of TROs. It's the reason that my order is narrow.

So if you would all get together, counsel, and communicate with each other, and then let's have you get in contact with Ms. Hola. I'm just going to -- let me pull up my calendar for purposes of telling you what it looks like.

I actually have a fair amount of time available the week of the 13th of January. I also have time available the week of the 20th of January. I will warn you that in February my schedule gets very ugly. I've got criminal jury trials and a two-week civil trial that will occupy pretty much most of my February.

So I think either we need to get this done in January, or if you can work out a way that you can all coexist

to allow you to do the discovery that you need and to

consolidate the trial on the preliminary injunction with the

trial on the merits, then we could perhaps kick it out further.

MR. STEPHENS:   Understood.   I'm happy to talk to Mr. Bean about that.

A couple of other clarifications if Your Honor is willing to indulge.   First off, I want to be clear that there's is no order with respect to the THC, return of the THC that was seized?

THE COURT:   The whole THC is irrelevant to anything that's in front of me today, other than for purposes of attacking Mr. Jensen's credibility.   So, really, I -- I don't see that there's been any showing of irreparable harm with respect to the seizure of Mr. Jensen's THC.   We're talking about the sacrament, and we're talking about the scripture. That's the breadth of my order.

MR. STEPHENS:   Okay.   I know they had asked about criminal prosecution.   That has some overlap potentially with THC.   I don't -- again, I don't -- I want to be clear on what I need to tell my client.

THE COURT:   Well, my order said nothing about criminal prosecution.   I have no opinion with respect to what would happen if you engaged in criminal prosecution.   I suppose that under the theory that you articulated, the way you thought things would work is that if a criminal prosecution were filed,

**247**

then the RFRA or the First Amendment or Utah Constitution Freedom of Religion Claim could be raised as an affirmative defense.

I suspect that if, in fact, you file a criminal prosecution, that might happen, and it may also be that this TRO order may be offered into evidence in the criminal prosecution, but I'm not enjoining any criminal prosecution.

MR. STEPHENS:  Understood.  Thank you, Your Honor.

THE COURT:  Any other questions?

MR. MILLWARD:  Not from the City, Your Honor.  Thank you.

THE COURT:  Okay.  Well, counsel, I know you've all put in tremendous amount of work in a very short period of time.  I appreciate the excellent work.  These are not easy issues, and I think there are a lot of really important issues that don't necessarily work in concert, that there's tension there, and we do the best that we can to resolve the tension. That's what I've tried to do.  And I look forward to in resolving the larger issues if you can't resolve them yourselves, which I hope you can.

MR. BEAN:  Thank you, Your Honor.

THE COURT:  Thank you.  Have a good weekend, everyone.

(The hearing was adjourned at 5:10 p.m.)

**248**

C E R T I F I C A T E

STATE OF UTAH          )
                       )
                       )    ss.
                       )
COUNTY OF SALT LAKE )


        This is to certify that the proceedings in the

foregoing matter were reported by me, Michelle Gonsalves, RPR,

CRR, CBC, CSR, in stenotype and thereafter transcribed into

written form;

        That said proceedings were taken at the time and

place herein named;

        I further certify that I am not of kin or otherwise

associated with any of the parties of said cause of action and

that I am not interested in the event thereof.

        In witness whereof I have subscribed my name this

31st day of December 2024.




*Michelle Gonsalves*
Michelle Gonsalves, RPR, CRR, CBC, CSR

App-7:251

MR. BEAN: [71] 5/25 9/5 9/9 9/12
16/1 16/9 16/23 16/25 17/4 17/21 36/11
37/8 57/7 57/13 57/18 67/2 68/24 69/15
73/14 74/14 75/10 76/16 88/5 88/20
88/25 89/6 92/17 93/11 97/10 104/10
105/20 106/12 107/10 107/18 111/25
114/6 114/11 115/5 115/12 140/9
140/14 169/15 169/25 171/2 174/22
178/10 178/13 178/20 178/23 179/1
181/15 186/3 186/9 186/25 192/13
205/22 211/25 217/1 218/20 221/24
222/11 225/1 238/15 239/22 240/14
240/20 244/19 245/17 245/20 248/21
MR. LUND: [2] 17/12 17/20
MR. MILLWARD: [30] 7/5 7/9 7/11 7/14
35/16 106/21 107/13 114/2 138/1 139/5
181/2 182/9 182/24 184/8 184/13
184/19 185/1 185/6 185/12 185/21
185/24 187/1 187/11 221/9 221/21
235/4 237/4 237/9 240/21 248/10
MR. OLSON: [28] 47/19 47/22 63/23
73/15 73/19 76/17 88/10 88/21 89/9
92/16 92/21 93/7 93/16 95/16 96/1
100/19 101/18 105/13 106/16 111/24
113/6 114/1 114/22 223/6 223/13 224/8
224/12 240/17
MR. STEPHENS: [58] 6/3 7/25 15/13
16/10 18/1 18/22 18/25 19/10 19/14
21/7 22/9 23/22 24/10 25/6 25/15 25/24
26/9 26/11 26/16 26/19 29/3 32/2 32/9
33/5 33/18 34/21 56/23 125/23 130/25
137/21 166/6 169/18 174/14 178/6
179/4 179/18 179/24 181/1 182/18
186/2 186/7 187/14 204/4 204/11 206/5
206/11 221/1 221/4 222/13 224/15
228/12 233/12 234/25 245/2 245/19
247/4 247/17 248/8
MS. CHRISTIANSEN: [5] 115/17
137/12 139/21 139/25 140/7
THE COURT REPORTER: [1] 97/12
THE COURT: [168] 5/4 5/8 6/2 6/8 7/8
7/10 7/12 7/16 7/23 8/8 9/1 9/11 15/11
15/20 16/7 16/14 16/24 17/1 17/14
17/24 18/14 18/24 19/6 19/13 21/6 22/1
23/21 24/8 24/25 25/10 25/21 25/25
26/10 26/14 26/18 28/12 31/20 32/6
32/19 33/8 34/18 35/12 36/8 36/13
36/23 37/4 37/10 37/13 47/21 48/2
56/16 57/3 57/6 57/10 57/16 63/21
63/25 73/17 74/18 75/11 76/18 88/6
88/14 88/22 89/1 89/3 89/7 93/9 93/14
97/11 100/18 104/11 105/21 106/11
106/19 107/12 107/15 113/5 114/4
114/8 114/17 114/25 115/8 115/16
115/21 116/1 125/21 130/23 131/1
137/19 137/24 139/7 139/23 140/6
140/8 140/11 147/19 166/8 169/17
169/22 171/4 174/17 178/8 178/12
178/21 178/25 179/2 179/8 179/22
180/8 181/14 181/22 182/13 182/21
184/5 184/9 184/14 184/24 185/5 185/7
185/16 185/23 185/25 186/6 186/24
187/10 187/12 191/18 191/23 192/2
192/14 204/1 204/6 205/25 206/9 212/1
217/2 221/2 221/6 221/23 222/1 222/12
223/5 223/10 224/5 224/11 224/14
224/18 228/9 233/10 234/24 235/2
237/3 237/5 238/12 239/20 240/12
240/16 240/19 240/22 244/23 245/13

245/21 247/10 247/21 248/9 248/12
248/22
THE COURTROOM DEPUTY: [6] 5/6
36/22 57/5 115/23 116/8 140/20
THE WITNESS: [19] 37/3 37/7 37/12
37/14 67/1 67/3 68/23 68/25 69/16
76/19 97/14 100/20 105/22 178/14
191/20 191/25 212/2 217/3 218/21

## $

$1,800 [1] 134/11
$120,000 [1] 142/3
$150 [2] 191/21 191/23
$2,800 [1] 133/23
$2,900 [1] 133/24
$3,400 [1] 142/15
$3,900 [1] 134/11
$40 [1] 64/17
$50 [2] 191/22 191/23

## '

'17 [4] 188/17 188/19 189/16 189/17
'17 is [1] 189/17
'96 [1] 117/3
'chill' [1] 239/14

## 1

1-4 [1] 1/11
10 [3] 2/12 2/16 101/18
100 [2] 134/12 204/16
100 percent [1] 119/24
10:00 [1] 5/1
10:00 a.m [1] 78/22
10:04 [1] 1/19
10:50 [1] 103/3
11 [2] 105/13 241/7
112 [1] 242/1
113 [1] 3/7
11:24, do [1] 103/7
11:45, it [1] 103/12
11th [2] 164/3 165/18
12 [2] 24/25 157/14
121 [1] 241/25
126 [1] 3/9
1274 [1] 21/8
12:10 [1] 89/2
12:45 [3] 88/19 88/22 88/24
12:54 [1] 92/24
12:55 [1] 104/3
13 [4] 1/18 5/1 152/7 184/2
1300 [1] 95/21
13th of [1] 246/19
14 [1] 154/25
1482 [1] 228/23
15 [3] 174/3 206/17 239/2
15-minutes [1] 178/21
17 [1] 189/14
18 [2] 193/8 207/6
1881 [1] 238/19
19 [1] 193/7
1969 [4] 148/2 148/3 198/8 201/8
1990 [1] 18/10
1992 [1] 117/3
1999 [1] 117/5

## 2

2 grams [1] 99/12
20 [2] 53/13 153/3
20-teens [1] 193/23
2000 [1] 170/23

2006 [1] 239/13
2011 [3] 242/15 242/13 243/4
2015 [2] 193/25 194/14
2016 [11] 117/6 127/14 188/17 188/19
188/23 188/24 189/14 189/16 196/21
197/3 216/20
2017 [2] 189/1 190/4
2018 [1] 189/19
2019 [9] 189/5 189/21 191/7 193/17
193/24 194/12 194/14 194/18 195/12
2020 [6] 189/24 190/5 190/13 190/16
191/7 191/10
2020-ish [1] 189/4
2021 [4] 190/1 190/4 191/10 194/20
2022 [4] 187/25 188/5 191/10 192/9
2023 [18] 38/13 38/20 77/4 129/10
147/10 188/2 188/3 188/6 188/13 192/4
192/6 192/12 193/11 217/16 217/20
231/10 234/6 241/2
2024 [9] 1/18 5/1 130/10 195/12 195/13
219/14 241/7 242/1 249/16
20s [2] 142/8 142/11
20th of [1] 246/20
2266 [1] 2/5
2300 [2] 2/4 2/7
2323 [2] 2/4 2/8
29 [1] 15/14
2:24-cv-00887-JNP-CMR [1] 1/9
2:24-cv-887 [1] 5/12

## 3

3,200 [1] 81/1
3.5 grams [1] 102/17
30 [2] 53/13 65/15
30-minute [1] 118/24
30s [1] 142/9
317-3564 [1] 2/8
31st [1] 249/16
323-2266 [1] 2/5
33 [1] 239/12
351 [2] 1/24 2/20
3564 [1] 2/8
363-6363 [2] 2/13 2/17
3:06 [1] 178/24
3:25 [1] 178/22
3:30 [1] 179/5

## 4

40 [1] 94/2
400 [2] 2/12 2/16
4:51 [1] 240/15

## 5

50 percent [2] 75/25 76/1
501 [3] 188/4 192/9 222/7
54 [1] 81/2
541 [1] 226/12
543 [1] 226/11
553 [1] 226/12
5:00 [1] 114/9
5:00 p.m [1] 164/8
5:00, you [1] 180/19
5:03 on [1] 245/11
5:10 [1] 1/19
5:10 p.m [1] 248/24

## 6

6,400 [1] 81/2
60-day [3] 233/24 243/1 243/6
6141 [1] 2/21

**6**

6363 [2] 2/13 2/17
638 [1] 21/8
63G-33-201 [1] 242/13
6th [1] 192/6

**7**

7.431 [1] 1/24

**8**

801 [5] 2/5 2/8 2/13 2/17 2/21
801.783.8657 [1] 1/24
84101 [3] 1/24 2/13 2/16
84111-2323 [2] 2/4 2/8
84603 [1] 2/21
84604 [1] 198/8
852-6141 [1] 2/21
887 [1] 5/12
89 [1] 3/5

**9**

90s [1] 121/1
911 [1] 212/17
95 [2] 2/4 2/7
96 [1] 242/1
9:30 [1] 78/22

**A**

a.m [3] 1/19 5/1 78/22
abandoned [2] 208/8 208/25
abandoning [1] 207/13
abandonment [1] 172/22
abatement [2] 13/22 240/7
abbreviate [1] 170/10
abide [1] 60/24
abiding [2] 154/20 174/9
ability [7] 27/1 34/1 118/7 125/3 126/19
 170/7 246/7
able [50] 12/4 14/2 15/9 40/16 41/1 41/3
 41/11 41/12 41/24 42/6 45/2 45/2 45/3
 45/9 45/20 45/21 45/22 45/24 46/5
 46/14 49/16 53/2 62/14 62/20 62/24
 62/25 63/9 63/14 63/18 65/1 81/22
 119/19 119/20 120/9 122/19 123/24
 125/13 128/20 151/10 151/12 153/3
 159/2 166/14 172/7 201/3 207/25 224/2
 229/19 231/8 242/15
about [236] 6/20 7/10 8/24 9/12 9/18
 10/9 12/15 13/11 15/8 16/2 16/17 17/4
 21/1 21/9 23/6 23/7 23/16 24/2 24/3
 24/11 25/4 25/25 28/21 29/24 29/25
 30/4 30/7 30/20 30/22 31/8 31/12 31/16
 33/10 34/22 34/23 35/21 38/22 39/8
 39/19 40/11 40/19 40/23 41/4 41/6
 41/18 44/13 44/22 45/7 46/23 47/16
 48/5 51/24 52/2 52/4 52/7 52/14 52/19
 52/19 53/11 53/21 54/4 54/4 54/23
 54/25 55/6 56/5 56/10 57/16 57/20 58/4
 58/7 58/23 59/1 61/2 61/5 61/19 61/25
 67/21 68/14 68/19 75/5 75/6 77/22 84/6
 85/8 88/4 90/14 91/24 96/11 98/10
 99/23 106/15 108/1 108/10 109/20
 109/20 112/5 116/25 117/21 118/11
 119/6 119/25 120/1 120/11 123/3
 123/15 124/3 124/15 124/15 128/19
 128/22 129/3 129/10 129/13 132/21
 132/23 133/3 139/15 142/3 143/18
 144/7 144/16 145/1 145/11 146/17
 147/3 147/9 147/13 147/20 147/25
 148/6 148/9 148/12 148/18 150/4

150/23 150/24 151/1 151/21 152/6
 152/20 152/21 153/8 154/19 155/15
 157/16 158/12 158/24 159/16 159/22
 160/9 160/10 160/13 160/16 163/4
 163/5 163/13 164/3 165/7 165/16
 165/21 166/4 166/12 166/16 166/16
 167/19 168/2 168/4 168/21 171/19
 171/24 172/24 173/11 173/13 173/21
 174/11 174/15 176/11 177/21 177/22
 178/16 178/22 180/3 183/5 183/7
 183/21 186/13 186/16 186/21 189/2
 190/23 191/4 191/6 191/7 191/12
 192/18 195/14 196/2 196/17 198/14
 204/2 206/1 206/21 209/11 210/25
 213/21 214/22 215/2 215/5 215/21
 224/20 224/23 225/12 227/24 229/6
 229/6 229/8 230/9 230/10 230/12
 230/17 231/9 231/17 233/6 236/5
 236/16 236/25 240/2 242/17 245/9
 246/9 247/5 247/15 247/15 247/17
 247/21
above [3] 33/6 34/5 157/1
absent [4] 161/10 183/15 241/20 243/9
absolutely [10] 17/18 42/15 47/11 57/3
 133/15 151/14 178/1 185/16 204/18
 221/19
abstract [1] 21/13
abusing [1] 91/24
academic [2] 128/11 196/2
academy [16] 93/19 93/20 93/24 94/18
 95/3 162/11 162/14 195/20 195/21
 196/12 196/15 196/18 196/25 197/22
 197/23 222/10
accept [3] 87/24 192/22 230/1
acceptable [3] 244/10 245/16 245/22
accepted [3] 22/25 175/3 201/3
access [6] 79/22 79/23 79/23 125/2
 213/6 213/8
accommodate [1] 245/25
accommodating [1] 207/24
accompanying [1] 149/16
accomplish [2] 10/23 119/7
accomplishing [1] 242/12
accordingly [1] 242/22
account [2] 222/9 243/19
accounting [1] 81/21
accoutrements [1] 230/24
accurate [5] 9/3 80/1 183/8 189/17
 208/17
accurately [1] 216/18
accused [1] 173/25
achieve [1] 238/21
achievements [1] 198/1
achristiansen [1] 2/9
acknowledge [1] 209/20
acknowledged [1] 229/10
acknowledgment [2] 207/8 209/15
acronym [1] 176/5
act [31] 9/22 11/3 11/4 14/18 15/2 19/8
 21/24 22/2 22/4 22/7 23/8 23/9 25/9
 25/11 25/14 25/14 25/17 34/4 107/3
 138/18 170/23 177/8 226/16 226/19
 228/3 236/24 239/21 241/5 241/14
 246/4 246/8
acted [2] 86/1 86/5
acting [2] 85/12 105/2
action [18] 18/7 19/4 27/16 27/17 62/19
 178/2 184/1 233/5 233/8 233/9 235/13
 237/7 237/22 240/7 241/16 242/25
 243/3 249/13

actions [6] 62/5 147/11 148/21 160/7
 173/2 184/1
active [7] 195/10 196/12 195/13 196/21
 196/24 197/6 216/25
actively [1] 160/6
activities [1] 163/21
activity [1] 61/21
actor [1] 157/6
actual [2] 14/14 121/17
actually [24] 13/2 18/20 23/16 23/24
 26/7 30/12 32/14 42/11 45/19 46/13
 68/25 79/24 113/15 117/10 118/13
 120/18 127/12 129/7 161/10 173/23
 178/10 183/15 192/10 246/18
adaptability [1] 154/22
add [12] 17/21 35/7 35/18 35/20 57/21
 94/25 159/18 159/24 163/15 173/13
 183/6 230/4
added [1] 155/22
addiction [4] 71/18 92/2 105/19 105/25
adding [1] 94/23
addition [2] 16/2 179/19
additional [4] 9/4 182/6 224/15 224/16
additive [3] 101/6 101/9 238/5
additives [3] 101/11 101/13 102/25
address [15] 31/23 32/12 34/19 36/1
 36/7 116/20 148/2 148/21 161/9 198/5
 198/7 198/9 211/3 232/22 241/8
addressed [7] 8/2 8/2 59/23 149/21
 149/24 226/23 227/23
adds [1] 131/13
adequate [1] 239/15
adequately [1] 223/19
adhere [1] 83/13
adherence [1] 9/15
adherents [2] 13/24 246/10
adjacent [1] 16/3
adjourned [1] 248/24
administer [9] 94/9 95/4 100/10 100/13
 101/3 128/3 203/16 206/12 234/7
administered [10] 68/8 68/17 84/21
 94/10 94/14 102/19 106/1 127/23
 128/25 147/14
administering [4] 94/13 134/13 188/9
 189/21
administers [1] 102/22
administrating [1] 138/11
administration [3] 98/8 100/25 221/14
admission [2] 169/15 171/2
admit [1] 93/7
admittedly [1] 181/15
adopt [2] 24/4 28/14
adopted [2] 24/3 122/16
adopts [1] 235/9
adult [1] 158/4
adults [1] 158/5
advance [3] 92/20 96/16 126/6
advanced [4] 12/25 223/18 225/11
 227/13
advantage [2] 137/16 237/6
adverse [2] 72/12 76/10
adversely [1] 241/24
advice [20] 187/7 209/18 209/19 209/20
 209/21 210/16 210/19 210/21 210/21
 211/6 211/8 211/18 211/20 211/22
 211/24 212/3 212/7 221/15 229/11
 229/12
advised [1] 8/13
advisory [1] 209/14
affect [1] 241/24

**A**

affect [1] 68/5
affidavit [3] 179/24 183/4 186/11
affiliated [2] 150/17 168/12
affiliates [1] 241/1
affiliations [1] 207/13
affirmative [13] 24/17 24/21 24/24 35/1
 57/5 66/8 69/23 76/11 81/7 82/6 90/3
 240/1 248/2
affirmed [1] 232/13
affirming [2] 131/8 132/2
afraid [9] 41/9 62/18 62/19 62/20
 148/18 178/17 217/24 218/13 234/7
after [38] 7/22 9/7 15/25 24/3 39/24
 39/25 41/7 41/11 41/11 41/23 41/24
 42/14 42/24 43/14 45/1 45/12 46/9
 46/20 46/22 51/21 56/5 73/15 80/11
 80/14 104/13 106/8 112/4 117/15 146/6
 153/20 160/15 162/4 166/19 176/25
 188/19 193/19 229/15 246/11
afterlife [3] 87/7 87/15 87/17
afternoon [2] 178/22 245/11
afterwards [1] 124/20
again [50] 19/19 23/18 26/19 27/11
 29/12 32/15 34/22 34/24 35/3 41/3
 45/23 49/7 49/24 52/2 54/13 57/10 58/1
 63/9 69/4 108/24 114/25 115/8 121/1
 136/20 137/8 138/5 143/5 145/24
 149/23 171/18 180/20 180/23 180/24
 181/22 182/3 189/19 211/15 213/22
 215/11 216/17 216/25 218/10 223/11
 230/14 233/24 244/25 245/6 245/13
 245/21 247/19
against [18] 22/7 24/1 29/2 55/7 55/10
 61/3 62/19 63/3 172/22 172/22 173/16
 173/18 174/5 176/13 178/2 211/6 212/9
 240/9
agencies [1] 31/18
agency [2] 31/7 195/7
agnostic [1] 145/17
ago [11] 36/24 75/5 129/11 129/14
 136/19 176/11 176/20 187/21 187/22
 195/14 206/17
agree [7] 22/1 28/20 84/4 137/19
 212/22 213/18 215/13
agreed [4] 185/21 213/5 213/20 220/19
agreement [4] 11/23 11/24 159/1
 212/11
agreements [1] 206/14
ahead [4] 26/10 47/19 182/22 218/24
ahold [1] 176/19
AI [1] 155/14
aid [4] 35/9 188/10 226/18 228/6
ailments [3] 65/5 71/12 71/14
aim [1] 160/11
air [1] 123/21
akin [1] 33/2
al [2] 5/11 5/11
Albino [1] 100/14
Alcoholism [1] 105/24
aliens [2] 220/12 220/19
align [3] 83/24 86/7 205/17
alive [1] 213/19
all [175] 1/20 5/4 5/7 7/11 9/11 9/18
 11/15 12/8 15/20 17/24 18/19 18/23
 19/4 19/6 19/11 19/11 19/12 22/4 24/15
 26/11 28/10 30/5 32/23 35/12 36/9
 36/13 37/1 37/9 40/19 45/5 46/7 49/1
 49/2 49/3 49/3 49/19 49/20 51/4 54/4
 54/4 57/10 62/17 63/21 63/25 65/5 69/2

69/4 79/23 82/1 87/8 87/8 88/22 89/1
89/3 89/4 89/7 89/20 90/1 91/7 93/3
93/9 93/24 94/20 104/23 106/4 106/11
108/6 108/16 108/16 111/17 111/19
113/5 113/10 113/10 114/4 114/25
115/16 115/21 118/9 119/21 123/8
123/13 123/17 125/19 125/21 135/13
136/22 137/13 139/7 139/21 140/11
142/25 143/10 144/24 146/4 146/7
146/7 146/7 146/11 147/20 151/20
152/13 153/7 153/9 154/13 155/22
156/5 157/22 157/24 159/9 160/3
162/17 162/18 165/25 167/14 170/20
171/4 174/2 176/16 177/20 177/21
178/21 178/25 179/2 180/11 180/20
182/1 182/6 186/5 187/12 189/3 193/13
194/9 194/13 196/20 197/1 199/3
200/18 201/4 204/10 206/25 212/25
214/10 214/14 214/14 215/1 215/17
217/18 218/7 221/2 224/5 225/10
225/16 228/9 228/10 228/15 229/5
231/10 232/5 232/20 234/24 235/2
235/9 238/5 240/16 240/19 240/22
240/23 244/10 244/23 244/25 245/23
246/14 246/25 248/12
Allah [1] 145/15
allegations [1] 239/14
allege [1] 201/18
alleged [1] 233/5
alleging [2] 24/16 25/8
Allen [1] 140/4
alleviate [1] 203/9
alleviating [2] 154/5 213/15
Allison [1] 67/7
allow [9] 34/12 50/18 51/16 57/11 57/24
 103/17 112/7 225/18 247/1
allowed [2] 177/5 193/18
allowing [3] 57/12 231/12 246/1
allows [3] 23/9 135/21 181/20
almost [1] 51/4
alone [7] 103/18 137/18 153/2 172/5
 204/13 229/20 236/12
along [2] 82/23 115/2
already [6] 100/3 129/20 131/23 135/10
 135/10 157/16
also [82] 5/20 5/22 6/4 11/20 11/23
 14/21 16/3 16/5 20/14 25/6 37/24 42/21
 43/9 45/24 51/10 54/6 56/23 59/8 62/20
 65/6 65/20 65/21 66/9 71/15 86/23
 87/15 87/16 94/13 94/14 94/22 95/20
 96/11 96/23 98/14 98/15 100/2 100/5
 100/22 102/14 102/25 104/18 104/25
 106/3 109/11 109/25 110/3 111/16
 113/18 115/23 117/8 124/12 128/13
 138/2 154/20 157/9 168/6 171/22 177/8
 177/24 181/9 191/1 195/5 197/23
 200/16 203/4 207/18 209/14 210/9
 211/5 212/11 223/24 224/2 226/23
 235/8 242/20 243/8 243/13 245/4 245/8
 245/10 246/19 248/5
alternative [3] 21/18 22/13 22/18
alternatives [1] 11/16
although [6] 131/22 151/12 168/3 193/1
 239/14 240/3
altogether [1] 177/22
always [25] 24/11 66/22 102/22 109/22
 119/19 126/22 127/4 141/18 141/18
 145/9 148/9 148/25 150/7 151/23
 160/24 161/5 161/7 161/13 162/2
 191/15 210/20 214/9 219/25 220/6

239/8
am [33] 3/14 18/20 37/24 37/25 38/24
 39/12 46/6 48/8 48/16 48/23 62/20
 66/14 70/19 80/9 116/19 126/12 132/12
 141/6 141/10 141/10 141/11 145/19
 159/15 161/13 166/24 175/1 180/9
 192/24 205/6 224/22 240/21 249/12
 249/14
amazing [1] 121/20
amenable [2] 181/3 181/13
amendment [20] 9/24 11/3 13/13 13/14
 18/5 18/8 18/12 19/14 19/17 19/18 36/2
 146/17 170/21 230/8 230/11 230/13
 239/17 239/20 241/12 248/1
American [6] 4/4 4/6 169/9 170/10
 170/12 223/15
Americans [1] 168/14
among [1] 33/15
amount [9] 31/4 109/23 133/25 168/6
 174/3 190/5 243/11 246/18 248/13
amounts [1] 109/21
analysis [10] 9/20 20/21 21/19 22/10
 22/10 225/21 230/6 230/8 230/8 230/12
analyze [1] 14/24
analyzed [1] 18/11
ancestors [1] 39/14
Anderson [1] 67/7
angels [3] 46/19 108/24 112/24
angle [1] 204/9
animals [1] 112/25
Anna [3] 2/6 5/25 17/10
Annotated [3] 241/6 241/15 242/13
announced [1] 181/22
annunciated [1] 235/10
another [29] 11/12 11/16 11/24 24/20
 25/14 37/10 52/9 108/20 111/18 112/1
 119/14 144/13 144/15 149/19 153/11
 156/3 168/12 173/18 180/6 188/12
 189/7 208/2 208/9 223/7 224/6 224/11
 238/20 244/6 245/4
answer [40] 33/5 33/8 33/10 33/11
 34/24 46/7 67/1 67/2 67/3 69/15 69/20
 87/2 98/17 105/5 132/19 144/5 145/20
 147/16 149/6 151/23 158/12 160/12
 163/23 166/9 166/16 166/25 167/6
 178/12 178/14 192/12 193/14 205/13
 212/1 214/5 217/2 222/22 223/1 231/15
 245/2 245/14
answer's [1] 229/10
answered [2] 192/14 217/1
answering [1] 69/17
answers [4] 144/18 189/11 212/25
 220/13
anticipated [2] 183/22 187/4
anticipates [1] 212/11
anticipating [1] 148/22
anticipation [1] 148/6
anxiety [1] 71/18
anxious [1] 82/17
any [171] 6/20 9/3 10/21 14/15 14/19
 16/6 16/16 21/19 23/12 23/15 26/23
 27/16 27/17 28/22 30/6 33/24 38/1
 41/17 43/24 44/24 45/12 46/9 47/2
 47/15 49/22 51/22 51/22 53/14 54/20
 54/21 54/23 54/25 55/10 57/1 59/12
 59/16 59/18 61/2 61/18 61/21 62/2 64/6
 66/12 67/8 67/11 71/8 71/21 71/21 72/3
 73/22 76/14 78/19 78/20 79/1 79/12
 80/12 80/16 82/1 83/7 89/13 90/11
 90/14 91/2 92/10 93/9 94/4 94/21

**A**

any.. [104] 100/15 100/1 101/3 101/4 101/15 102/7 106/11 106/17 106/19 107/17 108/7 108/19 108/21 110/19 110/20 112/5 112/19 113/5 113/15 125/20 127/24 128/2 128/18 129/8 130/7 130/20 132/8 132/10 132/12 132/13 133/1 135/15 136/9 141/9 142/21 143/16 143/16 144/22 144/22 145/15 148/6 148/15 148/21 151/7 160/11 162/5 163/4 163/9 163/9 163/11 163/13 163/16 163/21 166/15 168/17 168/17 168/19 169/17 171/7 173/10 174/3 175/24 176/3 178/2 178/4 181/9 181/19 183/11 183/23 184/1 184/14 184/22 184/24 184/25 201/15 201/19 202/4 204/8 205/2 206/6 206/19 208/15 208/24 209/2 210/2 210/17 213/8 216/24 217/4 224/15 229/11 230/19 231/9 232/25 236/12 236/19 236/21 244/3 246/8 246/8 247/13 248/7 248/9 249/13

anybody [7] 31/14 71/17 86/10 134/14 213/2 229/19 231/3

anymore [5] 40/1 45/1 48/10 167/5 218/14

anyone [7] 17/10 35/13 51/1 55/3 63/3 138/22 185/17

anything [62] 23/25 34/19 35/9 39/8 39/15 41/14 42/25 43/8 45/7 52/5 52/14 52/19 54/8 55/6 56/2 57/21 58/3 61/2 61/5 61/23 61/24 79/5 91/7 91/11 94/23 94/25 96/16 108/13 114/5 123/23 126/23 134/20 134/22 137/7 137/25 139/8 157/19 159/22 160/13 160/15 165/16 167/9 167/12 167/13 171/19 171/24 172/10 172/18 173/12 179/13 180/23 180/24 185/7 204/2 206/1 206/1 221/8 225/7 226/2 243/20 245/24 247/10

Anyway [1] 24/14

anywhere [3] 104/14 123/23 220/2

apart [2] 196/5 196/7

apologies [2] 213/23 216/23

apologize [3] 126/6 193/14 215/20

appeal [2] 33/22 239/10

appealed [1] 33/20

appear [2] 159/7 169/4

appearances [2] 1/25 5/24

appeared [1] 160/4

appears [4] 25/2 33/13 231/12 231/12

applicability [1] 226/20

applicable [2] 226/24 227/19

applicants [1] 200/25

application [2] 200/5 201/10

applications [2] 196/6 196/7

applies [2] 8/18 23/14

apply [10] 10/20 24/5 101/20 169/5 174/18 178/9 199/10 199/21 199/25 200/15

applying [1] 30/20

appointment [1] 95/18

appointments [1] 49/3

appreciate [14] 18/1 35/10 69/20 107/18 115/4 137/22 140/6 147/5 182/25 183/2 185/24 228/14 228/15 248/14

approach [1] 199/5

approached [1] 164/10

approaching [1] 150/20

appropriate [1] 28/15

approve [1] 220/2

approximately [3] 75/3 77/3

archetypes [1] 146/3

are [251]

area [2] 59/9 189/6

aren't [3] 52/7 52/8 144/20

argue [17] 8/16 10/21 12/2 19/17 24/22 157/21 157/21 206/5 226/17 227/19 229/18 232/10 233/2 233/2 234/19 238/25 240/4

argued [5] 9/24 10/3 10/16 29/13 225/2

arguing [3] 26/6 27/21 29/2

argument [14] 6/10 6/22 8/10 8/15 8/18 34/15 180/12 183/1 224/9 224/19 227/4 235/8 244/4 244/17

argumentation [1] 226/19

arguments [9] 6/17 7/22 15/6 35/19 185/3 235/9 236/12 239/7 239/9

arisen [1] 246/9

armor [3] 123/4 123/8 124/13

around [6] 78/22 108/25 122/18 124/23 162/11 193/22

array [1] 160/17

arrest [2] 28/6 171/21

arrested [2] 171/20 237/22

arrive [1] 69/5

arrives [1] 69/6

ART [1] 40/4

Article [1] 153/18

articles [5] 138/20 138/24 153/15 153/22 160/4

articulate [3] 206/8 230/1 233/19

articulated [3] 27/12 243/20 247/24

as [225] 5/9 5/22 8/23 9/23 9/25 10/3 10/18 11/8 12/19 12/19 12/21 12/21 13/11 13/15 13/18 13/20 13/20 13/25 14/8 14/20 15/8 15/9 16/5 16/7 17/13 17/23 18/19 20/5 22/4 23/23 27/2 27/8 28/12 28/23 30/3 30/5 30/15 30/15 32/8 34/2 34/2 34/11 35/18 36/11 37/16 37/17 42/16 43/5 43/5 43/15 43/15 48/3 48/16 48/24 49/5 53/17 55/22 58/17 59/15 60/16 61/6 61/17 62/9 63/14 64/15 65/11 65/14 66/9 74/24 75/1 75/20 77/17 77/18 78/9 80/12 81/4 82/10 82/12 84/21 85/7 85/7 86/6 88/21 89/16 97/7 99/24 101/20 108/18 110/4 114/23 114/23 116/10 116/11 116/16 116/18 117/15 117/21 120/15 120/16 120/20 123/6 125/14 126/13 126/18 127/3 127/15 127/22 128/2 130/9 130/13 130/14 133/11 134/6 135/5 135/14 135/14 136/8 137/17 137/18 138/10 140/22 140/23 141/15 143/12 144/14 146/24 146/25 148/8 149/11 149/16 151/15 153/12 153/24 154/8 155/5 156/1 156/10 156/15 157/5 157/6 157/7 159/12 160/10 160/19 160/24 161/19 161/23 166/3 166/24 166/24 167/22 167/22 170/11 171/4 172/10 174/9 177/4 177/8 180/5 180/22 181/11 181/11 182/8 183/13 183/25 184/4 186/4 186/14 186/14 187/6 187/18 188/25 189/6 190/16 191/9 194/6 198/17 200/17 201/21 202/12 202/24 203/8 204/19 207/1 208/19 208/19 210/4 213/14 217/11 218/8 218/8 222/6 222/16 222/23 224/9 224/9 225/14 225/21 225/21 225/21 226/14 226/14 226/22 227/4 227/4 228/5 228/6 230/15

as they [1] 187/6

ascribe [1] 214/18

aside [9] 6/17 18/2 78/24 123/10 131/23 185/19 185/19 214/9 244/16

ask [50] 15/17 15/22 29/3 35/13 36/14 38/22 42/8 52/4 57/25 88/7 96/18 104/18 104/20 104/21 104/23 105/2 112/1 114/20 115/21 124/24 125/20 130/24 139/11 140/12 147/21 150/1 150/21 150/22 150/24 158/5 158/21 163/7 166/15 166/17 182/14 183/21 189/8 191/18 192/11 197/1 202/17 205/12 209/23 211/15 214/9 224/14 236/4 237/3 238/9 245/8

asked [27] 28/9 28/9 40/17 40/18 40/18 40/19 61/18 117/16 119/6 143/25 150/2 166/22 166/23 172/8 176/14 176/17 192/14 202/19 209/12 209/23 213/21 217/1 219/21 231/14 239/24 245/1 247/17

asking [19] 23/23 26/21 27/4 27/4 27/5 27/9 29/1 57/16 59/2 73/14 150/23 174/15 176/22 202/8 205/1 215/10 232/4 232/7 232/11

asks [6] 41/10 104/10 144/2 158/15 199/4 201/2

aspect [2] 76/2 160/11

aspects [1] 139/17

aspiring [1] 136/8

Assembly [4] 177/11 177/24 178/3 178/5

Assembly's [1] 178/15

assert [5] 13/1 13/5 27/2 35/1 232/9

asserted [2] 10/15 10/24

asserting [2] 24/21 24/23

assertions [1] 227/12

assess [2] 57/1 104/18

assessment [1] 104/24

assign [2] 156/24 157/7

assigned [1] 5/14

assignment [1] 165/21

assignments [1] 46/25

assistant [1] 172/7

assisted [1] 138/10

associated [4] 101/15 159/16 190/11 249/13

Association [1] 196/17

assume [3] 132/2 132/13 228/18

assuming [1] 20/16

assumption [1] 127/4

atheist [1] 145/16

atheists [1] 87/12

atmosphere [1] 121/24

attached [2] 58/17 60/16

attachment [1] 8/23

attack [1] 23/4

attacking [2] 161/3 247/12

attacks [1] 40/6

attempt [2] 10/21 152/1

attempted [4] 10/5 10/14 12/2 20/15

attempting [1] 225/5

attempts [1] 12/7

attend [5] 5/7 38/2 137/16 201/3 208/5

attended [3] 1/20 149/1 177/19

attention [4] 163/14 163/16 183/3 243/18

# A

attentive [1] 144/10
attorney [7] 107/11 138/6 165/17 166/1
 186/16 187/6 237/19
Attorney's [4] 149/25 165/17 184/2
 187/7
attorney-client [2] 107/11 187/6
attorneys [1] 33/2
audible [2] 97/8 98/17
audio [2] 181/10 181/16
August [1] 134/18
August/September [1] 134/18
authentic [3] 119/18 123/24 154/24
authored [1] 24/8
authority [1] 16/19
authorized [1] 31/11
authors [1] 59/5
avail [1] 11/14
available [11] 11/2 11/16 31/6 101/11
 101/13 226/25 229/14 229/18 229/20
 246/18 246/19
avenue [1] 229/21
aversion [2] 202/4 203/12
avoid [1] 9/19
aware [24] 55/13 55/16 86/12 126/16
 130/5 130/7 130/19 131/5 132/12 138/7
 139/18 156/18 156/19 173/3 173/6
 177/7 177/10 178/4 183/11 184/10
 184/17 184/20 197/7 213/19
awareness [1] 60/3
away [14] 39/23 45/2 46/2 46/3 46/5
 51/10 112/24 124/1 153/21 171/12
 174/8 186/9 190/7 203/23
awesome [1] 152/13
awful [1] 6/7
ayahuasca [1] 237/15

# B

back [50] 17/25 20/14 22/19 25/24
 33/23 34/24 36/9 38/13 38/21 43/17
 44/22 57/18 72/8 87/25 88/18 88/24
 106/8 107/18 112/11 117/25 121/1
 121/22 124/21 124/22 125/5 130/13
 131/7 140/3 152/22 161/5 178/22
 185/25 186/8 190/20 190/22 190/22
 190/24 216/14 217/4 218/25 222/12
 224/22 224/24 226/7 227/18 231/19
 233/25 240/16 244/13 244/21
background [3] 39/3 68/6 117/1
backpack [1] 203/23
backside [2] 4/6 171/3
backyard [1] 210/8
bad [4] 61/1 68/7 99/1 218/2
Bahr [1] 5/21
balance [6] 34/23 35/1 35/3 154/11
 218/10 243/13
balanced [1] 34/25
balancing [1] 14/24
bank [1] 222/9
banned [1] 241/4
baptism [1] 158/17
baptized [2] 158/2 215/5
bar [2] 79/21 79/21
barriers [1] 225/5
based [16] 18/16 18/21 19/8 19/12 80/1
 145/7 160/23 162/18 198/2 198/5
 198/13 207/19 218/17 228/18 242/3
 246/5
basic [2] 104/23 123/24
basically [1] 238/16

basis [10] 27/8 47/20 107/5 107/8
 120/21 138/19 181/24 181/25 233/21
 237/23
batch [2] 31/2 31/7
bathroom [2] 220/12 220/16
be [286]
Bean [29] 2/3 5/25 7/4 7/17 8/19 15/21
 31/21 31/25 32/7 32/9 36/10 89/4
 107/16 114/10 140/3 140/8 149/15
 179/20 181/3 181/14 184/15 184/16
 185/14 224/10 224/23 234/9 238/13
 245/14 247/5
Bean's [1] 115/18
bear [1] 92/22
bearer [1] 157/5
beat [1] 228/13
beautiful [2] 148/4 220/19
became [10] 38/25 117/25 120/25
 141/13 142/6 184/20 188/13 191/7
 191/8 206/21
because [98] 6/6 8/3 9/20 12/4 12/6
 16/11 18/6 19/4 19/14 20/21 21/2 21/18
 23/12 23/24 25/9 25/17 26/20 27/7
 27/14 29/19 29/20 30/5 32/12 32/22
 33/22 40/7 41/10 42/23 43/22 44/2
 47/13 50/1 51/6 51/10 51/16 52/8 53/21
 54/4 54/11 54/18 56/14 59/3 63/15
 72/12 75/16 80/3 84/1 87/24 92/5 97/2
 110/1 121/3 125/9 131/11 132/2 134/21
 143/4 144/9 145/13 145/16 148/13
 152/14 157/12 161/3 172/18 175/5
 180/11 180/23 181/22 186/23 190/22
 196/23 202/19 203/6 203/22 204/13
 207/21 210/8 210/10 210/23 210/24
 225/2 227/15 228/4 228/17 230/7
 230/10 231/19 231/22 232/22 233/16
 234/7 234/9 234/16 234/22 234/25
 235/12 242/25
beckoning [1] 152/22
Becky [5] 97/6 97/21 102/14 105/19
 105/25
Becky's [1] 97/9
become [20] 29/19 30/7 38/12 38/19
 39/9 39/16 40/10 55/16 90/22 96/22
 134/8 135/7 154/17 157/17 173/6
 187/23 197/6 200/3 200/6 208/6
becoming [5] 39/4 50/4 80/13 141/23
 162/6
BEEBE [2] 1/10 59/17
been [96] 6/11 6/14 8/12 14/15 16/15
 26/7 32/3 32/4 33/6 33/14 33/22 34/2
 34/7 35/4 35/20 36/4 46/14 47/23 49/20
 55/10 55/14 58/16 59/4 60/15 61/23
 62/2 62/12 62/25 64/9 70/23 71/16 88/8
 88/14 115/9 118/16 118/25 119/21
 122/4 124/1 124/7 124/10 124/11
 127/25 128/25 130/13 136/1 141/19
 142/8 143/18 144/11 151/14 151/15
 153/12 156/1 158/13 161/10 163/25
 165/6 166/2 172/4 173/9 173/20 174/11
 175/4 176/8 178/5 181/5 181/8 187/5
 187/25 188/17 189/18 191/11 194/15
 195/12 195/13 196/21 203/23 203/24
 206/16 216/25 220/6 221/20 225/12
 225/16 225/17 227/24 233/19 234/13
 234/15 235/9 235/10 235/13 235/15
 236/6 247/13
before [84] 1/16 8/2 8/21 15/18 20/11
 31/21 32/17 34/19 35/14 36/19 38/25
 39/4 42/10 42/25 49/16 50/6 65/17

 68/16 71/24 71/25 72/3 88/13 96/19
 96/20 100/8 107/21 116/5 120/9 121/21
 124/1 130/11 131/19 132/21 133/7
 140/17 141/13 141/23 142/18 147/12
 152/14 158/1 158/17 158/22 160/4
 168/13 179/13 180/16 180/24 183/12
 186/3 186/8 187/17 188/24 190/7
 191/13 192/10 193/22 194/15 204/22
 206/12 207/5 209/13 210/7 210/13
 215/7 220/7 226/7 227/11 227/17
 228/12 229/5 233/24 234/3 234/5
 235/14 235/17 236/6 236/11 236/20
 237/18 238/10 244/9 245/3 245/23
beforehand [1] 97/17
befriend [2] 123/9 124/8
began [3] 103/3 188/20 189/1
begin [6] 5/13 8/6 9/10 80/10 130/9
 188/9
beginning [3] 61/15 137/15 231/25
begins [4] 103/9 132/23 226/11 226/12
behalf [9] 6/4 6/11 35/13 37/16 63/22
 63/23 116/10 125/22 140/22
behavior [4] 61/18 154/14 154/18 157/3
behind [6] 146/16 146/20 147/5 155/11
 157/24 205/11
being [49] 8/14 25/7 28/9 28/9 37/16
 40/25 42/23 44/1 45/22 53/2 55/17
 56/25 57/9 57/23 62/14 62/19 62/20
 62/24 64/5 64/5 65/1 77/13 106/8
 108/22 109/5 111/18 112/4 112/21
 116/10 119/19 125/13 127/23 129/19
 140/22 147/14 149/5 161/15 163/6
 165/2 173/22 174/1 192/23 207/20
 209/18 211/1 214/16 227/1 228/16
 245/1
beings [2] 146/7 220/20
belief [32] 20/8 20/22 28/3 40/13 48/16
 63/9 65/1 83/4 86/2 86/5 92/5 92/7
 107/2 107/5 107/9 113/10 113/16
 138/13 138/16 144/8 153/15 153/22
 203/14 206/8 214/18 229/1 229/3
 229/22 230/2 230/4 236/9 236/20
beliefs [41] 9/14 12/17 39/4 39/8 46/15
 49/24 49/25 50/11 50/12 65/20 65/23
 83/12 83/24 86/22 86/24 89/12 91/3
 131/19 131/21 132/4 133/9 135/18
 202/3 204/5 204/13 204/16 204/19
 204/20 207/13 208/8 209/1 212/23
 214/16 225/14 229/11 229/13 230/3
 230/23 242/16 242/17 242/18
believe [55] 12/3 53/17 53/20 62/14
 62/21 76/3 83/10 83/16 83/17 83/20
 87/6 87/7 87/11 87/11 87/15 98/15
 113/18 116/16 119/15 128/6 131/13
 134/11 137/1 143/21 144/6 144/9
 144/17 152/6 153/6 157/5 157/5 161/4
 163/18 164/12 165/20 168/19 168/20
 179/1 179/20 180/6 185/1 188/5 192/9
 203/7 205/1 205/17 205/25 207/3
 210/24 213/12 213/13 217/24 222/20
 226/12 231/13
believed [1] 237/17
believer [4] 204/24 205/4 205/6 205/14
believes [4] 53/17 131/4 212/22 231/15
believing [1] 87/17
belongs [1] 73/11
bend [1] 155/13
beneficial [1] 244/20
benefit [2] 119/11 191/2
benefits [7] 40/20 40/21 40/21 75/24

B

benefits [3] 125/9 158/12 159/16

besides [5] 38/1 53/14 84/19 173/11 175/23

best [7] 47/23 122/7 146/10 152/1 162/16 170/7 248/17

betrayal [1] 62/8

betrayed [3] 56/7 56/13 57/21

better [13] 6/23 33/17 50/22 51/19 51/19 52/21 62/21 87/10 121/6 156/23 161/3 218/11 222/1

between [13] 14/24 31/10 53/13 62/2 105/10 131/16 154/11 163/25 191/20 195/12 197/21 208/20 227/18

beyond [7] 27/4 123/20 126/23 137/14 147/8 224/16 230/12

Bible [3] 83/20 83/22 203/4

big [6] 63/8 150/5 151/22 177/23 206/6 233/13

bill [2] 170/21 232/23

binder [7] 4/3 93/2 93/5 93/8 95/10 215/18 215/21

binders [1] 93/6

bio [2] 195/24 216/16

biography [1] 195/8

bishop [2] 163/3 208/14

bishops [1] 208/1

bit [23] 19/15 19/20 20/14 22/5 29/23 37/4 40/23 51/7 62/5 64/20 86/18 109/20 124/24 131/13 144/18 145/10 147/13 149/17 150/18 156/13 199/18 204/19 219/12

black [4] 154/1 154/2 154/3 210/6

blank [1] 50/23

blessing [1] 42/11

blindfold [1] 43/17

blocked [2] 169/20 169/24

blow [1] 219/11

blown [1] 245/4

blue [1] 154/1

bodies [1] 153/2

body [5] 42/23 104/15 104/15 105/8 213/10

bolded [1] 153/24

bona [1] 26/4

book [1] 111/21

books [1] 111/9

boring [1] 106/4

born [1] 132/21

both [16] 5/6 10/19 12/11 13/13 13/18 13/23 25/2 36/1 73/19 73/22 76/4 136/5 182/4 195/2 225/10 239/7

bother [1] 186/17

bottom [8] 59/9 95/10 105/16 112/13 191/21 201/2 217/22 218/5

bounds [1] 160/8

bow [1] 214/21

box [5] 46/3 46/5 51/17 99/8 147/22

boxes [2] 7/12 98/7

boyfriend [1] 141/11

brain [1] 118/5

brand [1] 160/19

Brandi [13] 16/2 36/11 37/15 37/22 44/17 97/23 120/1 120/15 121/13 122/6 176/2 219/21 220/7

Brandi/Chelsea [1] 97/23

bread [2] 202/8 205/1

breadth [1] 247/16

break [9] 88/9 88/13 88/16 88/16 120/9 120/15 123/5 178/22 224/21

brew [1] 42/21

BRIAN [3] 1/13 5/1 67/6

bridge [1] 43/16

BRIDGER [39] 1/5 5/11 16/21 38/14 38/18 40/12 40/15 40/16 42/18 43/16 49/14 55/17 55/21 62/17 62/20 66/16 67/17 67/21 67/22 67/23 79/23 93/25 110/24 118/21 119/24 121/12 122/6 127/1 129/8 138/21 138/22 140/9 140/21 141/4 164/19 193/5 222/4 231/4 234/4

Bridger's [2] 113/24 113/24

bridging [5] 1/6 81/19 111/21 216/3 222/17

brief [8] 7/20 13/13 13/14 58/17 60/16 186/12 239/6 239/12

briefed [2] 16/16 179/9

briefing [3] 23/7 225/3 240/10

briefings [2] 8/23 227/5

briefly [21] 34/22 55/19 82/22 88/12 113/6 116/25 118/21 141/22 149/10 152/15 153/24 154/9 156/17 157/18 159/10 175/22 177/7 186/4 187/1 222/6 222/25

Brigham [1] 216/10

bring [16] 19/14 26/19 42/5 46/16 96/9 111/22 123/10 124/21 124/22 158/7 190/20 190/25 202/15 202/25 234/6 239/17

Bringer [1] 111/4

bringing [4] 57/13 57/18 112/10 203/4

broad [5] 27/25 32/15 46/5 230/3 243/21

broadcast [1] 56/25

broadcasting [2] 56/24 57/12

broader [3] 25/4 27/6 30/7

broadly [2] 220/15 243/15

Broadway [2] 2/12 2/16

broke [2] 206/2 206/3

brother [3] 39/25 41/1 45/2

brought [7] 63/3 63/12 119/25 121/12 145/6 163/6 203/1

Buddha [1] 145/14

Buddhism [1] 202/9

Buddhist [3] 88/2 202/10 209/4

Buddhists [1] 153/19

build [1] 235/7

building [4] 43/24 59/8 61/19 173/8

built [2] 123/6 232/23

bullet [2] 220/10 220/11

burden [17] 9/21 20/1 22/9 29/17 32/18 34/8 34/9 34/22 74/17 153/2 228/25 232/1 233/1 238/21 242/9 242/16 242/23

burdened [4] 20/7 20/23 229/8 229/10

burdens [1] 10/7

business [2] 173/1 188/3

busy [1] 74/10

buy [1] 81/11

BYU [3] 148/25 162/25 216/8

C

calendar [2] 195/15 246/17

call [32] 11/2 17/9 20/24 23/8 36/10 36/11 42/4 55/17 57/9 73/5 73/5 73/7 73/10 73/10 85/18 89/24 92/19 108/18 112/22 116/22 118/22 139/24 144/23 157/2 158/25 159/1 179/21 182/11 183/17 196/16 209/7 212/16

call-in [1] 209/7

called [23] 11/21 28/1 37/16 38/6 85/25 92/18 110/10 113/2 116/10 118/17 129/19 137/17 137/18 140/22 143/14 156/13 157/12 161/13 168/14 176/13 177/10 211/4 216/9

calling [9] 15/17 15/22 85/8 86/8 115/19 140/9 174/5 181/9 214/25

callings [1] 85/12

Calls [3] 107/10 166/6 211/25

calm [2] 45/9 82/17

calmed [1] 45/1

calming [1] 121/21

came [23] 41/2 44/14 44/16 47/13 56/14 56/15 60/10 108/17 117/3 119/6 119/19 123/21 124/19 128/22 144/4 151/25 156/6 156/14 164/6 166/21 179/25 208/11 224/1

camera [1] 88/23

cameras [1] 57/11

can [180] 8/2 9/13 10/23 12/2 13/7 16/20 17/6 18/2 19/10 20/16 21/3 21/4 21/6 21/14 23/20 23/21 25/16 25/25 26/12 26/17 26/18 27/2 28/15 30/3 30/14 31/9 34/2 34/6 36/25 37/1 37/1 37/3 37/4 37/12 37/13 40/23 41/16 41/23 42/22 42/23 43/22 45/7 45/18 46/19 55/19 57/1 58/18 58/20 59/9 62/22 65/17 67/2 67/3 68/1 68/5 68/8 69/15 73/15 78/8 81/21 87/20 88/12 89/12 91/7 92/9 92/25 93/18 94/10 96/22 97/15 99/7 100/8 103/24 104/18 105/1 105/4 105/5 109/15 110/15 111/15 112/16 112/23 115/1 115/10 115/24 116/14 116/25 117/13 121/3 121/17 124/22 135/6 143/1 143/3 143/6 143/6 143/10 143/10 143/24 144/6 146/8 147/19 147/22 149/21 151/20 152/12 152/24 153/1 153/7 153/16 153/24 156/4 156/23 161/5 161/19 164/6 166/9 169/7 169/19 169/23 170/7 173/20 174/19 175/8 175/9 175/11 175/20 180/3 180/7 180/19 180/21 182/14 182/23 185/9 185/22 186/7 193/2 193/3 193/4 197/1 198/20 198/22 199/10 206/5 209/4 209/5 209/9 209/23 212/1 213/18 215/23 216/16 217/2 217/5 217/22 218/7 218/8 220/10 220/11 222/4 223/8 223/12 224/23 227/23 235/11 237/5 238/20 239/18 243/12 244/12 244/12 244/15 244/21 245/8 245/14 245/14 246/25 246/25 248/17 248/20

can't [25] 19/8 20/1 25/20 26/23 27/8 32/22 34/8 34/16 48/1 70/19 78/18 92/7 110/2 110/2 112/17 134/5 139/3 178/7 202/22 206/8 230/14 234/16 237/23 241/9 248/19

Candidly [1] 179/6

cannabis [1] 170/12

cannot [5] 9/21 10/5 11/11 133/25 143/13

capabilities [1] 92/8

capable [2] 77/13 109/5

capacity [2] 141/17 142/1

capsule [4] 101/20 101/22 102/4 102/9

Captain [3] 59/11 183/17 184/7

car [2] 55/23 164/8

card [17] 4/5 4/6 79/4 168/15 168/16 168/24 169/1 169/4 169/7 169/9 169/10 169/11 169/20 170/3 170/6 170/9

C

card [1] 170/24
card-carrying [1] 168/24
Cardillo [1] 5/22
care [12] 38/1 38/4 123/15 141/9 160/9 160/9 172/5 196/23 197/20 212/12 212/16 244/9
career [3] 141/15 142/4 142/8
careful [1] 220/24
carried [1] 242/22
carry [2] 9/21 170/11
carrying [2] 168/15 168/24
cart [1] 236/6
case [71] 1/9 5/12 8/24 9/7 9/12 9/17 10/8 11/19 11/20 14/20 14/25 16/11 16/16 16/17 16/18 18/10 18/10 18/11 18/12 18/21 19/7 19/10 20/4 21/8 22/15 24/18 24/21 24/23 25/7 25/7 26/24 28/7 29/25 30/1 30/4 30/5 30/10 30/13 32/1 34/6 35/2 36/19 116/5 120/18 125/15 129/24 140/17 142/18 151/16 177/4 180/5 183/23 184/11 186/16 192/16 226/6 226/7 227/15 228/2 231/8 231/10 232/8 232/10 235/18 235/25 236/2 236/25 237/13 238/8 239/12 239/13
cases [12] 10/7 11/20 13/13 15/2 18/18 20/19 212/17 226/22 231/6 231/6 235/23 239/17
cash [1] 74/3
catch [1] 106/19
category [1] 28/11
Catholic [5] 158/2 163/2 208/5 208/7 233/13
Catholics [1] 167/20
caught [2] 206/7 238/3
cause [6] 46/12 68/7 91/11 91/22 98/22 249/13
causing [1] 172/16
caution [1] 196/23
cautious [1] 210/25
caveat [1] 191/15
CBC [3] 1/23 249/8 249/22
CCPs [2] 103/13 103/15
ceases [1] 226/24
celebrate [2] 89/23 90/9
celebration [1] 132/7
celebrations [1] 90/12
center [43] 2/20 13/19 55/4 55/9 55/18 55/23 63/7 63/13 92/12 109/9 112/6 113/19 126/20 148/1 148/3 148/5 149/6 150/14 161/7 163/19 166/20 168/10 171/11 192/5 198/2 198/6 198/13 201/4 201/8 201/23 202/1 202/14 202/16 202/24 203/1 206/21 208/12 216/7 217/21 219/24 219/25 220/6 241/3
CENTRAL [1] 1/3
Centro [13] 10/9 11/20 14/23 20/4 20/18 20/20 29/25 30/1 30/4 30/10 227/15 232/10 232/11
centuries' [1] 237/15
ceremonial [3] 32/21 159/13 170/13
ceremonies [44] 12/23 27/19 27/24 29/10 40/17 45/13 46/10 46/20 48/6 48/12 49/12 63/19 64/14 84/25 89/17 90/2 92/12 109/22 113/18 122/14 126/13 126/19 129/6 129/15 133/18 144/19 147/12 158/11 158/23 159/17 159/22 162/13 162/24 163/5 169/8 177/25 202/24 207/12 207/24 208/2 208/6 211/2 211/4 241/3

ceremony [75] 31/12 43/2 43/3 44/9 44/23 45/8 50/6 54/21 61/18 65/18 71/5 75/9 79/2 81/4 84/22 85/7 89/24 90/1 90/4 90/16 92/4 92/10 96/17 96/21 96/25 97/2 97/17 98/11 98/13 101/16 102/8 109/4 109/8 109/12 110/10 110/13 112/4 113/16 117/23 118/1 119/7 119/11 119/13 120/6 120/20 121/17 121/19 122/8 122/12 122/13 124/5 124/11 125/4 125/6 126/7 132/25 133/1 137/10 146/25 150/21 156/6 158/6 158/17 158/19 168/11 168/18 170/19 208/9 208/18 208/23 209/6 214/20 214/23 214/24
certain [8] 85/12 91/2 99/24 127/24 131/23 194/2 200/22 228/3
certainly [15] 32/4 33/25 115/12 162/3 175/16 178/7 180/9 181/15 181/17 181/19 181/24 191/13 227/21 233/19 234/12
certificate [2] 94/7 194/6
certification [3] 94/5 95/9 95/11
certified [3] 95/15 135/11 223/15
certify [2] 249/6 249/12
CFR [1] 30/17
chairs [1] 115/15
challenge [1] 144/10
challenged [3] 148/19 175/19 242/10
challenger [1] 22/14
chance [1] 221/5
change [6] 46/14 92/21 135/15 142/4 166/17 238/2
changed [1] 134/5
changes [6] 46/9 46/11 46/12 79/25 80/3 80/6
channel [1] 236/21
characterization [1] 183/7
characterize [1] 110/4
charge [8] 49/1 80/23 80/25 81/3 109/22 110/25 164/14 190/14
charged [2] 190/9 190/9
charges [4] 36/6 63/2 63/12 171/23
charging [5] 189/3 190/3 190/5 190/11 190/16
chart [3] 156/12 157/2 169/10
chat [1] 115/24
check [5] 5/8 98/7 103/25 114/9 118/17
checked [1] 176/11
Chelsea [3] 67/6 97/23 98/1
Chief [1] 59/17
child [2] 44/18 53/15
children [8] 47/16 117/9 124/23 164/9 164/9 172/5 172/5 174/4
children's [1] 45/25
chime [1] 224/10
choice [3] 21/21 145/9 207/19
choose [5] 118/1 125/5 161/24 167/6 230/14
choosing [1] 16/12
Chris [1] 67/6
Christ [3] 39/6 145/14 146/19
Christian [7] 83/2 83/4 83/24 89/21 89/22 120/25 133/8
Christianity [1] 83/8
Christiansen [2] 2/6 6/1
Christmas [3] 89/20 208/4 244/9
church [22] 4/4 4/6 11/22 39/6 74/20 74/22 74/24 75/1 83/14 147/13 147/14 147/15 158/2 158/2 168/13 170/11 170/12 230/10 233/14 235/21 235/22

237/16
churches [1] 158/3
Circuit [6] 11/21 14/23 21/8 21/13 239/13 242/1
circumstances [2] 22/5 32/20
citation [1] 21/8
cite [2] 20/19 26/23
cited [3] 13/13 24/12 144/12
citizen [3] 173/15 173/18 174/9
city [25] 1/10 1/24 2/4 2/8 2/13 2/16 2/19 5/1 7/7 35/17 35/19 35/20 114/2 117/4 138/6 148/23 149/1 149/4 149/22 172/16 174/1 184/2 235/9 241/7 248/10
civil [10] 13/21 25/1 25/2 25/7 25/7 34/6 170/20 172/21 175/8 246/22
civilly [1] 175/12
claim [18] 18/6 19/22 19/23 34/7 184/10 184/17 186/20 188/13 201/12 206/7 213/6 230/20 230/25 234/16 239/15 242/7 242/24 248/2
claiming [2] 33/4 183/14
claims [11] 18/20 19/2 19/3 19/4 19/11 19/12 36/2 173/19 186/13 223/21 239/20
clarification [1] 56/24
clarifications [1] 247/6
clarify [8] 8/3 41/16 64/20 86/18 176/19 226/15 245/7 245/8
clarifying [1] 193/15
class [4] 27/12 29/20 134/11 135/4
classes [1] 215/7
classroom [1] 94/2
clause [2] 241/12 241/13
cleaning [1] 49/2
clear [11] 10/9 27/13 34/24 57/1 98/24 184/5 184/6 194/22 223/3 247/7 247/19
clearly [2] 25/4 27/12
clergy [5] 14/3 16/4 141/6 142/12 187/24
clerk [1] 5/22
clerks [1] 5/20
click [4] 30/10 199/10 199/21 217/6
clicking [1] 199/25
client [8] 16/3 16/7 16/13 107/11 187/6 245/3 245/6 247/20
clientele [1] 65/23
clients [6] 32/19 33/1 33/4 33/10 244/13 244/20
clients' [2] 31/24 66/2
clinic [1] 122/5
clinical [13] 121/23 121/25 125/15 127/19 128/25 141/24 141/25 193/10 209/20 210/24 211/6 229/17 229/17
clinically [1] 210/9
clinician [2] 67/22 212/9
clock [1] 206/17
close [6] 36/25 37/5 40/6 75/8 89/11 118/24
closed [2] 131/18 177/4
closely [1] 235/25
closets [1] 146/19
Closing [1] 171/13
CMR [1] 1/9
coached [2] 17/17 43/4
Code [6] 23/15 24/2 24/4 241/6 241/15 242/13
coexist [1] 246/25
cohort [1] 117/16
cohorts [2] 135/4 135/6
cold [1] 121/23

C

colleague [1] 105/5
column [2] 100/5 105/15
com [1] 198/25
combine [2] 202/22 229/24
come [57] 9/5 22/3 22/15 22/19 22/22
 23/3 29/12 33/16 44/3 51/12 51/15 56/9
 56/12 57/24 57/25 58/7 81/10 82/9 82/9
 88/18 91/15 98/23 104/16 104/23 105/6
 112/11 112/23 119/23 138/19 142/22
 143/8 144/10 146/1 146/3 149/6 150/3
 150/13 153/18 157/17 157/20 162/9
 163/13 163/16 172/24 178/22 202/13
 209/11 210/7 214/16 216/23 224/22
 232/2 232/3 233/25 235/17 236/1
 244/21
come-up [2] 82/9 82/9
comes [13] 14/4 50/10 50/25 70/11
 70/14 70/15 98/25 104/15 142/9 144/5
 157/22 204/25 212/15
comfort [1] 125/4
comfortable [1] 69/17
comforting [1] 45/5
coming [9] 11/20 36/6 54/5 54/6 61/22
 82/12 118/12 165/21 171/23
commandments [4] 132/14 132/17
 153/18 230/23
commands [1] 147/3
commercial [1] 77/8
commit [2] 158/6 210/1
commitment [4] 154/5 155/2 197/18
 214/25
commitments [3] 150/21 150/22 158/18
committed [4] 141/11 175/1 201/3
 208/21
common [6] 104/1 120/12 157/11 160/2
 200/10 214/17
commune [2] 191/16 205/6
communicate [5] 46/19 57/24 150/3
 156/23 246/15
communicated [2] 171/14 178/15
communication [2] 154/24 177/1
communications [1] 176/3
communities [1] 210/8
community [6] 12/23 48/13 148/6
 150/17 172/16 246/4
companies [1] 193/20
company [4] 69/3 72/18 81/24 82/1
compare [1] 160/2
compared [1] 158/14
comparison [1] 158/15
compass [1] 154/8
compassionate [6] 196/5 196/7 196/9
 196/11 196/13 197/19
compelling [19] 10/2 10/6 10/10 10/11
 10/12 10/14 21/22 21/23 22/1 33/4
 225/9 225/22 225/24 226/2 226/10
 236/25 238/8 242/11 242/21
compelling-interest [1] 226/10
compensate [1] 243/12
compensated [3] 53/6 53/9 142/12
complained [1] 163/21
complaint [8] 12/17 14/15 163/13 176/8
 176/12 201/18 239/2 239/2
complaints [4] 55/10 61/3 150/25
 163/17
complete [4] 11/17 40/2 167/9 170/16
completed [2] 96/4 117/5
completely [6] 48/8 50/12 162/10 172/1
 179/12 245/22

completion [1] 88/11
complicated [1] 18/25
comply [1] 234/21
component [5] 49/23 52/5 65/8 96/24
 113/21
comprehensive [2] 159/12 225/17
compromise [1] 33/21
concede [1] 231/18
conceded [2] 20/19 20/21
conceivable [1] 21/18
concentrate [1] 102/2
concentration [1] 31/1
concept [4] 158/21 193/9 239/4 245/10
conceptualize [1] 160/25
conceptualizes [1] 242/19
concern [2] 16/11 61/18
concerned [4] 124/14 168/4 179/5 224/9
concerns [4] 56/9 210/3 223/25 243/19
concert [1] 248/16
conclude [2] 35/22 235/18
concludes [1] 242/6
conclusion [3] 35/21 107/10 231/11
conclusively [1] 21/14
concomitantly [2] 137/3 137/5
conducive [1] 121/24
conduct [5] 66/9 104/24 125/3 234/1
 234/2
conducted [2] 30/24 241/3
conducting [1] 115/19
conference [1] 177/23
conferences [1] 177/19
confines [2] 203/8 203/11
confirm [3] 72/16 197/2 223/23
confirmation [2] 209/7 214/24
conflict [2] 173/9 173/22
confusing [2] 173/14 217/5
confusion [2] 193/14 216/21
conjunction [1] 191/5
connect [10] 39/13 43/4 118/8 119/19
 119/20 120/10 123/24 131/9 144/3
 144/4
connected [5] 108/16 108/23 111/19
 113/10 146/5
connecting [1] 123/14
connection [15] 6/14 6/18 24/18 24/19
 28/18 73/22 96/4 121/1 121/6 123/16
 123/23 157/10 182/16 192/16 223/18
connections [2] 125/12 129/19
consciousness [6] 142/24 142/25 146/7
 153/1 153/5 154/10
consent [3] 158/8 159/13 175/2
consequences [1] 239/19
conservative [2] 148/10 148/10
consider [17] 18/17 35/25 56/14 115/5
 137/2 139/14 144/24 144/25 145/2
 147/11 148/11 155/5 168/3 175/5
 180/16 244/4 244/15
consideration [5] 99/25 100/1 100/4
 182/16 236/3
considered [8] 87/23 122/11 136/3
 141/24 153/21 225/16 236/17 241/10
consist [4] 90/4 94/1 96/7 104/24
consistent [5] 133/8 190/21 202/6 202/9
 230/3
consists [6] 84/14 94/2 96/8 97/16
 97/17 232/5
consolidate [1] 247/2
constantly [1] 152/22
constitute [1] 13/15
constitution [9] 9/25 154/16 155/10

170/22 186/14 230/17 241/13 241/14
 248/1
constitution-like [1] 154/16
constitutional [4] 18/19 19/9 230/8
 230/16
constraints [2] 21/15 137/19
consult [6] 47/10 47/12 76/15 118/23
 244/12 245/23
consulted [1] 165/21
consults [1] 150/19
consume [5] 84/18 85/5 85/19 86/6
 104/13
consumed [2] 78/25 122/9
consuming [1] 43/1
consumption [2] 100/23 103/3
contact [7] 40/13 72/20 73/3 114/6
 164/7 212/18 246/16
contacting [1] 40/14
contained [3] 12/17 12/18 12/20
container [1] 125/18
contains [3] 95/20 226/21 227/16
contaminants [1] 71/8
contemplates [1] 240/2
contemporary [1] 152/3
contend [4] 203/13 204/12 204/16 214/3
content [3] 152/14 186/19 227/6
contents [1] 183/20
context [9] 19/24 30/11 36/5 40/9 54/16
 92/3 145/2 159/14 237/9
continue [10] 50/19 56/21 89/7 124/11
 124/18 130/14 133/20 175/9 175/11
 238/10
continues [1] 162/3
continuing [2] 127/20 135/13
contradict [3] 50/18 61/25 76/7
contradicted [1] 68/3
contraindicate [1] 94/21
contraindication [3] 119/4 136/20 137/4
contraindications [1] 136/23
contrary [4] 85/3 171/7 171/9 230/7
contrast [3] 14/4 28/5 29/24
contributing [1] 141/12
control [1] 23/13
controlled [31] 11/3 11/25 14/18 15/2
 21/24 22/2 22/4 22/6 23/8 23/10 23/17
 34/4 107/3 138/8 170/18 202/20 223/20
 223/23 223/25 224/4 226/16 226/19
 228/3 236/24 237/9 237/14 238/2 241/4
 241/5 246/3 246/7
controlling [1] 22/6
controls [1] 19/18
convenience [1] 206/6
convenient [1] 16/12
conversation [2] 165/6 186/20
conversations [1] 176/21
converse [1] 211/21
converts [1] 244/2
conviction [1] 239/10
cooperation [2] 34/15 232/12
copies [1] 185/11
copy [6] 47/8 58/10 58/12 58/13 169/19
 197/20
core [3] 123/13 214/3 215/15
corner [1] 218/6
correct [81] 16/9 21/3 24/9 65/18 65/21
 66/10 72/14 74/20 76/5 77/1 79/16
 82/25 87/13 109/8 122/9 128/10 128/11
 129/1 131/11 133/5 139/12 163/7 184/8
 184/13 188/2 191/1 191/14 192/1 192/4
 192/12 193/17 193/21 194/18 194/20

## C

correct [41] 194/2 194/4 194/5 195/1 195/3 195/4 195/6 195/10 195/22 196/21 198/10 198/11 198/13 198/17 199/7 199/19 199/20 199/22 200/22 200/23 201/13 201/20 202/1 203/1 203/15 204/14 206/13 207/16 207/20 209/15 210/19 210/22 211/15 211/20 211/24 212/23 213/4 213/7 215/10 215/21 216/1 216/2 216/4 216/11 219/1 222/17 222/19 231/16

corrected [2] 1/21 197/5

correction [2] 193/1 194/13

correctly [4] 86/3 105/17 176/20 193/11

corroborate [1] 223/22

corrupt [1] 154/17

corruption [2] 154/14 154/18

cost [1] 191/19

couch [1] 43/15

could [85] 9/2 14/6 14/9 14/9 17/8 21/11 22/16 23/13 26/2 28/6 28/6 29/13 29/16 32/17 33/1 33/9 34/15 34/16 37/20 39/3 42/1 44/8 44/21 53/4 61/15 64/20 68/7 73/10 74/11 74/11 78/19 78/19 85/14 86/18 87/12 87/16 88/2 88/18 92/4 92/17 94/14 97/12 98/21 98/22 98/24 98/25 99/23 102/8 102/10 109/12 119/11 122/7 123/13 125/16 141/3 141/22 145/22 153/7 156/12 159/10 170/15 174/11 174/24 176/14 176/15 180/14 181/10 181/17 183/1 208/14 212/2 212/19 218/9 220/5 223/2 232/2 234/12 234/14 235/18 235/23 237/13 237/21 240/6 247/3 248/2

couldn't [5] 31/22 40/7 48/10 51/6 70/19

council [2] 149/1 149/22

counsel [42] 5/6 5/23 6/23 7/7 73/14 88/18 111/20 111/22 112/10 125/20 137/15 148/23 169/23 179/3 181/12 182/12 185/11 186/8 186/11 197/1 204/1 207/3 209/23 210/2 210/13 214/11 221/15 224/24 226/5 227/18 231/18 234/8 234/9 234/14 236/15 238/25 243/19 244/13 244/21 245/22 246/14 248/12

counseling [1] 141/20

count [1] 188/25

counter [3] 12/24 78/25 154/20

counter-culture [1] 154/20

counterculture [1] 173/23

country [3] 31/5 174/1 235/23

COUNTY [13] 1/10 2/10 5/11 6/4 63/24 149/25 165/17 165/17 175/24 186/15 187/7 187/18 249/4

County's [3] 35/19 235/9 236/16

couple [10] 99/22 106/22 120/13 138/2 138/6 191/18 199/18 221/9 245/9 247/6

course [13] 6/15 8/17 9/5 18/22 126/24 127/1 165/5 179/9 183/25 206/16 226/25 227/22 240/4

courses [1] 215/7

court [98] 1/1 5/9 5/16 5/19 9/20 10/6 12/7 12/13 12/15 13/12 15/17 18/5 18/7 18/10 18/11 22/25 24/3 26/21 27/15 29/16 30/6 30/7 30/10 31/23 32/3 32/5 33/12 33/15 33/19 33/21 34/11 35/22 35/25 36/19 37/5 38/21 88/13 88/15 89/2 116/5 116/25 140/17 143/19 178/24 181/8 181/11 181/20 182/12 183/16 183/16 186/17 186/18 192/20 192/23 221/18 225/5 225/7 226/5 226/7 226/8 226/13 226/15 226/18 228/6 228/18 228/22 230/7 230/15 231/9 232/12 232/13 232/20 234/22 235/11 235/18 235/20 236/4 237/8 237/20 238/10 239/3 239/11 240/11 240/15 241/16 242/3 242/4 242/5 242/5 242/14 242/20 242/24 243/2 243/8 243/13 243/23 244/1 244/4

court's [7] 10/8 21/23 30/21 35/10 179/6 180/2 183/3

Courthouse [1] 1/23

courtroom [5] 5/18 36/16 116/2 140/15 244/14

courtrooms [1] 57/11

courts [1] 173/17

cover [1] 160/1

covered [2] 170/16 170/18

CPP [2] 95/10 104/1

craft [1] 29/16

create [8] 6/7 27/5 28/10 34/3 52/11 83/17 155/13 200/10

created [1] 83/16

creating [2] 155/12 155/15

creation [6] 151/19 152/2 152/4 152/18 153/22 154/9

credentials [1] 127/20

credibility [1] 247/12

credible [1] 239/18

credits [2] 179/20 242/14

criminal [25] 24/18 24/21 24/24 25/1 25/3 25/5 25/20 27/3 28/7 35/2 36/6 63/2 63/12 232/8 233/6 233/25 234/12 246/21 247/18 247/22 247/23 247/25 248/4 248/6 248/7

criteria [2] 145/25 215/1

critical [1] 20/2

cross [14] 3/5 3/9 48/1 64/1 89/10 106/23 114/23 126/1 138/3 179/20 183/1 185/15 187/15 221/11

cross-examination [12] 3/5 3/9 64/1 89/10 106/23 114/23 126/1 138/3 179/20 183/1 187/15 221/11

cross-examine [2] 48/1 185/15

CRR [3] 1/23 249/8 249/22

cry [1] 167/22

CSR [3] 1/23 249/8 249/22

culminate [1] 94/4

cultish [2] 154/14 154/18

culture [1] 154/20

current [2] 149/3 206/25

currently [3] 126/11 206/12 219/9

curtains [1] 121/22

customs [1] 30/19

cut [7] 68/19 182/10 182/23 202/15 204/5 221/7 224/12

cutting [1] 147/11

cv [2] 1/9 5/12

## D

Dabak [1] 5/21

dad [3] 39/23 41/1 45/3

daily [2] 46/24 203/25

Daime [1] 11/21

damages [1] 243/12

Dame [1] 163/1

dangerous [2] 68/8 238/9

dangers [3] 68/2 68/5 72/8

Daoist [1] 209/4

dark [1] 146/10

date [8] 83/4 134/18 147/12 182/5 189/1 194/11 199/17 244/14

dated [1] 216/10

dates [3] 95/18 95/20 201/4

daughters [1] 122/16

day [24] 6/17 18/3 39/6 53/21 55/25 56/2 58/3 78/15 78/19 97/19 124/9 153/4 153/7 153/9 162/1 182/4 219/3 228/15 228/19 231/25 233/24 243/1 243/6 249/16

days [6] 96/19 132/10 172/14 190/20 190/24 244/16

dba [2] 1/6 222/16

DEA [7] 11/23 30/24 31/3 31/9 183/15 184/22 236/10

deadline [1] 245/18

deal [3] 124/16 233/13 236/18

dealing [3] 118/3 160/3 166/15

Dean [1] 67/7

death [2] 128/22 218/2

DECEMBER [6] 1/18 4/10 129/10 188/5 244/6 249/16

December 20th and [1] 244/6

deception [1] 167/11

deceptions [2] 152/25 153/5

decide [6] 41/12 142/4 145/8 147/7 228/11 245/23

decided [5] 6/23 40/1 161/20 191/4 240/24

decision [3] 14/23 17/22 236/4

declaration [14] 12/18 12/19 80/22 98/12 115/7 130/7 179/24 192/16 192/20 193/4 193/7 199/13 199/15 201/15

declarations [7] 12/22 15/16 115/9 140/4 179/22 182/1 192/17

declaratory [3] 221/17 236/10 237/7

declare [1] 86/13

declined [1] 59/6

decrease [1] 14/1

Dedrickson [1] 56/19

deduction [1] 152/2

deem [2] 11/7 160/10

deeper [5] 43/22 45/17 103/17 112/23 120/10

deeply [2] 145/18 146/5

defend [2] 208/19 232/15

defendant [4] 2/10 2/19 63/22 241/15

Defendant's [2] 93/17 186/12

defendants [25] 1/12 9/18 10/19 12/5 12/6 12/24 13/16 13/22 14/15 26/22 28/17 31/10 35/8 35/14 63/22 114/18 125/22 125/24 179/3 224/24 225/5 227/13 242/24 243/20 243/24

defending [1] 34/6

defense [11] 24/17 24/21 24/24 25/6 26/25 27/3 28/7 35/2 232/9 244/21 248/3

defenses [3] 120/14 120/17 123/6

defer [5] 102/3 125/23 211/19 211/24 212/7

define [5] 20/15 21/3 86/19 135/6 212/23

defined [3] 24/19 24/20 27/12

definitely [2] 124/17 216/21

definition [1] 235/12

defunct [1] 13/4

degree [2] 155/10 158/19

deities [1] 143/16

D

delivered [3] 68/9 74/4 74/25

delivers [2] 69/11 69/13

demonstrate [2] 10/4 239/18

demonstrated [1] 13/18

demonstration [1] 14/13

DeMott [1] 2/20

DenBleyker [9] 17/8 92/18 115/20 116/9 116/15 116/17 116/18 126/4 138/5

denied [2] 19/12 34/14

denomination [1] 83/7

denying [2] 10/12 226/3

department [2] 176/3 184/1

depending [2] 74/10 180/19

depends [5] 53/13 104/14 136/17 150/23 211/1

depression [2] 71/17 71/18

deprivation [2] 243/4 243/10

depth [1] 129/8

depths [2] 122/19 205/16

deputies [1] 5/18

deputize [1] 173/16

deputy [4] 36/16 116/2 140/15 244/14

describe [19] 39/3 42/1 44/8 45/18 55/19 62/22 63/5 86/16 121/10 121/18 123/2 141/22 143/1 143/6 143/6 143/8 143/13 143/24 160/19

described [13] 41/4 41/15 42/25 56/5 62/6 90/2 106/25 121/4 121/10 133/11 161/19 170/22 193/9

describing [1] 169/5

description [1] 75/23

desire [1] 75/22

desires [2] 152/21 152/25

desiring [2] 65/4 65/5

desk [2] 201/25 202/2

despite [1] 209/18

detail [1] 36/7

detailed [2] 33/16 33/19

details [2] 121/16 244/22

detained [2] 55/18 55/23

detective [16] 165/12 165/13 179/25 181/4 183/4 184/8 184/9 184/20 186/5 186/15 223/14 223/17 224/2 224/13 225/25 226/1

detention [1] 13/18

determination [1] 183/14

determine [6] 19/3 104/16 105/5 129/17 129/25 203/6

determined [2] 99/21 99/22

develop [2] 46/16 132/3

developed [1] 229/15

device [1] 115/19

dialogue [3] 164/23 228/19 231/19

dictate [1] 130/3

did [150] 7/6 24/10 24/14 38/12 38/19 40/10 40/13 40/24 41/4 41/7 41/14 41/21 42/8 42/14 42/25 43/11 43/20 43/24 45/12 46/2 46/9 46/12 46/21 46/22 47/4 49/12 51/8 55/16 56/2 56/5 58/3 58/7 59/5 59/12 59/18 60/6 61/5 75/3 75/15 76/14 76/20 76/24 77/21 78/5 80/10 81/8 83/17 104/22 105/17 105/25 117/10 117/17 117/17 117/25 118/19 118/21 118/22 119/3 119/10 119/14 119/23 120/2 120/11 120/19 122/8 122/11 122/11 122/14 123/9 126/7 126/16 127/4 127/5 129/6 130/9 130/16 131/19 131/22 133/13 133/22 134/10 134/16 135/4 138/11 138/13 138/19 141/13 141/25 142/4 142/11 143/16 143/17 144/7 147/25 148/5 148/15 148/17 148/20 150/1 161/24 161/24 164/15 164/17 164/24 165/1 165/1 165/4 165/20 166/20 166/21 167/12 168/17 170/24 171/11 171/12 171/19 171/24 172/10 172/20 172/22 172/24 173/5 173/6 175/24 176/18 179/22 179/22 183/8 184/21 184/24 186/15 186/19 187/20 188/9 188/15 189/16 191/6 193/11 194/3 194/17 198/3 200/13 206/15 206/19 216/8 217/18 219/14 220/2 222/23 234/5

didn't [54] 7/14 24/4 30/2 33/24 40/1 44/20 45/1 46/14 51/8 51/13 61/1 68/19 97/2 100/18 101/21 106/17 113/13 120/12 121/9 123/15 125/14 129/7 142/10 146/19 148/12 150/8 166/15 167/3 171/21 172/1 173/9 175/6 178/12 186/9 190/20 199/23 199/24 201/15 201/18 201/21 205/12 216/22 219/18 220/4 221/7 222/22 222/23 225/25 226/1 232/25 234/16 234/17 245/19 246/8

die [1] 132/19

difference [2] 16/6 238/7

different [41] 11/20 12/1 12/22 14/25 22/16 26/8 28/8 29/24 36/4 45/16 45/17 53/25 54/8 54/10 54/15 54/18 63/17 66/4 77/14 90/1 90/5 90/8 102/25 109/21 110/10 112/24 112/25 113/24 121/3 121/5 141/14 144/19 156/13 163/3 193/19 193/23 203/14 203/14 217/6 227/16 239/25

differential [1] 230/15

differentiate [1] 162/9

differently [3] 29/17 82/19 121/3

differing [1] 144/6

difficult [3] 18/2 99/2 213/1

difficulty [1] 118/9

dig [1] 127/6

Dillon [2] 2/15 6/5

diplomacy [1] 155/11

dire [1] 14/2

direct [8] 31/14 37/18 116/12 137/20 141/1 183/3 186/18 187/20

directed [3] 43/8 43/9 43/9

direction [4] 47/17 47/18 165/22 186/21

directly [1] 218/1

directs [1] 205/20

disability [1] 117/7

disagree [2] 87/20 238/16

disappeared [1] 25/22

disclose [2] 158/9 175/4

disclosure [1] 175/2

disclosures [1] 175/13

disconnection [2] 119/3 119/9

discount [1] 109/24

discounted [1] 133/24

discover [4] 86/21 86/23 212/23 213/4

discovery [3] 73/18 245/5 247/1

discretion [2] 11/5 19/3

discuss [6] 13/17 46/21 82/22 174/24 227/21 244/20

discussed [7] 70/1 79/25 81/6 98/1 191/5 224/17 227/7

discussing [3] 60/1 149/14 166/19

discussion [3] 146/23 186/13 186/15

discussions [1] 167/10

disenchanted [1] 142/6

disengage [1] 152/24

disingenuity [1] 237/21

disingenuous [1] 237/20

dispatch [1] 212/17

dispose [2] 235/11 235/19

dispute [4] 17/4 18/9 201/22 232/24

disputed [1] 13/16

disregarded [1] 76/23

dissolves [1] 244/1

distance [2] 75/2 75/3

distanced [2] 13/24 83/10

distant [1] 119/9

distinction [2] 20/3 27/13

distinguish [1] 31/10

distributing [2] 160/10 172/15

distribution [1] 183/23

district [6] 1/1 1/2 30/9 31/23 166/1 221/18

Diva [1] 67/6

diversity [1] 160/18

divine [11] 131/10 131/16 131/18 132/6 136/3 177/10 177/24 178/3 178/5 178/15 213/6

diving [1] 88/13

DIVISION [1] 1/3

divorce [1] 134/24

do [358]

docket [5] 185/10 227/14 227/16 240/23 240/24

doctor [5] 67/20 67/20 116/17 116/19 231/4

doctors [1] 121/22

doctrinal [2] 12/20 151/7

doctrine [5] 108/19 111/1 111/12 155/9 157/24

doctrines [7] 109/2 111/5 151/2 151/5 171/7 205/15 225/13

document [28] 51/22 58/21 58/23 58/25 92/25 93/11 111/20 151/16 151/20 151/21 152/5 153/11 153/12 153/13 153/16 153/17 154/16 155/17 155/25 156/2 158/21 158/25 159/7 159/8 159/12 171/3 193/2 194/6

documentary [3] 9/4 9/6 182/16

documented [1] 211/13

documenting [1] 144/24

documents [5] 12/25 151/13 181/25 194/2 214/11

DODGE [2] 2/12 2/15

does [74] 1/11 9/14 14/10 18/16 28/2 40/12 55/6 64/11 66/1 67/18 69/5 74/13 80/23 80/25 81/3 83/4 86/13 86/16 86/19 87/2 89/12 90/4 90/14 90/22 91/13 94/1 94/4 94/10 94/17 95/3 96/7 96/7 98/18 100/10 100/13 101/3 103/15 104/6 104/16 104/24 108/4 108/7 109/6 109/22 110/18 132/16 132/19 145/19 145/20 147/15 149/6 151/18 156/8 159/7 162/5 162/5 169/4 171/6 171/7 186/19 194/13 199/17 204/4 207/5 207/11 208/7 212/25 213/6 217/23 218/6 228/1 238/6 238/21 242/24

doesn't [22] 17/16 20/20 22/2 23/14 23/25 34/11 34/11 34/12 83/12 84/13 130/3 144/8 144/19 163/1 173/8 208/21 208/24 208/25 209/2 213/14 230/5 232/18

dogma [1] 157/24

dogmatic [4] 52/8 84/1 91/20 91/20

doing [29] 12/8 36/4 40/20 42/14 54/8

## D

doing [24] 54/11 54/11 59/4 66/23 85/7 92/17 95/6 114/8 118/11 120/20 137/8 162/8 166/13 166/18 168/21 175/10 181/11 188/12 188/20 189/24 190/1 191/24 213/15 246/3
dollars [1] 191/21
dolson [1] 2/17
dominant [1] 148/10
don't [169] 8/10 15/21 16/15 17/4 20/23 20/23 22/22 23/11 23/12 25/22 26/5 27/15 27/17 27/20 27/25 28/14 28/15 29/12 31/24 33/8 33/11 33/18 34/1 35/18 38/22 50/1 50/11 50/17 51/25 52/18 54/23 55/8 55/9 56/17 56/20 56/21 57/11 60/4 63/4 68/25 69/12 69/13 69/16 70/10 70/13 70/14 72/16 72/18 72/25 73/16 74/6 81/10 81/21 81/25 82/15 83/12 87/25 91/14 92/1 92/11 92/11 93/12 95/7 104/8 110/17 110/19 114/9 115/9 118/22 120/2 121/2 125/16 126/15 129/16 129/21 129/22 131/25 134/17 135/20 136/2 136/19 137/9 138/23 139/1 144/11 144/14 145/12 146/17 148/12 150/21 153/9 155/22 155/22 157/21 159/18 160/5 161/10 165/5 165/25 167/5 168/19 173/25 174/17 178/9 179/6 181/2 181/7 181/12 182/25 182/25 184/18 185/1 185/17 187/3 190/13 190/14 194/3 195/8 196/22 200/21 201/22 202/4 202/11 202/13 202/23 202/25 204/1 204/25 205/1 205/7 205/15 205/16 205/17 205/25 209/3 209/5 209/5 209/7 214/7 214/14 214/18 214/21 214/22 215/2 215/4 215/6 215/8 218/9 218/12 218/13 219/13 223/7 224/15 224/18 224/20 225/6 229/19 232/15 233/2 233/3 233/18 244/8 244/24 245/11 245/17 247/12 247/19 247/19 248/16
donate [2] 109/25 129/8
donated [1] 134/1
done [24] 21/12 36/4 40/4 40/4 100/2 120/23 121/21 124/10 124/16 129/21 134/20 134/22 167/4 181/23 181/25 192/17 196/23 196/25 203/18 229/16 229/17 230/9 232/12 246/24
door [1] 171/13
doors [6] 103/24 188/3 188/6 188/13 192/5 192/10
DOPL [5] 176/6 176/8 187/21 187/22 193/16
dosage [3] 99/15 120/17 235/17
dosages [1] 212/6
dose [7] 68/11 99/8 99/10 99/12 100/3 102/17 102/19
doses [1] 134/13
dot [1] 198/25
doubt [1] 33/21
down [34] 22/3 33/1 41/19 45/1 49/17 50/10 58/20 60/17 62/24 91/14 99/8 104/15 105/6 119/19 120/16 123/7 149/17 149/23 152/6 153/25 156/12 156/14 157/2 165/25 167/2 175/7 198/20 199/3 199/9 201/2 214/21 217/23 220/10 246/5
download [1] 156/15
downloads [1] 125/12
downstairs [1] 173/1
dozens [1] 70/24

Dr [1] 116/18
Dr. DenBleyker [1] 116/18
drank [2] 43/6 103/5
drastically [1] 175/19
draw [1] 112/21
DRE [1] 223/15
DRE-certified [1] 223/15
dried [1] 69/6
drink [1] 101/22
drive [1] 112/8
driven [1] 54/18
dropped [1] 172/14
drug [17] 10/25 13/2 14/12 25/17 26/8 31/6 32/23 67/9 76/10 79/12 85/18 110/20 160/2 183/23 210/6 221/14 231/21
drugs [17] 31/13 79/1 79/3 84/18 84/21 85/2 85/5 85/8 86/6 91/24 135/22 137/2 137/10 160/10 166/15 172/15 232/6
dual [1] 65/8
dub [1] 142/23
due [2] 174/8 220/3
Duke [1] 162/25
duly [3] 37/17 116/11 140/23
during [25] 9/5 44/8 44/24 64/7 71/23 72/1 72/3 78/20 85/7 85/9 85/17 85/17 86/9 93/12 98/11 122/12 122/13 136/18 137/2 137/10 160/15 166/19 172/5 195/2 242/3

## E

each [27] 8/9 8/14 31/2 31/7 46/7 66/4 66/7 67/23 77/19 78/5 87/1 87/9 96/4 109/18 109/18 132/3 143/4 146/8 146/8 146/9 156/24 161/23 212/22 224/20 231/1 245/24 246/15
earlier [13] 83/10 84/2 87/12 95/9 98/1 160/20 161/19 167/15 188/5 188/6 191/5 205/3 219/21
early [5] 50/3 121/1 133/13 134/17 239/7
earth [3] 90/7 106/8 154/5
easier [1] 222/8
easily [4] 151/12 161/3 235/12 235/18
Easter [1] 89/20
Eastern [1] 205/9
easy [1] 248/14
eat [5] 96/10 96/15 96/16 96/16 96/18
eats [1] 96/20
echo [2] 47/20 224/19
echos [1] 6/7
Eden [2] 67/7 67/15
education [7] 94/2 127/20 136/9 141/21 162/10 162/11 163/5
educational [1] 200/22
effect [3] 164/20 183/16 185/4
effective [3] 136/4 146/25 219/7
effectively [1] 236/23
effects [7] 43/16 68/2 72/8 82/10 103/9 105/10 224/3
efficiency [1] 229/24
efforts [2] 82/2 82/4
ego [1] 53/22
eight [10] 104/14 105/10 135/9 156/13 156/17 157/25 158/16 196/25 215/4 215/6
eight-year-old [3] 157/25 158/16 215/4
Eightfold [1] 153/20
either [17] 8/3 22/25 52/10 53/6 61/25 67/23 109/17 163/13 173/10 183/24

202/5 202/10 222/22 232/5 243/15 244/1 246/24
elect [2] 101/1 102/3
elected [1] 33/25
electronic [3] 9/7 151/13 185/10
elicit [1] 236/5
eliminating [1] 136/12
elite [2] 195/24 197/9
else [26] 17/10 18/5 34/19 35/7 35/13 39/15 42/20 43/12 43/23 56/2 57/21 58/3 61/24 66/15 70/5 79/5 81/22 88/16 94/23 153/8 160/13 172/10 173/12 185/7 220/2 221/8
elsewhere [2] 109/5 109/6
email [2] 118/13 129/4
embodying [1] 146/10
emergency [6] 212/12 212/18 234/16 236/8 237/21 239/5
emotional [1] 154/23
emotionally [1] 104/19
emphasize [2] 148/25 160/20
employ [1] 94/18
employees [2] 61/19 63/1
empowered [2] 212/23 213/3
enable [1] 31/10
enabled [1] 122/6
enables [1] 131/16
enact [1] 24/7
encounter [1] 171/11
encourage [2] 85/21 85/22
encourages [1] 90/15
end [25] 7/22 9/13 16/6 20/2 28/13 31/21 61/16 105/16 112/16 128/21 166/1 167/12 167/21 170/15 171/10 171/11 171/12 180/10 182/4 187/20 191/21 191/21 223/24 233/24 244/19
end-of-life-type [1] 128/21
ended [1] 129/8
ending [1] 40/6
endorse [1] 146/18
endorsed [1] 220/2
enemies [1] 146/5
enforce [4] 202/23 202/24 236/23 246/7
enforceable [1] 227/22
enforcement [26] 14/18 25/17 28/21 31/6 31/18 55/13 58/3 58/5 62/6 164/7 164/10 165/23 171/10 172/11 172/25 173/15 175/23 178/2 180/3 180/5 221/14 223/15 223/20 239/19 241/7 246/1
enforcement's [2] 56/8 246/7
enforcing [13] 14/19 14/25 15/1 15/3 15/4 21/24 22/2 22/4 22/6 25/17 223/20 224/4 228/3
engage [3] 65/17 228/5 246/2
engaged [3] 164/22 246/11 247/23
engagement [2] 150/23 153/4
engages [1] 66/12
engineered [1] 236/8
engineering [1] 155/15
enjoining [1] 248/7
enjoy [1] 52/23
enlightening [1] 200/11
enlightenment [1] 154/3
enough [12] 7/6 37/6 71/15 88/19 90/10 130/2 230/1 230/2 231/16 234/11 239/9 239/10
ensure [7] 127/23 128/3 159/15 197/11 197/19 210/2 212/6
enter [1] 5/23

E

entered [4] 30/10 33/19 225/14 236/19
entering [2] 225/14 225/15
entertaining [1] 6/9
entheogenic [5] 27/18 29/10 84/24 90/11 154/3
entheogens [1] 84/19
entire [6] 35/21 43/20 122/17 215/13 235/16 236/6
entirely [2] 13/25 231/22
entities [6] 29/21 41/1 112/24 160/20 175/25 220/20
entitled [5] 15/24 17/2 17/3 17/18 237/17
entity [11] 31/19 134/2 143/25 144/2 146/20 146/20 146/24 146/24 194/22 194/25 195/19
entropy [1] 154/11
entry [4] 14/5 103/12 104/3 104/7
environment [3] 121/18 121/20 122/5
envision [1] 8/10
ephemeral [1] 160/19
epistemological [1] 154/8
epistemology [1] 156/10
equities [1] 243/14
erect [1] 225/5
Eshan [1] 5/21
especially [5] 21/15 45/6 181/20 206/8 210/17
Espírita [1] 10/9
essential [2] 152/9 152/23
essentially [6] 12/25 17/17 173/15 183/5 186/17 235/20
establish [2] 198/2 228/23
established [3] 21/22 174/16 229/9
establishing [2] 110/25 233/1
establishment [1] 235/14
establishments [1] 197/24
estimate [2] 65/13 65/15
et [3] 5/11 5/11 241/6
etc [2] 175/24 229/7
eternal [2] 155/8 211/2
eternity [1] 208/22
ethical [2] 40/20 230/23
ethically [7] 50/20 51/7 52/2 93/21 94/13 95/4 95/5
ethics [1] 52/2
evaluation [1] 187/4
Eve [1] 208/4
even [33] 7/21 10/16 12/1 14/2 16/16 20/11 20/15 26/24 27/20 27/25 28/1 28/1 32/17 34/10 63/5 102/23 146/5 156/16 157/3 168/9 173/22 178/15 179/11 186/20 186/21 214/22 221/16 227/12 229/5 229/17 231/17 234/20 239/10
evening [2] 55/22 245/18
event [7] 23/15 143/14 167/22 179/12 212/21 217/4 249/14
events [2] 164/3 164/4
eventually [4] 120/15 120/17 164/25 165/1
ever [45] 9/19 14/14 14/15 21/23 29/7 38/25 46/21 50/3 53/4 55/13 59/12 59/18 59/22 62/2 76/14 76/20 78/25 79/7 79/9 79/12 84/21 86/10 91/5 100/2 126/7 130/16 132/7 150/12 160/6 161/10 161/11 163/13 163/17 163/21 168/17 173/3 190/10 212/15 212/21 214/21 219/22 221/17 232/2 236/20

239/7
every [30] 13/9 13/6 21/17 22/23 23/4 29/12 53/4 53/5 90/24 90/1 90/3 98/3 119/16 123/21 148/19 151/25 154/6 159/19 161/14 161/17 161/17 190/2 190/3 191/21 203/6 204/19 214/15 214/15 214/21 230/3 232/1
everybody [7] 82/19 162/7 209/14 209/17 220/15 228/15 228/16
everyone [13] 5/5 7/13 28/17 46/6 62/16 87/24 88/16 90/8 112/25 178/25 210/15 240/16 248/23
everyone's [1] 245/25
everything [17] 18/5 42/18 81/22 115/10 119/1 139/14 158/9 161/16 165/25 168/22 179/7 179/9 185/17 215/7 217/24 235/5 238/16
evict [4] 58/6 59/7 172/21 172/23
evicted [2] 63/7 63/13
eviction [6] 13/22 59/1 59/3 59/6 173/13 240/7
evidence [42] 6/17 6/22 8/3 8/4 8/5 8/13 8/17 8/17 8/18 8/22 9/4 10/4 13/9 14/6 27/8 28/23 32/12 34/20 35/15 47/23 73/20 73/21 93/17 109/2 170/1 171/5 174/17 178/8 181/20 182/16 185/20 223/9 225/9 227/4 230/21 231/3 232/25 244/4 244/17 245/12 245/12 248/6
evidentiary [3] 8/7 15/15 182/7
evolve [3] 155/6 155/7 155/9
evolved [4] 152/15 152/16 152/17 152/18
evolving [1] 206/16
exact [3] 77/7 133/25 134/18
exactly [17] 19/2 19/23 19/24 60/5 64/11 64/19 64/23 65/3 84/12 84/13 96/7 105/9 118/16 118/22 135/3 158/9 231/14
examination [24] 3/5 3/7 3/9 37/18 64/1 89/10 106/13 106/23 107/20 113/7 114/23 115/19 116/12 126/1 138/3 139/9 141/1 179/20 183/1 187/15 187/20 221/11 222/2 222/14
examinations [1] 7/22
examine [2] 48/1 185/15
examined [4] 37/17 116/11 140/23 187/5
example [19] 11/19 23/7 23/23 23/24 25/8 26/23 33/13 64/9 83/20 85/18 132/13 136/16 149/7 151/10 159/2 160/13 195/8 223/22 232/7
examples [4] 47/15 47/16 71/13 111/14
excellence [1] 197/18
excellent [1] 248/14
exception [12] 23/11 27/5 27/6 27/7 27/8 34/3 232/8 232/8 233/4 233/21 233/23 243/3
exceptions [2] 232/6 241/6
exclude [1] 15/18
excluded [1] 202/5
exclusionary [1] 15/18
exclusive [3] 171/9 205/2 205/7
exclusively [1] 200/16
exclusivity [2] 205/11 207/12
excuse [6] 78/5 87/19 159/5 160/7 176/4 226/12
execute [2] 51/22 174/6
executed [1] 241/8
executing [2] 165/3 183/12
execution [1] 36/5

exemplary [2] 61/23 61/25
exemption [25] 10/13 11/13 33/23 107/3 138/14 138/17 176/17 177/3 177/6 183/11 183/15 184/22 184/23 186/14 186/17 187/24 221/13 221/18 226/3 226/16 226/25 236/5 236/10 236/21 237/16
exemptions [2] 226/21 226/23
exercise [21] 10/7 14/22 15/5 27/17 27/18 28/3 28/18 28/22 28/24 29/4 34/9 59/3 59/6 172/21 174/6 223/21 241/12 241/13 242/9 242/16 243/11
exercises [1] 124/11
exercising [1] 173/17
exhibit [12] 4/2 58/17 60/16 88/12 93/17 149/11 151/15 153/12 156/1 170/1 171/5 186/12
Exhibits [1] 12/21
exist [5] 22/23 155/14 175/10 175/11 230/2
existed [1] 236/9
existence [5] 25/18 84/6 84/10 84/11 155/15
existential [1] 151/22
exists [1] 11/8
expand [1] 161/24
expect [3] 12/13 42/5 121/14
expectations [1] 7/2
expected [2] 5/7 96/15
expecting [1] 5/5
expedite [3] 140/2 181/21 182/19
expedited [1] 245/5
expeditious [1] 15/8
experience [39] 40/14 43/18 44/8 45/12 54/11 117/21 120/7 120/11 121/7 122/7 122/12 122/15 122/23 122/25 133/4 133/11 136/3 136/9 142/20 142/21 142/23 143/2 143/19 153/1 160/8 188/23 189/1 193/9 196/15 200/17 200/18 200/22 218/18 220/16 220/17 220/18 220/19 229/19 238/5
experienced [9] 12/23 45/16 46/23 46/24 48/3 80/4 108/11 123/7 223/14
experiences [40] 39/20 39/22 44/24 45/7 45/13 45/15 46/2 46/20 46/21 47/3 48/5 49/9 51/3 80/1 85/12 85/16 109/1 120/12 120/13 120/23 120/24 120/25 123/1 123/3 133/3 143/7 143/16 144/20 144/22 145/4 145/7 145/13 145/17 146/1 160/18 161/6 193/8 202/21 215/14 220/21
experiencing [4] 46/9 106/9 142/25 202/20
experiential [1] 123/12
expert [3] 137/17 180/3 236/17
expertise [1] 137/16
expire [4] 176/12 176/14 187/23 193/18
expired [2] 127/11 189/5
expired 2018-ish [1] 127/11
expiring [1] 176/12
explain [10] 40/23 50/12 65/23 65/24 110/15 145/22 159/24 164/24 222/4 222/25
explained [2] 127/2 165/6
explaining [1] 65/20
expletive [1] 106/4
explore [1] 85/21
explored [1] 126/23
exploring [3] 85/10 85/24 200/11
exposure [1] 123/8

## E

express [1] 24/4
expressed [2] 25/19 72/4
expression [1] 225/10
expressly [2] 35/5 35/5
extend [1] 225/19
extended [1] 238/11
extends [3] 226/11 226/12 239/25
extensively [3] 119/1 225/2 225/15
extent [7] 32/9 56/25 115/1 174/14 205/15 230/25 231/1
external [2] 123/15 124/15
extra [2] 39/21 181/9
extract [4] 48/20 49/7 52/12 66/3
extracting [1] 49/24
eye [2] 167/4 183/7
eyes [5] 53/4 105/1 105/2 105/6 166/12

## F

F.3d [1] 21/8
F.4th [1] 242/1
FABIAN [2] 2/3 2/7
fabianvancott.com [2] 2/5 2/9
face [3] 44/15 122/24 167/11
faced [1] 223/21
facilitate [2] 64/13 127/5
facilitated [1] 80/16
facilitating [2] 64/18 161/23
facilitation [1] 64/15
facilitator [22] 48/20 49/6 64/6 64/10 64/12 64/13 65/11 65/14 66/18 66/20 94/8 117/17 126/11 126/19 126/24 127/3 128/2 130/9 130/14 162/6 200/4 200/6
facilitator's [2] 4/3 93/6
facilitators [12] 37/25 54/17 66/19 66/23 66/25 79/24 93/20 93/23 109/17 126/25 161/19 200/21
facility [3] 61/23 125/3 125/6
facing [2] 167/1 235/20
fact [23] 13/2 14/11 15/1 21/20 21/24 24/8 25/19 51/1 109/6 112/5 137/18 139/17 163/23 166/15 178/4 214/22 226/21 227/11 236/12 239/8 240/3 240/4 248/4
factor [1] 131/14
factors [5] 20/6 20/17 20/20 99/22 242/2
facts [1] 235/25
factual [4] 12/12 12/12 225/3 245/5
factually [1] 9/12
faded [1] 170/8
fail [2] 12/11 12/11
fails [3] 232/21 234/20 234/22
fair [5] 113/11 128/7 184/18 187/8 246/18
fairly [2] 120/14 179/19
fairness [1] 199/17
faith [14] 9/15 15/10 63/14 75/4 131/8 151/7 153/18 156/11 156/19 157/1 204/21 225/15 225/16 225/17
fall [9] 29/6 134/17 188/22 192/4 192/5 192/12 193/11 206/23 233/4
false [1] 211/15
familiar [11] 38/6 38/12 38/14 38/19 39/1 39/4 40/10 58/21 143/22 177/13 177/14
family [11] 38/1 39/24 40/11 117/1 117/4 117/5 117/8 119/4 141/9 141/12 154/19
far [11] 12/25 27/6 34/2 74/16 120/16

135/14 136/4 180/5 224/9 225/21 226/14
farther [1] 157/10
fast [3] 96/10 96/18 97/2
fasting's [1] 96/24
fatal [1] 21/20
father [4] 45/20 82/24 141/10 148/24
favor [2] 13/9 236/13
favorites [1] 153/14
favors [2] 157/14 243/14
fear [14] 13/24 13/25 62/8 62/13 62/15 62/15 62/16 62/17 123/7 123/10 124/8 142/23 172/16 174/4
fears [2] 120/16 148/15
February [3] 77/4 246/20 246/23
February 13th of [1] 77/4
federal [12] 18/4 18/7 18/15 18/17 19/2 19/23 24/5 183/16 221/17 236/24 241/16 241/17
feel [38] 41/7 42/14 43/16 44/5 45/22 49/10 51/8 54/6 56/6 63/10 69/17 85/8 87/25 90/17 103/9 109/1 119/20 119/20 119/21 121/5 123/9 137/13 137/15 145/9 146/14 146/15 146/19 148/12 151/22 157/20 158/13 159/23 161/16 162/23 173/12 174/5 211/4 213/18
feeling [16] 56/13 57/21 57/23 61/20 62/8 82/12 86/1 105/3 108/22 112/21 113/1 143/13 146/1 146/4 146/5 146/7
feelings [1] 143/14
feels [3] 58/1 112/14 112/17
felt [23] 41/12 43/6 45/9 48/3 56/7 85/25 119/9 121/24 122/2 122/5 122/6 123/4 129/18 131/17 131/23 133/6 133/10 133/19 145/9 146/16 146/18 165/24 175/4
few [15] 30/15 35/20 45/24 96/19 106/12 152/24 152/25 159/25 182/10 188/24 191/20 193/19 193/23 197/6 199/18
fibromyalgia [1] 71/15
fide [1] 26/4
field [1] 142/6
fifth [5] 80/14 80/15 129/9 130/11 134/1
fight [1] 175/21
figure [6] 15/23 33/2 83/19 88/8 107/6 114/17
figured [1] 132/16
file [5] 9/3 9/6 185/9 240/6 248/4
filed [13] 6/11 6/14 6/15 14/15 32/14 32/14 32/15 194/2 201/12 206/10 241/11 242/4 247/25
files [1] 237/7
fill [2] 200/3 200/25
filled [2] 122/21 216/18
final [2] 98/12 104/6
Finally [2] 236/14 243/13
financial [2] 14/1 62/22
financially [2] 62/13 62/25
financials [1] 109/21
find [19] 38/11 39/12 39/13 48/17 48/18 49/8 50/2 52/13 56/9 84/9 108/9 144/3 144/17 174/6 190/21 192/9 231/9 235/24 237/13
finding [6] 13/9 53/23 56/11 205/6 242/15 244/14
findings [2] 128/16 243/17
finds [4] 242/20 243/2 243/8 243/13
fine [7] 33/12 57/8 73/15 182/13 182/17 223/10 236/7

finish [1] 179/13
finished [9] 32/6 112/4 112/5 129/15 130/1 137/21 175/23 179/12 182/22
first [112] 9/24 10/1 13/12 13/14 16/5 16/21 17/2 18/5 18/8 18/12 18/17 19/14 19/17 19/18 20/16 20/20 34/8 36/1 36/10 36/12 37/17 38/12 40/14 41/9 41/24 42/1 42/3 44/10 44/11 44/12 44/25 45/7 45/12 45/16 76/25 77/3 78/24 97/21 113/23 114/13 116/11 117/17 117/25 118/4 119/15 119/25 120/3 120/6 120/13 121/13 121/14 121/17 122/12 122/13 122/23 122/24 124/20 129/7 129/10 133/6 133/9 133/23 137/13 140/23 143/1 143/3 143/4 145/25 146/14 146/17 147/7 149/3 156/5 159/10 164/6 164/12 164/23 164/25 165/5 166/19 170/8 170/21 174/7 188/9 188/15 188/16 188/23 188/25 193/4 198/2 198/5 198/12 202/20 206/19 212/18 215/17 215/20 216/6 216/12 228/10 230/7 230/11 230/13 234/5 235/17 237/7 238/19 239/17 239/20 241/12 247/7 248/1
fit [3] 162/14 183/1 211/5
fits [3] 203/8 203/10 235/25
five [18] 7/20 12/21 15/8 15/21 77/18 77/24 78/5 78/12 78/13 104/14 109/11 129/7 129/14 135/11 135/13 164/12 224/21 240/12
five-minute [1] 224/21
fix [1] 24/6
flat [1] 81/6
flip [1] 30/14
floor [2] 187/13 233/14
flowing [1] 239/19
focus [2] 46/15 228/17
focused [1] 193/20
Focusing [1] 19/22
folder [1] 217/7
folks [2] 8/11 17/7
follow [8] 6/22 11/10 46/23 49/19 131/25 197/1 220/4 222/13
follow-up [3] 46/23 197/1 222/13
follower [1] 74/24
followers [3] 142/22 202/15 246/2
following [1] 201/4
follows [5] 37/17 109/2 116/11 140/23 243/24
FOMO [1] 142/23
food [1] 96/19
force [1] 162/14
forced [2] 143/19 214/16
forefront [1] 199/4
foregoing [2] 207/13 249/7
foremost [1] 228/14
forfeiture [1] 172/21
forgive [1] 138/5
forgot [1] 215/20
Fork [1] 223/15
form [15] 52/5 52/17 52/20 60/6 60/7 60/8 60/9 101/4 101/22 194/17 199/22 200/3 200/24 201/10 249/9
formal [3] 67/8 130/7 146/16
formalized [3] 67/18 191/10 191/14
formed [8] 120/21 188/2 193/19 193/24 194/1 194/19 196/20 216/20
former [1] 127/15
forming [1] 150/16

## F

forms [1]  42/25

forth [7]  110/25 111/5 151/4 157/20 227/8 227/18 231/19

fortuitous [1]  148/4

forward [7]  50/14 135/13 166/25 167/11 196/16 232/9 248/18

found [13]  11/19 12/20 12/25 15/1 21/23 24/4 128/10 129/3 145/8 146/20 147/15 190/23 201/24

foundation [7]  52/10 52/11 166/6 174/16 188/4 192/8 216/9

foundational [1]  152/4

founded [16]  141/6 142/18 150/10 162/12 162/17 168/13 176/18 188/5 191/10 192/3 192/7 192/11 193/10 204/22 209/12 241/2

founder [9]  12/18 38/18 110/21 110/23 139/11 141/13 141/23 178/4 178/14

founding [1]  154/16

four [14]  38/3 44/13 78/2 80/14 81/2 130/6 130/6 141/10 153/3 153/20 164/12 191/4 191/6 220/23

fourth [2]  133/24 242/2

fractagal [1]  160/23

frame [4]  77/21 122/17 137/5 232/19

framework [3]  9/21 214/4 238/22

frankly [1]  246/5

fraud [1]  213/2

free [24]  10/7 14/21 15/4 18/20 24/15 27/16 27/18 28/3 28/10 28/18 28/22 29/4 72/13 90/18 101/1 102/5 105/4 110/1 203/6 213/12 241/12 241/13 242/9 243/11

freed [1]  21/15

freedom [6]  9/22 60/25 138/17 184/10 241/14 248/2

freeze [2]  69/6 122/17

freeze-frame [1]  122/17

frequently [2]  47/10 220/23

Friday [2]  245/11 245/18

friend [3]  40/12 75/6 75/9

friendly [1]  164/22

friends [2]  40/11 142/22

Frodo [1]  157/5

front [10]  18/4 18/7 18/20 49/10 53/4 145/4 168/21 182/1 206/1 247/11

frozen [1]  122/18

fulfilling [1]  142/10

fulfillment [1]  34/12

full [11]  37/20 67/4 109/23 116/14 117/5 117/7 141/3 168/20 169/20 175/2 245/4

full-blown [1]  245/4

full-spectrum [1]  117/5

full-time [1]  117/7

fully [3]  159/15 179/9 243/12

Fulton [3]  226/7 226/22 238/19

fun [4]  50/23 148/2 149/2 220/17

functioning [1]  52/23

funded [1]  188/3

funny [4]  44/13 44/18 44/18 44/20

further [21]  13/17 45/13 106/10 107/13 113/2 114/1 114/2 114/5 115/24 139/5 139/8 149/17 183/13 184/1 205/22 221/1 221/21 244/3 244/17 247/3 249/12

future [4]  34/15 214/17 239/16 243/22

## G

gap [1]  189/6

Gary [3]  2/20 7/6 35/16

gather [1]  32/11

gathering [2]  33/16 167/21

gave [10]  24/9 46/24 56/13 58/6 134/1 157/25 168/19 184/22 188/16 193/16

gears [2]  62/5 175/22

general [5]  77/7 149/25 226/20 230/2 237/1

generality [1]  22/3

generalized [3]  10/15 10/17 227/24

generally [3]  14/17 226/24 228/1

generated [1]  181/5

generates [1]  81/15

genesis [1]  35/21

genetic [1]  155/15

geometrically [1]  160/23

germ [1]  71/8

get [65]  17/17 19/7 19/9 20/23 22/9 30/11 30/18 31/21 36/25 39/21 42/10 42/23 43/3 43/22 53/22 56/7 58/1 68/21 69/2 73/15 82/16 82/17 96/10 96/12 112/20 112/23 114/6 114/16 115/10 120/4 121/4 121/15 122/14 125/11 125/11 129/7 157/24 161/13 169/19 175/8 175/18 176/19 179/6 179/15 180/15 207/5 210/7 210/13 215/5 218/8 221/2 223/8 225/25 228/21 229/5 231/23 237/7 244/6 244/8 244/13 245/14 246/5 246/14 246/15 246/24

gets [4]  35/10 53/22 167/20 246/21

getting [18]  9/19 9/20 12/7 25/12 47/20 107/18 121/17 123/7 138/5 158/8 158/13 164/5 169/24 178/6 224/19 225/6 231/17 245/12

GIAU [8]  232/23 232/24 233/4 234/13 234/15 235/16 238/24 239/1

gift [1]  190/8

gifts [4]  46/13 46/16 46/18 47/1

ginger [1]  101/14

girlfriend [1]  80/9

give [28]  8/8 8/14 10/5 23/14 29/23 36/19 37/1 37/10 55/9 92/11 92/19 109/24 114/7 116/5 121/6 140/17 167/3 174/19 182/4 185/14 188/15 189/11 217/7 220/12 233/3 234/5 238/10 244/10

given [14]  15/15 47/1 51/7 99/15 99/17 99/19 110/1 137/19 184/25 188/16 189/18 204/7 233/2 244/9

gives [2]  68/11 166/13

giving [6]  51/14 189/12 189/14 190/4 190/7 195/2

gmillward [1]  2/22

go [76]  5/10 16/20 18/18 20/20 26/10 27/4 31/9 32/8 35/2 47/17 47/19 50/12 50/13 78/23 90/6 94/20 96/23 98/22 99/8 103/17 108/9 109/19 113/2 114/9 116/23 118/19 119/3 123/11 123/19 123/19 123/22 124/21 125/5 132/19 149/1 154/17 154/21 155/18 156/14 156/17 158/5 158/17 159/19 163/2 163/2 163/3 164/8 164/9 170/14 172/4 172/7 172/18 173/15 174/3 180/21 180/22 182/21 186/8 193/3 198/25 209/6 210/12 211/6 212/8 216/14 217/4 218/24 219/18 223/12 224/25 227/14 228/10 234/20 235/5 238/11 240/24

goal [1]  200/10

God [36]  36/20 39/13 83/16 83/17 83/18 84/7 84/11 84/14 87/7 87/11 116/6

119/8 119/14 119/16 119/16 119/19 121/7 122/1 122/1 123/13 123/14 123/20 123/25 130/8 131/10 132/1 132/5 133/21 140/18 144/3 144/5 144/7 144/8 158/16 191/16 205/6

gods [4]  145/15 145/16 146/21 155/13

goes [16]  27/9 76/17 81/18 81/18 81/22 162/8 162/25 168/22 196/2 207/18 225/21 230/7 230/12 231/5 232/9 238/15

going [104]  9/3 16/10 16/21 17/1 17/15 19/1 21/4 22/20 26/11 30/21 33/23 36/11 36/14 38/21 40/5 41/9 42/4 44/3 48/3 48/8 50/23 56/17 56/21 58/16 58/20 59/15 60/11 60/15 61/10 61/22 74/14 82/9 82/14 85/16 88/6 88/8 88/14 88/23 91/22 92/16 94/21 97/1 114/12 115/14 115/23 117/25 118/19 118/23 119/12 120/6 120/7 120/20 120/20 120/21 121/2 121/19 123/19 124/16 124/24 125/2 127/5 132/3 134/18 135/11 140/2 140/2 140/3 140/12 145/24 149/17 149/23 152/6 152/13 152/15 154/25 155/24 164/21 170/2 170/10 174/2 174/19 175/22 176/14 180/9 181/6 181/18 181/18 183/17 185/22 187/23 189/8 196/16 210/25 214/16 223/7 223/24 228/18 230/16 231/15 231/21 239/7 243/21 243/21 246/16

goings [1]  89/8

golden [8]  100/16 100/17 100/19 100/20 100/21 111/17 111/19 113/11

gone [5]  39/19 40/3 65/6 74/15 137/14

gonsalves [7]  1/23 1/24 5/9 5/18 249/7 249/22 249/22

good [28]  6/3 6/8 9/8 37/14 42/11 42/12 44/19 49/11 51/8 51/11 63/11 64/3 64/4 88/9 106/19 123/11 123/15 142/9 151/25 156/3 156/5 163/25 182/19 204/9 208/16 214/25 230/1 248/22

got [23]  40/16 55/17 56/16 117/10 119/17 120/18 121/13 123/11 146/25 146/25 150/15 165/24 166/22 176/1 176/4 181/4 197/20 213/23 217/6 236/11 238/8 238/13 246/21

gotten [3]  6/23 236/21 237/18

Governance [2]  153/15 153/23

government [38]  9/13 10/2 10/5 10/12 10/14 10/20 10/22 12/1 12/5 14/4 20/12 20/19 20/21 21/9 21/17 22/13 23/25 34/13 143/19 146/17 147/4 148/16 150/6 173/21 174/7 227/22 228/1 235/13 237/1 237/22 238/20 240/6 242/1 242/10 242/11 242/20 243/3 243/14

Government's [2]  21/12 232/1

governmental [3]  31/19 227/12 227/25

grade [3]  33/6 34/5 211/23

gram [1]  190/9

grams [4]  99/12 102/17 190/14 191/19

grandma [1]  163/15

granting [1]  26/13

grants [1]  243/23

granular [3]  119/17 121/13 246/6

granules [1]  101/14

grasp [1]  218/3

grateful [1]  171/22

gray [4]  1/10 6/4 147/19 189/6

great [6]  70/23 121/2 129/16 155/10

## G

great [2] 230/16 230/17
greatest [1] 53/4
Greek [1] 145/15
Green [1] 18/12
grew [1] 146/24
grief [5] 40/3 75/20 122/19 122/22 122/24
gross [1] 160/10
ground [1] 115/10
grounded [1] 44/6
grounds [1] 18/18
group [7] 9/13 15/10 35/8 63/14 129/4 200/9 237/16
grower [2] 70/7 70/9
growers [2] 70/6 70/10
growth [1] 154/22
guaranteed [1] 9/23
guess [23] 6/20 15/22 19/6 25/11 31/24 33/8 47/18 60/4 77/7 78/19 87/2 95/8 105/14 107/7 123/2 124/24 129/20 129/21 139/1 180/18 188/13 228/13 237/25
guidance [6] 39/21 96/13 137/22 152/19 180/18 202/14
guide [9] 44/2 44/4 49/5 144/16 145/19 162/6 200/17 223/20 225/18
guided [5] 97/3 97/15 97/20 102/11 143/11
guides [3] 54/14 161/19 162/12
guiding [1] 97/18
gun [2] 107/17 241/25
Guru's [1] 197/21
Gurus [7] 193/24 194/1 194/7 194/8 194/9 194/17 194/22
guy [2] 164/14 173/22
guys [1] 190/25

## H

had [144] 18/11 24/4 26/7 30/13 32/14 33/14 39/4 39/19 39/19 40/3 40/4 40/4 40/12 41/11 41/18 43/2 44/8 44/18 44/22 44/24 45/1 45/2 45/12 45/24 46/14 46/20 46/22 47/3 47/24 48/6 51/5 51/5 51/7 51/10 51/12 51/12 56/8 56/9 56/9 56/11 59/1 59/4 61/22 62/6 62/9 62/24 101/21 107/2 107/6 111/20 113/9 113/23 118/2 118/3 118/4 118/6 118/15 119/9 119/12 119/21 119/22 120/14 120/25 121/2 121/21 121/23 122/16 123/6 123/18 123/22 123/23 123/25 124/4 125/2 125/3 125/19 126/15 128/21 130/11 133/4 133/11 133/13 133/19 138/14 138/17 138/18 138/20 138/20 139/1 139/25 141/23 142/5 142/8 142/8 143/1 144/22 145/7 147/10 147/12 150/18 150/19 150/20 150/25 163/16 165/3 165/4 165/6 165/7 166/2 166/2 168/8 168/15 172/4 172/17 176/3 176/8 176/11 176/12 176/13 176/18 178/16 180/6 184/25 186/9 187/5 188/23 193/23 194/15 201/12 202/17 203/23 203/23 203/24 214/21 221/5 223/7 224/11 227/11 227/14 237/15 238/3 246/9 246/10 247/17
hadn't [1] 190/23
half [7] 39/20 41/6 75/5 118/25 179/16 195/14 206/17
hallucinogenic [2] 135/22 136/13
halted [1] 175/7
hand [10] 36/17 44/5 74/6 99/9 103/2 105/15 106/3 119/3 140/15 216/5
handbag [4] 269/5
handbook [1] 162/20
handcuffs [1] 174/4
handful [1] 147/8
handle [2] 40/7 48/10
handled [1] 35/5
handwriting [5] 217/9 217/13 217/14 217/23 219/11
handwritten [1] 151/13
Hang [2] 130/21 216/14
happen [17] 30/21 42/5 44/3 56/2 58/3 82/9 82/14 109/6 121/3 121/3 126/14 126/15 126/16 172/10 220/21 247/23 248/5
happened [10] 14/14 41/23 43/14 54/16 54/21 119/22 133/13 144/1 183/6 220/18
happening [3] 126/17 172/9 178/17
happens [9] 11/10 25/4 28/5 30/5 96/20 109/9 126/9 160/14 175/17
happily [1] 227/15
happy [21] 45/4 114/9 115/8 125/23 145/5 158/12 160/12 165/7 173/24 179/18 182/1 182/8 193/14 215/1 217/3 223/9 223/12 232/19 239/3 244/16 247/4
hard [22] 32/20 33/10 39/20 39/23 44/5 60/23 63/15 95/21 120/14 143/3 143/6 150/18 152/13 154/12 154/21 157/4 160/19 160/25 174/2 188/11 219/10 239/5
hardship [2] 233/6 243/7
harm [28] 13/15 13/17 14/4 14/6 14/9 19/16 19/19 72/4 72/6 72/12 91/11 91/22 162/11 163/11 203/9 205/7 210/23 213/15 239/16 239/16 241/20 241/22 241/22 243/9 243/12 243/15 246/9 247/13
harmed [1] 146/6
harmful [1] 163/9
harms [2] 240/3 240/4
Harvard [4] 143/12 145/25 162/16 229/16
has [91] 6/11 10/5 10/14 10/15 10/20 11/11 12/1 14/1 14/11 14/15 16/17 22/13 34/2 34/7 34/25 35/4 35/9 36/2 41/19 49/20 55/3 55/13 58/16 60/15 62/5 62/9 62/11 62/12 67/19 67/20 70/1 70/23 71/1 71/16 79/22 79/23 85/18 86/10 91/5 104/16 109/18 111/5 111/10 111/11 115/6 125/22 126/24 127/2 127/24 128/6 137/14 143/19 144/11 149/3 151/15 152/1 153/12 156/1 157/20 158/13 163/13 163/18 163/21 163/25 173/20 173/21 175/14 178/5 178/5 178/16 181/4 181/5 181/9 183/9 183/15 199/10 212/9 213/8 214/18 222/8 230/5 230/9 230/15 235/13 236/6 240/11 241/18 242/20 242/22 243/14 247/18
hasn't [7] 32/3 47/23 80/12 145/9 162/9 209/11 233/19
Hatch [1] 1/23
hats [1] 166/2
have [458]
haven't [25] 21/11 23/4 34/8 47/24 62/25 71/7 126/23 134/20 134/22 147/15 155/22 155/22 160/15 174/15
175/3 176/4 187/17 196/25 197/5 209/1 214/9 218/24 221/19 229/14 234/22
having [20] 44/4 54/17 57/25 75/1 95/6 111/18 118/5 118/9 119/2 121/24 145/4 145/19 156/6 165/21 172/17 176/21 215/14 220/15 220/17 234/7
he [116] 13/4 15/24 17/22 31/22 38/17 40/1 40/12 40/17 40/17 40/18 40/18 40/19 40/19 40/20 40/24 40/25 41/1 41/10 41/17 41/19 41/19 42/4 42/5 42/8 42/13 42/18 42/19 42/21 42/25 43/4 43/20 43/21 43/24 44/3 44/4 44/5 44/19 44/21 46/24 47/4 47/6 49/16 49/16 49/17 49/17 49/20 55/22 56/14 60/11 60/22 60/23 60/23 60/23 60/24 60/25 61/1 61/5 76/6 76/8 94/19 111/5 111/10 111/11 115/6 118/22 119/6 119/10 119/10 123/15 123/20 127/4 157/6 164/13 164/17 164/19 164/21 165/6 165/7 165/14 165/16 165/20 165/20 165/20 172/20 172/22 173/5 173/7 173/7 173/8 174/19 178/15 178/17 181/9 183/6 183/6 183/8 183/9 183/10 183/11 183/22 184/17 184/18 186/9 206/2 206/3 212/1 223/8 223/11 223/11 231/13 234/5 234/5 234/6 234/8 241/18 241/20
he'll [1] 17/23
he's [11] 29/8 41/10 44/16 60/22 140/14 174/15 174/20 178/17 181/8 182/14 223/14
head [3] 42/11 111/14 185/22
header [2] 59/15 59/16
heading [1] 152/9
headings [1] 153/24
heal [9] 40/5 53/3 65/1 65/3 65/4 65/5 65/6 65/9 92/2
healing [7] 1/6 78/4 81/19 134/4 170/13 199/5 222/17
health [19] 10/24 14/13 66/9 66/12 66/21 66/22 67/23 68/12 75/17 75/19 94/22 142/7 193/16 194/1 194/7 197/14 210/2 219/1 219/5
healthcare [1] 11/5
healthy [3] 96/19 164/2 173/24
hear [25] 7/1 7/17 7/17 8/13 8/18 15/9 16/13 37/1 37/3 37/12 53/21 100/18 113/13 121/9 178/12 180/11 180/12 180/22 199/23 199/24 223/10 224/19 226/1 238/25 244/17
heard [27] 8/17 23/6 24/12 35/14 85/14 118/4 118/11 132/13 138/20 157/15 158/21 159/23 160/16 161/18 173/11 179/8 187/19 225/7 225/22 229/11 230/21 231/4 231/18 233/12 234/4 242/3 246/9
hearing [39] 7/3 8/7 9/2 9/5 9/7 15/16 16/15 17/3 17/14 17/16 32/7 56/5 57/11 57/12 73/17 73/23 92/24 93/8 93/15 130/22 131/6 147/18 167/16 175/8 179/13 182/5 182/7 182/17 185/9 185/13 185/18 242/4 242/5 243/22 244/7 244/9 244/14 245/4 248/24
hearings [1] 174/18
hearsay [1] 178/7
heart [2] 133/7 168/1
heartfelt [1] 191/16
hearts [1] 146/18
heaven [1] 215/5

H

Heavenly [4] 45/19 45/20 82/24 82/24
heavy [1] 9/21
held [5] 20/10 20/22 64/6 229/3 229/23
hell [1] 40/3
help [33] 36/20 38/11 39/21 41/2 44/5
 48/18 48/20 49/7 49/8 49/10 52/11
 52/12 52/13 54/6 62/21 65/1 78/4 92/1
 96/13 109/24 115/10 116/6 140/18
 144/3 144/4 144/17 150/2 155/14 172/7
 173/24 218/19 218/23 222/9
helped [5] 107/6 125/15 133/15 161/2
 206/18
helpful [4] 19/13 25/13 185/5 235/24
helpfully [1] 18/11
helping [2] 48/17 54/5
helps [3] 23/12 156/10 213/9
her [29] 16/5 51/8 51/9 51/15 51/16
 56/18 56/21 57/4 69/24 72/20 72/22
 73/3 73/14 92/19 112/17 112/18 112/18
 115/22 115/23 115/24 124/15 149/3
 149/4 149/5 149/5 172/8 215/20 219/22
 220/16
here [78] 5/9 5/22 6/9 9/16 10/3 10/17
 12/3 13/12 14/10 15/24 16/14 17/2 17/3
 17/7 17/19 18/15 18/15 20/3 21/2 21/4
 22/11 23/17 25/12 26/1 28/22 30/5
 32/12 33/4 33/11 35/21 37/9 45/22
 45/22 48/8 48/11 60/17 62/5 89/4 92/16
 99/3 99/12 101/9 102/16 104/23 106/16
 115/1 115/15 140/14 149/17 149/19
 152/7 152/12 153/25 159/11 194/11
 196/14 198/22 199/3 199/9 201/2 207/8
 210/1 215/17 215/23 216/14 217/7
 217/22 217/23 218/5 219/18 227/20
 227/25 228/16 236/17 240/4 240/18
 240/20 240/21
here's [5] 22/16 23/1 26/9 29/17 232/1
herein [1] 249/11
heretofore [1] 35/24
heritage [1] 169/9
hesitant [1] 145/20
hey [1] 20/1
hierarchy [1] 154/10
Higbee [1] 67/6
high [7] 98/25 117/12 145/3 172/18
 218/8 224/20 225/1
higher [5] 102/19 108/17 108/24 186/22
 218/7
highest [3] 39/12 53/23 65/2
highlight [1] 61/10
highlighted [1] 30/16
highlighting [2] 61/11 159/11
highly [1] 172/2
Hightower [1] 67/6
Hillman [1] 67/7
him [24] 6/6 24/12 38/19 40/13 41/15
 42/4 44/1 47/7 49/16 53/21 55/23 56/13
 56/13 80/18 119/20 123/16 165/14
 172/20 173/10 174/19 178/16 178/17
 183/21 228/13
himself [1] 231/4
hinders [1] 243/11
Hippocratic [2] 213/16 213/17
his [31] 12/19 31/23 39/25 40/12 44/15
 49/18 55/22 77/10 77/10 80/9 111/9
 111/9 111/9 111/10 114/16 140/14
 165/11 173/8 181/6 181/7 183/5 183/13
 183/19 184/21 192/13 223/8 223/9
 225/25 242/9 246/2 246/10

historically [2] 143/18 152/1
history [9] 40/18 50/17 73/5 73/8 73/10
 119/2 143/19 150/6 205/9
hit [6] 63/8 133/20 224/20 225/1 238/17
 238/19
hmm [2] 65/12 134/3
Hola [3] 244/13 244/22 246/16
hold [5] 44/5 93/5 113/15 164/21 245/17
holiday [1] 244/9
holidays [6] 89/13 89/18 89/19 132/8
 191/5 231/2
holy [2] 11/22 132/10
home [11] 45/23 54/9 112/7 117/10
 125/4 148/11 148/13 164/9 185/22
 203/22 220/3
homeschool [2] 117/10 118/7
homeschooling [1] 118/15
honed [1] 120/3
honest [5] 33/5 48/8 56/7 167/6 192/23
honestly [2] 126/23 208/1
honey [1] 101/14
Honor [88] 5/25 6/3 7/5 7/19 7/25 8/21
 9/10 9/12 9/17 15/7 15/9 15/13 16/1
 18/1 18/12 21/5 23/19 27/20 33/5 35/16
 36/3 36/6 37/9 47/19 56/23 57/7 57/14
 63/23 73/19 74/14 76/17 88/10 88/21
 89/9 92/22 93/7 93/16 106/12 106/16
 106/21 107/14 113/6 114/22 115/5
 115/18 138/1 139/5 139/22 140/7
 174/22 178/6 179/5 181/2 182/9 182/19
 182/24 184/13 185/1 185/6 185/12
 185/21 185/24 186/3 187/2 187/14
 206/5 221/1 221/21 221/24 223/6
 223/13 224/8 224/12 235/4 235/7
 235/22 236/3 236/11 237/23 237/25
 239/24 240/17 240/21 244/19 247/6
 248/8 248/10 248/21
Honor's [1] 245/9
HONORABLE [1] 1/16
Hook [1] 44/15
hop [1] 223/7
hope [11] 32/14 41/13 45/10 160/6
 162/1 162/3 169/23 189/11 228/6
 245/23 248/20
hoping [3] 7/20 120/4 140/1
Hopkins [7] 49/18 128/16 128/18
 143/12 145/25 162/16 229/16
horse [1] 236/7
hospital [2] 40/6 211/19
hosts [1] 195/7
hour [5] 41/6 64/17 118/25 121/15
 179/16
hourly [3] 53/10 64/16 64/16
hours [12] 44/13 53/11 88/8 88/15 94/2
 94/3 104/14 105/11 118/25 134/12
 153/4 159/19
house [4] 77/8 77/10 77/11 126/7
housekeeping [1] 179/4
how [134] 6/24 7/2 8/24 20/14 23/5
 23/11 28/2 29/6 29/7 30/21 33/18 34/24
 35/21 36/4 40/10 41/4 41/7 42/6 42/16
 42/21 43/4 46/23 46/25 48/7 48/15
 48/18 49/12 49/12 52/3 53/9 53/11
 54/15 55/16 56/5 57/4 58/7 59/25 60/9
 63/5 63/17 65/11 65/13 69/1 69/5 70/21
 73/25 74/2 74/8 74/10 74/13 74/16
 77/16 77/24 78/11 80/25 82/15 88/7
 88/18 89/23 90/22 94/9 95/3 95/3 96/10
 98/23 99/21 104/12 104/15 104/16
 105/3 105/8 105/9 105/11 109/15 111/8

 112/6 114/10 114/20 116/20 119/6
 119/11 119/23 120/19 120/24 121/2
 122/20 127/2 128/2 128/22 129/17
 130/3 132/6 133/22 134/10 135/4
 136/10 138/19 142/2 142/14 148/6
 150/16 155/20 156/8 159/24 160/5
 160/13 160/14 160/14 164/11 165/25
 169/7 171/11 171/12 172/24 173/6
 174/11 177/13 177/18 179/6 183/1
 185/20 191/3 191/18 191/23 196/10
 205/2 205/7 213/23 221/19 223/8
 225/13 225/13 236/18 238/2
however [4] 9/3 11/1 114/14 181/18
huge [3] 63/4 125/9 125/12
huh [6] 72/17 103/14 112/15 158/24
 197/13 212/13
human [2] 21/15 142/23
humanity [1] 62/21
humanity's [3] 86/16 86/19 87/3
humans [1] 151/23
humor [1] 44/19
hundred [6] 27/22 65/12 68/11 94/3
 150/20 191/20
hundreds [3] 70/23 143/10 150/19
hurt [1] 175/19
husband [3] 40/1 44/19 51/13
hymns [1] 208/7
hyperlinks [2] 155/17 155/18
hypothetical [8] 22/23 23/5 29/13 110/8
 124/25 232/2 237/2 238/1

I

I mean [1] 33/9
I'd [10] 117/20 120/23 131/23 160/1
 160/12 169/19 188/17 189/17 196/12
 234/7
I'll [43] 8/8 17/25 20/14 23/18 32/23
 36/1 37/9 59/21 88/24 102/3 107/17
 112/1 115/19 126/6 129/22 130/24
 156/17 163/15 167/6 169/22 179/2
 180/24 189/13 190/25 192/19 204/11
 208/3 215/17 217/4 218/11 219/11
 221/2 224/14 224/22 228/10 228/13
 228/17 229/24 231/11 232/22 235/6
 236/14 240/13
I'm [180] 5/8 6/4 6/6 6/24 7/13 9/10
 16/21 16/24 21/4 25/11 26/14 27/20
 27/24 30/2 32/22 33/25 36/14 37/22
 38/21 46/15 48/3 48/20 49/1 49/7 57/7
 58/16 58/20 59/15 60/15 60/16 61/10
 61/11 62/19 64/25 64/25 66/18 73/15
 74/14 74/16 75/19 83/19 86/12 87/1
 88/6 88/8 88/15 88/23 92/16 93/11
 100/18 102/3 105/9 107/16 114/9
 114/17 115/8 115/14 115/18 115/23
 117/18 119/24 121/9 124/16 124/24
 125/23 126/6 126/21 126/21 128/10
 130/5 130/7 130/19 131/5 131/11 134/7
 134/18 134/24 135/6 135/11 136/20
 137/1 137/6 138/5 138/6 139/19 140/12
 145/5 145/24 148/8 148/14 149/17
 149/23 151/12 151/15 152/6 152/15
 154/25 155/24 156/5 156/16 158/12
 158/13 159/10 160/3 161/11 163/23
 164/5 164/21 167/4 168/12 168/15
 170/2 170/10 173/22 173/22 173/23
 173/24 173/25 174/2 174/6 174/14
 174/19 175/9 175/22 177/4 177/14
 178/4 179/5 179/18 182/1 182/7 184/5
 184/15 185/22 188/22 189/8 193/1

I'm... [43] 193/14 194/3 195/4 196/16 204/3 204/6 204/8 204/10 206/3 209/3 210/3 210/8 210/25 211/15 213/23 215/1 215/10 215/12 216/21 217/3 217/20 217/24 218/2 218/3 220/24 221/6 223/10 223/12 225/25 228/22 228/24 232/19 236/14 238/24 239/3 243/18 243/21 244/16 246/11 246/16 247/4 248/7

I've [24] 8/17 33/6 61/18 107/16 118/16 124/9 124/10 143/11 143/18 150/25 173/9 175/4 179/8 191/4 192/17 203/18 214/10 214/21 217/6 225/6 240/24 243/19 246/21 248/18

idea [5] 31/20 32/7 121/2 124/12 150/16

ideas [2] 230/15 230/22

identified [7] 22/25 23/4 29/18 30/13 35/4 234/21 243/14

identify [5] 31/3 73/10 74/24 75/1 83/7

identifying [3] 30/17 31/2 226/18

identity [2] 151/24 152/3

II [1] 238/1

ill [1] 147/15

illegal [7] 59/4 163/4 234/1 234/2 234/8 234/10 235/14

illness [5] 68/7 117/6 118/3 118/6 220/4

image [3] 93/2 102/11 217/8

imagine [2] 162/13 167/20

immediately [2] 166/21 172/23

imminent [3] 13/21 13/21 240/2

immunizes [1] 25/2

impact [14] 62/6 62/9 62/22 63/2 63/4 63/6 98/18 98/24 108/19 124/19 173/20 174/20 174/24 180/3

impactful [2] 122/14 153/5

impacts [4] 62/12 82/19 98/21 174/11

impending [1] 128/22

implemented [1] 26/7

implications [1] 237/15

import [1] 30/18

importance [6] 143/14 153/21 156/11 157/7 224/3 246/6

important [16] 19/25 23/1 27/13 69/18 95/6 113/21 122/2 127/23 152/3 152/4 154/13 167/24 179/16 230/25 230/25 248/15

importantly [1] 9/17

imported [1] 31/1

impose [1] 243/6

imposed [1] 25/1

imposing [2] 49/25 241/23

impossible [3] 181/16 227/8 236/23

improperly [1] 68/9

improvement [1] 155/3

impure [1] 68/14

inadvertently [1] 127/25

incident [1] 172/17

incidentally [1] 154/21

incidents [3] 54/20 163/9 163/11

inclined [1] 88/13

include [1] 204/2

included [5] 8/23 127/25 180/1 202/5 227/4

includes [1] 235/13

including [4] 30/18 31/10 31/14 170/12

Inclusivity [1] 207/9

income [1] 53/14

inconsistent [4] 86/2 92/14 202/6 202/9

incorporate [1] 90/8

incorrect [1] 211/16

incredible [1] 200/2

indemnity [1] 241/8

independent [5] 92/10 114/24 187/4 210/15 210/19

independently [2] 71/1 90/18

indescribable [1] 143/9

Indian [2] 24/19 24/19

indicate [10] 31/1 74/19 108/12 167/3 174/19 186/19 197/8 231/2 233/12 235/24

indicated [3] 166/14 233/7 233/18

indicates [10] 13/7 16/20 85/19 99/12 100/22 103/2 197/2 200/8 207/11 209/17

indicating [1] 232/18

indicators [1] 167/3

individual [33] 28/22 38/14 57/8 59/13 59/19 66/4 66/7 69/3 85/5 85/21 85/24 86/1 87/1 91/2 98/1 103/5 103/18 103/20 103/23 104/9 110/9 132/3 144/10 160/14 160/14 162/5 165/9 212/8 212/22 213/8 214/15 231/1 237/7

individual's [2] 69/21 212/9

individualized [1] 108/5

individually [2] 153/7 191/13

individuals [30] 9/15 11/6 65/13 65/17 65/21 67/11 67/14 72/10 86/20 87/16 91/11 96/15 102/23 104/12 105/4 107/22 108/18 109/15 112/3 147/8 158/22 161/20 161/25 175/13 177/24 200/10 225/14 225/15 225/20 227/2

indulge [2] 237/20 247/7

industry [5] 142/8 197/11 197/14 197/16 197/17

ineffability [1] 146/2

ineffable [2] 143/8 143/15

infinite [1] 21/16

influence [2] 80/4 204/22

influenced [3] 141/20 148/10 210/9

inform [2] 108/19 150/2

information [9] 12/24 31/11 31/16 54/23 72/20 73/3 73/7 183/9 224/16

informed [6] 158/7 159/12 159/15 168/12 175/2 209/18

Inge [7] 69/21 69/22 70/1 70/4 70/7 73/5 73/11

Inge's [1] 72/16

ingenuity [1] 21/14

inherent [1] 230/11

initial [8] 8/1 80/14 117/16 119/13 120/4 151/16 201/15 234/21

initially [2] 92/1 187/20

initiated [2] 27/1 187/22

Initiative [1] 239/12

injunction [34] 1/15 6/11 13/11 14/5 14/16 16/15 19/11 23/25 28/13 28/16 29/16 30/9 30/14 33/14 73/23 179/10 179/14 180/10 180/17 180/25 182/5 182/17 185/9 185/13 185/18 227/9 227/23 232/11 232/13 244/2 244/5 244/15 244/18 247/2

inline [1] 235/8

innately [1] 143/7

inner [1] 38/11

innovation [1] 197/18

inside [1] 202/24

insight [1] 44/14

insights [5] 44/24 124/3 125/11 125/18 128/13

insist [1] 210/12

inspect [1] 47/25

inspections [4] 30/23 30/24 31/8 31/17

inspirations [1] 124/4

inspired [2] 168/13 193/8

instance [4] 13/6 14/15 28/1 156/25

instances [1] 101/19

instead [6] 24/16 42/22 173/17 228/22 230/11 232/2

institute [1] 162/25

institutes [2] 162/22 163/1

Institutionalized [1] 170/23

instruct [2] 17/7 76/20

instruction [2] 76/23 180/2

instrumental [1] 124/10

insufficient [1] 10/17

integral [1] 96/24

integrate [3] 124/12 125/18 130/2

integrated [1] 124/6

integrating [1] 124/7

integrity [1] 155/2

intend [4] 15/22 32/7 154/20 155/9

intended [2] 159/15 179/21

intending [1] 183/21

intense [1] 123/16

intensely [1] 123/22

intent [2] 181/23 214/25

intention [11] 43/2 43/5 43/7 90/16 97/18 98/10 119/13 119/14 119/16 119/23 120/4

interact [1] 34/1

interaction [2] 178/16 184/19

interactions [8] 59/12 59/18 67/9 68/4 76/10 160/24 175/25 176/7

interactive [1] 19/20

interest [39] 10/2 10/6 10/10 10/11 10/12 10/15 10/23 10/24 14/17 14/19 14/21 15/1 15/3 15/4 20/12 21/9 21/23 21/24 22/2 22/11 23/1 140/1 162/6 223/6 225/23 226/3 226/10 229/6 231/18 231/21 231/22 237/1 238/8 238/21 241/25 242/11 242/12 242/21 245/25

interested [5] 39/9 39/16 50/4 162/7 249/14

interesting [2] 44/12 71/15

interests [11] 10/16 14/25 22/20 33/4 34/13 34/23 41/18 225/24 227/12 227/25 228/3

interfere [3] 29/3 110/20 110/20

interferes [2] 27/16 27/17

interject [2] 7/5 106/16

Internet [1] 13/1

interpret [1] 185/3

interpretation [1] 186/21

interpreting [1] 176/20

interrupt [2] 7/15 174/14

interrupted [1] 57/17

interrupts [3] 130/22 131/6 147/18

intimately [1] 158/16

intricate [1] 154/12

introduce [4] 5/16 15/7 114/12 181/19

introduced [3] 75/7 75/9 75/12

introducing [2] 5/13 6/6

introductory [1] 32/18

invented [1] 216/3

inventories [2] 30/22 30/24

investigated [1] 177/3

investigating [1] 176/22

investigation [1] 176/24

**I**

invitation [3] 150/2 150/4 150/7
invite [2] 112/18 150/3
invited [6] 56/9 112/21 113/1 149/5 169/8 200/9
inviting [1] 150/9
invoke [1] 15/17
invoking [1] 241/12
involuntary [1] 174/5
involve [1] 91/17
involved [18] 50/3 55/3 55/14 62/16 66/15 67/23 76/25 77/19 80/13 80/19 82/1 82/4 91/21 117/25 118/14 148/24 166/2 184/10
involvement [1] 207/18
involves [1] 197/8
irrelevant [1] 247/10
irreparable [7] 13/15 13/17 19/16 19/19 241/20 243/9 247/13
is [647]
ish [2] 127/11 189/4
isn't [8] 24/23 46/3 81/8 102/2 102/22 160/5 211/11 232/16
issue [9] 12/12 30/12 47/22 175/23 183/24 187/4 226/4 228/17 234/15
issued [1] 169/10
issues [20] 8/6 8/11 14/9 14/12 18/19 19/9 20/12 26/1 30/7 54/25 54/25 62/2 94/22 134/23 199/24 211/4 245/5 248/15 248/15 248/19
issuing [2] 28/13 243/18
it [620]
it's [172] 7/6 9/4 14/20 15/15 16/10 16/12 16/15 16/22 17/14 19/17 19/23 21/21 22/21 22/25 23/16 23/16 24/15 24/17 25/4 26/2 26/24 26/25 27/12 29/16 32/3 34/4 36/3 43/9 46/4 50/9 50/9 50/20 52/2 53/22 54/4 54/4 54/5 56/25 58/1 64/21 68/8 68/16 69/1 69/18 69/21 70/21 71/1 73/19 81/1 81/2 81/2 81/6 81/21 90/5 90/10 93/6 93/14 94/21 101/2 102/7 104/3 105/10 106/4 108/1 111/18 121/21 121/21 123/20 124/9 124/10 124/16 124/16 124/17 125/9 125/10 127/19 127/23 129/24 131/17 132/2 134/24 135/23 136/5 143/3 143/6 143/25 145/14 147/2 148/9 148/13 148/14 149/2 149/21 150/10 150/18 152/13 152/14 154/3 154/12 154/12 154/19 154/21 157/3 157/4 157/6 160/25 161/2 162/19 167/19 167/21 167/21 168/11 168/11 168/14 169/14 170/8 171/4 173/7 174/9 175/18 179/5 183/13 185/2 185/18 187/2 187/8 190/14 191/4 192/14 197/15 198/18 198/19 199/18 200/5 202/4 202/5 202/5 202/6 202/8 202/9 202/10 202/10 203/24 204/23 204/25 206/6 210/20 216/9 217/5 217/8 217/14 218/1 219/2 219/10 219/13 222/7 228/4 228/15 230/2 230/6 230/8 231/25 232/2 232/4 232/22 234/2 236/20 237/5 237/22 239/13 245/11 246/13
items [2] 233/17 245/1
its [26] 9/4 9/5 21/2 47/25 63/7 63/13 79/16 80/23 87/9 91/5 92/7 142/25 148/10 150/17 165/13 207/12 213/3 222/10 223/3 225/13 234/11 238/21 241/3 241/3 242/22 246/1
itself [5] 12/9 129/3 155/7 168/3 239/9

**J**

JACKSON [1] 1/17
jail [1] 174/3
Jake [3] 17/21 67/6 140/5
JAMES [3] 2/12 2/15 165/13
JANE [2] 116/9 116/15
January [9] 38/20 177/20 194/12 194/14 194/18 244/11 246/19 246/20 246/25
January 2015 [1] 194/14
January 2019 [1] 194/18
jarring [1] 174/9
jdrslaw.com [2] 2/14 2/17
JEFFREY [2] 1/10 6/4
Jehovah [1] 145/15
Jenkins [2] 24/11 24/12
Jenna [11] 67/7 67/15 67/18 67/19 67/19 67/20 67/23 116/22 116/23 125/19 139/11
Jenna's [1] 137/16
Jennifer [3] 115/20 116/9 116/15
JENSEN [51] 1/5 5/11 12/19 13/1 13/7 13/19 15/23 16/3 16/22 38/15 41/14 43/18 46/21 47/2 53/17 75/7 75/9 75/15 76/4 76/25 77/19 79/9 79/12 80/8 80/10 80/12 80/17 110/24 114/23 127/2 140/9 140/12 140/21 141/4 164/19 170/2 184/16 184/20 187/17 192/3 192/16 193/5 195/17 197/1 221/10 221/13 225/18 231/14 233/12 246/2 246/10
Jensen's [7] 17/3 75/23 77/11 114/14 126/7 247/12 247/14
Jesus [6] 39/6 45/20 46/8 82/23 145/14 146/18
JILL [2] 1/16 5/13
JNP [1] 1/9
job [4] 56/8 58/1 110/18 246/1
JOHN [2] 1/11 29/7
Johns [7] 49/18 128/16 128/18 143/12 145/25 162/16 229/16
Johnson [2] 140/4 140/5
join [6] 35/19 52/9 78/8 117/16 207/23 208/6
joined [8] 5/17 5/20 6/5 132/7 208/1 208/15 208/24 209/2
joining [1] 5/17
joint [1] 183/3
Joker [1] 106/3
Jonah [1] 145/10
journal [1] 156/14
journaling [1] 191/8
journals [1] 188/18
journey [23] 1/7 86/6 86/9 96/5 97/3 97/15 97/19 97/20 98/3 98/5 98/24 99/1 99/2 102/11 102/16 103/2 106/9 112/12 125/11 222/5 222/8 222/16 222/20
Journeyer [1] 103/17
journeyers [1] 84/8
journeys [1] 161/5
joys [1] 130/25
judge [5] 1/16 5/14 24/11 24/12 227/19
judgment [3] 221/17 236/11 237/7
judicial [2] 183/14 184/22
JULIAN [12] 1/11 165/11 165/12 165/13 165/13 184/7 184/8 184/9 184/20 186/5 186/15 224/13
Julian's [1] 183/4
July [2] 129/13 129/13
jump [5] 6/21 8/3 8/16 20/23 37/6
jumping [1] 107/16
June [2] 130/10 130/10

jurisdiction [6] 18/16 18/23 19/2 19/4 233/1 249/5
jurisdictional [1] 232/23
jury [1] 246/21
just [201] 6/16 6/21 7/13 7/20 8/1 8/21 14/19 17/6 19/21 20/1 20/18 20/19 20/21 21/1 23/3 23/6 24/15 25/5 25/22 28/10 29/23 32/1 32/2 32/23 33/2 33/10 33/14 35/20 40/1 40/2 42/21 43/7 43/21 44/13 45/9 46/3 46/4 46/4 46/7 46/8 48/2 50/23 52/2 52/3 53/2 53/13 53/15 53/15 56/5 56/13 57/23 58/20 60/3 60/25 61/10 61/15 66/17 67/4 67/11 69/16 70/14 71/10 72/16 74/6 74/14 76/9 81/6 81/11 87/9 88/7 88/23 89/11 89/24 90/7 90/16 90/16 90/23 91/15 92/17 92/18 92/19 92/19 93/6 94/22 96/22 101/22 104/18 104/25 105/1 106/12 106/22 111/14 111/20 113/6 114/7 114/8 114/17 115/2 118/3 119/1 119/15 120/22 122/18 123/6 123/8 123/16 123/22 124/5 125/10 128/12 131/12 131/17 134/23 135/19 138/1 138/6 139/11 140/3 140/14 141/22 142/10 147/1 147/13 152/15 153/16 153/24 155/24 156/22 157/18 159/10 159/18 160/10 161/23 162/12 162/19 165/9 166/14 166/17 166/23 166/25 169/23 174/24 175/22 178/17 179/4 180/21 184/5 184/17 185/9 185/18 186/4 187/1 187/19 189/11 190/7 196/22 199/14 202/24 203/18 204/6 205/1 205/23 206/7 208/22 209/23 210/11 215/4 215/6 215/10 215/17 216/8 217/6 217/7 217/7 218/10 220/17 221/9 222/4 223/1 223/13 224/20 225/1 226/6 226/13 226/14 226/18 228/17 228/20 229/24 234/4 234/7 235/10 236/22 237/1 237/2 237/3 238/17 239/23 245/8 245/19 246/16
justifies [2] 227/5 235/21

**K**

keep [17] 6/6 7/13 31/5 31/9 37/5 49/2 74/6 108/6 115/2 124/20 137/20 144/25 169/13 189/12 218/9 218/12 218/13
keeper [1] 154/6
keeping [3] 115/17 120/10 156/12
kept [6] 79/18 79/20 79/21 98/3 104/13 108/1
ketamine [3] 118/2 121/21 136/2
key [3] 197/24 198/1 226/4
kick [1] 247/3
kid [1] 44/15
kids [3] 38/3 122/20 215/4
kin [1] 249/12
kind [36] 6/20 8/9 33/16 51/13 51/17 51/22 53/25 56/12 56/16 100/3 107/22 111/22 114/12 119/4 119/8 120/3 120/15 120/17 121/14 121/25 122/3 122/17 122/18 123/5 123/10 123/18 124/1 124/4 125/10 128/17 129/8 133/15 140/2 149/2 167/2 188/23
kinds [2] 119/7 158/1
Klan [1] 88/4
Klu [1] 88/4
Klux [1] 88/4
knew [5] 39/21 157/11 234/8 234/9 237/21
know [236] 7/20 8/23 12/6 15/21 16/15

**K**

know [281] 18/2 20/4 25/2 26/15 27/7
27/20 27/25 28/2 29/7 29/7 31/24 33/8
33/18 33/19 34/16 34/22 38/21 40/8
41/14 41/17 42/1 44/3 44/7 44/14 46/25
47/2 49/9 49/18 50/11 50/25 51/5 51/15
51/25 52/4 54/5 54/20 55/3 55/6 55/10
56/17 56/20 56/21 57/4 58/4 58/7 59/22
59/25 60/9 60/23 60/24 60/25 61/24
62/9 63/1 63/5 63/8 63/12 64/23 67/11
68/16 68/24 68/25 69/1 69/2 69/4 69/15
69/16 69/18 69/24 70/10 70/10 70/13
70/14 70/17 70/21 72/16 72/18 73/25
76/7 81/14 81/21 81/25 82/1 82/8 82/14
82/15 82/16 83/18 84/6 86/10 90/6
91/14 95/22 96/19 97/9 99/24 100/3
101/24 101/25 104/8 104/12 104/21
104/21 104/22 104/25 105/8 105/19
105/25 106/4 107/8 109/20 109/23
109/23 110/11 111/8 112/3 114/9 119/2
119/4 119/4 119/17 120/2 122/5 123/11
124/7 124/10 126/9 126/10 126/15
128/23 129/16 129/20 129/21 129/22
132/10 134/2 134/17 135/13 135/14
135/18 135/20 135/21 136/2 136/3
137/3 137/9 137/10 138/11 138/19
139/14 139/15 144/14 144/16 148/8
150/12 150/18 155/20 155/25 157/14
157/17 158/8 158/9 158/16 160/5 165/9
165/10 165/25 167/14 167/19 168/23
170/7 172/24 175/24 176/24 177/15
178/2 178/8 179/6 180/19 181/2 181/7
181/12 181/16 184/18 184/22 185/10
186/10 186/17 187/18 188/10 188/25
191/4 199/9 201/15 201/18 204/25
205/2 205/15 205/16 205/20 207/21
214/22 215/2 215/4 216/22 217/18
219/11 219/13 219/18 223/8 223/11
224/18 225/12 225/19 227/16 227/24
227/25 228/14 230/6 233/18 236/14
240/13 240/24 244/8 244/16 244/24
245/11 245/15 246/1 247/17 248/12
knowing [6] 45/10 108/23 111/17
167/10 180/18 182/3
knowledge [14] 54/20 62/3 68/1 70/5
123/12 135/23 156/11 156/18 156/23
157/1 161/25 177/24 184/3 184/24
known [5] 40/12 221/19 225/15 234/1
234/2
Kris [1] 5/21

**L**

lab [5] 70/11 70/12 70/14 70/15 70/17
labeled [1] 31/7
labels [2] 31/4 204/25
laboratory [2] 211/24 212/6
laboratory's [1] 71/10
laced [1] 68/14
lack [2] 33/17 226/19
lady [1] 51/5
laid [1] 43/17
Lake [9] 1/24 2/4 2/8 2/13 2/16 5/1
117/4 139/2 249/4
land [2] 170/22 180/19
landed [1] 246/11
landlord [16] 59/2 59/6 59/22 60/10
60/20 61/2 61/17 62/3 163/21 164/1
172/15 172/17 172/25 173/3 183/18
183/25
landlord's [2] 58/5 58/8

language [3] 24/7 28/14 160/24
languages [1] 36/8
large [1] 120/2
largely [2] 12/12 15/6
larger [5] 177/15 177/17 177/18 193/3
248/19
largest [1] 201/23
last [41] 7/18 8/22 13/11 14/16 18/19
48/5 51/7 51/9 69/24 72/16 85/14 97/9
98/14 104/3 127/10 127/12 129/12
134/20 134/22 135/15 141/22 141/24
142/2 149/24 155/4 164/13 165/11
171/14 177/19 178/10 184/7 197/6
200/15 206/23 210/1 215/20 225/24
227/6 235/7 237/25 239/11
lastly [1] 155/12
late [2] 134/17 239/8
later [13] 6/22 17/16 19/7 36/1 36/7
123/1 172/14 182/16 185/4 185/9 206/5
223/12 243/12
Latter [1] 39/6
Latter-Day [1] 39/6
laugh [2] 24/11 45/1
laughed [2] 44/12 82/18
laughing [1] 44/14
launching [1] 235/8
law [49] 5/20 5/22 8/1 14/19 16/16 18/6
19/1 26/24 28/20 31/18 34/25 55/13
56/8 58/3 58/5 62/6 154/19 154/20
163/5 164/7 164/10 165/23 171/10
172/11 172/24 173/15 174/9 175/23
176/15 176/20 178/2 180/3 206/2 206/3
223/15 223/20 224/4 235/13 236/23
236/24 236/25 237/22 238/8 241/7
241/17 242/8 242/18 246/1 246/7
law-abiding [2] 154/20 174/9
laws [5] 14/25 170/19 223/20 224/4
231/21
lawsuit [4] 195/22 201/12 222/19
222/23
lawyer [1] 176/19
lawyers [4] 24/13 107/6 206/18 223/5
LDS [13] 74/20 74/22 74/24 75/4 83/9
83/10 83/13 150/7 163/3 204/21 207/22
208/10 216/8
lead [3] 35/22 167/10 231/10
leading [1] 11/19
learn [2] 49/12 150/4
learned [3] 49/19 49/20 147/3
learning [2] 94/9 119/18
least [11] 10/2 10/18 20/12 21/10 22/10
36/23 125/16 190/16 222/23 231/24
242/12
leave [9] 43/24 45/10 52/9 105/4 112/6
123/10 207/23 220/3 240/10
led [3] 39/8 39/15 142/20
LEE [34] 1/5 5/11 16/2 16/23 16/24 17/1
36/11 36/14 36/16 36/23 37/11 37/15
37/20 37/22 57/20 58/18 64/3 73/24
74/19 76/3 79/25 80/22 82/21 89/11
92/25 93/18 99/9 106/10 106/15 107/22
113/9 140/21 141/4 143/21
Lee's [1] 114/14
leeway [2] 174/19 238/10
left [11] 13/23 55/21 75/1 99/9 103/18
104/9 105/15 172/5 208/1 208/25
217/22
left-hand [2] 99/9 105/15
legal [13] 8/10 8/18 107/10 135/1
146/20 146/24 162/10 170/19 180/12

183/14 235/21 236/21 238/11
legalization [1] 82/5
legalize [1] 82/2
legalized [1] 162/21
legalizing [1] 82/2
legally [2] 9/17 60/4
legislature [5] 11/4 11/11 24/6 26/8 35/6
legitimate [4] 173/7 173/17 173/19
177/2
lemon [2] 101/9 101/14
less [28] 7/21 10/21 11/1 11/8 11/17
11/18 22/16 22/22 22/24 25/16 26/5
26/6 26/7 27/14 29/11 29/14 29/17 32/1
34/11 78/1 99/19 150/20 191/20 226/14
226/17 229/6 232/4 234/22
let [48] 5/13 5/16 5/23 15/13 20/18 21/1
23/18 23/25 25/24 26/16 29/3 30/4
35/13 50/25 52/4 88/7 107/17 114/20
114/25 115/21 118/17 125/21 147/21
149/10 153/11 155/25 158/21 161/12
161/12 176/12 176/14 182/14 187/23
193/2 193/7 198/15 202/13 202/15
206/25 224/9 228/10 229/20 235/8
237/2 237/3 237/10 240/13 246/16
let's [37] 7/1 7/17 8/14 8/16 8/19 17/9
23/15 27/14 30/10 36/9 37/9 57/15
88/16 88/22 96/14 149/20 162/24 164/3
166/25 178/9 178/21 180/22 194/4
195/16 196/14 197/25 198/20 207/8
216/14 219/18 220/10 224/19 224/19
229/8 233/6 240/12 246/15
letter [22] 58/6 58/9 58/10 59/5 59/10
59/23 60/11 60/12 60/15 60/18 61/7
149/7 149/14 149/16 149/19 172/24
173/4 183/18 183/19 183/24 184/12
237/19
letters [8] 56/8 150/1 150/2 150/12
173/12 173/13 234/9 234/14
letting [2] 40/8 120/16
level [21] 10/17 14/23 22/3 22/19 98/16
98/18 98/21 98/25 99/3 120/11 124/22
125/14 147/3 150/23 186/22 186/22
200/22 202/19 212/8 226/9 246/6
levels [1] 200/18
liability [6] 25/1 25/3 72/10 72/13 206/13
207/1
liaisons [1] 31/17
Libertarian [2] 118/14 129/4
Libertarian-type [1] 118/14
liberties [1] 170/20
license [13] 127/11 127/16 176/9
176/11 176/23 177/2 177/5 187/23
188/4 189/5 190/23 193/16 193/16
licensed [8] 127/7 127/8 127/10 127/15
209/19 212/19 219/1 219/5
licenses [1] 23/12
Licensing [1] 176/4
licensure [1] 189/2
lied [1] 56/14
lies [1] 167/5
life [39] 20/9 39/15 39/19 39/25 40/7
45/10 46/9 46/11 46/24 47/18 48/7 53/5
65/6 79/25 84/4 86/17 86/20 87/3 95/6
110/4 110/5 110/7 122/4 124/6 124/7
124/12 125/17 128/21 130/2 132/23
142/24 148/20 158/4 158/18 162/3
167/5 174/7 229/2 229/23
life's [1] 212/25
life-loaning [1] 158/18
light [3] 11/22 112/17 123/13
lightning [1] 235/5

**L**

like [158]  5/9 8/24 10/24 13/3 14/15 15/2 15/7 16/4 17/4 20/12 20/25 24/23 31/25 40/14 42/13 43/6 44/14 44/16 45/15 45/23 47/5 49/15 50/3 50/8 50/16 51/3 51/8 53/1 57/21 60/3 73/16 73/21 82/17 82/22 88/14 89/3 90/6 90/7 109/1 111/16 112/12 112/17 112/21 115/14 117/20 119/21 120/7 121/14 121/18 121/21 122/13 123/1 123/4 123/9 123/14 123/19 123/19 123/20 123/21 123/22 123/22 124/8 125/9 125/20 128/9 128/16 128/23 129/21 131/17 131/17 131/23 131/24 132/23 133/6 133/8 133/11 133/19 133/25 134/4 135/25 136/2 137/13 137/15 139/2 139/2 141/25 143/4 145/5 145/9 145/10 146/18 146/19 147/5 147/11 148/12 149/20 151/22 152/4 153/3 153/17 154/16 155/9 157/2 157/20 158/13 159/24 160/1 160/1 160/15 160/17 160/21 162/13 162/23 162/25 167/10 169/21 173/12 180/8 181/13 185/7 189/4 190/15 195/18 202/8 202/13 203/5 204/21 204/25 204/25 207/21 207/25 208/3 208/4 208/5 208/5 209/3 209/3 209/22 211/21 213/17 215/4 215/19 217/25 218/12 218/19 218/22 222/9 222/25 223/8 226/1 226/22 231/6 231/7 232/15 237/14 245/3 245/6 246/17
liked [1]  237/12
likelihood [2]  241/19 242/6
likely [5]  44/7 233/23 241/20 242/15 245/4
likes [2]  148/9 173/22
limitations [1]  204/8
limited [3]  29/2 135/18 232/17
Lindsay [1]  244/13
line [5]  88/10 137/13 137/14 187/6 205/22
link [2]  198/18 198/19
LinkedIn [10]  13/3 195/8 195/10 195/16 195/17 196/24 197/6 216/16 216/22 216/25
liquid [1]  102/2
list [11]  11/15 29/5 29/21 29/21 29/21 29/22 31/13 136/22 170/16 196/15 197/23
listed [2]  67/11 100/8
listen [2]  17/16 157/22
literally [1]  53/3
litigation [2]  234/9 234/11
little [29]  19/15 19/20 20/14 22/5 29/23 37/4 40/23 43/22 44/15 46/24 61/10 62/5 64/20 86/18 89/17 89/24 109/20 119/17 124/24 131/13 144/18 145/10 147/13 149/17 156/12 170/8 193/3 199/18 218/7
live [7]  73/14 74/15 162/4 172/16 180/11 181/11 218/14
lives [2]  50/22 52/22
living [2]  45/11 155/5
LLC [6]  1/6 81/19 81/20 193/24 194/9 194/19
loaning [1]  158/18
lobbying [2]  82/2 82/4
local [1]  139/2
located [1]  201/4
location [10]  31/12 77/8 78/6 113/25

126/14 126/16 126/16 147/17 147/25 148/1
locations [3]  31/7 77/14 202/13
lock [1]  55/8
locked [3]  79/15 202/2 203/23
locker [1]  245/12
log [4]  17/8 17/13 17/22 92/18
logged [3]  92/20 115/14 115/18
logistics [2]  166/17 245/11
logo [1]  151/18
logo [13]  41/4 85/7 88/18 88/19 104/12 105/8 105/9 105/11 196/25 203/8 213/14 228/15 238/20
longer [6]  13/7 88/7 88/19 96/23 114/15 133/17
longterm [1]  141/11
look [34]  22/6 23/15 24/25 27/14 30/15 42/12 95/10 95/17 95/20 102/16 103/12 103/24 104/3 105/15 181/17 188/17 192/8 194/4 195/16 196/14 198/20 199/3 200/8 200/24 207/8 217/22 218/5 227/14 228/20 231/6 231/6 238/23 239/23 248/18
looked [5]  128/21 162/15 162/15 177/3 237/12
looking [18]  20/12 22/3 26/14 65/3 65/8 118/12 118/16 128/11 128/14 165/8 167/4 167/9 200/16 216/16 218/19 218/22 228/23 229/15
looks [9]  5/9 31/25 89/3 112/12 115/14 149/20 169/21 195/18 246/17
loop [1]  89/11
loose [2]  182/11 182/23
lord [3]  13/2 133/8 157/3
lose [2]  167/22 173/8
losing [3]  45/6 173/16 218/3
loss [1]  233/13
lot [31]  35/18 41/12 42/13 44/22 46/11 46/13 49/16 52/1 52/1 54/18 74/6 112/20 118/7 118/9 119/6 120/14 122/23 123/6 123/25 123/25 134/25 139/19 142/9 147/3 156/25 160/1 179/8 196/23 197/20 232/19 248/15
lots [3]  7/12 71/20 200/17
Lott [4]  223/14 223/17 224/2 226/1
loud [2]  36/24 37/6
love [20]  24/13 41/3 46/7 46/8 46/8 52/25 87/4 87/9 87/21 87/25 92/1 108/23 122/22 142/9 148/11 168/1 174/1 174/2 174/8 230/3
loved [3]  87/9 87/25 148/24
lower [1]  157/2
lunch [1]  88/16

**M**

made [39]  10/21 11/4 12/7 12/13 12/14 24/11 31/6 32/3 32/4 33/21 35/20 41/18 46/11 47/2 47/14 55/10 57/1 61/3 69/19 79/25 80/3 117/6 131/24 138/24 144/2 147/5 148/20 151/14 162/13 163/15 180/5 193/1 206/9 222/8 231/24 235/1 236/13 238/24 239/9
mailed [2]  69/7 69/8
mailing [1]  31/14
main [2]  38/4 89/20
mainly [1]  62/17
mainstream [2]  9/14 215/8
maintain [3]  127/19 127/21 195/5
major [2]  11/5 50/12
make [59]  6/20 8/9 8/15 9/2 15/7 15/8

17/15 20/11 34/15 34/22 35/9 37/1 46/9 46/12 49/8 49/9 49/10 50/17 52/10 62/25 87/24 92/19 96/22 97/12 98/12 99/24 103/25 106/17 114/15 114/18 142/15 146/12 147/2 158/17 168/21 173/23 182/3 182/14 182/22 183/10 183/14 185/3 185/10 186/7 186/10 187/3 187/19 193/3 201/15 208/10 213/18 214/16 214/21 221/4 227/6 231/25 235/5 238/1 238/6
makes [14]  8/5 16/6 17/20 17/22 30/5 32/9 42/21 53/20 54/8 96/23 153/6 185/15 231/18 245/25
making [7]  26/2 96/8 127/19 184/14 184/16 231/21 236/4
man [1]  146/22
manage [1]  222/9
management [1]  9/7
manager [5]  16/4 37/24 48/23 48/24 64/6
mandates [1]  144/9
mankind [1]  213/15
manner [5]  8/11 91/23 94/11 94/15 238/21
manufactured [2]  237/21 239/5
many [26]  11/1 11/10 11/25 15/16 30/15 53/11 65/11 65/13 77/16 77/25 78/11 114/20 130/3 135/4 142/22 150/16 150/21 153/17 155/20 160/21 164/11 177/21 191/3 214/10 215/4 225/13
March [1]  194/19
Margie [1]  140/4
marijuana [9]  79/4 79/4 201/16 203/10 203/16 204/2 204/12 205/21 206/2
marked [6]  61/13 149/11 151/15 153/12 156/1 215/16
market [1]  210/6
marketing [1]  141/25
marketing-like [1]  141/25
marriage [1]  118/8
married [1]  40/1
mass [1]  208/5
match [1]  19/15
material [2]  182/7 242/4
materials [4]  127/24 180/20 206/10 211/23
math [1]  156/6
matter [8]  5/11 5/15 7/7 14/5 53/18 115/7 183/25 249/7
matters [3]  18/15 128/23 209/21
may [44]  7/5 8/3 9/11 9/23 10/24 11/14 11/19 18/13 25/1 28/8 31/21 32/7 32/14 35/20 36/10 37/6 73/23 85/5 89/7 106/22 107/11 110/11 110/11 115/5 123/18 129/13 139/24 155/13 155/15 163/3 179/4 179/10 180/13 186/3 187/1 187/5 189/11 196/22 208/7 239/17 244/5 244/10 248/5 248/6
maybe [45]  6/22 7/1 17/4 19/6 29/23 30/11 33/9 33/10 36/25 39/4 40/25 41/1 54/9 54/16 60/6 65/12 74/6 112/1 118/24 119/21 120/2 120/8 120/9 123/19 124/15 124/20 129/22 133/23 134/3 134/18 135/11 147/8 147/15 186/21 191/21 199/18 204/3 215/10 215/10 225/23 227/18 228/10 231/19 245/8 245/13
mayor [3]  148/23 149/3 149/5
me [239]  5/13 5/16 5/23 15/13 16/20 18/20 20/18 21/1 23/18 24/10 24/11

## M

me... [228] 24/13 24/13 25/24 26/15 28/1 29/3 30/3 30/4 31/25 32/1 33/13 35/13 37/3 37/8 37/12 40/2 40/11 40/13 40/17 40/18 40/18 40/19 40/19 40/19 40/20 40/25 41/2 41/2 42/1 42/5 42/18 42/19 42/19 42/21 43/4 44/5 44/14 44/16 44/20 44/21 44/21 44/23 45/3 45/4 45/5 45/5 45/21 46/24 47/13 49/17 49/17 50/25 52/4 55/19 57/18 58/20 59/9 63/4 65/15 72/25 73/13 78/5 82/17 87/19 88/7 89/12 92/22 93/18 97/15 100/8 109/15 110/15 114/20 114/25 115/21 117/6 118/7 118/17 118/22 119/8 119/19 119/22 120/10 120/15 121/4 121/6 121/10 121/24 122/2 122/4 122/6 122/20 123/2 123/3 123/10 123/13 123/13 123/15 124/2 124/13 124/23 125/13 125/14 125/15 125/18 125/21 128/10 129/9 131/9 131/11 131/11 133/6 133/9 133/15 133/25 134/1 134/1 138/2 138/5 142/10 143/19 143/25 144/4 144/14 145/22 147/5 147/12 147/13 147/21 149/10 149/15 149/21 150/1 150/2 150/23 153/3 153/11 153/11 154/21 155/25 156/4 156/6 157/8 157/13 158/21 159/5 161/2 161/15 161/19 162/1 162/4 162/19 163/7 164/6 164/13 164/17 166/13 166/13 167/3 167/3 167/7 167/25 168/11 168/16 169/7 169/8 169/10 170/7 170/14 171/16 171/21 171/22 171/22 172/17 172/21 172/23 173/7 173/14 173/20 174/8 174/9 175/19 176/4 176/17 178/5 178/15 178/19 180/15 182/1 182/13 188/16 189/11 191/4 193/2 193/7 195/7 197/22 198/15 199/23 202/8 202/10 203/18 204/22 206/1 206/25 209/12 214/9 214/9 217/7 217/23 219/10 219/22 220/12 220/12 220/23 222/25 226/12 234/6 234/8 235/8 237/2 237/3 237/10 239/5 244/6 246/16 247/11 249/7
meal [1]  98/14
mean [58]  16/14 18/16 25/11 25/22 28/2 29/1 31/20 33/9 33/24 48/9 49/20 53/2 53/21 57/10 62/16 63/4 63/15 64/23 68/19 71/3 73/17 74/11 81/8 82/13 83/12 83/22 90/5 91/20 94/10 94/24 98/22 103/15 114/9 123/12 134/20 136/17 137/2 137/5 144/19 159/25 163/1 163/7 167/19 173/9 173/25 180/8 181/15 185/17 196/18 202/8 205/25 208/8 208/21 208/24 208/25 209/2 221/7 237/10
meaning [9]  141/18 142/23 143/8 146/21 152/17 162/24 174/6 195/14 220/17
meaningful [1]  157/3
meaningfully [2]  48/1 152/18
means [41]  10/3 10/18 10/22 11/1 11/8 11/17 11/19 20/13 21/10 22/10 22/22 22/24 25/17 26/5 26/6 26/7 27/15 27/20 29/11 29/15 29/18 29/18 32/1 34/11 84/25 103/16 118/10 132/2 145/23 155/15 208/22 217/25 218/12 219/7 226/14 226/17 229/6 231/24 234/23 238/23 242/12
meant [5]  71/5 105/11 112/19 113/1 155/7

measure [1]  150/18
mechanism [1]  27/10
media [2]  4/804 195/6
medical [48]  23/9 23/12 40/18 50/16 50/18 54/16 67/20 67/20 76/15 79/4 86/11 116/17 116/19 117/2 117/6 118/12 119/3 127/15 127/21 127/22 128/7 128/12 130/16 200/22 209/14 209/19 209/21 210/2 210/3 210/13 210/13 210/16 210/19 210/21 211/8 211/18 211/19 211/22 211/23 211/24 212/3 212/7 212/12 212/16 212/19 212/19 229/10 229/12
medical-grade [1]  211/23
medically [4]  23/9 23/10 51/11 76/7
medication [3]  54/19 110/19 210/18
medications [12]  40/18 50/17 51/11 68/3 68/5 78/25 94/21 99/24 100/1 136/22 210/10 210/17
medicine [8]  41/25 54/19 92/6 127/7 127/8 127/13 127/22 127/23
medicines [1]  202/22
meditate [1]  42/10
meditation [1]  153/4
meds [1]  210/7
meet [11]  10/19 22/20 32/16 32/17 34/8 34/12 75/15 123/11 123/20 126/3 133/7
meeting [5]  15/15 40/15 82/24 133/21 165/14
meetings [1]  149/1
melted [1]  124/1
member [26]  27/24 29/8 39/6 74/19 74/22 75/12 87/16 87/19 87/20 88/2 88/4 90/22 90/24 90/25 91/5 91/7 91/24 102/4 102/7 141/12 168/15 168/24 170/9 201/19 203/6 208/11
member's [2]  91/8 91/17
members [24]  5/16 12/22 29/5 29/21 77/23 77/25 78/8 84/16 84/18 87/12 90/15 90/18 92/9 101/1 102/5 113/15 158/3 175/15 178/3 178/3 202/25 209/9 213/3 241/1
members' [1]  170/20
membership [3]  4/5 4/6 83/4
memoranda [1]  6/13
memorandum [1]  183/4
memory [1]  56/2
mental [19]  68/7 94/22 98/9 142/6 193/16 193/24 194/1 194/7 194/8 194/9 194/17 194/22 197/14 197/21 207/19 211/3 218/23 219/1 219/5
mentally [2]  68/6 98/23
mention [2]  61/5 64/5
mentioned [36]  40/24 56/23 59/1 59/22 61/2 62/22 64/15 65/20 76/3 76/4 76/6 79/15 82/8 87/15 94/9 94/13 96/15 98/15 107/22 109/4 109/11 110/3 110/8 112/3 118/4 143/21 153/18 160/21 161/18 165/9 165/16 165/20 168/23 170/18 171/7 172/4
mentions [2]  52/6 98/15
mere [1]  239/14
merely [2]  12/16 14/8
merge [3]  19/21 189/4 242/2
merged [2]  188/11 189/6
merits [2]  241/19 247/3
mess [1]  236/11
met [6]  34/8 44/19 45/19 46/22 187/17 212/9
metaphysical [1]  230/22

methamphetamine [2]  238/2 238/4
method [6]  12/8 100/22 100/23 100/25 103/22 156/22
methods [4]  101/1 101/19 156/11 173/18
Mexico [1]  31/23
Meyers [4]  20/4 228/20 230/1 234/21
mic [2]  37/5 88/23
Mice [1]  218/2
michelle [6]  1/23 1/24 5/18 249/7 249/22 249/22
microphone [2]  6/7 36/25
middle [3]  61/1 134/24 215/23
midst [1]  117/18
might [30]  14/17 22/23 47/14 56/22 85/14 95/21 118/25 120/11 121/4 121/6 121/15 123/5 134/4 153/3 153/20 154/15 155/14 157/6 157/17 159/18 159/23 161/15 167/9 181/11 204/7 214/5 220/20 224/13 233/14 248/5
Mikaela [1]  5/22
Millward [14]  2/20 7/6 35/16 106/17 106/19 107/19 137/25 182/21 221/6 224/17 228/10 228/12 235/3 244/24
Millward's [1]  221/5
mind [4]  21/15 50/23 213/9 223/3
mindful [2]  179/5 180/2
mine [7]  40/12 145/18 145/19 149/20 160/22 162/19 219/13
minimize [1]  33/24
minority [2]  9/13 15/10
minute [3]  36/24 118/24 224/21
minutes [9]  7/21 8/16 152/25 178/21 224/21 224/23 238/13 238/15 240/12
mischaracterization [2]  160/9 160/11
misconception [1]  157/11
missed [1]  158/13
missing [3]  142/24 204/3 233/10
mission [5]  150/7 203/8 210/23 213/14 213/16
Misstates [1]  192/13
mistake [3]  148/20 193/1 197/4
mistakes [2]  160/6 198/14
misunderstanding [3]  148/16 148/22 150/6
Mitch [5]  6/3 95/16 101/18 126/3 187/18
Mitchell [1]  2/11
mix [1]  19/15
mixing [2]  137/10 168/20
mixture [1]  101/15
mock [2]  166/5 166/10
mockery [1]  183/7
model [4]  26/3 49/18 111/21 216/3
models [1]  162/17
modes [1]  227/22
modify [1]  31/23
molecule [1]  123/21
moment [3]  114/7 124/5 197/7
moments [1]  152/24
Monday [1]  55/22
money [6]  51/7 51/9 62/25 81/14 160/9 167/19
monitor [1]  103/23
month [10]  63/1 74/10 74/11 77/22 124/20 134/21 134/23 135/15 142/15 195/14
months [10]  14/3 39/24 39/25 74/12 105/16 129/14 197/6 199/19 203/24 206/17
moot [1]  8/4

# M

more [89]  9/17 15/22/5 28/4 29/5 29/23 30/7 30/11 33/3 36/7 40/23 42/22 45/17 56/10 64/21 78/1 78/4 78/13 86/4 98/22 99/17 109/15 114/10 119/17 119/18 121/13 121/16 121/24 123/1 124/14 129/18 129/25 129/25 131/5 133/9 144/12 144/15 144/20 146/25 147/5 147/21 149/20 151/12 154/15 155/19 155/24 156/16 158/20 167/7 168/4 170/22 180/5 180/12 181/24 182/7 184/21 185/19 189/1 189/4 189/4 189/17 190/14 190/22 191/8 191/9 191/10 191/11 191/12 193/25 200/10 200/11 209/3 213/8 213/19 213/19 213/19 214/17 219/7 220/23 220/23 224/6 230/5 232/17 232/22 233/18 236/15 238/11 243/15 243/20
Mormon [1]  158/2
Mormonism [2]  150/8 216/9
morning [6]  6/3 64/3 64/4 96/18 96/20 219/21
most [22]  7/21 10/8 11/2 20/18 43/21 96/11 124/19 124/19 136/4 141/15 141/20 160/22 179/15 183/9 183/19 188/25 193/22 205/9 212/17 212/25 231/8 246/22
mostly [3]  111/20 134/21 181/6
mother [3]  45/20 82/24 118/8
motion [22]  1/14 1/15 6/10 6/14 6/15 6/18 32/4 32/10 32/13 34/14 149/12 151/16 153/13 156/1 179/10 179/11 180/10 180/16 243/23 244/5 244/15 244/18
motions [1]  121/19
motivated [2]  75/20 75/23
Mountain [1]  241/25
move [11]  8/6 37/8 37/9 73/24 93/7 115/1 115/23 169/15 171/2 178/9 204/11
moved [1]  124/5
movie [1]  44/14
moving [2]  196/16 241/17
Mr [9]  3/5 3/7 3/9 89/8 137/25 197/1 221/6 222/12 224/10
Mr. [106]  5/21 5/21 7/4 7/17 7/18 7/24 8/19 8/20 12/19 13/1 13/7 13/19 15/12 15/21 15/23 16/3 17/3 17/21 17/25 31/21 31/25 32/7 32/9 36/10 41/14 43/18 46/21 47/2 53/17 75/7 75/9 75/15 75/23 76/4 76/25 77/11 77/19 79/9 79/12 80/8 80/12 80/17 88/7 89/4 89/4 106/17 106/19 107/16 107/19 114/10 114/14 114/20 114/20 114/23 115/18 126/7 127/2 140/3 140/8 140/9 140/12 147/19 170/2 179/20 181/3 181/14 182/14 182/21 184/15 184/16 184/16 184/20 185/14 186/1 187/13 187/17 192/3 192/16 195/17 221/5 221/10 221/13 224/14 224/17 224/23 225/18 228/9 228/9 228/10 228/12 231/4 231/14 233/12 234/4 234/9 235/3 238/13 240/17 244/24 244/24 245/14 246/2 246/10 247/5 247/12 247/14
Mr. Bean [25]  7/4 7/17 8/19 15/21 31/21 31/25 32/7 32/9 36/10 89/4 107/16 114/10 140/3 140/8 179/20 181/3 181/14 184/15 184/16 185/14 224/23 234/9 238/13 245/14 247/5
Mr. Bean's [1]  115/18
Mr. Bridger [3]  140/9 231/4 234/4
Mr. Eshan [1]  5/2
Mr. Gray [4]  47/16/16
Mr. Jake [1]  17/21
Mr. Jensen [39]  12/19 13/1 13/7 13/19 15/23 16/3 41/14 43/18 46/21 47/2 53/17 75/7 75/9 75/15 76/4 76/25 77/19 79/9 79/12 80/8 80/12 80/17 114/23 127/2 140/12 170/2 184/16 184/20 187/17 192/3 192/16 195/17 221/10 221/13 225/18 231/14 233/12 246/2 246/10
Mr. Jensen's [7]  17/3 75/23 77/11 114/14 126/7 247/12 247/14
Mr. Kris [1]  5/21
Mr. Millward [9]  106/17 106/19 107/19 182/21 224/17 228/10 228/12 235/3 244/24
Mr. Millward's [1]  221/5
Mr. Olson [4]  88/7 89/4 114/20 228/9
Mr. Stephens [13]  7/18 7/24 8/20 15/12 17/25 114/20 182/14 186/1 187/13 224/14 228/9 240/17 244/24
Mrs. [1]  89/11
Mrs. Lee [1]  89/11
Ms [6]  17/1 36/16 37/11 37/20 99/9 116/17
Ms. [42]  5/4 5/9 5/17 5/18 16/2 16/21 16/22 16/24 17/8 36/11 36/14 36/14 36/23 56/20 57/4 57/20 58/18 64/3 73/24 74/19 76/3 79/25 80/22 82/21 92/18 92/25 93/18 106/10 106/15 107/22 113/9 114/14 115/20 115/21 126/4 130/24 131/2 138/5 140/12 143/21 244/22 246/16
Ms. Brandi [2]  16/2 36/11
Ms. Bridger [1]  16/21
Ms. DenBleyker [4]  17/8 92/18 126/4 138/5
Ms. Gonsalves [1]  5/9
Ms. Hola [2]  244/22 246/16
Ms. Jennifer [1]  115/20
Ms. Jensen [1]  16/22
Ms. Lee [19]  16/24 36/14 36/23 57/20 58/18 64/3 73/24 74/19 76/3 79/25 80/22 82/21 92/25 93/18 106/10 106/15 107/22 113/9 143/21
Ms. Lee's [1]  114/14
Ms. Michelle [1]  5/18
Ms. Schofield [8]  5/4 36/14 56/20 57/4 115/21 130/24 131/2 140/12
Ms. Tracy [1]  5/17
mstephens [1]  2/14
much [43]  27/9 29/1 40/3 40/4 74/13 80/25 87/10 88/7 114/10 114/13 121/24 133/22 134/10 135/1 139/20 139/23 142/2 142/14 144/15 153/17 155/9 158/20 160/17 161/2 161/5 167/22 168/4 177/17 177/17 177/18 182/24 185/20 185/23 191/18 191/23 208/3 208/4 208/19 209/11 209/12 219/7 225/22 246/22
multiple [6]  78/8 109/11 189/16 215/5 221/16 244/16
multiplier [1]  131/13
mushroom [5]  100/19 198/2 198/5 198/13 201/23
mushroom-based [3]  198/2 198/5 198/13
mushrooms [9]  26/3 28/18 29/8 31/24

32/22 32/22 73/25 220/18 241/9
musical [1]  115/15
must [13]  10/10 10/12 10/19 10/22 21/21 158/16 188/17 191/18 209/6 228/23 238/22 241/18 242/10
mute [5]  88/23 130/23 130/24 147/19 238/14
muted [1]  169/18
my [243]  5/13 5/20 5/22 6/5 7/12 7/18 7/25 21/4 23/18 25/22 30/2 31/15 33/6 34/5 39/12 39/14 39/19 39/23 39/24 40/1 40/7 40/11 40/16 40/18 40/18 40/19 41/1 41/1 41/24 42/11 43/2 43/5 44/5 44/19 45/2 45/3 45/10 45/19 45/22 45/25 46/11 46/15 46/15 46/15 46/24 47/16 48/16 48/16 49/17 49/25 50/23 56/14 59/2 60/3 60/6 60/22 61/17 61/19 63/20 64/25 79/4 80/11 80/14 80/14 88/23 88/23 92/16 92/21 109/5 109/8 109/8 113/3 117/4 117/16 117/18 118/5 118/6 118/7 118/7 118/8 119/2 119/12 119/15 119/18 120/8 120/13 120/16 120/16 121/16 122/4 122/16 122/20 122/23 122/24 123/5 123/24 124/7 124/12 124/22 125/16 126/3 127/4 127/11 129/7 130/2 131/9 131/9 131/10 131/17 131/22 131/25 133/8 134/21 134/25 135/23 136/3 137/8 137/21 141/12 141/15 141/19 141/20 142/3 142/8 142/8 142/11 142/22 144/24 145/2 145/5 145/13 147/11 147/25 148/11 148/12 148/13 148/13 148/19 148/20 148/24 149/10 149/15 149/16 150/5 150/7 151/12 153/14 155/5 155/12 156/14 157/18 158/19 158/20 159/13 160/7 161/5 161/11 161/12 162/3 162/13 162/23 164/8 164/8 164/9 166/1 167/5 168/1 168/11 168/11 169/14 172/1 172/7 172/14 172/17 172/18 172/19 172/22 174/4 174/7 174/7 174/13 175/19 176/11 176/13 176/25 177/3 178/10 181/22 184/2 184/3 184/21 187/17 187/23 188/13 188/18 188/23 188/23 188/24 188/25 189/2 189/2 189/4 189/5 190/22 190/24 191/2 191/2 191/7 191/9 193/8 197/21 201/25 201/25 202/2 202/11 203/18 203/22 203/23 204/23 205/4 208/1 210/2 210/23 213/23 214/16 216/22 216/23 217/14 218/13 235/8 238/4 238/15 243/17 244/13 245/22 246/13 246/16 246/21 246/22 247/16 247/20 247/21 249/15
myself [13]  5/13 41/2 41/3 42/6 42/10 75/2 123/4 124/21 142/15 156/6 160/21 194/19 194/25
mystical [2]  120/24 193/9
mystical-type [1]  120/24
myth [2]  157/4 157/6
myths [2]  157/2 157/7

# N

name [26]  5/13 32/23 37/20 59/16 69/21 69/24 70/20 72/16 97/9 116/14 126/3 130/18 141/3 141/7 149/15 165/10 165/11 184/7 187/17 195/19 215/20 222/22 222/23 223/14 225/25 249/15
named [9]  15/23 38/14 56/17 97/6 146/6 157/12 195/21 222/19 249/11

## N

names [1] 167/4
narcotics [1] 223/16
narrow [5] 180/5 241/5 243/18 244/25 246/13
narrowly [1] 33/3
narrowness [1] 244/10
nation's [5] 198/2 198/5 198/12 201/23 216/6
Native [6] 4/4 4/6 168/14 169/9 170/10 170/12
nativeamericanchurches.org [1] 170/17
nature [9] 12/16 80/8 84/1 90/7 108/13 143/7 143/9 159/16 246/13
nauseous [1] 96/22
navigate [1] 151/12
near [1] 115/3
nearing [1] 88/11
nearly [2] 174/22 175/7
necessarily [6] 8/10 28/14 121/25 128/12 162/12 248/16
necessary [8] 53/18 57/9 59/7 78/2 78/3 115/3 115/6 153/6
necessitate [1] 207/12
necessitated [1] 212/21
necessitates [2] 153/2 153/4
necessity [1] 162/4
need [50] 8/4 8/5 9/3 9/6 13/16 14/11 19/9 32/12 33/11 33/22 46/7 47/17 56/22 63/15 73/16 88/18 88/19 92/23 109/24 110/1 122/20 122/24 124/14 129/22 129/25 130/23 137/20 146/16 146/17 147/1 147/2 159/24 164/21 173/12 175/11 175/21 178/25 180/11 180/12 180/22 182/7 185/19 214/22 214/24 215/7 240/8 244/16 246/24 247/1 247/20
needed [6] 39/21 86/5 122/4 125/17 133/20 148/12
needing [2] 88/16 96/12
needs [10] 14/7 41/15 60/23 60/24 151/25 152/21 152/25 207/20 211/2 239/3
negative [6] 49/19 68/1 68/4 68/5 72/8 76/6
negatives [2] 76/4 76/9
negotiate [1] 33/11
negotiation [2] 33/15 232/12
neighbors [2] 148/13 148/13
neither [3] 184/6 184/9 202/6
nervous [1] 190/23
neuro [1] 105/11
neuro-pathways [1] 105/11
neuropathy [1] 71/16
neutral [1] 226/24
neutrality [1] 226/20
never [23] 21/14 44/3 64/9 80/23 82/8 82/14 143/5 145/10 150/15 154/17 165/24 171/17 172/17 176/12 178/4 178/5 178/16 184/3 190/9 190/9 207/7 211/6 223/3
new [6] 31/23 83/22 160/19 197/11 197/17 241/2
New Mexico [1] 31/23
newborn [1] 158/1
news [1] 160/4
next [18] 24/6 96/1 97/3 98/5 99/8 100/5 105/13 114/7 119/12 124/21 139/24 179/16 182/11 188/19 221/2 224/6 231/23 245/15
Nice [1] 126/3
night [3] 42/19 194 171/21
nine [1] 105/21
Ninth [1] 11/21
Ninth Circuit [1] 11/21
no [184] 1/9 7/16 10/21 11/9 11/12 13/7 13/16 14/4 14/6 14/14 17/6 17/14 18/9 19/10 21/11 21/23 22/19 23/1 29/21 29/21 29/21 29/22 31/20 32/7 32/20 33/10 33/22 43/22 43/25 52/16 52/18 54/22 55/2 55/5 55/12 56/4 59/14 59/20 61/4 61/9 62/1 62/4 64/8 66/22 67/10 68/4 68/10 68/12 69/8 70/8 72/2 72/5 72/7 72/17 72/19 73/4 74/25 76/19 78/1 78/1 78/13 79/6 79/8 79/11 79/14 81/5 83/15 84/10 84/17 84/20 84/21 84/23 85/4 85/6 85/7 85/11 86/15 87/24 90/13 90/16 90/21 91/4 91/6 92/1 92/5 92/15 95/25 97/8 98/17 99/3 99/16 101/5 101/17 103/21 106/21 107/13 109/7 109/24 110/14 110/22 111/2 113/17 114/1 114/6 122/13 126/8 128/5 129/13 130/15 130/17 131/24 132/18 132/20 132/22 132/24 133/2 133/17 133/19 133/19 135/23 139/5 139/13 139/16 141/17 144/12 150/25 153/10 153/21 157/11 158/3 160/6 163/10 163/10 163/12 163/15 163/17 163/23 163/23 163/24 166/13 171/9 176/1 182/18 184/1 189/12 197/15 202/17 203/9 203/12 204/6 209/12 210/23 213/8 213/15 214/2 214/20 215/10 216/12 216/12 216/21 221/1 221/9 221/15 221/21 223/1 223/22 229/3 229/10 230/21 230/22 230/22 230/23 230/24 230/24 231/2 231/16 232/24 237/5 240/19 243/11 243/14 245/21 247/8 247/22
No. [8] 95/20 97/3 97/20 102/12 157/2 228/24 229/1 229/22
No. 1 [4] 95/20 97/3 97/20 228/24
No. 2 [3] 102/12 229/1 229/22
No. 7 [1] 157/2
Noble [1] 153/20
nobody [2] 158/15 214/18
Nobody's [1] 25/8
Nodding [7] 57/5 66/8 69/23 76/11 81/7 82/6 90/3
Nomac [1] 100/14
non [9] 17/13 52/8 84/1 84/11 91/20 91/20 154/23 188/4 234/15
non-dogmatic [4] 52/8 84/1 91/20 91/20
non-existence [1] 84/11
non-issue [1] 234/15
Non-offensiveness [1] 154/23
non-profit [1] 188/4
non-witnesses [1] 17/13
none [1] 54/24
Nope [2] 71/9 99/5
norm [2] 122/4 130/6
North [3] 148/3 198/8 201/8
Northwestern [1] 117/2
not [294]
notably [1] 11/2
notation [1] 95/21
note [6] 47/23 137/12 140/3 172/14 210/13 225/23
notebook [1] 108/6
noted [3] 9/9 99/3 239/2
notes [22] 41/19 47/6 47/6 49/1 66/2
93/5 95/24 98/14 108/7 111/9 144/11 144/24 144/25 145/2 145/5 168/2 217/11 217/15 218/17 218/17 219/16 219/20
nothing [11] 36/20 42/20 44/13 104/6 106/10 114/2 116/6 140/18 163/4 171/9 247/21
notice [17] 155/17 157/9 159/3 183/15 186/9 232/23 232/25 233/2 233/3 233/4 234/13 234/15 234/17 235/16 238/24 239/1 243/1
noticed [1] 123/17
notified [1] 34/2
notion [1] 123/18
Notre [1] 163/1
November [6] 56/1 164/3 165/18 217/16 241/7 243/25
November 11 [1] 241/7
November 11th [2] 164/3 165/18
November 11th to [1] 243/25
November 11th, I [1] 56/1
November 2023 [1] 217/16
now [93] 5/23 10/1 10/18 11/8 11/15 12/6 12/11 12/24 15/6 17/7 19/23 23/6 23/20 26/12 26/14 26/17 28/5 30/3 32/24 33/23 36/5 36/19 37/3 37/10 37/12 37/13 40/9 44/7 47/14 48/12 48/17 55/13 59/21 71/12 72/8 73/16 73/24 73/25 88/17 98/5 102/11 102/16 104/3 105/13 107/16 109/4 111/24 114/6 116/5 124/20 128/6 129/15 130/2 136/8 137/6 140/10 140/17 142/5 149/2 152/19 155/17 157/9 157/15 166/19 170/3 171/10 172/4 175/21 179/9 187/13 192/3 195/5 197/8 199/10 199/13 199/21 199/25 200/15 201/12 203/13 203/13 204/22 212/11 213/21 214/17 215/16 219/8 225/12 225/21 230/10 231/25 234/16 244/12
nuisance [2] 172/15 174/1
number [10] 4/2 5/12 31/7 72/22 157/14 175/17 192/17 221/15 233/22 233/23
numbers [1] 31/2
nutritious [1] 96/19

## O

O Centro [5] 20/18 20/20 30/1 30/4 232/11
O-C-T [1] 157/9
oath [3] 192/21 213/16 213/17
object [4] 32/19 47/19 74/14 205/22
objection [16] 75/10 76/16 88/5 93/9 93/13 97/10 104/10 105/20 107/10 137/12 166/6 169/17 181/8 182/18 192/13 211/25
objections [2] 57/2 187/5
objective [1] 239/16
obligated [1] 175/4
obligation [1] 232/3
obscure [1] 205/16
observance [1] 111/17
observation [1] 175/14
observations [2] 108/12 174/25
observe [2] 89/16 90/7
observed [13] 61/17 79/9 79/12 109/1 111/20 135/16 163/8 163/9 163/11 174/20 205/18 205/19 231/3
obsess [1] 144/24
obtain [3] 69/14 86/11 210/15
obtained [5] 170/24 179/25 211/23 212/4 233/16

O

obviate [1] 186/16

obviously [10] 15/23 35/8 49/2 62/8
62/16 62/19 89/17 167/15 235/25
237/11

occasion [4] 24/13 203/20 203/20 220/5

occasions [1] 107/2

occupation [4] 37/23 118/7 141/5
141/14

Occupational [1] 176/4

occupy [1] 246/22

occur [8] 77/21 78/16 78/18 78/21
113/18 183/8 233/23 240/5

occurred [5] 55/20 124/5 172/10 240/3
240/4

occurring [2] 43/18 240/2

occurs [1] 159/24

OCD [1] 71/18

oct [1] 157/9

octadrant [12] 111/16 154/8 156/4
156/5 157/8 157/13 213/25 214/1 214/3
214/19 214/20 215/3

octadrants [1] 156/14

Octadron [1] 213/21

October [1] 219/14

October 2024 [1] 219/14

OctoGoddess [9] 111/16 143/21 145/11
145/15 157/10 157/12 157/13 160/22
215/3

off [22] 17/8 17/13 17/22 31/15 44/20
44/22 68/19 82/11 88/23 92/18 100/21
104/15 104/17 111/14 154/17 172/14
202/15 204/5 210/7 221/7 224/12 247/7

offense [1] 214/2

offensiveness [1] 154/23

offer [3] 126/19 150/13 207/5

offered [2] 22/13 248/6

offering [1] 129/8

office [20] 16/4 37/24 48/23 48/24 49/2
58/5 64/6 77/10 79/20 113/24 126/17
149/25 161/11 165/17 165/23 181/5
184/2 187/7 201/25 202/2

officer [10] 27/22 27/25 28/2 29/7 57/17
167/4 180/6 183/13 186/22 223/15

officer's [1] 185/2

officers [13] 62/6 164/11 164/24 165/23
166/3 166/20 171/15 182/10 182/23
187/3 201/22 236/16 236/18

official [3] 188/14 191/12 206/22

officials [1] 224/4

often [8] 38/22 74/8 161/13 181/23
181/24 181/24 190/20 210/6

oh [19] 18/22 46/11 49/24 69/16 77/18
95/5 105/9 121/12 122/23 131/24
133/15 142/22 143/25 149/22 164/6
176/21 178/8 221/6 236/20

Ohio [1] 231/10

okay [175] 5/8 6/2 6/8 7/8 7/23 9/9 17/1
17/20 17/24 18/24 19/13 21/5 21/7
22/11 22/12 23/20 23/22 24/15 26/16
26/17 27/7 34/18 35/1 36/8 37/7 37/8
37/10 37/12 37/14 38/6 38/21 43/11
48/22 50/20 50/25 52/4 52/19 57/10
58/13 58/16 58/18 59/21 60/12 60/15
61/10 67/3 67/18 82/7 88/25 93/14 95/9
96/14 103/25 105/15 107/16 112/9
113/3 113/4 114/17 114/25 115/8
115/13 116/2 116/16 116/22 116/22
117/8 117/13 117/20 117/22 118/16
118/19 119/12 120/6 121/17 122/8

122/11 123/1 124/3 124/24 125/1
131/24 134/22 135/4 137/12 139/23
139/23 140/6 149/17 149/18 150/24
151/1 151/3 152/6 155/24 156/5 159/7
159/21 164/6 164/21 169/4 169/22
175/22 179/18 180/8 182/11 182/21
184/5 184/14 184/24 185/5 185/25
186/24 187/10 188/7 188/15 189/10
190/7 190/16 192/2 192/25 193/6
193/13 194/1 194/5 194/17 194/19
195/10 195/13 196/13 196/14 197/5
197/8 197/23 197/25 198/16 199/9
200/6 203/3 206/11 208/10 208/17
209/25 210/18 211/5 211/17 214/1
215/11 216/3 216/15 216/20 216/24
217/15 217/22 218/5 218/15 218/21
219/4 219/8 220/10 220/25 221/23
222/7 222/11 223/4 223/5 224/5 224/14
224/18 231/23 233/14 240/12 245/19
247/17 248/12

Oklevueha [2] 4/4 4/6

old [7] 83/22 157/25 158/16 199/18
215/4 215/6 237/15

Olson [9] 2/15 3/5 3/7 6/5 88/7 89/4
89/8 114/20 228/9

ominous [1] 167/25

ominously [1] 172/3

ONAC [17] 4/5 4/6 168/14 168/25 169/1
170/10 170/20 171/6 204/13 204/16
204/19 204/21 204/24 205/5 205/14
205/18 205/20

ONAC's [1] 205/21

once [12] 8/17 9/20 22/18 22/24 74/11
74/11 148/23 176/2 220/2 242/8 243/25
245/10

one [127] 5/18 5/19 6/6 8/22 8/23 16/4
18/4 18/14 20/7 24/13 26/17 27/22
32/14 32/15 34/16 35/8 35/24 43/22
44/11 45/19 47/16 66/21 67/16 74/8
80/15 80/18 82/8 85/9 85/17 86/4 87/8
88/11 88/13 90/22 93/6 96/14 99/8
100/22 101/21 101/23 102/3 105/13
108/16 108/20 108/23 109/16 109/17
110/17 113/10 117/11 119/15 121/13
123/4 125/10 126/14 126/15 126/16
129/10 129/12 130/19 133/10 133/24
134/1 136/6 143/3 143/4 143/4 146/3
146/5 146/8 146/8 146/11 147/21
149/15 149/20 149/22 149/24 149/25
153/14 155/8 155/24 156/3 157/24
157/24 158/7 158/13 159/25 160/1
160/6 161/11 162/9 164/2 164/2 164/13
177/19 177/20 177/22 178/16 183/15
183/18 184/3 186/4 188/11 188/23
189/6 192/17 196/24 197/5 197/7 198/1
199/17 205/8 214/2 214/5 217/6 217/7
221/24 222/1 232/22 233/22 236/3
236/15 236/21 237/3 237/5 237/25
238/15

one's [1] 209/12

one-part [1] 125/10

ones [10] 64/13 80/14 89/20 106/22
131/22 133/9 154/1 154/1 154/2 154/3

ongoing [5] 133/18 233/5 243/3 243/5
243/10

online [1] 117/11

only [44] 6/6 6/19 10/15 10/23 11/16
12/2 16/1 17/14 17/21 27/11 34/21 35/7
35/8 51/6 54/5 62/13 66/21 67/16 84/25
85/12 94/22 95/5 101/23 109/8 123/5

135/23 136/6 145/16 158/6 163/6
169/19 169/23 183/10 186/10 190/13
203/22 211/18 211/22 212/4 220/23
221/24 230/9 230/25 239/9

onset [1] 103/7

onsite [1] 31/8

open [17] 6/24 49/21 56/10 56/12 57/23
85/23 105/12 111/21 143/20 147/7
150/8 180/24 193/1 200/17 220/8
221/20 228/5

opened [18] 40/25 46/13 118/15 122/20
188/3 188/6 188/13 192/5 192/10 198/6
198/7 206/21 216/6 220/1 220/5 234/2
234/3 234/8

opening [8] 6/21 7/20 8/9 13/14 58/17
60/16 147/10 148/5

openly [1] 177/22

openness [3] 148/25 174/13 175/1

opens [1] 150/11

operate [2] 11/6 187/24

operates [2] 14/20 225/13

operating [1] 188/4

operation [1] 225/18

operations [1] 175/7

opinion [6] 24/9 24/12 24/14 184/21
184/22 247/22

opinions [1] 144/6

opportunity [10] 8/9 8/15 32/11 35/10
47/24 47/25 153/1 182/6 185/14 245/3

oppose [1] 237/24

opposed [6] 53/25 130/13 160/3 161/23
181/11 202/10

opposing [5] 125/20 137/15 181/12
185/11 242/2

opposite [1] 170/3

opposition [3] 154/14 154/18 186/12

opposition's [2] 144/11 160/5

Oral [1] 60/7

order [45] 1/14 6/10 9/2 10/20 13/12
25/19 26/12 26/13 27/15 27/25 29/6
29/24 30/21 31/23 32/13 33/15 33/19
73/21 112/14 119/18 153/21 154/11
154/13 180/4 180/15 183/16 223/17
223/19 227/9 227/9 227/17 227/23
231/20 237/8 240/22 241/11 241/18
243/21 244/25 245/9 246/13 247/8
247/16 247/21 248/6

order/preliminary [1] 227/9

ordered [1] 243/24

ordinances [1] 211/2

Oregon [3] 69/2 70/11 162/15

Orem [1] 77/6

organization [29] 11/9 11/13 11/14
11/24 13/25 38/6 38/9 38/10 46/4 46/17
53/25 54/1 62/10 118/14 142/1 146/13
146/16 147/3 147/5 154/16 168/15
171/6 177/10 177/13 177/14 177/15
191/11 194/7 222/5

organization's [1] 162/24

organizations [4] 146/21 147/4 177/7
216/13

organized [2] 191/8 191/11

origin [3] 86/13 87/5 87/6

original [3] 58/12 137/14 213/14

originally [1] 120/25

originate [1] 91/13

originates [1] 31/5

Orrin [1] 1/23

other [116] 5/22 10/22 11/18 11/19 13/4
14/19 17/5 17/17 17/21 18/15 20/8

**O**

other [100] 32/12 33/11 33/12 33/13 34/14 34/15 34/21 35/4 44/23 44/24 45/7 46/7 48/22 50/23 53/14 54/23 55/1 64/6 65/24 66/18 66/19 66/25 68/4 76/1 84/21 85/2 85/5 85/18 86/6 87/9 88/11 89/17 89/19 91/11 100/1 100/10 100/13 101/4 101/4 101/11 101/13 101/19 102/4 110/5 110/19 110/20 114/23 119/14 123/17 124/15 126/20 127/24 132/25 133/1 135/7 135/22 136/13 138/22 139/25 145/12 145/18 155/14 156/11 156/24 158/14 158/15 162/21 162/21 168/17 170/13 175/24 177/7 183/10 183/17 185/8 186/4 193/19 201/19 201/19 202/13 202/25 205/9 206/23 207/14 207/23 208/15 209/3 213/8 214/7 214/11 225/23 230/4 230/19 231/3 232/6 232/6 236/3 239/19 242/4 244/8 245/24 246/15 247/6 247/11 248/9
others [21] 15/24 48/17 48/18 50/22 52/22 62/15 65/1 84/8 91/22 100/15 107/1 108/11 108/21 146/3 146/10 153/17 153/19 159/23 161/22 162/4 205/7
others' [1] 49/24
otherwise [5] 183/9 211/5 213/2 220/5 249/12
ought [4] 35/22 157/14 236/1 236/17
ounce [2] 74/6 190/9
ounces [1] 74/8
our [114] 5/9 5/16 5/18 5/19 7/22 13/13 16/6 36/3 39/24 49/4 50/11 51/4 54/9 55/9 55/9 56/15 57/11 57/24 58/5 58/8 59/2 60/25 62/24 62/25 63/9 63/9 63/10 66/2 66/2 79/21 79/21 81/18 81/22 86/22 86/24 88/15 88/16 90/16 90/16 92/12 92/12 93/5 93/20 110/17 114/7 115/6 137/19 142/25 144/19 144/25 145/1 145/2 146/18 146/25 146/25 147/12 150/19 150/22 151/24 152/3 152/3 152/20 152/21 152/21 153/2 153/5 153/22 154/9 154/16 154/22 155/8 155/19 156/23 156/24 158/11 160/3 162/8 162/24 162/24 163/16 165/8 167/14 168/1 168/2 168/2 168/4 168/4 168/21 181/5 186/19 188/6 196/5 197/11 201/4 202/14 202/14 202/22 202/24 204/7 206/18 209/20 211/1 211/2 211/4 213/14 214/2 217/20 220/6 222/9 228/18 237/12 237/19 239/12 240/10
ours [2] 52/10 153/21
ourselves [5] 71/5 71/6 146/10 146/11 155/14
out [72] 11/20 13/25 15/23 15/25 33/2 39/12 39/13 40/5 43/3 43/3 43/7 43/21 50/2 51/1 51/3 51/4 53/23 55/4 56/10 56/11 83/19 84/9 88/8 96/11 96/12 103/13 103/15 103/16 104/1 107/6 111/10 114/17 117/3 118/12 118/17 120/4 122/3 129/3 137/6 142/24 143/8 146/1 146/3 151/14 156/22 163/16 169/23 174/18 176/8 176/22 186/4 187/22 200/3 200/25 202/12 205/2 210/11 210/11 211/13 214/16 216/19 226/15 230/18 230/19 231/10 234/9 236/14 239/6 244/21 245/12 246/25 247/3

outcome [2] 219/7 236/1
outdated [3] 99/18 99/18 216/22
outdoors [1] 90/6
outgrow [1] 161/15
outgrowing [1] 162/1
outlined [1] 170/20
outreach [1] 141/24
outright [1] 242/22
outside [15] 54/10 55/9 79/7 79/9 79/12 90/6 92/3 92/12 126/17 147/12 147/14 153/5 160/7 202/22 205/21
outweighs [1] 241/22
over [35] 5/14 5/23 8/20 18/23 19/2 19/4 27/22 36/9 37/8 45/4 59/8 77/21 77/22 78/25 80/11 88/8 88/15 117/18 125/21 140/3 140/14 144/24 152/16 154/9 154/21 156/17 159/19 167/22 176/2 179/2 185/25 197/20 206/16 224/24 242/25
overarching [2] 89/12 113/9
overlap [2] 189/6 247/18
overlooked [1] 168/9
overrule [1] 48/4
Overruled [5] 76/18 105/21 166/8 174/21 178/9
overseen [4] 65/11 65/14 80/12 80/16
own [42] 21/2 38/11 39/25 40/7 48/17 48/20 49/9 49/17 49/25 50/22 54/9 54/9 65/25 66/7 86/21 86/22 86/23 86/24 92/7 92/9 107/23 107/23 109/18 125/4 125/4 125/16 132/3 132/5 145/13 145/14 145/17 149/16 154/7 168/5 191/2 191/2 193/8 195/5 203/18 212/23 213/4 215/14
owner [1] 183/24
Owners [1] 241/25

**P**

P R O C E E D I N G S [1] 5/2
p.m [7] 1/19 89/2 92/24 164/8 178/24 240/15 248/24
pace [1] 57/19
package [1] 142/3
page [26] 3/2 4/2 5/21 95/16 95/17 96/1 96/2 97/3 98/5 101/18 105/13 111/21 111/23 112/12 152/7 186/12 193/4 198/19 198/21 199/3 207/8 215/17 217/8 226/11 228/23 239/12
Page 10 [1] 101/18
page 11 [1] 105/13
page 13 [1] 152/7
pages [2] 155/20 195/6
paid [3] 64/16 134/2 142/2
pain [2] 40/7 48/10
panic [1] 40/6
paper [2] 128/20 155/1
papers [5] 35/19 118/12 128/11 128/14 128/18
paragraph [6] 159/10 170/8 193/7 193/8 200/8 239/2
Paragraph 15 [1] 239/2
Paragraph 18 [1] 193/8
Paragraph 19 [1] 193/7
paramount [1] 154/23
Parent [1] 196/17
Parent-Teacher [1] 196/17
parenting [1] 218/2
PARRISH [2] 1/16 5/14
parsing [3] 156/22 230/18 230/18
part [42] 8/3 20/15 40/17 44/20 48/13

48/15 54/6 64/15 66/10 66/14 81/4 84/22 86/9 90/23 95/6 112/23 119/16 123/15 123/10 126/13 136/12 136/20 138/10 141/19 146/9 146/11 152/3 153/6 154/12 159/19 167/24 168/11 169/20 169/24 200/9 202/3 203/14 215/15 220/14 231/23 234/4 238/4
partake [1] 110/12
partaking [1] 143/17
participant [4] 50/10 130/22 131/6 147/18
participants [5] 15/15 49/4 54/21 158/19 158/20
participate [22] 42/7 63/18 65/17 71/5 75/22 77/23 77/25 98/12 102/8 113/16 118/1 129/6 133/17 150/21 177/25 207/23 207/25 208/2 208/6 208/9 209/6 210/10
participated [7] 48/6 77/16 117/23 122/8 132/25 208/18 208/23
participating [4] 48/12 76/14 97/2 158/22
participation [3] 159/13 175/14 211/1
particular [11] 10/13 22/7 43/8 78/15 78/20 96/16 109/22 109/23 111/5 205/23 228/2
particularized [2] 10/6 14/8
particularly [1] 196/24
parties [14] 1/20 6/18 6/20 33/15 33/20 57/1 72/6 174/15 182/4 189/14 189/22 195/3 244/3 249/13
parts [3] 34/9 44/22 155/19
party [3] 15/24 241/23 242/2
pass [4] 41/9 41/21 51/21 147/22
passed [5] 19/24 39/23 41/11 45/2 138/18
passes [1] 243/6
past [5] 13/6 14/3 63/1 231/17 238/17
paste [1] 197/20
pasted [1] 197/20
path [2] 9/23 153/20
pathways [1] 105/11
patience [1] 228/14
patriarchal [1] 42/11
Pause [1] 92/24
pay [16] 14/3 33/6 34/5 62/25 74/2 74/13 81/12 81/22 110/2 133/22 134/6 134/8 134/10 142/7 142/15 243/17
pays [1] 73/25
PC [2] 2/12 2/15
peace [2] 45/9 128/22
peak [2] 82/12 125/11
peasant [1] 146/9
peculiar [1] 171/21
pedigree [1] 169/10
Pedro [1] 170/13
peephole [1] 103/24
people [84] 27/12 28/11 29/5 38/11 38/22 44/23 51/4 51/10 54/5 55/9 57/24 61/22 66/22 70/23 70/24 81/10 82/10 82/15 82/16 82/17 85/8 85/17 94/22 100/2 108/10 109/24 109/25 110/1 112/20 120/24 121/4 124/23 128/22 135/7 136/12 143/8 144/3 144/4 144/15 144/16 145/18 146/1 146/3 146/6 148/9 148/9 150/8 150/17 153/3 157/1 157/1 157/23 158/8 159/18 160/21 160/25 161/3 168/21 173/24 173/24 175/17 177/20 190/16 199/10 199/21 200/16 206/13 206/19 207/6 207/22 207/25

P

people [48] 209/7 209/9 210/1 210/9 211/13 213/9 213/18 214/4 215/14 216/9 229/18 231/13 234/5
people's [1] 145/12
per [1] 191/23
perceive [1] 121/5
perceived [1] 144/14
percent [4] 75/25 76/1 119/24 204/16
perfect [2] 116/24 126/6
perfectly [2] 57/8 70/23
performed [6] 77/14 109/5 195/2 197/3 211/19 217/18
performing [3] 66/21 70/4 70/17
performs [1] 156/9
perhaps [5] 12/6 30/6 152/18 244/21 247/3
period [4] 77/22 233/24 237/11 248/13
permission [1] 185/22
permitted [2] 84/18 227/1
person [15] 25/2 38/23 38/25 59/18 66/5 66/7 75/12 129/24 142/16 144/12 170/9 170/23 218/25 219/2 223/23
person's [2] 165/10 207/19
personal [8] 44/7 54/25 59/12 85/4 134/23 155/5 170/19 207/19
personally [9] 62/7 65/15 67/8 70/19 80/18 135/15 161/14 173/21 212/10
persons [1] 85/5
perspective [3] 61/17 65/23 186/19
persuasion [1] 38/22
pertaining [1] 170/19
pertains [1] 180/22
Peter [1] 44/16
petition [1] 150/19
peyote [28] 23/7 23/16 23/22 23/24 24/2 24/4 24/5 24/16 24/17 24/23 25/8 25/9 25/18 26/24 27/6 27/7 27/8 27/11 28/5 28/6 34/25 35/1 170/12 226/16 232/7 232/8 232/8 237/14
Philadelphia [1] 226/7
philosophical [2] 12/16 151/22
philosophies [2] 49/18 205/9
philosophy [3] 20/8 229/1 229/23
phone [6] 55/17 72/22 73/1 73/3 118/22 166/22
photo [3] 169/1 169/11 169/16
photograph [1] 169/23
photographed [1] 167/15
phrase [1] 132/6
physical [9] 30/22 30/23 42/23 65/9 71/12 71/13 121/18 121/20 209/21
physically [1] 104/19
pick [2] 164/8 230/14
picking [1] 16/12
picture [2] 122/17 122/19
pictures [2] 233/16 233/17
pillars [1] 149/4
pit [1] 173/18
Pitcher [1] 2/6
pitted [1] 174/5
place [19] 43/12 43/13 63/16 78/5 87/10 121/15 123/11 126/19 127/16 155/8 161/8 177/22 183/13 185/2 199/10 220/1 233/5 244/1 249/11
places [1] 146/7
plaintiff [16] 17/22 20/10 22/14 37/16 116/10 140/22 195/22 222/23 226/4 228/23 229/4 229/20 229/24 232/5 241/17 242/8

plaintiffs [49] 1/8 2/2 6/1 6/12 6/15 10/7 10/13 11/13 12/1 14/8 19/15 19/25 20/5 20/10 20/25 21/7 21/10 22/8 22/15 23/14 29/20 29/20 30/13 31/4 33/1 34/3 114/5 139/8 180/4 223/18 225/11 227/8 227/11 228/2 229/9 229/25 239/16 240/20 241/1 241/10 242/6 242/15 242/25 243/2 243/5 243/8 243/14 243/15 243/25
Plaintiffs' [17] 12/10 12/21 13/9 27/16 28/24 29/4 32/21 58/17 60/16 74/17 170/1 171/5 232/3 242/14 243/16 243/23 244/19
plan [1] 15/7
planet [1] 152/17
planets [1] 123/20
planning [2] 172/4 206/3
planted [1] 118/5
plants [1] 170/13
play [1] 90/11
playing [1] 19/19
pleadings [1] 6/13
please [18] 5/24 36/16 37/20 67/5 69/20 73/13 92/22 97/13 116/2 116/14 117/1 117/13 128/9 140/15 141/3 147/19 166/9 174/25
pleaser [1] 173/23
pleasing [1] 122/21
point [40] 17/6 20/1 25/12 26/1 34/21 35/25 53/16 53/24 73/16 74/20 112/20 117/12 119/9 119/10 120/5 120/18 125/17 133/20 180/9 186/4 186/4 186/10 206/6 206/9 216/24 220/11 220/11 224/8 226/13 227/6 231/24 231/25 232/7 235/7 235/8 236/7 237/25 239/11 239/24 239/24
pointed [5] 11/2 205/2 226/15 235/23 239/6
points [6] 10/1 13/11 35/20 224/20 225/2 245/9
police [17] 15/23 27/21 29/6 55/22 59/23 60/21 60/24 175/24 181/4 181/9 181/17 183/13 184/1 185/2 236/16 236/18 236/23
policeman [1] 56/12
policies [1] 147/2
policy [2] 190/22 236/22
policymaking [1] 21/16
Polis [1] 241/25
politely [1] 202/17
political [1] 129/4
politics [2] 21/16 148/24
poorly [1] 216/22
portion [3] 10/19 40/24 61/10
portions [1] 186/18
pose [1] 241/23
posed [4] 14/6 14/12 33/23 110/8
poses [1] 68/12
position [15] 19/7 32/20 32/25 34/7 84/10 84/13 85/6 141/22 141/24 141/25 142/2 179/11 180/9 180/13 237/5
positives [2] 76/4 76/6
possess [1] 170/11
possessed [1] 26/3
possession [1] 223/23
possibility [1] 32/25
possible [7] 15/9 36/6 87/19 87/20 222/6 232/1 245/25
possibly [1] 183/1
post [1] 155/8

postdates [1] 226/8
potential [8] 23/4 54/13 56/24 73/20 98/18 128/6 159/16 245/5
potentially [4] 8/4 72/9 104/9 247/18
pounds [1] 27/23
power [3] 45/25 108/17 108/24
powerful [2] 143/4 188/25
PR [1] 166/2
practical [3] 21/15 146/12 245/15
practically [3] 135/23 135/25 227/7
practice [25] 53/18 62/14 62/20 63/9 64/22 64/23 104/1 117/4 117/6 127/7 127/8 146/25 161/13 163/2 171/17 172/18 176/15 176/16 177/1 177/5 189/2 190/21 191/9 202/22 206/15
practiced [2] 117/5 127/12
practices [15] 12/10 27/2 65/16 158/14 158/15 162/16 162/20 171/25 197/11 202/3 205/18 207/13 210/5 246/3 246/10
practicing [12] 13/2 64/18 64/19 64/24 64/25 64/25 172/1 176/9 176/23 177/2 177/21 190/23
practicum [5] 94/3 117/19 134/12 134/12 136/9
practitioner [11] 64/9 64/10 64/21 95/14 95/15 97/23 134/6 134/8 135/5 136/8 199/7
practitioners [9] 103/16 109/17 135/8 145/3 161/12 161/18 177/22 195/25 197/9
pray [3] 90/18 90/20 146/19
prayer [1] 90/17
prayers [2] 90/14 90/14
pre [2] 83/4 216/10
pre-date [1] 83/4
pre-dated [1] 216/10
precedent [1] 235/21
precision [1] 226/9
preconceived [1] 123/18
predated [1] 216/11
prediction [1] 155/12
predominant [1] 204/23
preexisting [3] 131/21 131/22 183/12
preference [3] 8/24 85/4 116/20
preferences [1] 7/2
prefix [1] 157/9
preliminary [31] 1/15 6/11 13/11 14/5 14/16 16/15 30/9 30/14 73/22 115/3 179/10 180/10 180/16 180/25 182/5 182/17 185/9 185/13 185/18 227/9 227/23 241/11 241/21 241/23 241/24 243/9 244/2 244/5 244/15 244/18 247/2
premise [1] 165/8
premises [1] 104/13
prep [5] 42/3 42/4 120/2 121/14 121/16
preparation [3] 96/2 96/7 96/8
preparatory [2] 133/9 159/19
prepare [2] 42/6 42/8
prepared [10] 8/12 9/10 32/13 42/5 42/14 42/17 42/25 43/12 43/13 96/9
preparing [2] 133/6 133/7
prescribe [1] 23/13
prescribed [2] 23/10 78/25
prescription [2] 31/13 130/16
presence [2] 61/19 61/21
present [27] 5/7 6/18 8/4 8/5 8/12 9/16 10/10 10/13 13/8 37/23 43/18 43/20 73/21 114/19 123/22 124/14 141/5 161/7 161/16 168/10 168/20 203/16

**P**

presentation [225/20 229/5 232/25] 239/15 244/3
presentation [5] 6/21 10/4 34/20 35/15 227/3
presented [5] 34/7 185/20 225/9 225/16 227/10
presenting [2] 32/8 73/20
presently [1] 17/11
preserved [1] 31/5
preside [1] 5/14
pressed [1] 145/11
pressure [1] 51/14
pretending [1] 144/15
pretty [2] 225/2 246/22
prevails [1] 15/5
prevent [5] 9/19 181/19 203/4 225/7 239/25
prevention [1] 10/25
previously [10] 81/6 90/2 98/15 102/20 106/15 107/22 168/23 173/11 215/16 242/4
previsions [1] 212/11
priestesses [1] 145/4
primarily [1] 117/20
principally [1] 225/3
principle [3] 12/8 143/11 149/3
principles [6] 96/10 156/17 162/18 162/19 171/7 214/2
prior [7] 76/14 78/24 122/4 186/20 208/25 242/5 244/6
private [3] 142/7 142/7 143/18
private-pay [1] 142/7
privilege [2] 107/11 187/6
probably [19] 8/2 8/5 8/13 9/6 75/25 92/20 114/13 119/25 121/12 124/8 124/19 131/15 132/6 135/1 135/9 136/18 185/13 231/18 236/7
problem [10] 7/16 29/10 33/25 106/21 125/14 173/10 178/18 208/20 240/19 246/8
problems [4] 54/23 118/6 119/2 218/13
procedural [3] 15/14 26/1 33/16
proceed [14] 6/24 9/11 89/5 96/22 175/8 175/18 186/22 210/12 210/14 211/12 211/13 214/20 214/23 214/24
proceeded [3] 36/3 55/24 172/20
proceeding [5] 24/24 34/3 41/7 73/18 205/23
proceedings [3] 135/1 249/6 249/10
process [35] 23/5 24/20 25/19 30/20 31/22 41/4 41/8 41/21 42/2 42/3 42/16 42/22 42/24 49/22 50/8 50/9 50/13 51/18 51/21 66/10 118/20 125/15 157/16 157/19 158/6 160/13 172/6 172/19 174/9 175/5 210/12 227/18 228/6 236/6 238/11
procure [1] 127/3
produced [2] 47/24 47/25
product [3] 33/14 71/1 190/25
profession [3] 188/12 189/5 189/7
professional [5] 116/25 117/1 137/16 142/4 164/2
professor [1] 148/25
proffer [17] 182/10 182/15 182/18 182/22 183/6 183/10 184/4 184/6 184/21 186/5 223/9 223/10 223/12 224/6 225/23 225/24 226/2
proffered [2] 224/13 236/16
proffers [2] 181/24 224/16

profile [8] 13/3 195/16 195/17 195/19 196/24 197/22 197/24 216/23
profit [2] 84/24 188/4
profound [1] 45/17
profoundly [1] 152/19
programs [1] 11/6
progress [2] 124/17 124/17
prohibit [1] 28/17
prohibited [2] 26/22 26/22
prohibiting [1] 242/21
prohibition [4] 11/17 26/25 27/9 110/16
projects [1] 193/23
promotes [1] 131/4
prompt [1] 61/18
prong [1] 10/18
prongs [1] 10/20
pronounce [1] 32/22
proof [1] 20/11
proper [1] 212/6
property [2] 167/13 173/16
prophecies [1] 155/5
prophet [5] 66/7 144/12 144/12 146/8 230/24
prophets [3] 65/24 107/23 145/3
proposal [6] 32/3 32/10 32/17 180/4 232/18 235/1
propose [4] 7/19 22/21 31/21 232/14
proposed [14] 26/12 27/14 28/12 28/15 28/16 32/13 34/10 180/4 223/17 227/8 227/9 227/17 231/20 232/14
proposes [1] 31/25
prosecuted [1] 171/17
prosecuting [4] 26/22 26/23 28/17 171/16
prosecution [23] 13/21 24/16 25/4 25/5 25/20 26/25 26/25 27/3 28/7 233/7 234/1 234/12 235/15 239/9 239/18 240/7 247/18 247/22 247/23 247/25 248/5 248/7 248/7
prosecutor [1] 33/25
prospective [1] 239/17
protect [2] 55/7 147/1
protected [2] 107/11 240/8
protecting [1] 15/4
protection [5] 170/20 170/25 175/11 190/24 230/18
protections [2] 175/9 175/18
protective [1] 161/16
protects [1] 27/2
Protestant [2] 208/4 208/8
protocols [2] 11/10 94/17
prove [2] 20/6 20/16
proven [3] 20/16 21/11 21/14
provide [17] 31/1 31/3 31/11 31/16 128/2 162/10 162/12 175/10 182/8 190/21 192/19 196/9 196/11 212/19 219/2 234/17 234/18
provided [11] 31/13 60/2 107/1 115/9 127/1 162/16 192/15 208/11 219/4 232/25 234/13
provider [6] 76/15 86/11 127/15 127/22 212/19 219/6
provides [4] 9/23 11/5 81/4 126/24
provision [1] 31/18
provisions [1] 30/15
PROVO [29] 1/10 2/19 2/21 7/7 35/9 35/17 59/23 60/21 125/24 126/17 126/20 138/6 148/4 148/8 148/8 148/8 148/11 148/23 148/24 149/4 149/22 175/24 180/6 181/3 198/8 201/5 217/21

241/3 241/7
Provo's [1] 180/8
provo.org [1] 2/22
psilocybin [147] 11/3 11/6 11/18 12/23 13/20 23/9 38/11 42/16 42/19 42/20 43/5 43/10 43/11 43/14 44/9 44/25 45/13 53/18 54/9 54/18 55/4 55/8 68/1 68/8 68/16 69/13 70/2 70/18 71/7 71/14 71/16 72/9 75/24 76/5 76/15 79/7 79/9 79/16 80/4 81/3 81/11 82/2 82/10 82/16 84/16 84/19 84/25 85/2 85/6 85/18 86/11 92/9 94/9 94/10 94/23 94/23 94/25 95/4 95/5 97/19 99/25 100/3 100/11 101/3 105/8 106/1 107/1 110/19 118/4 118/11 120/12 123/5 125/2 127/3 128/3 128/6 128/10 128/15 128/19 128/25 129/15 130/4 130/16 131/19 132/25 135/19 135/24 136/4 137/3 137/8 138/7 142/21 143/2 143/17 152/10 152/23 159/22 165/8 167/8 167/18 177/8 177/21 177/25 188/9 188/15 189/14 189/21 190/3 190/12 190/19 191/1 191/3 191/13 191/19 195/3 201/13 206/13 207/5 208/11 209/10 210/6 211/9 211/18 212/4 213/18 218/18 219/14 219/17 220/22 224/3 229/14 230/4 231/9 233/13 234/5 235/13 235/16 235/22 241/2 241/4 241/9 242/17 242/22 243/5 243/10 243/16 243/24
PSYCHE [3] 1/6 81/19 222/17
psychedelic [28] 1/7 93/19 93/23 94/8 94/17 95/3 95/13 95/15 148/2 159/14 162/14 193/20 195/20 195/21 195/24 196/12 196/15 196/18 197/3 197/9 197/22 197/23 200/17 222/5 222/8 222/10 222/16 222/20
psychedelics [3] 159/17 162/11 200/12
psychedelictherapyacademy [1] 198/25
psychedelictherapyacademy.com [1] 198/23
Psychic [1] 134/4
psychological [1] 151/23
psychotherapist [1] 141/15
psychotherapy [1] 141/19
PTA [18] 196/16 196/21 197/3 198/1 198/6 198/7 198/15 198/17 198/25 199/25 200/4 200/15 201/10 216/1 216/3 216/11 216/20 222/23
PTA's [2] 199/3 199/10
PTJ [2] 222/19 222/20
PTSD [1] 71/18
public [17] 10/24 10/25 11/24 14/10 14/12 14/12 14/17 14/19 15/4 17/14 34/23 57/11 147/8 163/11 163/17 236/22 241/25
public's [1] 14/21
pull [7] 21/4 23/18 25/24 121/22 214/9 215/17 246/16
pulled [3] 27/22 123/7 176/1
punch [1] 228/13
punished [1] 119/21
purest [1] 144/17
purity [1] 127/24
purport [1] 33/18
purports [1] 28/17
purpose [10] 6/9 17/15 26/4 44/1 81/20 86/16 86/20 87/3 87/21 152/20
purposes [13] 9/1 29/9 56/24 73/20 82/2 93/8 93/14 108/8 146/23 185/8 226/22

P

purpose [2] 246/17 247/11
pursued [1] 184/3
push [2] 20/14 157/22
put [19] 48/16 56/18 88/23 154/12
 174/3 179/22 179/22 180/19 181/7
 207/24 217/25 226/6 236/7 236/15
 236/25 237/10 238/20 240/22 248/13
putting [1] 185/17

Q

Quaintance [1] 231/6
qualified [2] 170/11 209/19
qualify [2] 11/7 133/17
quality [1] 237/8
quantities [1] 74/4
quarterly [1] 231/12
Queen [1] 11/22
quest [1] 175/19
question [53] 7/18 8/22 18/4 18/7 18/15
 18/17 20/5 21/9 33/6 33/23 33/24 41/16
 44/7 54/15 60/6 67/1 69/20 74/16 85/14
 109/5 112/2 119/12 121/9 124/25
 129/16 138/7 145/21 147/16 147/21
 147/25 149/6 151/23 157/18 163/6
 163/7 167/6 178/10 179/5 181/4 201/2
 205/4 205/13 212/2 215/2 216/23
 218/20 222/1 223/2 228/21 234/20
 235/20 237/3 239/23
questionable [1] 61/21
questioned [1] 157/23
questioning [9] 12/9 63/21 74/15 88/11
 137/13 137/15 137/22 205/22 225/4
questions [46] 8/1 8/1 19/1 28/21 35/11
 48/5 57/25 63/20 94/20 104/18 104/20
 104/23 105/5 106/18 106/20 107/13
 113/3 114/1 125/19 125/20 125/22
 138/2 139/5 158/1 158/12 166/15
 174/23 181/9 183/21 189/9 189/12
 193/15 200/25 207/22 213/1 213/21
 215/11 221/1 221/10 221/21 225/12
 229/6 232/20 234/21 240/11 248/9
quick [6] 106/22 208/3 221/9 222/13
 236/15 246/12
quickly [6] 7/6 7/6 204/11 223/8 223/13
 232/22
quiet [1] 37/4
quit [1] 92/23
quite [9] 21/3 25/11 46/14 148/24
 173/23 173/24 176/5 177/14 235/11
quotations [1] 217/25
quote [3] 24/13 231/11 239/13
quoted [1] 226/5
quoting [1] 228/24

R

raid [1] 178/17
rails [1] 154/17
raise [4] 36/17 116/2 140/15 179/4
raised [1] 248/2
rare [1] 203/20
rate [1] 81/6
rather [4] 189/17 210/11 229/1 229/22
re [1] 131/24
reach [1] 244/21
reached [4] 9/20 34/16 176/8 176/22
reaching [2] 187/22 225/7
react [1] 82/15
reaction [2] 72/13 167/17
read [19] 42/11 61/15 105/17 111/11

 112/16 115/9 138/20 153/24 159/10
 159/18 170/7 193/1 198/3 200/13
 217/22 218/16 220/10 220/11 240/23
reading [1] 186/18
reads [2] 105/16 210/1
ready [9] 5/10 43/6 78/23 89/4 98/10
 98/12 98/23 115/13 199/4
real [3] 92/7 152/24 223/13
reality [3] 106/8 187/9 218/3
realize [3] 30/2 44/20 46/14
really [49] 7/5 17/4 18/4 23/3 39/20 40/6
 44/5 44/12 44/19 51/13 60/23 61/1
 74/16 82/16 110/1 115/2 118/4 119/8
 120/1 120/3 120/10 120/12 120/16
 122/2 122/4 122/20 123/11 123/17
 124/1 124/10 125/17 125/18 129/7
 152/13 174/1 174/17 175/21 182/25
 188/11 189/1 190/5 191/7 215/19
 235/16 237/17 246/8 246/11 247/12
 248/15
realm [1] 122/3
reason [14] 11/9 11/13 12/3 12/11
 26/19 31/22 134/22 145/20 152/14
 165/2 226/15 234/5 236/5 246/13
reasonable [1] 152/2
reasonably [1] 245/15
reasons [11] 27/21 40/20 44/2 54/11
 123/4 168/22 211/7 221/15 232/21
 233/15 234/21
recall [10] 18/13 61/2 128/18 138/22
 138/23 164/4 165/14 165/16 171/15
 214/12
receive [4] 8/25 148/7 169/22 182/2
received [19] 35/24 58/10 71/2 93/14
 93/17 118/13 136/9 136/22 169/7 170/1
 171/4 171/5 181/5 190/19 211/8 211/22
 212/4 237/16 238/25
receives [3] 81/14 160/14 185/11
receiving [3] 64/15 181/20 210/3
recent [2] 11/23 231/8
recently [2] 178/15 195/11
receptive [2] 133/21 200/18
Recess [3] 89/2 178/24 240/15
recipients [1] 150/12
recognize [24] 19/25 21/13 58/14 60/13
 60/17 93/2 149/8 151/11 151/16 153/12
 153/13 155/25 159/5 169/2 170/5 194/6
 198/17 207/1 215/18 217/11 217/13
 219/8 231/20 245/10
recognized [2] 34/13 170/13
recognizes [1] 20/4
recognizing [1] 221/18
recollection [1] 112/19
recommend [5] 78/1 85/10 171/24
 172/2 207/22
recommendation [2] 77/24 171/17
recommended [1] 176/18
reconnect [1] 131/22
reconnected [1] 131/21
reconnecting [1] 119/8
reconnection [3] 119/14 119/15 119/16
reconvene [1] 88/22
record [24] 5/10 9/3 9/8 14/13 37/21
 47/2 47/5 49/3 56/25 74/23 97/13 98/5
 102/16 103/2 112/12 116/14 141/3
 173/19 176/13 176/21 180/24 184/6
 185/8 223/3
recorded [2] 41/17 144/22
recording [2] 181/10 181/16
recordings [1] 144/25

records [8] 31/9 41/20 49/2 93/5 98/3
 241/9 243/8 243/25
recreational [3] 29/9 137/2 143/5
recreationally [1] 160/7
recross [4] 3/7 113/5 113/7 222/14
Recross-Examination [3] 3/7 113/7
 222/14
redirect [7] 106/11 106/13 107/17
 107/20 139/9 221/24 222/2
reduced [2] 151/7 175/14
reduction [1] 162/11
redundancy [1] 154/25
refer [8] 9/23 76/9 98/8 98/9 116/17
 128/20 152/15 239/11
reference [11] 99/10 100/5 100/6
 101/20 101/21 102/17 138/24 145/24
 201/16 228/1 228/2
referenced [7] 30/23 65/16 71/13 71/21
 95/9 101/9 186/11
references [5] 95/17 97/3 97/6 106/3
 184/2
Referendum [1] 239/12
referred [3] 64/22 75/24 116/16
referring [16] 46/18 60/18 75/17 75/19
 76/9 82/10 84/24 86/25 87/1 89/19
 95/11 97/24 102/11 106/5 197/14
 197/16
refers [3] 95/22 97/20 97/23
refine [1] 206/18
reflects [1] 187/8
refresh [1] 194/13
refute [3] 21/17 22/13 23/1
regard [2] 171/12 172/11
regarding [15] 11/21 24/17 27/18 67/9
 76/15 113/9 157/19 206/2 210/2 225/4
 225/22 225/24 226/2 226/3 226/19
regardless [2] 175/18 234/20
registered [1] 222/16
registration [1] 30/21
regular [1] 68/11
regularly [1] 169/13
regulate [1] 220/24
regulating [1] 238/9
regulation [4] 21/18 21/22 242/10
 242/11
rein [1] 115/2
reinterpret [1] 131/12
rejection [1] 87/23
rejects [1] 91/18
rekindled [1] 132/1
relate [2] 156/8 161/5
related [2] 173/13 225/10
relates [1] 239/20
relating [1] 122/20
relation [1] 176/1
relationship [8] 80/8 80/10 131/16 132/5
 141/11 163/25 176/2 222/4
relationships [1] 156/25
released [1] 78/23
relevance [7] 74/15 75/10 76/16 88/5
 97/10 105/20 205/23
relevant [5] 74/17 115/3 201/21 202/11
 204/7
relief [10] 23/23 26/20 204/9 227/11
 239/17 240/1 241/21 241/23 241/24
 243/9
religion [60] 13/2 20/2 27/17 27/18 28/3
 28/19 28/24 29/4 35/4 48/16 52/6 52/9
 63/10 74/17 84/2 91/5 136/1 141/6
 141/7 144/18 144/20 146/18 148/11

R

religion [37] 150/5 150/21 154/22 155/6 155/17 162/2 168/12 172/1 172/22 176/18 190/24 192/7 192/11 193/10 201/19 204/23 205/8 207/23 208/2 208/15 208/20 208/24 209/2 209/4 215/13 222/7 225/13 230/4 237/6 238/5 238/22 241/2 242/9 242/19 243/11 248/2
religion's [1] 208/9
religions [5] 89/21 205/10 207/14 209/3 215/9
religions' [1] 152/4
religiosity [4] 12/9 13/5 13/10 225/4
religious [110] 9/13 9/14 9/22 10/7 10/13 11/9 11/11 11/13 11/24 12/3 12/9 12/15 12/16 13/25 14/21 15/4 20/8 20/22 26/4 27/2 27/24 29/9 34/9 38/10 38/22 38/23 38/25 39/3 41/21 46/4 46/15 46/16 51/17 52/4 53/17 53/25 60/25 82/22 89/18 89/19 91/17 91/18 92/10 107/2 108/7 108/13 109/2 110/4 110/6 110/6 131/19 131/21 133/1 133/4 133/11 138/17 142/16 142/20 146/12 150/17 151/1 151/4 156/8 158/14 158/15 159/14 162/25 163/1 163/4 166/4 170/22 170/25 170/25 176/17 177/3 177/5 177/8 177/25 183/11 183/15 184/10 184/16 186/13 186/16 187/24 194/22 194/25 201/13 204/5 204/13 206/7 207/9 207/12 223/21 225/10 226/22 227/1 229/1 229/11 229/13 229/22 230/15 236/9 236/20 237/15 237/16 238/5 241/14 242/18 246/2
religious-free [1] 10/7
religiously [3] 13/7 149/2 175/1
relying [1] 140/4
remain [2] 43/20 244/1
remainder [1] 174/23
remained [2] 48/13 48/15
remand [1] 227/15
remember [18] 42/16 55/25 56/3 60/4 111/15 118/22 133/25 134/5 138/24 164/11 164/15 167/4 192/15 194/1 194/3 199/14 216/16 216/18
reminding [1] 176/25
reminds [1] 24/10
removal [2] 91/8 91/25
remove [2] 18/6 57/4
removed [6] 18/6 19/5 56/22 57/9 91/5 241/16
removing [1] 152/17
rent [2] 81/22 163/20
rented [1] 163/18
reoccur [1] 233/24
reoccurring [1] 240/2
reopen [1] 92/23
reopened [1] 131/18
repeat [2] 212/2 223/2
rephrase [1] 131/12
replow [1] 115/10
reply [5] 13/14 150/15 203/13 239/6 239/12
report [4] 181/4 181/7 181/9 181/17
reported [3] 1/23 61/20 249/7
reporter [3] 5/9 37/6 88/15
reporters [1] 5/19
represent [3] 35/8 104/7 187/18
representations [2] 12/13 12/15

representative [3] 16/3 16/8 16/13
representatives [1] 9/15
representing [1] 101/25
request [11] 15/14 32/4 32/11 102/8 163/15 169/19 179/14 204/2 235/19 239/8 244/5
requested [2] 32/10 221/16
requesting [2] 175/9 204/8
require [5] 200/21 207/11 207/22 215/9 227/10
required [9] 11/15 21/17 30/18 73/23 84/16 90/20 91/2 212/16 226/10
requirement [4] 10/9 127/16 144/9 243/1
requirements [7] 32/18 51/5 162/13 162/15 170/17 228/24 243/2
requires [1] 10/7
requiring [1] 243/5
research [10] 118/12 120/23 128/11 128/14 145/24 160/6 162/17 162/21 193/10 237/13
researched [1] 136/6
residency [1] 117/4
resident [1] 148/8
residential [1] 142/7
resolve [4] 18/18 18/20 248/17 248/19
resolved [3] 19/8 19/10 35/5
resolves [1] 234/19
resolving [1] 248/19
resort [1] 18/19
resources [1] 14/1
respect [19] 7/2 7/18 26/8 28/23 32/21 71/12 174/20 182/15 184/11 184/15 204/9 206/4 223/25 240/24 244/14 244/17 247/8 247/14 247/22
respond [5] 29/14 186/4 187/1 187/21 232/17
responded [3] 59/23 173/3 176/25
response [9] 60/2 60/6 60/21 97/8 121/25 122/1 133/17 176/10 226/6
responsibilities [6] 38/2 38/4 48/24 49/5 117/8 141/9
responsible [2] 151/4 151/6
rest [4] 17/2 180/15 208/22 240/10
restate [1] 85/14
Restoration [2] 9/22 241/14
restraining [8] 1/14 6/10 13/12 26/13 223/19 227/9 241/11 241/18
restriction [2] 30/12 232/17
restrictions [1] 112/5
restrictive [31] 10/3 10/18 10/21 11/1 11/8 11/17 11/18 20/13 21/10 22/10 22/17 22/22 22/24 25/16 26/5 26/6 26/7 27/15 29/11 29/14 29/18 32/1 34/11 226/14 226/17 229/6 231/24 232/4 234/23 238/23 242/12
rests [1] 215/13
result [7] 13/25 91/7 91/24 92/4 99/1 176/24 246/9
resulted [1] 14/1
resumes [2] 3/5 89/10
retain [1] 19/1
retained [1] 33/7
retrievable [1] 73/7
return [3] 243/24 245/1 247/8
reveal [2] 194/19 194/25
revealed [2] 153/7 157/13
revelation [3] 152/1 156/7 157/8
revelations [1] 144/23
reverse [1] 170/6

review [10] 9/18 9/19 12/4 32/11 47/24 108/7 131/20 181/9 181/16 225/6
reviewed [3] 6/13 180/20 242/5
revolutionary [1] 199/5
rewind [1] 206/17
RFRA [26] 9/23 14/20 14/20 15/3 18/21 19/8 19/22 19/23 25/11 27/1 27/3 32/18 36/1 184/25 185/3 235/12 237/6 237/8 239/21 239/22 239/23 239/24 241/15 242/7 243/1 248/1
rhetorical [1] 27/21
ribbon [1] 147/11
RICO [1] 25/9
rid [1] 53/22
ride [1] 112/7
right [158] 5/4 7/14 9/11 15/20 16/22 17/7 17/24 18/14 19/2 19/6 19/22 21/12 22/10 23/5 23/6 24/8 24/16 25/15 25/19 26/11 26/14 26/20 27/11 27/13 28/1 28/4 28/8 29/6 29/10 29/22 32/23 35/1 35/12 36/9 36/13 36/17 57/10 57/13 63/11 63/21 63/25 70/16 88/17 88/22 89/1 89/3 89/7 93/9 95/10 99/4 99/13 102/17 102/23 102/24 103/2 104/6 106/3 106/11 107/24 108/2 109/13 112/13 112/17 113/5 114/4 114/25 115/16 115/21 116/3 125/21 130/2 130/3 133/10 135/12 139/7 140/11 140/15 147/20 150/7 163/19 165/5 166/13 166/23 167/8 169/11 171/4 175/21 176/5 176/15 178/21 178/25 179/2 184/7 185/16 186/5 187/12 188/1 192/23 193/13 193/24 194/9 194/13 194/23 194/24 195/21 195/23 196/3 196/6 196/18 196/20 197/3 198/3 198/22 198/24 199/1 199/3 199/11 200/1 200/2 200/6 200/13 200/25 201/8 201/13 201/16 201/22 202/1 203/10 203/14 205/14 205/25 206/25 207/1 208/24 214/4 214/8 215/12 215/17 215/23 217/18 218/5 218/6 218/23 221/2 224/5 228/9 228/23 229/13 229/22 231/22 233/14 234/24 235/2 240/16 240/19 240/22 244/12 244/23
right-hand [3] 103/2 106/3 218/5
rightly [2] 173/9 175/16
rights [3] 59/3 170/21 176/16
ring [1] 157/5
Rings [1] 157/3
rise [1] 24/9
risks [2] 158/10 159/16
Robin [1] 44/15
Rocky [1] 241/25
role [9] 45/22 48/18 48/22 90/11 117/14 142/12 152/9 152/23 197/8
roles [4] 45/25 52/23 53/6 53/16
rolled [1] 166/12
rolling [1] 183/8
romantic [1] 80/10
romantically [2] 80/13 80/19
room [9] 1/24 6/5 9/16 43/23 53/2 103/16 109/18 123/21 177/20
roughly [1] 65/12
round [3] 130/11 161/11 161/17
rounds [2] 130/6 130/7
RPR [3] 1/23 249/7 249/22
rule [13] 15/18 16/16 17/15 47/23 130/5 130/6 179/11 180/10 180/13 180/16 181/23 202/12 210/11
ruled [1] 211/12

R

rules [3] 24/5 174/7 178/25
ruling [6] 8/10 115/3 182/3 206/3 236/11 244/4
running [2] 174/18 236/14
RUSSELL [2] 2/12 2/15

S

sacrament [21] 56/15 80/22 81/8 92/3 95/1 102/22 110/17 147/14 167/14 167/20 167/23 168/3 168/16 202/9 202/11 203/14 203/17 208/7 233/11 241/3 247/15
sacramental [6] 11/18 11/25 13/20 31/24 167/18 243/16
sacraments [3] 170/12 170/16 205/21
sacred [8] 38/10 40/17 110/18 144/20 156/20 160/8 168/3 241/10
sacredity [1] 167/22
safe [21] 44/6 49/10 79/19 79/20 79/22 93/21 119/20 119/21 122/2 122/5 122/5 122/6 128/4 136/5 147/2 158/10 173/19 201/25 202/2 202/20 220/1
safeguard [1] 14/21
safely [3] 54/14 94/10 158/6
safer [1] 200/10
safety [22] 10/25 11/10 14/10 14/12 44/2 49/19 50/16 52/3 54/25 55/1 68/12 68/13 94/17 94/20 154/23 158/11 168/22 203/24 210/2 211/7 212/7 246/4
said [47] 8/14 23/24 24/6 28/20 29/14 36/24 43/5 43/7 47/7 49/6 59/3 60/24 81/8 83/10 87/11 88/14 95/13 110/3 113/13 118/15 121/10 123/1 131/12 134/1 144/12 146/19 160/5 160/6 162/23 164/19 164/20 164/21 172/2 178/17 180/8 185/7 187/3 223/11 234/5 234/6 238/4 238/6 238/16 238/17 247/21 249/10 249/13
Saints [1] 39/7
sake [4] 115/17 157/18 189/8 229/24
sakes [1] 196/16
salient [1] 35/25
Salt [9] 1/24 2/4 2/8 2/13 2/16 5/1 117/4 139/2 249/4
Salt Lake City [1] 117/4
same [34] 6/5 6/7 11/10 19/24 19/25 43/12 43/13 54/15 61/19 75/6 78/6 78/9 88/25 102/23 102/23 109/12 124/21 125/14 150/10 163/3 170/6 172/10 188/20 188/22 198/9 206/18 213/8 226/24 227/19 230/19 231/11 231/25 236/1 239/1
samples [3] 31/3 31/5 31/6
San [1] 170/13
sat [2] 43/15 167/2
satisfactorily [1] 105/5
satisfied [2] 23/2 243/1
satisfy [2] 33/3 243/2
save [1] 181/11
saved [1] 73/3
saves [1] 190/2
saw [9] 58/12 80/3 92/19 149/3 164/16 167/15 209/23 225/3 229/12
say [133] 8/5 10/22 19/20 20/1 20/18 21/10 22/12 22/15 22/18 22/21 22/23 23/1 23/4 24/13 26/21 27/23 29/17 34/4 34/14 34/16 35/3 65/3 68/13 68/20 68/23 69/12 69/13 70/25 75/17 75/25 77/16 82/13 83/22 85/22 86/4 86/9

86/24 90/1 90/24 91/20 98/10 110/6 119/10 124/10 133/23 134/3 134/5 134/18 135/4 135/25 137/6 137/7 139/3 143/3 143/6 143/10 143/12 144/8 145/1 147/1 151/18 155/8 155/9 156/22 157/4 157/23 157/25 158/5 158/12 158/20 159/25 160/17 162/24 164/15 164/17 166/11 171/19 171/22 172/2 177/14 179/9 179/15 183/8 189/17 190/4 190/25 193/8 196/12 196/13 196/13 196/20 196/22 197/11 197/16 198/7 198/7 202/17 202/25 204/21 207/18 208/1 209/4 209/5 210/7 210/23 211/3 211/5 213/22 213/23 216/8 217/23 218/6 219/7 220/15 227/25 230/2 230/14 230/16 232/1 232/3 232/16 233/23 233/25 234/11 235/5 235/6 235/9 237/2 238/22 239/13 239/22 241/9
saying [27] 19/1 23/13 25/15 26/2 27/6 30/25 32/22 43/7 57/22 58/11 70/25 97/17 106/4 129/21 131/14 144/14 167/4 172/15 176/8 176/13 184/17 191/15 199/14 204/6 204/10 209/7 237/8
says [24] 16/16 22/19 23/16 24/2 25/1 29/19 95/10 151/19 153/15 194/12 194/18 195/20 196/5 196/25 199/7 213/2 217/24 218/2 229/20 234/17 235/12 236/19 237/22 238/8
scare [1] 172/9
scared [1] 218/3
scary [1] 167/25
schedule [6] 134/21 237/14 241/4 244/6 244/11 246/21
Scheduled [1] 238/1
scheduling [3] 6/16 134/23 245/2
schemes [1] 22/13
Schofield [9] 5/4 5/17 36/14 56/20 57/4 115/21 130/24 131/2 140/12
school [3] 117/2 117/12 152/6
schooled [1] 117/11
scientific [2] 40/21 75/23
scoot [1] 36/25
scope [2] 137/14 137/20
screen [21] 7/12 9/2 21/4 23/18 25/23 26/16 28/16 30/5 50/13 50/16 50/20 50/21 56/16 56/18 56/21 58/16 66/21 92/16 149/10 210/11 219/8
screened [4] 40/17 51/1 51/4 157/17
screening [26] 40/24 41/4 41/7 41/11 41/21 50/9 50/15 51/3 51/21 65/16 66/9 66/10 66/13 66/22 67/24 94/19 94/20 99/23 118/19 119/3 157/19 158/6 172/19 209/6 211/5 215/1
screening-out [1] 51/3
scribes [1] 145/3
scripture [18] 48/21 107/23 108/1 108/4 131/3 144/25 151/13 154/7 155/19 155/20 161/2 168/1 168/2 168/5 191/8 241/10 243/10 247/15
scriptures [9] 49/8 65/25 66/1 66/2 66/4 108/18 145/2 233/10 233/15
scroll [10] 31/15 58/20 59/15 149/17 149/23 153/25 156/12 199/9 218/7 218/9
scrolling [1] 60/17
scrutiny [17] 9/18 9/19 9/24 10/1 10/19 10/20 12/4 12/8 20/24 21/1 148/20 158/1 158/14 225/6 225/22 228/21

228/21
search [10] 13/19 36/5 55/24 57/25 93/12 165/3 165/4 179/25 180/1 181/10 183/12 184/12 186/11 186/23 198/9 198/12 233/17 241/8
searched [1] 201/23
searching [3] 55/18 166/22 218/13
season [1] 89/25
second [8] 10/2 188/23 188/24 199/3 217/6 217/7 218/10 238/24
secretary [2] 58/8 173/1
section [10] 24/17 24/25 61/13 101/6 102/17 235/12 241/6 241/15 242/13 243/4
Section 12 [1] 24/25
Section 57-31-1 [1] 241/6
section 63G-33-201 [2] 241/15 243/4
secular [7] 11/6 11/13 13/4 110/5 154/15 226/22 226/25
secured [1] 170/9
see [93] 5/8 5/20 14/11 15/14 17/7 17/9 21/5 23/20 26/12 26/17 28/12 30/3 31/25 37/9 41/1 45/2 45/3 45/24 57/15 58/18 59/16 60/4 60/25 61/11 92/25 95/18 95/21 96/2 97/3 97/6 98/5 98/16 99/9 99/9 100/5 100/6 101/7 102/11 103/3 103/7 103/13 104/4 112/13 115/24 121/5 122/19 123/13 125/14 142/9 147/1 147/2 149/6 149/7 149/11 149/20 149/24 152/7 152/9 156/1 161/4 162/1 163/15 164/9 175/17 179/16 182/25 193/2 193/4 197/9 197/24 197/25 198/1 198/4 198/20 198/22 201/6 201/21 205/7 207/8 207/14 209/16 209/21 210/4 211/21 212/12 215/23 215/23 216/16 217/5 217/8 245/24 246/8 247/13
seeing [2] 17/10 191/9
seek [4] 130/16 210/13 210/19 227/11
seeking [3] 183/12 210/1 240/1
seem [3] 142/10 154/15 176/19
seemed [5] 152/4 165/7 166/5 166/10 167/7
seems [3] 16/20 178/18 178/18
seen [4] 61/21 111/9 111/9 135/15
segments [1] 156/13
seized [6] 93/12 168/6 241/8 243/25 245/1 247/9
seizing [2] 167/12 167/18
seizure [2] 13/20 247/14
select [1] 200/9
self [9] 39/13 53/23 65/2 72/4 119/18 123/24 132/2 132/3 155/3
self-affirming [1] 132/2
self-harm [1] 72/4
self-improvement [1] 155/3
sell [4] 55/8 81/10 92/11 235/22
send [3] 60/11 150/1 172/7
sending [1] 181/8
sense [15] 8/6 17/20 44/19 45/9 47/14 118/6 131/9 131/16 131/17 131/25 146/1 146/4 185/15 231/19 245/22
sensitive [4] 88/15 99/24 100/1 173/25
sent [4] 56/8 59/23 183/19 234/9
sentence [1] 210/1
sentences [1] 200/15
separate [4] 35/4 162/23 187/2 202/2
separation [1] 230/10
September [8] 134/18 147/10 192/6

**S**

September [5] 192/9 196/2 197/3
216/20 217/20
September 2016 [2] 197/3 216/20
September 2022 [1] 192/9
September 2023 [1] 217/20
September 6 [1] 147/10
September 6th [1] 192/6
seq [1] 241/6
series [1] 200/24
serve [1] 53/7
served [2] 198/9 239/1
serves [2] 159/12 242/10
service [1] 53/11
services [6] 177/23 189/3 190/11
190/13 190/18 222/9
session [36] 41/25 42/3 43/4 44/10
44/12 46/22 47/1 71/23 72/3 76/14 77/1
77/3 77/5 78/8 78/24 79/7 79/10 79/13
80/14 80/20 81/12 96/23 98/3 98/19
98/22 103/17 109/23 113/23 119/25
120/2 121/14 121/16 129/9 161/14
161/17 161/23
sessions [30] 45/19 45/24 65/11 71/19
71/21 77/16 77/19 77/21 77/24 77/25
78/5 78/15 78/18 78/20 80/1 80/11
80/12 80/16 80/23 81/1 81/2 81/2 96/11
96/12 109/21 110/1 117/16 120/13
133/23 159/20
set [22] 6/17 41/24 43/2 66/1 111/5
119/13 119/17 119/23 120/1 120/4
131/23 132/3 179/12 180/14 182/4
185/19 185/19 197/11 215/7 227/8
230/23 244/16
sets [2] 196/5 196/7
setting [9] 18/2 110/25 128/25 143/5
151/4 197/17 202/21 229/17 229/17
settings [1] 92/21
settlement [1] 11/23
seven [2] 224/20 224/23
several [5] 9/14 13/24 64/22 214/11
227/16
shadowed [2] 49/16 134/15
shadowing [2] 134/16 134/19
shadows [1] 146/10
Shakti [2] 100/9 100/10
shall [5] 30/24 36/18 116/4 140/16
244/1
shaman [1] 210/8
share [22] 9/2 9/14 21/4 23/18 26/17
30/4 45/7 53/3 56/16 56/18 56/21 58/16
60/15 92/16 145/20 149/10 155/19
174/11 200/10 214/7 214/14 239/3
shared [3] 157/9 214/10 225/14
sharing [4] 59/21 145/13 145/18 174/10
shattering [1] 168/1
Shawn [1] 223/14
she [21] 48/3 48/3 51/5 51/6 51/6 51/7
51/14 56/21 67/16 72/18 92/20 97/12
113/1 115/24 137/17 137/17 144/4
157/13 218/12 218/13 231/13
She'll [2] 16/5 37/8
she's [10] 16/3 16/7 17/2 48/2 56/21
67/20 92/18 115/14 218/13 219/22
shear [1] 153/1
shine [1] 44/21
shined [1] 44/23
short [11] 8/15 9/23 168/14 180/14
189/8 189/11 222/1 224/21 232/19
237/11 248/13

shorter [1] 114/14
shorthand [1] 220/20
shortly [1] 240/18
should [34] 6/19 8/2 8/22 11/9 11/15
13/16 15/24 19/11 24/22 28/1 34/14
35/23 35/25 40/13 47/18 57/1 58/6
77/25 85/19 116/17 144/10 146/20
161/9 164/13 166/24 178/13 210/15
211/18 212/4 221/16 234/13 235/17
237/18 237/20
shouldered [1] 12/5
shouldn't [1] 146/15
shove [1] 157/22
show [18] 25/16 26/12 29/23 73/5 145/5
153/11 155/24 170/2 192/19 193/2
198/15 206/25 215/16 232/15 233/5
241/18 242/10 242/16
showed [20] 32/1 32/2 33/2 33/14 42/18
42/19 42/19 42/21 44/21 58/8 58/13
60/10 60/12 135/9 151/10 159/2 169/1
173/1 207/3 233/15
showing [4] 32/16 151/15 168/22
247/13
shown [6] 11/12 234/22 234/25 242/6
242/21 243/8
shows [2] 169/20 242/8
shut [2] 44/20 44/22
sic [2] 160/23 167/22
sick [2] 42/23 117/11
side [8] 50/17 82/23 99/9 103/2 106/3
169/11 170/3 170/6
sides [1] 5/6
sign [6] 15/25 51/23 72/10 150/19
206/13 209/14
signature [1] 59/9
signed [1] 5/21
significant [2] 12/14 15/3
significantly [1] 13/9
signing [2] 158/22 206/19
signs [3] 42/12 112/4 209/17
silly [2] 123/19 145/11
similar [10] 11/21 19/23 32/1 45/15
45/17 108/11 108/20 132/16 213/16
219/4
similarities [1] 108/12
Similarly [1] 159/9
simple [5] 115/18 189/12 214/5 228/20
234/14
simplicity [1] 196/16
simply [5] 13/3 13/8 14/6 223/19 226/18
since [20] 18/19 48/12 80/13 117/18
124/10 150/16 157/22 163/8 190/3
190/13 191/11 195/13 196/21 197/5
209/12 220/1 220/5 234/1 234/2 235/14
sincere [20] 13/1 13/7 28/3 28/3 28/22
28/25 29/4 29/9 34/9 36/3 51/14 52/21
204/13 204/17 204/19 205/4 205/14
225/10 236/9 242/17
sincerely [7] 20/10 20/22 53/17 93/21
144/16 229/3 229/23
sincerity [18] 12/3 12/9 12/15 13/10
28/24 40/19 50/21 51/12 51/18 52/19
148/19 160/2 166/4 166/16 214/25
223/22 225/4 225/19
sing [1] 208/7
single [3] 13/6 14/14 87/2
singular [6] 27/5 87/5 87/8 108/22
108/22 111/18
SINGULARISM [222] 1/5 12/14 12/22
14/2 14/7 14/11 16/8 24/1 27/24 29/5

29/8 35/22 37/24 38/7 38/12 38/18 39/1
39/5 39/9 39/16 40/10 48/6 48/13 48/22
48/25 49/13 50/4 52/24 53/12 53/24
54/8 54/10 54/12 54/21 55/3 55/6 55/11
55/14 61/3 62/2 62/9 63/3 63/6 63/13
64/7 66/1 66/25 71/1 72/13 73/25 74/5
74/9 74/13 75/13 76/20 77/23 78/8
79/15 80/23 81/3 81/15 83/5 83/24 84/4
84/6 84/10 84/13 84/16 84/18 84/24
85/3 85/6 85/10 85/20 85/23 86/2 86/7
86/10 86/13 86/16 86/19 86/25 87/2
87/13 87/16 87/21 87/23 88/2 89/13
90/14 90/22 90/24 91/5 91/8 91/18
91/25 100/10 101/1 101/3 102/5 102/8
102/22 103/22 104/16 107/2 108/2
108/4 108/7 108/19 109/2 109/4 109/22
110/3 110/11 110/13 110/21 111/1
111/6 113/10 113/15 113/21 117/14
117/23 118/15 118/18 125/5 127/5
129/3 130/3 130/13 131/3 132/7 132/11
132/16 132/19 133/1 133/13 135/16
135/21 136/7 138/13 138/21 139/12
139/15 139/18 141/8 141/13 141/23
142/12 142/18 144/8 145/8 145/23
147/7 147/17 148/1 150/10 150/16
151/5 156/8 157/18 159/15 161/7
161/20 161/21 161/24 162/5 163/8
163/22 166/20 168/13 168/18 171/8
172/11 175/14 176/1 176/2 177/16
188/2 188/10 191/14 192/4 192/7
192/12 193/10 201/19 202/7 202/25
204/20 204/22 204/23 207/5 207/11
207/18 209/8 209/9 212/22 212/25
213/3 213/6 213/9 214/4 215/13 216/8
216/11 216/12 220/8 221/13 221/18
222/5 222/7 225/19 227/21 229/19
231/15 235/14 236/10 239/8 241/1
241/2 241/10 242/21
Singularism's [33] 12/18 13/19 13/23
35/3 55/4 61/5 61/19 65/20 89/12 92/9
92/14 109/9 113/19 125/3 130/18
135/18 150/13 151/1 151/19 163/19
168/10 171/10 171/24 174/12 186/13
198/18 202/3 203/10 209/18 211/11
213/12 220/14 241/8
singularity [3] 111/19 146/4 154/4
sit [5] 33/1 49/17 50/10 53/2 145/4
sitting [1] 16/2
situation [5] 22/7 28/8 35/22 236/8
236/19
situations [2] 66/20 239/25
six [6] 39/24 39/25 77/22 105/10 117/9
215/1
six-month [1] 77/22
skimmed [1] 152/16
skip [1] 154/25
sleepy [1] 82/17
slow [1] 62/24
slowed [1] 175/7
slowly [1] 188/20
smack [1] 148/9
small [2] 9/13 162/2
smaller [1] 177/15
Smith [3] 18/9 18/10 18/11
smoother [1] 42/22
sneer [1] 166/10
so [302]
Sobel [4] 231/7 231/10 231/11 235/24
sober [1] 105/16
social [1] 195/5

S

society [2] 154/19 248/15
sold [2] 80/23 81/9
solemn [1] 121/23
solemnly [3] 36/18 116/4 140/16
soliciting [1] 177/23
solid [1] 152/1
solstice [3] 89/23 90/5 90/6
solstices [3] 89/16 89/17 90/9
solve [1] 175/12
solved [1] 125/15
solving [3] 218/9 218/12 218/13
some [90] 6/7 8/1 8/9 13/3 14/3 16/11
 16/19 17/7 27/23 31/22 33/15 34/14
 34/15 35/4 56/16 68/6 69/19 71/13
 73/16 74/20 81/21 82/16 82/17 99/17
 99/19 108/9 111/14 114/11 114/18
 115/14 118/2 118/5 118/6 120/9 120/11
 120/12 120/16 120/22 120/22 125/15
 126/19 128/16 128/21 133/19 138/20
 143/5 144/6 144/8 144/11 144/18 145/5
 145/6 145/7 147/4 147/11 150/22
 151/13 152/24 155/4 155/7 155/17
 157/15 160/18 160/19 162/1 169/8
 174/19 175/3 180/12 189/6 190/5
 199/13 204/7 205/16 213/21 215/10
 217/8 224/19 225/12 228/5 230/2 230/3
 230/17 231/19 232/6 232/15 236/25
 245/4 245/5 247/18
some authority [1] 16/19
somebody [15] 27/22 70/5 92/3 118/3
 125/13 125/17 136/18 147/14 162/25
 190/13 197/21 211/12 211/14 218/19
 220/3
someday [2] 155/13 161/15
somehow [3] 13/5 35/3 188/25
someone [27] 17/15 24/12 34/25 45/6
 50/3 51/12 53/3 56/17 68/11 72/12 85/2
 85/17 86/5 95/7 97/1 98/25 101/21
 104/16 136/8 136/15 136/19 183/14
 188/15 188/17 218/22 236/19 238/3
someone's [2] 77/8 95/6
something [46] 14/7 24/11 28/10 28/13
 33/2 33/9 47/10 54/7 77/13 85/9 85/20
 85/23 86/7 86/20 92/6 96/4 102/4
 112/18 112/22 124/4 124/8 124/8 124/9
 132/23 134/4 136/2 139/1 139/2 139/2
 143/22 154/17 155/10 161/9 164/20
 167/21 169/13 180/14 181/13 181/18
 203/5 204/3 226/1 227/1 230/5 232/15
 233/18
sometime [2] 217/15 244/11
sometimes [12] 43/21 108/9 109/24
 109/25 112/24 112/25 119/17 146/9
 146/21 161/11 218/3 234/6
somewhat [4] 141/25 142/6 187/2
 227/24
somewhere [2] 43/12 123/19
son [1] 141/11
soon [4] 43/5 43/15 217/3 245/15
sorry [41] 7/10 16/22 16/24 30/2 31/15
 47/20 47/22 64/10 64/25 68/19 71/19
 86/4 100/18 103/18 105/12 113/13
 121/9 134/7 134/17 135/6 147/20
 147/25 156/16 169/18 174/14 184/16
 193/8 198/14 199/24 202/15 204/3
 204/5 215/12 216/21 217/3 221/4 221/6
 223/6 224/12 225/25 241/9
sort [13] 11/10 12/24 14/24 19/21 30/7
 33/24 39/3 60/2 94/4 155/20 173/10

236/6 245/10
sorts [10] 39/18 42/8 45/15 46/12 46/18
 50/15 51/7 143/16 144/2 239/25
sought [5] 187/6 221/13 221/17 236/10
 236/21
soul [1] 65/7
sound [1] 123/18
sounded [2] 36/24 128/9
sounds [7] 6/8 17/4 135/11 145/11
 194/21 218/19 218/22
source [5] 68/14 68/21 68/22 68/25
 211/21
sources [3] 13/3 53/14 156/23
sourcing [1] 223/25
South [3] 1/24 2/4 2/7
space [8] 42/11 77/9 152/16 152/19
 155/13 163/18 163/18 200/11
speak [9] 65/1 70/19 73/21 144/6
 160/17 180/7 186/15 209/22 209/24
speaking [2] 104/25 164/20
special [5] 46/6 46/6 110/18 153/21
 213/6
specialization [1] 223/16
specific [17] 10/10 24/7 26/20 30/8
 30/17 30/22 31/2 31/17 83/7 84/7 85/16
 128/18 128/20 152/16 233/18 239/15
 239/16
specifically [12] 10/8 14/24 60/4 70/10
 91/14 107/8 137/9 170/22 226/3 226/11
 231/9 238/18
specification [1] 33/16
specificity [6] 22/19 226/9 227/10 228/5
 233/20 246/6
specifics [1] 194/3
specified [1] 226/2
specifies [1] 226/9
specify [2] 10/14 30/25
specter [1] 236/17
spectrum [1] 117/5
speculating [1] 14/9
speculation [3] 104/10 166/7 211/25
speed [1] 235/5
spend [2] 6/24 7/2
spending [1] 191/24
spent [1] 141/15
sphere [1] 13/6
spill [1] 233/14
spilt [1] 167/21
spirit [5] 65/6 112/25 150/9 174/13
 213/10
spirits [6] 39/14 45/25 46/19 89/25
 108/25 160/20
spiritual [67] 13/19 40/21 40/23 41/15
 41/18 42/22 44/4 46/13 46/17 46/18
 46/25 47/1 49/9 49/22 52/5 54/11 54/19
 55/4 63/7 63/13 64/25 65/9 75/19 76/2
 86/6 92/5 92/8 109/9 110/7 118/6 119/2
 120/24 122/1 122/12 125/14 128/13
 128/14 128/19 128/23 129/18 141/17
 141/20 143/1 145/13 148/1 148/5
 150/13 151/24 161/6 162/6 166/20
 168/10 171/11 174/5 175/19 191/2
 191/9 202/4 202/12 202/21 203/12
 207/19 209/20 210/21 211/1 211/3
 214/3
spirituality [13] 38/11 46/3 46/5 46/15
 48/19 49/25 49/25 52/11 52/15 54/4
 63/10 85/20 141/18
spiritually [5] 42/6 42/9 54/17 123/2
 191/15

spirituality [1] 48/17
spot [3] 89/23 61/1 185/3
squeeze [1] 140/1
ss [1] 249/3
staff [1] 209/18
stages [1] 50/3
stand [4] 110/11 158/11 162/20 223/12
standard [5] 13/12 18/9 32/16 215/8
 229/25
standards [5] 127/19 127/21 172/18
 197/12 210/24
standing [1] 121/22
standpoint [1] 236/22
start [13] 8/19 15/14 20/11 67/18 78/22
 125/23 134/16 151/25 191/6 206/15
 206/19 228/18 228/19
started [17] 43/15 117/15 118/2 118/11
 123/6 134/13 147/1 147/1 166/22 167/2
 167/25 189/4 190/5 191/9 195/11
 235/17 237/18
starting [1] 20/5
starts [3] 112/13 197/17 228/22
state [38] 2/4 2/7 10/10 11/5 13/14 18/6
 18/12 19/1 19/8 19/22 21/22 21/24 22/1
 34/1 37/20 40/9 76/25 98/9 116/14
 127/8 127/13 141/3 148/3 183/16
 186/14 194/2 198/8 201/8 217/21 224/3
 224/3 229/6 229/18 230/11 231/17
 231/22 236/24 249/2
state's [1] 162/15
stated [1] 80/22
statement [11] 7/20 8/9 8/15 61/25
 106/4 205/16 207/16 207/20 208/17
 226/10 226/13
statements [10] 6/21 12/20 41/17 69/19
 151/7 155/25 177/4 184/15 225/17
 238/17
states [12] 1/1 1/23 21/7 30/6 30/19
 33/20 103/12 155/10 162/21 170/21
 237/13 238/19
statewide [1] 34/4
status [2] 61/5 61/6
statute [15] 14/20 18/21 19/17 24/5 24/9
 25/2 26/15 27/12 184/25 230/9 230/18
 230/19 232/24 234/17 237/6
statute's [1] 239/19
statutory [6] 18/18 228/17 230/12
 230/17 230/20 234/19
stay [3] 16/5 37/5 105/10
staying [1] 115/18
stays [2] 105/8 105/12
stenotype [1] 249/8
step [4] 42/2 42/3 43/21 103/15
Stephens [21] 2/11 2/12 2/15 3/9 6/4
 7/18 7/24 8/20 15/12 17/25 114/20
 126/3 182/14 186/1 187/13 187/18
 222/12 224/14 228/9 240/17 244/24
stepped [3] 103/13 103/16 186/9
stepping [1] 104/1
steps [2] 59/7 146/12
still [17] 26/14 34/12 37/4 58/1 74/22
 74/24 78/4 83/12 83/19 96/22 117/10
 125/5 134/19 136/20 137/7 139/19
 142/9
stipulation [1] 232/13
stood [1] 95/13
stop [8] 26/16 59/21 92/7 97/1 172/1
 172/2 185/17 210/9
stories [2] 15/10 161/4
story [7] 40/16 53/3 151/19 152/2 152/4

S

story [2] 153/22 154/9

straight [4] 20/23 119/15 123/12 165/25

strain [2] 100/6 100/8

strains [2] 100/10 100/13

straits [1] 14/2

Street [7] 2/4 2/7 2/20 148/3 198/8 201/8 217/21

strengthen [1] 46/25

stress [5] 98/16 98/18 98/21 98/25 99/3

stressful [1] 98/22

strict [17] 9/18 9/19 9/24 10/1 10/19 10/20 12/4 12/7 20/24 21/1 21/19 21/19 41/10 225/6 225/21 228/21 228/21

stripped [1] 118/6

strong [1] 197/18

stronger [1] 52/11

strongly [2] 146/14 146/15

structure [1] 183/24

structured [1] 225/17

struggles [3] 75/18 75/19 75/19

struggling [2] 105/19 105/25

studies [3] 128/21 128/24 229/16

stuff [9] 49/19 50/24 52/1 71/20 119/5 120/17 123/8 179/16 180/15

stunt [3] 50/1 145/12 145/18

subject [3] 148/20 166/17 243/22

subjected [1] 239/14

submissions [1] 181/25

submit [5] 171/17 181/10 182/6 182/15 184/3

submitted [2] 115/6 180/21

subscribe [1] 91/2

subscribed [1] 249/15

subsections [2] 25/3 30/17

subsequent [2] 179/13 182/5

substance [15] 11/25 27/23 31/3 110/10 110/12 138/8 177/8 183/5 206/7 236/24 237/10 237/14 238/2 238/6 241/4

substances [27] 11/4 14/18 15/2 21/24 22/2 22/4 22/7 23/8 23/17 30/18 34/4 90/11 107/3 136/13 159/14 170/18 223/20 223/24 224/1 224/4 226/16 226/19 228/3 238/9 241/5 246/3 246/8

substantial [6] 74/17 114/22 179/19 241/18 242/9 242/16

substantially [7] 20/7 20/22 114/15 137/14 228/24 229/8 229/9

substitute [2] 209/19 239/15

success [2] 241/19 242/6

such [11] 10/11 11/11 13/15 14/2 14/14 21/13 48/10 67/12 101/20 160/10 170/11

suddenly [1] 39/23

sued [1] 25/7

suffer [2] 241/20 243/9

suffering [5] 75/16 75/17 154/5 203/9 213/15

suffers [1] 72/12

suffice [1] 14/10

sufficient [1] 129/20

sugar [1] 101/14

suggested [1] 199/13

suggests [1] 206/1

suicidal [1] 71/22

suicide [2] 45/6 218/4

suing [3] 25/10 25/12 25/13

Suite [4] 2/4 2/7 2/12 2/16

suits [1] 239/17

summary [1] 77/7

summer [4] 90/6 117/18 134/17 197/22

super [2] 14/21 14/21

superficial [1] 90/2

supersedes [4] 209/20 210/21 229/11 229/13

supervise [1] 161/12

supervised [1] 109/16

supervision [2] 103/22 134/15

supervisor [3] 37/25 64/5 161/12

supplemental [4] 12/19 18/16 199/13 203/13

support [2] 21/21 53/15

supportive [1] 200/11

supports [1] 135/21

suppose [32] 6/19 8/8 9/1 15/25 16/19 25/12 25/25 28/20 31/20 32/6 32/20 33/9 146/14 151/6 162/1 162/7 169/23 173/14 179/15 182/14 188/16 190/8 194/15 197/15 201/21 212/17 214/20 216/5 244/11 245/13 245/14 247/23

supposed [7] 78/16 123/9 127/2 174/6 205/20 212/8 236/18

supreme [11] 10/6 10/8 18/10 18/11 24/3 30/6 30/6 33/20 226/8 232/11 232/13

sure [38] 17/15 35/9 37/1 50/17 57/7 74/16 92/19 96/8 102/3 103/25 105/9 106/17 114/16 114/18 119/24 126/21 126/21 127/20 137/1 139/3 144/9 147/2 147/17 148/17 163/23 185/10 186/7 187/19 188/22 194/3 204/8 208/10 213/23 217/20 221/4 231/21 235/5 237/4

surprise [2] 40/2 172/17

surprised [1] 238/25

surrounded [1] 55/22

survive [2] 63/14 175/20

suspect [4] 181/6 227/15 227/17 248/4

sustain [1] 88/6

Sustained [5] 74/18 75/11 97/11 104/11 107/12

sway [1] 12/7

swear [6] 36/14 36/18 115/22 116/4 140/12 140/16

switch [1] 175/22

switching [2] 62/5 223/5

sworn [3] 37/17 116/11 140/23

symbols [1] 161/4

synchronicities [1] 108/10

system [5] 9/7 92/21 137/7 226/23 230/23

systems [1] 11/5

T

tailored [1] 33/3

take [59] 8/15 27/16 27/17 28/23 31/22 34/7 41/5 43/11 46/2 46/5 46/23 49/1 51/9 59/7 59/8 60/7 63/8 66/2 71/10 78/5 83/2 84/13 84/16 88/12 88/16 96/14 99/25 99/25 100/4 117/6 128/6 137/8 137/16 142/16 148/21 156/16 167/23 172/4 174/8 178/21 178/22 183/25 193/7 194/4 195/16 196/14 208/7 214/2 220/7 220/10 223/12 224/20 224/21 230/4 232/20 236/4 237/6 240/12 244/17

taken [17] 55/4 62/19 89/2 100/2 112/24 137/3 173/21 178/2 178/24 191/3 199/21 219/20 234/14 240/15 243/19 244/9 249/10

takes [5] 84/10 85/6 92/3 131/12 199/25

taking [8] 34/24 135/5 161/8 167/12 168/1 191/6 191/13 198/24

talk [35] 6/19 21/1 23/6 23/7 25/25 29/24 29/25 30/4 33/9 34/22 34/23 40/4 45/21 53/21 96/11 99/23 108/10 117/20 120/11 128/19 128/21 145/10 148/9 151/1 153/7 164/3 180/3 229/8 230/17 231/17 233/6 245/3 245/6 245/6 247/4

talked [10] 46/23 106/15 108/1 109/20 118/21 118/24 124/3 147/8 157/15 231/9

talking [19] 21/9 23/16 23/16 30/20 31/8 51/24 53/23 57/20 58/23 145/1 177/22 192/18 196/17 227/24 230/9 230/10 230/12 247/14 247/15

talks [5] 25/3 52/2 52/7 196/2 240/1

Tanner [5] 2/3 5/25 149/15 166/23 166/23

target [1] 232/16

task [2] 21/21 162/14

tasks [1] 156/8

taught [3] 49/17 124/1 128/2

tbean [1] 2/5

tea [28] 11/21 11/25 42/21 42/21 42/24 43/1 43/4 43/6 43/11 43/14 49/10 79/21 101/2 101/4 101/22 103/5 103/10 104/13 117/23 120/6 121/17 121/19 122/9 125/4 129/6 159/22 160/14 168/21

teach [6] 93/21 94/18 94/19 95/3 96/10 162/20

Teacher [1] 196/17

Teachers [2] 100/20 100/21

teaches [4] 84/6 94/19 94/25 213/3

teaching [2] 87/5 91/13

teachings [8] 83/11 83/13 85/3 91/15 92/14 136/1 211/11 220/14

team [1] 5/16

Technical [1] 47/22

technology [1] 130/25

teenager [1] 44/18

teens [1] 193/23

TELECONFERENCING [1] 1/20

tell [57] 6/16 19/15 32/23 34/2 34/6 37/6 40/24 41/23 42/16 45/3 45/21 50/10 51/5 52/8 52/9 52/12 52/14 58/20 59/9 70/19 89/12 93/18 97/15 98/11 100/8 105/1 105/3 109/15 112/18 116/25 117/13 126/13 133/13 149/21 151/21 152/12 153/11 153/16 156/4 161/19 164/6 165/1 165/4 169/7 172/8 172/20 173/20 185/22 188/11 208/14 210/9 210/15 210/18 210/25 220/12 224/22 247/20

telling [8] 19/18 60/21 60/22 96/9 138/22 187/22 216/18 246/17

temple [5] 1/24 56/14 57/24 147/13 207/22

temporal [2] 152/22 152/24

temporary [8] 1/14 6/10 13/12 26/13 223/18 227/8 241/11 241/17

ten [5] 8/15 132/14 150/20 153/18 226/8

tenant [1] 61/6

tenants [2] 61/23 61/25

tend [1] 161/14

tension [2] 248/16 248/17

Tenth [5] 14/23 21/8 21/13 239/13 242/1

T

term [4] 24/19 24/20 33/12 234/2

terminal [1] 220/4

terms [6] 6/16 6/24 7/1 36/1 135/25
187/6

test [8] 20/15 20/24 21/1 21/12 37/1
37/10 71/6 162/21

Testaments [1] 83/22

tested [8] 68/16 69/1 70/21 70/22 70/22
70/25 71/1 71/7

testified [12] 15/25 37/17 66/9 82/23
84/2 113/9 113/18 116/11 133/3 140/23
215/21 231/5

testifies [1] 115/25

testify [8] 159/23 183/7 183/11 183/22
185/14 223/17 224/2 234/4

testifying [3] 16/5 17/16 48/2

testimonial [1] 9/4

testimony [37] 8/11 15/19 17/17 36/18
64/5 64/22 65/16 75/24 76/3 79/15
82/23 87/12 106/25 113/19 114/14
114/15 114/16 114/19 116/4 128/9
140/16 157/16 173/11 180/11 181/6
181/12 183/5 183/19 184/23 185/2
187/19 192/13 229/12 236/5 236/16
242/3 242/14

testing [3] 70/1 70/4 128/3

tests [2] 70/17 70/20

text [2] 112/13 239/23

than [43] 7/21 11/17 13/17 20/8 24/13
25/5 27/6 29/2 30/7 36/4 54/8 78/1 78/1
85/2 85/5 85/18 101/4 102/19 109/16
114/14 124/15 126/20 132/25 138/22
144/13 144/15 150/20 151/13 162/23
177/15 181/24 185/19 189/18 190/14
191/20 201/19 213/8 225/23 229/1
229/22 231/3 243/21 247/11

thank [86] 7/8 7/9 9/9 15/10 15/11 15/13
18/1 19/13 21/6 35/16 36/7 36/8 36/22
40/8 57/6 57/13 57/18 61/24 63/20
64/11 67/8 82/21 88/10 89/1 89/6 89/9
93/16 106/10 106/21 107/14 107/15
107/18 111/25 112/10 113/3 113/4
114/2 115/12 116/1 116/8 125/19 131/2
137/23 138/1 139/4 139/6 139/20
139/23 140/6 140/7 140/10 140/20
146/15 157/15 159/21 163/8 169/25
174/10 178/10 178/20 178/23 182/9
182/24 185/6 185/12 185/21 185/23
185/24 186/2 186/25 187/11 193/3
221/22 222/11 223/13 225/1 228/8
235/4 238/11 240/14 240/21 245/20
248/8 248/10 248/21 248/22

thanked [1] 149/5

thankful [1] 172/8

Thanks [4] 147/24 187/14 238/12
240/20

that [1585]

that's [150] 6/15 14/7 18/5 19/13 19/22
20/2 20/2 21/3 21/12 22/9 22/16 22/19
23/5 25/10 26/24 27/7 28/8 28/25 29/10
30/21 32/4 32/10 33/6 33/9 33/12 34/4
34/13 35/7 35/25 37/8 44/16 50/25
51/20 56/2 57/3 69/2 69/4 72/12 76/7
77/13 86/8 87/6 87/25 91/15 92/14 96/4
99/3 101/9 102/14 110/18 113/1 113/21
118/17 123/14 124/13 125/19 126/22
129/16 129/21 129/23 131/15 131/15
131/15 132/6 133/8 135/1 136/19 137/8
139/21 143/11 144/1 144/9 146/6

147/13 149/15 150/9 153/5 165/24
167/23 169/21 172/16 178/10 179/8
182/13 183/17 184/5 184/8 184/13
185/5 187/2 188/1 191/25 192/7 194/16
194/24 195/1 195/23 196/10 197/4
198/18 198/21 198/22 198/24 199/17
199/20 200/2 200/20 200/23 202/8
202/23 203/6 204/10 208/17 208/20
211/5 214/2 214/3 215/8 216/1 216/2
218/8 218/25 226/9 228/18 228/22
229/20 230/3 230/11 231/16 231/16
232/14 232/19 233/9 233/16 233/21
233/21 233/21 235/18 236/12 236/25
237/20 239/2 239/22 243/21 245/21
246/11 246/12 247/11 247/16 248/18

THC [23] 136/15 136/25 137/1 137/2
168/6 168/10 168/17 168/17 170/25
201/16 201/24 202/3 202/15 202/25
203/1 203/13 204/9 206/4 247/8 247/8
247/10 247/14 247/19

their [143] 5/23 9/21 12/15 12/16 12/16
12/23 14/3 14/3 15/19 23/7 27/2 27/14
27/18 28/19 28/24 29/17 32/18 33/1
34/8 38/11 45/25 45/25 47/18 48/17
48/18 48/20 49/7 49/8 50/18 50/22
51/12 51/13 52/10 52/14 52/19 52/22
53/3 58/1 59/3 61/21 61/22 65/1 65/5
65/6 65/6 65/7 65/24 65/25 66/7 67/4
82/12 85/9 85/17 85/17 85/19 86/2 86/6
86/9 86/23 88/1 91/25 92/7 92/9 96/12
97/18 98/9 98/10 99/23 100/3 103/17
104/14 104/15 105/1 105/1 105/6 107/8
107/23 107/23 109/18 110/9 110/11
112/4 114/19 122/19 125/6 132/3 132/5
136/18 144/17 144/19 145/14 145/17
145/25 146/3 146/5 153/19 153/20
162/17 163/3 166/1 166/2 166/12
167/22 170/16 170/17 173/16 177/19
184/23 185/1 202/22 203/5 205/15
207/23 208/1 208/6 208/14 208/20
208/22 208/25 209/20 210/10 210/25
211/1 211/2 212/23 213/4 214/18
215/14 220/3 229/13 229/15 233/10
233/11 234/14 235/17 240/6 240/7
242/7 242/16 243/4 243/10 243/11
246/2

theirs [1] 169/8

them [160] 19/21 22/21 23/12 25/12
38/4 45/21 45/21 45/23 47/18 48/20
48/21 49/8 49/8 49/10 49/10 49/10 50/1
50/1 50/1 50/10 50/10 50/13 50/13
50/15 50/16 50/18 50/20 50/21 51/14
51/23 52/8 52/9 52/11 52/12 52/12
52/13 52/21 53/3 56/8 56/9 56/10 57/25
58/6 65/5 65/24 66/3 67/5 78/4 82/12
85/8 85/19 86/8 86/8 86/22 87/24 88/1
88/24 89/16 92/1 92/7 92/11 92/12
93/21 96/9 96/10 96/18 96/22 97/18
98/11 98/11 103/25 104/19 104/21
104/25 105/1 105/2 108/6 112/7 117/9
117/10 117/11 119/6 122/17 126/17
133/16 135/10 143/8 143/9 143/9 144/5
144/17 144/20 144/23 145/13 145/17
145/19 146/6 150/2 150/3 156/17
156/24 158/9 158/10 159/19 160/18
160/19 160/25 161/4 164/16 165/2
165/21 166/12 167/2 167/4 167/8 167/8
168/8 168/21 172/7 172/9 172/9 173/16
175/4 176/7 176/11 176/13 176/25
176/25 177/1 177/23 179/23 182/11

183/1 184/9 185/8 185/14 185/22
187/2 190/14 194/4 202/1 203/4
205/2 205/16 205/19 206/20 210/11
210/11 210/19 210/25 212/9 214/5
214/21 218/1 219/19 229/21 234/14
238/10 245/15 248/19

themself [1] 91/12

themselves [14] 10/16 11/14 13/24 49/8
50/2 51/19 59/8 84/9 91/22 145/16
155/8 213/9 214/25 231/1

then [142] 6/22 7/17 7/21 8/6 8/16 8/17
8/19 9/5 9/6 16/20 17/2 17/24 19/17
19/20 22/11 22/12 22/18 22/24 24/20
25/3 25/13 25/18 26/4 26/9 27/6 28/7
28/20 31/9 33/22 36/9 39/24 39/25
43/16 50/13 50/21 55/23 56/11 56/13
57/25 59/8 68/15 72/16 78/23 83/2 86/9
89/17 91/18 97/18 100/21 101/6 103/7
105/2 117/3 117/5 117/15 117/18
118/22 121/15 124/20 124/22 125/13
125/23 129/3 133/24 133/25 138/20
155/4 155/12 156/23 156/24 162/14
162/15 162/17 164/22 172/20 174/4
174/7 175/22 176/21 178/13 179/12
179/16 180/2 180/6 180/14 182/22
184/5 185/7 188/24 189/1 189/2 189/3
190/7 190/22 190/22 191/8 191/9
191/11 193/19 193/22 193/22 194/19
195/24 196/2 196/14 197/11 197/23
199/9 199/21 200/3 200/15 200/24
202/14 203/23 208/20 218/5 220/7
223/2 223/11 224/18 224/19 224/21
224/22 224/23 224/24 229/23 230/16
231/5 231/5 231/6 231/23 232/17
233/23 234/6 234/12 239/10 240/12
241/11 244/20 246/15 247/3 248/1

theory [5] 21/19 102/7 204/7 230/16
247/24

therapist [4] 13/4 67/22 176/16 219/1

therapy [31] 1/7 40/4 93/19 93/24 94/17
95/3 129/22 176/9 176/16 190/25
193/20 193/21 195/20 195/21 196/5
196/7 196/9 196/11 196/12 196/13
196/15 196/18 197/19 197/22 197/23
219/5 222/5 222/8 222/10 222/16
222/20

there [171] 7/12 8/1 8/22 9/20 10/21
11/1 11/9 11/12 11/16 11/23 11/25
13/16 13/17 14/9 14/9 15/1 16/20 17/10
20/21 22/1 22/11 22/12 25/19 28/6 28/6
28/21 31/15 31/17 31/22 32/25 33/22
34/14 34/19 35/13 36/24 39/8 39/15
42/25 44/1 44/4 44/13 44/16 44/17
45/10 47/13 47/13 49/7 49/22 52/5 52/6
52/7 52/8 52/12 54/24 56/18 57/19 60/1
60/10 61/11 62/2 65/8 66/18 66/20 68/4
71/8 77/24 78/15 78/20 91/7 93/9 100/8
100/25 101/11 101/15 101/19 108/17
108/24 109/15 109/17 110/15 112/5
112/13 112/16 113/5 121/22 122/14
123/21 123/25 125/13 125/17 127/24
129/18 130/19 130/20 131/3 131/22
132/13 134/3 135/7 135/9 136/25 137/1
139/14 139/17 143/13 145/24 148/15
149/19 152/14 153/19 155/17 156/13
157/10 157/10 157/19 158/3 159/22
161/13 161/15 162/12 164/11 164/12
164/22 164/24 165/2 165/20 165/23
170/18 170/24 173/12 174/22 175/16
176/8 177/20 178/5 181/7 183/9 184/10

T

there [[33]] 186/ 187/5 199/4
203/22 203/24 205/7 205/10 205/12
207/5 207/24 209/16 210/6 210/20
215/23 218/6 218/11 220/11 223/22
224/12 224/25 225/8 225/12 225/16
226/23 226/25 230/5 231/5 232/6
233/17 238/15 245/14 248/15 248/17
there'll [1] 31/12
there's [70] 11/12 11/20 16/16 18/4 18/9
18/14 18/25 19/18 21/11 21/22 21/23
24/20 25/8 27/7 28/7 52/1 56/20 84/21
95/21 99/3 99/8 99/23 101/2 101/6
102/16 103/7 104/6 108/24 111/17
122/23 124/13 125/9 125/10 125/10
132/10 135/23 150/5 156/25 160/1
169/20 183/23 189/5 200/24 204/1
204/4 206/1 206/7 223/24 230/21
230/22 230/22 230/23 230/24 230/24
230/24 231/2 231/2 231/20 231/22
232/10 232/23 232/24 233/25 234/22
239/6 243/20 245/24 247/7 247/13
248/16
thereafter [1] 249/8
Therefore [2] 175/2 235/15
thereof [1] 249/14
these [63] 12/23 13/15 13/23 14/8 14/24
15/2 22/7 22/20 23/6 37/9 40/17 46/2
46/10 46/16 46/20 48/5 48/6 49/12
63/18 65/21 80/3 80/6 83/24 95/24 98/7
109/21 119/21 124/3 124/3 124/15
124/18 124/22 125/11 125/12 125/12
125/18 143/7 145/4 146/1 150/1 153/22
154/12 154/21 155/24 158/1 159/17
161/6 161/20 161/25 165/23 174/23
175/13 202/20 202/21 216/12 217/15
219/16 219/20 228/2 231/10 238/9
239/25 248/14
they [335]
they'd [1] 234/6
they'll [8] 30/25 31/1 31/2 31/9 31/11
31/14 114/13 233/14
they're [59] 14/2 19/1 19/19 21/9 23/23
24/23 25/7 25/10 25/13 25/15 25/16
25/21 26/2 26/2 26/6 26/21 27/4 27/4
27/5 27/6 27/9 29/1 30/17 30/20 30/25
31/8 35/2 45/4 54/6 65/24 85/7 90/20
96/11 105/2 105/3 107/23 112/21
112/21 145/16 148/13 156/13 158/3
158/8 177/17 181/24 184/14 184/17
202/19 204/8 210/17 213/3 215/5 218/3
225/14 229/9 230/25 231/3 232/7
232/11
they've [25] 10/24 12/7 15/25 22/24
23/3 23/24 27/14 29/11 29/18 34/10
65/6 100/2 105/6 108/10 143/14 229/10
229/14 232/14 233/2 233/18 234/1
234/2 234/2 235/15 236/20
thing [21] 6/19 21/14 25/22 35/7 36/2
39/24 53/4 82/8 111/18 118/24 123/17
125/10 128/17 158/7 158/13 162/9
169/19 171/14 202/12 208/16 237/23
things [65] 12/11 13/3 14/14 29/13 30/7
39/11 39/18 42/8 42/12 42/13 42/14
47/6 47/13 50/15 51/17 59/4 63/10
94/24 108/10 111/11 111/15 115/2
115/17 118/7 119/7 119/22 120/9
120/11 121/5 121/5 121/5 124/15
124/18 124/21 124/22 131/23 133/19
136/5 136/6 142/22 146/4 146/21 147/5

153/7 156/18 156/20 159/25 160/1
163/13 167/17 172/10 182/20
185/8 199/ 202/20 206/21 217/25
220/12 222/8 231/15 238/6 238/18
240/8 247/25
think [153] 5/10 7/19 7/25 8/12 13/8
19/10 21/2 23/11 24/8 25/10 25/21 26/1
27/1 28/15 28/16 35/18 35/20 35/24
47/16 48/2 48/7 49/6 53/24 54/17 56/1
56/25 57/16 57/20 57/23 62/13 63/13
74/15 88/10 91/15 92/1 92/23 93/12
95/13 106/8 111/21 118/13 118/21
118/23 118/24 119/20 119/24 120/8
120/13 121/2 121/12 121/16 122/6
122/24 123/7 125/16 126/21 126/22
127/11 129/13 129/23 130/2 130/5
130/21 133/7 133/19 135/9 136/17
136/19 139/17 141/18 144/15 145/12
145/22 148/3 152/1 153/6 154/15
160/21 161/11 161/15 161/18 162/2
162/7 162/19 164/22 165/13 174/15
174/19 175/10 175/16 175/20 178/6
180/11 180/14 180/21 181/3 182/17
182/19 184/19 184/20 185/12 185/15
187/2 187/7 187/8 188/22 191/3 191/25
192/8 192/14 194/18 196/22 196/23
197/19 198/18 198/21 203/15 204/1
204/4 204/6 206/9 208/16 208/19
214/15 215/6 215/8 218/12 220/5 223/3
224/8 224/13 225/3 225/6 226/4 227/3
232/20 235/11 235/18 235/24 236/1
236/6 236/12 236/17 239/23 240/6
240/8 240/17 244/19 245/3 245/17
245/21 246/24 248/15
thinking [2] 119/25 205/8
third [12] 72/6 115/6 133/10 133/24
174/15 188/21 189/14 189/21 195/3
200/8 201/2 242/2
this [328]
thoroughly [1] 237/12
those [96] 8/6 11/18 12/11 12/17 13/3
15/6 17/12 20/16 20/19 36/7 39/11
39/18 39/21 39/22 41/14 42/14 45/15
45/18 48/12 51/3 53/6 53/16 62/6 63/20
67/14 77/19 77/21 83/12 87/11 87/15
90/11 94/24 96/14 104/23 107/1 108/7
108/12 108/18 109/1 109/15 111/11
113/3 113/16 114/13 120/13 124/21
127/21 128/24 136/5 150/12 152/24
155/18 157/2 158/3 161/4 161/18
162/18 163/13 164/4 171/8 173/11
173/13 176/21 181/23 182/10 182/10
183/20 184/3 184/4 185/10 190/20
190/24 193/22 198/14 200/11 203/11
212/14 214/14 218/17 220/21 222/22
225/4 225/13 225/19 227/4 229/8
229/24 232/20 233/17 235/23 238/17
240/8 242/17 242/18 243/17 244/22
though [3] 22/3 157/3 221/16
thought [11] 7/24 7/25 16/1 98/10
118/16 119/10 184/25 209/11 214/21
224/11 247/24
thoughts [3] 71/22 72/4 244/25
thousands [3] 150/19 177/19 177/20
thread [3] 111/17 111/19 113/11
threat [15] 13/21 13/21 68/12 173/8
173/16 233/6 233/8 233/8 233/8 233/25
234/11 234/11 235/15 239/16 239/18
threatened [2] 61/20 241/22
threats [1] 13/23

three [25] 17/5 18/19 18/23 19/4 20/6
20/13 20/20 20/20 34/8 74/11 87/
105/16 114/13 117/9 122/13 122/16
123/3 129/6 133/3 135/10 139/25
179/20 224/16 228/23 229/5
threshold [2] 112/22 228/24
through [58] 10/4 20/20 30/10 30/14
30/19 31/14 32/8 39/19 39/21 41/7 42/4
65/6 88/12 94/20 97/18 102/9 108/9
112/16 117/16 118/9 118/10 118/13
118/19 119/1 119/3 120/9 120/15
121/19 123/5 129/4 133/15 138/21
150/7 152/13 155/14 158/5 158/17
160/24 162/8 173/17 175/8 179/7
188/18 190/4 204/13 209/6 213/9
214/11 215/1 217/6 219/18 220/4
226/11 231/15 232/12 236/1 236/21
238/11
throughout [4] 16/11 106/25 165/5
235/23
thumb [2] 169/21 169/24
thus [1] 15/3
tick [1] 51/17
tie [1] 173/9
tight [1] 115/2
till [1] 78/23
time [103] 5/23 6/7 6/24 7/3 15/18 18/2
35/10 36/9 41/24 43/20 43/21 43/24
44/5 45/5 47/14 63/20 64/7 74/10 75/6
77/21 78/9 78/20 80/19 86/4 88/9 93/13
96/14 98/14 101/23 102/25 103/7 104/3
104/22 106/1 106/10 107/13 109/12
113/3 114/12 114/18 117/7 118/3 118/4
122/18 125/21 125/24 127/10 127/12
134/25 135/1 137/5 137/17 137/19
137/23 138/13 140/1 143/1 147/21
151/20 155/13 157/19 159/9 161/16
168/20 169/15 172/8 174/3 174/7
174/18 176/13 176/17 179/2 179/6
181/11 182/7 182/11 184/11 185/19
188/16 188/19 188/21 189/8 190/2
191/21 201/21 204/7 204/10 206/6
214/15 221/25 223/7 227/14 228/14
232/19 235/16 236/14 236/19 237/11
239/1 246/18 246/19 248/14 249/10
times [18] 18/25 31/12 31/16 44/4 64/22
68/11 106/25 112/20 130/3 189/16
191/3 191/4 191/6 195/2 209/12 214/10
220/24 221/16
timing [1] 223/8
tincture [3] 101/20 101/24 101/25
tired [1] 218/2
tissue [1] 147/22
title [1] 98/7
titled [1] 99/8
titles [1] 64/6
today [43] 6/9 6/25 9/2 12/13 13/18
14/13 15/7 18/2 28/23 48/7 106/25
116/20 117/20 144/7 145/1 146/21
153/19 157/16 157/23 158/7 159/23
167/15 175/10 175/17 179/6 180/10
181/21 185/19 187/5 187/17 188/12
205/24 216/23 225/3 225/7 225/22
227/13 230/1 238/6 238/25 246/9
246/11 247/11
today's [2] 242/3 242/5
toe [1] 193/7
together [4] 6/23 19/21 108/6 246/14
told [30] 29/11 40/13 40/19 40/20 40/25
41/1 43/16 51/15 58/8 58/8 70/22 86/8

**T**

told. [18] 120/15 134/5 135/8 136/1 137/9 150/8 164/13 166/12 166/13 167/8 168/8 171/22 173/7 178/5 178/16 220/16 229/14 229/15
tomorrow [1] 240/7
ton [1] 123/7
too [13] 33/12 66/19 117/11 134/5 135/1 144/15 145/19 195/7 218/2 235/24 236/7 239/7 239/8
took [20] 39/25 40/2 41/6 43/14 46/3 47/6 51/12 56/15 102/4 122/13 123/3 133/3 141/19 146/12 150/12 167/8 167/14 208/11 217/15 218/17
top [8] 59/15 95/18 111/14 151/18 153/15 191/21 195/19 231/5
torn [1] 231/22
total [1] 77/16
touching [1] 44/15
tour [2] 56/13 150/3
towards [5] 7/22 82/4 94/21 112/21 187/20
TPA [1] 216/6
track [2] 7/13 181/6
Tracy [1] 5/17
traditional [4] 26/4 118/10 141/19 161/2
trafficking [2] 10/25 14/12
train [5] 93/20 161/20 161/22 162/5 195/24
trained [2] 49/14 94/8
training [31] 49/15 49/21 49/22 49/23 67/8 67/12 67/14 67/18 93/23 94/1 94/4 117/17 117/17 126/12 126/13 130/9 130/14 134/6 134/7 135/7 136/20 138/10 139/19 162/4 162/8 162/23 163/4 163/5 196/2 197/9 200/21
transcendent [1] 238/5
transcribed [1] 249/8
transformative [1] 124/2
transparency [6] 148/25 150/10 155/2 167/10 168/20 175/1
transparent [3] 49/20 150/9 166/24
transported [1] 26/4
trappings [1] 123/25
traumatic [1] 39/20
treated [6] 24/22 71/14 71/16 71/17 160/15 218/25
treating [1] 71/13
treatment [8] 68/1 72/9 76/5 76/15 130/1 212/20 219/2 219/5
treatments [1] 210/3
tremendous [1] 248/13
trial [4] 5/14 246/22 247/2 247/3
trials [1] 246/21
Trib [1] 139/2
tried [6] 21/2 86/10 118/2 166/16 236/5 248/18
TRO [28] 14/5 14/16 73/17 73/22 115/1 174/18 179/10 179/11 180/13 180/22 181/23 182/3 204/2 227/5 227/7 227/22 228/5 235/19 236/13 237/24 239/4 240/25 243/18 243/19 243/23 244/1 244/10 248/6
TROs [2] 236/19 246/13
trouble [1] 118/8
TROY [4] 1/10 59/17 130/23 130/24
Troy's [1] 131/7
true [27] 14/17 16/10 25/10 29/16 57/3 87/16 94/14 110/13 123/24 124/13 147/10 156/18 156/19 156/20 157/4

157/6 179/8 187/2 199/7 200/19 200/20 204/24 211/12 215/6 226/25 239/22
truly [4] 10/5 144/9 144/17 158/18
truncated [1] 246/12
trust [2] 156/20 167/3
trusting [1] 167/7
truth [14] 36/19 36/20 36/20 87/8 108/23 116/5 116/6 116/6 140/17 140/18 140/18 153/6 160/22 161/3
truthfully [1] 208/14
truths [3] 153/20 213/4 213/7
try [21] 18/18 40/4 58/16 114/6 115/1 148/3 148/21 174/8 179/18 182/19 189/8 189/11 189/13 202/23 202/23 204/11 219/11 235/4 235/6 236/14 244/8
trying [20] 5/8 6/6 7/13 9/18 15/8 35/3 46/16 56/18 83/19 88/8 112/18 114/17 118/8 119/8 123/15 124/20 131/11 151/23 177/1 211/15
tune [1] 213/19
turn [21] 5/23 8/19 17/25 21/18 22/11 34/20 34/24 35/14 36/9 51/10 88/23 88/24 95/16 96/1 101/18 105/13 125/21 140/2 179/2 185/25 224/24
turned [2] 163/16 234/14
turning [1] 72/8
two [47] 5/20 10/1 14/3 14/24 14/25 20/9 29/21 66/17 66/22 66/23 74/7 74/8 78/1 81/1 88/8 88/15 105/9 105/11 109/17 114/13 114/23 117/12 118/25 122/17 129/7 129/22 130/5 130/6 133/6 133/23 135/10 136/19 146/21 155/4 172/14 173/12 176/20 181/3 182/10 187/21 187/22 200/15 225/5 238/13 238/17 238/17 246/22
two-week [1] 246/22
type [15] 13/6 29/24 30/11 42/19 118/14 120/24 128/3 128/21 130/20 132/16 187/4 206/19 218/25 219/2 236/18
types [2] 128/24 220/21
typical [5] 77/23 99/6 120/23 183/22 203/24
typically [9] 18/17 61/18 74/4 89/21 89/22 90/9 104/13 183/25 230/7

**U**

U.S [2] 226/6 241/13
ugly [1] 246/21
Uh [6] 72/17 103/14 112/15 158/24 197/13 212/13
Uh-huh [6] 72/17 103/14 112/15 158/24 197/13 212/13
ultimate [8] 73/22 75/22 86/13 86/16 86/19 87/3 223/24 230/22
ultimately [3] 81/14 167/12 227/3
um [102] 8/21 39/10 39/25 40/23 41/21 43/21 45/9 45/24 47/6 47/16 49/7 51/19 51/23 52/1 52/7 53/13 54/10 54/15 55/3 57/23 60/3 61/9 64/20 65/5 66/18 68/18 69/2 69/6 69/12 69/21 71/16 71/18 75/5 75/8 78/12 78/22 79/2 81/1 81/18 81/25 86/18 87/6 89/14 89/20 89/24 90/5 90/10 92/5 94/2 96/18 98/9 105/9 105/22 107/8 108/9 112/20 117/15 118/2 118/5 119/23 119/24 120/8 120/22 121/12 121/20 124/7 125/9 126/21 126/23 127/4 127/11 127/19 128/20 129/7 129/13 129/16 129/18

130/5 131/15 131/22 132/5 132/7 132/12 132/23 134/15 134/17 134/20 135/6 135/20 136/24 137/7 138/17 138/20 139/1 139/25 143/25 146/14 168/6 184/19 188/10 191/20 191/25
umbrella [1] 222/10
unable [2] 143/8 220/3
unanswerable [1] 129/23
unauthorized [1] 31/11
unaware [1] 156/21
uncomfortable [1] 230/6
uncommon [1] 102/7
undefined [1] 28/10
under [38] 9/21 10/1 10/18 25/11 25/13 25/14 25/14 27/3 27/11 32/20 34/25 47/23 80/4 98/7 123/8 138/17 151/18 152/19 173/16 176/16 177/2 177/5 186/14 187/24 188/10 192/20 198/18 202/14 204/7 207/6 222/10 235/15 241/5 241/17 242/7 242/8 243/3 247/24
undercover [5] 56/11 57/17 165/6 165/10 165/14
undercuts [1] 236/12
underestimated [1] 185/20
undergoing [1] 109/12
underneath [4] 100/22 101/6 123/13 124/13
underscore [1] 122/1
underscore-spiritual [1] 122/1
understand [42] 16/7 18/14 23/11 28/23 29/25 40/5 41/2 59/5 61/24 86/3 102/7 110/9 111/5 116/22 121/6 127/22 128/24 150/8 156/10 158/18 158/19 158/20 160/25 161/2 163/6 165/2 165/22 168/6 170/24 181/1 189/13 192/20 196/18 198/24 202/11 208/10 219/16 226/5 239/6 245/9 246/6 246/12
understandable [1] 228/4
understanding [22] 58/25 59/2 60/20 60/22 91/16 93/11 109/8 120/7 120/8 120/19 126/18 126/22 127/16 127/18 136/4 148/6 166/1 166/3 168/7 176/15 177/18 186/20
understood [14] 55/19 55/21 64/11 82/13 83/13 120/21 122/22 165/24 166/4 167/17 221/6 227/12 247/4 248/8
undertook [1] 184/11
undue [2] 233/6 243/6
unethical [3] 94/14 175/6 210/11
unfair [1] 158/14
unidentified [1] 232/16
uniform [6] 66/1 77/24 99/15 100/25 101/2 101/15
uniformity [1] 230/22
unifying [2] 143/11 155/19
unique [2] 80/6 178/18
UNITED [9] 1/1 1/23 21/7 30/6 30/19 33/20 155/9 170/21 237/13
unity [1] 146/4
universal [1] 143/13
universe [7] 42/12 43/9 83/16 83/17 86/14 90/7 132/5
Universities [1] 162/17
University [3] 117/3 143/12 216/10
unknowable [1] 29/20
unlawfully [1] 237/19
unless [5] 47/25 78/2 91/21 91/22 237/6
unlicensed [1] 210/5
unlike [1] 155/7
unlimited [1] 30/12

## U

unlock [2] 63/22 54/13
unmute [1] 7/6
unmuted [4] 130/22 131/6 147/18 228/12
unregulated [1] 210/5
unsafe [2] 61/20 94/11
unsavory [1] 61/22
unsubstantiated [1] 177/4
unsupervised [1] 103/20
until [15] 15/25 17/8 17/22 92/18 114/9 117/6 117/10 133/4 133/10 158/3 175/11 197/7 232/14 243/6 244/1
until 2016 [1] 117/6
unverifiable [1] 156/19
unworkable [3] 29/19 32/16 223/19
up [73] 6/22 19/14 21/4 22/22 23/3 23/18 25/24 26/19 28/13 29/12 30/6 33/16 37/5 38/21 40/25 41/24 44/3 46/13 46/23 55/8 57/13 78/13 79/15 82/9 82/9 88/1 109/11 111/22 112/10 115/24 117/6 117/10 119/25 120/1 120/14 121/12 122/20 123/6 129/8 129/24 134/24 135/10 150/13 151/18 153/19 155/23 158/7 162/10 164/8 167/12 173/10 174/2 179/12 179/13 180/14 180/24 192/8 193/16 197/1 209/11 212/15 215/7 215/17 218/7 218/9 218/10 219/12 222/13 224/6 231/22 232/2 234/8 246/16
upbringing [1] 150/5
update [1] 217/3
updated [4] 31/13 196/22 216/22 216/24
updating [1] 197/22
uphill [1] 175/20
upon [5] 10/7 63/2 63/6 71/6 173/20
urge [1] 47/18
URL [1] 198/22
us [67] 5/17 17/12 23/4 33/3 33/14 37/1 37/10 40/8 41/23 42/16 51/7 54/5 54/6 56/14 57/25 58/6 58/8 58/8 58/9 59/7 60/10 62/17 68/18 84/8 88/20 88/21 94/19 98/11 105/3 107/6 108/25 110/18 114/7 115/10 117/13 117/20 121/18 130/24 135/9 135/11 145/4 146/18 150/3 151/21 152/12 152/22 153/16 155/13 155/14 155/16 156/10 172/22 173/2 175/10 175/19 181/16 181/20 187/7 196/5 196/7 206/18 208/21 210/10 210/14 222/4 228/6 244/20
usage [3] 11/17 25/9 170/25
use [47] 23/22 25/8 27/8 27/23 32/21 35/1 54/12 60/25 79/9 79/12 89/16 90/15 92/9 127/3 128/7 128/14 128/19 130/3 135/21 149/2 157/1 159/14 159/17 160/7 167/5 170/11 170/17 170/19 170/23 190/14 191/1 191/19 201/13 204/9 204/12 205/20 211/9 211/23 212/4 213/18 219/14 235/16 235/21 235/21 236/20 237/23 243/16
used [17] 17/23 24/18 26/2 26/3 71/7 79/7 107/1 131/19 133/7 136/19 138/7 146/14 146/15 149/1 168/17 207/22 219/17
user [1] 223/24
users [1] 81/4
uses [9] 11/24 23/10 27/13 31/11 38/10 128/12 136/7 190/13 241/2
using [17] 28/18 29/8 29/9 42/19 85/2 94/22 95/5 103/22 135/19 136/12

136/15 136/17 136/17 136/18 209/9 237/18 242/22
usually [8] 54/12 78/23 89/24 102/6 105/10 166/24 169/14 203/22
UTAH [65] 1/2 1/10 1/24 2/4 2/8 2/10 2/13 2/16 2/21 5/1 5/11 6/4 11/2 11/3 11/4 15/2 18/10 18/11 18/21 23/8 23/15 24/2 24/3 24/4 24/6 24/15 25/9 26/24 34/1 34/25 35/5 63/23 77/6 127/8 127/13 138/18 148/4 149/25 165/17 165/17 175/24 175/25 177/7 178/19 184/25 186/14 186/15 187/18 194/2 198/8 201/5 226/16 226/19 229/18 235/22 241/4 241/5 241/6 241/13 241/15 242/7 242/12 243/1 248/1 249/2
Utah's [7] 9/22 9/25 14/18 14/20 15/3 162/14 241/14
utd.uscourts.gov [1] 1/24
utilize [1] 210/5

## V

Vaguely [1] 165/15
Valerie [3] 56/17 56/18 56/19
valid [1] 136/3
Valley [1] 178/19
value [2] 125/12 157/1
values [2] 154/19 156/24
VANCOTT [2] 2/3 2/7
vantage [2] 53/16 53/24
variety [2] 225/16 226/21
various [1] 12/20
vehemently [1] 160/3
verbal [1] 97/12
verifiable [2] 156/18 156/20
verified [4] 12/17 201/18 211/23 212/6
verify [1] 69/19
versions [1] 227/16
versus [4] 12/16 29/9 156/11 156/11
very [62] 6/24 10/9 11/21 30/17 34/21 36/24 39/23 40/11 41/10 42/1 42/3 44/7 49/20 54/18 56/7 56/10 56/12 58/1 108/11 121/3 121/23 121/23 122/2 122/6 136/5 139/20 139/23 143/18 144/16 146/15 146/16 152/16 155/15 160/17 160/18 160/22 161/5 165/7 173/7 177/7 180/14 185/5 185/23 195/11 195/11 204/11 206/9 209/11 224/21 225/9 234/13 235/25 237/11 239/24 243/18 243/18 244/25 246/5 246/6 246/12 246/21 248/13
vet [2] 136/10 136/15
vetting [2] 136/12 137/6
via [3] 1/20 200/4 233/16
video [1] 30/3
view [7] 36/3 61/11 91/18 141/20 177/8 203/10 237/20
viewed [1] 238/3
viewer [1] 199/25
viewing [3] 42/24 58/21 58/25
views [3] 82/22 91/17 229/15
Viking [1] 145/16
violate [1] 213/14
violation [4] 19/16 19/19 24/16 25/9
violations [1] 13/15
violence [3] 91/17 91/21 246/3
violent [1] 91/23
visit [3] 121/13 150/13 170/17
visualized [1] 123/3
visually [1] 160/23
visuals [1] 121/5

voice [1] 37/5
volume [1] 230/25
voluntary [1] 159/13
voyage [9] 97/21 120/3 136/18 161/7 191/19 191/23 217/11 217/19 219/23
voyaged [2] 219/22 220/7
voyager [16] 68/12 77/17 77/18 80/13 96/20 97/6 103/9 109/18 109/18 117/15 117/21 154/6 157/17 211/8 211/22 212/3
Voyager's [2] 96/5 98/14
voyagers [25] 71/21 72/3 78/9 84/9 96/8 99/15 99/17 99/19 101/11 108/5 109/11 109/12 136/10 157/16 163/9 168/4 168/19 174/12 174/20 174/25 202/12 202/13 213/12 214/7 214/14
voyages [9] 85/9 85/13 85/17 85/18 133/4 133/14 133/22 143/11 219/25
vs [1] 1/9

## W

wage [3] 53/10 64/16 64/16
wages [1] 14/3
wait [5] 60/3 164/13 186/7 218/20 243/6
waiting [3] 175/17 180/23 181/8
waiver [13] 51/23 51/25 52/1 52/5 72/10 159/1 159/13 206/13 206/20 206/25 207/1 209/17 229/12
waiver's [1] 206/16
waivers [1] 150/22
wake [1] 174/2
waking [1] 152/21
walk [3] 45/20 88/12 215/1
walked [5] 55/22 122/18 166/23 173/1 214/11
walking [3] 82/23 164/8 171/12
wallet [1] 169/14
want [120] 6/18 6/20 7/14 8/13 8/16 15/9 17/12 23/14 23/22 23/25 24/22 25/18 26/20 27/15 30/15 34/19 35/9 40/1 50/1 50/1 50/13 50/22 51/8 51/13 52/10 52/10 52/21 61/1 64/23 67/4 67/4 69/12 69/13 72/13 75/15 81/10 87/24 88/12 90/24 92/6 92/11 92/19 98/11 101/21 106/16 110/17 110/19 114/8 114/15 114/18 133/23 134/3 134/3 137/10 137/12 140/3 144/14 144/16 145/1 145/10 145/12 145/13 145/17 150/24 151/1 154/17 156/16 157/21 157/22 158/7 162/9 170/14 173/8 173/23 173/24 180/15 181/19 182/13 182/21 185/8 185/13 185/18 186/4 186/10 187/19 197/2 202/20 202/21 205/17 207/25 210/9 210/12 210/24 211/3 211/6 213/13 215/16 218/14 220/12 221/4 223/1 223/10 224/21 226/14 227/6 228/4 229/25 230/17 235/5 236/15 238/17 238/19 243/17 244/8 244/11 245/4 245/8 245/19 247/7 247/19
wanted [17] 39/12 39/13 40/16 41/12 43/3 56/9 89/11 101/22 106/17 119/7 121/1 123/10 139/11 167/11 175/3 175/3 186/7
wanting [5] 51/14 51/19 52/21 90/23 96/12
wants [3] 152/25 228/10 231/13
warm [1] 90/10
warn [1] 246/20
warrant [13] 36/5 165/3 165/4 180/1

Case 2:24-cv-00887-JNP-CMR   Document 53-1   Filed 01/06/25   PageID.1552   Page
Appellate Case: 25-1869   Document: 76   Date Filed: 12/11/2025   Page: 289

warranty [9] 181/10 183/25 186/15
 186/23 187/8 198/9 198/12 233/17
 241/8
was [389]
wasn't [13] 41/9 51/14 123/22 133/10
 168/2 184/18 188/16 189/3 195/11
 206/18 216/20 232/24 237/14
watch [4] 53/3 105/1 105/2 112/3
watching [3] 9/16 45/4 104/25
water [1] 164/5
Watt [1] 226/1
way [60] 6/23 10/15 10/23 11/12 12/2
 20/8 20/24 21/3 21/11 22/16 23/2 24/3
 28/13 30/2 30/6 33/24 34/2 36/2 36/4
 53/22 56/20 62/21 84/4 98/23 100/21
 105/2 108/19 110/3 110/4 110/7 110/11
 122/21 123/5 131/9 136/3 136/5 136/5
 140/14 142/10 144/3 144/3 144/5
 144/21 181/19 182/19 183/6 188/12
 205/8 219/4 223/22 229/2 229/23
 230/19 231/8 237/10 238/20 242/18
 245/25 246/25 247/24
ways [8] 12/1 62/24 121/6 143/5 161/20
 163/3 205/6 240/1
we [434]
we'd [3] 69/20 73/21 245/17
we'll [33] 7/17 8/18 8/19 15/17 19/8 24/6
 24/7 31/24 36/6 47/19 67/18 73/24
 88/12 88/25 92/18 93/7 100/5 108/9
 112/10 140/9 175/23 178/22 179/12
 179/16 182/4 182/11 185/25 193/3
 224/9 224/24 224/25 228/21 244/6
we're [52] 5/5 5/17 6/5 6/6 15/8 20/1
 28/9 28/22 32/6 32/12 33/11 36/4 36/11
 47/20 52/8 57/8 57/12 58/21 87/8 87/8
 97/1 108/16 111/19 113/10 114/12
 115/1 115/19 130/21 140/2 140/3 150/7
 154/15 156/18 156/19 156/21 166/13
 174/18 174/22 179/11 200/17 223/5
 223/9 224/9 224/18 226/17 227/25
 228/5 230/16 232/4 240/20 247/14
 247/15
we've [18] 21/22 51/12 56/16 71/15
 74/15 88/8 88/14 101/21 150/18 150/19
 150/20 161/18 184/2 202/17 220/5
 227/24 234/25 238/8
weak [1] 173/25
wear [1] 96/9
wearing [1] 82/10
website [6] 195/5 198/15 198/17 198/21
 199/4 199/10
websites [4] 13/4 13/5 193/20 199/14
week [11] 53/12 58/4 58/5 105/17 120/2
 172/10 174/2 245/15 246/19 246/20
 246/22
Weekdays [1] 78/17
weekend [2] 78/18 248/22
weeks [3] 105/9 105/11 136/19
weigh [2] 204/4 244/12
weight [2] 13/8 99/25
welcome [1] 87/25
welcoming [3] 56/12 149/4 149/5
welfare [1] 211/2
well [140] 5/10 5/22 6/19 8/8 8/13 9/1
 9/10 9/25 12/19 12/21 13/18 13/20 14/8
 16/5 16/14 17/13 19/16 20/5 23/1 24/25
 25/21 27/23 28/6 28/12 29/3 30/3 31/20
 32/2 32/6 32/19 39/12 39/19 40/25 41/9
 42/10 44/2 46/3 46/13 48/2 48/16 49/7

50/9 51/4 51/23 53/2 54/10 54/17 54/24
 55/8 55/21 56/5 59/15 60/22 62/8 62/19
 62/19 63/4 63/7 63/18 64/10 68/15
 69/16 69/18 71/15 72/25 73/19 75/20
 78/22 81/18 81/18 81/21 82/15 83/9
 88/14 88/21 89/16 91/11 95/5 97/7
 105/9 108/16 108/22 110/17 114/23
 114/25 115/8 117/15 126/24 143/12
 146/14 148/8 148/23 149/16 151/19
 153/17 156/10 157/4 157/6 157/7 159/1
 163/23 166/12 169/22 171/4 172/14
 173/14 174/13 174/17 178/12 179/25
 180/8 182/8 186/14 194/4 195/20 203/2
 204/6 206/9 207/20 210/4 211/1 220/10
 224/14 224/18 227/4 228/7 231/18
 232/10 233/10 233/12 233/25 234/6
 235/13 235/14 238/4 238/15 245/13
 245/22 247/21 248/12
well-advised [1] 8/13
well-being [2] 207/20 211/1
wellness [24] 55/23 92/12 113/19
 126/20 148/2 163/19 192/5 198/2 198/6
 198/12 198/13 201/4 201/8 201/23
 202/1 202/16 203/1 208/12 211/4 216/6
 217/20 219/24 219/25 220/6
went [16] 42/4 42/18 42/20 43/15 55/23
 58/5 117/2 117/15 118/23 119/1 123/12
 154/9 165/25 169/8 198/12 227/18
were [130] 25/12 36/3 38/25 39/11
 39/18 39/22 40/10 40/11 42/19 43/24
 44/4 45/3 45/3 45/4 45/15 45/21 47/13
 50/3 51/3 55/18 56/10 56/12 57/16
 57/20 57/22 58/23 59/2 60/1 60/18 63/2
 63/6 63/12 64/18 68/19 70/22 76/9 80/3
 80/6 80/11 80/19 109/15 110/9 110/12
 120/10 120/19 120/20 120/21 120/23
 121/22 122/18 123/1 127/7 127/7
 127/10 128/11 128/14 131/23 132/21
 132/21 133/6 133/9 133/23 135/10
 138/7 140/1 142/2 144/2 144/20 148/5
 148/18 148/22 149/7 158/2 164/11
 164/12 164/24 165/3 165/8 165/23
 166/17 166/19 167/17 168/23 172/5
 176/7 177/20 180/20 181/18 182/9
 183/17 184/10 189/14 189/21 189/24
 190/1 190/3 190/4 190/7 190/11 190/16
 191/13 191/24 191/24 192/8 192/11
 193/22 195/2 195/2 197/16 201/19
 205/12 206/17 212/16 213/21 215/6
 218/17 219/1 219/5 219/18 220/18
 225/11 229/15 229/16 237/17 238/1
 238/6 245/1 247/25 249/7 249/10
weren't [2] 163/16 184/17
West [4] 1/24 2/12 2/16 2/20
Western [1] 205/8
whale [1] 145/10
what [343]
what's [20] 29/5 30/18 44/3 50/8 80/8
 82/8 82/14 87/5 110/18 115/2 127/18
 141/7 147/25 187/8 194/11 195/19
 216/9 219/8 224/6 231/23
whatever [11] 6/17 8/16 10/23 123/16
 123/20 131/13 133/4 169/24 182/3
 213/12 231/13
whats [1] 141/5
when [132] 13/4 23/16 23/16 24/11
 24/13 26/25 27/9 29/21 30/5 30/22
 36/23 38/12 38/19 43/18 44/19 57/17
 60/1 60/10 64/18 65/3 66/18 66/20
 70/25 75/3 75/17 76/9 77/3 78/3 78/4

80/10 81/8 82/13 83/22 84/24 86/24
 90/1 90/10 91/20 93/7 97/20 97/23
 101/16 101/21 103/5 103/9 104/9
 104/16 112/20 117/6 117/25 118/14
 118/17 120/25 127/10 127/12 129/6
 129/12 130/9 132/19 132/23 134/16
 135/25 137/7 138/7 138/10 147/7
 147/10 147/25 148/5 160/4 161/7 164/6
 164/15 165/14 166/12 166/16 166/23
 167/17 167/23 170/24 171/10 173/18
 178/16 182/22 188/9 188/13 188/15
 188/19 188/21 190/4 190/17 190/19
 191/6 191/7 191/24 192/7 192/11
 192/15 194/1 194/17 196/22 197/16
 197/21 199/21 200/21 201/12 201/22
 202/19 203/16 206/8 206/15 206/19
 206/21 207/23 215/5 216/24 217/25
 218/25 219/5 219/16 219/21 220/7
 220/18 220/21 223/21 226/23 226/25
 229/17 231/14 234/8 242/1 246/5
whenever [3] 16/12 16/12 192/19
where [71] 19/20 22/9 23/12 26/3 26/9
 26/23 29/22 41/2 42/4 42/6 43/2 43/11
 44/4 44/15 45/24 46/23 50/9 61/11
 66/20 77/5 79/18 79/20 91/13 93/20
 95/7 104/21 107/1 112/13 112/20
 112/23 113/23 119/2 120/18 122/21
 125/11 126/22 131/17 132/19 132/21
 133/20 145/10 148/14 151/24 152/19
 155/18 167/9 168/8 175/5 179/17
 180/19 183/23 198/24 199/10 199/25
 203/19 203/21 204/8 209/4 217/18
 217/18 219/23 223/25 224/22 226/8
 228/18 228/22 231/9 239/18 240/13
 244/14 246/11
whereof [1] 249/15
whether [35] 6/20 9/13 16/17 17/23
 28/21 28/25 29/8 55/13 71/8 72/3 115/5
 126/9 126/18 129/18 129/19 129/19
 129/25 132/10 135/18 157/23 165/16
 171/19 176/22 181/2 181/12 183/14
 183/21 184/15 186/16 194/13 206/2
 206/3 210/18 232/12 240/1
which [58] 9/22 10/16 11/3 11/4 13/14
 19/24 20/10 23/9 31/5 39/23 50/16
 50/21 60/15 67/14 73/10 78/15 78/20
 80/14 90/16 98/15 117/4 119/7 122/2
 123/4 134/2 139/18 144/18 145/19
 148/2 154/9 157/16 160/3 168/13
 171/21 172/7 172/16 174/8 182/1
 186/19 187/3 192/17 205/15 225/7
 225/18 226/8 226/22 227/7 227/22
 229/3 229/18 231/11 233/7 235/8
 239/13 242/5 244/3 246/10 248/20
while [14] 14/17 15/1 29/19 92/17 112/1
 114/8 115/24 120/12 128/10 143/17
 156/6 187/2 236/4 246/1
who [84] 5/16 5/17 5/19 11/9 12/22
 15/21 16/2 28/17 29/3 29/4 29/4 29/22
 34/1 35/14 38/17 39/12 39/12 44/22
 45/2 47/17 51/5 51/13 53/23 54/13
 54/17 56/18 57/7 59/10 63/21 64/13
 66/15 66/25 68/20 69/11 69/13 70/9
 71/4 75/9 75/12 79/22 81/14 81/17
 87/11 87/15 93/23 104/21 109/25
 110/23 111/3 117/16 121/10 121/13
 125/13 125/14 125/15 126/24 132/1
 135/7 136/8 136/12 136/15 136/18
 136/19 149/21 149/24 151/24 152/20
 153/3 165/9 173/22 175/17 179/25

**W**

who... [12] 180/3 188/18 183/48 200/10 212/16 213/2 219/20 219/21 229/20 231/4 238/3 244/13

who's [2] 17/15 203/16

whoever [3] 57/8 125/22 130/23

whole [9] 6/17 16/17 18/3 22/4 26/1 36/20 116/6 140/18 247/10

whom [1] 121/8

whose [1] 219/11

why [52] 11/9 11/13 26/19 29/25 34/4 34/14 40/16 45/22 47/12 53/1 54/3 56/18 58/1 72/9 75/15 104/22 110/15 117/25 125/8 127/16 142/4 144/18 145/7 147/4 152/12 161/20 161/22 161/22 161/24 161/24 164/24 165/4 166/11 166/13 168/10 173/14 173/15 173/18 202/18 204/25 212/14 217/5 222/25 224/18 224/19 228/4 232/4 232/18 233/15 236/5 236/9 236/25

Wilgus [2] 21/8 226/6

will [63] 6/16 6/19 9/5 10/3 12/4 12/13 13/18 14/13 30/22 31/4 31/6 31/7 31/16 31/17 32/16 40/25 41/2 41/3 50/18 50/18 60/3 63/21 63/23 65/25 66/23 73/13 82/15 88/11 88/20 91/7 91/24 95/16 96/1 109/25 114/6 114/15 115/6 115/13 145/18 149/9 158/11 162/2 179/15 181/15 182/4 196/18 214/9 223/17 223/19 224/2 225/1 225/23 233/5 235/4 235/7 240/5 240/10 240/17 240/22 240/23 243/9 246/20 246/22

willing [6] 57/23 95/7 95/8 182/14 227/21 247/7

win [1] 35/2

window [2] 114/12 243/6

wine [2] 167/20 233/14

wisdom [2] 154/6 156/12

wish [1] 144/20

wishes [1] 35/14

within [7] 29/6 123/13 132/10 159/14 203/8 203/10 233/4

without [18] 87/17 125/2 134/15 152/13 152/17 153/2 167/11 174/8 176/9 176/23 177/2 177/5 190/23 197/20 209/9 228/1 228/2 246/3

witness [30] 3/2 16/21 17/2 17/18 17/23 36/10 36/12 36/21 37/16 63/22 73/20 89/4 114/7 116/7 116/10 137/17 137/18 137/25 139/8 139/22 139/24 140/19 140/22 183/17 215/21 221/3 223/7 224/7 224/11 249/15

witness' [1] 223/14

witnessed [1] 219/21

witnesses [21] 15/8 15/16 15/17 15/18 15/21 17/5 17/13 17/17 48/1 114/11 114/13 114/21 114/24 115/6 139/25 179/21 181/4 224/15 225/11 228/16 242/15

wives [1] 215/5

WOLKEN [4] 1/11 59/11 183/18 184/7

won't [9] 23/2 128/20 151/20 159/9 180/23 186/17 218/9 218/14 240/23

Wood [3] 17/22 67/6 140/5

word [9] 64/21 71/10 133/7 143/21 145/22 149/2 151/6 213/22 236/15

worded [1] 196/10

wording [1] 231/14

words [4] 10/22 160/24 168/4 206/23

work [20] 22/20 34/11 53/11 55/21 88/20 124/17 124/18 129/18 133/15 133/20 141/19 169/19 230/5 232/18 246/20 247/25 248/13 248/14 248/16

workable [6] 32/17 34/17 231/20 232/16 234/23 235/1

worked [2] 120/15 168/5

working [5] 111/24 120/16 124/11 125/13 194/15

works [3] 23/5 72/18 88/21

world [9] 51/19 87/9 124/14 152/22 167/21 200/12 205/10 205/10 210/6

worried [6] 40/11 41/10 168/2 173/7 174/2 189/2

worry [2] 145/18 148/12

worship [1] 130/13

worth [3] 45/11 85/12 142/3

would [261]

wouldn't [15] 48/8 48/11 51/11 51/15 63/9 63/18 85/22 86/2 136/2 198/7 202/12 203/4 211/10 220/15 230/1

Wow [1] 118/16

write [7] 24/14 41/19 65/25 107/23 150/2 154/7 231/1

writing [2] 151/8 180/21

writings [1] 230/25

written [10] 59/10 60/7 60/8 60/9 111/10 111/11 147/2 168/5 206/10 249/9

wrong [7] 58/2 85/15 128/10 131/11 138/6 172/18 213/24

wrote [7] 149/4 149/8 149/16 154/18 157/8 183/18 183/20

**Y**

yeah [80] 18/22 22/11 25/6 25/25 26/9 33/18 38/5 41/17 47/6 51/20 60/6 61/8 63/15 63/17 64/21 71/16 85/16 86/22 91/1 94/24 110/6 114/11 121/20 126/21 130/7 131/15 132/6 133/15 141/12 141/15 141/21 142/13 143/3 143/3 143/25 144/4 147/23 149/7 149/9 149/9 149/13 149/18 149/20 150/2 151/6 151/9 153/9 154/1 156/3 157/21 161/10 161/23 163/20 165/15 165/20 166/25 167/16 169/14 170/4 170/15 171/14 172/12 173/14 177/9 188/20 189/17 190/8 190/8 191/25 194/16 195/9 196/4 196/12 206/24 212/5 213/17 215/19 222/20 225/1 231/19

year [26] 11/4 24/3 24/6 39/20 75/5 129/11 130/10 142/3 157/25 158/16 175/25 176/21 188/5 188/6 188/20 188/22 190/2 190/3 191/4 191/6 192/8 192/9 195/15 206/16 215/4 220/24

years [15] 129/22 153/3 168/5 174/3 176/11 176/20 184/2 187/21 187/22 188/24 194/15 195/11 196/25 215/6 226/8

yes/no [1] 215/10

yes [364]

yesterday [1] 181/5

yet [4] 139/18 160/16 201/22 240/3

you [1260]

you'd [2] 145/5 212/22

you'll [6] 19/7 114/7 121/15 156/14 182/6 189/11

you're [56] 9/3 17/10 17/18 19/2 27/21 28/9 28/9 29/2 37/4 37/6 51/23 54/11 54/12 58/10 58/20 64/24 65/8 66/20 66/21 68/6 74/19 83/2 90/25 92/17 94/8 95/11 104/22 114/8 127/2 131/14 135/5 137/8 139/11 139/18 142/16 149/14 150/23 169/4 182/22 192/20 192/23 195/10 197/16 198/24 200/9 200/21 205/14 205/20 206/6 220/21 230/9 230/10 230/12 230/18 230/18 238/13

you've [18] 64/9 65/13 69/19 71/14 90/2 106/25 124/4 135/16 138/10 147/8 158/21 163/8 191/3 196/20 216/25 230/21 238/13 248/12

Young [1] 216/10

your [274]

yours [1] 187/13

yourself [9] 43/8 43/22 75/3 119/23 139/14 147/19 161/24 191/24 205/3

yourselves [1] 248/20

Youth [1] 148/23

**Z**

zoom [7] 22/5 92/23 130/22 131/6 147/18 199/24 218/11