Troy L. Booher
Caroline Anais Olsen
ZIMMERMAN BOOHER
341 South Main Street, Fourth Floor
Salt Lake City, Utah 84101
tbooher@zbappeals.com
colsen@zbappeals.com
(801) 924-0200

*Attorneys for Appellants Utah County,*
*Provo City, and Jeffrey Gray*

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| BRIDGER LEE JENSEN, et al., | No. 25-4115 |
| Plaintiffs - Appellees, | |
| v. | **APPELLANTS' MOTION FOR JUDICIAL NOTICE** |
| UTAH COUNTY, et al., | |
| Defendants - Appellants. | |

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Rule 201 of the Federal Rules of Evidence, Appellants Utah County, Provo City, and Jeffrey Gray respectfully move the Court to take judicial notice of the transcript of the September 22, 2025 hearing filed in a related state criminal proceeding: *State of Utah v. Jensen*, No. 241404407 (Utah Fourth Dist.). The transcript is attached to this motion as Exhibit 1.

Pursuant to 10th Cir. R. 27.1, Appellants' counsel conferred with counsel for Defendants-Appellees Bridger Lee Jensen, Singularism, and Psyche Healing and Bridging, LLC on March 12, 2026. Appellees do not oppose this motion.

## GROUNDS AND RELIEF SOUGHT

The underlying appeal arises from an anti-suit injunction entered by the district court that enjoined a state criminal action against Appellee Bridger Lee Jensen. The state criminal action is *State of Utah v. Jensen*, No. 241404407 (Utah Fourth Dist.).

In connection with the response brief, Appellees filed a motion requesting this Court take judicial notice of several documents, including (i) the docket from the state criminal action, and (ii) the minutes of a September 22, 2025, hearing on Jensen's motion to dismiss the criminal charges. *See* Appellees' Request for Judicial Notice at 4, Exs. D, E.[1] Appellees rely on those two documents to argue that Appellants have waived their objections to the anti-suit injunction. (Resp. Br. 36–38.) This Court has not yet ruled on the motion. (Dkt. 32.)

To the extent the Court takes notice of those documents, it should also take notice of the transcript of the September 22, 2025, hearing on the motion to dismiss. The transcript is necessary for this Court to have a complete

---

[1] Appellants did not oppose the motion for judicial notice but reserved the right to object to Appellees' use of the documents to the extent the use exceeded the proper boundaries of judicial notice.

understanding of the events that transpired in the state court proceedings—and thus for the Court to evaluate the waiver argument based on the full record.

The transcript is appropriate for judicial notice. Federal Rule of Evidence 201 authorizes this Court to take judicial notice of documents that are "not subject to reasonable dispute" because they are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be disputed." Fed. R. Evid. 201(b). Here, the relevant hearing was transcribed and filed on the state court docket. And counsel for Appellees in this appeal—Tanner Bean—has also appeared in the state criminal action. *See* Appellees' Request for Judicial Notice Ex. D at 1.

It is well established that this Court can take judicial notice of documents from other legal proceedings. *E.g.*, *United States v. Waldron*, 806 F. App'x 635, 641 (10th Cir. 2020). Moreover, courts have routinely taken judicial notice of transcripts from related criminal proceedings. *E.g.*, *United States v. Estep*, 760 F.2d 1060, 1063 (10th Cir. 1985); *DeGroot v. United States*, 768 F. App'x 638, 642–43 (9th Cir. 2019). Such documents are appropriate for judicial notice where the purpose is to establish that particular matters have been raised or stated in another forum. *E.g.*, *Matthews v. Bonner*, 605 F. App'x 741, 743 (10th Cir. 2015) (reviewing transcript to determine issue was raised).

Accordingly, Appellants move the Court to take judicial notice of the September 22, 2025, hearing transcript, attached as Exhibit 1 to this motion.

## CONCLUSION

According to the argument above, Appellants request the Court grant their motion for judicial notice.

DATED this 18th of March, 2026.

ZIMMERMAN BOOHER

s/ Caroline Anais Olsen
Troy L. Booher
Caroline Anais Olsen
ZIMMERMAN BOOHER
341 South Main Street, Fourth Floor
Salt Lake City, UT 84111
(801) 924-0200
*Attorneys for Appellants Utah County, Provo City, and Jeffrey Gray*

## Certificate of Digital Submissions and Certificate of Service

I certify that all required privacy redactions have been made; if required to file additional hard copies, that the ECF submission is an exact copy of those documents; and this ECF submission was scanned for viruses with the most recent version of Microsoft Defender Antivirus Security intelligence version 1.445.604.0 (updated March 18, 2026) and according to the program is free of viruses.

I further certify that on March 18, 2026, I caused the foregoing to be filed and served via the CM/ECF system, which sent notification to the following:

J. Brian Jones: jbjones@provo.utah.gov
Gary Millward: gmillward@provo.org, millwardlegal@gmail.com
Mitchell A. Stephens: mstephens@jdrslaw.com, administrator@jdrslaw.com
Justin L James: jjames@jdrslaw.com
Dillon P. Olson: dolson@jdrslaw.com, administrator@jdrslaw.com
Tanner James Bean: tbean@fabianvancott.com, knielson@fabianvancott.com
Jacqueline Rosen: jrosen@fabianvancott.com, mcrawford@fabianvancott.com
Richard A. Roberts: rroberts@provo.gov, czarbock@provo.gov
Nicholas Muhlestein: nmuhlestein@provo.gov
Ronald Wallace McNutt: ronaldwmcnutt@gmail.com
David Carn: david@davidcarn.com, delcinemusic@gmail.com
Melissa Ellen Dean: melissadeanesq@gmail.com, melissa@minardilaw.com
Natalie S Koski-Karell: nskoskikarell@gmail.com
Deja Andrea Correia: deja@correia.law

s/ Caroline Anais Olsen
Troy L. Booher
Caroline Anais Olsen
ZIMMERMAN BOOHER
tbooher@zbappeals.com
colsen@zbappeals.com
(801) 924-0200
*Attorneys for Appellants*

5

# Exhibit 1

September 22, 2025 Hearing Transcript

IN THE FOURTH JUDICIAL DISTRICT COURT - PROVO

IN AND FOR UTAH COUNTY, STATE OF UTAH

|  |  |
|---|---|
| STATE OF UTAH, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| VS. | ) CASE NO. 241404407 |
|  | ) |
| BRIDGER LEE JENSEN, | ) |
|  | ) |
| Defendant. | ) |

BEFORE THE HONORABLE SEAN PETERSEN

FOURTH DISTRICT COURT

137 NORTH FREEDOM BOULEVARD

PROVO, UTAH  84601

REPORTER'S TRANSCRIPT OF PROCEEDINGS

WAIVER HEARING/ORDER OF DISMISSAL

SEPTEMBER 22, 2025

**HearSay LLC Transcripts**
3531 E. Rock Creek Rd., #6, Eagle Mountain, Utah 84005
(801) 360-7905 Voice, bolojse@gmail.com

Transcribed by:  Jeff S. Eaton, RPR/CSR

CERTIFIED COURT TRANSCRIPT

**A P P E A R A N C E S**


FOR THE PLAINTIFF:

        PETER REICHMAN
        Deputy Utah County Attorney
        100 East Center Street
        Provo, Utah   84606


FOR THE DEFENDANT:

        STEPHANIE PITCHER
        Pitcher Law, PLLC
        2934 S. Hartford Street
        Salt Lake City, Utah   841064

**P R O C E E D I N G S**

THE COURT:  Ms. Pitcher, thanks for your patience.

MS. PITCHER:  Thank you, Your Honor.

I'm here on the Bridger Jensen matter.

THE COURT:  Let's call State of Utah v. Bridger Lee Jensen, case 241404407.

We've got Mr. Reichman from the County Attorney's Office.

Welcome.

Is your client on?

MS. PITCHER:  He is, yes.

THE COURT:  Thank you.

This -- we've had a handful of waivers.

I note that there's a motion to dismiss pending, I believe.

What's the status with this case?

MS. PITCHER:  Your Honor, when we were here last, we continued it to give the State a chance to respond to my motion.

I haven't seen anything filed.  I understand they may have a request today.

I'll be prepared to respond.

MR. REICHMAN:  Judge, on that issue, the -- I think we've mentioned this before, but there's a civil case in federal court.

CERTIFIED COURT TRANSCRIPT                    3

The federal judge issued a -- an injunction against criminal prosecution for the time being.

The State, in the meantime, has appealed that.

I believe the notice to appeal was filed approximately 30 days ago. It was mid-August that that notice of appeal was filed.

That's why the State hasn't responded to the motion to dismiss yet because, according to that order, the State's not allowed to continue to pursue criminal prosecution at this time.

My request today, Your Honor, is to -- well, I guess two different things:

One, if the Court's willing to stay the criminal prosecution until we find out about the status of that appeal.

Number two, to come back in approximately 60 days so I can find out more about that appeal to give the Court more information as to how long it's going to take and -- and give the Court a status update at that time.

THE COURT: Thank you.

Ms. Pitcher, your thoughts?

MS. PITCHER: Your Honor, thank you.

We would oppose that request.

Again, our -- our motion was filed over six weeks ago.

The -- the court in the federal case, the district

CERTIFIED COURT TRANSCRIPT                    4

court judge, filed a specific order enjoining the State from continuing the prosecution on the grounds that the State has preliminarily lost in federal court and is attempting to gain a favorable ruling from a more sympathetic court.

Staying the proceedings here would be at a great disadvantage to Mr. Jensen.

The federal case is -- is based on the premise that the -- the State -- excuse me, the State and the city's actions are violating his First Amendment rights to freedom of religion.

And to enjoin this or to stay it right now would -- that would be at least a year-long process, if not more, for that appeal.

And it would be also a violation of his speedy trial rights.

So we would ask for a dismissal today.

And if the State, upon resolution of the appeal and other preliminary litigation -- or litigation matters, if they're then in a position where they can proceed, they could re-file the case.

THE COURT:  Thank you.

Anything else, Mr. Reichman?

MR. REICHMAN:  Not at this time.  No, Judge.

THE COURT:  Thank you.  I have had a chance to review the Defendant's motion to dismiss.

It's also the Court's understanding that the Federal Court has stayed these proceedings or -- or has an order staying the State, the State of Utah from prosecuting this case.

I have no idea how long an appeal will take.

I don't know anything else as to what the status is as it relates to that.

I do know that a motion to dismiss has been filed.

Mr. Reichman says they haven't filed a response because the Federal Court has stayed these proceedings.

At this time I think the best case or the best course forward would be to grant Defendant's motion to dismiss, which I'm going to do.

I do find good cause based upon the circumstances before the Court and as outlined in the motion.

But I am going to dismiss it without prejudice.

So the State's going to have time to sort out what happens in federal court and then refile.  If necessary, we can start the whole process over again, if needed.

But right now, it's going to be dismissed without prejudice.

The State's going to have an absolute right to refile once this gets sorted.

It just sounds like there's a -- a fair amount of moving parts --

MR. REICHMAN:  There are.

THE COURT:  -- for -- for everybody involved.

So that's going to be the order.

Mr. Jensen, you're going to have questions about what has occurred today.  Stay in contact with your attorney.

Mr. Reichman, thanks for being here.

MR. REICHMAN:  Thank you, Judge.

THE COURT:  All right.  Three of you have a good rest of your day.

MS. PITCHER:  Thank you, [inaudible].

MR. REICHMAN:  You too.

(PROCEEDINGS IN THE ABOVE-ENTITLED

MATTER WERE CONCLUDED.)

                        TRANSCRIBER'S CERTIFICATE

STATE OF UTAH          )
                       :  SS.
COUNTY OF UTAH         )

         I, Jeff S. Eaton, do certify that I am an Official

Transcriber in and for the State of Utah.

         That as such transcriber, I transcribed the occasion

of the proceedings of the above-entitled matter at the

aforesaid time and place.

         That the proceeding was transcribed by me using

computer-aided transcription consisting of pages 3 through 7

inclusive;

         That the same constitutes a true and correct

transcription of the said proceedings;

         That I am not of kin or otherwise associated with any

of the parties herein or their counsel, and that I am not

interested in the events thereof.

         WITNESS my hand at State of Utah, this 21st day of

February, 2026.




                              _____
                              Jeff S. Eaton, RPR, CSR

MR. REICHMAN: [1] 7/1
MS. PITCHER: [2] 3/3 3/11

**1**

100 [1] 2/5
137 [1] 1/13

**2**

2025 [1] 1/18
2026 [1] 8/18
21st [1] 8/17
22 [1] 1/18
241404407 [2] 1/6 3/6
2934 [1] 2/10

**3**

30 [1] 4/5
3531 [1] 1/22
360-7905 [1] 1/23

**6**

60 [1] 4/15

**7**

7905 [1] 1/23

**8**

801 [1] 1/23
84005 [1] 1/22
841064 [1] 2/10
84601 [1] 1/14
84606 [1] 2/5

**A**

about [3] 4/14 4/16 7/4
above [2] 7/12 8/7
above-entitled [2] 7/12 8/7
absolute [1] 6/22
according [1] 4/8
actions [1] 5/8
aforesaid [1] 8/8
again [2] 4/23 6/19
against [1] 4/1
ago [2] 4/5 4/24
aided [1] 8/10
All [1] 7/8
allowed [1] 4/9
also [2] 5/14 6/1
am [4] 6/16 8/4 8/14 8/15
Amendment [1] 5/9
amount [1] 6/24
any [1] 8/14
anything [3] 3/20 5/22 6/6
appeal [7] 4/4 4/6 4/14 4/16 5/13 5/17 6/5
appealed [1] 4/3
approximately [2] 4/5 4/15
are [2] 5/9 7/1
as [5] 4/17 6/6 6/7 6/15 8/6

ask [1] 5/16
associated [1] 8/14
attempting [1] 5/3
attorney [2] 2/4 7/5
Attorney's [1] 3/7
August [1] 4/5

**B**

back [1] 4/15
based [2] 5/7 6/14
be [7] 3/22 5/5 5/12 5/14 6/12 6/20 7/3
because [2] 4/8 6/10
been [1] 6/8
before [3] 1/10 3/24 6/15
being [2] 4/2 7/6
believe [2] 3/15 4/4
best [2] 6/11 6/11
bolojse [1] 1/23
BOULEVARD [1] 1/13
BRIDGER [3] 1/7 3/4 3/5

**C**

call [1] 3/5
can [3] 4/16 5/19 6/18
case [9]
cause [1] 6/14
Center [1] 2/5
CERTIFICATE [1] 8/1
certify [1] 8/4
chance [2] 3/18 5/24
circumstances [1] 6/14
City [1] 2/10
city's [1] 5/8
civil [1] 3/24
client [1] 3/10
come [1] 4/15
computer [1] 8/10
computer-aided [1] 8/10
CONCLUDED [1] 7/13
consisting [1] 8/10
constitutes [1] 8/12
contact [1] 7/5
continue [1] 4/9
continued [1] 3/18
continuing [1] 5/2
correct [1] 8/12
could [1] 5/19
counsel [1] 8/15
COUNTY [4] 1/2 2/4 3/7 8/3
course [1] 6/11
court [21]
Court's [2] 4/13 6/1
Creek [1] 1/22
criminal [3] 4/2 4/9 4/13
CSR [2] 1/25 8/22

**D**

day [2] 7/9 8/17
days [2] 4/5 4/15
Defendant [2] 1/8 2/8
Defendant's [2] 5/25 6/12

Deputy [1] 2/4
different [1] 4/12
disadvantage [1] 5/6
dismiss [6] 3/14 4/8 5/25 6/8 6/12 6/16
dismissal [2] 1/17 5/16
dismissed [1] 6/20
district [3] 1/1 1/12 4/25
do [4] 6/8 6/13 6/14 8/4
don't [1] 6/6

**E**

Eagle [1] 1/22
East [1] 2/5
Eaton [3] 1/25 8/4 8/22
else [2] 5/22 6/6
enjoin [1] 5/11
enjoining [1] 5/1
entitled [2] 7/12 8/7
events [1] 8/16
everybody [1] 7/2
excuse [1] 5/8

**F**

fair [1] 6/24
favorable [1] 5/4
February [1] 8/18
federal [8] 3/25 4/1 4/25 5/3 5/7 6/1 6/10 6/18
file [1] 5/20
filed [7] 3/20 4/4 4/6 4/23 5/1 6/8 6/9
find [3] 4/14 4/16 6/14
First [1] 5/9
forward [1] 6/12
FOURTH [2] 1/1 1/12
freedom [2] 1/13 5/9

**G**

gain [1] 5/3
gets [1] 6/23
give [3] 3/18 4/16 4/17
gmail.com [1] 1/23
going [8] 4/17 6/13 6/16 6/17 6/20 6/22 7/3 7/4
good [2] 6/14 7/8
got [1] 3/7
grant [1] 6/12
great [1] 5/5
grounds [1] 5/2
guess [1] 4/11

**H**

had [2] 3/13 5/24
hand [1] 8/17
handful [1] 3/13
happens [1] 6/18
Hartford [1] 2/10
has [7] 4/3 5/2 6/2 6/2 6/8 6/10 7/5
hasn't [1] 4/7
have [7] 3/21 5/24 6/5 6/17 6/22 7/4 7/8

haven't [2] 3/20 6/9
He [1] 3/11
HEARING [1] 1/17
HEARING/ORDER [1] 1/17
HearSay [1] 1/22
here [4] 3/4 3/17 5/5 7/6
herein [1] 8/15
his [2] 5/9 5/14
Honor [4] 3/3 3/17 4/11 4/21
HONORABLE [1] 1/10
how [2] 4/17 6/5

**I**

I'll [1] 3/22
I'm [2] 3/4 6/13
idea [1] 6/5
inaudible [1] 7/10
inclusive [1] 8/11
information [1] 4/17
injunction [1] 4/1
interested [1] 8/16
involved [1] 7/2
is [7] 3/10 3/11 4/11 5/3 5/7 5/7 6/6
issue [1] 3/23
issued [1] 4/1
it [7] 3/18 4/5 5/11 5/14 6/7 6/16 6/24
it's [3] 4/17 6/1 6/20

**J**

Jeff [3] 1/25 8/4 8/22
JENSEN [5] 1/7 3/4 3/6 5/6 7/4
judge [5] 3/23 4/1 5/1 5/23 7/7
JUDICIAL [1] 1/1
just [1] 6/24

**K**

kin [1] 8/14
know [2] 6/6 6/8

**L**

Lake [1] 2/10
last [1] 3/17
Law [1] 2/9
least [1] 5/12
LEE [2] 1/7 3/5
Let's [1] 3/5
like [1] 6/24
litigation [2] 5/18 5/18
LLC [1] 1/22
long [3] 4/17 5/12 6/5
lost [1] 5/3

**M**

matter [3] 3/4 7/13 8/7
matters [1] 5/18
may [1] 3/20
me [2] 5/8 8/9
meantime [1] 4/3
mentioned [1] 3/24
mid [1] 4/5
mid-August [1] 4/5
more [4] 4/16 4/16 5/4

5/12
motion [8] 3/14 3/19 4/7 4/23 5/25 6/8 6/12 6/15
Mountain [1] 1/22
moving [1] 6/25
Mr [10]
Ms [5] 3/2 3/17 4/20 4/21 7/10
my [3] 3/18 4/11 8/17

**N**

necessary [1] 6/18
needed [1] 6/19
no [3] 1/6 5/23 6/5
NORTH [1] 1/13
not [5] 4/9 5/12 5/23 8/14 8/15
note [1] 3/14
notice [2] 4/4 4/5
now [2] 5/11 6/20
Number [1] 4/15

**O**

occasion [1] 8/6
occurred [1] 7/5
Office [1] 3/8
Official [1] 8/4
once [1] 6/23
One [1] 4/13
oppose [1] 4/22
order [5] 1/17 4/8 5/1 6/2 7/3
other [1] 5/18
otherwise [1] 8/14
our [2] 4/23 4/23
out [3] 4/14 4/16 6/17
outlined [1] 6/15
over [2] 4/23 6/19

**P**

pages [1] 8/10
parties [1] 8/15
parts [1] 6/25
patience [1] 3/2
pending [1] 3/14
PETER [1] 2/4
PETERSEN [1] 1/10
PITCHER [7] 2/9 2/9 3/2 3/17 4/20 4/21 7/10
place [1] 8/8
Plaintiff [2] 1/5 2/3
PLLC [1] 2/9
position [1] 5/19
prejudice [2] 6/16 6/21
preliminarily [1] 5/3
preliminary [1] 5/18
premise [1] 5/7
prepared [1] 3/22
proceed [1] 5/19
proceeding [1] 8/9
proceedings [7] 1/16 5/5 6/2 6/10 7/12 8/7 8/13
process [2] 5/12 6/19
prosecuting [1] 6/3
prosecution [4] 4/2

**P**

prosecution [3] 4/9 4/14 5/2
PROVO [3] 1/1 1/14 2/5
pursue [1] 4/9

**Q**

questions [1] 7/4

**R**

Rd [1] 1/22
re [1] 5/20
re-file [1] 5/20
refile [2] 6/18 6/22
REICHMAN [9]
relates [1] 6/7
religion [1] 5/10
REPORTER'S [1] 1/16
request [3] 3/21 4/11 4/22
resolution [1] 5/17
respond [2] 3/18 3/22
responded [1] 4/7
response [1] 6/9
rest [1] 7/8
review [1] 5/24
right [4] 5/11 6/20 6/22 7/8
rights [2] 5/9 5/15
Rock [1] 1/22
RPR [2] 1/25 8/22
RPR/CSR [1] 1/25
ruling [1] 5/4

**S**

said [1] 8/13
Salt [1] 2/10
same [1] 8/12
says [1] 6/9
SEAN [1] 1/10
seen [1] 3/20
SEPTEMBER [1] 1/18
six [1] 4/23
so [4] 4/15 5/16 6/17 7/3
sort [1] 6/17
sorted [1] 6/23
sounds [1] 6/24
specific [1] 5/1
speedy [1] 5/14
SS [1] 8/2
start [1] 6/19
STATE [16]
State's [3] 4/8 6/17 6/22
status [4] 3/16 4/14 4/18 6/6
stay [3] 4/13 5/11 7/5
stayed [2] 6/2 6/10
staying [2] 5/5 6/3
STEPHANIE [1] 2/9
Street [2] 2/5 2/10
such [1] 8/6
sympathetic [1] 5/4

**T**

take [2] 4/17 6/5

thank [8] 3/3 3/12 4/19 4/21 5/21 5/24 7/7 7/10
thanks [2] 3/2 7/6
that [23]
that's [2] 4/7 7/3
their [1] 8/15
then [2] 5/19 6/18
There [1] 7/1
there's [3] 3/14 3/24 6/24
thereof [1] 8/16
these [2] 6/2 6/10
they [4] 3/20 5/19 5/19 6/9
they're [1] 5/19
things [1] 4/12
think [2] 3/23 6/11
this [10]
thoughts [1] 4/20
Three [1] 7/8
through [1] 8/10
time [7] 4/2 4/10 4/18 5/23 6/11 6/17 8/8
today [4] 3/21 4/11 5/16 7/5
too [1] 7/11
transcribed [3] 1/25 8/6 8/9
transcriber [2] 8/5 8/6
TRANSCRIBER'S [1] 7/14
TRANSCRIPT [1] 1/16
transcription [2] 8/10 8/13
Transcripts [1] 1/22
trial [1] 5/14
true [1] 8/12
two [2] 4/12 4/15

**U**

understand [1] 3/20
understanding [1] 6/1
until [1] 4/14
update [1] 4/18
upon [2] 5/17 6/14
using [1] 8/9
UTAH [14]

**V**

violating [1] 5/9
violation [1] 5/14
Voice [1] 1/23
VS [1] 1/6

**W**

WAIVER [1] 1/17
waivers [1] 3/13
was [5] 4/4 4/5 4/6 4/23 8/9
we [6] 3/17 3/17 4/14 4/22 5/16 6/18
we've [3] 3/7 3/13 3/24
weeks [1] 4/23
Welcome [1] 3/9
well [1] 4/11
were [2] 3/17 7/13
what [3] 6/6 6/17 7/4

What's [1] 3/16
when [1] 3/17
where [1] 5/19
which [1] 6/12
whole [1] 6/19
why [1] 4/7
will [1] 6/5
willing [1] 4/13
without [2] 6/16 6/20
WITNESS [1] 8/17
would [7] 4/22 5/5 5/11 5/12 5/14 5/16 6/12

**Y**

year [1] 5/12
year-long [1] 5/12
yes [1] 3/11
yet [1] 4/8
you [10]
you're [1] 7/4
your [9]