# FABIAN VANCOTT

Tanner J. Bean
Jacqueline M. Rosen
Attorneys
Tel. 801-323-2266

March 25, 2025

<u>VIA MAIL</u>

U.S. Court of Appeals for the Tenth Circuit
Clerk's Office, Christopher M. Wolpert
Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257-1823

> **Re: Case No. 25-4115,** Jensen et al. v. Utah County et al.
> **Fed. R. App. P. 28(j) Notice of Supplemental Authorities**

Mr. Wolpert,

Following submission of the parties' briefs, it came to the attention of Appellees Bridger Lee Jensen, Singularism, and Psyche Healing and Bridging, LLC that the Utah Legislature had newly enacted several laws relevant to the issues presented to the Court in the above-described action.

Pursuant to Federal Rule of Appellate Procedure 28(j) and the Appendix to the Tenth Circuit Rules, Appellees submit the following supplemental authorities:

- H.B. 279 Higher Education Code Amendments, Utah State Legislature (2026), available at https://le.utah.gov/Session/2026/bills/static/HB0279.html.

  o This statute expands the scope of Utah Code § 58-37-3.5, referred to in Appellees' brief as the Psilocybin Act and the product of S.B. 266 Medical Amendments, Utah State Legislature (2024), available at https://le.utah.gov/~2024/bills/static/SB0266.html. Under this statute, a "private postsecondary educational institution" may now also provide psilocybin to individuals on a secular basis in addition to Intermountain Health and University of Utah Health.

- H.B. 301 Drug Recodification, Utah State Legislature (2026), available at https://le.utah.gov/Session/2026/bills/static/HB0301.html.

  o This statute renumbers the Psilocybin Act, Utah Code § 58-37-3.5, as Utah Code § 58-37-309.

- H.B. 390 Veterans PTSD Clinical Research Amendments, Utah State Legislature (2026), available at https://le.utah.gov/~2026/bills/static/HB0390.html.

- o This statute creates an additional exemption from the Utah Controlled Substances Act for the secular use of psilocybin.

These new laws are relevant to the Court's consideration of whether the Utah Controlled Substances Act is neutral and generally applicable as applied to Appellees' religious exercise, a predicate question as to whether strict scrutiny review applies to Appellees' free exercise claim under the First Amendment. This issue is discussed in Appellants' opening brief at pages 29-33, Appellees' response brief at pages 18-19, 31-32, and 53-70, and Appellants' reply brief at pages 10-20. For the same reasons as specified in Appellees' previously filed Request for Judicial Notice, Appellees also request the Court take judicial notice of these newly enacted statutes.

Sincerely,

Tanner J. Bean
Jacqueline M. Rosen
FABIAN VANCOTT