

ZIMMERMAN BOOHER

APPELLATE ATTORNEYS

March 27, 2026

Christopher M. Wolpert, Clerk of Court
U.S. Court of Appeals for the Tenth Circuit
Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257-1823

       Re:    No. 25-4115, *Jensen, et al. v. Utah County, et al.*
                Response to Notice of Supplemental Authorities

Dear Mr. Wolpert:

Appellants respectfully respond to Appellees' March 25, 2026, Notice of Supplemental Authorities.

Appellees ask this Court to take judicial notice of three newly enacted Utah statutes, asserting they "are relevant to the Court's consideration of whether the Utah Controlled Substances Act is neutral and generally applicable." Yet Appellees fail to explain why the laws—which are not yet effective—have any relevance to this Court's analysis of the version of the CSA applied to Appellees.[1]

If the Court considers the statutes, the statutes support Appellants.

H.B. 279 amends the medical exemption to allow "a health care system closely affiliated with a private postsecondary educational institution" to participate in the exemption. *See* H.B. 279, § 7 (lines 395–96). Like the University of Utah and Intermountain, the newly added healthcare systems are subject to scores of background regulations and a requirement to use drugs subject to FDA "Phase 3 testing for an investigational drug." *See id.* (lines 387–89). Permitting other, highly regulated institutions to research the potential therapeutic benefits of

---

[1] The laws are effective May 6, 2026. *See* H.B. 279, § 14; H.B. 301, § 242; H.B. 390, § 3.

psilocybin does not undermine the State's interests in the same way as Singularism's unregulated use.

H.B. 390 authorizes the Huntsman Mental Health Institute—within the University of Utah—to "conduct a clinical study to research the safety and feasibility of psychedelic-assisted therapy for the treatment of treatment-resistant PTSD in eligible veterans." H.B. 390, § 2 (lines 59–61). The Institute is subject to reporting obligations, safety protocols, and FDA and DEA oversight—none of which apply to Singularism. *Id.* §§ 7–8 (lines 87–131). Unlike Singularism's claimed exemption, the exemption protects the interests underlying the CSA by restricting psilocybin research to regulated contexts while its safety is clinically evaluated.

H.B. 301 renumbers the medical exemption at issue in the case. *See* H.B. 301, § 94. It also renumbers the CSA provisions classifying drugs into various schedules. *Id.* § 68. As renumbered, psilocybin remains a schedule I drug—reflecting that psilocybin's unregulated use continues to pose significant public health risks.

Respectfully submitted,

s/ Caroline Anais Olsen
Troy L. Booher
Caroline Anais Olsen
ZIMMERMAN BOOHER
341 South Main Street, Fourth Floor
Salt Lake City, UT 84111
tbooher@zbappeals.com
colsen@zbappeals.com
(801) 924-0200
*Attorneys for Appellants Utah County, Provo City, and Jeffrey Gray*

## Certificate of Compliance

I certify this response to supplemental authorities complies with the type-volume limitation of Fed. R. App. P. 28(j) because it contains 350 words.

DATED this 27th day of March, 2026.

s/ Caroline Anais Olsen
Troy L. Booher
Caroline Anais Olsen
ZIMMERMAN BOOHER
341 South Main Street, Fourth Floor
Salt Lake City, UT 84111
tbooher@zbappeals.com
colsen@zbappeals.com
(801) 924-0200
*Attorneys for Appellants*

## Certificate of Digital Submissions and Certificate of Service

I certify all required privacy redactions have been made; if required to file additional hard copies, that the ECF submission is an exact copy of those documents; and this ECF submission was scanned for viruses with the most recent version of Microsoft Defender Antivirus Security intelligence version 1.447.11.0 (updated March 27, 2026) and according to the program is free of viruses.

I further certify that on March 27, 2026, I caused the foregoing to be filed and served via the CM/ECF system, which sent notification to the following:

J. Brian Jones: jbjones@provo.utah.gov
Gary Millward: gmillward@provo.org, millwardlegal@gmail.com
Mitchell A. Stephens: mstephens@jdrslaw.com, administrator@jdrslaw.com
Justin L James: jjames@jdrslaw.com
Dillon P. Olson: dolson@jdrslaw.com, administrator@jdrslaw.com
Tanner James Bean: tbean@fabianvancott.com, knielson@fabianvancott.com
Jacqueline Rosen: jrosen@fabianvancott.com, mcrawford@fabianvancott.com
Richard A. Roberts: rroberts@provo.gov, czarbock@provo.gov
Nicholas Muhlestein: nmuhlestein@provo.gov
Ronald Wallace McNutt: ronaldwmcnutt@gmail.com
David Carn: david@davidcarn.com, delcinemusic@gmail.com
Melissa Ellen Dean: melissadeanesq@gmail.com, melissa@minardilaw.com
Natalie S Koski-Karell: nskoskikarell@gmail.com
Deja Andrea Correia: deja@correia.law

s/ Caroline Anais Olsen
Troy L. Booher
Caroline Anais Olsen
ZIMMERMAN BOOHER
tbooher@zbappeals.com
colsen@zbappeals.com
(801) 924-0200
*Attorneys for Appellants*
