

ZIMMERMAN BOOHER
A P P E L L A T E  A T T O R N E Y S

April 24, 2026

Christopher M. Wolpert, Clerk of Court
U.S. Court of Appeals for the Tenth Circuit
Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257-1823

     Re:    No. 25-4115, *Jensen, et al. v. Utah County, et al.*
            Response to Notice of Supplemental Authorities

Dear Mr. Wolpert:

     Appellants respectfully respond to Appellees' April 22, 2026, Notice of Supplemental Authorities [Dkt. 64].

     Appellees ask this Court to take judicial notice of an executive order and Utah statute—S.B. 83—asserting they "are relevant to the Court's consideration of whether the Utah Controlled Substances Act is neutral and generally applicable." But Appellees do not explain how the new authorities are relevant to the Court's general applicability analysis. In fact, the new authorities support Appellants' arguments.

     The Executive Order (EO) reflects the same policy judgments and concerns underlying the medical research exemption at issue in this appeal. The EO reflects the federal government's view that certain psychedelic drugs have shown "potential in clinical studies" to treat some mental health disorders, but that more research is needed into their "safety and efficacy" to determine whether they can be rescheduled under the federal Controlled Substances Act (CSA). *See* EO, Accelerating Medical Treatments for Serious Mental Illness (Apr. 18, 2026). The EO facilitates research into certain forms of these drugs in highly regulated clinical contexts—just like the exemption at issue in this appeal does for psilocybin. (Op. Br. 6-8.)

In this case, Appellees claim entitlement to an exemption from the Utah CSA to use psilocybin without regulation or oversight. That unregulated use would undermine the interests underlying the Utah CSA, the federal CSA, and now the new EO in a way the medical research exemption does not. (Op. Br. 27–34; Reply Br. 10–18.)

S.B. 83 reconfirms psilocybin's Schedule I status in Utah. S.B. 83 (lines 194–94). It also confirms the parallel interests underlying the federal and Utah CSAs, by providing that a new FDA-approved drug containing a Schedule I substance will receive the same schedule under the Utah CSA as the federal CSA. The EO makes clear that any rescheduling of psychedelic drugs (or drugs containing them) will not occur unless clinical research confirms their safety.

Respectfully submitted,

s/ Caroline Anais Olsen
Troy L. Booher
Caroline Anais Olsen
Zimmerman Booher
341 South Main Street, Fourth Floor
Salt Lake City, UT 84111
*Attorneys for Appellants*

James Dodge Russell & Stephens, P.C.
Mitchell A. Stephens
Justin L. James
Dillon P. Olson
*Attorneys for Appellants Utah County and Jeffrey Gray*

Provo City Attorney's Office
J. Brian Jones
Gary D. Millward
Nicholas Muhlestein
Richard A. Roberts
*Attorneys for Appellant Provo City*

## Certificate of Compliance

I certify this response to supplemental authorities complies with the type-volume limitation of Fed. R. App. P. 28(j) because it contains 317 words.

DATED this 24th day of April, 2026.

s/ Caroline Anais Olsen
Troy L. Booher
Caroline Anais Olsen
ZIMMERMAN BOOHER
341 South Main Street, Fourth Floor
Salt Lake City, UT 84111
tbooher@zbappeals.com
colsen@zbappeals.com
(801) 924-0200
*Attorneys for Appellants*

**Certificate of Digital Submissions and Certificate of Service**

I certify all required privacy redactions have been made; if required to file additional hard copies, that the ECF submission is an exact copy of those documents; and this ECF submission was scanned for viruses with the most recent version of Microsoft Defender Antivirus Security intelligence version 1.449.276.0 (updated April 24, 2026) and according to the program is free of viruses.

I further certify that on April 24, 2026, I caused the foregoing to be filed and served via the CM/ECF system, which sent notification to the following:

J. Brian Jones: jbjones@provo.utah.gov
Gary Millward: gmillward@provo.org, millwardlegal@gmail.com
Mitchell A. Stephens: mstephens@jdrslaw.com, administrator@jdrslaw.com
Justin L James: jjames@jdrslaw.com
Dillon P. Olson: dolson@jdrslaw.com, administrator@jdrslaw.com
Tanner James Bean: tbean@fabianvancott.com, knielson@fabianvancott.com
Jacqueline Rosen: jrosen@fabianvancott.com, mcrawford@fabianvancott.com
Richard A. Roberts: rroberts@provo.gov, czarbock@provo.gov
Nicholas Muhlestein: nmuhlestein@provo.gov
Ronald Wallace McNutt: ronaldwmcnutt@gmail.com
David Carn: david@davidcarn.com, delcinemusic@gmail.com
Melissa Ellen Dean: melissadeanesq@gmail.com, melissa@minardilaw.com
Natalie S Koski-Karell: nskoskikarell@gmail.com
Deja Andrea Correia: deja@correia.law

s/ Caroline Anais Olsen
Troy L. Booher
Caroline Anais Olsen
ZIMMERMAN BOOHER
tbooher@zbappeals.com
colsen@zbappeals.com
(801) 924-0200
*Attorneys for Appellants*
