# FABIAN VANCOTT

Tanner J. Bean
Jacqueline M. Rosen
Attorneys
Tel. 801-323-2266

May 1, 2026

U.S. Court of Appeals for the Tenth Circuit
Clerk's Office, Christopher M. Wolpert
Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257-1823

**Re: Case No. 25-4115, *Jensen et al. v. Utah County et al.***
**Fed. R. App. P. 28(j) Notice of Additional Supplemental Authority**

Mr. Wolpert,

Following submission of the parties' briefs, it came to the attention of Appellees Bridger Lee Jensen, Singularism, and Psyche Healing and Bridging, LLC that the following additional authority is relevant to the issues presented to the Court.

- *First Choice Women's Resource Centers, Inc. v. Davenport*, No. 24-781, 608 U.S. –, 2026 WL 1153029 (Apr. 29, 2026), available at https://www.supremecourt.gov/opinions/25pdf/24-781_pok0.pdf ("Opinion").

    o The Opinion impacts the anti-suit injunction analysis in this case by clarifying:

      ▪ (1) The importance of adjudicating 42 U.S.C. § 1983 claims in a federal forum. *See* Opinion, at 14, 18-19 ("Section 1938 guarantees a federal forum for plaintiffs who claim unconstitutional treatment at the hands of state officials.").

      ▪ (2) The gravity of harm upon religious associational rights, which the district court found flowed from (A) the government's discovery requests and (B) the ongoing state prosecution. *See* Opinion, at 6-7, 12, 18, 20-21 ("government actions tending to curtail the freedom to associate warrant the closest scrutiny under the First Amendment." (quotation modified)) (religious organization "suffers ongoing injuries from the subpoena itself.") ("An official demand for private donor information is enough to discourage reasonable individuals from associating with a group."); App-3:167 (the government's discovery requests "would also impose additional burdens on Plaintiffs' free exercise by discouraging association among Singularism's adherents . . . these harms are only likely to multiply given that the government is now pursuing

criminal charges . . ."); App-5:186-87, 192 ("the very real threat of criminal prosecution . . . will only continue to shrink [Singularism's] ranks. Mr. Jensen's defense in state court, even if successful, cannot remedy these associational harms . . .") ("forcing Plaintiffs to wait until the conclusion of the criminal proceedings . . . would be the equivalent of issuing a death warrant for their nascent religion.").

o These issues are addressed by the parties and amicus curiae. *See* Appellants' Br., at 43-48, 54-57; Appellees' Br. at 27, 30-31, 50-51; Br. for Church of Direct Experience, at 2, 18-21.

Sincerely,

Tanner J. Bean
Jacqueline M. Rosen
FABIAN VANCOTT

**FABIAN VANCOTT**                    ATTORNEYS AT LAW

95 South State, Suite 2300            www.fabianvancott.com
Salt Lake City, UT 84111